**ACLU of Hawai'i Foundation**

MATEO CABALLERO  10081
P.O. Box 3410
Honolulu, HI 96801
Telephone:  (808) 522-5908
Facsimile:  (808) 522-5909
E-mail:  mcaballero@acluhawaii.org

**American Civil Liberties Union Foundation**

JULIA KAYE
SUSAN TALCOTT CAMP
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:  (212) 549-2633
Facsimile:  (212) 549-2650
E-mails:  jkaye@aclu.org
  tcamp@aclu.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, Plaintiffs, vs. ALEX M. AZAR, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*, Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC [CIVIL RIGHTS ACTION] **NOTICE OF ERRATUM TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' 12(b)(1) MOTION TO DISMISS** Judge: Hon. Derrick K. Watson Hearing Date: June 1, 2018 Hearing Time: 9:30 AM Related Documents: Dkt. Nos. 30, 34 |

### NOTICE OF ERRATUM TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' 12(b)(1) MOTION TO DISMISS

Plaintiffs hereby give notice of erratum to the Court and all Parties regarding their Memorandum of Law in Opposition to Defendants' 12(b)(1) Motion to Dismiss (the "*Opposition*").

On April 12, 2018, Plaintiffs filed their Opposition (filed as Dkt. No. 34). Exhibit E to the Opposition—*i.e.*, the Declaration of Jared Garrison-Jakel, M.D. (filed as Dkt. No. 34-5)—includes a signature page (*i.e.*, page 8) that does not include a "fax signature" under LR10.2(e). A corrected Exhibit E—that substitutes page 8 with a signature page that includes a "fax signature"—is attached to this Notice. The corrected Exhibit E attached hereto is otherwise identical to the document originally filed as Dkt. No. 34-5 and should be used instead.

Dated: April 18, 2018.

                Respectfully submitted,

                /s/ Mateo Caballero
                MATEO CABALLERO
                ACLU of Hawai'i Foundation

                JULIA KAYE
                SUSAN TALCOTT CAMP
                American Civil Liberties Union Foundation

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send notification of such filing to all counsel of record.

<pre>                        /s/ Mateo Caballero
                        MATEO CABALLERO
                        ACLU of Hawaiʻi Foundation

                        *Attorney for Plaintiffs*</pre>