CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Special Counsel to the Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch
ANDREW E. CLARK
Assistant Director
MARY M. ENGLEHART
Trial Attorney, Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR, II, *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Derrick K. Watson<br>Related Documents: Dkt. Nos. 1, 41 |

Defendants, Alex M. Azar, in his official capacity as Acting Secretary of the United States Department of Health and Human Services, United States Food and Drug Administration ("FDA"), and Scott Gottlieb, M.D., in his official capacity as Commissioner of Food and Drugs, hereby move the Court to extend the time for Defendants to respond to the Complaint to June 29, 2018. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: June 1, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice
Civil Division

ALEXANDER K. HAAS
Special Counsel to the Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

ANDREW E. CLARK
Assistant Director

/s/ Mary M. Englehart
MARY M. ENGLEHART
Trial Attorney

*Attorneys for Defendants*