CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Special Counsel to the Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch
ANDREW E. CLARK
Assistant Director
MARY M. ENGLEHART
Trial Attorney, Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR, II, *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>    Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Derrick K. Watson<br>Related Documents: Dkt. Nos. 1, 41 |

Plaintiffs filed a Complaint on October 3, 2017, challenging the U.S. Food and Drug Administration's decision to impose a Risk Evaluation and Mitigation Strategies with Elements to Assure Safe Use on Mifeprex (mifepristone), a drug that, when taken in a regimen with misoprostol, can terminate a pregnancy without surgery. *See* Dkt. No. 1.

On November 29, 2017, the parties filed a joint stipulation extending Defendants' deadline to answer or otherwise respond to the Complaint for a period of nine weeks, from December 4, 2017, to February 5, 2018, and setting out a briefing schedule for Defendants' motion to dismiss the Complaint. Dkt. No. 25. The Court approved the stipulation as to the extension of Defendants' deadline to respond to the Complaint.

Defendants filed a Motion to Dismiss the Complaint on February 5, 2018, challenging the standing of both the organizational plaintiffs and the sole individual plaintiff. Dkt. No. 30. In response to Plaintiffs' submission of detailed declarations, *see* Dkt. No. 34, Attachments 1-5, Defendants withdrew their Motion to Dismiss on May 18, 2018, *see* Dkt. No. 40.

In light of Defendants' withdrawal of their Motion to Dismiss, Defendants deadline to answer the Complaint is June 1, 2018. Defendants now respectfully move the Court to extend the time for answering the Complaint to June 29, 2018,

to accommodate time spent negotiating certain issues and to allow Defendants time to address each allegation of the lengthy Complaint.

Plaintiffs do not oppose this motion on the condition that Defendants produce the administrative record no later than July 10, 2018. Defendants have been working diligently to compile and process documents for the administrative record and will produce the record no later than July 10, 2018.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court extend the time for Defendants to answer the Complaint to June 29, 2018.

Dated: June 1, 2018.                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
United States Department of Justice
Civil Division

ALEXANDER K. HAAS
Special Counsel to the Assistant
Attorney General
Civil Division

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

ANDREW E. CLARK
Assistant Director

/s/ Mary M. Englehart
MARY M. ENGLEHART
Trial Attorney

3