# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 17-00493JAO-RT |
| CASE NAME: | Graham T. Chelius, et al. vs. United States Food and Drug Administration, et al. |
| ATTYS FOR PLA: | Julia Kay (by phone)<br>Mateo Caballero (by phone)<br>Susan Talcott Camp (by phone) |
| ATTYS FOR DEFT: | Roger Gural (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 04/25/2019 | TIME: | 9:32 - 9:39 |

COURT ACTION:   EP: Status Conference re: Expert Reports -

Discussion held re: elimination of expert deadlines from the Rule 16 Scheduling Conference Order.

By agreement of the parties, the deadlines for expert reports are eliminated from the scheduling order, and any expert declarations attached to a dispositive motion or an opposition or reply brief on a dispositive motion, will take the place of expert reports.

Ms. Kaye to prepare the stipulation, and to submit it to Magistrate Judge Trader's orders box.

Ms. Kay notified the Court that the parties intend to reach out to Judge Otake to set the cross motions for summary judgment for hearing, and if it impacts the scheduling order, they will contact the Court.

Submitted by: Toni Fujinaga, Courtroom Manager.