JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

GUSTAV EYLER
Director

MARY M. ENGLEHART
Trial Attorney
Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR, II, M.D., M.P.H., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to this Court's April 10, 2019 Minute Entry (ECF No. 53), Plaintiffs and the Federal Defendants in the above-captioned matter, through undersigned counsel, hereby submit the following status update:

**I.     Update Regarding Production of Emails and Privilege Logs**

As part of the parties' April 3, 2019 discovery agreement ("The Agreement"), as summarized in Plaintiffs' Second Rule 16 Scheduling Conference Statement (ECF No. 50), the Federal Defendants report that the United States Food and Drug Administration ("FDA") has been diligently working to gather, review, and prepare for production the electronic documents requested by Plaintiffs. FDA is undertaking this process for more than the initial universe of custodians identified as potentially possessing responsive emails and related documents, preparing roughly 7000 pages of emails and related documents for production to Plaintiffs. These documents and the corresponding privilege log will be produced on August 12, 2019, per this Court's April 10, 2019 Minute Entry (ECF No. 53), and in light of an agreement with Plaintiffs that they will treat the production as subject to the protective order (the final terms of which are currently being negotiated), pending finalization and entry of the protective order.

As Federal Defendants stated in the last two status reports (ECF Nos. 61 and 65), based on the review of emails and attachments thus far, FDA has continually,

and substantially, expanded the list of custodians possessing potentially relevant materials from 87 to approximately 140. That number has continued to grow as the review continues because FDA is committed to capturing all potentially relevant materials. FDA has thus far completed retrieval of emails and attachments responsive to search terms for the majority of the document custodians, including all of the ten high-priority custodians identified by FDA as likely possessing materials most relevant to Plaintiffs' request. Moreover, FDA has reviewed the emails and attachments from these custodians for privilege and has redacted any privileged or protected information.

  FDA continues its diligent efforts to collect emails and attachments from, and to review the emails and attachments for, the remaining custodians. As Federal Defendants noted in a previous status report (ECF No. 61), some of these custodians have potentially-responsive emails stored in a manner requiring additional processing prior to search and collection. FDA has developed a protocol to ensure the integrity of that collection. FDA estimates that it will recover approximately 1000 additional pages, plus attachments from the remaining custodians, and that much of the information in those pages will be substantively duplicative of information previously produced.

  FDA plans to continue to produce to Plaintiffs all non-privileged materials and a privilege log designating any reasons for withholding production, where

applicable, on a rolling basis. FDA intends to complete this supplemental production on or before August 30, 2019.

The parties are continuing to confer and exchange drafts in an effort to resolve areas of disagreement on the Protective Order and Woodcock Declaration. If the parties cannot reach an agreement on these matters, then Plaintiffs may seek the Court's assistance to expedite their resolution.

## II.   Any Additional Matters

The parties are not aware of any additional matters that need to be raised at this time.

Dated: August 9, 2019.                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney
General

GUSTAV EYLER
Director

/s/ Mary M. Englehart
MARY M. ENGLEHART
Trial Attorney, USDOJ

*Attorneys for Defendants*


JULIA KAYE
SUSAN TALCOTT CAMP
ANJALI DALAL

4

RACHEL REEVES
American Civil Liberties Union Foundation

MATEO CABALLERO
ACLU of Hawaiʻi Foundation

*Attorneys for Plaintiffs*