JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

GUSTAV EYLER
Director

MARY M. ENGLEHART
Trial Attorney
Maryland Bar #0712110232
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Tele: 202-307-0088/Fax: 202-514-8742
Megan.Englehart@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR, II, M.D., M.P.H., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to this Court's April 10, 2019 Minute Entry, ECF No. 53, Plaintiffs and the Federal Defendants in the above-captioned matter, through undersigned counsel, hereby submit the following status update:

**I.    Update Regarding Production of Emails and Privilege Logs**

As part of the parties' April 3, 2019 discovery agreement ("The Agreement"), as summarized in Plaintiffs Second Rule 16 Scheduling Conference Statement, ECF 50), the Federal Defendants report that the United States Food and Drug Administration ("FDA") has diligently gathered, reviewed, and prepared for production the electronic documents requested by Plaintiffs.  FDA undertook this process for more than the initial universe of custodians identified as potentially possessing responsive emails and related documents, preparing roughly 7000 pages of emails and related documents for production to Plaintiffs.  These documents and the corresponding privilege log were produced to Plaintiffs on August 12, in light of an agreement with Plaintiffs that they will treat the production as subject to the protective order (the final terms of which are currently being negotiated), pending finalization and entry of the protective order.

As Federal Defendants stated in the last three status reports (ECF 61, 65 and 71) based on the review of emails and attachments, FDA encountered additional custodians possessing potentially relevant materials.  FDA retrieved emails and

attachments responsive to search terms for the additional document custodians. FDA also reviewed the emails and attachments from these custodians for privilege and redacted any privileged or protected information. These documents, approximately 2,000 pages worth, and an updated corresponding privilege log were produced to Plaintiffs on August 30, and September 6, 2019. At this time, FDA believes that all responsive documents in its possession have either been produced to Plaintiffs or accounted for in the privilege log.

The parties are continuing to confer and exchange drafts in an effort to resolve very few narrow areas of disagreement on the Protective Order and Woodcock Declaration. If the parties cannot reach an agreement on these matters, then Plaintiffs may seek the Court's assistance to expedite their resolution.

## II. Any Additional Matters

The parties are not aware of any additional matters that need to be raised at this time.

Dated:  September 6, 2019.                     Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney
General

GUSTAV EYLER
Director

3

/s/ Mary M. Englehart
MARY M. ENGLEHART
Trial Attorney, USDOJ

*Attorneys for Defendants*


JULIA KAYE
SUSAN TALCOTT CAMP
American Civil Liberties Union Foundation

MATEO CABALLERO
ACLU of Hawaiʻi Foundation

*Attorneys for Plaintiffs*