JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

GUSTAV EYLER
Director

MARY M. ENGLEHART
Trial Attorney

ROGER J. GURAL
Trial Attorney
Georgia Bar #300800
Consumer Protection Branch
United States Department of Justice
450 Fifth St., N.W., Suite 6400 South
Washington, DC 20530
Tele: 202-307-0174/Fax: 202-514-8742
Roger.Gural@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR, II, M.D., M.P.H., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIV. NO. 1:17-cv-00493-DKW-KSC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF FEDERAL DEFENDANTS** |

## NOTICE OF APPEARANCE ON BEHALF OF FEDERAL DEFENDANTS

COMES NOW, U.S. Department of Justice Attorney Roger J. Gural, and hereby enters his appearance before the U.S. District Court, District of Hawaii, on behalf of the Federal Defendants for the above-captioned case.

Dated: September 11, 2019.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    DAVID M. MORRELL
    Deputy Assistant Attorney General

    GUSTAV EYLER
    Director

    MARY M. ENGLEHART
    Trial Attorney

    /s/ Roger J. Gural
    ROGER J. GURAL
    Trial Attorney
    Consumer Protection Branch

    *Attorneys for Defendants*