IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX M. AZAR, J.D., ET AL., <br><br> Defendants. | CIV. NO. 17-00493 JAO-RT <br><br> ORDER GRANTING SUSAN TALCOTT CAMP'S MOTION TO WITHDRAW AS COUNSEL |

ORDER GRANTING SUSAN TALCOTT CAMP'S
MOTION TO WITHDRAW AS COUNSEL

Susan Talcott Camp seeks to withdraw as counsel for Plaintiffs in the instant case pursuant to Local Rule 83.5(b). The Court elects to decide the Motion to Withdraw as Counsel of Susan Talcott Camp [sic] (ECF No. 109) without a hearing pursuant to Local Rule 7.1(c). The Court finds that Ms. Camp has submitted satisfactory reasoning for the withdrawal, and that the granting of this Motion will not cause prejudice or delay to any Plaintiff.

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Susan Talcott Camp [sic] (ECF No. 109) is GRANTED, and Susan Talcott Camp is hereby terminated as counsel in this proceeding.

//

//

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 14, 2020.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

_____
Civ. No. 17-00493 JAO-RT; Chelius, et al. v. Azar, et al.; Order Granting Susan Talcott Camp's Motion to Withdraw as Counsel