IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>　Plaintiffs,<br><br>　　　vs.<br><br>ALEX M. AZAR, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>　Defendants. | CIV. NO. 17-00493 JAO-RT<br><br>[CIVIL RIGHTS ACTION]<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL MATEO CABALLERO** |

ORDER GRANTING MOTION TO WITHDRAW
APPEARANCE OF COUNSEL MATEO CABALLERO

Before the Court is Plaintiffs' counsel's Motion to Withdraw Appearance of Counsel Mateo Caballero ("Motion to Withdraw"). ECF No. 121. Mr. Caballero seeks to withdraw his appearance of counsel in the instant case because he will no longer be working for the American Civil Liberties Union of Hawaiʻi.

The Court finds the Motion to Withdraw suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United State District Court for the District of Hawaii.

For good cause shown and pursuant to Local Rule 83.5, the Court GRANTS the Motion to Withdraw. Mateo Caballero is hereby withdrawn as counsel for

Plaintiffs.  Remaining counsel, including Jongwook "Wookie" Kim and Julia Kaye will continue to appear on behalf of Plaintiffs.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 20, 2021.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

---

Civ. No. 17-00493 JAO-RT; *Chelius, et al. v. Azar, et al.*; Order Granting Motion to Withdraw Appearance of Counsel Mateo Caballero.