

**U.S. Department of Justice**

*Consumer Protection Branch*

Letter

March 16, 2021

**VIA EMAIL**

Hon. Jill A. Otake
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
otake_orders@hid.uscourts.gov

**Re:    Request for Guidance in *Chelius v. Cochran*, No. 1:17-cv-00493-JAO-RT**

Dear Judge Otake,

    Based on the Court's March 5, 2021 EO (Dkt. 128), which directed the Parties to refile their motions for summary judgment and concise statements of fact in order to include any new arguments, authorities, and evidence, the Parties have conferred about how to best present their competing motions and arguments to the Court in a manner that is most practical, efficient, and helpful.

    After careful consideration, Defendants believe that the sequential filing of a motion by Plaintiffs and a counter-motion by Defendants – as allowed under LR7.7 – would be simpler, more focused, and more helpful to the Court than if the Parties simultaneously filed separate motions for summary judgment. This sequential briefing format would allow the Parties to respond directly to the points raised in the preceding memoranda, and avoid any unnecessary confusion that could arise if the Parties framed the issues and arguments differently in parallel briefing. Moreover, the sequential format would reduce the total number of memoranda from six to four, which would save the Court substantial time and resources. Plaintiffs have represented that they do not object to this proposed structure.

    As the Parties previously filed simultaneous motions for summary judgment, and the Court's March 5, 2021 EO indicated that "[a]fter the motions are filed, the

Request for Guidance in *Chelius v. Cochran*, No. 1:17-cv-00493-JAO-RT
March 16, 2021

Court will schedule a hearing and set briefing deadlines," Defendants respectfully seek the Court's guidance to avoid any misunderstanding or confusion regarding the timing of the Parties' motions. Given that there is currently no deadline for the Parties' motions, Defendants seek clarification based on the following:

    1.    Defendants understand that Plaintiffs are preparing to file their motion for summary judgment, any supporting evidence, and concise statement of fact by April 23, 2021, the deadline that Plaintiffs had requested for the Parties' reply briefs (Dkt. 127). Defendants do not oppose this date being set as a deadline for Plaintiffs' initial filing.

    2.    If the Court permits the sequential briefing structure described above, Defendants respectfully request that they be permitted to file their combined counter-motion for summary judgment and opposition memorandum (in accordance with LR7.7), any supporting evidence, and concise statement of fact by or before May 28, 2021. Plaintiffs have represented that they do not object to this proposed deadline.

    3.    The Parties understand that the Court will schedule a hearing date and set briefing deadlines for the remaining memoranda allowed under LR7.7.

    If you have any questions or require further information, please do not hesitate to contact us. Thank you for your consideration.

    Sincerely,

    */s/ Jonathan E. Amgott*
    Jonathan E. Amgott
    U.S. Department of Justice
    Jonathan.E.Amgott@usdoj.gov
    (202) 532-5025
    *Attorney for Defendants*

cc:    Shelli Mizukami, Courtroom Manager, U.S. District Court
    (Shelli_Mizukami@hid.uscourts.gov)
    Julia Kaye, American Civil Liberties Union Foundation
    (jkaye@aclu.org)