**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
rfp_lc@aclu.org

*admitted pro hac vice*

*Attorneys for Plaintiffs*

**American Civil Liberties Union Foundation**
JULIA KAYE*
RACHEL REEVES*
WHITNEY WHITE*
RUTH HARLOW*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
rreeves@aclu.org
wwhite@aclu.org
rharlow@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*, <br><br> Defendants. | CIV. NO. 17-00493 JAO-RT <br><br> [CIVIL RIGHTS ACTION] <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE UNREDACTED DECLARATION UNDER SEAL** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE UNREDACTED DECLARATION UNDER SEAL

Plaintiffs move to seal the unredacted declaration of "Jane Roe, M.D." in support of their Motion for Summary Judgment. There being no opposition and good cause appearing therefor, the Court GRANTS Plaintiffs' Unopposed Motion to File Unredacted Declaration Under Seal. ECF No. 143. Dr. Roe's Declaration shall be filed under seal.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 19, 2021.

Jill A. Otake
United States District Judge