ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

JONATHAN E. AMGOTT (DCBN 1031947)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 532-5025
Jonathan.E.Amgott@usdoj.gov

*Attorneys for Defendants Xavier Becerra, J.D.,
in his official capacity as Secretary,
U.S. Department of Health and Human Services;
U.S. Food and Drug Administration; and
Janet Woodcock, M.D., in her official capacity as
Acting Commissioner of Food and Drugs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, | CIVIL NO. 17-00493 JAO-RT |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT MOTION TO STAY CASE PENDING AGENCY REVIEW** |
| XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*, | |
| Defendants. | |

The parties jointly seek a stay of this matter in light of Defendant U.S. Food and Drug Administration's current review of the risk evaluation and mitigation strategy ("REMS") at issue in this case.  After reviewing the parties' Joint Motion to Stay Case Pending Agency Review, ECF No. 148, and for good cause shown, the Court GRANTS the parties' Joint Motion.  This litigation is stayed until December 1, 2021.  The parties are directed to submit a joint status report every 90 days, starting on August 5, 2021.  Any party may move to lift or extend the stay for good cause.

    IT IS SO ORDERED.

    DATED:    Honolulu, Hawaiʻi, May 7, 2021.

Jill A. Otake
United States District Judge

CV 17-00493 JAO-RT, *Chelius, et al. v. Becerra, et al.*; ORDER GRANTING JOINT MOTION TO STAY CASE PENDING AGENCY REVIEW