ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

JONATHAN E. AMGOTT (DCBN 1031947)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 532-5025
Jonathan.E.Amgott@usdoj.gov

*Attorneys for Defendants Xavier Becerra, J.D.,* et al.
*(see signature page for complete list)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| GRAHAM T. CHELIUS, M.D., *et al.*, | CIV. NO. 1:17-00493 JAO-RT |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE FOR JOINT STATUS REPORT** |
| XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*, | |
| Defendants. | |

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| LORIE CHAITEN | rfp_lc@aclu.org |
| JOHN FREEDMAN | John.Freedman@arnoldporter.com |
| RUTH HARLOW | rharlow@aclu.org |
| JULIA KAYE | jkaye@aclu.org |
| JONGWOOK PHILIP KIM | wkim@acluhawaii.org |
| RACHEL REEVES | rreeves@aclu.org |
| WHITNEY WHITE | wwhite@aclu.org |

*Attorneys for Plaintiffs*

Dated: November 3, 2021.

/s/ Jonathan E. Amgott
JONATHAN E. AMGOTT
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, J.D., in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Janet Woodcock, M.D., in her official capacity as Acting Commissioner of Food and Drugs*