BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428 (Katzen)/202-305-7134 (Belfer)
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendants Xavier Becerra*, et al.
*(see signature page for complete list)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIV. NO. 17-00493 JAO-RT<br><br>STIPULATION STAYING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO AMENDED AND SUPPLEMENTAL COMPLAINT; ORDER |

STIPULATION STAYING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO AMENDED AND SUPPLEMENTAL COMPLAINT

The appearing parties, by and through their undersigned counsel, hereby stipulate that the deadline for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, to file their Answer or otherwise respond to the Amended and Supplemental Complaint is stayed pending the Court's entry of a scheduling order. Plaintiffs filed their Amended and Supplemental Complaint on April 10, 2023, and Defendants' response is currently due April 24, 2023. *See* Fed. R. Civ. P. 15(a)(3). The Court has scheduled a telephone conference for May 4, 2023, ECF No. 166, and the parties anticipate that during that telephone conference the Court and the parties will discuss a schedule for further proceedings in this case, including for Defendants to respond to the Amended and Supplemental Complaint.

//

//

//

//

//

//

DATED: April 17, 2023, at Washington, DC.

/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
ACLU of Hawaii Foundation

*Attorney for Plaintiffs Graham T. Chelius, M.D., Society of Family Planning, and California Academy of Family Physicians*

/s/ Isaac C. Belfer
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, April 18, 2023.

Rom A. Trader
United States Magistrate Judge