# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00493 JAO-RT |
| CASE NAME: | Graham T. Chelius, M.D., *on behalf of himself and his patients, et al.* v. United States Food and Drug Administration, et al. |
| ATTYS FOR PLA: | *Julia Kaye<br>Jongwook Philip Kim |
| ATTYS FOR DEFT: | *Isaac C. Belfer |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 06/15/2023 | TIME: | 9:00am -9:55am |

COURT ACTION:   EP: Hearing on [171] Defendants' Motion to Stay Proceedings was conducted by video teleconference.

Plaintiffs Graham T. Chelius, M.D., Dr. Raul Ayala, President of CAFP were also present.

Oral arguments heard.

[171] Defendants' Motion to Stay Proceedings - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager