**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

**American Civil Liberties Union Foundation**
RACHEL REEVES*
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

**American Civil Liberties Union Foundation**
JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

*admitted pro hac vice*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al*., <br><br> Defendants. | CIV. NO. 1:17-00493-JAO-RT <br><br> **NOTICE OF CHANGE OF ATTORNEY ADDRESS** |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

Pursuant to Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, the undersigned counsel for Plaintiffs Graham T. Chelius, M.D., the Society of Family Planning, and the California Academy of Family Physicians hereby provides notice that her address has changed. The American Civil Liberties Union Foundation address in Washington, DC listed below is the undersigned counsel's new address, effective June 15, 2023.

DATED: June 28, 2023

Respectfully submitted,

/s/ Rachel Reeves
RACHEL REEVES*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005

2

T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

*Attorney for Plaintiffs*

*\*admitted pro hac vice*