## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the date below, a true and correct copy of the foregoing document was duly served electronically through CM/ECF, which will send a notice of electronic filing to counsel for Defendants via email.

DATED: June 28, 2023.


/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
11020
**ACLU of Hawaii Foundation**
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org


*Attorney for Plaintiffs*