BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

JAMES W. HARLOW
Acting Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428 (Katzen)/202-305-7134 (Belfer)
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendants Xavier Becerra*, et al.
*(see signature page for complete list)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*, <br><br> Defendants. | CIV. NO. 1:17-00493-JAO-RT <br><br><br> **JOINT STATUS REPORT** |

Pursuant to the Order Denying Defendants' Motion to Stay Proceedings (ECF No. 191), the parties submit this Joint Status Report outlining their agreements and disagreements regarding the administrative record.

On September 29, 2023, Defendants updated the administrative record. On October 25, 2023, Plaintiffs requested that Defendants add three categories of documents to the record. The parties met and conferred on October 30, 2023, and Defendants agreed to add to the record two of those categories of documents. The parties are still conferring about the third category.

Pursuant to the parties' agreement dated April 3, 2019, *see* ECF Nos. 50, 54, 59, the parties will not seek any "extra-record" discovery, ECF No. 191.

By November 17, 2023, the parties will submit a further joint status report.

DATED: November 1, 2023

Respectfully submitted,

/s/ Isaac C. Belfer
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
11020
ACLU of Hawaii Foundation
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

JULIA KAYE*
JENNIFER DALVEN*
RACHEL REEVES*
WHITNEY WHITE*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
rreeves@aclu.org
wwhite@aclu.org

LORIE CHAITEN*
American Civil Liberties Union Foundation
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

JOHN A. FREEDMAN*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999

3

john.freedman@arnoldporter.com

*Attorneys for Plaintiffs Graham T. Chelius, M.D., Society of Family Planning, and California Academy of Family Physicians*

*\*admitted pro hac vice*