# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00493-JAO-RT |
| CASE NAME: | Graham T. Chelius et al v. United States Food and Drug Administration et al |
| ATTY FOR PLT: | Julia Kaye *<br>Jongwook Philip Kim<br>Lorie Chaiten |
| ATTY FOR DEFT: | Isaac C. Belfer * |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 11/29/2023 | TIME: | 9:31 AM – 9:37 AM |

COURT ACTION: EP:   TELEPHONE CONFERENCE held on 11/29/2023.

Others Present:

   Barbara Alkalay and William Rawson, counsel for United States Food and Drug Administration.

Discussion had.

Plaintiffs confirm intent to file a motion to supplementing the administrative record this week. Plaintiffs indicate they may seek leave to file a second amended complaint in order to include updated information/allegations.   While parties have not yet conferred concerning an amended complaint, Defendants are willing to discuss and consider.  If agreement is reached, parties should submit a stipulation for the Courts' review/approval.

*Submitted by: Michael D. Cruz, Courtroom Manager*