Exhibit B-1

**ACOG Petition References 1-35**

# TABLE OF CONTENTS

| Petition Reference No. | Reference | Page No. |
|---|---|---|
| 1 | Prescription drug products; certain combined oral contraceptives for use as postcoital emergency contraception, 62 Fed. Reg. 8610 (proposed February 25, 1997) | Pet. Ref. 1 |
| 2 | U.S. Food & Drug Admin., *FDA Is Temporarily Exercising Enforcement Discretion with Respect to Certain Clozapine REMS Program Requirements to Ensure Continuity of Care of Patients Taking Clozapine* (last updated Nov. 2, 2022) | Pet. Ref. 4 |
| 3 | Letter from Janet Woodcock, M.D., Acting Comm'r, U.S. Food & Drug Admin., to Maureen Phipps, M.D., M.P.H., FACOG, Chief Exec. Off., Am. Coll. of Obstetricians & Gynecologists, and William Grobman, M.D., M.B.A., Pres., Society for Maternal-Fetal Medicine (Apr. 12, 2021) | Pet. Ref. 16 |
| 4 | U.S. Dep't of Health & Hum. Servs., *Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive Following Overturning of Roe v. Wade* (June 28, 2022) | Pet. Ref. 18 |
| 5 | Am. Coll. of Obstetricians & Gynecologists, Practice Bulletin No. 200: Early Pregnancy Loss, Interim Update (2021) | Pet. Ref. 22 |
| 6 | U.S. Ctrs. for Disease Control & Prevention, *Pregnancy and Infant Loss* (last reviewed Sept. 2022) | Pet. Ref. 49 |
| 7 | Siobhan Quenby et al., *Miscarriage Matters: The Epidemiological, Physical, Psychological, and* | Pet. Ref. 51 |

| | | |
|---|---|---|
| | *Economic Costs of Early Pregnancy Loss*, 397 Lancet 1658 (May 2021) | |
| 8 | Xiaobin Wang et al., *Conception, Early Pregnancy Loss, and Time to Clinical Pregnancy: A Population-Based Prospective Study*, 79 Fertil. & Steril. 577 (Mar. 2003) | Pet. Ref. 61 |
| 9 | Christopher W. Tessum et al., *PM2. 5 Polluters Disproportionately and Systemically Affect People of Color in the United States*, 7 Sci. Advances eabf4491 (Apr. 2021) | Pet. Ref. 69 |
| 10 | Kaiser Family Foundation, *State Health Facts: Poverty Rate by Race/Ethnicity* (2022) | Pet. Ref. 76 |
| 11 | Jade M. Shorter et al., *Racial Disparities in Mental Health Outcomes Among Women with Early Pregnancy Loss*, 137 Obstet. Gynecol. 156 (Jan. 2021) | Pet. Ref. 89 |
| 12 | Linda Layne, *"True Gifts from God": Paradoxes of Motherhood, Sacrifice, and Enrichment*, *in* Motherhood Lost: A Feminist Account of Pregnancy Loss in America 145–72 (Routledge ed. 2002) | Pet. Ref. 97 |
| 13 | Robin R. Wallace et al., *Counseling Women with Early Pregnancy Failure: Utilizing Evidence, Preserving Preference*, 81 Patient Educ. & Couns. 454 (2010) | Pet. Ref. 125 |
| 14 | Alisa B. Goldberg et al., *Pregnancy Loss*, in Management of Unintended and Abnormal Pregnancy: Comprehensive Abortion Care 264-279 (Maureen Paul et al., eds., 2009) | Pet. Ref. 133 |
| 15 | J. Trinder et al., *Management of Miscarriage: Expectant, Medical, or Surgical? Results of* | Pet. Ref. 149 |

| | | |
|---|---|---|
| | *Randomised Controlled Trial (Miscarriage Treatment (MIST) Trial)*, 332 BMJ 1235 (May 2006) | |
| 16 | F. Blohm et al., *A Randomized Double Blind Trial Comparing Misoprostol or Placebo in the Management of Early Miscarriage*, 112 BJOG 1090 (Aug. 2005) | Pet. Ref. 155 |
| 17 | Jun Zhang et al., *A Comparison of Medical Management with Misoprostol and Surgical Management for Early Pregnancy Failure*, 353 N. Engl. J. Med. 761 (Aug. 2005) | Pet. Ref. 161 |
| 18 | Margreet Wieringa-de Waard et al., *Patient Preferences for Expectant Management vs. Surgical Evacuation in First-Trimester Uncomplicated Miscarriage*, 57 J. Clin. Epidemiol. 167 (Feb. 2004) | Pet. Ref. 170 |
| 19 | Robin Wallace et al., *"Every Person's Just Different": Women's Experiences with Counseling for Early Pregnancy Loss Management*, 27 Women's Health Issues 456 (2017) | Pet. Ref. 177 |
| 20 | Pak Chung Ho, *Women's Perceptions on Medical Abortion*, 74 Contraception 11 (July 2006) | Pet. Ref. 184 |
| 21 | William F. Rayburn, *Distribution of American Congress of Obstetricians and Gynecologists Fellows and Junior Fellows in Practice in the United States*, 119 Obstetrics & Gynecology 1017 (May 2012) | Pet. Ref. 189 |
| 22 | Agency for Healthcare Res. & Quality., Primary Care Workforce Facts and Stats Number 3, AHRQ Pub. No. 12-P001-4-EF (Jan. 2012) | Pet. Ref. 195 |

| 23 | Courtney A. Schreiber et al., *Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss*, 378 N. Engl. J. Med. 2161 (2018) | Pet. Ref. 196 |
|----|---|---|
| 24 | Justin J. Chu et al., *Mifepristone and Misoprostol Versus Misoprostol Alone for the Management of Missed Miscarriage (MifeMiso): A Randomised, Double-Blind, Placebo-Controlled Trial*, 396 Lancet 770 (Sept. 2020) | Pet. Ref. 206 |
| 25 | JP Neilson et al., *Medical Treatment for Early Fetal Death (Less than 24 Weeks)*, 3 Cochrane Database of Sys. Rev. CD002253 (2006) | Pet. Ref. 215 |
| 26 | C Kim et al., *Medical Treatments for Incomplete Miscarriage*, 1 Cochrane Database Sys. Rev. CD007223 (2017) | Pet. Ref. 304 |
| 27 | Jessica Beaman et al., *Medication to Manage Abortion and Miscarriage*, 35 J. Gen. Intern. Med. 2398 (May 2020) | Pet. Ref. 472 |
| 28 | J Ghosh et al., *Methods for Managing Miscarriage: A Network Meta-Analysis*, 6 Cochrane Database Sys. Rev. CD012602 (2021) | Pet. Ref. 480 |
| 29 | Sam Neill et al., *Medication Management of Early Pregnancy Loss: The Impact of the U.S. Food and Drug Administration Risk Evaluation and Mitigation Strategy [A289]*, 139 Obstetrics & Gynecology 83S (May 2022) | Pet. Ref. 718 |
| 30 | Alabama Chemical Abortion Prohibition Act, H.B. 261, Reg. Sess. (Ala. 2022) | Pet. Ref. 719 |
| 31 | Unlawful Abortion Medication, H.B. 2811, Reg. Sess. (Ariz. 2022) | Pet. Ref. 726 |

| 32 | Pam Belluck, *They Had Miscarriages, and New Abortion Laws Obstructed Treatment*, N.Y. Times, July 20, 2022 | Pet. Ref. 727 |
|---|---|---|
| 33 | Tom Murphy, *CVS Seeks Verification on Drugs with Possible Abortion Use*, AP News (July 21, 2022) | Pet. Ref. 732 |
| 34 | Frances Stead Sellers & Fenit Nirappil, *Confusion Post-Roe Spurs Delays, Denials for Some Lifesaving Pregnancy Care*, Washington Post (July 16, 2022) | Pet. Ref. 734 |
| 35 | Jen Christensen, *Women with Chronic Conditions Struggle to Find Medications After Abortion Laws Limit Access*, CNN (July 22, 2022) | Pet. Ref. 740 |
| 36 | U.S. Dep't of Health & Human Servs., Guidance to Nation's Retail Pharmacies: Obligations under Federal Civil Rights Laws to Ensure Access to Comprehensive Reproductive Health Care Services (July 13, 2022) | Pet. Ref. 747 |
| 37 | U.S. Food & Drug Admin., Ctr. for Drug Eval. & Res., Risk Assessment and Risk Mitigation Review(s); Application Number 020687Orig1s020 (Mar. 29, 2016) | Pet. Ref. 754 |
| 38 | Alison Norris et al., *Abortion Stigma: A Reconceptualization of Constituents, Causes, and Consequences*, 21-3S Women's Health Issues S49 (2011) | Pet. Ref. 791 |
| 39 | Alisa B. Goldberg et al., *Mifepristone and Misoprostol for Undesired Pregnancy of Unknown Location*, 139 Obstetrics & Gynecology 771 (May 2022) | Pet. Ref. 797 |

| 40 | Soc. of Teachers of Fam. Med., Core Outcomes, Competencies, Subcompetencies, and Milestones (accessed Nov. 28, 2023) | Pet. Ref. 807 |
|---|---|---|
| 41 | Accreditation Council for Graduate Med. Educ., Obstetrics & Gynecology Milestones (2d Rev. 2021) | Pet. Ref. 810 |
| 42 | Greer Donley, *Medication Abortion Exceptionalism*, 107 Cornell L. Rev. 627 (2022) | Pet. Ref. 848 |
| 43 | David S. Cohen & Krysten Connon, *Living in the Crosshairs: The Untold Stories of Anti-Abortion Terrorism* (Oxford University Press 2015) (*Introduction only, based on public online accessibility) | Pet. Ref. 926 |
| 44 | Danielle Calloway et al., *Mifepristone Restrictions and Primary Care: Breaking the Cycle of Stigma Through a Learning Collaborative Model in the United States*, 104 Contraception 24 (July 2021) | Pet. Ref. 963 |
| 45 | Mugdha Mokashi et al., *"There's Only One Use For It": Stigma as a Barrier to Mifepristone Use for Early Pregnancy Loss in Alabama [A31]*, 139 Obstetrics & Gynecology 9S (May 2022) | Pet. Ref. 968 |
| 46 | Na'amah Razon et al., *Exploring the Impact of Mifepristone's Risk Evaluation and Mitigation Strategy (REMS) on the Integration of Medication Abortion into U.S. Family Medicine Primary Care Clinics*, 109 Contraception 19 (May 2022) | Pet. Ref. 970 |
| 47 | Jonathan M. Bearak et al., *Disparities and Change over Time in Distance Women Would Need to Travel to Have an Abortion in the USA: A Spatial Analysis* 2 Lancet Public Health e493 (2017) | Pet. Ref. 983 |

| 48 | Am. Coll. of Obstetricians & Gynecologists Committee on Health Care for Underserved Women, Committee Opinion No. 586: *Health Disparities in Rural Women*, 123 Obstetrics & Gynecology 384 (Feb. 2014) | Pet. Ref. 991 |
|---|---|---|
| 49 | Daniel Grossman et al., *Medication Abortion with Pharmacist Dispensing of Mifepristone*, 137 Obstetrics & Gynecology 613 (2021) | Pet. Ref. 996 |
| 50 | Saida Mamedova et al., U.S. Dep't of Education, *A Description of U.S. Adults Who Are Not Digitally Literate*, NCES 2018-161 (May 2018) | Pet. Ref. 1006 |
| 51 | Health Canada, *Regulatory decision summary: Mifegymiso* (July 29, 2015) | Pet. Ref. 1039 |
| 52 | Laura Schummers et al., *Abortion Safety and Use with Normally Prescribed Mifepristone in Canada*, 386 N. Engl. J. Med. 57 (Jan. 2022) | Pet. Ref. 1043 |

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Food and Drug Administration

[Docket No. 96N–0492]

**Prescription Drug Products; Certain Combined Oral Contraceptives for Use as Postcoital Emergency Contraception**

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice.

**SUMMARY:** The Food and Drug Administration (FDA) is announcing that the Commissioner of Food and Drugs (the Commissioner) has concluded that certain combined oral contraceptives containing ethinyl estradiol and norgestrel or levonorgestrel are safe and effective for use as postcoital emergency contraception, and requests submission of new drug applications (NDA's) for this use. This notice is intended to encourage manufacturers to make this additional contraceptive option available.

**ADDRESSES:** Submit NDA's to the Food and Drug Administration, Center for Drug Evaluation and Research, Central Document Room, 12229 Wilkins Ave., Rockville, MD 20852.

**FOR FURTHER INFORMATION CONTACT:** Lisa D. Rarick, Center for Drug Evaluation and Research (HFD–580), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301–827–4260.

**SUPPLEMENTARY INFORMATION:**

### I. Background

Combined oral contraceptives, which contain an estrogen and a progestin, were first approved in the United States in 1960 and in many other countries shortly thereafter. When taken daily for 3 weeks followed by a week without medication, these drugs provide effective contraception. They have become one of the most widely employed methods of pregnancy prevention, currently used by an estimated 11 million American women. In the period since the introduction of combined oral contraceptives, the amounts of estrogen and progestin have been reduced and explicit labeling guidance for safe use has been developed in response to extensive medical research. Consequently, combined oral contraceptives are now accepted as remarkably safe and effective when used as directed. There are more than 30 brands of FDA-approved oral contraceptives on the American market that contain estrogens and progestins. These products contain estrogens and progestins in different amounts and have some differences in labeling, but all are considered to be safe and effective.

For several decades, estrogens and progestins have also been used, either separately or in combination, to prevent pregnancy in women who have unprotected intercourse as a result of rape, contraceptive failure, or lack of planning. Such drugs, when used for this purpose, are known as emergency contraceptive pills, or postcoital pills, or morning-after pills.

The best researched regimen for emergency contraceptive pills was first described in 1974 by Professor A. Albert Yuzpe of Canada (Ref. 18). The regimen consists of two tablets, each tablet containing 0.05 milligram (mg) of ethinyl estradiol and 0.50 mg of norgestrel, taken within 72 hours after unprotected intercourse; a second identical dose is to be taken 12 hours after the first dose. When used in this manner, the treatment is 75 percent effective in preventing pregnancy.

This regimen and the very similar regimens described below are widely used. The specific regimen described by Yuzpe is approved for use by the drug regulatory agencies of the United Kingdom, Germany, Sweden, Switzerland, and New Zealand. The approved products used in this regimen contain ethinyl estradiol and, as the progestin, either norgestrel or levonorgestrel.

The Yuzpe regimen and similar regimens have been used extensively in the United States in the last two decades, even though no products are approved and labeled for this use. The drugs are prescribed by hospital emergency rooms, reproductive health clinics, and university health centers. They are also prescribed, although less widely, by physicians in private practice. On February 14, 1996, the Reproductive Health Technologies Project established a hotline number (1–800–584–9911) to inform women about this contraceptive method and about providers in their local area.

Since the United Kingdom approved emergency contraceptive pills in 1984, more than 4 million prescriptions have been recorded. However, the actual use is much greater because providers have found it less expensive to provide tablets of identical drugs taken from products packaged as combined oral contraceptives. The use of combined oral contraceptives for emergency contraception in the United States can only be estimated because they are not approved for this indication, but the results of a Kaiser Family Foundation survey reported at the June 28, 1996, meeting of FDA's Advisory Committee for Reproductive Health Drugs (the Advisory Committee) suggest that approximately 225,000 American women have used the method. A further indication of the extent of use is that over 25,000 calls were made to the hotline number (cited above) in the first 5 months of operation.

In November 1994, the Center for Reproductive Law & Policy filed a citizen petition asking FDA to require manufacturers of certain combined oral contraceptive products to amend their labeling and patient package inserts to include information regarding the use of these products for postcoital emergency contraception. Although FDA indicated that it had the authority to require that certain conditions of use be included in a product's labeling, it declined to exercise its discretion in this case to require the relabeling of these products for emergency contraception, and denied the petition. However, the agency decided to present the issue of the safety and effectiveness of combined oral contraceptives for postcoital emergency use to the Advisory Committee. The Advisory Committee met on June 28, 1996, to consider this issue and unanimously concluded that the four regimens below are safe and effective for postcoital emergency contraception. For the reasons described in section II. below, FDA agrees with this conclusion.

The four regimens for postcoital emergency contraception are as follows:

(1) For tablets that contain 0.05 mg of ethinyl estradiol and 0.50 mg of norgestrel, take 2 tablets within 72 hours after unprotected intercourse, then take 2 more tablets 12 hours after the first dose;

(2) For tablets that contain 0.03 mg of ethinyl estradiol and 0.30 mg of norgestrel, take 4 tablets within 72 hours after unprotected intercourse, then take 4 more tablets 12 hours after the first dose;

(3) For tablets that contain 0.03 mg of ethinyl estradiol and 0.15 mg of levonorgestrel, take 4 tablets within 72 hours after unprotected intercourse, then take 4 more tablets 12 hours after the first dose; and

(4) For tablets that contain 0.03 mg of ethinyl estradiol and 0.125 mg of levonorgestrel, take 4 tablets within 72 hours after unprotected intercourse, then take 4 more tablets 12 hours after the first dose.

The appendix to this notice provides information concerning the use of emergency contraceptive pills that might be useful to sponsors in drafting

physician and patient labeling for these products for this use.

## II. Discussion

### A. Safety

Experience with the approved products in Europe and New Zealand has demonstrated the regimens to be safe. At the Advisory Committee's June 28, 1996, meeting, Elizabeth Barden presented information from the British Medicines Control Agency that only six serious adverse reactions associated with these products for this use were reported to it from 1984 to 1996. Of these, only one occurred close enough to the time of administration to indicate that the reaction might be drug related.

Emergency contraceptive pills are not effective if the woman is pregnant; they act by delaying or inhibiting ovulation, and/or altering tubal transport of sperm and/or ova (thereby inhibiting fertilization), and/or altering the endometrium (thereby inhibiting implantation). Studies of combined oral contraceptives inadvertently taken early in pregnancy have not shown that the drugs have an adverse effect on the fetus, and warnings concerning such effects were removed from labeling several years ago. There is, therefore, no evidence that these drugs, taken in smaller total doses for a short period of time for emergency contraception, will have an adverse effect on an established pregnancy.

### B. Effectiveness

There are numerous published articles that support the effectiveness of oral contraceptive pills for emergency use (Refs. 1, 3, 4, 7 through 14, 16 and 18 through 21). In 1996, Trussell, Ellertson, and Stewart reported a meta-analysis of 10 published articles on clinical trials of emergency contraceptive pills in which the number of pregnancies among women with regular menstrual cycles who used emergency contraception was compared to the expected number of pregnancies based on the cycle day of intercourse and published estimates of conception probabilities by cycle day (Ref. 9). Defining effectiveness as the percent reduction in the likelihood of pregnancy occurring, the authors found a range of effectiveness of 55.3 percent to 94.2 percent, with an average effectiveness of 74.0 percent. In other words, if 100 women have unprotected intercourse once during the second or third week of their menstrual cycle, about 8 will become pregnant, but if the same women use emergency contraception after intercourse, only 2 will become pregnant.

## III. References

The following references have been placed on display in the Dockets Management Branch (HFA–305), Food and Drug Administration, 12420 Parklawn Dr., rm. 1–23, Rockville, MD 20852, and may be seen by interested persons between 9 a.m. and 4 p.m., Monday through Friday.

1. Bagshaw, S. N., D. Edwards, and A. K. Tucker, "Ethinyl Oestradiol and D-Norgestrel Is an Effective Emergency Postcoital Contraceptive: A Report of Its Use in 1,200 Patients in a Family Planning Clinic," *Australian and New Zealand Journal of Obstetrics and Gynecology,* 28:137–140, 1988.

2. Delbanco, S., "1995 Kaiser Family Foundation Surveys on Emergency Contraceptive Pills: Knowledge and Attitudes among American Adults and Obstetrician/ Gynecologists," Testimony before the FDA Reproductive Health Drugs Advisory Committee, June 28, 1996.

3. Fasoll, M., F. Parazzini, G. Cecchetti, and C. La Vecchia, "Post-coital Contraception: An Overview of Published Studies," *Contraception,* 39:459–468, 1989.

4. Glasier, A., "Postcoital Contraception," *Reproductive Medicine Review,* 2:75–84, 1993.

5. Glasier, A., et al., "Mifepristone (RU486) Compared with High-Dose Estrogen and Progestogen for Postcoidal Emergency Contraception," *New England Journal of Medicine,* 327:1041–1044, 1992.

6. Haspels, A. A., and M. R. Van Santen, "New Aspects in Post-coital Contraception," in "Future Aspects in Contraception," edited by B. Runnebaum, T. Rabe, and L. Kiesel, MTP Press Limited, Boston, 1985.

7. Ho, P. C., and M. S. W. Kwan, "A Prospective Randomized Comparison of Levonorgestrel with the Yuzpe Regimen in Post-coital Contraception," *Human Reproduction,* 8:389–392, 1993.

8. Percival-Smith, R. K. L., and B. Abercrombie, "Postcoital Contraception with dl-Norgestrel/Ethinyl Estradiol Combination: Six Years Experience in a Student Medical Clinic," *Contraception,* 36:287–293, 1987.

9. Trussell, J., C. Ellertson, and F. Stewart, "The Effectiveness of the Yuzpe Regimen of Emergency Contraception," *Family Planning Perspectives,* 28:58–87, 1996.

10. Trussell, J., and F. Stewart, "The Effectiveness of Postcoital Hormonal Contraception," *Family Planning Perspectives,* 24:262–264, 1992.

11. Trussell, J., et al., "Emergency Contraceptive Pills: A Simple Proposal to Reduce Unintended Pregnancies," *Family Planning Perspectives,* 24:269–273, 1992.

12. Tully, B., "Postcoital Contraception—A Study," *British Journal of Family Planning,* 8:119–124, 1983.

13. Van Look, P. F. A., and H. von Hertzen, "Emergency Contraception," *British Medical Bulletin,* 49:158–170, 1993.

14. Van Santen, M. R., and A. Haspels, "Interception II: Postcoital Low-Dose Estrogens and Norgestrel Combination in 633 Women," *Contraception,* 31:275–293, 1985.

15. Webb, A., "Safety and Medical Contraindications," in "The Provision of Emergency Hormonal Contraception," edited by D. Paintin, ch. 4, RCOG Press, London, 1995.

16. Webb, A., J. Russell, and M. Elstein, "Comparison of Yuzpe Regimen, Danazol, and Mifepristone (RU486) in Oral Postcoital Contraception," *British Medical Journal,* 305:927–931, 1992.

17. Webb, A., and D. Taberner, "Clotting Factors After Emergency Contraception," *Advances in Contraception,* 9:75–82, 1993.

18. Yuzpe, A. A., et al., "Post Coital Contraception—A Pilot Study," *Journal of Reproductive Medicine,* 13:53–58, 1974.

19. Yuzpe, A. A., R. Percival Smith, and A. Rademaker, "A Multicenter Clinical Investigation Employing Ethinyl Estradiol Combined With dl-Norgestrel as a Postcoital Contraceptive Agent," *Fertility and Sterility,* 37:508–513, 1982.

20. Yuzpe, A. A., and W. J. Lancee, "Ethinylestradiol and dl-Norgestrel as a Postcoital Contraceptive," *Fertility and Sterility,* 28:932–936, 1977.

21. Zuliani, G., U. F. Colombo, and R. Molla, "Hormonal Postcoital Contraception with an Ethinylestradiol-Norgestrel Combination and Two Danazol Regimens," *European Journal of Obstetrics & Gynecology and Reproductive Biology,* 37:253–260, 1990.

## IV. Conclusions

The Commissioner has concluded that combined oral contraceptives, taken initially within 72 hours of unprotected intercourse and providing a total of 0.10 or 0.12 mg of ethinyl estradiol and each of 0.50 or 0.60 mg of levonorgestrel in each of 2 doses separated by 12 hours, are safe and effective for use as postcoital emergency contraception. The Commissioner bases this conclusion on FDA's review of the published literature concerning this use (listed above), FDA's knowledge of the safety of combined oral contraceptives as currently labeled, and on the unanimous conclusion that these regimens are safe and effective made by the agency's Advisory Committee for Reproductive Health Drugs at its June 28, 1996, meeting. Because such combined oral contraceptives have not been labeled for this use or this dosage regimen, the Commissioner finds that these products are new drugs as defined in section 201(p)(1) and (p)(2) of the Federal Food, Drug, and Cosmetic Act (the act) (21 U.S.C. 321(p)(1) and (p)(2)). Accordingly, approved NDA's are required as a condition of marketing.

FDA is prepared to accept NDA's for combined oral contraceptives appropriately labeled for use as postcoital emergency contraception under section 505(b)(2) of the act (21 U.S.C. 355(b)(2)) and part 314 (21 CFR part 314). Because of the publicly available safety and effectiveness data documenting the drugs' use, the safety and effectiveness requirements of § 314.50 may be met by citing the

published literature listed in the references in section III. of this document. The Commissioner advises that it is unnecessary to submit copies and reprints of the data cited in section III. of this document. Both the safety and effectiveness data upon which the Commissioner bases the above conclusions and the minutes of the Advisory Committee meeting are on file for public inspection in the Dockets Management Branch (address above). The Commissioner invites applicants to submit any other pertinent studies and literature of which they are aware.

Dated: February 20, 1997.

**David A. Kessler,**

*Commissioner of Food and Drugs.*

**Appendix**

**Use of Emergency Contraceptive Pills (ECP's)**

ECP's consist of two doses of regular birth control pills containing estrogen and progestin. Taking ECP's provides a **short, strong, burst** of hormone exposure. Depending on where you are in your cycle and when you had unprotected intercourse, using ECP's may prevent ovulation, disrupt fertilization, or inhibit implantation of a fertilized egg in the uterus.

**How To Use ECP's**

The oral contraceptive pills that can be used as ECP's are listed below. **Take only one type of pill**, not all of them. For example, if you use Ovral, you do not need Nordette. If you are getting your ECP's from a regular pack of birth control pills containing 28 pills (1 for every day), remember that the last 7 (green or pink) pills do not contain any hormones.

| Brand Name | Pill Color | Number of pills to swallow within 72 hours after unprotected sex | Number of pills to swallow 12 hours later |
|---|---|---|---|
| Ovral | white | 2 | 2 |
| Lo/Ovral | white | 4 | 4 |
| Nordette | light orange | 4 | 4 |
| Levlen | light orange | 4 | 4 |
| Triphasil | yellow | 4 | 4 |
| Tri-Levlen | yellow | 4 | 4 |

1. Swallow the first dose no later than 72 hours after having unprotected sex. Remember that the second dose must be taken 12 hours after the first dose. Taking the first dose at 3 p.m. would mean taking the second dose at 3 a.m. So take the first dose at a time that will make it convenient to take the second dose 12 hours later.

2. Swallow the second dose 12 hours after taking the first dose. **Do not** swallow any extra ECP's. More pills will probably not decrease the risk of pregnancy any further and will increase the risk of nausea.

**Side Effects of ECP's**

About half the women who take ECP's have temporary nausea. It is usually mild and should stop in a day or so. The risk of nausea may be reduced if you take a long-acting nonprescription antinausea medicine (such as meclizine) 30 minutes to 1 hour before taking each of the two doses of ECP's. About 20 percent of women who take ECP's vomit. If you vomit within an hour after taking either dose of ECP's, call your clinician to discuss whether to repeat that dose or to take antinausea medicine.

**Before Taking ECP's**

If you think you might have gotten pregnant last month, see your clinician before taking ECP's. Early pregnancy symptoms can include breast tenderness, nausea, or a previous period that was not quite normal.

If you have a serious medical problem, talk to your clinician before using ECP's.

**After Taking ECP's**

Your next menstrual period may start a few days earlier or later than usual. If your period does not start within 3 weeks, see your clinician for an exam and pregnancy test. If ECP's fail, or if you were already pregnant when you took ECP's, the fetus would be exposed to hormones. Studies of women who continued to take birth control pills after they unknowingly became pregnant do not show any evidence of harm to the fetus.

ECP's may not prevent an ectopic pregnancy (in the tubes or abdomen). Ectopic pregnancy is a medical emergency. In ectopic pregnancies, spotting and cramping pain usually begin shortly after the first missed menstrual period. See your clinician immediately if you experience these symptoms.

After taking ECP's, get started as soon as you possibly can with a method of birth control you will be able to use every time you have sex. ECP's are meant for one-time, emergency protection. ECP's are not as effective as other forms of birth control. If you want to start or resume use of birth control pills after taking ECP's, consult your clinician. Protect yourself from Acquired Immune Deficiency Syndrome (AIDS) and other sexual infections as well as pregnancy. Use condoms every time you have sex if you think you may be at risk.

Source: Adapted (with permission) from Trussell, J., F. Stewart, F. Guest, and R. A. Hatcher, ''Emergency Contraceptive Pills: A Simple Proposal To Reduce Unintended Pregnancies,'' *Family Planning Perspectives*, 24:269–273, 1992.

[FR Doc. 97–4663 Filed 2–24–97; 8:45 am]

**BILLING CODE 4160–01–F**

# FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure continuity of care for patients taking clozapine

**[Updated 11/02/2022]** FDA is temporarily exercising additional enforcement discretion with respect to certain Clozapine REMS program requirements to ensure continuity of care for patients taking clozapine. FDA is aware health care professionals and patients continue to experience ongoing difficulties with the Clozapine REMS program, including issues with patient access to clozapine for patients recently discharged from an inpatient setting. To address the concern that inpatient pharmacies are only allowed to dispense a 7-days' supply of clozapine to the patient upon discharge, FDA does not intend to object if:

- Inpatient pharmacies dispense a days' supply of clozapine that aligns with the patient's monitoring frequency (e.g., weekly monitoring = 7 days' supply, twice monthly monitoring = 14 days' supply, monthly monitoring = 30 days' supply) upon discharge from an inpatient facility.

FDA continues to exercise the enforcement discretion announced in November 2021, including FDA does not intend to object if:

- Pharmacists dispense clozapine without a REMS dispense authorization (RDA).
- Wholesalers ship clozapine to pharmacies and health care settings without confirming enrollment in the REMS.

**Abrupt discontinuation of clozapine can result in significant complications for patient treatment. Health care professionals should use their clinical judgment with regard to prescribing and dispensing clozapine to patients with an absolute neutrophil count (ANC) within the acceptable range.**

We understand that difficulties with the Clozapine REMS program have caused frustration and have led to problems with patient access to clozapine. FDA takes these concerns seriously. Continuity of care, patient access to clozapine, and patient safety are our highest priorities. We are working closely with the Clozapine REMS program administrators to address these challenges and to avoid interruptions in patient care.

We encourage pharmacists and prescribers to continue working with the Clozapine REMS to complete certification and prescribers should continue to enroll patients and submit the Patient Status Form.

Pet. Ref. 4

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 13 of 754   PageID.4400

If you have questions or concerns about the Clozapine REMS Program or its website, please contact FDA at druginfo@fda.hhs.gov (mailto:druginfo@fda.hhs.gov), 1-855-543-3784 or 301-796-3400.

---

**[Updated 12/2/2021]** Health care professionals continue to alert FDA about ongoing difficulties with the Clozapine REMS program (http://www.clozapinerems.com/) ⌇ (http://www.fda.gov/about-fda/website-policies/website-disclaimer), including a high call volume and long call wait times for stakeholders since launch of the program on November 15, 2021. We understand that this has caused frustration and has led to patient access issues for clozapine. FDA takes these concerns seriously. Continuity of care, patient access to clozapine, and patient safety are our highest priorities. We are working closely with the Clozapine REMS program administrators to address these challenges and avoid interruptions in patient care.

Due to problems with implementation of the Clozapine REMS program  and the potential impact to patient care, FDA does not intend to object if:

- **Pharmacists** dispense clozapine without a REMS dispense authorization (RDA).
- **Wholesalers** ship clozapine to pharmacies and health care settings without confirming enrollment in the REMS

**Abrupt discontinuation of clozapine can result in significant complications for patient treatment. Health care professionals should use their clinical judgment with regard to prescribing and dispensing clozapine to patients with an absolute neutrophil count (ANC) within the acceptable range.**

We encourage pharmacists and prescribers to continue working with the Clozapine REMS to complete certification and patient enrollment.

If you have questions or concerns about the Clozapine REMS Program or its website, please contact FDA at druginfo@fda.hhs.gov (mailto:druginfo@fda.hhs.gov), 1-855-543-3784 or 301-796-3400.

---

**[Updated 7/29/21] CPMG and FDA continue to work to ensure that patients relying on clozapine have continued access to this medication and appropriate management of associated risks.**

On July 29, 2021, FDA approved a modification to the Clozapine REMS. The modification to Clozapine REMS will go into effect on November 15, 2021. Important changes include:

Pet. Ref. 5

11/28/23, 11:25 AM                FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 14 of 754   PageID.4401

- **All prescribers and pharmacies must be re-certified** by November 15, 2021, or they will no longer be able to prescribe/dispense clozapine.

- **Prescribers must re-enroll their patients** who will continue clozapine by November 15, 2021. Patients who are not re-enrolled by that day will no longer be able to receive clozapine.

- Re-certification and re-enrollment can begin on August 16, 2021.

- Pharmacies will no longer be able to use the telecommunication verification (also known as the switch system) to verify safe use conditions. The authorization to dispense will be obtained either through the contact center or online via the REMS website.

- A new **Patient Status Form** will document absolute neutrophil count (ANC) monitoring for all outpatients. This form must be submitted monthly. Patient monitoring must continue per the Prescribing Information.

To re-certify and re-enroll in the Clozapine REMS  please see the Important Program Update (https://www.clozapinerems.com/CpmgClozapineUI/home.u) ☐ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) at www.clozapinerems.com (http://www.clozapinerems.com) ☐ (http://www.fda.gov/about-fda/website-policies/website-disclaimer)  More information on these changes and other Clozapine REMS requirements are included below.

Effective November 15, 2021, the Clozapine REMS requires:

**For prescribers who prescribe for outpatient use or prescribers who are initiating treatment inpatient:**

- Certify in the Clozapine REMS program

- Counsel the patient on the risk of severe neutropenia and enroll patients in the Clozapine REMS program

- Obtain and assess the patient's ANC in accordance to the patient's monitoring frequency in the clozapine Prescribing Information

- Document the ANC on the Patient Status Form and submit this form monthly.

  - Patient monitoring must still continue per the Prescribing Information.

  - If an ANC is missing, the prescriber is required to provide authorization to continue therapy.

  - A Patient Status Form must be received within 37 calendar days after the date of the first dispensing or the last Patient Status Form.

  - A Patient Status Form will be used to

    - Interrupt, Discontinue, or Resume Treatment

Pet. Ref. 6

11/28/23, 11:25 AM    FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 15 of 754    PageID.4402

- Designate the patient as a Benign Ethnic Neutropenia (BEN) patient
- Create a Treatment Rationale when the patient's ANC level is < 1000/µL for a general population patient or < 500/µL for a BEN patient
- Designate the patient as a hospice patient

**For pharmacies that dispense clozapine for outpatient use:**

- Certify in the Clozapine REMS
- Obtain a REMS Dispense Authorization (RDA) prior to each dispense utilizing either the REMS website or calling the REMS Contact Center.
  - For the first dispensing, the RDA will verify that the pharmacy is certified, patient is enrolled, and patient's treatment is not interrupted or discontinued
  - For subsequent dispensing, the RDA will verify that the pharmacy is certified, patient is enrolled, a Patient Status Form has been completed in the last 37 days, and patient's treatment is not interrupted or discontinued

**For pharmacies that dispense clozapine for inpatient use:**

- Certify in the Clozapine REMS
- Obtain a REMS Dispense Authorization (RDA) prior to the initial dispense utilizing either the REMS website or calling the REMS Contact Center. The RDA will verify that the pharmacy is certified, patient is enrolled, and patient's treatment is not interrupted or discontinued

For additional information about the Clozapine REMS, please call the Clozapine REMS Contact Center at 844-267-8678 or visit www.clozapinerems.com (http://www.clozapinerems.com) ⧉ (http://www.fda.gov/about-fda/website-policies/website-disclaimer).

Beginning August 16, 2021, a Transition Contact Center will be available to support re-certification, re-enrollment activities and to answer questions at 888-586-0758.

---

**[Updated 1/16/19] The Clozapine Product Manufacturers' Group (CPMG) and the U.S. Food and Drug Administration (FDA) continue to work to ensure that patients relying on clozapine have continued access to this medication and appropriate management of associated risks.**

As a result of this work, a modification to Clozapine REMS Program will be effective February 28, 2019. Important highlights of this modification are that:

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 16 of 754   PageID.4403

- Prescribers and pharmacies must be certified by February 28, 2019 or they will no longer be able to prescribe/dispense clozapine,

- Inpatient prescribers are not required to be certified if they are prescribing for patients already enrolled in the program,

- If a patient's absolute neutrophil count (ANC) is not current, this will not prevent clozapine from being dispensed, and

- Pharmacies are no longer allowed to enroll patients in the Clozapine REMS Program after February 28, 2019, since the enrollment of patients must be completed by the prescriber or the prescriber designee.

More information on these and other Clozapine REMS Program requirements is included below.

For specific instructions related to the Clozapine REMS Program please see the Important Program Update (https://www.clozapinerems.com/CpmgClozapineUI/home.u) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) issued by CPMG.

Effective February 28, 2019, the Clozapine REMS Program requirements are:

- Prescribers who prescribe clozapine for **outpatient** use must:

  - Certify in the Clozapine REMS Program

    - If you need to prescribe clozapine but are **_not yet_** certified in the Clozapine REMS Program, go immediately to www.clozapinerems.com. Once a prescriber is certified, his/her prescriber designees must also enroll online at www.clozapinerems.com (http://www.clozapinerems.com) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer).

  - Enroll patients in the Clozapine REMS Program

    - Patient enrollment in the Clozapine REMS Program (https://www.clozapinerems.com/CpmgClozapineUI/home.u) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) is confirmed prior to dispensing.

    - If the patient is not enrolled in the Clozapine REMS Program, a dispense will not be authorized.

  - Obtain an absolute neutrophil count (ANC) for patients in accordance with the clozapine Prescribing Information and aligned with the patient's monitoring frequency

    - Submit the ANC directly to the Clozapine REMS Program according to the patient's monitoring frequency (i.e. within 7, 15, or 31 days), so the current ANC is in the REMS Program database prior to the dispense.

Pet. Ref. 8

11/28/23, 11:25 AM          FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 17 of 754   PageID.4404

- If the last ANC on file for a patient indicates moderate or severe neutropenia, a dispense will not be authorized unless the prescriber documents that the benefits of clozapine outweigh the risks associated with neutropenia (i.e. . a "Treatment Rationale" is on file).

  - A *Treatment Rationale* can be submitted by logging into your account at www.clozapinerems.com (https://www.clozapinerems.com/CpmgClozapineUI/home.u) ⤷ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) or by calling the Clozapine REMS Program Contact Center at 844-267-8678.

- If a patient does not have an ANC on file with the REMS, a dispense will not be authorized.

- Prescribers who prescribe clozapine for **inpatient** use:

  - Are not required to be certified if they are prescribing for patients already enrolled in the program.

  - Must enroll the patient in the Clozapine REMS Program prior to receiving their first dose if the patient is initiated on clozapine while in an inpatient setting.

  - Should use clinical judgement to determine whether the benefits of receiving clozapine outweigh the risks if a patient has an ANC indicating moderate or severe neutropenia in the inpatient setting.

- Pharmacies that dispense clozapine:

  - Must certify in the Clozapine REMS

    - If your pharmacy dispenses clozapine and is ***not yet*** certified in the Clozapine REMS Program, certify online at www.clozapinerems.com (http://www.clozapinerems.com) ⤷ (http://www.fda.gov/about-fda/website-policies/website-disclaimer). Outpatient pharmacies must obtain a "Pre-Dispense Authorization" (PDA) prior to dispensing clozapine.

  - Are encouraged to submit ANCs to the Clozapine REMS Program when the pharmacist is made aware of a more current ANC.

  - Will no longer be allowed to enroll patients. Enrollment of patients must be completed by the prescriber or the prescriber designee.

  - Must complete an "Eligibility Check" prior to dispensing clozapine, if they are an inpatient pharmacy.

  - Need to know that a PDA will not be issued, and an Eligibility Check will not be successful, if the patient is not enrolled in the Clozapine REMS Program.

  - In outpatient settings, need to know that a PDA will not be issued if an ANC is not on file, or if a patient has an ANC that indicates moderate or severe neutropenia without

Pet. Ref. 9

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 18 of 754   PageID.4405

a prescriber Treatment Rationale on file.

- ○ Although not required, pharmacies are encouraged to contact the prescriber to acquire the most recent patient ANC information for patient safety purposes, if a current ANC is not on file. In the future, patients who do not have a current ANC on file may not be allowed to receive clozapine.

For additional information about the Clozapine REMS Program, please call the Clozapine REMS Program Contact Center at 844-267-8678 or visit www.clozapinerems.com (http://www.clozapinerems.com) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer).

---

## [Updated 12/16/2016] Full launch for the Clozapine Risk Evaluation and Mitigation Strategy (REMS) program will not be implemented in 2016

Although the FDA announced in May 2016 that the full REMS program launch would occur in December 2016, recent technical and logistical challenges necessitate that we postpone the launch. The Clozapine Product Manufacturers' Group and the FDA are continuing to work to ensure that patients relying on clozapine have continued access to this medication and appropriate management of associated risks. We are planning a phased approach to implementing the Clozapine REMS Program in order to carefully balance patient access and ensuring the safe use of clozapine during the transition to a fully implemented Clozapine REMS Program.

Prescribers and pharmacies that have not certified in the Clozapine REMS Program are encouraged to use this additional time to certify in the program before the full launch, which includes a fully implemented predispense authorization (PDA) for pharmacies. In addition, prescribers should submit absolute neutrophil count (ANC) results to the Clozapine REMS Program according to the patients monitoring frequency (i.e. within 7, 15, or 31 days) to ensure the ANC is current. If prescribers and/or pharmacies are not certified in the Clozapine REMS Program and the ANC in the Clozapine REMS Program is not current after the full launch, this will impact the pharmacy's ability to dispense clozapine, negatively affecting patient care.

Updated information will be sent to prescribers and pharmacies once an implementation date has been confirmed.

During this extension, prescribers and pharmacies should continue to adhere to the current Clozapine REMS Program requirements:

## 1. Current prescriber requirements:

- **Enroll** patients in the Clozapine REMS Program

11/28/23, 11:25 AM        FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 19 of 754   PageID.4406

○ Patient enrollment in the Clozapine REMS Program is confirmed ***prior to*** dispensing clozapine

○ You can enroll patients through  your account on www.clozapinerems.com (http://www.clozapinerems.com/) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) or by calling the Clozapine REMS Program Contact Center at 844-267-8678

○ If the patient is not enrolled in the Clozapine REMS Program, a dispense will not be authorized

- **Obtain** an absolute neutrophil count (ANC) for patients in accordance with the clozapine Prescribing Information and aligned with the patients monitoring frequency

- **Submit the ANC** directly to the Clozapine REMS Program according to the patients monitoring frequency (i.e. within 7, 15, or 31 days) so the current ANC is in the REMS Program database **prior** to the dispense

  ○ ANCs should be submitted directly to the REMS Program and not to the pharmacy to ensure timely data entry into the system

    ▪ ANCs may be submitted to the program by logging into your account on www.clozapinerems.com (http://www.clozapinerems.com/) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) or by calling the Clozapine REMS Program Contact Center at 844-267-8678

    ▪ ANCs may also be submitted using the ANC reporting form (available under the Resources tab on www.clozapinerems.com (http://www.clozapinerems.com/) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer)). However it will take up to 48 hours to process this form

  ○ If a patient does not have an ANC on file with the REMS, a dispense ***will not be authorized***

  ○ If the last ANC on file for a patient indicates moderate or severe neutropenia, a dispense ***will not be authorized***

  ○ A patient with an ANC that indicates moderate or severe neutropenia must have a Treatment Rationale on file before the dispense can be authorized

    ▪ A Treatment Rationale can be submitted by logging into your account at www.clozapinerems.com (http://www.clozapinerems.com/) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) or by calling the Clozapine REMS Program Contact Center at 844-267-8678

    ▪ The ANC reporting form can also be used to submit a Treatment Rationale. However, it will take up to 48 hours to process this form

Pet. Ref. 11

11/28/23, 11:25 AM          FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT · Document 198-2   Filed 11/30/23   Page 20 of 754   PageID.4407

**2. Current pharmacy requirements:**

- Outpatient pharmacies must **obtain a PDA** prior to dispensing clozapine and inpatient pharmacies are required to **complete an eligibility check** prior to dispensing clozapine

  - A PDA will not be issued or the eligibility check will not be successful if the patient is not enrolled in the Clozapine REMS Program, if an ANC is not on file, or if a patient has an ANC that indicates moderate or severe neutropenia (without a prescriber Treatment Rationale)

  - Pharmacies may still enroll patients in the Clozapine REMS Program by calling the Clozapine REMS Program Contact Center at 844-267-8678

**Currently, the following will not prevent a patient from receiving clozapine from the pharmacy:**

- Prescribers and Pharmacies not certified

  - Because there are technical problems with the system that have not yet been resolved, we encourage adherence to the requirements though the absence of prescriber and pharmacy certification will not preclude a patient being dispensed clozapine. **In the future, patients that are not associated with a certified prescriber and pharmacy will not be allowed to receive clozapine.**

  - ANC not current (i.e. within 7, 15, or 31 days of the dispense date) based on the patient's monitoring frequency (MF)

    - Although not required, pharmacies are encouraged to contact the prescriber to acquire the most recent patient ANC information for patient safety purposes**. In the future, patients that do not have a current ANC on file may not be allowed to receive clozapine.**

For additional information about the Clozapine REMS Program, please call at the Clozapine REMS Program Contact Center at 844-267-8678.

---

**[Updated 11/19/2015] Clozapine REMS deadlines for prescribers and pharmacies extended**

Due to ongoing implementation challenges with the new Clozapine REMS Program, FDA is extending the November 23, 2015 prescriber certification deadline and the December 14, 2015 pharmacy certification deadline to help ensure that health care professionals have sufficient time to complete this process and that patient access to clozapine is maintained. We are also

11/28/23, 11:25 AM          FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 21 of 754   PageID.4408

carefully evaluating next steps regarding the December 14, 2015 pre-dispense authorization (PDA) launch. We will communicate the revised certification deadlines and additional information about the PDA launch as soon as possible.

Healthcare providers should prioritize the medical needs of their patients and, as appropriate, continue prescribing and dispensing clozapine to patients with an absolute neutrophil count (ANC) within the acceptable ranges while the issues are being resolved by the Clozapine REMS program administrators. Prescribers and pharmacies should continue to work with the Clozapine REMS Program administrators to resolve any issues and continue their efforts to complete certification and update patient information to meet the requirements of the program.

---

## [Updated 11/13/2015] FDA working with manufacturers to resolve challenges with the Clozapine REMS Program

Health care professionals continue to alert FDA about ongoing difficulties with the Clozapine REMS (http://www.clozapinerems.com/) ☐ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) Program, including technical issues with the website, data migration problems, and long call wait times since the launch of the program on October 12, 2015. We understand this has caused frustration and take these concerns seriously. We are working closely with the Clozapine REMS program administrators to address the challenges, many of which are a result of merging data from six registries encompassing more than 50,000 prescribers, 28,000 pharmacies, and 90,000 patient records.

During this transition to the new shared Clozapine REMS program, continuity of care, patient access to clozapine, and patient safety are our highest priorities. Healthcare providers should prioritize the medical needs of their patients and, as appropriate, continue prescribing and dispensing clozapine to patients with an absolute neutrophil count (ANC) within the acceptable ranges while the issues are being resolved by the Clozapine REMS program administrators. Prescribers and pharmacies should continue to work with the Clozapine REMS Program to resolve any issues.

FDA has asked the Clozapine REMS Program administrators to continue posting updated information and to help answer frequently asked questions under the "Important Program Update" section of the Clozapine REMS Program (http://www.clozapinerems.com/) ☐ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) homepage.

Prescribers and pharmacists who encounter issues with the Clozapine REMS Program should contact the Clozapine REMS Contact Center at 1-844-267-8678; Monday – Friday, 8am – 10pm EST. Because of the challenges mentioned above, the Contact Center has been extremely busy.

11/28/23, 11:25 AM          FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c...

Case 1:17-cv-00493-JAQ-RT   Document 198-2   Filed 11/30/23   Page 22 of 754   PageID.4409

However, the Clozapine REMS program administrators have informed FDA that wait times are improving.  We encourage pharmacists and prescribers to continue their efforts to complete certification and update patient information to meet the requirements of the program.

If you have questions or concerns about the Clozapine REMS Program or its website please contact FDA at druginfo@fda.hhs.gov (mailto:druginfo@fda.hhs.gov), 1-855-543-3784 or  301-796-3400.

---

### [10/20/2015] FDA alerts prescribers and pharmacists to continue clozapine prescribing and dispensing if they encounter online Clozapine REMS certification issues

*Program launched October 12, 2015;  technical issues resolved as of October 16, 2015*

The FDA is aware that in recent days, technical difficulties with the new Clozapine REMS (http://www.clozapinerems.com/) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) website have prevented some pharmacies and prescribers from completing their required online Clozapine REMS certification. This has resulted in patient access issues in some cases. The clozapine manufacturers, who are the REMS program administrators, have notified FDA that these technical issues have been resolved as of October 16, 2015. **If prescribers and pharmacists continue to experience any issues, they should use clinical judgment and consider the best interests of the patient. Continue prescribing and dispensing clozapine to patients with an absolute neutrophil count (ANC) within the acceptable ranges while the issues are being resolved.**

Prescribers and authorized representatives for pharmacies who encountered certification difficulties should resume the online certification process. Pharmacists at chain pharmacies will be receiving additional communication from their authorized representative.

Prescribers or pharmacists who continue to encounter technical issues with the Clozapine REMS Program should contact the Clozapine REMS Contact Center at 1-844-267-8678; Monday – Friday, 8am – 10pm EDT.

We are also aware that there is confusion about the new Clozapine REMS Program requirements. Clozapine manufacturers are working to answer these questions and have posted additional information that is available by clicking on the "**Important Program Update**" button on the Clozapine REMS website (http://www.clozapinerems.com/) ☑ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) homepage.

If you have questions or concerns about the Clozapine REMS Program or its website please contact FDA at druginfo@fda.hhs.gov (mailto:druginfo@fda.hhs.gov), 1-855-543-3784 or 301-796-3400.

Pet. Ref. 14

11/28/23, 11:25 AM      FDA is temporarily exercising enforcement discretion with respect to certain Clozapine REMS program requirements to ensure c…

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 23 of 754   PageID.4410

# Related Information

- <u>FDA Drug Safety Communication: FDA modifies monitoring for neutropenia associated with schizophrenia medicine clozapine; approves new shared REMS program for all clozapine medicines (/drugs/drug-safety-and-availability/fda-drug-safety-communication-fda-modifies-monitoring-neutropenia-associated-schizophrenia-medicine)</u>

Was this helpful?    [ Yes ]   [ No ]

Pet. Ref. 15



April 12, 2021

Maureen G. Phipps, MD, MPH, FACOG
Chief Executive Officer
American College of Obstetricians and Gynecologists
c/o     Rachel Tetlow, Federal Affairs Director
        rtetlow@acog.org

        Skye Perryman, General Counsel
        sperryman@acog.org

William Grobman, MD, MBA
President
Society for Maternal-Fetal Medicine
w-grobman@northwestern.edu

Dear Drs. Phipps and Grobman,

In your letter of April 20, 2020, to former Commissioner Stephen Hahn, you expressed concerns about the in-person dispensing requirements for certain prescription drugs during the current public health emergency.  In my letter to you of March 19, 2021, I indicated that staff in the Food and Drug Administration's (FDA) Center for Drug Evaluation and Research (CDER) were evaluating the issues you raised.

Following up on my March 19, 2021, letter I am writing to report the results of CDER's review and analysis.

CDER conducted a literature search for studies pertinent to the in-person dispensing requirement in the Mifepristone REMS Program during the COVID-19 pandemic.  Based on this literature search, CDER identified four publications that included relevant clinical outcome data.[1]  CDER

---

[1] Chong E, et al. Expansion of a Direct-to-Patient Telemedicine Abortion Service in the United States and Experience during the COVID-19 Pandemic. Contraception 2021 (accepted manuscript). https://www.sciencedirect.com/science/article/pii/S0010782421000913; Kerestes C, et al. Provision of medication abortion in Hawai'i during COVID-19: Practical experience with multiple care delivery models. Contraception 2021 (accepted manuscript). https://doi.org/10.1016/j.contraception.2021.03.025; Aiken A et al. Effectiveness, Safety and Acceptability of No-test Medical Abortion Provided Via Telemedicine: a National Cohort Study. British J Obstet Gynecol 2021. https://obgyn.onlinelibrary.wiley.com/doi/10.1111/1471-0528.16668; Reynolds-Wright JJ et al. Telemedicine medical abortion at home under 12 weeks' gestation: a prospective observational cohort study during the COVID-19 pandemic.  BMJ Sex Reprod Health 2021. https://srh.bmj.com/content/early/2021/02/04/bmjsrh-2020-200976

Pet. Ref. 16

found that although there are limitations to the study designs, the overall findings from these studies do not appear to show increases in serious safety concerns (such as hemorrhage, ectopic pregnancy, or surgical interventions) occurring with medical abortion as a result of modifying the in-person dispensing requirement during the COVID-19 pandemic.

CDER also reviewed postmarketing adverse events that reportedly occurred from January 27, 2020 - January 12, 2021, with mifepristone use for medical termination of early pregnancy, along with available information about deviations or noncompliance events associated with the Mifepristone REMS Program.[2]  CDER found that the small number of adverse events reported to FDA during the COVID-19 public health emergency (PHE) provide no indication that any program deviation or noncompliance with the Mifepristone REMS Program contributed to the reported adverse events.

In summary, provided the other requirements of the Mifepristone REMS Program are met, and given that the in-person dispensing of mifepristone for medical termination of early pregnancy may present additional COVID-related risks to patients and healthcare personnel because it may involve a clinic visit solely for this purpose, CDER intends to exercise enforcement discretion during the COVID-19 PHE with respect to the in-person dispensing requirement of the Mifepristone REMS Program, including any in-person requirements that may be related to the Patient Agreement Form.  Further, to the extent all of the other requirements of the Mifepristone REMS Program are met, CDER intends to exercise enforcement discretion during the COVID-19 PHE with respect to the dispensing of mifepristone through the mail either by or under the supervision of a certified prescriber, or through a mail-order pharmacy when such dispensing is done under the supervision of a certified prescriber.

CDER is communicating this decision to the approved application holders subject to the Mifepristone REMS Program.

Sincerely yours,

Janet Woodcock, M.D.
Acting Commissioner of Food and Drugs

---

[2] See Mifepristone REMS Program at
https://www.accessdata.fda.gov/scripts/cder/rems/index.cfm?event=RemsDetails.page&REMS=390.  CDER's analysis covers both products that are subject to the Mifepristone REMS Program (Mifeprex and the approved generic, Mifepristone Tablets, 200 mg).

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 26 of 754    PageID.4413



An official website of the United States government

**U.S. Department of**
**Health and Human Services**
Enhancing the health and well-being of all Americans

Home </> > About </about/index.html> > News </about/news/index.html> > Remarks by Secret…

**Navigate to:**

T+    🖨    f    𝕏    ✉

# Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive following Overturning of Roe v. Wade

**Xavier Becerra**
**June 28, 2022**
**Hubert H. Humphrey Building**
**Washington, D.C.**

*As Prepared for Delivery*

On Friday, June 24th, five Americans decided to use the vast power bestowed upon them by our democracy and our Constitution to unconscionably put at risk the life and health of millions of their fellow Americans. They chose to unconscionably limit Americans' established freedom and autonomy to control their own body — decisions usually made

11/28/23, 11:29 AM          Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive following Overturning…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 27 of 754   PageID.4414

in consultation with their doctor, not a politician. And they chose to unconscionably strip away the fundamental health care protections that every American of child-bearing age has known all their lives.

Friday's Supreme Court decision was despicable, but it was also predictable. HHS has been preparing for this for some time. That's why, earlier this year, we launched our HHS Reproductive Access Task Force to plan for every action necessary to protect women's access to reproductive health care.

There is no magic bullet. But if there is something we can do, we will find it and we will do it at HHS. Indeed, that was the instruction I received from the President of the United States.

Last Friday, President Biden announced the actions he is taking to ensure medication abortion is available to the fullest extent possible and that women can travel safely from states where abortion is banned to states where abortion is legal.  Here is how HHS will support these issues:

- First, HHS will take steps to increase access to medication abortion.
  - Federal law requires our programs to provide medication abortion in limited circumstances, including life of the woman, rape, or incest.
  - Now more than ever it is imperative that all federally-supported programs and services are complying and providing this under the law.
- Second, I am directing the Office for Civil Rights within HHS to ensure patient privacy and nondiscrimination for patients seeking reproductive health care, as well as for providers who offer reproductive health care.
- Third, I am directing the Department to examine its authority under the Emergency Medical Treatment Act (EMTALA) to ensure that clinical judgment of doctors and hospitals is supported in treating pregnant patients, including those experiencing pregnancy loss or complications, and reaffirming that abortion care can be appropriate to stabilize patients.
- Fourth, I am directing all agencies in my Department to work to ensure that all providers – from doctors to pharmacists -- and clinics have appropriate training and resources to handle family planning needs, including administering patient referrals for care, and helping patients navigate this new reality.

Pet. Ref. 19

11/28/23, 11:29 AM                 Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive following Overturning…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 28 of 754   PageID.4415

- Fifth, I am directing the Centers for Medicare and Medicaid Services (CMS) to take every legally available step to protect family planning care, including emergency contraceptives and long acting reversable contraceptives, such as IUDs.  Health care is a matter to be decided by patients and their providers, not politicians.  As part of these efforts, we will make clear that family planning providers are able to participate in the Medicaid program. These clinics provide safe care and have a vast expertise in providing reproductive health care.

Let me now tell you a little more about why I think medication abortion is so critical.

- Medication abortion has been approved by the FDA for years and is safe for patients.

- It is the gold standard for care when someone who's pregnant experiences a miscarriage, which is all too real for many expectant mothers across the country.

- The Supreme Court's decision will result in worsened health outcomes and death for some patients.  Working to increase access to this drug is a national imperative and in the public interest.

- We will continue to support the FDA and its rigorous scientific review for these safe and effective drugs.

- We will also work with the Attorney General and the Justice Department as they work to ensure that states may not ban medication abortion, based on a disagreement with the FDA's expert judgment about the drug's safety and efficacy.

- And we will issue guidance to providers to ensure they receive accurate and robust information on medication abortion.

The HHS Reproductive Access Task Force will report to me on additional impactful ways to ensure appropriate information about, access to, and coverage for sexual and reproductive health care – as well as coordinate with other federal agencies.

I was at a Planned Parenthood clinic in St. Louis, Missouri, on Friday morning when the Supreme Court overturned Roe v. Wade. I saw in real time the impact of this unconscionable decision. The Clinic Director had to almost immediately start turning away patients as the state's ban went into effect. This clinic has stopped providing safe and legal abortion care. People in the room were visibly shaken, there were tears and an unshakeable sense of sadness.

Pet. Ref. 20

11/28/23, 11:30 AM          Remarks by Secretary Xavier Becerra at the Press Conference in Response to President Biden's Directive following Overturning…

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 29 of 754   PageID.4416

After my visit to the clinic in St. Louis, I traveled across the state line to another clinic in Fairview Heights, Illinois – a state that, unlike Missouri, still had lawful abortion care. There, I visited a site that helps patients get care by providing assistance – ranging from helping patients find appointments to paying for their travel expenses –and abortion care. It was shocking that, in the United States of America, a short drive can make such a dire and draconian difference in health care outcomes. I saw restrictions that leave women and families on unequal footing and widen maternal health disparities.

The impact was visible and real.

This is a critical moment in history.  How we respond will speak to how we view the rights, dignity and wellbeing of women everywhere.  This is a moment of crisis in health care. We will leave no stone unturned.  All options are on the table. We will do everything within the legal limit of the law to reach patients and support providers.

I know we are all tired and our hearts are broken by this loss of rights and dignity. But now is the time for us to continue on for the many people across the country who live in banned abortion states, who lack voices that represent them.

I stand with you and I have your back.

---

Content created by Assistant Secretary for Public Affairs (ASPA)
Content last reviewed June 28, 2022

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 30 of 754   PageID.4417



| Clinical



**Early Pregnancy Loss**

Practice Bulletin ⓘ  |  Number 200  |  November 2018

By reading this page you agree to ACOG's Terms and Conditions. **Read terms**

---

View the **Practice Advisory** and **Physician FAQs** that have been issued for this document.

---

Number 200 *(Replaces Practice Bulletin Number 150, May 2015. Reaffirmed 2021)*

**Committee on Practice Bulletins—Gynecology** . This Practice Bulletin was developed by the ACOG Committee on Practice Bulletins—Gynecology in collaboration with Sarah Prager, MD; Vanessa K. Dalton, MD, MPH; and Rebecca H. Allen, MD, MPH.

INTERIM UPDATE: This Practice Bulletin is updated as highlighted to reflect recent evidence regarding the use of mifepristone combined with misoprostol for medical management of early pregnancy loss. This Practice Bulletin also includes limited, focused updates to align with Practice Bulletin No. 181, *Prevention of Rh D Alloimmunization* .

Pet. Ref. 22

**ABSTRACT:** Early pregnancy loss, or loss of an intrauterine pregnancy within the first trimester, is encountered commonly in clinical practice. Obstetricians and gynecologists should understand the use of various diagnostic tools to differentiate between viable and nonviable pregnancies and offer the full range of therapeutic options to patients, including expectant, medical, and surgical management. The purpose of this Practice Bulletin is to review diagnostic approaches and describe options for the management of early pregnancy loss.

---

# Background

## Definition

*Early pregnancy loss* is defined as a nonviable, intrauterine pregnancy with either an empty gestational sac or a gestational sac containing an embryo or fetus without fetal heart activity within the first 12 6/7 weeks of gestation (1). In the first trimester, the terms miscarriage, spontaneous abortion, and early pregnancy loss are used interchangeably, and there is no consensus on terminology in the literature. However, early pregnancy loss is the term that will be used in this Practice Bulletin.

## Incidence

Early pregnancy loss is common, occurring in 10% of all clinically recognized pregnancies (2) (3) (4). Approximately 80% of all cases of pregnancy loss occur within the first trimester (2) (3).

## Etiology and Risk Factors

Approximately 50% of all cases of early pregnancy loss are due to fetal chromosomal abnormalities (5) (6). The most common risk factors identified among women who have experienced early pregnancy loss are advanced maternal age and a prior early pregnancy loss (7) (8). The frequency of clinically recognized early pregnancy loss for women aged 20–30 years is 9–17%, and this rate increases sharply from 20% at age 35 years to 40% at age 40 years and 80% at age 45 years (7). Discussion of the many risk factors thought to be associated with early pregnancy loss is beyond the scope of this document and is covered in more detail in other publications (6) (7).

Pet. Ref. 23

# Clinical Considerations and Recommendations

***What findings can be used to confirm a diagnosis of early pregnancy loss?***

Common symptoms of early pregnancy loss, such as vaginal bleeding and uterine cramping, also are common in normal gestation, ectopic pregnancy, and molar pregnancy. Before initiating treatment, it is important to distinguish early pregnancy loss from other early pregnancy complications. Treatment of an early pregnancy loss before confirmed diagnosis can have detrimental consequences, including interruption of a normal pregnancy, pregnancy complications, or birth defects [9]. Therefore, a thorough evaluation is needed to make a definitive diagnosis. In combination with a thorough medical history and physical examination, ultrasonography and serum β-hCG testing can be helpful in making a highly certain diagnosis.

Ultrasonography, if available, is the preferred modality to verify the presence of a viable intrauterine gestation. In some instances, making a diagnosis of early pregnancy loss is fairly straightforward and requires limited testing or imaging. For example, early pregnancy loss can be diagnosed with certainty in a woman with an ultrasound-documented intrauterine pregnancy who subsequently presents with reported significant vaginal bleeding and an empty uterus on ultrasound examination. In other instances, the diagnosis of early pregnancy loss is not as clear. Depending on the specific clinical circumstances and how much diagnostic certainty the patient desires, a single serum β-hCG test or ultrasound examination may not be sufficient to confirm the diagnosis of early pregnancy loss.

Pet. Ref. 24

The use of ultrasound criteria to confirm the diagnosis of early pregnancy loss was initially reported in the early 1990s, shortly after vaginal ultrasonography became widely available. Based on these early studies, a crown–rump length (CRL) of 5 mm without cardiac activity or an empty gestational sac measuring 16 mm in mean gestational sac diameter have been used as diagnostic criteria to confirm early pregnancy loss [10] [11] . Recently, two large prospective studies have been used to challenge these cutoffs. In the first study, 1,060 women with intrauterine pregnancies of uncertain viability were followed up to weeks 11–14 of gestation [12] . In this group of women, 55.4% received a diagnosis of nonviable gestation during the observation period. A CRL cutoff of 5 mm was associated with an 8.3% false-positive rate for early pregnancy loss. A CRL cutoff of 5.3 mm was required to achieve a false-positive rate of 0% in this study [12] . Similarly, the authors reported a 4.4% false-positive rate for early pregnancy loss when using a mean gestational sac diameter cutoff of 16 mm. A mean gestational sac diameter cutoff of 21 mm (without an embryo and with or without a yolk sac) on the first ultrasound examination was required to achieve 100% specificity for early pregnancy loss. In a second study of 359 women from the first study group, the authors concluded that growth rates for the gestational sac (mean gestational sac diameter) and the embryo (CRL) could not predict viability accurately [13] . However, the authors concluded that if a gestational sac was empty on initial scan, the absence of a visible yolk sac or embryo on a second scan performed 7 days or more after the first scan was always associated with pregnancy loss [13] .

Based on these studies, the Society of Radiologists in Ultrasound Multispecialty Panel on Early First Trimester Diagnosis of Miscarriage and Exclusion of a Viable Intrauterine Pregnancy created guidelines that are considerably more conservative than past recommendations and also have stricter cutoffs than the studies on which they are based [14] [Table 1] . The authors of the guidelines report that the stricter cutoffs are needed to account for interobserver variability; however, this already was accounted for in the original study through its use of multiple ultrasonographers [12] [15] . Other important limitations in the development of these guidelines should be recognized. For example, there were few cases at or near the measurements ultimately identified as decision boundaries. Similarly, the time between observing a gestational sac and expecting to see a yolk sac or embryo was increased from 7 days or more in the clinical study [13] to 14 days in the guidelines [14] . The basis of this recommendation is unclear.

Pet. Ref. 25

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 34 of 754   PageID.4421

**Table 1.** Guidelines for Transvaginal Ultrasonographic Diagnosis of Pregnancy Failure in a Woman With an Intrauterine Pregnancy of Uncertain Viability[*]

| Findings Diagnostic of Pregnancy Failure | Findings Suspicious for, but Not Diagnostic of, Pregnancy Failure[†] |
|---|---|
| Crown–rump length of 7 mm or greater and no heartbeat | Crown–rump length of less than 7 mm and no heartbeat |
| Mean sac diameter of 25 mm or greater and no embryo | Mean sac diameter of 16–24 mm and no embryo |
| Absence of embryo with heartbeat 2 weeks or more after a scan that showed a gestational sac without a yolk sac | Absence of embryo with heartbeat 7–13 days after a scan that showed a gestational sac without a yolk sac |
| Absence of embryo with heartbeat 11 days or more after a scan that showed a gestational sac with a yolk sac | Absence of embryo with heartbeat 7–10 days after a scan that showed a gestational sac with a yolk sac |
| | Absence of embryo for 6 weeks or longer after last menstrual period |
| | Empty amnion (amnion seen adjacent to yolk sac, with no visible embryo) |
| | Enlarged yolk sac (greater than 7 mm) |
| | Small gestational sac in relation to the size of the embryo (less than 5 mm difference between mean sac diameter and crown–rump length) |

[*]Criteria are from the Society of Radiologists in Ultrasound Multispecialty Consensus Conference on Early First Trimester Diagnosis of Miscarriage and Exclusion of a Viable Intrauterine Pregnancy, October 2012.

[†]When there are findings suspicious for pregnancy failure, follow-up ultrasonography at 7–10 days to assess the pregnancy for viability is generally appropriate.

Reprinted from Doubilet PM, Benson CB, Bourne T, Blaivas M, Barnhart KT, Benacerraf BR, et al. Diagnostic criteria for nonviable pregnancy early in the first trimester. Society of Radiologists in Ultrasound Multispecialty Panel on Early First Trimester Diagnosis of Miscarriage and Exclusion of a Viable Intrauterine Pregnancy. N Engl J Med 2013;369:1443–51.

Obstetrician–gynecologists caring for women experiencing possible early pregnancy loss should consider other clinical factors when interpreting the Society of Radiologists in Ultrasound guidelines, including the woman's desire to continue the pregnancy; her willingness to postpone intervention to achieve 100% certainty of pregnancy loss; and the potential consequences of waiting for intervention, including unwanted spontaneous passage of pregnancy tissue, the need for an unscheduled visit or procedure, and patient anxiety. It is important to include the patient in the diagnostic process and to individualize these guidelines to patient circumstances.

Criteria that are considered suggestive, but not diagnostic, of early pregnancy loss are listed in Table 1 [14]. Slow fetal heart rate (less than 100 beats per minute at 5–7 weeks of gestation) [16] and subchorionic hemorrhage also have been shown to be associated with early pregnancy loss but should not be used to make a definitive diagnosis [17]. These findings warrant further evaluation in 7–10 days [14].

In cases in which an intrauterine gestation cannot be identified with reasonable certainty, serial serum β-hCG measurements and ultrasound examinations may be required before treatment to rule out the possibility of an ectopic pregnancy. A detailed description of the recommended approach to ectopic pregnancy diagnosis and management is available in Practice Bulletin Number 193, *Tubal Ectopic Pregnancy* [18].

Pet. Ref. 26

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 35 of 754  PageID.4422

*What are the management options for early pregnancy loss?*

Accepted treatment options for early pregnancy loss include expectant management, medical treatment, or surgical evacuation. Although these options differ significantly in process, all have been shown to be reasonably effective and accepted by patients. In women without medical complications or symptoms requiring urgent surgical evacuation, treatment plans can safely accommodate patient treatment preferences. There is no evidence that any approach results in different long-term outcomes. Patients should be counseled about the risks and benefits of each option. The following discussion applies to symptomatic and asymptomatic patients.

## Expectant Management

Because of a lack of safety studies of expectant management in the second trimester and concerns about hemorrhage, expectant management generally should be limited to gestations within the first trimester. With adequate time (up to 8 weeks), expectant management is successful in achieving complete expulsion in approximately 80% of women [19] . Limited data suggest that expectant management may be more effective in symptomatic women (those who report tissue passage or have ultrasound findings consistent with incomplete expulsion) than in asymptomatic women [20] [21] . Furthermore, studies that included women with incomplete early pregnancy loss tend to report higher success rates than those that included only women with missed or anembryonic pregnancy loss [22] .

Pet. Ref. 27

Patients undergoing expectant management may experience moderate-to-heavy bleeding and cramping. Educational materials instructing the patient on when and who to call for excessive bleeding and prescriptions for pain medications should be provided. It also is important to counsel patients that surgery may be needed if complete expulsion is not achieved. Studies among women with early pregnancy loss typically have used ultrasound criteria, patient-reported symptoms, or both, to confirm complete passage of gestational tissue. Although there is no consensus in the literature, a commonly used criterion for complete expulsion of pregnancy tissue is the absence of a gestational sac and an endometrial thickness of less than 30 mm 23 . However, there is no evidence that morbidity is increased in asymptomatic women with a thicker endometrial measurement 24 . Surgical intervention is not required in asymptomatic women with a thickened endometrial stripe after treatment for early pregnancy loss. Thus, the use of ultrasound examination for any diagnostic purpose other than documenting the absence of the gestational sac is not recommended. Other follow-up approaches, such as standardized follow-up phone calls, urine pregnancy tests, or serial quantitative serum β-hCG measurements, may be useful, especially for women with limited access to follow-up ultrasound examination 25 . However, these approaches have not been studied sufficiently among women with early pregnancy loss to provide meaningful guidance.

## Medical Management

Medical management for early pregnancy loss can be considered in women without infection, hemorrhage, severe anemia, or bleeding disorders who want to shorten the time to complete expulsion but prefer to avoid surgical evacuation. Compared with expectant management, medical management of early pregnancy loss decreases the time to expulsion and increases the rate of complete expulsion without the need for surgical intervention 26 .

Misoprostol-based regimens have been extensively studied for the medical management of early pregnancy loss 26 . Most studies suggest that a larger dose of misoprostol is more effective than a smaller dose, and vaginal or sublingual administration is more effective than oral administration, although the sublingual route is associated with more cases of diarrhea 26 . The largest randomized controlled trial conducted in the United States demonstrated complete expulsion by day 3 in 71% of women with first-trimester pregnancy loss after one dose of 800 micrograms of vaginal misoprostol 23 . The success rate was increased to 84% after a second dose of 800 micrograms of vaginal misoprostol was administered if needed. Therefore, in patients for whom medical management of early pregnancy loss is indicated, initial treatment using 800 micrograms of vaginal misoprostol is recommended, with a repeat dose as needed Box 1 .

Pet. Ref. 28

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 37 of 754   PageID.4424

**Box 1.**

## Protocol for the Medical Management of Early Pregnancy Loss

- Misoprostol 800 micrograms vaginally, with one repeat dose as needed, no earlier than 3 hours after the first dose and typically within 7 days if there is no response to the first dose*

- A dose of mifepristone (200 mg orally) 24 hours before misoprostol administration should be considered when mifepristone is available.[†]

- Prescriptions for pain medications should be provided to the patient.

- Women who are Rh(D) negative and unsensitized should receive Rh(D)-immune globulin within 72 hours of the first misoprostol administration.

- Follow-up to document the complete passage of tissue can be accomplished by ultrasound examination, typically within 7–14 days. Serial serum β-hCG measurements may be used instead in settings where ultrasonography is unavailable. Patient-reported symptoms also should be considered when determining whether complete expulsion has occurred.

- If medical management fails, the patient may opt for expectant management, for a time determined by the woman and her obstetrician–gynecologist or other gynecologic provider, or suction curettage.

*Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. National Institute of Child Health Human Development (NICHD) Management of Early Pregnancy Failure Trial. N Engl J Med 2005;353:761–9.

[†]Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT. Mifepristone pretreatment for the medical management of early pregnancy loss. N Engl J Med 2018;378:2161–70.

Pet. Ref. 29

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 38 of 754   PageID.4425

The addition of a dose of mifepristone (200 mg orally) 24 hours before misoprostol administration may significantly improve treatment efficacy and should be considered when mifepristone is available   Box 1  . Although initial studies were unclear about the benefit of mifepristone for the management of early pregnancy loss   27  , a 2018 randomized controlled trial showed that a combined mifepristone−misoprostol regimen was superior to misoprostol alone for the management of early pregnancy loss   28  . Among 300 women undergoing medical management for early pregnancy loss, those who received mifepristone (200 mg orally) followed by misoprostol (800 micrograms vaginally) 24 hours later had significantly increased rates of complete expulsion (relative risk [RR], 1.25; 95% CI, 1.09−1.43) compared with women who received misoprostol alone (800 micrograms vaginally)   28  . The mifepristone−misoprostol regimen also was associated with a decreased risk of surgical intervention with uterine aspiration to complete treatment (RR, 0.37; 95% CI, 0.21−0.68). Reports of bleeding intensity and pain as well as other adverse effects were generally similar for the two treatment groups, and the occurrence of serious adverse events was rare among all participants. These results are consistent with the demonstrated efficacy and safety of the mifepristone−misoprostol combined regimen for medication-induced abortion   29    30  . Currently, the availability of mifepristone is limited by U.S. Food and Drug Administration Risk Evaluation and Mitigation Strategy restrictions   31  . The American College of Obstetricians and Gynecologists supports improving access to mifepristone for reproductive health indications   32  .

A 2013 Cochrane review of limited evidence concluded that among women with incomplete pregnancy loss (ie, incomplete tissue passage), the addition of misoprostol does not clearly result in higher rates of complete evacuation when compared with expectant management (at 7−10 days, success rates were 80−81% versus 52−85%, respectively)   33  . Therefore, at this time, there is insufficient evidence to support or refute the use of misoprostol among women with incomplete pregnancy loss.

Pet. Ref. 30

As with expectant management of early pregnancy loss, women opting for medical treatment should be counseled on what to expect while they pass pregnancy tissue, provided information on when to call regarding bleeding, and given prescriptions for pain medications. Counseling should emphasize that the woman is likely to have bleeding that is heavier than menses (and potentially accompanied by severe cramping). The woman should understand how much bleeding is considered too much. An easy reference for the patient to use is the soaking of two maxi pads per hour for 2 consecutive hours 34 . The patient should be advised to call her obstetrician–gynecologist or other gynecologic provider if she experiences this level of bleeding. As with expectant management, it also is important to counsel patients that surgery may be needed if medical management does not achieve complete expulsion.

Follow-up typically includes confirmation of complete expulsion by ultrasound examination, but serial serum β-hCG measurement may be used instead in settings where ultrasonography is unavailable. Patient-reported symptoms also should be considered when determining whether complete expulsion has occurred.

## Surgical Management

Surgical uterine evacuation has long been the traditional approach for women presenting with early pregnancy loss and retained tissue. Women who present with hemorrhage, hemodynamic instability, or signs of infection should be treated urgently with surgical uterine evacuation. Surgical evacuation also might be preferable in other situations, including the presence of medical comorbidities such as severe anemia, bleeding disorders, or cardiovascular disease. Many women prefer surgical evacuation to expectant or medical treatment because it provides more immediate completion of the process with less follow-up.

In the past, uterine evacuation often was performed with sharp curettage alone. However, studies show that the use of suction curettage is superior to the use of sharp curettage alone 35  36 . Furthermore, the routine use of sharp curettage along with suction curettage in the first trimester does not provide any additional benefit as long as the obstetrician–gynecologist or other gynecologic provider is confident that the uterus is empty. Suction curettage also can be performed in an office setting with an electric vacuum source or manual vacuum aspirator, under local anesthesia with or without the addition of sedation 37 38 . Surgical management in the office setting offers significant cost savings compared with the same procedure performed in the operating room 38  39  40 . Patients often choose management in the office setting for its convenience and scheduling availability 38 .

Pet. Ref. 31

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 40 of 754  PageID.4427

*How do the different management options for early pregnancy loss compare in effectiveness and risk of complications?*

Studies have demonstrated that expectant, medical, and surgical management of early pregnancy loss all result in complete evacuation of pregnancy tissue in most patients, and serious complications are rare. As a primary approach, surgical evacuation results in faster and more predictable complete evacuation **22** . The success of surgical uterine evacuation of early pregnancy loss approaches 99% **23** . The largest U.S. trial reported that success rates after medical management of anembryonic gestations (81%) was lower than with embryonic or fetal death (88%) or incomplete or inevitable early pregnancy loss (93%) **23** . However, a subsequent multivariable analysis of the same data revealed that only active bleeding and nulliparity were strong predictors of success **41** . Therefore, medical management is a reasonable option for any pregnancy failure type.

Overall, serious complications after early pregnancy loss treatment are rare and are comparable across treatment types. Clinically important intrauterine adhesion formation is a rare complication after surgical evacuation. Hemorrhage and infection can occur with all of the treatment approaches. In the Management of Early Pregnancy Failure Trial, women randomized to the misoprostol group were significantly more likely to have a decrease in their hemoglobin levels greater than or equal to 3 g/dL than women in the vacuum aspiration group **23** **42** . However, rates of hemorrhage-related hospitalization with or without transfusion are similar between treatment approaches (0.5–1%) **23** **43** . Pelvic infection also can occur after any type of early pregnancy loss treatment. One systematic review concluded that although infection rates appeared lower among those undergoing expectant management than among those undergoing surgical evacuation (RR, 0.29; 95% CI, 0.09–0.97), the overall rates of infection were low (1–2%) **43** . Because neither approach was clearly superior, the reviewers concluded that patient preference should guide choice of intervention **43** .

Pet. Ref. 32

The risk of infection after suction curettage for missed early pregnancy loss should be similar to that after suction curettage for induced abortion. Therefore, despite the lack of data, antibiotic prophylaxis also should be considered for patients with early pregnancy loss [44] [45] . The use of a single preoperative dose of doxycycline is recommended to prevent infection after surgical management of early pregnancy loss. Some experts have recommended administration of a single 200-mg dose of doxycycline 1 hour before surgical management of early pregnancy loss to prevent postoperative infection. The use of antibiotics based only on the diagnosis of incomplete early pregnancy loss has not been found to reduce infectious complications as long as unsafe induced abortion is not suspected [46] . The benefit of antibiotic prophylaxis for the medical management of early pregnancy loss is unknown.

### How do the different treatment approaches to early pregnancy loss differ with respect to cost?

Studies have consistently shown that surgical management in an operating room is more costly than expectant or medical management [47] [48] . However, surgical management in an office setting can be more effective and less costly than medical management when performed without general anesthesia and in circumstances in which numerous office visits are likely or there is a low chance of success with medical management or expectant management [49] . Findings from studies comparing the cost-effectiveness of medical and expectant management schemes are inconsistent. However, a U.S. analysis of all three management approaches concluded that medical management with misoprostol was the most cost-effective intervention [48] . One limitation of the available studies on cost of early pregnancy loss care is that none of these studies can adequately consider clinical nuances or patient treatment preferences, which can affect patient adherence to the primary treatment regimen and, subsequently, the effectiveness of that treatment. For instance, in one observational study, the effectiveness of medical management of early pregnancy loss was far lower than rates reported in randomized clinical trials, which was due in large part to patients' unwillingness to complete the treatment regimen [50] .

### How should patients be counseled regarding interpregnancy interval after early pregnancy loss?

Pet. Ref. 33

There are no quality data to support delaying conception after early pregnancy loss to prevent subsequent early pregnancy loss or other pregnancy complications. Small observational studies show no benefit to delayed conception after early pregnancy loss  51   52 . Abstaining from vaginal intercourse for 1–2 weeks after complete passage of pregnancy tissue generally is recommended to reduce the risk of infection, but this is not an evidence-based recommendation.

### How should patients be counseled regarding the use of contraception after early pregnancy loss?

Women who desire contraception may initiate hormonal contraception use immediately after completion of early pregnancy loss  53 . There are no contraindications to the placement of an intrauterine device immediately after surgical treatment of early pregnancy loss as long as septic abortion is not suspected  53 . The expulsion rate with immediate intrauterine device insertion after suction curettage in the first trimester is not clinically significantly different than placement 2–6 weeks postoperatively (5% versus 2.7% at 6 months)  54 .

### How should patients be counseled regarding prevention of alloimmunization after early pregnancy loss?

Although the risk of alloimmunization is low, the consequences can be significant, and administration of Rh D immune globulin should be considered in cases of early pregnancy loss, especially those that are later in the first trimester. If given, a dose of at least 50 micrograms should be administered. Because of the higher risk of alloimmunization, Rh D-negative women who have surgical management of early pregnancy loss should receive Rh D immune globulin prophylaxis  55 .

### What type of workup is needed after early pregnancy loss?

No workup generally is recommended until after the second consecutive clinical early pregnancy loss  7 . Maternal or fetal chromosomal analyses or testing for inherited thrombophilias are not recommended routinely after one early pregnancy loss. Although thrombophilias commonly are thought of as causes of early pregnancy loss, only antiphospholipid syndrome consistently has been shown to be significantly associated with early pregnancy loss  56   57 . In addition, the use of anticoagulants, aspirin, or both, has not been shown to reduce the risk of early pregnancy loss in women with thrombophilias except in women with antiphospholipid syndrome  58   59 .

Pet. Ref. 34

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 43 of 754   PageID.4430

### Are there any effective interventions to prevent early pregnancy loss?

There are no effective interventions to prevent early pregnancy loss. Therapies that have historically been recommended, such as pelvic rest, vitamins, uterine relaxants, and administration of β-hCG, have not been proved to prevent early pregnancy loss (60) (61) (62) . Likewise, bed rest should not be recommended for the prevention of early pregnancy loss (63) . A 2008 Cochrane review found no effect of prophylactic progesterone administration (oral, intramuscular, or vaginal) in the prevention of early pregnancy loss (64) . For threatened early pregnancy loss, the use of progestins is controversial, and conclusive evidence supporting their use is lacking (65) . Women who have experienced at least three prior pregnancy losses, however, may benefit from progesterone therapy in the first trimester (7) .

---

## Summary of Recommendations and Conclusions

***The following recommendation and conclusion are based on good and consistent scientific evidence (Level A):***

- In patients for whom medical management of early pregnancy loss is indicated, initial treatment using 800 micrograms of vaginal misoprostol is recommended, with a repeat dose as needed. The addition of a dose of mifepristone (200 mg orally) 24 hours before misoprostol administration may significantly improve treatment efficacy and should be considered when mifepristone is available.

- The use of anticoagulants, aspirin, or both, has not been shown to reduce the risk of early pregnancy loss in women with thrombophilias except in women with antiphospholipid syndrome.

***The following recommendations are based on limited or inconsistent scientific evidence (Level B):***

- Ultrasonography, if available, is the preferred modality to verify the presence of a viable intrauterine gestation.

- Surgical intervention is not required in asymptomatic women with a thickened endometrial stripe after treatment for early pregnancy loss.

Pet. Ref. 35

- The routine use of sharp curettage along with suction curettage in the first trimester does not provide any additional benefit as long as the obstetrician–gynecologist or other gynecologic provider is confident that the uterus is empty.

*The following recommendations are based primarily on consensus and expert opinion (Level C):*

- Accepted treatment options for early pregnancy loss include expectant management, medical treatment, or surgical evacuation. In women without medical complications or symptoms requiring urgent surgical evacuation, treatment plans can safely accommodate patient treatment preferences.

- The use of a single preoperative dose of doxycycline is recommended to prevent infection after surgical management of early pregnancy loss.

- Although the risk of alloimmunization is low, the consequences can be significant, and administration of Rh D immune globulin should be considered in cases of early pregnancy loss, especially those that are later in the first trimester.

- Because of the higher risk of alloimmunization, Rh D-negative women who have surgical management of early pregnancy loss should receive Rh D immune globulin prophylaxis.

## References

1. National Institute for Health and Clinical Excellence . Ectopic pregnancy and miscarriage: diagnosis and initial management in early pregnancy of ectopic pregnancy and miscarriage. NICE Clinical Guideline 154 . Manchester (UK) : NICE ; 2012 . Available at: http://www.nice.org.uk/guidance/cg154/resources/guidance-ectopic-pregnancy-and-miscarriage-pdf . Retrieved January 20, 2015. (Level III)
   Article Locations: ●

2. Wilcox AJ , Weinberg CR , O'Connor JF , Baird DD , Schlatterer JP , Canfield RE , et al . Incidence of early loss of pregnancy . N Engl J Med 1988 ; 319 : 189 – 94 . (Level II-3)

Pet. Ref. 36

Article Locations: ● ●

3. Wang X , Chen C , Wang L , Chen D , Guang W , French J . Conception, early preg- nancy loss, and time to clinical pregnancy: a population-based prospective study . Fertil Steril 2003 ; 79 : 577 – 84 . (Level II-2)

Article Locations: ● ●

4. Zinaman MJ , Clegg ED , Brown CC , O'Connor J , Selevan SG . Estimates of hu- man fertility and pregnancy loss . Fertil Steril 1996 ; 65 : 503 – 9 . (Level II-3)

Article Locations: ●

5. Stephenson MD , Awartani KA , Robinson WP . Cytogenetic analysis of miscar- riages from couples with recurrent miscarriage: a case-control study . Hum Reprod 2002 ; 17 : 446 – 51 . (Level II-2)

Article Locations: ●

6. Alijotas-Reig J , Garrido-Gimenez C . Current concepts and new trends in the diag- nosis and management of recurrent miscarriage . Obstet Gynecol Surv 2013 ; 68 : 445 – 66 . (Level III)

Article Locations: ● ●

7. Evaluation and treatment of recurrent pregnancy loss: a committee opinion. Practice Committee of the American Society for Reproductive Medicine . Fertil Steril 2012 ; 98 : 1103 – 11 . (Level III)

Article Locations: ● ● ● ● ●

8. Nybo Andersen AM , Wohlfahrt J , Christens P , Olsen J , Melbye M . Maternal age and fetal loss: population based register linkage study . BMJ 2000 ; 320 : 1708 – 12 . (Level II-3)

Article Locations: ●

9. Barnhart KT . Early pregnancy failure: beware of the pitfalls of modern manage- ment . Fertil Steril 2012 ; 98 : 1061 – 5 . (Level III)

Article Locations: ●

Pet. Ref. 37

10. Brown DL , Emerson DS , Felker RE , Cartier MS , Smith WC . Diagnosis of early
    embryonic demise by endovaginal sonography . J Ultrasound Med 1990 ; 9 : 631
    – 6 . (Level III)
    Article Locations: ●

11. Pennell RG , Needleman L , Pajak T , Baltarowich O , Vilaro M , Goldberg BB , et al .
    Prospective comparison of vaginal and abdominal sonography in normal early
    pregnancy . J Ultrasound Med 1991 ; 10 : 63 – 7 . (Level II-3)
    Article Locations: ●

12. Abdallah Y , Daemen A , Kirk E , Pexsters A , Naji O , Stalder C , et al . Limitations
    of current definitions of miscarriage using mean gestational sac diameter and
    crown-rump length measurements: a multicenter observational study .
    Ultrasound Obstet Gynecol 2011 ; 38 : 497 – 502 . (Level II-3)
    Article Locations: ● ● ●

13. Abdallah Y , Daemen A , Guha S , Syed S , Naji O , Pexsters A , et al . Gestational
    sac and embryonic growth are not useful as criteria to define miscarriage: a mul-
    ticenter observational study . Ultrasound Obstet Gynecol 2011 ; 38 : 503 – 9 .
    (Level II-3)
    Article Locations: ● ● ●

14. Doubilet PM , Benson CB , Bourne T , Blaivas M , Barnhart KT , Benacerraf BR , et
    al . Diagnostic criteria for nonviable pregnancy early in the first trimester. Society
    of Radiologists in Ultrasound Multispecialty Panel on Early First Trimester
    Diagnosis of Miscarriage and Exclusion of a Viable Intrauterine Pregnancy . N
    Engl J Med 2013 ; 369 : 1443 – 51 . (Level III)
    Article Locations: ● ● ● ●

15. Pexsters A , Luts J , Van Schoubroeck D , Bottomley C , Van Calster B , Van Huffel
    S , et al . Clinical implications of intra- and interobserver reproducibility of
    transvaginal sonographic measurement of gestational sac and crown-rump
    length at 6-9 weeks' gestation . Ultrasound Obstet Gynecol 2011 ; 38 : 510 – 5 .
    (Level II-3)
    Article Locations: ●

Pet. Ref. 38

16. Doubilet PM , Benson CB , Chow JS . Long-term prognosis of pregnancies compli-
cated by slow embryonic heart rates in the early first trimester . J Ultrasound Med
1999 ; 18 : 537 – 41 . (Level II-3)
Article Locations:  ●

17. Tuuli MG , Norman SM , Odibo AO , Macones GA , Cahill AG . Perinatal outcomes
in women with subchorionic hematoma: a systematic review and meta-analysis .
Obstet Gynecol 2011 ; 117 : 1205 – 12 . (Meta-analysis)
Article Locations:  ●

18. Tubal ectopic pregnancy. ACOG Practice Bulletin No. 193. American College of
Obstetricians and Gynecologists . Obstet Gynecol 2018 ; 131 : e91 – 103 . (Level
III)
Article Locations:  ●

19. Luise C , Jermy K , May C , Costello G , Collins WP , Bourne TH . Outcome of ex-
pectant management of spontaneous first trimester miscarriage: observational
study . BMJ 2002 ; 324 : 873 – 5 . (Level III)
Article Locations:  ●

20. Bagratee JS , Khullar V , Regan L , Moodley J , Kagoro H . A randomized con-
trolled trial comparing medical and expectant management of first trimester mis-
carriage . Hum Reprod 2004 ; 19 : 266 – 71 . (Level I)
Article Locations:  ●

21. Ngai SW , Chan YM , Tang OS , Ho PC . Vaginal misoprostol as medical treatment
for first trimester spontaneous miscarriage . Hum Reprod 2001 ; 16 : 1493 – 6 .
(Level I)
Article Locations:  ●

22. Sotiriadis A , Makrydimas G , Papatheodorou S , Ioannidis JP . Expectant, medi-
cal, or surgical management of first-trimester miscarriage: a meta-analysis .
Obstet Gynecol 2005 ; 105 : 1104 – 13 . (Meta-analysis)
Article Locations:  ●  ●

23.  Zhang J , Gilles JM , Barnhart K , Creinin MD , Westhoff C , Frederick MM . A com-
parison of medical management with misoprostol and surgical management for
early pregnancy failure. National Institute of Child Health Human Development
(NICHD) Management of Early Pregnancy Failure Trial . N Engl J Med 2005 ; 353 :
761 – 9 . (Level I)

Article Locations:  ● ● ● ● ● ●

24.  Creinin MD , Harwood B , Guido RS , Fox MC , Zhang J . Endometrial thickness af-
ter misoprostol use for early pregnancy failure. NICHD Management of Early
Pregnancy Failure Trial . Int J Gynaecol Obstet 2004 ; 86 : 22 – 6 . (Level III)

Article Locations:  ●

25.  Grossman D , Grindlay K . Alternatives to ultrasound for follow-up after medica-
tion abortion: a systematic review . Contraception 2011 ; 83 : 504 – 10 . (Level III)

Article Locations:  ●

26.  Neilson JP , Hickey M , Vazquez JC . Medical treatment for early fetal death (less
than 24 weeks) . Cochrane Database of Systematic Reviews 2006, Issue 3. Art.
No.: CD002253. DOI: 10.1002/14651858.CD002253.pub3 . (Meta-analysis)

Article Locations:  ● ● ●

27.  van den Berg J , Gordon BB , Snijders MP , Vandenbussche FP , Coppus SF . The
added value of mifepristone to non-surgical treatment regimens for uterine evac-
uation in case of early pregnancy failure: a systematic review of the literature .
Eur J Obstet Gynecol Reprod Biol 2015 ; 195 : 18 – 26 . (Systematic Review)

Article Locations:  ●

28.  Schreiber CA , Creinin MD , Atrio J , Sonalkar S , Ratcliffe SJ , Barnhart KT .
Mifepristone pretreatment for the medical management of early pregnancy loss .
N Engl J Med 2018 ; 378 : 2161 – 70 . (Level I)

Article Locations:  ● ●

29.  Kulier R , Kapp N , Gülmezoglu AM , Hofmeyr GJ , Cheng L , Campana A . Medical
methods for first trimester abortion . Cochrane Database of Systematic Reviews
2011, Issue 11. Art. No.: CD002855. (Systematic Review)

Article Locations:  ●

Pet. Ref. 40

30. Medical management of first-trimester abortion. Practice Bulletin No. 143. American College of Obstetricians and Gynecologists . Obstet Gynecol 2014 ; 123 : 676 – 92 . (Level III)
Article Locations: ●

31. U.S. Food and Drug Administration . Mifeprex (mifepristone) information. Postmarket drug safety information for patients and providers . Silver Spring (MD) : FDA ; 2018 . (Level III)
Article Locations: ●

32. American College of Obstetricians and Gynecologists . Improving access to mifepristone for reproductive health indications. Position Statement . Washington, DC : American College of Obstetricians and Gynecologists ; 2018 . (Level III)
Article Locations: ●

33. Neilson JP , Gyte GM , Hickey M , Vazquez JC , Dou L . Medical treatments for incomplete miscarriage . Cochrane Database of Systematic Reviews 2013, Issue 3. Art. No.: CD007223. DOI: 10.1002/14651858.CD007223.pub3 . (Meta-analysis)
Article Locations: ●

34. Paul M , Lichtenberg ES , Borgatta L , Grimes DA , Stubblefield PG , Creinin MD , editors. Management of unintended and abnormal pregnancy: comprehensive abortion care . Hoboken (NJ) : Wiley-Blackwell ; 2009 . (Level III)
Article Locations: ●

35. Tunçalp Ö , Gülmezoglu AM , Souza JP . Surgical procedures for evacuating incomplete miscarriage . Cochrane Database of Systematic Reviews 2010, Issue 9. Art. No.: CD001993. DOI: 10.1002/14651858.CD001993.pub2 . (Meta-analysis)
Article Locations: ●

36. Rogo K . Improving technologies to reduce abortion-related morbidity and mortality . Int J Gynaecol Obstet 2004 ; 85 ( suppl 1 ): S73 – 82 . (Level III)
Article Locations: ●

Pet. Ref. 41

37. Goldberg AB , Dean G , Kang MS , Youssof S , Darney PD . Manual versus electric vacuum aspiration for early first-trimester abortion: a controlled study of complication rates . Obstet Gynecol 2004 ; 103 : 101 – 7 . (Level II-3)

Article Locations: ●

38. Dalton VK , Harris L , Weisman CS , Guire K , Castleman L , Lebovic D . Patient preferences, satisfaction, and resource use in office evacuation of early pregnancy failure . Obstet Gynecol 2006 ; 108 : 103 – 10 . (Level II-3)

Article Locations: ● ● ●

39. Blumenthal PD , Remsburg RE . A time and cost analysis of the management of incomplete abortion with manual vacuum aspiration . Int J Gynaecol Obstet 1994 ; 45 : 261 – 7 . (Level III)

Article Locations: ●

40. Choobun T , Khanuengkitkong S , Pinjaroen S . A comparative study of cost of care and duration of management for first-trimester abortion with manual vacuum aspiration (MVA) and sharp curettage . Arch Gynecol Obstet 2012 ; 286 : 1161 – 4 . (Level II-3)

Article Locations: ●

41. Creinin MD , Huang X , Westhoff C , Barnhart K , Gilles JM , Zhang J . Factors related to successful misoprostol treatment for early pregnancy failure. National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial . Obstet Gynecol 2006 ; 107 : 901 – 7 . (Level II-2)

Article Locations: ●

42. Davis AR , Hendlish SK , Westhoff C , Frederick MM , Zhang J , Gilles JM , et al . Bleeding patterns after misoprostol vs surgical treatment of early pregnancy failure: results from a randomized trial. National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial . Am J Obstet Gynecol 2007 ; 196 : 31.e1 – 31.e7 . (Level I)

Article Locations: ●

43. Nanda K , Lopez LM , Grimes DA , Peloggia A , Nanda G . Expectant care versus surgical treatment for miscarriage . Cochrane Database of Systematic Reviews

Pet. Ref. 42

2012, Issue 3. Art. No.: CD003518. DOI: 10.1002/14651858.CD003518.pub3 .
(Meta-analysis)

Article Locations: ● ● ●

44.  Achilles SL , Reeves MF . Prevention of infection after induced abortion: release
     date October 2010: SFP guideline 20102. Society of Family Planning .
     Contraception 2011 ; 83 : 295 – 309 . (Level III)

Article Locations: ●

45.  Sawaya GF , Grady D , Kerlikowske K , Grimes DA . Antibiotics at the time of in-
     duced abortion: the case for universal prophylaxis based on a meta-analysis .
     Obstet Gynecol 1996 ; 87 : 884 – 90 . (Meta-analysis)

Article Locations: ●

46.  Prieto JA , Eriksen NL , Blanco JD . A randomized trial of prophylactic doxycycline
     for curettage in incomplete abortion . Obstet Gynecol 1995 ; 85 : 692 – 6 . (Level
     I)

Article Locations: ●

47.  Petrou S , McIntosh E . Women's preferences for attributes of first-trimester mis-
     carriage management: a stated preference discrete-choice experiment . Value
     Health 2009 ; 12 : 551 – 9 . (Level III)

Article Locations: ●

48.  You JH , Chung TK . Expectant, medical or surgical treatment for spontaneous
     abortion in first trimester of pregnancy: a cost analysis . Hum Reprod 2005 ; 20 :
     2873 – 8 . (Level III)

Article Locations: ● ●

49.  Rausch M , Lorch S , Chung K , Frederick M , Zhang J , Barnhart K . A cost-effec-
     tiveness analysis of surgical versus medical management of early pregnancy
     loss . Fertil Steril 2012 ; 97 : 355 – 60 . (Level III)

Article Locations: ●

50.  Colleselli V , Schreiber CA , D'Costa E , Mangesius S , Wildt L , Seeber BE . Medical
     management of early pregnancy failure (EPF): a retrospective analysis of a com-

Pet. Ref. 43

bined protocol of mifepristone and misoprostol used in clinical practice . Arch Gynecol Obstet 2014 ; 289 : 1341 – 5 . (Level II-3)

Article Locations: ●

51. Vlaanderen W , Fabriek LM , van Tuyll van Serooskerken C . Abortion risk and pregnancy interval . Acta Obstet Gynecol Scand 1988 ; 67 : 139 – 40 . (Level II-3)

Article Locations: ●

52. Goldstein RR , Croughan MS , Robertson PA . Neonatal outcomes in immediate versus delayed conceptions after spontaneous abortion: a retrospective case series . Am J Obstet Gynecol 2002 ; 186 : 1230 – 4 ; discussion 1234–6. (Level III)

Article Locations: ●

53. U.S. medical eligibility criteria for contraceptive use, 2010. Centers for Disease Control and Prevention (CDC) . MMWR Recomm Rep 2010 ; 59 ( RR-4 ): 1 – 86 . (Level III)

Article Locations: ● ●

54. Bednarek PH , Creinin MD , Reeves MF , Cwiak C , Espey E , Jensen JT . Immediate versus delayed IUD insertion after uterine aspiration. Post-Aspiration IUD Randomization (PAIR) Study Trial Group . N Engl J Med 2011 ; 364 : 2208 – 17 . (Level I)

Article Locations: ●

55. Prevention of Rh D alloimmunization. Practice Bulletin No. 181. American College of Obstetricians and Gynecologists . Obstet Gynecol 2017 ; 130 : e57 – 70 . (Level III)

Article Locations: ●

56. McNamee K , Dawood F , Farquharson R . Recurrent miscarriage and thrombophilia: an update . Curr Opin Obstet Gynecol 2012 ; 24 : 229 – 34 . (Level III)

Article Locations: ●

57. McNamee K , Dawood F , Farquharson RG . Thrombophilia and early pregnancy loss . Best Pract Res Clin Obstet Gynaecol 2012 ; 26 : 91 – 102 . (Level III)

Article Locations: ●

Pet. Ref. 44

58. Empson MB , Lassere M , Craig JC , Scott JR . Prevention of recurrent miscarriage for women with antiphospholipid antibody or lupus anticoagulant . Cochrane Database of Systematic Reviews 2005, Issue 2. Art. No.: CD002859. DOI: 10.1002/14651858.CD002859.pub2 . (Meta-analysis)

Article Locations: ●

59. de Jong PG , Kaandorp S , Di Nisio M , Goddijn M , Middeldorp S . Aspirin and/or heparin for women with unexplained recurrent miscarriage with or without inherited thrombophilia . Cochrane Database of Systematic Reviews 2014, Issue 7. Art. No.: CD004734. DOI: 10.1002/14651858.CD004734.pub4 . (Meta-analysis)

Article Locations: ●

60. Rumbold A , Middleton P , Pan N , Crowther CA . Vitamin supplementation for preventing miscarriage . Cochrane Database of Systematic Reviews 2011, Issue 1. Art. No.: CD004073. DOI: 10.1002/14651858.CD004073.pub3 . (Meta-analysis)

Article Locations: ●

61. Lede RL , Duley L . Uterine muscle relaxant drugs for threatened miscarriage . Cochrane Database of Systematic Reviews 2005, Issue 3. Art. No.: CD002857. DOI: 10.1002/14651858.CD002857.pub2 . (Meta-analysis)

Article Locations: ●

62. Devaseelan P , Fogarty PP , Regan L . Human chorionic gonadotrophin for threatened miscarriage . Cochrane Database of Systematic Reviews 2010, Issue 5. Art. No.: CD007422. DOI: 10.1002/14651858.CD007422.pub2 . (Meta-analysis)

Article Locations: ●

63. Aleman A , Althabe F , Belizán JM , Bergel E . Bed rest during pregnancy for preventing miscarriage . Cochrane Database of Systematic Reviews 2005, Issue 2. Art. No.: CD003576. DOI: 10.1002/14651858.CD003576.pub2 . (Meta-analysis)

Article Locations: ●

64. Haas DM , Ramsey PS . Progestogen for preventing miscarriage . Cochrane Database of Systematic Reviews 2013, Issue 10. Art. No.: CD003511. DOI: 10.1002/14651858.CD003511.pub3 . (Meta-analysis)

Article Locations: ●

Pet. Ref. 45

65. Wahabi HA , Fayed AA , Esmaeil SA , Al Zeidan RA . Progestogen for treating
    threatened miscarriage . Cochrane Database of Systematic Reviews 2011, Issue
    12. Art. No.: CD005943. DOI: 10.1002/14651858.CD005943.pub4 . (Meta-
    analysis)

    Article Locations: ●

The MEDLINE database, the Cochrane Library, and the American College of
Obstetricians and Gynecologists' own internal resources and documents were used
to conduct a literature search to locate relevant articles published between January
2000–July 2014. The search was restricted to articles published in the English
language. Priority was given to articles reporting results of original research,
although review articles and commentaries also were consulted. Abstracts of
research presented at symposia and scientific conferences were not considered
adequate for inclusion in this document. Guidelines published by organizations or
institutions such as the National Institutes of Health and the American College of
Obstetricians and Gynecologists were reviewed, and additional studies were located
by reviewing bibliographies of identified articles. When reliable research was not
available, expert opinions from obstetrician–gynecologists were used.

Studies were reviewed and evaluated for quality according to the method outlined by
the U.S. Preventive Services Task Force:

- I Evidence obtained from at least one properly designed randomized controlled
  trial.

- II-1 Evidence obtained from well-designed controlled trials without
  randomization.

- II-2 Evidence obtained from well-designed cohort or case–control analytic
  studies, preferably from more than one center or research group.

- II-3 Evidence obtained from multiple time series with or without the intervention.
  Dramatic results in uncontrolled experiments also could be regarded as this type
  of evidence.

- III Opinions of respected authorities, based on clinical experience, descriptive
  studies, or reports of expert committees.

Pet. Ref. 46

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 55 of 754   PageID.4442

Based on the highest level of evidence found in the data, recommendations are provided and graded according to the following categories:

Level A—Recommendations are based on good and consistent scientific evidence.

Level B—Recommendations are based on limited or inconsistent scientific evidence.

Level C—Recommendations are based primarily on consensus and expert opinion.

Published online on August 29, 2018.

Copyright 2018 by the American College of Obstetricians and Gynecologists. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, posted on the Internet, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Requests for authorization to make photocopies should be directed to Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400.

**American College of Obstetricians and Gynecologists 409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920**

Early pregnancy loss. ACOG Practice Bulletin No. 200. American College of Obstetricians and Gynecologists. Obstet Gynecol 2018;132:e197–207.

*This information is designed as an educational resource to aid clinicians in providing obstetric and gynecologic care, and use of this information is voluntary. This information should not be considered as inclusive of all proper treatments or methods of care or as a statement of the standard of care. It is not intended to substitute for the independent professional judgment of the treating clinician. Variations in practice may be warranted when, in the reasonable judgment of the treating clinician, such course of action is indicated by the condition of the patient, limitations of available resources, or advances in knowledge or technology. The American College of Obstetricians and Gynecologists reviews its publications regularly; however, its publications may not reflect the most recent evidence. Any updates to this document can be found on www.acog.org or by calling the ACOG Resource Center.*

Pet. Ref. 47

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 56 of 754   PageID.4443

*While ACOG makes every effort to present accurate and reliable information, this publication is provided "as" is without any warranty of accuracy, reliability, or otherwise, either express or implied. ACOG does not guarantee, warrant, or endorse the products or services of any firm, organization, or person. Neither ACOG nor its officers, directors, members, employees, or agents will be liable for any loss, damage, or claim with respect to any liabilities, including direct, special, indirect, or consequential damages, incurred in connection with this publication or reliance on the information presented.*

*All ACOG committee members and authors have submitted a conflict of interest disclosure statement related to this published product. Any potential conflicts have been considered and managed in accordance with ACOG's Conflict of Interest Disclosure Policy. The ACOG policies can be found on acog.org . For products jointly developed with other organizations, conflict of interest disclosures by representatives of the other organizations are addressed by those organizations. The American College of Obstetricians and Gynecologists has neither solicited nor accepted any commercial involvement in the development of the content of this published product.*

Topics



Blood proteins   Combined oral contraceptives   Diagnostic imaging

Hormonal methods   Immunoglobulins   Immunoproteins

Induced abortion   Intrauterine devices   Intrauterine systems   LARC

Medicated intrauterine devices   Misoprostol

Obstetrical and gynecological diagnostic techniques   Obstetric surgical procedures

Oral contraceptives   Pregnancy complications   Prenatal diagnosis

Prenatal ultrasonography   Prostaglandins   Spontaneous abortion

Ultrasonography

American College of Obstetricians and Gynecologists

409 12th Street SW, Washington, DC 20024-2188

Copyright 2023. All rights reserved.

Pet. Ref. 48

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 57 of 754   PageID.4444

 Centers for Disease Control and Prevention

Español | Other Languages



Stillbirth Home

# Pregnancy and Infant Loss



The loss of a baby during pregnancy remains a sad reality for many families. Learn what the Centers for Disease Control and Prevention (CDC) is doing to understand the preventable causes of stillbirth. Read Milan's story, as told by his mother Karina, about their family's experience with the loss of a child through stillbirth.

## What is Stillbirth?

A stillbirth is the death of a baby before or during delivery. Both miscarriage and stillbirth describe pregnancy loss, but they differ according to when the loss occurs. In the United States, a miscarriage is usually defined as loss of a baby before the 20th week of pregnancy, and a stillbirth is loss of a baby at 20 weeks of pregnancy and later.

## How Many Babies Are Stillborn?

About 1 pregnancy in 100 at 20 weeks of pregnancy and later is affected by stillbirth, and each year about 24,000 babies are stillborn in the United States.[1]



Each year about 24,000 babies are stillborn in the United States.

Pet. Ref. 49

# Milan's Story

Karina was 39 weeks pregnant, expecting to give birth to her baby Milan.

Karina was healthy throughout her pregnancy. She saw a doctor regularly and did all of the normal testing and ultrasounds. Both the doctor and head midwife thought everything was fine.

During a check-up, one of Karina's midwives listened for Milan's heartbeat. Karina was in a room with her two midwives, her husband, a nurse, and an ultrasound technician. It was quiet as they listened for a heartbeat. They could not hear anything. Her husband and healthcare providers sat with Karina as she cried. Karina was 39 weeks pregnant when she learned that her baby had died. Karina was scared, but she knew that she had to deliver the baby or she risked her own life as well.

Karina was induced and she gave birth at home. She was grateful to give birth at home with people who loved her and treated her with great kindness.
Karina and her husband went on to have another child, named Phoenix, who gives their family great joy.

> *CDC thanks Karina and her family for sharing this personal story.*

# What Can Be Done?

The causes of many stillbirths are unknown. Stillbirth occurs in families of all races, ethnicities, and income levels, and to women of all ages. But there are things that a woman can do before and during pregnancy to increase her chance of having a healthy baby:

- Be sure that medical conditions, such as high blood pressure and diabetes, are under control before and during pregnancy.
- Avoid smoking cigarettes during pregnancy.
- Strive to reach and maintain a healthy weight before pregnancy.

CDC works to learn more about who might have a stillbirth and why. CDC tracks how often stillbirth occurs and looks at the causes of stillbirth. Knowledge about the potential causes of stillbirth can be used to create recommendations, policies, and services to help prevent stillbirth.

To learn more about CDC's activities, visit the Stillbirth CDC Activities page.

## References

1. MacDorman MF, Gregory EC. Fetal and perinatal mortality: United States, 2013. National vital statistics reports: from the Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System. 2015; 64(8):1-24.

Last Reviewed: September 30, 2022

Pet. Ref. 50

**Series**



## Miscarriage 1

# Miscarriage matters: the epidemiological, physical, psychological, and economic costs of early pregnancy loss

*Siobhan Quenby, Ioannis D Gallos, Rima K Dhillon-Smith, Marcelina Podesek, Mary D Stephenson, Joanne Fisher, Jan J Brosens, Jane Brewin, Rosanna Ramhorst, Emma S Lucas, Rajiv C McCoy, Robert Anderson, Shahd Daher, Lesley Regan, Maya Al-Memar, Tom Bourne, David A MacIntyre, Raj Rai, Ole B Christiansen, Mayumi Sugiura-Ogasawara, Joshua Odendaal, Adam J Devall, Phillip R Bennett, Stavros Petrou, Arri Coomarasamy*

*Lancet 2021; 397: 1658–67*

Published Online
April 26, 2021
https://doi.org/10.1016/
S0140-6736(21)00682-6

See **Editorial** page 1597

This is the first in a **Series** of three papers about miscarriage

**Division of Biomedical Sciences, Warwick Medical School** (Prof S Quenby MD, Prof J J Brosens PhD, E S Lucas PhD, J Odendaal MBBS) **and Warwick Clinical Trials Unit** (J Fisher PhD), **University of Warwick, Warwick, UK; Tommy's National Centre for Miscarriage Research, University Hospitals Coventry and Warwickshire NHS Trust, Coventry, UK** (Prof S Quenby, Prof J J Brosens, E S Lucas, J Odendaal); **Tommy's National Centre for Miscarriage Research, Institute of Metabolism and Systems Research, University of Birmingham, Birmingham, UK** (I D Gallos MD, R K Dhillon-Smith PhD, M Podesek MSc, A J Devall PhD, Prof A Coomarasamy MD); **University of Illinois Recurrent Pregnancy Loss Program, Department of Obstetrics and Gynecology, University of Illinois at Chicago, Chicago, IL, USA** (Prof M D Stephenson MD); **Tommy's Charity, Laurence Pountney Hill, London, UK** (J Brewin BSc); **CONICET, Universidad de Buenos Aires, Instituto de Química Biológica de la Facultad de Ciencias Exactas y Naturales IQUIBICEN, Buenos Aires, Argentina** (R Ramhorst PhD); **Department of Biology, Johns Hopkins University, Baltimore, MD, USA** (R C McCoy PhD); **Nuffield Department of Primary Care Health Sciences, University of Oxford, Oxford, UK** (R Anderson MA, S Daher PhD, Prof S Petrou PhD); **Tommy's**

Miscarriage is generally defined as the loss of a pregnancy before viability. An estimated 23 million miscarriages occur every year worldwide, translating to 44 pregnancy losses each minute. The pooled risk of miscarriage is 15·3% (95% CI 12·5–18·7%) of all recognised pregnancies. The population prevalence of women who have had one miscarriage is 10·8% (10·3–11·4%), two miscarriages is 1·9% (1·8–2·1%), and three or more miscarriages is 0·7% (0·5–0·8%). Risk factors for miscarriage include very young or older female age (younger than 20 years and older than 35 years), older male age (older than 40 years), very low or very high body-mass index, Black ethnicity, previous miscarriages, smoking, alcohol, stress, working night shifts, air pollution, and exposure to pesticides. The consequences of miscarriage are both physical, such as bleeding or infection, and psychological. Psychological consequences include increases in the risk of anxiety, depression, post-traumatic stress disorder, and suicide. Miscarriage, and especially recurrent miscarriage, is also a sentinel risk marker for obstetric complications, including preterm birth, fetal growth restriction, placental abruption, and stillbirth in future pregnancies, and a predictor of longer-term health problems, such as cardiovascular disease and venous thromboembolism. The costs of miscarriage affect individuals, health-care systems, and society. The short-term national economic cost of miscarriage is estimated to be £471 million per year in the UK. As recurrent miscarriage is a sentinel marker for various obstetric risks in future pregnancies, women should receive care in preconception and obstetric clinics specialising in patients at high risk. As psychological morbidity is common after pregnancy loss, effective screening instruments and treatment options for mental health consequences of miscarriage need to be available. We recommend that miscarriage data are gathered and reported to facilitate comparison of rates among countries, to accelerate research, and to improve patient care and policy development.

## Introduction

Miscarriage is often misunderstood by many women, men,[1] and health-care providers, and misconceptions about miscarriage are widespread.[1–3] For example, women might believe miscarriage is rare, that it could be caused by lifting heavy objects or previous contraceptive use, or that there are no effective treatments to prevent a miscarriage.[3] Such misconceptions can be damaging, leaving women and their partners feeling at fault and not seeking treatment and support.[1] Miscarriage can also lead to isolation, since many women might not tell their family, close friends, or even their partner about the loss of their pregnancy. Couples have voiced concerns over unsympathetic routine clinical care by health-care providers.[4–6]

Women and their partners who have had a miscarriage generally want to understand why the miscarriage occurred, what they can do to prevent miscarriage from happening again, what the chance is of a subsequent pregnancy resulting in a healthy baby, and how to deal with their grief surrounding their loss.[3] Couples might be given diverse opinions by different health-care professionals, which can exacerbate their distress. There are also debates over definitions, causes, consequences, and costs of miscarriage. This paper is the first of three in this Series on miscarriage in which we present the

current knowledge, recommendations, need for further research, and a call to action on priorities. We discuss the epidemiology of sporadic and recurrent miscarriage, and present a literature review of the risk factors and consequences of miscarriage on future obstetric and maternal psychological and long-term health. We also evaluate the economic cost of miscarriage through a review of the literature.

## Definitions and terminology

The definition of miscarriage varies among countries and international organisations, affecting estimations of the risk and prevalence of miscarriage. Miscarriage is generally defined as the loss of an intrauterine pregnancy before viability; however, challenges exist over the diagnosis of pregnancy, and the definitions of what is unequivocally an intrauterine pregnancy and what is viability. The limits of viability can be defined by gestational age or by fetal weight. The gestational threshold for viability can range from 20 weeks to 28 weeks of pregnancy depending on geographical region. WHO defines miscarriage as the expulsion or extraction of a fetus (embryo) weighing less than 500 g equivalent to approximately 22 weeks gestation.[7,8] In the UK, the limit of viability is determined legally as up to

**Search strategy and selection criteria**

We did a comprehensive literature search on MEDLINE (from database inception to May, 2020). The date of our last search was May 14, 2020. We searched for existing systematic reviews and primary studies on risk factors for miscarriage (demographic, lifestyle, clinical, and environmental factors). A separate search was conducted for observational studies of obstetric, perinatal, and long-term health risks associated with miscarriage. Free text search terms and Medical Subject Headings terms for miscarriage were combined with each risk factor, pregnancy consequences, and perinatal and long-term health outcomes. For each literature review, the raw aggregate data or adjusted odds ratios were presented, which are presented in the appendix pp 3–9.

**Key messages**

- Miscarriage risk: nine studies, consisting of 4 638 974 pregnancies, found the pooled risk of miscarriage was 15·3% (95% CI 12·5–18·7) of all recognised pregnancies. The risk of miscarriage is lowest in women with no history of miscarriage (11%), and then increases by about 10% for each additional miscarriage, reaching 42% in women with three or more previous miscarriages.
- Demographic risk factors: risk of miscarriage is lowest in women aged 20–29 years at 12%, increasing to 65% in women aged 45 years and older. Male age older than 40 years is also associated with an increased risk of miscarriage. Female body-mass index (BMI) is associated with miscarriage risk; the BMI associated with the least risk of miscarriage is 18·5–24·9 kg/m³. Black ethnicity is associated with a high miscarriage risk.
- Lifestyle and environmental risk factors: both smoking and alcohol consumption during pregnancy are associated with an increased risk of miscarriage, as is exposure to air pollution and pesticides. Persistent stress and working night shifts are associated with an increased risk.
- Risks and complications of miscarriage: miscarriage, and especially recurrent miscarriage, is associated with future obstetric complications. The risk of preterm birth increases stepwise with each previous miscarriage, showing a biological gradient with the highest risk in women with three or more previous miscarriages. The risk of fetal growth restriction, placental abruption, and stillbirth in future pregnancies is also increased. A history of recurrent miscarriage is also a predictor of longer-term health problems, such as cardiovascular disease and venous thromboembolism, and mental health consequences.
- Economic costs of miscarriage: the costs of miscarriage affect individuals, health-care systems, and society. The short-term national economic cost of miscarriage is estimated to be £471 million per year in the UK. Further research is needed to understand the long-term economic costs, along with the gathering and reporting of miscarriage data to facilitate comparison of rates among countries, to accelerate research, and to improve patient care and policy development.

24 weeks and 0 days of gestation.[9] The American Society for Reproductive Medicine defines miscarriage as a clinical pregnancy loss of less than 20 weeks of gestation.[10] The European Society of Human Reproduction and Embryology defines miscarriage as the loss of pregnancy before 22 weeks of gestation.[11] The limit of viability is, in most nations, legally defined and, particularly as neonatal intensive care for preterm infants becomes more effective in high-income countries, often deviates from the medical limits of viability. Although embryologists define the first week of pregnancy as the week following implantation, historically, for clinical purposes, gestational age has referred to the length of pregnancy after the first day of the last menstrual period. That convention will be used in this Series.

A bewildering array of terminology for pregnancy loss before viability has developed on the basis of whether the pregnancy diagnosis was derived from serum or urinary β-human chorionic gonadotropin (hCG) concentrations, or from the visualisation of an intrauterine pregnancy by ultrasonography (panel).

## Risk of miscarriage

The risk of miscarriage depends on the defined upper gestational age or fetal weight limit, and whether the denominator is all pregnancies identified by serum or urinary β-hCG concentrations or only pregnancies diagnosed by ultrasonography. Inclusion of preclinical losses, defined as the loss of a pregnancy before diagnosis by ultrasonography, will increase the miscarriage rate. The development of highly sensitive β-hCG assays has allowed detection of very early pregnancies from 22 days since last menstrual period) and, therefore, diagnosis of very early miscarriages which otherwise might have been missed, again resulting in an increase in the miscarriage rate. Finally, demographic features of a population will affect the miscarriage risk, with the distribution of female age having a profound effect on the risk (appendix p 4).

Our literature search identified nine large cohort studies that reported on miscarriage risk in an aggregated total of 4 638 974 pregnancies (appendix p 3).[14–21] All studies were from Europe and North America. Six studies were prospective cohorts using self-reported pregnancy outcomes, and three used record linkage to ascertain the outcome of miscarriage. Our review of current evidence found that the pooled risk of miscarriage was 15·3% (95% CI 12·5–18·7%) of all recognised pregnancies (appendix p 3).

With an approximate 130 million births per year worldwide,[22] a 15% risk of miscarriage suggests approximately 23 million miscarriages per year, or 44 per min. In the UK, there were 40 000–45 000 hospital admissions in 2012–13 for the management of miscarriage[23] but, since miscarriages and preclinical pregnancy losses are commonly managed at home, the actual number of miscarriages is considerably higher than reported. Unfortunately, since 2013, the data for hospital admissions for miscarriage are no longer included in the UK maternity statistic report.[23] Only a few countries, such as Denmark, report an annual miscarriage rate, which makes international comparisons difficult. Based on the few cohort studies available, the incidence of miscarriage appears to be increasing in the USA,[20] China,[24] and Sweden,[25] but decreasing in Finland.[18] The reasons for

National Centre for Miscarriage Research, Imperial College London, London, UK (Prof L Regan MD, M Al-Memar PhD, Prof T Bourne PhD, D A MacIntyre PhD, R Rai MD, Prof P R Bennett PhD); Centre for Recurrent Pregnancy Loss of Western Denmark, Department of Obstetrics and Gynaecology, Aalborg University Hospital, Aalborg, Denmark (Prof O B Christiansen PhD); Department of Obstetrics and Gynecology, Graduate School of Medical Sciences, Nagoya City University, Nagoya, Japan (M Sugiura-Ogasawara MD)

Correspondence to: Prof Siobhan Quenby, Tommy's National Centre for Miscarriage Research, University Hospitals Coventry and Warwickshire NHS Trust, Coventry CV2 2DX, UK s.quenby@warwick.ac.uk

See Online for appendix

Pet. Ref. 52

**Panel: Early pregnancy terminology**

**Pregnancy loss**
Spontaneous pregnancy demise.

**Early pregnancy loss**
Spontaneous pregnancy demise before 10 weeks of gestational age.

**Biochemical pregnancy loss**
Spontaneous pregnancy demise based on a previous positive pregnancy test that then becomes negative without an ultrasound evaluation.

**Preclinical pregnancy loss**
Loss of a pregnancy before it could be identified on transvaginal ultrasound scan (TVS).

**Clinical pregnancy loss**
Loss of a pregnancy after it has been identified on TVS.

**Pregnancy of unknown location (PUL)**
Temporary classification to describe when no pregnancy can be visualised inside or outside the uterus on TVS in a woman with a positive pregnancy test.

**Resolved pregnancy loss of unknown location (resolved PUL)**
Following the finding of a PUL, the woman has a negative pregnancy test 2 weeks after her initial follow-up.

**Persistent pregnancy of unknown location**
Following the finding of a PUL, serial serum human chorionic gonadotropin concentrations taken 48 h apart plateau, whereas the location of the pregnancy is unclear with TVS.

**Intrauterine pregnancy of unknown viability**
TVS has shown the following, irrespective of the date of a woman's last menstrual period: intrauterine gestational sac seen with a mean sac diameter of less than 25 mm without a visible yolk sac or embryonic pole; intrauterine gestational sac with mean sac diameter of less than 25 mm with a yolk sac seen without a visible embryonic pole; intrauterine gestational sac with an embryo with a crown-rump length measuring less than 7 mm with no visible heartbeat.

**Viable intrauterine pregnancy**
Intrauterine gestational sac containing an embryo with a heartbeat that has been visualised with ultrasonography.

**Miscarriage**
Intrauterine pregnancy demise confirmed by TVS or histology of pregnancy tissue.

**Missed miscarriage**
An intrauterine pregnancy with an empty gestational sac with a mean sac diameter of 25 mm or more, or an embryo with an crown-rump length measuring more than 7 mm without an embryonic heartbeat.

**Incomplete miscarriage**
Irregular heterogeneous echoes within the endometrial cavity on TVS and the diagnosis is based on the subjective impression of the examiner and the clinical findings.

**Complete miscarriage**
History of a positive pregnancy test followed by vaginal bleeding (or a history of an ultrasound scan showing an intrauterine pregnancy) and then an ultrasound finding of an empty uterine cavity with no intrauterine pregnancy or extrauterine pregnancy visualised on TVS with a negative pregnancy test.

Panel adapted from Kolte and colleagues[52] and Doubilet and colleagues.[53]

these changes are not clear but might reflect increasing female age at the time of pregnancy (in the USA, China, and Sweden but not Finland). Female age and the number of previous miscarriages have a profound effect on the risk of miscarriage (appendix p 4). Risk of miscarriage is lowest in women aged 20–29 years at 12%, increasing steeply to 65% in women aged 45 years and older (appendix p 4). The risk of miscarriage is lowest in women with no history of miscarriage (11%), and then increases by about 10% for each additional miscarriage, reaching 42% in women with three or more previous miscarriages (appendix p 4).

### Recurrent miscarriage

Whether miscarriage should be defined as recurrent after two or more or three or more pregnancy losses is an ongoing controversy. There is also no consensus on whether recurrent miscarriage should be restricted to clinical losses only, or include both clinical and preclinical losses (appendix p 5). The definitions are further complicated by whether the previous pregnancy losses need to be consecutive or be interspersed with livebirths. The UK Royal College of Obstetricians and Gynaecologists defines recurrent miscarriage as the loss of three or more consecutive pregnancies.[26] However, in this definition, the term miscarriage encompasses all pregnancy losses from the time of conception until 24 weeks, including biochemical pregnancy losses and pregnancy losses of unknown location (ie, no visualisation on transvaginal ultrasound scan). The German, Austrian, and Swiss Societies of Gynaecology and Obstetrics offer similar guidance.[27] The American Society for Reproductive Medicine has defined recurrent miscarriage as two or more failed clinical pregnancies.[10] Since the diagnosis of pregnancy in this definition requires ultrasound or histological confirmation, it excludes biochemical pregnancy losses and pregnancy losses of unknown location. In 2018, the European Society of Human Reproduction and Embryology redefined recurrent pregnancy loss as two or more pregnancy losses without the stipulation that these losses need to be consecutive.[11] This definition

would therefore apply even if there had been a livebirth in between pregnancy losses.

These variations in the definition of recurrent miscarriage or recurrent pregnancy loss have important implications on the reported prevalence and on the prognosis in any future pregnancy. The average population prevalence of women who have had one previous miscarriage is 10·8%, two miscarriages is 1·9%, and three or more miscarriages is 0·7% (appendix p 5).[28–35] If two or more pregnancy losses is used as the definition of recurrent miscarriage, the population prevalence of recurrent miscarriage equates to 2·6%. The chance of a future successful subsequent pregnancy ranges from 50% to 90%, depending on the recurrent miscarriage definition used and population characteristics.

The current definitions of recurrent miscarriage do not go beyond the inclusion or exclusion of preclinical pregnancy losses and the setting of an arbitrary number of previous pregnancy losses. However, the risk of miscarriage increases independently with maternal age and with the number of previous losses (appendix p 4). A definition of recurrent miscarriage that is based on individualised risk assessment, which takes into account maternal age, reproductive history, and other clinical variables, is likely to facilitate better stratification, targeted care, and research.

## Risk factors for miscarriage

### Embryonic chromosomal errors

Chromosomal abnormalities are found in 60% of miscarried tissue,[36] but less than 1% of livebirths when prenatal diagnosis is not used.[37] Among miscarriages, autosomal trisomy is the most frequent abnormality followed by monosomy X and triploidy.[36] In addition, developmental abnormalities of embryos not seen in livebirths are found in miscarriages with normal chromosomes.[38,39]

### Endometrial defects

Endometrium transforms into decidua during implantation to accommodate the invading placenta.[40] A defect in decidualisation can result from changes in immune cells,[41] foremost uterine natural killer cells,[42] or endometrial stem cells,[43,44] which could result in endometrial breakdown and miscarriage. Multiple risk factors of recurrent miscarriage, including metabolic (eg, obesity) and endocrine (eg, hypothyroidism) disorders (appendix p 6), have been shown to adversely affect the decidual process in the endometrium.[45,46]

### Parental risk factors of miscarriage

There are demographic, lifestyle, clinical, and environmental risk factors for miscarriage (appendix p 6). The inferences about the risk factors are based on the strength of association (represented by the size of odds ratios [ORs]), consistency among the studies, biological gradient (whether the risk increases with increasing number of miscarriages), and the persistence of association after

adjustments for key confounding variables, particularly female age.[47]

### Demographic risk factors

Our literature review showed that the key demographic risk factors for miscarriage are female age, female body-mass index (BMI), female ethnicity, and male age (appendix p 6). There is a strong association between female age and miscarriage risk, with a powerful biological gradient, found consistently in several studies (appendix p 6). This association is attributed to an age-related increase in the frequency of embryonic trisomies, particularly trisomies on chromosomes 13, 14, 15, 16, 18, 20, 21, and 22.[48,49] The risk of trisomy 16, the most common cause of miscarriage, rises linearly from 20 years to 40 years of age, whereas the risks of other trisomies generally show a sharp upward inflection around the age of 35 years.[36] Our literature search found that female BMI is associated with miscarriage risk; the BMI associated with the least risk of miscarriage is 18·5–24·9 kg/m² (appendix p 6). Black ethnicity is associated with a higher risk of miscarriage when compared with White ethnicity, as is male age of 40 years or older, even after adjusting for confounders such as the age of his female partner (appendix p 6).

### Lifestyle risk factors

Smoking is an important modifiable risk factor for miscarriage (appendix p 6). The risk is greater when smoking exposure occurs specifically during the pregnancy in which miscarriage risk was measured.[33] Miscarriage risk increases with the amount smoked (1% increase in relative risk per cigarette smoked per day).[33] Our literature review has shown that alcohol use is also an important modifiable risk factor as high alcohol consumption during the first trimester is associated with an increase in miscarriage risk (appendix p 6).[15,31,50–58] Our review has indicated that high caffeine intake might be associated with miscarriage (appendix p 6), although there was statistical uncertainty in the finding.[15,31,59] Furthermore, any association between caffeine and miscarriage is likely to be confounded as a healthy pregnancy is associated with nausea and vomiting (due to pregnancy hormones), which in turn might reduce caffeine consumption.[60] Night shift work is also associated with an increased risk of miscarriage (appendix p 6). This risk appeared to follow a dose–response relationship. Our review of the evidence also found that high stress is associated with miscarriage risk (appendix p 6);[54,59,60–65] however, there is no evidence that the association represents a causal link because, for example, preconception stress, as measured by basal salivary cortisol and α-amylase concentrations, did not predict subsequent pregnancy loss.[66]

### Clinical risk factors

An important determinant of risk of miscarriage is the gestational age of a pregnancy. The risk of pregnancy loss

Pet. Ref. 54

decreases with advancing gestational age.[67–70] Once the pregnancy reaches 8 weeks, the risk of miscarriage decreases substantially; conversely, the likelihood of a livebirth approaches 97–98%.[70]

The number of previous miscarriages is a major determinant of miscarriage risk; the relationship is consistent across various studies, and shows a biological gradient according to the number of previous miscarriages.[71] Several maternal conditions, including antiphospholipid antibodies, thyroid autoantibodies, and subclinical hypothyroidism, are associated with miscarriage (appendix p 7). Uterine anomalies, in particular canalisation defects such as uterine septae, have been associated with both spontaneous and recurrent miscarriage.[72]

Bacterial (ie, bacterial vaginosis, brucellosis, *Chlamydia trachomatis*, and syphilis), viral (ie, herpes viruses: herpes simplex virus type 1 [HSV-1] and HSV-2, human cytomegalovirus, human papillomavirus, parvovirus, adeno-associated viruses, parvovirus B19, bocavirus, HIV, polyomavirus, dengue virus, hepatitis B, hepatitis C, rubella, and coronaviruses [SARS, MERS, and H1N1]), and protozoa (ie, malaria and toxoplasmosis) infections have all been linked to miscarriage.[73] In the era of bacterial community assessment with DNA sequencing, there is evolving evidence linking the composition of the vaginal microbiome to miscarriage.[74] Miscarriage is more commonly associated with a lactobacillus deplete microbiota, but whether it is cause or effect, or what the potential mechanisms are, remains unclear. These findings are supported by older data that used more traditional microbiology techniques, which showed an increase in the risk of miscarriage in women with bacterial vaginosis.[75] Sperm DNA fragmentation is also associated with miscarriage (appendix p 7).[76] Association between sperm DNA fragmentation and smoking, recreational drugs, obesity, and treatment with lifestyle changes and antioxidants are important research questions.

### Environmental risk factors

Air pollution, composed of primary pollutants, pollutants emitted directly from the source, and secondary air pollutants formed from the interaction of primary pollutants within the atmosphere, has a large effect on human health. In the context of pregnancy, air pollution is linked to stillbirth, preterm delivery, and low birthweight.[77,78] A large study assessed the effect of exposure to air pollution on miscarriage rates in Beijing, China, showing a strong relationship with miscarriage (OR 1·51; 95% CI 1·33–1·69).[79] Similarly, a case-control study on women attending an emergency department in the state of Utah, USA,[80] found that a 10 parts per billion rise in nitrogen oxide concentrations was associated with an increased risk of miscarriage (1·16; 1·01–1·33). The Nurses' Health Study 2 showed a positive association between particulate air pollution and miscarriage.[81]

Exposure to air pollution therefore appears to increase miscarriage risk and constitutes a modifiable risk factor (appendix p 7).

Pesticides have also been linked to recurrent miscarriage (appendix p 7). Exposure to sprayed pesticides in rural South Africa in the first 3 months of pregnancy was associated with an increased risk of miscarriage (2·8; 1·1–7·2).[82] This epidemiological study correlates with a clinical study showing higher concentrations of serum organochlorine pesticides in women with recurrent miscarriage than controls (ie, who have live term births).[83]

## Risks and complications of miscarriage

### Vaginal bleeding in early pregnancy and obstetric complications

Threatened miscarriage, defined as vaginal bleeding in early pregnancy (in the first 12 weeks of pregnancy), is among the most common reasons for women to seek medical care in early pregnancy.[84] Clearly, events in early pregnancy have a substantial effect on pregnancy outcomes.[85–88] A systematic review of 14 studies (n=64 365) found that women who have had a threatened miscarriage have a higher risk of antepartum haemorrhage due to placenta previa (OR 1·62; 95% CI 1·19–2·22) or antepartum haemorrhage of unknown origin (2·47; 1·52–4·02), compared with those with no bleeding in early pregnancy.[85] There is also an association with preterm prelabour rupture of membranes (1·78; 1·28–2·48), preterm delivery (2·05; 1·76–2·40), and fetal growth restriction (1·54; 1·18–2·00).[85] Significantly higher rates of perinatal mortality (2·15; 1·41–3·27) and low-birthweight neonates (1·83; 1·48–2·28) have also been reported compared with those women who no early pregnancy bleeding.[85] Ultrasound diagnosis of intrauterine haematoma is also associated with an increased risk of antenatal complications such as pre-eclampsia (relative risk 4·0; 2·4–6·7), placental abruption (5·6; 2·8–11·1), and preterm delivery (2·3; 1·6–3·2).[87]

### Miscarriage and obstetric complications

Our literature review showed striking associations between a history of miscarriage and several adverse obstetric outcomes in subsequent pregnancies (appendix p 8). The risk of preterm birth increases stepwise with each previous miscarriage, showing a biological gradient; this association persists even with adjustment for confounding variables (appendix p 8). Adverse outcomes after miscarriage could possibly be at least partly attributable to the management of miscarriage. Repeated uterine curettage after cervical dilation might cause injury to the uterine cervix and endometrial cavity, or change the uterine microbiome, increasing the risk of preterm birth due to damage to the cervix or chronic endometritis. Injury to the uterine wall or endometrium can also cause abnormal placentation in subsequent pregnancies, resulting in increased risk of placental abruption and placenta praevia (appendix p 8).

A nationwide population-based birth cohort study in Japan found an increased risk of placental adhesions and uterine infection in women with recurrent pregnancy loss.[89] Abnormal placentation can also contribute to low birthweight (appendix p 8). However, plausibly, the increased frequency of low birthweight and perinatal complications is an inherent part of the recurrent miscarriage syndrome. Women who have had recurrent miscarriages are themselves born with a substantially reduced birthweight,[90] and a history of perinatal complications has been found in many women in their pregnancies before they acquire a recurrent miscarriage diagnosis.[91] An inadequate decidual response, if it does not lead to miscarriage, might lead to inadequate placentation causing placental dysfunction disorders, and so increasing the risk of placental abruption, fetal growth restriction, preterm birth, and perinatal death.

There is growing evidence that preterm infants born after spontaneous preterm labour have a lower mean birthweight than what would be expected for their gestation.[92–94] Therefore, the likelihood is that the association between miscarriage and adverse obstetric outcomes could partly be driven by a common cause, perhaps originating in suboptimal endometrial repair and decidualisation. The increasing incidence of perinatal complications with increasing number of previous pregnancy losses[95] suggests a need for heightened antenatal surveillance in patients with a history of multiple miscarriages. In addition, miscarriage could be a time to consider prophylactic interventions, such as lifestyle changes, before another pregnancy.

## Miscarriage and long-term health risks

Recurrent miscarriage is associated with long-term health problems beyond pregnancy. Our literature review has shown that recurrent miscarriage is associated with an increased risk of cardiovascular disease and venous thromboembolism (appendix p 8). No association was identified between miscarriage and stroke diagnosis (appendix p 8). These findings are important because they add to the concept of a recurrent miscarriage syndrome, and could mean that a history of repeated miscarriage is an opportunity for reducing risks for cardiovascular and thromboembolic disease.

The psychological consequences of miscarriage involve both trauma and bereavement,[96] and these consequences might have little or no outward physical manifestation, so can go unrecognised by health-care professionals, family, and friends. This scenario occurs particularly in a society that views miscarriage as unimportant or shameful, thus leading to concealment of a pregnancy loss and its consequences.

Our literature review identified that anxiety, depression, and suicide are strongly associated with miscarriage (appendix p 9). A multicentre, prospective, cohort study of 537 women following a miscarriage found that

9 months after a pregnancy loss, 18% of women met the criteria for post-traumatic stress, 17% for moderate or severe anxiety, and 6% for moderate or severe depression.[97] Identifying women at risk of psychological distress following miscarriage and the development of optimal treatment strategies have been recognised as research priorities.[98]

## Economic costs

We did a literature review with the goal of identifying and summarising evidence on the economic costs associated with miscarriage, the cost-effectiveness of prevention or management strategies, and preference-based outcomes associated with miscarriage, or its prevention or management derived with economic methods. A total of 30 articles were included: 15 articles reported costing studies, 12 articles reported economic evaluations, and three articles reported preference elicitation studies. Due to heterogeneity in study design, outcomes and intervention types, and variations in health-care practices and relative prices for resource inputs, a narrative synthesis of economic evidence is presented. All economic costs are presented in pounds sterling (GBP; 2018 prices) for comparative purposes.

Published evidence on the economic outcomes of miscarriage has focused largely on direct health service costs associated with miscarriage treatment procedures. Cost estimates vary by the nature of the intervention (eg, expectant, medical, or surgical management), location of care (inpatient or outpatient), and cost accounting methodology and jurisdiction. Most published studies have aimed to provide information about options that are less costly than current practice,[99–106] or to probe the value of adjuncts to current practice.[107] The emphasis is usually on cost comparisons for achieving a standard outcome, namely complete removal of pregnancy tissue from the uterus. The use of decision analysis is common,[99,106] mainly as a means of tracking cumulative costs over different treatment pathways, particularly in which additional treatment might be required following inadequate effects of initial therapy. Unit costs estimates have been derived from a number of sources, including primary research methods[101,103,104] and administrative tariffs.[108,109]

Published estimates of direct health service costs associated with miscarriage treatment procedures vary considerably between and within countries. However, a consistent pattern emerges with direct health service costs highest for surgical management and generally lowest for expectant management. Direct health service costs for expectant management ranged from £380 in a study from the USA[108] through to £1067 in a study from Hong Kong.[106] Direct health service costs for medical management ranged from £298 in a study from the USA[108] through to £1421 in a UK study.[101] Direct health service costs for surgical management, usually curettage, ranged from £455 in a study from Finland[110] through to £2242 in a study from Spain.[99]

Pet. Ref. 56

In a comparison of outpatient versus inpatient treatment in the USA, the cost of manual vacuum aspiration as an outpatient (£852) was much lower than that for inpatient treatment (£1729).[109] Direct health service costs associated with surgical management of miscarriage procedures are generally lower in low-income countries than high-income countries. For example, in Pakistan, manual vacuum aspiration was estimated to cost on average £56,[111] curettage £146,[111] and electrical vacuum aspiration £193,[103,104] and in Eswatini, manual vacuum aspiration was estimated to cost on average £131 and dilation and curettage £201 for incomplete first trimester miscarriages.[112] Estimates of direct health service costs not differentiated by treatment method ranged from £401 in the Netherlands (care provided in an early pregnancy assessment unit)[105] to £973 in the UK (progesterone as a preventive therapy).[107]

A few studies have estimated the non-health-care costs associated with miscarriage or its management, in which the focus has largely been on the economic value of lost work productivity for women experiencing miscarriage. As part of the economic evaluation done alongside the MIST trial, the investigators asked study participants to estimate time taken off work as a consequence of their miscarriage at 10–14 days and 8 weeks following trial entry.[101] The mean value of work absences was estimated at £431 with no significant difference in values observed between the three management methods evaluated (expectant, management, and surgical). In a study in the Netherlands, the estimated value of lost productivity was ostensibly similar (£439), but its composition notably different, with most of it driven by lower productivity after women had returned to work rather than taking time off work.[113] A broadly similar estimate of £428–521 (depending on the treatment strategy) has emerged in another economic evaluation from the Netherlands[114] that compared misoprostol treatment and curettage in women who had been managed expectantly for at least 1 week. Among women allocated to the misoprostol group, the mean value of lost productivity exceeded mean direct costs to the health-care system.

The economic studies emerging from our literature review typically used a short-term timeframe, focusing on the initial treatment period. They do not cover long-lasting effects such as the economic consequences associated with increased risk of psychological morbidity.

Evidence generated by the literature review can act as data inputs into burden of illness calculations. For example, assuming that the economic outcomes of miscarriage are felt only over the short term, and combining national prevalence data for England with estimates of costs of hospital and community mental and social services,[101] costs to patients,[115] and broader societal costs associated with lost productivity[101] generates an annual national estimate of economic cost of £471 million. Economic estimates such as these can contribute to clinical and budgetary service planning.

## Discussion

Miscarriage is common, but its scale and effect are not fully understood by some women, family, care providers, policy makers, and miscarriage care funders. There are multiple risk factors for miscarriage, most prominently female age and the number of previous losses. Some risk factors—eg, BMI, smoking, and alcohol—are modifiable. Environmental risk factors are an emerging concern. However, an association does not imply causation, and there is a need to better understand the nature, mechanisms, and implications of many of the associations highlighted in this Series paper. The physical consequences of miscarriage are well appreciated, but psychological sequelae less so. Even less well known are future reproductive, obstetric, and health consequences, particularly the risk of miscarriage recurrence, preterm birth, and placental disorders in future ongoing pregnancies, and cardiovascular disease and venous thromboembolism later in life.

Although there are data for the short-term costs of miscarriage, the long-term costs might be considerable and might outweigh short-term concerns; however, the data are insufficient. Newly emerging cohort studies with long-term follow-up, such as the Tommy's Net Cohort Study (ISRCTN17732518), and population-wide record linkage studies provide potential vehicles for ascertaining long-term economic outcomes such as downstream use of health and social care services, employment and occupational status, income, and receipt of social welfare benefits and reproductive health, which might in turn have economic consequences. Future research should use evidence from economic evaluations encompassing information on incremental costs and health gains associated with prevention and treatment strategies to inform decisions around the prioritisation of health-care resources in this area.

We recommend miscarriage data are gathered and reported to facilitate comparison of miscarriage rates among countries, to accelerate research, and to improve patient care and policy development. Key epidemiological research priorities include establishing how we can monitor miscarriage rates on a population basis; ascertaining if miscarriage risk and prevalence differ across nations and ethnic groups; whether miscarriage rate is increasing, and if so why; what the key outcomes are from women's point of view; and which risk factors for miscarriage are potentially causative and modifiable; and the effect of modification of the risk factor on clinical outcomes. Important clinical research questions include the role of sperm DNA damage on miscarriage, both diagnosis and the treatment; development of effective screening instruments to identify women with severe stress disorders and anxiety as a consequence of miscarriage, and the evaluation of therapies to treat these disorders; and a better understanding of the effect of air pollution on miscarriage. Concerted effort from both researchers

Pet. Ref. 57

and national policy makers is needed to address these issues.

The current evidence indicates that smoking cessation and stress management should be prioritised to improve general health and reduce the risk of miscarriage. Alcohol should be avoided in early pregnancy, fruit and vegetables should be thoroughly washed to avoid the risk of ingesting pesticides, and the possibility of reducing night shifts should be explored. Women with a history of miscarriage, particularly those with three or more miscarriages, are at an increased risk of obstetric complications including preterm birth. Therefore, these women should be treated as patients at high risk during antenatal and intrapartum care. We recommend that robust strategies are developed, evaluated, and scaled up to manage these risks associated with miscarriage, particularly psychological morbidity, and future obstetric consequences.

**Contributors**
All authors participated in the design of the review, literature searches, and assisted with the writing of all sections and agreed to submit the manuscript. The manuscript represents the view of named authors of this paper only.

**Declaration of interests**
We declare no competing interests.

**Acknowledgments**
The Tommy's Charity funds the Tommy's National Centre for Miscarriage Research. JJB holds a Wellcome Trust Investigator Award (212233/Z/18/Z). The funders had no role in the writing of the article or in the decision to submit the paper for publication. We would like to acknowledge Hannah Noordali for her input to the literature search that was done for this manuscript.

**References**
1 Banno C, Sugiura-Ogasawara M, Ebara T, et al. Attitude and perceptions toward miscarriage: a survey of a general population in Japan. *J Hum Genet* 2020; 65: 155–64.
2 San Lazaro Campillo I, Meaney S, Sheehan J, Rice R, O'Donoghue K. University students' awareness of causes and risk factors of miscarriage: a cross-sectional study. *BMC Womens Health* 2018; 18: 188.
3 Bardos J, Hercz D, Friedenthal J, Missmer SA, Williams Z. A national survey on public perceptions of miscarriage. *Obstet Gynecol* 2015; 125: 1313–20.
4 Brier N. Understanding and managing the emotional reactions to a miscarriage. *Obstet Gynecol* 1999; 93: 151–55.
5 Betts D, Dahlen HG, Smith CA. A search for hope and understanding: an analysis of threatened miscarriage internet forums. *Midwifery* 2014; 30: 650–56.
6 MacWilliams K, Hughes J, Aston M, Field S, Moffatt FW. Understanding the experience of miscarriage in the emergency department. *J Emerg Nurs* 2016; 42: 504–12.
7 Ugurlu EN, Ozaksit G, Karaer A, Zulfikaroglu E, Atalay A, Ugur M. The value of vascular endothelial growth factor, pregnancy-associated plasma protein-A, and progesterone for early differentiation of ectopic pregnancies, normal intrauterine pregnancies, and spontaneous miscarriages. *Fertil Steril* 2009; 91: 1657–61.
8 WHO. Manual of the international statistical classification of diseases, injuries, and causes of death : based on the recommendations of the ninth revision conference, 1975, and adopted by the Twenty-ninth World Health Assembly, 1975 revision. https://apps.who.int/iris/handle/10665/40492 (accessed June 18, 2020).
9 Carranza-Lira S, Blanquet J, Tserotas K, Calzada L. Endometrial progesterone and estradiol receptors in patients with recurrent early pregnancy loss of unknown etiology—preliminary report. *Med Sci Monit* 2000; 6: 759–62.
10 Practice Committee of the American Society for Reproductive Medicine. Evaluation and treatment of recurrent pregnancy loss: a committee opinion. *Fertil Steril* 2012; 98: 1103–11.
11 ESHRE Guideline Group on Recurrent Pregnancy Loss, Bender AR, Christiansen OB, et al. ESHRE guideline: recurrent pregnancy loss. *Hum Reprod Open* 2018; 2018: hoy004.
12 Kolte AM, Bernardi LA, Christiansen OB, et al. Terminology for pregnancy loss prior to viability: a consensus statement from the ESHRE early pregnancy special interest group. *Hum Reprod* 2015; 30: 495–98.
13 Doubilet PM, Benson CB, Bourne T, Blaivas M. Diagnostic criteria for nonviable pregnancy early in the first trimester. *N Engl J Med* 2013; 369: 1443–51.
14 Himmelberger DU, Brown BW Jr, Cohen EN. Cigarette smoking during pregnancy and the occurrence of spontaneous abortion and congenital abnormality. *Am J Epidemiol* 1978; 108: 470–79.
15 Armstrong BG, McDonald AD, Sloan M. Cigarette, alcohol, and coffee consumption and spontaneous abortion. *Am J Public Health* 1992; 82: 85–87.
16 Nybo Andersen AM, Wohlfahrt J, Christens P, Olsen J, Melbye M. Maternal age and fetal loss: population based register linkage study. *BMJ* 2000; 320: 1708–12.
17 Adolfsson A, Larsson PG. Cumulative incidence of previous spontaneous abortion in Sweden in 1983–2003: a register study. *Acta Obstet Gynecol Scand* 2006; 85: 741–47.
18 Linnakaari R, Helle N, Mentula M, et al. Trends in the incidence, rate and treatment of miscarriage-nationwide register-study in Finland, 1998–2016. *Hum Reprod* 2019; 34: 2120–28.
19 Magnus MC, Wilcox AJ, Morken NH, Weinberg CR, Håberg SE. Role of maternal age and pregnancy history in risk of miscarriage: prospective register based study. *BMJ* 2019; 364: l869.
20 Rossen LM, Ahrens KA, Branum AM. Trends in risk of pregnancy loss among US women, 1990–2011. *Paediatr Perinat Epidemiol* 2018; 32: 19–29.
21 Nguyen BT, Chang EJ, Bendikson KA. Advanced paternal age and the risk of spontaneous abortion: an analysis of the combined 2011–2013 and 2013–2015 National Survey of Family Growth. *Am J Obstet Gynecol* 2019; 221: 476.e1–7.
22 Badawy A, Inany H, Mosbah A, Abulatta M. Luteal phase clomiphene citrate for ovulation induction in women with polycystic ovary syndrome: a novel protocol. *Fertil Steril* 2009; 91: 838–41.
23 Health and Social Care Information Centre. NHS maternity statistics 2011–12 summary report. https://files.digital.nhs.uk/publicationimport/pub09xxx/pub09202/nhs-mate-eng-2011-2012-rep.pdf (accessed Apr 13, 2021).
24 Li XL, Du DF, Chen SJ, Zheng SH, Lee AC, Chen Q. Trends in ectopic pregnancy, hydatidiform mole and miscarriage in the largest obstetrics and gynaecology hospital in China from 2003 to 2013. *Reprod Health* 2016; 13: 58.
25 Rasmark Roepke E, Matthiesen L, Rylance R, Christiansen OB. Is the incidence of recurrent pregnancy loss increasing? A retrospective register-based study in Sweden. *Acta Obstet Gynecol Scand* 2017; 96: 1365–72.
26 Royal College of Obstetricians and Gynaecologists. The investigation and treatment of couples with recurrent first-trimester and second-trimester miscarriage. London: Royal College of Obstetricians and Gynaecologists, 2011.
27 Toth B, Würfel W, Bohlmann M, et al. Recurrent miscarriage: diagnostic and therapeutic procedures. Guideline of the DGGG, OEGGG and SGGG (S2k-Level, AWMF Registry Number 015/050). *Geburtshilfe Frauenheilkd* 2018; 78: 364–81.
28 Clifford K, Rai R, Regan L. Future pregnancy outcome in unexplained recurrent first trimester miscarriage. *Hum Reprod* 1997; 12: 387–89.
29 Brigham SA, Conlon C, Farquharson RG. A longitudinal study of pregnancy outcome following idiopathic recurrent miscarriage. *Hum Reprod* 1999; 14: 2868–71.
30 Lund M, Kamper-Jørgensen M, Nielsen HS, Lidegaard Ø, Andersen AM, Christiansen OB. Prognosis for live birth in women with recurrent miscarriage: what is the best measure of success? *Obstet Gynecol* 2012; 119: 37–43.
31 Feodor Nilsson S, Andersen PK, Strandberg-Larsen K, Nybo Andersen AM. Risk factors for miscarriage from a prevention perspective: a nationwide follow-up study. *BJOG* 2014; 121: 1375–84.

Pet. Ref. 58

32  Kolte AM, van Oppenraaij RH, Quenby S, et al. Non-visualized pregnancy losses are prognostically important for unexplained recurrent miscarriage. *Hum Reprod* 2014; **29:** 931–37.

33  Pineles BL, Park E, Samet JM. Systematic review and meta-analysis of miscarriage and maternal exposure to tobacco smoke during pregnancy. *Am J Epidemiol* 2014; **179:** 807–23.

34  Kaandorp SP, van Mens TE, Middeldorp S, et al. Time to conception and time to live birth in women with unexplained recurrent miscarriage. *Hum Reprod* 2014; **29:** 1146–52.

35  Kling C, Hedderich J, Kabelitz D. Fertility after recurrent miscarriages: results of an observational cohort study. *Arch Gynecol Obstet* 2018; **297:** 205–19.

36  Hardy K, Hardy PJ, Jacobs PA, Lewallen K, Hassold TJ. Temporal changes in chromosome abnormalities in human spontaneous abortions: results of 40 years of analysis. *Am J Med Genet A* 2016; **170:** 2671–80.

37  Savva GM, Walker K, Morris JK. The maternal age-specific live birth prevalence of trisomies 13 and 18 compared to trisomy 21 (Down syndrome). *Prenat Diagn* 2010; **30:** 57–64.

38  Philipp T, Kalousek DK. Generalized abnormal embryonic development in missed abortion: embryoscopic and cytogenetic findings. *Am J Med Genet* 2002; **111:** 43–47.

39  Feichtinger M, Reiner A, Hartmann B, Philipp T. Embryoscopy and karyotype findings of repeated miscarriages in recurrent pregnancy loss and spontaneous pregnancy loss. *J Assist Reprod Genet* 2018; **35:** 1401–06.

40  Gellersen B, Brosens JJ. Cyclic decidualization of the human endometrium in reproductive health and failure. *Endocr Rev* 2014; **35:** 851–905.

41  Mor G, Aldo P, Alvero AB. The unique immunological and microbial aspects of pregnancy. *Nat Rev Immunol* 2017; **17:** 469–82.

42  Turco MY, Moffett A. Development of the human placenta. *Development* 2019; **146:** dev163428.

43  Lucas ES, Dyer NP, Murakami K, et al. Loss of endometrial plasticity in recurrent pregnancy loss. *Stem Cells* 2016; **34:** 346–56.

44  Lucas ES, Vrljicak P, Muter J, et al. Recurrent pregnancy loss is associated with a pro-senescent decidual response during the peri-implantation window. *Commun Biol* 2020; **3:** 37.

45  Antoniotti GS, Coughlan M, Salamonsen LA, Evans J. Obesity associated advanced glycation end products within the human uterine cavity adversely impact endometrial function and embryo implantation competence. *Hum Reprod* 2018; **33:** 654–65.

46  Kakita-Kobayashi M, Murata H, Nishigaki A, et al. Thyroid hormone facilitates in vitro decidualization of human endometrial stromal cells via thyroid hormone receptors. *Endocrinology* 2020; **161:** bqaa049.

47  Hill AB. The environment and disease: association or causation? *Proc R Soc Med* 1965; **58:** 295–300.

48  Hassold T, Chiu D. Maternal age-specific rates of numerical chromosome abnormalities with special reference to trisomy. *Hum Genet* 1985; **70:** 11–17.

49  Stephenson MD, Awartani KA, Robinson WP. Cytogenetic analysis of miscarriages from couples with recurrent miscarriage: a case-control study. *Hum Reprod* 2002; **17:** 446–51.

50  Avalos LA, Roberts SC, Kaskutas LA, Block G, Li DK. Volume and type of alcohol during early pregnancy and the risk of miscarriage. *Subst Use Misuse* 2014; **49:** 1437–45.

51  Baba S, Noda H, Nakayama M, Waguri M, Mitsuda N, Iso H. Risk factors of early spontaneous abortions among Japanese: a matched case-control study. *Hum Reprod* 2011; **26:** 466–72.

52  Campbell S, Lynch J, Esterman A, McDermott R. Pre-pregnancy predictors linked to miscarriage among Aboriginal and Torres Strait Islander women in North Queensland. *Aust N Z J Public Health* 2011; **35:** 343–51.

53  Chatenoud L, Parazzini F, di Cintio E, et al. Paternal and maternal smoking habits before conception and during the first trimester: relation to spontaneous abortion. *Ann Epidemiol* 1998; **8:** 520–26.

54  Maconochie N, Doyle P, Prior S, Simmons R. Risk factors for first trimester miscarriage—results from a UK-population-based case-control study. *BJOG* 2007; **114:** 170–86.

55  Parazzini F, Tozzi L, Chatenoud L, Restelli S, Luchini L, La Vecchia C. Alcohol and risk of spontaneous abortion. *Hum Reprod* 1994; **9:** 1950–53.

56  Xu G, Wu Y, Yang L, et al. Risk factors for early miscarriage among Chinese: a hospital-based case-control study. *Fertil Steril* 2014; **101:** 1663–70.

57  Wall KM, Haddad LB, Mehta CC, et al. Miscarriage among women in the United States Women's Interagency HIV Study, 1994–2017. *Am J Obstet Gynecol* 2019; **221:** 347.e1–13.

58  Kline J, Shrout P, Stein Z, Susser M, Warburton D. Drinking during pregnancy and spontaneous abortion. *Lancet* 1980; **2:** 176–80.

59  Ahlborg G Jr, Axelsson G, Bodin L. Shift work, nitrous oxide exposure and subfertility among Swedish midwives. *Int J Epidemiol* 1996; **25:** 783–90.

60  Leviton A. Biases inherent in studies of coffee consumption in early pregnancy and the risks of subsequent events. *Nutrients* 2018; **10:** 1152.

61  Boyles SH, Ness RB, Grisso JA, Markovic N, Bromberger J, CiFelli D. Life event stress and the association with spontaneous abortion in gravid women at an urban emergency department. *Health Psychol* 2000; **19:** 510–14.

62  Fenster L, Schaefer C, Mathur A, et al. Psychologic stress in the workplace and spontaneous abortion. *Am J Epidemiol* 1995; **142:** 1176–83.

63  Nelson DB, Grisso JA, Joffe MM, Brensinger C, Shaw L, Datner E. Does stress influence early pregnancy loss? *Ann Epidemiol* 2003; **13:** 223–29.

64  Wainstock T, Lerner-Geva L, Glasser S, Shoham-Vardi I, Anteby EY. Prenatal stress and risk of spontaneous abortion. *Psychosom Med* 2013; **75:** 228–35.

65  Schenker MB, Eaton M, Green R, Samuels S. Self-reported stress and reproductive health of female lawyers. *J Occup Environ Med* 1997; **39:** 556–68.

66  Lynch CD, Sundaram R, Buck Louis GM. Biomarkers of preconception stress and the incidence of pregnancy loss. *Hum Reprod* 2018; **33:** 728–35.

67  Edmonds DK, Lindsay KS, Miller JF, Williamson E, Wood PJ. Early embryonic mortality in women. *Fertil Steril* 1982; **38:** 447–53.

68  Wilcox AJ, Weinberg CR, O'Connor JF, et al. Incidence of early loss of pregnancy. *N Engl J Med* 1988; **319:** 189–94.

69  Arck PC, Rücke M, Rose M, et al. Early risk factors for miscarriage: a prospective cohort study in pregnant women. *Reprod Biomed Online* 2008; **17:** 101–13.

70  Simpson JL. Incidence and timing of pregnancy losses: relevance to evaluating safety of early prenatal diagnosis. *Am J Med Genet* 1990; **35:** 165–73.

71  Coomarasamy A, Devall AJ, Brosens JJ, et al. Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence. *Am J Obstet Gynecol* 2020; **223:** 167–76.

72  Chan YY, Jayaprakasan K, Tan A, Thornton JG, Coomarasamy A, Raine-Fenning NJ. Reproductive outcomes in women with congenital uterine anomalies: a systematic review. *Ultrasound Obstet Gynecol* 2011; **38:** 371–82.

73  Giakoumelou S, Wheelhouse N, Cuschieri K, Entrican G, Howie SEM, Horne AW. The role of infection in miscarriage. *Hum Reprod Update* 2016; **22:** 116–33.

74  Al-Memar M, Bobdiwala S, Fourie H, et al. The association between vaginal bacterial composition and miscarriage: a nested case-control study. *BJOG* 2020; **127:** 264–74.

75  Ralph SG, Rutherford AJ, Wilson JD. Influence of bacterial vaginosis on conception and miscarriage in the first trimester: cohort study. *BMJ* 1999; **319:** 220–23.

76  Robinson L, Gallos ID, Conner SJ, et al. The effect of sperm DNA fragmentation on miscarriage rates: a systematic review and meta-analysis. *Hum Reprod* 2012; **27:** 2908–17.

77  DeFranco E, Hall E, Hossain M, et al. Air pollution and stillbirth risk: exposure to airborne particulate matter during pregnancy is associated with fetal death. *PLoS One* 2015; **10:** e0120594.

78  Li X, Huang S, Jiao A, et al. Association between ambient fine particulate matter and preterm birth or term low birth weight: an updated systematic review and meta-analysis. *Environ Pollut* 2017; **227:** 596–605.

79  Zhang L, Liu W, Hou K, et al. Air pollution-induced missed abortion risk for pregnancies. *Nat Sustain* 2019; **2:** 1011–17.

80  Leiser CL, Hanson HA, Sawyer K, et al. Acute effects of air pollutants on spontaneous pregnancy loss: a case-crossover study. *Fertil Steril* 2019; **111:** 341–47.

Pet. Ref. 59

81  Gaskins AJ, Hart JE, Chavarro JE, et al. Air pollution exposure and risk of spontaneous abortion in the Nurses' Health Study II. *Hum Reprod* 2019; **34**: 1809–17.

82  Naidoo S, London L, Burdorf A, Naidoo R, Kromhout H. Spontaneous miscarriages and infant deaths among female farmers in rural South Africa. *Scand J Work Environ Health* 2011; **37**: 227–36.

83  Pathak R, Mustafa M, Ahmed RS, Tripathi AK, Guleria K, Banerjee BD. Association between recurrent miscarriages and organochlorine pesticide levels. *Clin Biochem* 2010; **43**: 131–35.

84  Bigrigg MA, Read MD. Management of women referred to early pregnancy assessment unit: care and cost effectiveness. *BMJ* 1991; **302**: 577–79.

85  Saraswat L, Bhattacharya S, Maheshwari A, Bhattacharya S. Maternal and perinatal outcome in women with threatened miscarriage in the first trimester: a systematic review. *BJOG* 2010; **117**: 245–57.

86  van Oppenraaij RH, Jauniaux E, Christiansen OB, Horcajadas JA, Farquharson RG, Exalto N. Predicting adverse obstetric outcome after early pregnancy events and complications: a review. *Hum Reprod Update* 2009; **15**: 409–21.

87  Nagy S, Bush M, Stone J, Lapinski RH, Gardó S. Clinical significance of subchorionic and retroplacental hematomas detected in the first trimester of pregnancy. *Obstet Gynecol* 2003; **102**: 94–100.

88  Al-Memar M, Vaulet T, Fourie H, et al. Early-pregnancy events and subsequent antenatal, delivery and neonatal outcomes: prospective cohort study. *Ultrasound Obstet Gynecol* 2019; **54**: 530–37.

89  Sugiura-Ogasawara M, Ebara T, Yamada Y, et al. Adverse pregnancy and perinatal outcome in patients with recurrent pregnancy loss: multiple imputation analyses with propensity score adjustment applied to a large-scale birth cohort of the Japan Environment and Children's Study. *Am J Reprod Immunol* 2019; **81**: e13072.

90  Christiansen OB, Mathiesen O, Lauritsen JG, Grunnet N. Study of the birthweight of parents experiencing unexplained recurrent miscarriages. *Br J Obstet Gynaecol* 1992; **99**: 408–11.

91  Nielsen HS, Steffensen R, Lund M, et al. Frequency and impact of obstetric complications prior and subsequent to unexplained secondary recurrent miscarriage. *Hum Reprod* 2010; **25**: 1543–52.

92  Bukowski R, Gahn D, Denning J, Saade G. Impairment of growth in fetuses destined to deliver preterm. *Am J Obstet Gynecol* 2001; **185**: 463–67.

93  Zeitlin J, Ancel PY, Saurel-Cubizolles MJ, Papiernik E. The relationship between intrauterine growth restriction and preterm delivery: an empirical approach using data from a European case-control study. *BJOG* 2000; **107**: 750–58.

94  Burkhardt T, Schäffer L, Zimmermann R, Kurmanavicius J. Newborn weight charts underestimate the incidence of low birthweight in preterm infants. *Am J Obstet Gynecol* 2008; **199**: 139.e1–6.

95  Gunnarsdottir J, Stephansson O, Cnattingius S, Akerud H, Wikström AK. Risk of placental dysfunction disorders after prior miscarriages: a population-based study. *Am J Obstet Gynecol* 2014; **211**: 34.e1–8.

96  Kersting A, Wagner B. Complicated grief after perinatal loss. *Dialogues Clin Neurosci* 2012; **14**: 187–94.

97  Farren J, Jalmbrant M, Falconieri N, et al. Posttraumatic stress, anxiety and depression following miscarriage and ectopic pregnancy: a multicenter, prospective, cohort study. *Am J Obstet Gynecol* 2020; **222**: 367.e1–22

98  Prior M, Bagness C, Brewin J, et al. Priorities for research in miscarriage: a priority setting partnership between people affected by miscarriage and professionals following the James Lind Alliance methodology. *BMJ Open* 2017; **7**: e016571.

99  Cubo AM, Soto ZM, Haro-Pérez A, Hernández Hernández ME, Doyague MJ, Sayagués JM. Medical versus surgical treatment of first trimester spontaneous abortion: a cost-minimization analysis. *PLoS One* 2019; **14**: e0210449.

100  Hughes J, Ryan M, Hinshaw K, Henshaw R, Rispin R, Templeton A. The costs of treating miscarriage: a comparison of medical and surgical management. *Br J Obstet Gynaecol* 1996; **103**: 1217–21.

101  Petrou S, Trinder J, Brocklehurst P, Smith L. Economic evaluation of alternative management methods of first-trimester miscarriage based on results from the MIST trial. *BJOG* 2006; **113**: 879–89.

102  Rausch M, Lorch S, Chung K, Frederick M, Zhang J, Barnhart K. A cost-effectiveness analysis of surgical versus medical management of early pregnancy loss. *Fertil Steril* 2012; **97**: 355–60.

103  Tasnim N, Mahmud G, Fatima S, Sultana M. Manual vacuum aspiration: a safe and cost-effective substitute of electric vacuum aspiration for the surgical management of early pregnancy loss. *J Pak Med Assoc* 2011; **61**: 149–53.

104  Tasnim N, Fatima S, Mahmud G. Manual vacuum aspirator: a safe and effective tool for decentralization of post miscarriage care. *J Coll Physicians Surg Pak* 2014; **24**: 815–19.

105  van den Berg MM, Goddijn M, Ankum WM, et al. Early pregnancy care over time: should we promote an early pregnancy assessment unit? *Reprod Biomed Online* 2015; **31**: 192–98.

106  You JH, Chung TK. Expectant, medical or surgical treatment for spontaneous abortion in the first trimester: a cost analysis. *Hum Reprod* 2005; **20**: 2873–78.

107  Coomarasamy A, Williams H, Truchanowicz E, et al. PROMISE: first-trimester progesterone therapy in women with a history of unexplained recurrent miscarriages—a randomised, double-blind, placebo-controlled, international multicentre trial and economic evaluation. *Health Technol Assess* 2016; **20**: 1–92.

108  Dalton VK, Liang A, Hutton DW, Zochowski MK, Fendrick AM. Beyond usual care: the economic consequences of expanding treatment options in early pregnancy loss. *Am J Obstet Gynecol* 2015; **212**: 177.e1–6.

109  Dalton VK, Harris L, Weisman CS, Guire K, Castleman L, Lebovic D. Patient preferences, satisfaction, and resource use in office evacuation of early pregnancy failure. *Obstet Gynecol* 2006; **108**: 103–10.

110  Niinimäki M, Karinen P, Hartikainen AL, Pouta A. Treating miscarriages: a randomised study of cost-effectiveness in medical or surgical choice. *BJOG* 2009; **116**: 984–90.

111  Farooq F, Javed L, Mumtaz A, Naveed N. Comparison of manual vacuum aspiration, and dilatation and curettage in the treatment of early pregnancy failure. *J Ayub Med Coll Abbottabad* 2011; **23**: 28–31.

112  Shi XB, Zhang J, Fu SX. Spontaneous abortion and changes of estrogen receptors and progesterone receptors in the endometria of patients with polycystic ovary syndrome. *Zhong Nan Da Xue Xue Bao Yi Xue Ban* 2008; **33**: 518–22 (in Chinese).

113  Lemmers M, Verschoor MAC, Bossuyt PM, et al. Cost-effectiveness of curettage vs. expectant management in women with an incomplete evacuation after misoprostol treatment for first-trimester miscarriage: a randomized controlled trial and cohort study. *Acta Obstet Gynecol Scand* 2018; **97**: 294–300.

114  Graziosi GC, van der Steeg JW, Reuwer PH, Drogtrop AP, Bruinse HW, Mol BW. Economic evaluation of misoprostol in the treatment of early pregnancy failure compared to curettage after an expectant management. *Hum Reprod* 2005; **20**: 1067–71.

115  Petrou S, McIntosh E. Women's preferences for attributes of first-trimester miscarriage management: a stated preference discrete-choice experiment. *Value Health* 2009; **12**: 551–59.

© 2021 Elsevier Ltd. All rights reserved.

Pet. Ref. 60

1667

FERTILITY AND STERILITY®
VOL. 79, NO. 3, MARCH 2003
Copyright ©2003 American Society for Reproductive Medicine
Published by Elsevier Science Inc.
Printed on acid-free paper in U.S.A.

# Conception, early pregnancy loss, and time to clinical pregnancy: a population-based prospective study

Received April 2, 2002; revised and accepted August 13, 2002.

Supported in part by grants 1R01 HD32505 from the National Institute of Child Health and Human Development, Bethesda, Maryland; grants 1R01 ES08337, ES-00002, P01 ES06198, and 1R01 ES11682 from the National Institute of Environmental Health Science, Research Triangle, North Carolina; and grants 20-FY98-0701 and 20-FY02-56 from the March of Dimes Birth Defects Foundation, White Plains, New York.

*The Reproductive Health Study Group also includes Sung-Il Cho, M.D., Aiqun Huang, M.D., Louise Ryan, Ph.D., John O'Connor, Ph.D., Bill Lasley, Ph.D., James W. Overstreet, M.D., David C. Christiani, M.D., Allen Wilcox, M.D., and Xiping Xu, M.D.

Reprint requests: Xiping Xu, M.D., Ph.D., Department of Environmental Health, Harvard School of Public Health, 665 Huntington Avenue, FXB 1, Boston, Massachusetts 02115, (FAX: 617-414-3679; E-mail: xbwang@bu.edu).

a Department of Pediatrics, Boston University School of Medicine and Boston Medical Center.

b Department of Environmental Health, Harvard School of Public Health.

c Center for Ecogenetics and Reproductive Health, Beijing Medical University.

d Institute for Biomedicine, Anhui Medical University, Anhui, China.

e Department of Biostatistics, Harvard School of Public Health.

0015-0282/03/$30.00
doi:10.1016/S0015-0282(02)04694-0

Xiaobin Wang, M.D.,[a] Changzhong Chen, M.D.,[b] Lihua Wang, M.D.,[c] Dafang Chen, M.D.,[c,d] Wenwei Guang, M.D.,[d] and Jonathan French, PhD.[e] for The Reproductive Health Study Group*

Boston University School of Medicine and Boston Medical Center, Boston, Massachusetts; Beijing Medical University, Beijing, China; and Harvard School of Public Health, Boston, Massachusetts

**Objective:** To examine rates of conception and pregnancy loss and their relations with time to clinical pregnancy and reproductive outcomes.

**Design:** A prospective observational study.

**Setting:** Population-based cohort in China.

**Patient(s):** Five hundred eighteen healthy newly married women who intended to conceive. Upon stopping contraception, daily records of vaginal bleeding and daily first-morning urine specimens were obtained for ≤1 year or until a clinical pregnancy was achieved. Daily urinary hCG was assayed to detect early pregnancy loss (EPL).

**Intervention(s):** None.

**Main Outcome Measure(s):** Conception, pregnancy loss, and time to clinical pregnancy.

**Result(s):** The conception rate per cycle was 40% over the first 12 months. Of the 618 detectable conceptions, 49 (7.9%) ended in clinical spontaneous abortion, and 152 (24.6%) in EPL. Early pregnancy loss was detected in 14% of all the cycles without clinically recognized pregnancy, but the frequencies were lower among women with delayed time to clinical pregnancy. Early pregnancy loss in the preceding cycle was associated with increased odds of conception (odds ratio [OR], 2.6; 95% confidence interval [CI], 1.8–3.9), clinical pregnancy (OR, 2.0; 95% CI, 1.3–3.0), and EPL (OR, 2.4; 95% CI, 1.4–4.2) but was not associated with spontaneous abortion, low birth weight, or preterm birth in the subsequent cycle.

**Conclusion(s):** We demonstrated substantial EPL in the non–clinically pregnant cycles and a positive relation between EPL and subsequent fertility. (Fertil Steril® 2003;79:577–84. ©2003 by American Society for Reproductive Medicine.)

**Key Words:** Conception, early pregnancy loss, time to clinical pregnancy, human chorionic gonadotropin (hCG), prospective study

Per-cycle conception rates, rates of early pregnancy loss (EPL), and time to clinical pregnancy are of fundamental importance to understanding the reproductive process. To date very few studies have addressed these phenomena and their interrelationships because of the methodological complexity and cost of conducting such studies (1). To accurately define all conceptions and pregnancy losses in a population, one needs to prospectively follow a cohort of women from the beginning of non-contracepting cycles until the occurrence of the endpoints of interest. The detection of EPL, which is not clinically apparent, requires a sen-

sitive and specific assay of daily urinary hCG. Otherwise, EPL may be mistaken for a non-conceptive cycle.

Up until the early 1980s, when urine pregnancy tests could not document pregnancies until 6 weeks after the last menstrual period, pregnancy loss occurring before this time could not be documented (2). The development of sensitive and specific urinary hCG assays has made it possible to detect EPL within a few days of implantation (3). Using this newly developed assay, Wilcox and coworkers (4) studied 221 healthy women volunteers who were trying to conceive. They observed a per-cycle

clinical pregnancy rate of 25% over the first three cycles and a pregnancy loss rate of 32% for all conceptions; two thirds of all pregnancy loss occurred before clinical detection. Zinaman and coworkers (5) made similar observations in a cohort of 200 women volunteers at a university-based obstetrics and gynecological center.

Human reproduction is a set of interconnected processes. Time to clinical pregnancy was defined as the number of noncontraceptive cycles that it takes a couple to conceive a clinically recognized pregnancy (6). An increase in time to clinical pregnancy may be due to decreased conception rates, increased EPL, or both. The extent of EPL among cycles without clinically recognized pregnancy and its variability among women with different time to clinical pregnancy is not known. Furthermore, previous reproductive events are often correlated with subsequent reproductive outcomes in a given woman. There are few data on how EPL in previous cycles is associated with reproductive outcomes in the subsequent cycles (4).

We replicated and expanded previous research (4, 5) in a large population-based prospective cohort, in which we examined rates of conception and pregnancy loss among women with different times to clinical pregnancy, based on each woman's daily diary record and the highly sensitive and specific assay of daily urinary hCG to detect EPL. We also investigated EPL in the preceding cycles in relation to conception, pregnancy loss, and birth outcomes in the subsequent cycles.

## MATERIALS AND METHODS

### Study Population

This is a part of a prospective reproductive health study funded by the National Institutes of Health among women textile workers in Anhui, China. The study protocols were approved by the human subject committee of the Chinese institutions involved in the study and by the institutional review board of the Harvard School of Public Health.

The eligibility criteria for women in the field enrollment were as follows: [1] full-time employment; [2] newly married; [3] aged 20 to 34 years; and [4] had obtained permission to have a child. All the women were nulliparous. Women were excluded if [1] they were already pregnant before enrollment; [2] they had tried unsuccessfully to get pregnant for ≥1 year at any time in the past; or [3] they planned to quit or change jobs or to move out of the city over the 1-year course of follow-up.

Of the 971 women textile workers who met the eligibility criteria, 961 were enrolled and had baseline information. Four hundred forty-three women were excluded from this analysis for the following reasons: 95 continued to use contraceptives; 53 did not begin recording diaries and collecting daily urines immediately after stopping contraception; 121 women declined diary or urine collection; 78

became pregnant because of contraceptive failure; 8 were lost to follow-up; 27 withdrew shortly after enrollment; 34 had inadequate diary or urinary hCG data; 7 had menstrual irregularity (cycle length of >40 days or cycle length of <21 days); 16 had a history of using oral contraceptive pills; and 4 had a history of using an intrauterine device. This report includes 518 women who intended to conceive; who began recording diary and collecting daily urine immediately after stopping contraceptive use; and who had adequate diary and hCG data.

### Field Data Collection Procedures

After obtaining informed consent, the interviewer administered a baseline questionnaire that collected historical data on menstruation, contraceptive use, reproductive history, sociodemographic characteristics, active smoking and passive smoke exposure, alcohol use, and environmental and occupational exposures. If a woman reported a missed or late period or had early signs or symptoms of pregnancy, she was instructed to go to the affiliated hospital for a check-up and to give a urine sample for hCG assay. Once a woman was confirmed to be pregnant, she received regular prenatal care and delivery services at the designated hospitals according to standard clinical guidelines and was followed for pregnancy outcomes by the research staff.

Beginning from the date of stopping any contraceptive method and attempting to conceive, each woman kept a daily diary to record sexual intercourse, vaginal bleeding, medication, and medical conditions and collected daily first–morning urine specimens for 12 months or until a pregnancy was clinically confirmed, whichever came first. Each woman was given a 250-mL beaker for collecting urine and a 50-mL, double-seal vial for storing and transferring the urine. Each vial was labeled with a bar code for the appropriate day and date. The woman was instructed to void into the beaker upon awakening each day and then to pour 50 mL of the urine into the double-sealed vial, to place the vial into a plastic bag, and to store this in the refrigerator temporarily. The field coordinators were responsible for collecting urine samples and diaries every day.

In addition, daily urine specimens were obtained from 37 control women for two known nonconception cycles. Of those, 23 women were not married and not sexually active; 10 women were married, but their husbands were out of town; and 4 women were married, but using contraception during the urine collection cycles. They had no history of fertility problems or chronic illnesses.

### Major Outcomes and Method of Evaluation

*Clinical pregnancy* was defined as any pregnancy that lasted ≥6 weeks (42 days) after the onset of the last menstrual period and that was confirmed by hCG assay. *Time to clinical pregnancy* was defined as the number of menstrual cycles it took from the time that a woman stopped contraceptive methods and began attempts to conceive until she

Pet. Ref. 62

achieved a clinical pregnancy. *Clinical spontaneous abortion* was defined as a pregnancy loss after a clinical pregnancy that had been <28 weeks of gestation. *Early pregnancy loss* was defined as clinically unrecognized pregnancy loss detected only by the highly sensitive and specific urinary hCG assay (discussed later in this article). Bayesian methods (7, 8) were applied for handling missing hCG data to provide a better estimate of the probability of conception and EPL (see Statistical Analysis section).

## Laboratory Assay of Urinary hCG

Urine specimens were stored in our central field laboratory in Anqing, China at $-20°C$. Urinary hCG levels were analyzed in batches by the immunoradiometric assay (IRMA) developed by O'Connor et al. (9) using a combination of capture antibodies for hCG free $\beta$ subunit and hCG $\beta$ core fragment (B204) and the intact hCG molecule (B109). This assay is highly sensitive and specific. The lowest hCG concentration detectable by the assay was 0.01 ng/mL (1 mIU = 0.2 ng). The cross-reaction of the assay with either intact LH or LH free $\beta$ subunit is <1%. All of the urine specimens from each woman were analyzed and tested during a single run of the assay. Each urine specimen during the window of $-10$ to $+5$ days of a menstrual cycle was assayed in duplicate. Discrepancies greater than threefold between duplicate assays were presumed to result from technical error, and the assay was repeated. For the remainder, the geometric mean of the replicates was used to summarize the results for each sample. Urine creatinine levels were measured according to the method of Jaffe (10). All hCG values were normalized to creatinine values to adjust for urine concentration. As a reference value, nonconceptive levels of hCG were determined from the 67 complete cycles of the 37 control women.

## Statistical Analysis

The major outcomes of interest were conception and pregnancy loss (clinical spontaneous abortion and EPL). A central focus of our analysis was the development and application of methods to determine conception status based on observed hCG values. There were several challenges. First, there were considerable variations in daily urine hCG values even among nonconception cycles (e.g., for the 37 control women). In addition, 21% of the days in cycles with no clinical pregnancy had missing hCG values (primarily due to missing urine collection), and many of those days with missing hCG values fell within the critical window of $-10$ to $+5$ days of the menstrual cycle. To distinguish normal variation from a true hCG rise due to conception and to address missing hCG values, we employed Bayesian methods (7, 8) to model daily conception status among all the women subjects including the control women. We assumed that the square roots of hCG values followed a normal distribution with constant mean and variance before conception. For postconception, we modeled the square root of hCG values with a normal distribution with a quadratic mean

function and constant variance, with the mean and variance differing for clinical pregnancy and EPL. We choose noninformative proper prior distributions for each parameter and fit the model using Markov Chain Monte Carlo methods. This model allowed us to calculate a probability of conception for each observed cycle. Our data showed that this model was 100% sensitive and specific for those cycles with known conception status: the probability was 0 for all the control cycles and 1.0 for all the cycles with clinical pregnancy. Among 1,095 cycles without clinical pregnancy, 929 cycles had a probability of conception of 0; 14 cycles had a probability between 0 and 0.9; 18 cycles had a probability of between 0.9 and 1.0; and 134 cycles had a probability of 1.0. For the purpose of subsequent analysis, we defined conception as a probability of $\geq 0.9$. However, our inference is quite robust to the choice of cutoff. These methods will be described in more details in a subsequent statistical paper.

We used standard life table methods to estimate the cycle-specific rates of clinical pregnancy and total conception (clinical pregnancy plus EPL). We also estimated the rates of total conception and EPL among women with different times to clinical pregnancy. Furthermore, we examined the relationships between EPL in the preceding cycles and reproductive outcomes in the subsequent cycles, using logistic regression models. Because our analysis included multiple cycles of the same woman, the standard errors were estimated by using a generalized estimation equation to accommodate correlations in reproductive outcomes among cycles (11).

## RESULTS

This report includes 518 women who contributed a total of 1,561 menstrual cycles. This is a young, nulliparous cohort. All the women were newly married and intended to have a baby over the course of the study. These women began recording a diary and collecting daily urine immediately after stopping contraceptive use and had adequate diary and hCG data. These women did not smoke or drink alcohol, but 65% of them were exposed to passive smoke. Prior contraceptive methods used by the 518 women were condom, 30.3%; rhythm, 7.4%; withdrawal, 10.5%; and none, 51.8% (newly married couples began diary and urine collection immediately after cohabitation). As shown in Table 1, the women who were excluded from the analysis, and the women who served as controls were similar to those included in the analysis in terms of age, height, weight, body mass index, age of menarche, education, passive smoke exposure, and occupational exposures.

## Conception Rates

Table 2 summarizes the pregnancies and outcomes cycle by cycle. Among the 518 women attempting to conceive, the average probability of conceiving a clinical pregnancy within a given cycle over the first 12 months was 29.9%. However, the probability of conception declined in later

Pet. Ref. 63

**TABLE 1**

Characteristics of women textile workers at Anqing, China.

| Maternal characteristics | Women included in the analysis (n = 518) | Women excluded from the analysis (n = 443) | Women serving as controls (n = 37) |
|---|---|---|---|
| Age, y (mean ± SD) | 24.9 ± 1.7 | 24.8 ± 1.6 | 24.9 ± 2.3 |
| Height, m (mean ± SD) | 1.58 ± 0.05 | 1.58 ± 0.05 | 1.59 ± 0.05 |
| Weight, kg (mean ± SD) | 49.3 ± 5.6 | 49.4 ± 5.5 | 50.5 ± 6.5 |
| BMI, kg/m$^2$ (mean ± SD) | 19.8 ± 2.0 | 19.9 ± 2.0 | 20.1 ± 2.4 |
| Age of menarche, y (mean ± SD) | 14.7 ± 1.4 | 14.7 ± 1.6 | 14.7 ± 1.1 |
| Education (%) | | | |
|    Middle school | 64.5 | 65.0 | 67.6 |
|    High school | 34.7 | 33.6 | 32.4 |
|    College or above | 0.8 | 1.4 | 0 |
| Job-related stress (%) | | | |
|    Low or no | 64.8 | 65.8 | 73.0 |
|    Moderate | 29.4 | 29.2 | 24.3 |
|    High | 5.8 | 5.0 | 2.7 |
| Dust exposure (%) | | | |
|    Light or no | 33.7 | 37.4 | 21.6 |
|    Moderate | 37.3 | 42.9 | 56.8 |
|    High | 29.0 | 19.7 | 21.6 |
| Noise exposure (%) | | | |
|    Light or no | 25.6 | 28.8 | 8.1 |
|    Moderate level | 36.0 | 36.4 | 51.4 |
|    High level | 38.5 | 34.8 | 40.5 |
| Passive smoking at home (%) | 64.7 | 68.4 | 61.5 |
| Passive smoking at work (%) | 0.6 | 0.9 | 2.7 |

*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

**TABLE 2**

Pregnancies and outcomes according to menstrual cycle.

| | Menstrual cycle | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameter | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Total[b] |
| No. of women starting the cycle | 518 | 352 | 225 | 141 | 98 | 69 | 49 | 37 | 23 | 18 | 14 | 9 | 4 | 4 | 1,561 |
| Total conception | | | | | | | | | | | | | | | |
|   No. | 220 | 149 | 95 | 51 | 39 | 28 | 13 | 12 | 3 | 2 | 3 | 2 | 0 | 1 | 618 |
|   Conception rate (%) | 42.5 | 42.3 | 42.2 | 36.2 | 39.8 | 40.6 | 26.5 | 32.4 | | | | 15.3[c] | | | 39.6 |
| Early pregnancy loss (EPL) | | | | | | | | | | | | | | | |
|   No. | 64 | 29 | 17 | 11 | 10 | 10 | 4 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 152 |
|   EPL rate (%)[a] | 29.1 | 19.5 | 17.9 | 21.6 | 25.6 | 35.7 | 30.8 | 33.3 | | | | 27.3[c] | | | 24.6 |
| Clinical pregnancy | | | | | | | | | | | | | | | |
|   No. | 156 | 120 | 78 | 40 | 29 | 18 | 9 | 8 | 2 | 1 | 2 | 2 | 0 | 1 | 466 |
|   Clinical pregnancy rate (%) | 30.1 | 34.1 | 34.7 | 28.4 | 29.6 | 26.1 | 18.4 | 21.6 | | | | 11.1[c] | | | 29.9 |
| No. of women who dropped out after completing the cycle | 10 | 7 | 6 | 3 | 0 | 2 | 3 | 6 | 2 | 2 | 2 | 1 | 0 | 0 | 44 |
| No. of women who completed the study without a clinical pregnancy[d] | | | | | | | | | 1 | 1 | 1 | 2 | 0 | 3 | 8 |

[a] Number of EPL divided by total number of pregnancies.
[b] Sum of a given row. For example, in the first row, 1,561 represents total number of observed menstrual cycles.
[c] Percentage for cycles 9 through 14.
[d] The number of cycles during the 12-month study period varied from 9 to 14.

*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

Pet. Ref. 64

FIGURE 1

Per-cycle conception rate among women with different time to clinical pregnancy. ■, early pregnancy loss; □, clinical pregnancy.



*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

cycles as the proportion of subfertile women among those still not pregnant gradually increased: 32.2% for 1–3 cycles, 28.2% for 4–6 cycles, 17.4% for 7–9 cycles, and 12.2% for 10–14 cycles. In combining clinical pregnancy and EPL, the total conception rate was 39.6% per cycle.

## Pregnancy Loss Rates

There was a total of 618 conceptions (either noted as clinical pregnancies or EPL, detected by hCG assay). Of 618 total conceptions, 373 (60.4%) ended as live births, 49 (7.9%) as spontaneous abortions, 152 (24.6%) as EPL, 6 as

TABLE 3

Early pregnancy loss among nonclinical pregnancy cycles by women with different times to clinical pregnancy.

| Time to clinical pregnancy[a] | No. of women | Early pregnancy loss[b] among nonclinical pregnancy cycles, n (%) | | | | | Total,[c] n (%) |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 1 | 156 | CP | — | — | — | — | — |
| 2 | 120 | 22 (18.3) | CP | — | — | — | 22 (18.3) |
| 3 | 78 | 16 (20.5) | 11 (14.1) | CP | — | — | 27 (17.3) |
| 4 | 40 | 8 (20.0) | 6 (15.0) | 7 (17.5) | CP | — | 21 (17.5) |
| 5 | 29 | 8 (27.6) | 4 (13.8) | 3 (10.3) | 4 (13.8) | CP | 19 (16.4) |
| 6 | 18 | 3 (16.7) | 2 (11.1) | 1 (5.6) | 1 (5.6) | 3 (16.7) | 10 (11.1) |
| Total | 441 | 57 (20.0) | 23 (13.9) | 11 (12.6) | 5 (10.6) | 3 (16.7) | 99 (16.4) |

*Note*: CP, clinical pregnancy; any pregnancy that lasted 6 weeks (42 days) or more after the onset of last menstrual period. If a woman's time to clinical pregnancy is 2, then she has one nonclinical pregnancy cycle before CP; if a woman's time to clinical pregnancy is 3, then she has two nonclinical pregnancy cycles before CP; and so on. If we look at the table by row, the data in each row show the number and the percentage of early pregnancy loss in each of the nonclinical pregnancy cycles among women with a given time to pregnancy. Data in each column show the number and the percentage of early pregnancy loss in a given nonclinical pregnancy cycle by women with different times to clinical pregnancy.

[a] Time to clinical pregnancy is the number of menstrual cycles it takes for a woman from the time of stopping contraceptive methods and attempting to conceive until achieving a clinical pregnancy.

[b] Early pregnancy loss is clinically unrecognized early pregnancy detected only by the highly sensitive and specific urinary hCG assay.

[c] Trend test for the Total column: $P$=.205.

*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

Pet. Ref. 65

**FIGURE 2**

Kaplan-Meier curves of cumulative conception rates by the number of menstrual cycles, stratified by early pregnancy loss status.



*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

induced abortion, 2 as ectopic pregnancies or moles, 4 as still births, 31 as ongoing clinical pregnancies, and 1 is lost to follow-up. In combining clinical spontaneous abortion and EPL, the total rate of pregnancy loss was 32.5%.

## Conception, EPL, and Time to Clinical Pregnancy

In this cohort of women, approximately 50% became clinically pregnant during the first two cycles, and >90%, during the first six cycles. As shown in Figure 1, with increasing times to clinical pregnancy there was a sharp decline in conception rate per cycle; furthermore, on conception, the proportion of all the conceptions ending in EPL was higher among women with delayed times to clinical pregnancy. Furthermore, EPL was detected in 14.0% of all the cycles without clinical pregnancy over the first 12 months. Table 3 shows EPL among women subgroups defined by time to clinical pregnancy. Women with delayed time to clinical pregnancy tend to have lower frequency of EPL (*P* value for trend test, .205).

## Early Pregnancy Loss in Relation to Subsequent Reproductive Outcomes

Figure 2 shows the Kaplan-Meier curves of cumulative conception rates by the number of menstrual cycles, strati-fied by EPL status. Women with EPL (line 1) had a higher cumulative conception rate than did those women without EPL (line 2). The conditional risk ratio (line 2 as reference) estimated by Cox model is 1.6 (95% confidence interval [CI], 1.2–2.1; *P*=.0017). As shown in Table 4, EPL in the preceding cycle was associated with increased odds of conception (odds ratio [OR], 2.6; 95% CI, 1.8–3.9), clinical pregnancy (OR, 2.0; 95% CI, 1.3–3.0), and EPL (OR, 2.4; 95% CI, 1.4–4.2) but was not associated with increased odds of spontaneous abortion (OR, 1.1; 95% CI, 0.4–3.3), low birth weight (<2,500 g; OR, 1.7; 95% CI, 0.6–4.7), and preterm birth (at <37 weeks; OR, 1.4; 95% CI, 0.4–4.7) in the subsequent cycle.

## DISCUSSION

This study has several strengths. It is a large population-based prospective study using the highly sensitive and specific hCG assay to detect EPL. The study subjects consisted of a cohort of newly married women who planned to become pregnant over the course of the study. Therefore these pregnancies were not interrupted or confounded by unplanned pregnancies, induced abortions (except for medical reasons), or contraceptive use. These women began to record daily

Pet. Ref. 66

**TABLE 4**

Early pregnancy loss in previous cycles in relation to pregnancy outcomes in subsequent cycles.

| | Early pregnancy loss[a] in previous cycle | | | |
| Current cycle | No (Total cycles, 954) | Yes (Total cycles, 149) | OR[b] | 95% CI |
|---|---|---|---|---|
| **Conception status** | | | | |
| No conception (reference) | 589 | 56 | 1.0 | |
| Total conception[a] | 315 | 83 | 2.6 | 1.8–3.9* |
| Clinical pregnancy[a] | 259 | 51 | 2.0 | 1.3–3.0* |
| **Outcome of conception** | | | | |
| Live birth (reference) | 208 | 46 | 1.0 | |
| Early pregnancy loss | 56 | 32 | 2.4 | 1.4–4.2* |
| Clinical spontaneous abortion | 21 | 5 | 1.1 | 0.4–3.3 |
| **Outcome of clinical pregnancy** | | | | |
| Birth weight | | | | |
| ≥2,500 g (reference) | 184 | 39 | 1.0 | |
| <2,500 g | 17 | 6 | 1.7 | 0.6–4.7 |
| Gestational age | | | | |
| ≥37 weeks (reference) | 191 | 42 | 1.0 | |
| <37 weeks | 15 | 4 | 1.4 | 0.4–4.7 |

*Note:* Generalized Estimation Equation (GEE) was used to accommodate correlations among cycles from a given woman.
[a] Early pregnancy loss, clinically unrecognized early pregnancy detected only by the highly sensitive and specific urinary hCG assay; clinical pregnancy, any pregnancy that lasted 6 weeks (42 days) or more after the onset of last menstrual period; total conception, both early pregnancy loss and clinical pregnancy.
[b] Adjusted for age, body mass index, noise exposure (low/moderate/high), dust exposure (low/moderate/high), husband's cigarette smoking status (yes/no), and perceived stress during work (low/moderate or high).
* $P<.01$.

*Wang. Conception, early pregnancy loss, time to clinical pregnancy. Fertil Steril 2003.*

diaries and to collect urine samples immediately after they stopped contraception.

Missing data is a methodological challenge that has not been adequately addressed in previous studies. Detecting EPL requires measurements of daily urinary hCG over the entire menstrual cycle. In reality, even with the most well-executed study, a portion of observed menstrual cycles will have missing hCG values, primarily because of missing urine collection. Although these missing values will not affect the estimate for the rate of clinical pregnancy, they can affect the estimate for the rates of conception and EPL. We applied Bayesian methods (7, 8) for handling missing hCG data; otherwise, we would have thrown out 30% of the cycles with ≥3 consecutive days with missing hCG data in the critical window (−10 to +5 days). Detailed methods will be described in a subsequent statistical paper. Our approach is a clear improvement over the standard approach that ignores the missing data and thus likely underestimates the true probability of total conception and pregnancy loss.

We found that the overall per cycle conception rate was 40% over the first 12 months. The rate of clinical pregnancy was 30%. Approximately one third of all the conceptions detected by urinary hCG assay failed to survive to delivery. More than two thirds of these losses occurred before the pregnancy had been clinically recognized. Our findings are in general agreement with the observations made by Wilcox

et al. (4) and Zinaman et al. (5), the two prospective studies that used the highly sensitive and specific urinary hCG assay.

With its larger sample size, this study further extended the previous understanding of conception and EPL. As shown in Figure 1, delayed time to clinical pregnancy was, to a great extent, associated with decreased conception rate, and, to a much lesser extent, with increased frequencies of EPL. There are few data depicting how early EPL in previous cycles could affect subsequent reproductive outcomes (4). We found that on average, EPL was detected in 14% of all the cycles without clinical pregnancy. However, those women with delayed time to clinical pregnancy appeared to have lower frequencies of EPL. We also found that EPL in the preceding cycles was associated with a significant increase in the odds of total conception, clinical pregnancy, and EPL in the subsequent cycles. Our data lend support to a previous notion (4) that EPL is apparently a positive indicator that the stages of reproduction leading to implantation are intact. Furthermore, our data showed that EPL was not associated with increased odds of clinical spontaneous abortion, low birth weight, or preterm birth in the subsequent cycles.

Several limitations need to be taken into account when interpreting the results of this study. We were only able to detect EPL in which detectable levels of hCG were produced and excreted in the women's urine. The true rate of EPL may

Pet. Ref. 67

be higher. All the women subjects were shift workers in a textile industry; the other major occupational exposures in this cohort were dust, noise, heat, and high humidity. The healthy-worker effect often exists in occupation-based studies; that is, persons of good general health status are selected to be employed in industry (12). However, >90% of all reproductive-aged women in urban China work outside the home, and job placement is not dependent on reproductive status. Furthermore, these women were young and nulliparous. Therefore, caution is needed before generalizing our findings to other populations.

## References

1. Modvig J, Schmidt L, Damsgaard MT. Measurement of total risk of spontaneous abortion: the virtue of conditional risk estimation. Am J Epidemiol 1990;132:1021–38.
2. Wilcox AJ. Surveillance of pregnancy loss in human populations. Am J Ind Med 1983;4:285–91.
3. Wilcox AJ, Weinberg CR, Wehmann RE, Armstrong EG, Canfield RE, Nisula BC. Measuring early pregnancy loss: laboratory and field methods. Fertil Steril 1985;44:366–74.
4. Wilcox AJ, Weinberg CR, O'Connor JF, Baird DD, Schlatterer JP, Canfield RE, et al. Incidence of early loss of pregnancy. N Engl J Med 1988;319:189–94.
5. Zinaman MJ, O'Connor J, Clegg ED, Selevan SG, Brown CC. Estimates of human fertility and pregnancy loss. Fertil Steril 1996;65:503–9.
6. Baird DD, Wilcox AJ, Weinberg CR. Use of time to pregnancy to study environmental exposures. Am J Epidemiol 1986;124:470–80.
7. Gelman A, Carlin JB, Stern HS, Rubin DB. Bayesian data analysis. London: Chapman and Hall, 1997.
8. Dunson DB. A Bayesian model for fecundability and sterility. J Am Stat Assoc 2000;95:1054–62.
9. O'Connor JF, Schlatterer JP, Birken S, Krichevsky A, Armstrong EG, McMahon D, et al. Development of highly sensitive immunoassays to measure human chorionic gonadotropin, its beta subunit and beta core fragment in the urine: application to malignancies. Can Res 1988;48:1361–6.
10. Husdan H, Rapoport A. Estimation of creatinine by the Jaffe reaction. A comparison of three methods. Clin Chem 1968;14:222–38.
11. Liang K-Y, Zeger SL. Longitudinal data analysis using generalized linear models. Biometrica 1986;73:13–22.
12. Monson RR. Occupational epidemiology. Boca Raton, FL: CRC Press, 1990.

Pet. Ref. 68

SCIENCE ADVANCES | RESEARCH ARTICLE

### SCIENCE POLICY

# PM$_{2.5}$ polluters disproportionately and systemically affect people of color in the United States

Christopher W. Tessum[1]*, David A. Paolella[2†], Sarah E. Chambliss[3], Joshua S. Apte[4,5], Jason D. Hill[6], Julian D. Marshall[2]

Copyright © 2021
The Authors, some
rights reserved;
exclusive licensee
American Association
for the Advancement
of Science. No claim to
original U.S. Government
Works. Distributed
under a Creative
Commons Attribution
License 4.0 (CC BY).

Racial-ethnic minorities in the United States are exposed to disproportionately high levels of ambient fine particulate air pollution (PM$_{2.5}$), the largest environmental cause of human mortality. However, it is unknown which emission sources drive this disparity and whether differences exist by emission sector, geography, or demographics. Quantifying the PM$_{2.5}$ exposure caused by each emitter type, we show that nearly all major emission categories—consistently across states, urban and rural areas, income levels, and exposure levels—contribute to the systemic PM$_{2.5}$ exposure disparity experienced by people of color. We identify the most inequitable emission source types by state and city, thereby highlighting potential opportunities for addressing this persistent environmental inequity.

## INTRODUCTION

Ambient fine particulate matter air pollution (PM$_{2.5}$) is responsible for 85,000 to 200,000 excess deaths per year in the United States (1, 2), with health effects observed even at concentrations below the current national standard of 12 µg m$^{-3}$ (3–5). Racial-ethnic and socioeconomic disparities in air pollution exposure in the United States are well documented (6–10) and have persisted despite overall decreases in PM$_{2.5}$ pollution (11–13).

Most evidence of exposure disparity relies on measured or empirically modeled ambient concentrations or on assessment of proximity to industrial or roadway emission sources (6, 10, 12–20). From the existing evidence, however, it is not possible to determine the relative contributions of different source types to racial-ethnic disparity in exposure to PM$_{2.5}$. Here, we model anthropogenic sources of PM$_{2.5}$ exposure resolved by race and ethnicity and show that nearly all major emission sectors disproportionately affect people of color (POC).

We estimate exposure impacts for each emission source type on five racial-ethnic groups based on the U.S. Census: White (62% of the population), Black (12%), Hispanic (17%), Asian (5%), and POC (38%; see Materials and Methods for details). As a proxy for exposure to PM$_{2.5}$, we calculate population-weighted average ambient PM$_{2.5}$ concentrations for each race-ethnicity based on census-designated residential location.

We examine exposure disparity—the population-weighted concentration difference between each racial-ethnic group and the population average—in relative (percent) and absolute (µg m$^{-3}$) terms. Sources with the highest relative disparity may yield the largest disparity mitigation per unit mass of emission reduction, whereas sources with the highest absolute disparity may have the greatest potential for overall disparity reduction.

## RESULTS

Results indicate that emission sources that disproportionately expose POC are pervasive throughout society. Estimated year 2014 total population average PM$_{2.5}$ exposure from all domestic anthropogenic sources is 6.5 µg m$^{-3}$ in the contiguous United States; exposures are higher than average for POC, Blacks, Hispanics, and Asians (7.4, 7.9, 7.2, and 7.7 µg m$^{-3}$, respectively; Fig. 1, B to E) and lower than average for Whites (5.9 µg m$^{-3}$; Fig. 1A). Whites are exposed to lower-than-average concentrations from emission source types causing 60% of overall exposure (Fig. 1A), with an overall relative exposure disparity of −8% (−0.55 µg m$^{-3}$ absolute disparity) compared with the population average. Conversely, POC experience greater-than-average exposures from source types, causing 75% of overall exposure (Fig. 1B); their overall relative exposure disparity is 14% (0.90 µg m$^{-3}$). Blacks are exposed to greater-than-average concentrations from source types contributing 78% of exposure (Fig. 1C), with an overall exposure disparity of 21% (1.36 µg m$^{-3}$). Hispanics and Asians are disparately exposed to PM$_{2.5}$ from 87 and 73% of sources, respectively, and experience 11% (0.72 µg m$^{-3}$) and 18% (1.20 µg m$^{-3}$) overall exposure disparities, respectively (Fig. 1, D and E).

Grouping the source types (Fig. 1, A to E) into 14 source sectors (Fig. 1, F to J) reveals that source types that disproportionately expose POC, Blacks, Hispanics, and Asians to higher-than-average concentrations are dominant in most sectors. Whites are exposed to lower-than-average concentrations from most emission sectors (Fig. 1F). Blacks are exposed to higher-than-average concentrations from all sectors (Fig. 1H).

Of the emission source sectors that cause the largest absolute disparities, four out of the top six source sectors are the same for POC, Blacks, Hispanics, and Asians: industry, light-duty gasoline vehicles, construction, and heavy-duty diesel vehicles (Fig. 1, G to J). Residential gas combustion and commercial cooking are among the largest sources of relative disparities for all four groups (e.g., 41 and 35%, respectively for POC; Fig. 1, G to J). The only sectors that affect Whites substantially more than average are coal electric generation and agriculture (8 and 4% relative disparity, respectively; Fig. 1F). Consistent with previous findings (11, 21), we find that POC, Hispanics, and Asians are exposed to less PM$_{2.5}$ from coal electric generators than average (−13%, −38%, and −18%, respectively), and Blacks are exposed to 18% more than average (Fig. 1H).

[1]Department of Civil and Environmental Engineering, University of Illinois at Urbana-Champaign, Urbana, IL 61801, USA. [2]Department of Civil and Environmental Engineering, University of Washington, Seattle, WA 98195, USA. [3]Department of Civil, Architectural and Environmental Engineering, University of Texas at Austin, Austin, TX 78712, USA. [4]Department of Civil and Environmental Engineering, University of California, Berkeley, Berkeley, CA 94720, USA. [5]School of Public Health, University of California, Berkeley, Berkeley, CA 94720, USA. [6]Department of Bioproducts and Biosystems Engineering, University of Minnesota, St. Paul, MN 55108, USA.
*Corresponding author. Email: ctessum@illinois.edu
†Present address: Clean Energy Transition Institute, Seattle, WA 98105, USA.

Downloaded from https://www.science.org on November 28, 2023

SCIENCE ADVANCES | RESEARCH ARTICLE



**Fig. 1. Source contributions to racial-ethnic disparity in PM$_{2.5}$ exposure. (A to E)** Individual source type (*n* = 5434 source types) contributions to exposure (*y* axis) and % exposure disparity (*x* axis, truncated at 200%, positive values are shaded red, negative values are shaded blue), with dashed lines denoting percent exposure caused by sources with positive exposure disparity. **(F to J)** Sources in (A) to (E) grouped into source sectors (*n* = 14 groups) and ranked vertically according to absolute exposure disparity, proportional to the area of each rectangle. As shown in (B), POC experience greater-than-average exposures from source types causing 75% of overall exposure. Source: data file S1, which also includes results for individual states and urban areas.

Nationally, racial-ethnic disparities are not caused by a small number of emission sources; instead, most source types and sectors result in higher-than-average exposures for POC and lower-than-average exposures for Whites (Fig. 1). By examining the percent of exposures caused by these disproportionately exposing emission source types for each group [for example, 40% for Whites (Fig. 1A) and 75% for POC (Fig. 1B) nationally], we find that this is also largely true within individual U.S. states, within individual urban and rural areas, across incomes, and across exposure levels (Figs. 2 and 3).

In 45 of the 48 states studied, disproportionately exposing sources cause the majority of POC exposure (Fig. 2A). In the (population-weighted) average state, 78% of exposure is caused by sources that disproportionately expose POC (White: 29%; Black: 77%; Hispanic: 73%; and Asian: 75%; Figs. 2A and 3, C to E; these average-state disparities differ from the national average disparities above because national averages include disparities occurring among states in addition to within states).

We observe the same effect within urban areas (Fig. 2B), with 73% of exposure in the (population-weighted) average urban area

caused by sources that disproportionately expose POC (White: 31%; Black: 71%; Hispanic: 71%; and Asian: 56%; Figs. 2B and 3, H to J). There is a notable exception: Asians are less exposed than average in many urban areas in California with large Asian populations (data file S1; for example, Los Angeles, San Francisco, and San Jose). In the (population-weighted) average urban area outside California, 67% of Asian exposure is caused by source types that disproportionately expose Asians, compared with 56% when including California. Disparities also consistently occur in rural areas (defined here as the complement of urban areas), where a large proportion of exposure is caused by sources that disproportionately expose POC (White: 39%; POC: 62%; Black: 63%; Hispanic: 57%; and Asian: 74%; Figs. 2C and 3, M to O). However, disparities in rural areas are not as pronounced as in urban areas (Fig. 2, B and C).

Last, systemic disparity exists at all income levels. Consistent with a large body of evidence (*12*, *22*), we find that racial disparities are not simply a proxy for economic-based disparities. POC at every income level are disproportionately exposed by the majority of sources, with a population-weighted average across income bins of 76% of exposure caused by source types that disproportionately

Downloaded from https://www.science.org on November 28, 2023

Pet. Ref. 70   **2 of 6**

SCIENCE ADVANCES | RESEARCH ARTICLE



Downloaded from https://www.science.org on November 28, 2023

**Fig. 2. Percent of PM$_{2.5}$ exposure caused by emission source types that disproportionately expose people of color (POC) and Whites.** Data shown for (**A**) U.S. states ($n = 48$ states), (**B**) urbanized areas ($n = 481$ areas), (**C**) rural areas in each state ($n = 48$ states), and (**D**) income bins ($n = 16$ bins; last bin is >$200,000). Icon area is proportional to population; shaded areas are kernel density estimates. A y axis value of 50% would represent equity for that group (i.e., for the population-average exposure), meaning that half of their exposure comes from source types that disproportionately expose them and the other half is from source types that expose them less than average. Across geographies and levels of exposure (A to C), as well as incomes (D), most emission sources consistently result in higher exposures for POC and lower exposures for Whites. Source: data file S2.

expose POC (Fig. 2D and fig. S1). Exposures vary more by race-ethnicity than by income: The difference in average exposure between POC and Whites is 2.4 times larger than the range in average POC exposure among income levels (data files S1 and S2).

## DISCUSSION

Our results come with caveats. First, we use emission amounts and locations, reduced complexity air quality modeling, and population counts that all contain previously quantified uncertainty (*11, 23*; Supplementary Text). However, our core findings are consistent across states, urban and rural areas, and concentration levels, rendering it improbable that they are attributable to model or measurement bias. Second, because aggregate results are more robust than results for any single location, we recommend additional analysis incorporating local data and expertise before local actions are taken. Third, our results for states and for urban and rural areas reflect exposure to ambient PM$_{2.5}$, including contributions from emission sources located outside the state, urban area, or rural area. This has implications for local authorities, who may not have jurisdiction over all

sources of their exposure. Last, this analysis focuses on outdoor concentrations at locations of residence. Disparities in associated health impacts would also reflect racial-ethnic variability in mobility, micro-environment, outdoor-to-indoor concentration relationships, dose-response, access to health care, and baseline mortality and morbidity rates.

We have shown here that most emission source types—representing ~75% of exposure to PM$_{2.5}$ in the United States—disproportionately affect racial-ethnic minorities. This phenomenon is systemic, holding for nearly all major sectors, as well as across states and urban and rural areas, income levels, and exposure levels. Industry, light-duty gasoline vehicles, construction, and heavy-duty diesel vehicles are often among the largest sources of disparity, but this can vary widely by source type and location. Because of a legacy of racist housing policy (fig. S2; supporting results) and other factors, racial-ethnic exposure disparities have persisted even as overall exposure has decreased (*11–13*). Targeting locally important sources for mitigation could be one way to counter this persistence. We hope the information provided here can help guide national, state, and local stakeholders to design policies to efficiently reduce environmental inequity.

SCIENCE ADVANCES | RESEARCH ARTICLE



**Fig. 3. Percent of PM₂.₅ exposure caused by emission source types that disproportionately expose each racial-ethnic group by location and race-ethnicity.** Icon area is proportional to population; shaded areas are kernel density estimates. This figure is analogous to Fig. 2 but with results for all five racial-ethnic groups. Source: data file S2.

## MATERIALS AND METHODS

We use a source-receptor matrix (24) created using the InMAP (25) air quality model to independently estimate concentrations in the contiguous United States resulting from anthropogenic emissions. We consider all 5434 source types [i.e., all U.S. Environmental Protection Agency (EPA) Source Classification Codes (SCCs) with non-zero emissions; we exclude the 8378 SCCs without emissions associated with them] in the 2014 EPA National Emissions Inventory (NEI) v1. County-level emissions are allocated to individual grid cells within the county using spatial surrogates. Emissions processing is described in further detail by Tessum *et al.* (11). To focus on impacts from modifiable factors, we do not investigate here emissions from biogenic, wildfire, or international sources. Exposure and health impacts resulting from these additional sources are quantified by Tessum *et al.* (11).

We investigate both primary (i.e., directly emitted) and secondary (i.e., formed in the atmosphere from other emissions) PM₂.₅. We model secondary PM₂.₅ formed from volatile organic compounds, oxides of nitrogen and sulfur (NO$_x$ and SO$_x$), and ammonia (NH₃). We aggregate the 5434 SCCs (source "types") into 14 source sectors (table S1), each accounting for >1% of total PM₂.₅ exposure. InMAP predicts concentrations at a spatial scale ranging from 48 km in areas with low population density to as fine as 1 km in urban centers; this intraurban spatial scale is necessary to resolve differences in exposure among demographic groups (26). The population-weighted average horizontal grid cell edge length is 10.8 km nationwide and

3.4 km in urban areas. Additional grid statistics can be found in table S2.

The source-receptor matrix relates emissions in any one location in a gridded spatial domain to InMAP-computed concentrations in all other locations. These relationships are generated with independent simulations of the air quality model for each of over 50,000 grid cells covering the contiguous United States for both ground-level and elevated sources.

Population-weighted average ambient concentrations, our measure of exposure, are calculated using a conventional approach to weighted averages. Specifically, we first multiply, for each grid cell, the population and the concentration. The sum of those values across all cells in the given spatial domain is then divided by the corresponding population to yield the population-weighted average concentration: PWA = Σ(PC)/Σ(P). Here, PWA is the population-weighted average, P is the population in a grid cell, C is the concentration in a grid cell, and the summations in the numerator and denominator are across all grid cells in the geography being studied (e.g., in a state, in the contiguous United States).

Population data by race-ethnicity are from the U.S. Census 2012–2016 American Community Survey (ACS) at Census Block Group level of spatial aggregation. We focus on the four largest race-ethnicity groups as determined by self-identification in the Census: Asian, Black or African American, Latino or Hispanic, and White. We aggregate these four population subgroups such that they are mutually exclusive: "Hispanic" including people of all races who

Downloaded from https://www.science.org on November 28, 2023

Pet. Ref. 72          4 of 6

SCIENCE ADVANCES | RESEARCH ARTICLE

identify as having Hispanic or Latino origin, and the other three groups (Asian, Black, and White) referring only to non-Latino/non-Hispanic persons. POC are defined herein as everyone except non-Latino/non-Hispanic Whites (i.e., individuals identifying as Hispanic plus non-Hispanic individuals identifying as Black or African American, American Indian or Alaska Native, Asian, Native Hawaiian and other pacific islander, some other race, or two or more races).

The 2012–2016 ACS provides income statistics by Census Tract, with 16 household income categories (lowest: "less than $10,000"; highest: "$200,000 or more"). We use the proportion of households in each income category to estimate population counts at the finest available level of race-ethnicity information: White and POC. Table S3 details the population distribution by income category.

To calculate exposure in individual urban areas, we use year 2018 urbanized area extents as defined by the U.S. Census (www.census.gov/geographies/mapping-files/time-series/geo/carto-boundary-file.html). We define "rural" as everywhere that is not within an urbanized area extent.

To calculate exposure by 1930s-era Home Owners' Loan Corporation (HOLC) grades, we use historical maps digitized by the Mapping Inequality project (27). HOLC maps classify urban neighborhoods into four grades: A (green; "best"), B (blue; "still desirable"), C (yellow; "definitely declining"), and D (red; "hazardous"). For results shown in fig. S2, we define "% exposure from disproportionately exposing source types" as the percent of exposure that is caused by source types that expose residents of a given race-ethnicity currently living in an area with the given historical HOLC grade in a given city more than the overall average exposure of all residents of HOLC-graded areas in that city.

## SUPPLEMENTARY MATERIALS

Supplementary material for this article is available at http://advances.sciencemag.org/cgi/content/full/7/18/eabf4491/DC1

## REFERENCES AND NOTES

1. Institute for Health Metrics and Evaluation (IHME), GBD Compare Data Visualization, accessed December 10, 2018; http://ghdx.healthdata.org/gbd-results-tool.
2. R. Burnett, H. Chen, M. Szyszkowicz, N. Fann, B. Hubbell, C. A. Pope III, J. S. Apte, M. Brauer, A. Cohen, S. Weichenthal, J. Coggins, Q. di, B. Brunekreef, J. Frostad, S. S. Lim, H. Kan, K. D. Walker, G. D. Thurston, R. B. Hayes, C. C. Lim, M. C. Turner, M. Jerrett, D. Krewski, S. M. Gapstur, W. R. Diver, B. Ostro, D. Goldberg, D. L. Crouse, R. V. Martin, P. Peters, L. Pinault, M. Tjepkema, A. van Donkelaar, P. J. Villeneuve, A. B. Miller, P. Yin, M. Zhou, L. Wang, N. A. H. Janssen, M. Marra, R. W. Atkinson, H. Tsang, T. Quoc Thach, J. B. Cannon, R. T. Allen, J. E. Hart, F. Laden, G. Cesaroni, F. Forastiere, G. Weinmayr, A. Jaensch, G. Nagel, H. Concin, J. V. Spadaro, Global estimates of mortality associated with long-term exposure to outdoor fine particulate matter. Proc. Natl. Acad. Sci. 115, 9592–9597 (2018).
3. C. A. Pope III, D. W. Dockery, Health effects of fine particulate air pollution: Lines that connect. J. Air Waste Manage. Assoc. 56, 709–742 (2006).
4. D. L. Crouse, P. A. Peters, A. van Donkelaar, M. S. Goldberg, P. J. Villeneuve, O. Brion, S. Khan, D. O. Atari, M. Jerrett, C. A. Pope, M. Brauer, J. R. Brook, R. V. Martin, D. Stieb, R. T. Burnett, Risk of nonaccidental and cardiovascular mortality in relation to long-term exposure to low concentrations of fine particulate matter: A Canadian national-level cohort study. Environ. Health Perspect. 120, 708–714 (2012).
5. R. D. Brook, S. Rajagopalan, C. A. Pope III, J. R. Brook, A. Bhatnagar, A. V. Diez-Roux, F. Holguin, Y. Hong, R. V. Luepker, M. A. Mittleman, A. Peters, D. Siscovick, S. C. Smith Jr., L. Whitsel, J. D. Kaufman; American Heart Association Council on Epidemiology and Prevention, Council on the Kidney in Cardiovascular Disease, and Council on Nutrition, Physical Activity and Metabolism, Particulate matter air pollution and cardiovascular disease: An update to the scientific statement from the American Heart Association. Circulation 121, 2331–2378 (2010).
6. R. D. Bullard, Solid waste sites and the Black Houston community. Soc. Inquiry. 53, 273–288 (1983).
7. A. Hajat, C. Hsia, M. S. O'Neill, Socioeconomic disparities and air pollution exposure: A Global Review. Curr. Environ. Heal. Rep. 2, 440–450 (2015).
8. P. Mohai, D. Pellow, J. T. Roberts, Environmental justice. Annu. Rev. Env. Resour. 34, 405–430 (2009).
9. P. Mohai, R. Saha, Which came first, people or pollution? A review of theory and evidence from longitudinal environmental justice studies. Environ. Res. Lett. 10, 125011 (2015).
10. J. D. Brender, J. A. Maantay, J. Chakraborty, Residential proximity to environmental hazards and adverse health outcomes. Am. J. Public Health 101, S37–S52 (2011).
11. C. W. Tessum, J. S. Apte, A. L. Goodkind, N. Z. Muller, K. A. Mullins, D. A. Paolella, S. Polasky, N. P. Springer, S. K. Thakrar, J. D. Marshall, J. D. Hill, Inequity in consumption of goods and services adds to racial–ethnic disparities in air pollution exposure. Proc. Natl. Acad. Sci. 116, 6001–6006 (2019).
12. J. Liu, L. P. Clark, M. Bechle, A. Hajat, S.-Y. Kim, A. Robinson, L. Sheppard, A. A. Szpiro, J. D. Marshall, Disparities in Air Pollution Exposure in the United States by Race-Ethnicity and Income, 1990–2010. ChemRxiv. Preprint. 10.26434/chemrxiv.13814711.v1 (2021).
13. J. Colmer, I. Hardman, J. Shimshack, J. Voorheis, Disparities in PM$_{2.5}$ air pollution in the United States. Science 369, 575–578 (2020).
14. I. Mikati, A. F. Benson, T. J. Luben, J. D. Sacks, J. Richmond-Bryant, Disparities in distribution of particulate matter emission sources by race and poverty status. Am. J. Public Health, 480–485 (2018).
15. L. P. Clark, D. B. Millet, J. D. Marshall, Changes in transportation-related air pollution exposures by race-ethnicity and socioeconomic status: Outdoor nitrogen dioxide in the United States in 2000 and 2010. Environ. Health Perspect. 125, 097012 (2017).
16. P. Mohai, P. M. Lantz, J. Morenoff, J. S. House, R. P. Mero, Racial and socioeconomic disparities in residential proximity to polluting industrial facilities: Evidence from the Americans' Changing Lives Study. Am. J. Public Health 99 (Suppl. 3), S649–S656 (2009).
17. M. L. Bell, K. Ebisu, Environmental inequality in exposures to airborne particulate matter components in the United States. Environ. Health Perspect. 120, 1699–1704 (2012).
18. R. Morello-Frosch, R. Lopez, The riskscape and the color line: Examining the role of segregation in environmental health disparities. Environ. Res. 102, 181–196 (2006).
19. M. R. Jones, A. V. Diez-Roux, A. Hajat, K. N. Kershaw, M. S. O'Neill, E. Guallar, W. S. Post, J. D. Kaufman, A. Navas-Acien, Race/ethnicity, residential segregation, and exposure to ambient air pollution: The multi-ethnic study of atherosclerosis (MESA). Am. J. Public Health 104, 2130–2137 (2014).
20. A. Rosofsky, J. I. Levy, A. Zanobetti, P. Janulewicz, M. P. Fabian, Temporal trends in air pollution exposure inequality in Massachusetts. Environ. Res. 161, 76–86 (2018).
21. M. P. S. Thind, C. W. Tessum, I. L. Azevedo, J. D. Marshall, Fine particulate air pollution from electricity generation in the US: Health impacts by race, income, and geography. Environ. Sci. Technol. 53, 14010–14019 (2019).
22. P. Brown, Race, class, and environmental health: A review and systematization of the literature. Environ. Res. 69, 15–30 (1995).
23. E. A. Gilmore, J. Heo, N. Z. Muller, C. W. Tessum, J. D. Hill, J. D. Marshall, P. J. Adams, An inter-comparison of the social costs of air quality from reduced-complexity models. Environ. Res. Lett. 14, 074016 (2019).
24. A. L. Goodkind, C. W. Tessum, J. S. Coggins, J. D. Hill, J. D. Marshall, Fine-scale damage estimates of particulate matter air pollution reveal opportunities for location-specific mitigation of emissions. Proc. Natl. Acad. Sci. 116, 8775–8780 (2019).
25. C. W. Tessum, J. D. Hill, J. D. Marshall, InMAP: A model for air pollution interventions. PLOS ONE 12, e0176131 (2017).
26. D. A. Paolella, C. W. Tessum, P. J. Adams, J. S. Apte, S. Chambliss, J. Hill, N. Z. Muller, J. D. Marshall, Effect of model spatial resolution on estimates of fine particulate matter exposure and exposure disparities in the United States. Environ. Sci. Technol. 5, 436–441 (2018).
27. R. K. Nelson, L. Winling, R. Marciano, N. Connolly, et al., "Mapping Inequality," American Panorama; R. K. Nelson, E. L. Ayers, Eds., accessed February 3, 2021; https://dsl.richmond.edu/panorama/redlining/.
28. Federal Housing Administration (FHA), Underwriting Manual: Underwriting and Valuation Procedure Under Title II of the National Housing Act With Revisions to April 1, 1936 (Washington, D.C.), Part II, Section 2, Rating of Location.
29. An Act to amend certain Federal laws pertaining to community development, housing, and related programs, Enacted by the 95th United States Congress, October 12, 1977.
30. H. Simon, K. R. Baker, S. Phillips, Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012. Atmos. Environ. 61, 124–139 (2012).

**Acknowledgments:** We thank K. Harper for editorial support and N. Z. Muller for comments on a previous version of the manuscript. **Funding:** This publication was developed as part of the Center for Air, Climate and Energy Solutions (CACES), which was supported under Assistance Agreement No. R835873 awarded by the U.S. Environmental Protection Agency. It has not been formally reviewed by EPA. The views expressed in this document are solely those

Downloaded from https://www.science.org on November 28, 2023

SCIENCE ADVANCES | RESEARCH ARTICLE

of the authors and do not necessarily reflect those of the Agency. EPA does not endorse any products or commercial services mentioned in this publication. **Author contributions:** Conceived and designed the experiments: C.W.T., D.A.P., J.D.H., and J.D.M. Analyzed the data: C.W.T., D.A.P., and J.D.M. Wrote the paper: C.W.T., D.A.P., S.E.C., J.S.A., J.D.H., and J.D.M. **Competing interests:** The authors declare that they have no competing interests. **Data and materials availability:** All data needed to evaluate the conclusions in the paper are present in the paper and/or the Supplementary Materials. Additional data related to this paper may be requested from the authors.

Submitted 27 October 2020
Accepted 10 March 2021
Published 28 April 2021
10.1126/sciadv.abf4491

**Citation:** C. W. Tessum, D. A. Paolella, S. E. Chambliss, J. S. Apte, J. D. Hill, J. D. Marshall, PM$_{2.5}$ polluters disproportionately and systemically affect people of color in the United States. *Sci. Adv.* **7**, eabf4491 (2021).

Downloaded from https://www.science.org on November 28, 2023

Pet. Ref. 74   **6 of 6**

# ScienceAdvances

**PM$_{2.5}$ polluters disproportionately and systemically affect people of color in the United States**

Christopher W. Tessum, David A. Paolella, Sarah E. Chambliss, Joshua S. Apte, Jason D. Hill, and Julian D. Marshall

*Sci. Adv.* **7** (18), eabf4491.  DOI: 10.1126/sciadv.abf4491

**View the article online**
https://www.science.org/doi/10.1126/sciadv.abf4491
**Permissions**
https://www.science.org/help/reprints-and-permissions

Downloaded from https://www.science.org on November 28, 2023

Use of this article is subject to the Terms of service

*Science Advances* (ISSN 2375-2548) is published by the American Association for the Advancement of Science. 1200 New York Avenue NW, Washington, DC 20005. The title *Science Advances* is a registered trademark of AAAS.

Copyright © 2021 The Authors, some rights reserved; exclusive licensee American Association for the Advancement of Science. No claim to original U.S. Government Works. Distributed under a Creative Commons Attribution License 4.0 (CC BY).

Pet. Ref. 75



# Poverty Rate by Race/Ethnicity



| Search State Health Facts Data | 🔍 |
|---|---|

**This indicator is part of the collections**   COVID-19 Disparities (https://www.kff.org/statedata/collection/covid-19-disparities/)

**Timeframe: 2022**

### ⊞ TABLE

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Race |
|---|---|---|---|---|---|---|
| **United States**[1] | **9.5%** | **21.4%** | **16.7%** | **10.0%** | **24.5%** | |
| Alabama | 11.6% | 26.8% | 28.8% | 10.0% | 11.1% | |
| Alaska | 7.9% | N/A | 12.3% | 14.1% | 23.8% | |
| Arizona | 9.1% | 14.5% | 16.3% | 11.2% | 31.1% | |
| Arkansas | 13.8% | 29.5% | 20.3% | 21.1% | 10.9% | |
| California | 9.1% | 18.7% | 14.8% | 9.5% | 17.1% | |
| Colorado | 7.7% | 19.0% | 12.3% | 8.7% | 22.7% | |
| Connecticut | 6.6% | 14.3% | 18.7% | 9.6% | N/A | |
| Delaware | 5.9% | 12.5% | 17.4% | N/A | N/A | |
| District of Columbia | 6.3% | 20.7% | N/A | 12.3% | N/A | |
| Florida | | | | | | |

**NOTES**        ▬
()

**Notes**
The American Community Survey did not release the 1-year estimates for 2020 due to significant disruptions to data collection brought on by the coronavirus pandemic.

Data are for the total population. Data may not sum to totals due to rounding.

Data include the civilian noninstitutionalized population in the United States.

Pet. Ref. 76

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 85 of 754    PageID.4472

The U.S. Census Bureau's poverty threshold for a family with two adults and one child was $23,556 in 2022. This is the official measurement of poverty used by the Federal Government, and the measure used for most poverty-based data presented on State Health Facts. The Department of Health and Human Services (HHS) produces simplified - but very similar - versions of these poverty thresholds called "poverty guidelines" that are used to assess eligibility for income-based programs such as Medicaid. For more information on measures of poverty, please see the detailed description provided by HHS: http://aspe.hhs.gov/poverty/faq.cfm (http://aspe.hhs.gov/poverty/faq.cfm). For 2022 and historical thresholds, use https://www.census.gov/data/tables/time-series/demo/income-poverty/historical-poverty-thresholds.html (https://www.census.gov/data/tables/time-series/demo/income-poverty/historical-poverty-thresholds.html).

### Sources
KFF estimates based on the 2008-2022 American Community Survey, 1-Year Estimates.

### Definitions
Persons of Hispanic origin may be of any race; all other racial/ethnic groups are non-Hispanic.

**N/A**: Estimates with relative standard errors greater than 30% are not provided.

**FOOTNOTES**

1. US total excludes Puerto Rico.



**GET THE LATEST ON HEALTH POLICY**

Sign Up For Email Alerts

Enter email address...

SIGN UP ›

**FOLLOW KFF**

Pet. Ref. 77

# Poverty Rate by Race/Ethnicity

This indicator is part of the collections   COVID-19 Disparities

Timeframe: 2022

**REFINE RESULTS**

🔲 TABLE   |   🗺 MAP   |   📈 TREND GRAPH

Tools:  ℹ ⬇ ⤢



**TIMEFRAME**   ℹ

2022 ⌄

**DATA VIEW**   ℹ

● Percent
○ Number

**DISTRIBUTIONS**   ℹ

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native
☐ Multiple Races

| Location | | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Races | Total |
|---|---|---|---|---|---|---|
| United States [1] | .4% | 16.7% | 10.0% | 24.5% | 13.8% | 12.6% |
| Alabama | 5.8% | 28.8% | 10.0% | 11.1% | 19.0% | 16.5% |
| Alaska | N/A | 12.3% | 14.1% | 23.8% | 11.8% | 11.4% |
| Arizona | 4.5% | 16.3% | 11.2% | 31.1% | 10.5% | 12.6% |
| Arkansas | 9.5% | 20.3% | 21.1% | 10.9% | 14.8% | 16.8% |
| California | 8.7% | 14.8% | 9.5% | 17.1% | 11.1% | 12.1% |
| Colorado | 0.0% | 12.3% | 8.7% | 22.7% | 8.3% | 9.2% |
| Connecticut | 4.3% | 18.7% | 9.6% | N/A | 10.6% | 9.9% |
| Delaware | 2.5% | 17.4% | N/A | N/A | 10.1% | 8.7% |
| District of Columbia | 0.7% | N/A | 12.3% | N/A | 9.5% | 13.3% |
| Florida | | | | | | |

**NOTES**   ➖

Notes

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections**  COVID-19 Disparities

Timeframe: 2022

**TABLE**  |  **MAP**  |  **TREND GRAPH**

Tools: i  ⤓  ⤢

## REFINE RESULTS

### TIMEFRAME

2022

### DATA VIEW

- ● Percent
- ○ Number

### DISTRIBUTIONS

Clear All Selections

- ☐ White
- ☐ Black
- ☐ Hispanic
- ☐ Asian/Native Hawaiian and Pacific Islander
- ☐ American Indian/Alaska Native

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Races |
|----------|-------|-------|----------|--------------------------------------------|-------------------------------|----------------|
| Florida | 9.7% | 19.4% | 15.0% | 9.4% | 18.9% | |
| Georgia | 9.0% | 17.8% | 16.1% | 9.3% | N/A | |
| Hawaii | 10.7% | N/A | 12.5% | 10.2% | N/A | |
| Idaho | 9.0% | 28.2% | 13.7% | N/A | 23.1% | |
| Illinois | 8.4% | 25.6% | 13.6% | 9.6% | 20.9% | |
| Indiana | 10.3% | 25.0% | 15.9% | 13.8% | 24.5% | |
| Iowa | 9.3% | 37.5% | 12.2% | 17.6% | 40.9% | |
| Kansas | 10.0% | 20.7% | 20.6% | 9.8% | 17.6% | |
| Kentucky | 15.3% | 27.0% | 24.0% | 10.3% | N/A | |
| Louisiana | 12.9% | 29.1% | 19.6% | 13.8% | 18.4% | |
| Maine | | | | | | |

## NOTES ▬

Pet. Ref. 79

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections**  COVID-19 Disparities

**Timeframe:** 2022

⊞ TABLE | 🗺 MAP | 📈 TREND GRAPH    Tools: ℹ ⬇ ⛶

## REFINE RESULTS

### TIMEFRAME ℹ

2022 ⌄

### DATA VIEW ℹ

◉ Percent
◯ Number

### DISTRIBUTIONS ℹ

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location | | Hispanic ⬍ | Asian/Native Hawaiian and Pacific Islander ⬍ | American Indian/Alaska Native ⬍ | Multiple Races ⬍ | Total ⬍ |
|---|---|---|---|---|---|---|
| Florida | ).4% | 15.0% | 9.4% | 18.9% | 14.6% | 12.7% |
| Georgia | 7.8% | 16.1% | 9.3% | N/A | 13.0% | 12.6% |
| Hawaii | N/A | 12.5% | 10.2% | N/A | 10.1% | 10.6% |
| Idaho | 3.2% | 13.7% | N/A | 23.1% | 17.7% | 10.2% |
| Illinois | 5.6% | 13.6% | 9.6% | 20.9% | 16.1% | 12.0% |
| Indiana | 5.0% | 15.9% | 13.8% | 24.5% | 15.9% | 12.4% |
| Iowa | 7.5% | 12.2% | 17.6% | 40.9% | 15.6% | 11.0% |
| Kansas | ).7% | 20.6% | 9.8% | 17.6% | 16.4% | 12.3% |
| Kentucky | 7.0% | 24.0% | 10.3% | N/A | 24.3% | 16.9% |
| Louisiana | ).1% | 19.6% | 13.8% | 18.4% | 18.7% | 18.5% |
| Maine | | | | | | |

## NOTES

# Poverty Rate by Race/Ethnicity

This indicator is part of the collections | COVID-19 Disparities

Timeframe: 2022

**REFINE RESULTS**

⊞ TABLE | 🗺 MAP | 📈 TREND GRAPH

Tools: ℹ 📥 ⛶



| TIMEFRAME | ℹ |
| 2022 | ⌄ |

| DATA VIEW | ℹ |
| ⦿ Percent | |
| ○ Number | |

| DISTRIBUTIONS | ℹ |

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Race |
|---|---|---|---|---|---|---|
| Maine | 9.5% | 31.6% | 13.4% | N/A | N/A | |
| Maryland | 6.7% | 13.0% | 12.5% | 8.5% | N/A | |
| Massachusetts | 7.6% | 16.5% | 19.9% | 11.5% | N/A | |
| Michigan | 10.6% | 26.8% | 18.9% | 9.3% | 21.1% | |
| Minnesota | 7.0% | 26.8% | 17.8% | 10.4% | 31.3% | |
| Mississippi | 11.8% | 29.4% | 19.9% | 16.0% | N/A | |
| Missouri | 10.8% | 25.4% | 18.3% | 11.3% | 13.7% | |
| Montana | 10.6% | N/A | 26.9% | N/A | 33.7% | |
| Nebraska | 8.7% | 22.9% | 14.4% | 6.7% | 23.8% | |
| Nevada | 10.1% | 21.4% | 13.5% | 11.7% | 23.6% | |
| New Hampshire | | | | | | |

**NOTES** ▬

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections**  COVID-19 Disparities

Timeframe: 2022



⊞ TABLE | 🗺 MAP | 📈 TREND GRAPH        Tools: ℹ ⬇ ⤢

**REFINE RESULTS**

### TIMEFRAME ℹ

2022 ⌄

### DATA VIEW ℹ

⦿ Percent
○ Number

### DISTRIBUTIONS ℹ

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location ⇅ | ⇅ | Hispanic ⇅ | Asian/Native Hawaiian and Pacific Islander ⇅ | American Indian/Alaska Native ⇅ | Multiple Races ⇅ | Total ⇅ |
|---|---|---|---|---|---|---|
| Maine | .6% | 13.4% | N/A | N/A | 16.4% | 10.3% |
| Maryland | 3.0% | 12.5% | 8.5% | N/A | 11.7% | 9.6% |
| Massachusetts | 5.5% | 19.9% | 11.5% | N/A | 12.8% | 10.4% |
| Michigan | 5.8% | 18.9% | 9.3% | 21.1% | 15.2% | 13.3% |
| Minnesota | 5.8% | 17.8% | 10.4% | 31.3% | 12.5% | 9.6% |
| Mississippi | 9.4% | 19.9% | 16.0% | N/A | 27.2% | 19.1% |
| Missouri | 5.4% | 18.3% | 11.3% | 13.7% | 13.8% | 12.8% |
| Montana | N/A | 26.9% | N/A | 33.7% | 11.1% | 12.5% |
| Nebraska | 2.9% | 14.4% | 6.7% | 23.8% | 18.0% | 10.5% |
| Nevada | .4% | 13.5% | 11.7% | 23.6% | 13.7% | 12.6% |
| New Hampshire | | | | | | |

**NOTES**

# Poverty Rate by Race/Ethnicity

This indicator is part of the collections   COVID-19 Disparities

Timeframe: 2022

REFINE RESULTS

⊞ TABLE  |  🐟 MAP  |  📈 TREND GRAPH

Tools:  ℹ  ⬇  ⤢



## TIMEFRAME

2022 ▾

## DATA VIEW

◉ Percent
○ Number

## DISTRIBUTIONS

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Race |
|---|---|---|---|---|---|---|
| New Hampshire | 6.6% | N/A | 12.2% | 6.1% | N/A | |
| New Jersey | 6.5% | 16.1% | 15.7% | 5.8% | 32.5% | |
| New Mexico | 12.2% | 19.0% | 19.7% | 15.2% | 32.3% | |
| New York | 9.8% | 22.0% | 20.6% | 14.0% | 20.7% | |
| North Carolina | 9.4% | 19.0% | 21.7% | 7.4% | 22.6% | |
| North Dakota | 8.7% | N/A | N/A | N/A | 32.2% | |
| Ohio | 10.5% | 26.5% | 20.7% | 13.8% | N/A | |
| Oklahoma | 13.0% | 27.2% | 19.2% | 12.5% | 20.0% | |
| Oregon | 10.9% | 19.0% | 15.3% | 12.0% | 16.8% | |
| Pennsylvania | 8.7% | 23.9% | 23.4% | 11.2% | N/A | |
| Rhode Island | | | | | | |

NOTES ➖

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections** COVID-19 Disparities

Timeframe: 2022

| | | TABLE | | MAP | | TREND GRAPH | | | Tools: | i | | |

## REFINE RESULTS

### TIMEFRAME

2022

### DATA VIEW

- ● Percent
- ○ Number

### DISTRIBUTIONS

Clear All Selections

- ☐ White
- ☐ Black
- ☐ Hispanic
- ☐ Asian/Native Hawaiian and Pacific Islander
- ☐ American Indian/Alaska Native
- ☐ Multiple Races

| Location | | Hispanic | | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | | Multiple Races | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| New Hampshire | | N/A | 12.2% | | 6.1% | N/A | | 6.7% | | 6.8% |
| New Jersey | | 5.1% | 15.7% | | 5.8% | 32.5% | | 9.1% | | 9.7% |
| New Mexico | | 0.0% | 19.7% | | 15.2% | 32.3% | | 13.4% | | 17.8% |
| New York | | 2.0% | 20.6% | | 14.0% | 20.7% | | 14.8% | | 14.2% |
| North Carolina | | 0.0% | 21.7% | | 7.4% | 22.6% | | 16.3% | | 13.0% |
| North Dakota | | N/A | N/A | | N/A | 32.2% | | 25.8% | | 11.1% |
| Ohio | | 5.5% | 20.7% | | 13.8% | N/A | | 20.2% | | 13.4% |
| Oklahoma | | 7.2% | 19.2% | | 12.5% | 20.0% | | 17.4% | | 15.6% |
| Oregon | | 0.0% | 15.3% | | 12.0% | 16.8% | | 12.4% | | 11.9% |
| Pennsylvania | | 3.9% | 23.4% | | 11.2% | N/A | | 16.1% | | 11.9% |
| Rhode Island | | | | | | | | | | |

## NOTES

Notes

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections**  COVID-19 Disparities

Timeframe: 2022

TABLE | MAP | TREND GRAPH

Tools:

### REFINE RESULTS

**TIMEFRAME**

2022

**DATA VIEW**

○ Percent
○ Number

**DISTRIBUTIONS**

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Race |
|---|---|---|---|---|---|---|
| Rhode Island | 7.3% | 11.8% | 23.2% | N/A | N/A | |
| South Carolina | 9.7% | 23.6% | 18.9% | 10.4% | 31.1% | |
| South Dakota | 8.1% | N/A | 17.6% | N/A | 36.2% | |
| Tennessee | 10.9% | 21.5% | 20.6% | 9.3% | N/A | |
| Texas | 8.3% | 19.5% | 18.6% | 9.3% | 13.6% | |
| Utah | 7.0% | 16.9% | 12.1% | 10.3% | 21.1% | |
| Vermont | 8.9% | N/A | 16.7% | N/A | N/A | |
| Virginia | 8.4% | 17.6% | 14.3% | 7.4% | 15.9% | |
| Washington | 8.6% | 18.1% | 14.8% | 8.3% | 18.3% | |
| West Virginia | 17.0% | 32.6% | 19.6% | N/A | N/A | |
| Wisconsin | | | | | | |

### NOTES

# Poverty Rate by Race/Ethnicity



**This indicator is part of the collections** COVID-19 Disparities

Timeframe: 2022

**REFINE RESULTS**

⊞ TABLE | 🗺 MAP | 📈 TREND GRAPH          Tools: ℹ ⬇ ⛶

### TIMEFRAME ℹ

2022 ⌄

### DATA VIEW ℹ

● Percent
○ Number

### DISTRIBUTIONS ℹ

Clear All Selections

☐ White
☐ Black
☐ Hispanic
☐ Asian/Native Hawaiian and Pacific Islander
☐ American Indian/Alaska Native

| Location | | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Races | Total |
|---|---|---|---|---|---|---|
| Rhode Island | .8% | 23.2% | N/A | N/A | 11.2% | 10.8% |
| South Carolina | .6% | 18.9% | 10.4% | 31.1% | 16.6% | 14.1% |
| South Dakota | N/A | 17.6% | N/A | 36.2% | 12.7% | 11.2% |
| Tennessee | .5% | 20.6% | 9.3% | N/A | 18.2% | 13.4% |
| Texas | .5% | 18.6% | 9.3% | 13.6% | 11.7% | 13.9% |
| Utah | .9% | 12.1% | 10.3% | 21.1% | 8.6% | 8.1% |
| Vermont | N/A | 16.7% | N/A | N/A | 17.2% | 9.9% |
| Virginia | .6% | 14.3% | 7.4% | 15.9% | 10.6% | 10.7% |
| Washington | .1% | 14.8% | 8.3% | 18.3% | 10.7% | 10.0% |
| West Virginia | .6% | 19.6% | N/A | N/A | 25.7% | 17.8% |
| Wisconsin | | | | | | |

**NOTES** ➖

# Poverty Rate by Race/Ethnicity

**This indicator is part of the collections**   COVID-19 Disparities

Timeframe: 2022

TABLE | MAP | TREND GRAPH

Tools:

**REFINE RESULTS**

### TIMEFRAME

2022

### DATA VIEW

- ● Percent
- ○ Number

### DISTRIBUTIONS

Clear All Selections

- ☐ White
- ☐ Black
- ☐ Hispanic
- ☐ Asian/Native Hawaiian and Pacific Islander
- ☐ American Indian/Alaska Native
- ☐ Multiple Races

| Location | White | Black | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Races |
|---|---|---|---|---|---|---|
| Tennessee | 10.9% | 21.5% | 20.6% | 9.3% | N/A | |
| Texas | 8.3% | 19.5% | 18.6% | 9.3% | 13.6% | |
| Utah | 7.0% | 16.9% | 12.1% | 10.3% | 21.1% | |
| Vermont | 8.9% | N/A | 16.7% | N/A | N/A | |
| Virginia | 8.4% | 17.6% | 14.3% | 7.4% | 15.9% | |
| Washington | 8.6% | 18.1% | 14.8% | 8.3% | 18.3% | |
| West Virginia | 17.0% | 32.6% | 19.6% | N/A | N/A | |
| Wisconsin | 8.7% | 27.2% | 18.0% | 11.3% | 24.1% | |
| Wyoming | 11.1% | 37.0% | 11.5% | N/A | 26.9% | |
| Puerto Rico | 23.5% | 35.6% | 41.7% | N/A | N/A | |

**NOTES**

Notes

# Poverty Rate by Race/Ethnicity

This indicator is part of the collections   COVID-19 Disparities

Timeframe: 2022

## REFINE RESULTS

**TIMEFRAME**

2022

**DATA VIEW**

- ● Percent
- ○ Number

**DISTRIBUTIONS**

Clear All Selections

- ☐ White
- ☐ Black
- ☐ Hispanic
- ☐ Asian/Native Hawaiian and Pacific Islander
- ☐ American Indian/Alaska Native

## ⊞ TABLE  |  🗺 MAP  |  📈 TREND GRAPH

Tools:  ℹ  ⬇  ⛶

| Location | | Hispanic | Asian/Native Hawaiian and Pacific Islander | American Indian/Alaska Native | Multiple Races | Total |
|---|---|---|---|---|---|---|
| Tennessee | .5% | 20.6% | 9.3% | N/A | 18.2% | 13.4% |
| Texas | 9.5% | 18.6% | 9.3% | 13.6% | 11.7% | 13.9% |
| Utah | 5.9% | 12.1% | 10.3% | 21.1% | 8.6% | 8.1% |
| Vermont | N/A | 16.7% | N/A | N/A | 17.2% | 9.9% |
| Virginia | 7.6% | 14.3% | 7.4% | 15.9% | 10.6% | 10.7% |
| Washington | 8.1% | 14.8% | 8.3% | 18.3% | 10.7% | 10.0% |
| West Virginia | 6.6% | 19.6% | N/A | N/A | 25.7% | 17.8% |
| Wisconsin | 7.2% | 18.0% | 11.3% | 24.1% | 11.5% | 10.7% |
| Wyoming | 7.0% | 11.5% | N/A | 26.9% | 11.1% | 11.6% |
| Puerto Rico | 5.6% | 41.7% | N/A | N/A | N/A | 41.6% |

◀        ▶

## NOTES ▬

Pet. Ref. 88

*Original Research*



# Racial Disparities in Mental Health Outcomes Among Women With Early Pregnancy Loss

*Jade M. Shorter, MD, MSHP, Nathanael Koelper, MPH, Sarita Sonalkar, MD, MPH, Maria A. Oquendo, MD, PhD, Mary D. Sammel, ScD, and Courtney A. Schreiber, MD, MPH*

**OBJECTIVE:** To explore the relationship between race and depression symptoms among participants in an early pregnancy loss clinical trial.

**METHODS:** We performed a planned secondary analysis of a randomized trial by comparing treatments for medical management of early pregnancy loss. We hypothesized that Black participants would have higher odds of risk for major depression (measured with the CES-D [Center for Epidemiological Studies-Depression] scale) 30 days after early pregnancy loss treatment when compared with non-Black participants. We analyzed the data as a cohort, with the primary exposure being race and secondary exposure being high adverse childhood experience scores (measured with the Adverse Childhood Experience scale). Our primary outcome was risk for major depression (score of 21 or higher on the CES-D scale) 30 days after early pregnancy loss treatment.

**RESULTS:** Three hundred participants diagnosed with a nonviable intrauterine pregnancy from 5 to 12 weeks of gestation were randomized as part of the original trial from May 2014 to April 2017. Of 275 respondents included in this analysis, 120 [44%] self-identified as Black and 155 [56%] self-identified as non-Black. After early pregnancy loss treatment, 65 [24%] participants were at risk for major depression. Black participants had an increased risk for major depression (57%) after early pregnancy loss treatment compared with non-Black participants (43%; odds ratio [OR] 2.02; 95% CI 1.15–3.55). After adjustment for risk for baseline depression, adverse childhood experience score, and parity, the odds of risk for major depression 30 days after pregnancy loss treatment remained higher for Black participants when compared with non-Black participants (OR 2.02; 95% CI 1.15–3.55; adjusted OR 2.48; 95% CI 1.28–4.81).

**CONCLUSION:** Overall, approximately one quarter of women who experience an early pregnancy loss are at an increased risk for major depression 30 days after treatment. This risk is about twice as high for Black women compared with non-Black women. There is a need for appropriate mental health resources for women undergoing early pregnancy loss care.

**CLINICAL TRIAL REGISTRATION:** ClinicalTrials.gov, NCT02012491.

From the Departments of Obstetrics and Gynecology and Psychiatry, University of Pennsylvania Perelman School of Medicine, Philadelphia, Pennsylvania; and the Department of Biostatistics and Informatics, Colorado School of Public Health, Aurora, Colorado.

Supported by the Society of Family Planning Research Fund.

The authors thank C. Neill Epperson, MD (Department of Psychiatry, University of Colorado School of Medicine-Anschutz Medical Campus), for her contributions to the concept and design of the study.

Each author has confirmed compliance with the journal's requirements for authorship.

Corresponding author: Jade M. Shorter, MD, MSHP, Department of Obstetrics and Gynecology, Stanford University, Stanford, CA; email: jademich@gmail.com.

Financial Disclosure
Sarita Sonalkar reports that their institution received funding from the NIH. Maria A. Oquendo receives royalties for the commercial use of the Columbia Suicide Severity Rating Scale and owns shares in Mantra, INC. Her family owns stock in Bristol Myers Squibb. Courtney A Schreiber receives research funding from Sebela, Medicines 360, NICHD, and Bayer Pharmaceuticals. The other authors did not report any potential conflicts of interest.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. This is an open-access article distributed under the terms of the Creative Commons Attribution-Non Commercial-No Derivatives License 4.0 (CCBY-NC-ND), where it is permissible to download and share the work provided it is properly cited. The work cannot be changed in any way or used commercially without permission from the journal.

ISSN: 0029-7844/21

(Obstet Gynecol 2021;137:156–63)
DOI: 10.1097/AOG.0000000000004212

Approximately one in four women will experience a pregnancy loss in her lifetime.[1,2] After a pregnancy loss, many women will experience psychological sequalae, including higher levels of depression, anxiety, and posttraumatic stress disorder compared with women who experienced no pregnancy complications, and these effects can persist up to 9 months after the loss.[3–7]

Pet. Ref. 89

Maternal morbidity and mortality rates persistently highlight racial disparities in the United States, regardless of socioeconomic or educational status,[8–10] and Black women specifically experience pregnancy loss at higher rates than other racial or ethnic groups.[11] Black women are more likely to experience higher rates of perinatal depression when compared with other racial groups in the United States.[9,12–16] Other variables, such as stress and adverse childhood experiences, may mediate some of these associations, because they are also more prevalent among Black people when compared with other racial groups.[17–23] Higher adverse childhood experience scores are associated with a greater likelihood of pregnancy loss, preterm birth, and perinatal depression,[24–26] but the relationship between race, adverse childhood experience, and pregnancy-related morbidity has only recently been explored.[24,27]

We sought to characterize the relationship between race, adverse childhood experience, and adverse mental health outcomes around the time of pregnancy loss treatment. Based on data showing higher rates of pregnancy loss,[11] perinatal depression, and perceived stress[23] in Black women,[16,28] we hypothesized that the odds of having risk for major depression or high perceived stress 30 days after miscarriage treatment would be higher in Black participants when compared with non-Black participants.

## METHODS

We performed a planned secondary data analysis of data collected during a clinical trial of medical management of early pregnancy loss from May 2014 to April 2017.[29] The primary results of the trial have been previously reported.[29] In brief, we enrolled 300 participants in a multicenter, randomized, pragmatic clinical trial to compare the effectiveness of combination treatment (mifepristone 200 mg orally followed 24 hours later by misoprostol 800 micrograms vaginally) to usual treatment (misoprostol 800 micrograms vaginally). The trial included participants aged 18 years and older who were diagnosed with a nonviable intrauterine pregnancy (anembryonic gestation or embryonic or fetal death) between 5 and 12 completed weeks of gestation. Participants were recruited at University of Pennsylvania, University of California, Davis, and Albert Einstein College of Medicine. The primary outcome for the trial was complete expulsion of the gestational sac by the first follow-up visit without further intervention over the 30-day study period. Validated psychometric measures included the CES-D (Center for Epidemiological Studies-Depression) scale, Perceived Stress Scale, and Adverse Childhood Experience scale. The adverse childhood experience scale was collected at baseline, and the CES-D and Perceived Stress scales were collected at baseline and at 30 days after randomization. The institutional review boards from each of the study sites approved this trial (ClinicalTrials.gov NCT02012491).

The CES-D scale is the most widely studied and highly validated depression scale that was created to identify depression in the general population.[30,31] The 20 items assess frequency of symptoms experienced during the prior week and comprise six scales that reflect the major dimensions of depression (depressed mood, feelings of guilt and worthlessness, feelings of helplessness and hopelessness, psychomotor retardation, loss of appetite, and sleep disturbance). Published studies report that a cutoff score of 16 or greater identifies individuals at risk for clinical depression with good sensitivity and specificity.[30,32] In our study, CES-D scores were placed into three categories: scores of less than 16 were defined as no clinical significance, scores between 16 and 20 were defined as likely mild–moderate depression, and scores of 21 or greater were defined as likely major depression. Although there are limited studies reporting on the appropriate threshold for screening for and detection of likely major depression,[33] we chose the cut-off of a score of 21 or greater to increase the specificity of our analysis.[34]

The Perceived Stress Scale is a validated scale and the most widely used psychological instrument for measuring the perception of stress.[35,36] The items query respondents about how unpredictable, uncontrollable, and overloaded they found their lives during the previous month. Because the Perceived Stress Scale is not a diagnostic instrument, there are no published threshold values. However, based on published normative data from large samples in the United States,[36] we used the following definitions for our study population: low perceived stress (score of 0–13), moderate perceived stress (score of 14–26), and high perceived stress (score of 27–40).

The Adverse Childhood Experience scale is a validated scale that assesses three types of adverse childhood experiences: abuse, neglect, and household dysfunction.[37] Because the questions examine events from birth to age 18 years, responses should not change over time.[38] Thus, we only collected these data at baseline. Before analysis, we dichotomized adverse childhood experience scores into "high" (two or more options endorsed) or "low" (fewer than two options endorsed) scores. This definition is based on multiple studies displaying significant health effects

Pet. Ref. 90

in adulthood (eg, smoking, depressed mood, sexually transmitted infections, suicide attempt, substance abuse) in participants reporting an adverse childhood experience score of 2 or more.[38–40]

Participants who completed the CES-D and Perceived Stress scales at 30 days after treatment were included in our data analyses. We did not perform a sample size calculation for this planned analysis. Baseline characteristics were summarized and compared between Black participants and non-Black participants using the Pearson $\chi^2$ test for categorical variables or $t$ test for continuous variables. The primary outcome was risk for major depression 30 days after medical management of miscarriage, considered to be a score of 21 or higher on the CES-D scale. The secondary outcome was high perceived stress 30 days after medical management of miscarriage.

We performed two multivariable logistic regression analyses, one with the dependent variable of risk for major depression at 30 days and one with the dependent variable of high perceived stress at 30 days. The main exposure was patient race, dichotomized as Black or non-Black. Based on the association between adverse childhood experience scores and risk for major depression,[40,41] as well as perceived stress,[42,43] we included adverse childhood experience as a secondary exposure. Reported high adverse childhood experience scores, defined as an adverse childhood experience score of 2 or more on the Adverse Childhood Experience scale similar to previously published studies, were used.[29–31] Using backwards selection, additional covariates were considered for our model if they had a significance level ($P<.2$) or were possibly related to the outcome based on biological plausibility. Unadjusted odds ratios (ORs), adjusted odds ratios (aORs), and 95% CIs were reported for all regression models.

Initial analyses showed a significant association between adverse childhood experience score and both race and our posttreatment outcomes. Therefore, to further examine the association between Black race and posttreatment outcomes (risk for major depression and high perceived stress) we tested an interaction term for effect modification by adverse childhood experience score.

All data were analyzed using STATA 15.1 statistical software. A two-sided $P<.05$ was considered statistically significant for all statistical tests.

## RESULTS

Of the 300 participants enrolled in the primary study, 275 [92%] completed 30-day surveys. Of the 275 respondents included in this analysis, 266 [97%] completed the baseline CES-D and 268 [97%] completed the baseline Perceived Stress Scale surveys. In our cohort, 120 [44%] participants self-identified as Black, and 155 [56%] self-identified as non-Black. Of the non-Black participants, 72 [26%] identified as Hispanic, 20 [7%] identified as Asian, and 36 [13%] identified as other. The category "other" was a formal category in the database of the original clinical trial.

All sociodemographic, pregnancy history, and baseline psychosocial and stress-related variables are shown in Table 1. Black participants were overall younger, of a lower education level, and more likely to have public insurance when compared with non-Black participants. Reproductive factors that were associated with being of Black race included having at least one living child, having a history of a previous induced abortion, and reporting that their current pregnancy was unplanned.

Of the 275 participants, 65 [24%] had a posttreatment CES-D score of 21 or more, corresponding to an increased risk for major depression. More Black women experienced a higher risk for major depression when compared with non-Black women 30 days after treatment (37 [57%] vs 28 [43%]; OR 2.02; 95% CI 1.15–3.55 Table 2). Baseline major depressive symptoms occurred in more than a quarter of participants (72/266 [27%]) and were associated with an increased risk for posttreatment major depression compared with those without such a history (34/63 [54%]; OR 9.47; 95% CI 4.47–20.1, Table 2). Black participants and non-Black participants reported similar levels of risk for baseline major depression scores (30 [27%] vs 42 [27%]; $P=.53$, Table 1). After adjusting for parity, baseline depression, and adverse childhood experience score, the association between being of Black race and the risk for major depression 30 days after treatment persisted (aOR 2.48; 95% CI 1.28–4.81). Few respondents reported having baseline high perceived stress (16 [6%]). Black participants, compared with non-Black participants, reported similar baseline (10 [9%] vs 6 [4%]; $P=.06$) and 30-day (OR 1.67; 95% CI 0.64–4.37; aOR 1.09; 95% CI 0.36–3.26, Table 3) high perceived stress scores.

Nearly half of respondents reported experiencing at least two adverse childhood experiences (126 [46%]). Women with high adverse childhood experience scores (two or more adverse childhood experiences reported) were younger (mean [SD] age, 29.2 [5.8] vs 31.6 [6.1] years; $P=.009$) and less likely to have completed post–high school education (45% vs 69%; OR 0.55, 95% CI 0.24–1.27). High adverse childhood experience scores were more common among Black participants (64/120 [53%]) than non-Black participants (62/155 [40%]); OR 1.71, 95% CI 1.06–2.77, Table 1). An adverse childhood experience score of 0, indicating no adverse childhood

Pet. Ref. 91

**Table 1.** Baseline Characteristics of Participants

| Characteristic | Non-Black* (n=155) | Black (n=120) | $P^\dagger$ |
|---|---|---|---|
| Age (y) | 32.1±5.3 | 28.5±6.4 | <.001 |
| Education | | | <.001 |
|   Some grade school or high school | 10 (6) | 16 (13) | |
|   High school diploma or high school equivalency certificate | 30 (19) | 59 (49) | |
|   Some college or post–high school education | 115 (74) | 45 (38) | |
| Medical insurance | | | <.001 |
|   None | 6 (4) | 13 (11) | |
|   Medicaid or Medicare | 51 (33) | 83 (69) | |
|   Private | 98 (63) | 24 (20) | |
| Gravidity | | | .002 |
|   1 | 50 (32) | 17 (14) | |
|   2 | 32 (21) | 26 (22) | |
|   3 or more | 73 (47) | 77 (64) | |
| Parity | | | <.001 |
|   0 | 76 (49) | 33 (28) | |
|   1 or more | 79 (51) | 87 (72) | |
| Gestational age (wk) | | | .089 |
|   Less than 7 | 63 (41) | 36 (30) | |
|   7 0/7–8 6/7 | 72 (46) | 59 (49) | |
|   9 0/7–12 6/7 | 20 (12) | 25 (21) | |
| Previous miscarriage | | | .143 |
|   Yes | 61 (39) | 37 (31) | |
|   No | 94 (61) | 83 (69) | |
| Previous induced abortion | | | <0.001 |
|   Yes | 36 (23) | 52 (43) | |
|   No | 119 (77) | 68 (57) | |
| Planned pregnancy | | | <.001 |
|   Yes | 103 (66) | 45 (37) | |
|   No | 52 (34) | 75 (63) | |
| Adverse childhood experience score | | | .028 |
|   High (2 or more) | 62 (40) | 64 (53) | |
| Baseline CES-D score‡ | | | .528 |
|   Likely not depressed | 83 (54) | 56 (50) | |
|   Likely mild–moderate depression | 28 (18) | 27 (24) | |
|   Likely major depression | 42 (27) | 30 (27) | |
| Baseline perceived stress score§ | | | .058 |
|   Low stress | 68 (44) | 37 (32) | |
|   Moderate stress | 79 (52) | 68 (59) | |
|   High stress | 6 (4) | 10 (9) | |
| Treatment method | | | |
|   Mifepristone pretreatment | 78 (50) | 58 (52) | .744 |
|   Misoprostol alone | 77 (50) | 62 (48) | |

Data are mean±SD or n (%) unless otherwise specified.
CES-D, Center for Epidemiological Studies-Depression.
* Self-identify as Hispanic, Asian, or "other."
† *P* values determined by $\chi^2$ test or *t* test.
‡ Missing data from nine participants.
§ Missing data from seven participants.

experiences, was more common among non-Black women (58 [67%]) vs Black women (29 [33%]). The distribution of frequencies of adverse childhood experience scores for Black women compared with non-Black women can be seen in Figure 1. Individual adverse childhood experience categories differed by race (Table 4). Black participants more frequently reported a history of exposure to parental separation or divorce

(77 [64%] vs 58 [37%]; *P*<.001) and household criminal behavior (29 [24%] vs 13 [8%]; *P*<.001) compared with non-Black participants. In bivariate analyses, high adverse childhood experience scores were associated with both posttreatment major depression (OR 2.51; 95% CI 1.41–4.46, Table 2) and posttreatment high perceived stress (OR 4.53; 95% CI 1.45–14.1, Table 3). After adjusting for race, baseline depression, and parity,

Pet. Ref. 92

**Table 2.** Association Between Race and Risk for Major Depression 30 Days After Medical Management of Early Pregnancy Loss

|  | n (%) | Unadjusted OR (95% CI) | Adjusted OR (95% CI)* |
|---|---|---|---|
| Race |  |  |  |
| Non-Black[†] | 28 (43) | 1 (ref) | 1 (ref) |
| Black | 37 (57) | 2.02 (1.15–3.55) | 2.48 (1.28–4.81) |
| Parity |  |  |  |
| 0 | 29 (45) | 1 (ref) | 1 (ref) |
| 1 or more | 36 (55) | 0.76 (0.43–1.34) | 0.55 (0.29–1.07) |
| Baseline depression[‡] |  |  |  |
| None | 12 (19) | 1 (ref) | 1 (ref) |
| Mild–moderate | 17 (27) | 4.73 (2.08–10.8) | 4.26 (1.83–9.92) |
| Major | 34 (54) | 9.47 (4.47–20.1) | 9.26 (4.24–20.2) |
| Adverse childhood experience score |  |  |  |
| Low | 24 (37) | 1 (ref) | 1 (ref) |
| High | 41 (63) | 2.51 (1.42–4.46) | 1.71 (0.89–3.27) |

OR, odds ratio; ref, reference.
* Adjusted for parity, baseline depression, and adverse childhood experience score.
[†] Self-identify as Hispanic, Asian, or "other."
[‡] Missing data from two participants.

the relationship between high adverse childhood experience scores and posttreatment major depression was no longer statistically significant (aOR 1.71; 95% CI 0.89–3.27, Table 2); high adverse childhood experience scores remained associated with posttreatment high perceived stress (aOR 3.90; 95% CI 1.08–14.0). A test for effect modification by adverse childhood experience score on the association of race and posttreatment depression ($P=.72$) or posttreatment high perceived stress ($P=.94$) was not statistically significant.

## DISCUSSION

An elevated risk for major depression occurs in about one in four women 30 days after treatment for early pregnancy loss, and our findings support the hypothesis that Black women who are undergoing early pregnancy loss treatment are about twice as likely to experience risk for major depression compared with non-Black women, even after adjusting for risk for baseline depression and exposure to adverse childhood experiences.

In our study, being of Black race was not significantly associated with high perceived stress after early pregnancy loss treatment, likely owing to low statistical power, because only a small number of participants reported high levels of perceived stress. However, the risk for depression and stress were found to be linked in our cohort, which is consistent with previous studies demonstrating a strong association between depression and stress.[41,42] Depressed people often have a decreased tolerance for stress and perceive more stress compared with nondepressed individuals.[43] Although it would have been interesting to further explore the relationship between stress and risk for depression among our early pregnancy loss population, baseline CES-D and Perceived Stress Scale scores were found to be highly correlated and, therefore, were not included in our multivariable models.

**Table 3.** Association Between Race and High Perceived Stress 30 Days After Medical Management of Early Pregnancy Loss

|  | n (%) | Unadjusted OR (95% CI) | Adjusted OR (95% CI)* |
|---|---|---|---|
| Race |  |  |  |
| Non-Black[†] | 8 (44) | 1 (ref) | 1 (ref) |
| Black | 10 (56) | 1.67 (0.64–4.37) | 1.09 (0.36–3.26) |
| Baseline stress |  | 1.23 (1.13–1.33) | 1.22 (1.12–1.33) |
| Adverse childhood experience score |  |  |  |
| Low | 4 (22) | 1 (ref) | 1 (ref) |
| High | 14 (78) | 4.53 (1.45–14.1) | 3.90 (1.08–14.0) |

OR, odds ratio; ref, reference.
* Adjusted for baseline stress and adverse childhood experience score.
[†] Self-identify as Hispanic, Asian, or "other."

Pet. Ref. 93



**Fig. 1.** Frequency of total adverse childhood experience score by race.

*Shorter. Disparities in Mental Health After Early Pregnancy Loss. Obstet Gynecol 2020.*

Being of Black race was associated with higher odds of risk for posttreatment major depression, after accounting for adverse childhood experience score. However, similar to prior studies,[17–20,44–48] we found that high adverse childhood experience scores were associated both with being of Black race and with the risk for major depression. Therefore, adverse childhood experiences potentially play a role in the pathway to an increased risk for major depression after early pregnancy loss management. Potentially owing to a lack of statistical power, we found that adverse childhood experience was not an effect modifier. Adverse childhood experience was also not a mediator, but it demonstrated positive confounding of the association between being of Black race and the risk for posttreatment major depression in our study. Others have also demonstrated a complex relationship between adverse childhood experiences, race, and poor overall health. Being of Black race has been shown to be associated with an increased risk for depression, attributed partially to higher levels of stressful life events and overall chronic stress.[49]

Our study has several strengths. The clinical trial setting was an advantage as it provided us with an opportunity to elicit 30-day outcomes in a racially diverse population with a high response rate and minimal missing data. Additionally, the racial and geographic diversity of the population improves the generalizability of our study.

Our findings should also be interpreted within the context of limitations. This study is a secondary analysis of a randomized controlled trial and the prevalence of childhood adversity and the risk for major depression may be different in individuals who chose to participate in research from the clinical population. Another limitation of our study is the use of the original Adverse Childhood Experience survey. This conventional scale, may not capture the totality of adversities faced by a poor or Black population.[38] An expanded adverse childhood experience scale includes questions on experiencing racism, living in an unsafe neighborhood, and witnessing violence was created to capture sources of adversity in urban populations.[50] The Philadelphia Adverse Childhood Experience Study,[51] which examined conventional and expanded adverse childhood experience responses in a population that was 44% African American, found that Black women were eight times more likely to report having witnessed violence. A recent study examining the relationship between

**Table 4.** Prevalence of Adverse Childhood Experiences by Race

| Category of Childhood Exposure | Total (N=275) | Non-Black* (n=155) | Black (n=120) | $P^\dagger$ |
|---|---|---|---|---|
| Abuse | | | | |
|   Psychological | 47 (17) | 28 (18) | 19 (16) | .626 |
|   Physical | 38 (14) | 22 (14) | 16 (13) | .838 |
|   Sexual | 35 (13) | 18 (12) | 17 (14) | .529 |
| Household dysfunction | | | | |
|   Substance abuse | 60 (22) | 35 (23) | 25 (21) | .728 |
|   Mental illness | 50 (18) | 36 (23) | 14 (12) | .014 |
|   Mother treated violently | 33 (12) | 19 (12) | 14 (12) | .881 |
|   Parental separation or divorce | 135 (49) | 58 (37) | 77 (64) | <.001 |
|   Criminal behavior in household | 42 (15) | 13 (8) | 29 (24) | <.001 |
| Neglect | | | | |
|   Emotional | 52 (19) | 27 (17) | 25 (21) | .473 |
|   Physical | 23 (8) | 15 (10) | 8 (7) | .371 |

\* Self-identify as Hispanic, Asian, or "other."
$\dagger$ *P* values determined by $\chi^2$ test.

Pet. Ref. 94

childhood exposure to racism and environmental trauma, found that the expanded risk categories are associated with perinatal mental illness.[26] Therefore, the adverse childhood experience scores obtained in our study may not truly reflect the trauma that our patient population experiences. This limitation may partially explain the lack of adverse childhood experience scores' effect on the relationship between Black race and risk for posttreatment depression.

Given the high incidence of early pregnancy loss, attention to improved subsequent health outcomes has a public health effect. Mental illness has been identified as a risk factor for maternal morbidity and mortality.[52] One in four women were found to be at increased risk for major depression 30 days after treatment for early pregnancy loss, and our study identifies Black women experiencing an early pregnancy loss as a high-risk population. Because depression is a medical condition that responds to treatment, identification of those at risk is essential. These findings should be not be used to stigmatize Black women; instead it is important to consider the complex systemic factors, such as structural racism, that are the root causes of disparate health outcomes. Appropriate mental health resources and intervention programs are needed for women experiencing an early pregnancy loss. This will require a structurally and culturally competent workforce to meet the needs of high-risk populations.

## REFERENCES

1. Jones RK, Kost K. Underreporting of induced and spontaneous abortion in the United States: an analysis of the 2002 national survey of family growth. Stud Fam Plann 2007;38:187–97. doi: 10.1111/j.1728-4465.2007.00130.x

2. Casterline JB. Collecting data on pregnancy loss: a review of evidence from the World Fertility Survey. Stud Fam Plann 1989;20:81–95.

3. Thapar AK, Thapar A. Psychological sequelae of miscarriage: a controlled study using the general health questionnaire and the hospital anxiety and depression scale. Br J Gen Pract 1992;42:94–6.

4. Carter D, Misri S, Tomfohr L. Psychologic aspects of early pregnancy loss. Clin Obstet Gynecol 2007;50:154–65. doi: 10.1097/GRF.0b013e31802f1d28

5. Farren J, Mitchell-Jones N, Verbakel JY, Timmerman D, Jalmbrant M, Bourne T. The psychological impact of early pregnancy loss. Hum Reprod Update 2018;24:731–49. doi: 10.1093/humupd/dmy025

6. Farren J, Jalmbrant M, Falconieri N, Mitchell-Jones N, Bobdiwala S, Al-Memar M, et al. Posttraumatic stress, anxiety and depression following miscarriage and ectopic pregnancy: a multicenter, prospective cohort study. Am J Obstet Gynecol 2019; 222:367.e1–22. doi: 10.1016/j.ajog.2019.10.102

7. Neugebauer R, Kline J, Shrout P, Skodol A, O'Connor P, Geller PA, et al. Major depressive disorder in the 6 months after miscarriage. JAMA 1997;277:383–8

8. Racial and ethnic disparities in obstetrics and gynecology. Committee Opinion No. 649. American College of Obstetricians and Gynecologists. Obstet Gynecol 2015;126:e130–4. doi: 10.1097/AOG.0000000000001213

9. Creanga AA, Syverson C, Seed K, Callaghan WM. Pregnancy-related mortality in the United States, 2011–2013. Obstet Gynecol 2017;130:366–73. doi: 10.1097/AOG.0000000000002114

10. Holdt Somer SJ, Sinkey RG, Bryant AS. Epidemiology of racial/ethnic disparities in severe maternal morbidity and mortality. Semin Perinatol 2017;41:258–65. doi: 10.1053/j.semperi.2017.04.001

11. Mukherjee S, Velez Edwards DR, Baird DD, Savitz DA, Hartmann KE. Risk of miscarriage among Black women and White women in a U.S. Prospective Cohort Study. Am J Epidemiol 2013;177:1271–8. doi: 10.1093/aje/kws393

12. Creanga AA, Bateman BT, Kuklina EV, Callaghan WM. Racial and ethnic disparities in severe maternal morbidity: a multistate analysis, 2008–2010. Am J Obstet Gynecol 2014;210:435.e1–8. doi: 10.1016/j.ajog.2013.11.039

13. Admon LK, Winkelman TNA, Zivin K, Terplan M, Mhyre JM, Dalton VK. Racial and ethnic disparities in the incidence of severe maternal morbidity in the United States, 2012–2015. Obstet Gynecol 2018;132:1158–66. doi: 10.1097/AOG.0000000000002937

14. Goodman SH, Dimidjian S, Williams KG. Pregnant African American women's attitudes toward perinatal depression prevention. Cultur Divers Ethnic Minor Psychol 2013;19:50–7. doi: 10.1037/a0030565

15. Pearlstein T. Depression during pregnancy. Best Pract Res Clin Obstet Gynaecol 2015;29:754–64. doi: 10.1016/j.bpobgyn.2015.04.004

16. Segre LS, O'Hara MW, Losch ME. Race/ethnicity and perinatal depressed mood. J Reprod Infant Psychol 2006;24:99–106. doi: 10.1080/02646830600643908

17. Centers for Disease Control and Prevention. Adverse childhood experiences reported by adults–five states, 2009. MMWR Morb Mortal Wkly Rep 2010;59:1609–13.

18. Gilbert LK, Breiding MJ, Merrick MT, Thompson WW, Ford DC, Dhingra SS, et al. Childhood adversity and adult chronic disease: an update from ten states and the District of Columbia, 2010. Am J Prev Med 2015;48:345–9. doi: 10.1016/j.amepre.2014.09.006

19. Youssef NA, Belew D, Hao G, Wang X, Treiber FA, Stefanek M, et al. Racial/ethnic differences in the association of childhood adversities with depression and the role of resilience. J Affect Disord 2017;208:577–81. doi: 10.1016/j.jad.2016.10.024

20. Liu SR, Kia-Keating M, Nylund-Gibson K. Patterns of adversity and pathways to health among White, Black, and Latinx youth. Child Abuse Negl 2018;86:89–99. doi: 10.1016/j.chiabu.2018.09.007

21. Lee RD, Chen J. Adverse childhood experiences, mental health, and excessive alcohol use: examination of race/ethnicity and sex differences. Child Abuse Negl 2017;69:40–8. doi: 10.1016/j.chiabu.2017.04.004

22. Merrick MT, Ford DC, Ports KA, Guinn AS, Chen J, Klevens J, et al. Vital signs: estimated proportion of adult health problems attributable to adverse childhood experiences and implications for prevention—25 states, 2015–2017. MMWR Morb Mortal Wkly Rep 2019;68:999–1005. doi: 10.15585/mmwr.mm6844e1

23. Catabay CJ, Stockman JK, Campbell JC, Tsuyuki K. Perceived stress and mental health: the mediating roles of social support and resilience among Black women exposed to sexual violence. J Affect Disord 2019;259:143–9. doi: 10.1016/j.jad.2019.08.037

24. Mersky JP, Lee CP. Adverse childhood experiences and poor birth outcomes in a diverse, low-income sample. BMC Pregnancy Childbirth 2019;19:387. doi: 10.1186/s12884-019-2560-8

25. Christiaens I, Hegadoren K, Olson DM. Adverse childhood experiences are associated with spontaneous preterm birth: a

case-control study. BMC Med 2015;13:124. doi: 10.1186/s12916-015-0353-0

26. Kim HG, Kuendig J, Prasad K, Sexter A. Exposure to racism and other adverse childhood experiences among perinatal women with moderate to severe mental illness. Community Ment Health J 2020;56:867–74. doi: 10.1007/s10597-020-00550-6

27. Smith MV, Gotman N, Yonkers KA. Early childhood adversity and pregnancy outcomes. Matern Child Health J 2016;20:790–8. doi: 10.1007/s10995-015-1909-5

28. Orr ST, Blazer DG, James SA. Racial disparities in elevated prenatal depressive symptoms among Black and White women in eastern North Carolina. Ann Epidemiol 2006;16:463–8. doi: 10.1016/j.annepidem.2005.08.004

29. Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT. Mifepristone pretreatment for the medical management of early pregnancy loss. N Engl J Med 2018;378:2161–70. doi: 10.1056/NEJMoa1715726

30. Radloff LS. The CES-D scale: a self-report depression scale for research in the general population. Appl Psychol Meas 1977;1:385–401. doi: 10.1177/014662167700100306

31. Roberts RE. Reliability of the CES-D scale in different ethnic contexts. Psychiatry Res 1980;2:125–34. doi: 10.1016/0165-1781(80)90069-4

32. Weissman MM, Sholomskas D, Pottenger M, Prusoff BA, Locke BZ. Assessing depressive symptoms in five psychiatric populations: a validation study. Am J Epidemiol 1977;106:203–14. doi: 10.1093/oxfordjournals.aje.a112455

33. Haringsma R, Engels GI, Beekman AT, Spinhoven P. The criterion validity of the Center for Epidemiological Studies Depression Scale (CES-D) in a sample of self-referred elders with depressive symptomatology. Int J Geriatr Psychiatry 2004;19:558–63. doi: 10.1002/gps.1130

34. Siddaway AP, Wood AM, Taylor PJ. The Center for Epidemiologic Studies-Depression (CES-D) scale measures a continuum from well-being to depression: testing two key predictions of positive clinical psychology. J Affect Disord 2017;213:180–6. doi: 10.1016/j.jad.2017.02.015

35. Cohen S, Kamarck T, Mermelstein R. A global measure of perceived stress. J Health Soc Behav 1983;24:385–96.

36. Cohen s, Janicki-Deverts d. Who's stressed? Distributions of psychological stress in the United States in probability samples from 1983, 2006, and 2009. J Appl Soc Psychol 2012;42:1320–34. doi: 10.1111/j.1559-1816.2012.00900.x

37. Murphy A, Steele M, Dube SR, Bate J, Bonuck K, Meissner P, et al. Adverse childhood experiences (ACEs) questionnaire and adult attachment interview (AAI): implications for parent child relationships. Child Abuse Negl 2014;38:224–33. doi: 10.1016/j.chiabu.2013.09.004

38. Felitti VJ, Anda RF, Nordenberg D, Williamson DF, Spitz AM, Edwards V, et al. Relationship of childhood abuse and household dysfunction to many of the leading causes of death in adults. The Adverse Childhood Experiences (ACE) Study. Am J Prev Med 1998;14:245–58. doi: 10.1016/s0749-3797(98)00017-8

39. Dube SR, Felitti VJ, Dong M, Giles WH, Anda RF. The impact of adverse childhood experiences on health problems: evidence from four birth cohorts dating back to 1900. Prev Med 2003;37:268–77. doi: 10.1016/s0091-7435(03)00123-3

40. Giovanelli A, Reynolds AJ, Mondi CF, Ou SR. Adverse childhood experiences and adult well-being in a low-income, urban cohort. Pediatrics 2016;137:e20154016. doi: 10.1542/peds.2015-4016

41. Hammen C. Generation of stress in the course of unipolar depression. J Abnorm Psychol 1991;100:555–61. doi: 10.1542/peds.2015-4016

42. Hammen C. Stress and depression. Annu Rev Clin Psychol 2005;1:293–319. doi: 10.1146/annurev.clinpsy.1.102803.143938

43. Thimm JC, Wang CEA, Waterloo K, Eisemann M, Halvorsen M. Coping, thought suppression, and perceived stress in currently depressed, previously depressed, and never depressed individuals. Clin Psychol Psychother 2018;25:401–7. doi: 10.1002/cpp.2173

44. Merrick MT, Ports KA, Ford DC, Afifi TO, Gershoff ET, Grogan-Kaylor A. Unpacking the impact of adverse childhood experiences on adult mental health. Child Abuse Negl 2017;69:10–9. doi: 10.1016/j.chiabu.2017.03.016

45. Hughes K, Bellis MA, Hardcastle KA, Sethi D, Butchart A, Mikton C, et al. The effect of multiple adverse childhood experiences on health: a systematic review and meta-analysis. Lancet Public Health 2017;2:e356–66. doi: 10.1016/S2468-2667(17)30118-4

46. Mahenge B, Stöckl H, Mizinduko M, Mazalale J, Jahn A. Adverse childhood experiences and intimate partner violence during pregnancy and their association to postpartum depression. J Affect Disord 2018;229:159–63. doi: 10.1016/j.jad.2017.12.036

47. Nelson DB, Uscher-Pines L, Staples SR, Grisso JA. Childhood violence and behavioral effects among urban pregnant women. J Womens Health (Larchmt) 2010;19:1177–83. doi: 10.1089/jwh.2009.1539

48. Wosu AC, Gelaye B, Williams MA. History of childhood sexual abuse and risk of prenatal and postpartum depression or depressive symptoms: an epidemiologic review. Arch Womens Ment Health 2015;18:659–71. doi: 10.1007/s00737-015-0533-0

49. Jackson JS, Knight KM, Rafferty JA. Race and unhealthy behaviors: chronic stress, the HPA axis, and physical and mental health disparities over the life course. Am J Public Health 2010;100:933–9. doi: 10.2105/AJPH.2008.143446

50. Wade R Jr, Shea JA, Rubin D, Wood J. Adverse childhood experiences of low-income urban youth. Pediatrics 2014;134:e13–20. doi: 10.1542/peds.2013-2475

51. Cronholm PF, Forke CM, Wade R, Bair-Merritt MH, Davis M, Harkins-Schwarz M, et al. Adverse childhood experiences: expanding the concept of adversity. Am J Prev Med 2015;49:354–61. doi: 10.1016/j.amepre.2015.02.001

52. Burch D, Noell D, Hill WC, Delke I. Pregnancy-associated mortality review: the Florida experience. Semin Perinatol 2012;36:31–6. doi: 10.1053/j.semperi.2011.09.007

## Authors' Data Sharing Statement

Will individual participant data be available (including data dictionaries)? *No.*

What data in particular will be shared? *Not available.*

What other documents will be available? *Not available.*

When will data be available (start and end dates)? *Not applicable.*

By what access criteria will data be shared (including with whom, for what types of analyses, and by what mechanism)? *Not applicable.*

## PEER REVIEW HISTORY

Received July 29, 2020. Received in revised form October 1, 2020. Accepted October 15, 2020. Peer reviews and author correspondence are available at http://links.lww.com/AOG/C143.

Pet. Ref. 96

Copyright © 2002. Taylor & Francis Group. All rights reserved.

CHAPTER 7

# "True Gifts from God": Paradoxes of Motherhood, Sacrifice, and Enrichment

In addition to the "realness problem" discussed in the previous chapter, pregnancy loss poses a cluster of other historically and culturally defined problems for bereaved parents. In this chapter I describe the moral problems that pregnancy loss poses for individuals in a culture that often understands pregnancy in terms of capitalist production and deems moral stature and worldly success to be the result of purposeful, individual effort.

When a woman's "pregnancy fails,"[1] she is exposed to the judgment of others. Given that she, too, is a member of society, it is not surprising that she may have internalized societal norms and may judge herself according to these standards as well. Because of how closely motherhood and womanhood are tied in our culture, her virtue as both a woman and mother may be questioned. Put in their most brutal form these questions are: What kind of a woman kills her own child while in the womb? What kind of a woman mis/carries or "loses" this most precious cargo? What kind of a woman produces a baby that is so flawed that people tell her it was a blessing that it died, or nature's way of protecting itself from such aberrations? The answers to these questions are no less unkind. Women report feeling like "a human coffin," "a living tomb," "a baby killer," "a freak."[2]

In the face of these debilitating judgments, the rhetoric of the gift provides a powerful defense. Many bereaved mothers use idioms of the gift to construct (or reconstruct) themselves as exemplary women and mothers in and against a context of capitalist production and consumption. Just as it does for many other non-normative child getting and rearing experiences,

145

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Ref. 97

146                          MOTHERHOOD LOST

the language of the gift "restores virtue to" (Modell 1999) the experience of
pregnancy loss.[3]

One of the reasons that the rhetoric of the gift is so effective in this re-
gard is the extent to which the meaning of "the gift" for Americans is still
colored by Christian understandings of this notion.[4] And while I believe this
is the case with regard to gift-giving in general, the sacred dimensions of
gift-giving are particularly pronounced in cases like the one examined here,
where the gifts in question are either children or transcendental gifts[5] like
those that many members of pregnancy-loss support groups describe as
being the result of their loss, such as greater faith in God, an improved set of
priorities, or greater appreciation for what they have.[6]

Just as the Christian inflections of the gift may be most apparent in such
exchanges, the paradoxical nature of gift exchange is also particularly clear in
cases like these. In her book *Inalienable Possessions*, Weiner focuses on mater-
ial things, yet her arguments about the paradox of keeping-while-giving can
help illuminate exchanges that involve children and transcendental gifts. In-
deed, as she notes, "the paradoxical tension created by keeping-while-giving
exists at the root of all attempts to defeat loss . . . the motivation for keeping-
while-giving is grounded in . . . the need to secure permanence in a serial
world that is always subject to loss and decay" (Weiner 1992:10). In the
United States, Christianity provides one of the main meaning systems by
which people seek to "secure permanence" and "defeat loss." Thus, in narra-
tives of pregnancy loss, the paradoxical nature of gift exchange is oftentimes
reinforced and strengthened by the paradoxes of Christianity. As Baldick
notes, "paradox . . . is pervasive in the literature of Christianity, a notoriously
paradoxical religion" (1990a:160).

## Pregnancy Loss as a Moral Problem

To an even greater extent than pregnancy, pregnancy loss is something that
is largely beyond the control of individuals.[7] Yet a number of things in our
culture serve to disguise this fact. The ethic of individual self-control and
responsibility runs deep throughout North American culture. Newman
(1988) has described how the "culture of meritocracy" functions to exacer-
bate the experience of unemployment and downward mobility in the United
States. In this secular version of the Calvinist ethic, success in business is
"viewed as a test of commitment, and the product of hard work and self-
sacrifice" and therefore "a measure of one's moral worth" (1988:76). A lack
of success is also evaluated in moral terms (especially by those who are ac-

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Ref. 98

customed to success). "If individuals are responsible for their own destinies, there is no one else to blame in case of failure" (Newman 1988:77).

This doctrine of individual responsibility is also evident in biomedical and popular understandings of health and illness. For example, in Martin's (1994) study of changing North American cultural models of the immune system she described an emerging form of social Darwinism. She observed that the immune system is coming to be used as "a scale measuring people and groups" and that this "allow[s] some people to feel especially potent" (1994:236) (and, one might extrapolate, others to feel especially impotent). Although Martin does not explicitly link her analysis to the Protestant ethic, there are clear connections. People are thought to vary in the "quality of their immune systems." The "elect," those with strong systems, will have lasting, if not everlasting life, while those with inferior systems will perish. The relative strength of immune systems is sometimes understood in terms of an individual's or group's genetics, but it is also frequently understood to be the result of an individual's conscious efforts at self-improvement (Martin 1994:237). Thus, if one is slothful, one will not achieve success/health; if one is well disciplined and gives one's system enough practice and training, one will be rewarded in the "currency of health" (Martin 1994:237).

Even in public health, there has been an increasing emphasis on individual "lifestyle" choices as the most important factor for improving (or diminishing) health. For example, Balshem describes how residents of a neighborhood with an elevated cancer rate in Philadelphia believed their illnesses were caused by toxic exposure from the chemical factories clustered in their neighborhood, and other sources of pollution. Representatives of the Fox Chase Cancer Center "sought to deflect this concern" and focused their efforts instead on getting individuals to "quit smoking, improve their diets, and schedule cancer screening tests at regular intervals" to reduce cancer risk (Balshem 1993:3).

The ethic of meritocracy is also conspicuous with regard to pregnancy and birth. In Ginsburg's (1989) study of abortion activists in the United States, she argues that with the advent of legal abortion, motherhood shifted from being a status that was ascribed to one that was achieved. Once women could safely choose not to become mothers, even after they were pregnant, the choice to keep a pregnancy and mother a child came to be seen as a moral achievement.

There are many other dimensions of contemporary North American culture that contribute to this understanding of pregnancy and childbirth as being the result of purposeful moral-laden activity.[8] Many feminist authors

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 108 of 754   PageID.4495

have observed the ways production metaphors inform our understandings of pregnancy and birth.[9] Martin notes that since the fifteenth century the same English word, "labor," has been used to describe "what women do in bearing children and what men and women do in producing things for use and exchange in the home and market" (1987:66). While in earlier times this notion of reproductive labor referred to preindustrial forms of production, it now has specific, if somewhat outdated, references to industrial production. For example, writing in 1971, Mitchell observed, "the child is seen as an object created by the mother, in the same way as a commodity is created by a worker" (Mitchell quoted in Martin 1987:67). The Calvinist ethic, and its more recent secular versions, see productive labor as both a sign of, and avenue for, achieving moral stature.[10]

To the extent that pregnancy and birth are understood in terms of production, pregnancy loss is, by extension, an instance of failed production.[11] Like success in business, reproductive success may be "viewed as a test of commitment, and the product of hard work and self-sacrifice" and thus, "a measure of one's moral worth" (Newman 1988:76). Like failure in business, reproductive failure may be read as the result of a lack "of willingness and ability to drive beyond the limitations of self indulgence and sloth" (Newman 1988:76).[12]

It is not surprising, since the "successful production" of a baby may be credited as a moral achievement, the result of self-discipline and labor, that the inability to bear children is oftentimes attributed to a moral failing on the part of the woman. As Sandelowski has observed, "In a cultural milieu characterized by the expectation that conception can be prevented, terminated, and initiated at will, and in which individual habits and life-styles have been persistently implicated in the onset of disease, not being able to have a child . . . is still often viewed as a kind of failure of will" (1993:22).[13] She delineates the (selfish and immoral) "life style choices" of women that are commonly blamed for infertility: the (selfish) postponement of childbearing, which brings with it in addition to age-associated risks, additional risks from prolonged exposure to contraceptive, occupational, and environmental hazards; sexually transmitted disease, associated with (immoral) early and frequent sexual contact and multiple sexual partners; and (selfish and immoral) personal habits such as overeating (the sin of gluttony) or undereating (the sin of vanity) and intensive exercise (1993:23).

Other reproductive experiences that do not measure up also tend to be blamed on women's moral failings. Schroedel and Peretz, for example, have noted that the current debate about fetal abuse focuses almost exclusively on maternal behaviors, particularly maternal substance abuse, rather than on

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

the social and environmental hazards such as poverty, malnutrition, and inadequate medical care that have long been associated with poor birth outcomes, or on the adverse birth outcomes caused by male behaviors (1995:86).

When one looks specifically at obstetrical understandings of pregnancy loss, one finds contradictory messages. For instance, in their discussion of the causes of spontaneous abortion, Bourne and Danforth (1975) begin with a long paragraph designed to reassure the women that it was not their fault:

> It is certain that there is virtually nothing a woman could possibly do herself to produce a miscarriage, . . . in almost all miscarriages the fetus dies . . . for causes that are beyond anyone's voluntary control (Bourne and Danforth 1975:261).

This absolution is revoked, however, in a later chapter on perinatal death, where the authors argue that "the decline in the perinatal death rate over the years has been due directly or indirectly to improvement in prenatal care" (Bourne and Danforth 1975:522). They conclude by revealing that their reason for writing the book was to get "pregnant women . . . to . . . accept more stringent supervision during their pregnancy" (Bourne and Danforth 1975:522). According to the authors, in order for this to happen, women:

> must understand the reasons for any inconvenience which they may undergo and they must realize that everything they are asked to do is for their own and for their babies' benefits. Above all, the mother and all the members of her family must realize that they must accept the final responsibility for her welfare and that of the unborn child (Bourne and Danforth 1975:522).[14]

Regardless of patent reassurances that they were not responsible for a miscarriage, and in fact were incapable of producing a miscarriage if they wanted to, ultimately, "the final responsibility" for the health of mother and her fetus is placed squarely with the mother. Thus, while women are assured after the fact that there was nothing that they could have done to have caused the loss, this message contradicts all the messages they received from their doctors and popular culture throughout the pregnancy on the importance of their agency in "producing" a healthy baby through self-discipline and submitting to the authority of experts.[15]

Paradoxically, the women's-health movement has contributed to this ethic of individual achievement, and in so doing has made the experience of pregnancy loss (or any other less-than-ideal birth) more problematic for women (see chapter 10, Layne 2002). The fundamental premise of the

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

150                    M O T H E R H O O D   L O S T

movement that women must wrest back control of their bodies from physi-
cians (especially during pregnancy and birth) reinforces the ethic of individ-
ual control and responsibility.[16] Childbirth educators who encourage preg-
nant couples to make a "birth plan" obscure the extent to which pregnancy
and birth are unpredictable, largely uncontrollable processes. For example,
throughout *The Bradley Method Student Workbook* (Hathaway 1989), the
emphasis is on women's control over their pregnancies and births. Even in
the chapter on "variations and unexpected situations," the message is not
that these things sometimes happen, but rather that if one is only diligent
and hardworking enough, such problems can be avoided (Hathaway
1989:64–65). It is clear that a "culture of meritocracy" applies as much here
as it does in the business realm. Like those who suffer economic downward
mobility, individual women may "fall from grace" and slip from "low risk"
to "high risk" if they are not morally vigilant.[17] If the pregnancy does not
end with a desired birth experience or birth outcome (for example, a healthy
baby), it is hard to imagine a woman who could not go back over that daunt-
ing list and find at least some areas in which she should have done more,
could have tried harder.

This ethic of individual achievement found in orthodox and alternative
obstetrics and in popular culture exacerbates the experience of pregnancy
loss. Among the middle classes, those who experience a loss may be cast (by
themselves, at least) as failed achievers. One version of this focuses on the
middle-class moral mandate to "finish what one starts." In the film *Some
Babies Die*, a woman who had had three stillbirths in three years articulates
these issues clearly. "You've failed, no matter how you look at it, you've
failed, because if you set out to do something, I believe you've got to finish
it, and here's something that you're trying to see through and you've got no
control over, and that's one thing that is to me vitally important, control."[18]

Donna Brunner (1992) vividly illustrates how the rhetoric of natural
childbirth exacerbates the experience of pregnancy loss in a piece entitled
"Me? Guilty?" She describes how after her first pregnancy, which was a
C-section, she attempted a "natural" vaginal delivery and lost her baby. She
explains that she "held off those unnatural drugs for as long as possible"
(19.5 hours) and now worries that if only she had taken some pitocin sooner
she might have saved her baby.

> Guilty? Oh, I'm guilty all right. . . . How come the "childbirth edu-
> cation" didn't do any good?. . . . of course, the classes tell you (or
> strongly imply) the everyone can handle the birth process if you just
> get in tune with your body and breathe, breathe, and breathe some
> more. But what about us who don't have easy births and who don't

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group,
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 111 of 754   PageID.4498

maintain the ability to "hout" during 26 hours of labor?. . . .

Guilty? Oh I'm guilty all right. I didn't do it right. I didn't hear her cry; I didn't see her move; I didn't hold her while she lived (guess I failed the "nursing on the table" criteria too).

Oh well, I'm guilty either way. I took it [pitocin] and Demeral and had an epidural and it was still a complicated birth, so I failed in the eyes of the natural childbirth/no drugs crowd *and* in the eyes of the world because I couldn't produce a baby that lived (Brunner 1992).

This creates a double bind for women who experience a loss. Either they accept responsibility for the pregnancy loss and therefore blame themselves for the death of their "baby," or they must admit that the loss was a bodily event over which they had no control. Despite the much-discussed dominance of the Cartesian split between mind and body, this is still experienced as "I am/was out of control." This alternative of acknowledging that one was not in control of oneself is hardly more palatable than self-blame. Lack of control is the first item Donna Brunner (1992) includes in her list of things she feels guilty for: "Guilty? Oh, I'm guilty all right. Guilty for not being 'in control.'" Sue Friedeck (1995a), whose son had survived fetal surgery for congenital diaphragmatic hernia but then was born prematurely and died thirteen days later, explains, "One of the hardest aspects of our loss of Michael was the feeling of helplessness and loss of control."

Nor is it easy to contemplate or accept the fact that the formidable forces of technoscience were not able to control nature when it really counted. Davis-Floyd has described "the need to create a sense of cultural control over birth, a natural process resistant to such control" (1992:63) and how the biomedical rituals of obstetrics "provide at least a sense of certainty and security to women that a natural process perceived as terrifying and uncontrollable can be controlled and rendered conceptually safe when its course is mechanistically channeled into predictable pathways" (1992:64).

Hence, it is not surprising that many North American women who experience pregnancy losses tell of feeling "out of control" and express an acute discomfort with this state of affairs.[19] At the same time, nearly all women worry that they were in some way responsible.[20] Indeed, one of the most disturbing findings of my research on the experience of pregnancy loss in toxically assaulted communities is how deeply ingrained and pervasive is this tendency to self-blame (Layne 2001). Even in communities where there is a ready-made, highly plausible external source of blame, many of the women I have interviewed persist in blaming themselves. The most notable example comes from Alsea, Oregon, where eight women signed a letter that

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

eventually led to the EPA's ban on federal use of 2,4,5-T. In their community, the National Forest Service and timber companies had been routinely spraying the local roadways and watersheds with the ingredients of Agent Orange, and, each time they did, statistically significant numbers of the local women miscarried. Nevertheless, one of the women who signed still believes, twenty years later, that her loss was due to a hike she took.

## Strategies for Dealing with Adversity

Newman identified two ways that downwardly mobile managers in the United States fend off the tendency to self-blame. Some use the concept of "categorical fate," that is, they see themselves as part of a group of victims whose plight is the result of large "social forces beyond their control" (1988:65).[21] Others focus on their individual personalities, but rather than finding fault with themselves, they attribute their difficulty to "manly flaws" such as exceptional "aggressiveness, rationality, and principled commitment, . . . praiseworthy attributes in American business" (1988:72). Neither of these strategies seem to work very well for women who have had a pregnancy loss. For most women in the United States, pregnancy loss is experienced as a highly private, individual, usually hidden event, and there is no equivalent for "manly flaws" for women who experience pregnancy loss. One cannot argue that it was because one was too much of a woman that this unfortunate event took place. On the contrary, since pregnancy loss is so directly tied to their sexuality, many women feel that these events threaten their womanliness.

And while a woman's role in reproduction (and pregnancy loss) is much more extensive and direct, men also suffer these losses, and their sexual identity may be significantly challenged as well. Men's sense of themselves as able reproducers may be threatened, and they may feel a sense of powerlessness at not having being able to avert disaster, to help their wives, and protect their children.

But members of pregnancy-loss support groups have found other resources for dealing with the threat to their identities as able, moral individuals that comes with pregnancy loss. The rhetoric of the gift appears to be one of the most widely used and versatile such devices. It enables bereaved parents to articulate and negotiate several of the tensions that result from pregnancy loss in our culture. It enables would-be parents to reassert some sense of control over a devastating personal event without condemning themselves. It also bridges the tension between the parents' sorrow and the moral mandate to be happy (Aries 1974:93–94). In other words, some of the most important redemptive resources for the "spoiled identity" (Goffman

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

1963) that pregnancy loss threatens are found, not within the sphere of secular production and commodity exchange, but in the spiritually infused discourse of the gift.[22]

One of the most important features of the rhetoric of the gift in this context is the way the notion of the gift functions paradoxically.[23] By situating their experience in the context of the paradoxical reversals of Christian dogma, many bereaved parents are able to reconcile the gap between their expectations and reality, and, in so doing, reassert a sense of themselves as virtuous and able.

## Of Gifts and Agency

As we saw in the previous chapter, gifts play a prominent role in the personal narratives of miscarriage, stillbirth, and early infant death of members of pregnancy-loss support groups. Whereas in that chapter I described the way that gifts of consumer goods are used in the construction of fetal personhood during a pregnancy and after its demise, in this chapter I focus on the various types of spiritual gifts associated with pregnancy loss. I describe the trajectories of these gifts, paying special attention to the issue of agency in each case, and discuss the qualities most often described as inhering to these gifts.

Spiritual gifts routinely appear in the narratives of pregnancy loss in six ways. In three of these the parents are cast in the role of receiver: when the "baby" is interpreted as a gift from God; when the "baby's" life and death are experienced as a source of valuable spiritual and/or interpersonal gifts for the parents; and when other people's acknowledgment of the loss is defined as a gift to the parents. In the three other cases the parents take the role of givers: when parents (especially mothers) are seen as givers of life and/or birth; when the death of the child is interpreted, often in the language of sacrifice, as a gift from the parents to God; and when bereaved parents feel the need to "pay back" the help they received by helping others. These six trajectories are by no means exclusive. Indeed, contributors who embrace the language of the gift tend to use it in its many manifestations, thereby creating dense, intratextually woven accounts that are permeated with this imagery.

## Parents as Receivers

**Baby as a Gift from God.**   The notion of the child as a gift from God is a common one in contemporary popular culture. An example is found in the soundtrack of the popular *The Rugrats Movie* released by Paramount Pictures

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

154                    M O T H E R H O O D   L O S T

and Nickelodeon Movies in 1999. The chorus of the duet sung at the shower for "Baby Dill" is "A baby is a gift, a gift from above. A baby is a gift from above."[24] As this example illustrates, all children may be understood in these terms. Nevertheless, the construct seems particularly apt in cases that highlight the un-inevitability of reproduction, as in cases of infertility, high-risk pregnancies, or pregnancy loss. For example, Christine Zemichielli, a contributor to the UNITE newsletter, describes how, when she learned she was pregnant in 1998, several years after having been diagnosed with poly-cystic ovarian syndrome, she "knew this was a gift from God."[25]

A number of contributors also cast their babies in this way after their loss. For example, Patricia Shute (1988) writes of her granddaughter, "God sent to us for six short days, Jennifer Maria to hold and love. And with his gift sent from above, came stronger faith and richer love," and Kathleen Bannon (1999) describes her son, who was stillborn five years earlier, as "God's special gift to me." The opening lines of a poem read by Denise Jones (1988) at the funeral of her son also use this image: "Your tiny body inside me—your tiny body to love. A gift from heaven—a gift from above." Marlene Castiaux of Hayward, California, describes how she learned that she was pregnant with "our second child three weeks before Christmas. What a Christmas present!" An ultrasound at nineteen weeks revealed that their baby had died. Six months after the loss, Marlene remarked that even though they had named their first-born "David Nathanael: beloved gift of God," she "had taken childbearing and children for granted!" She now understands that "children truly are a gift from God" (Castiaux 1988). Another example is found in the poem from which I take the title for this chapter. In a piece called "Two More Angels," Jennifer Habercorn (1996) describes her son and daughter as "true gifts from God."

The notion of these children as "true gifts" is remarkable in that in our culture, in order for a gift to be a "true gift" (or a "pure gift" to use Mauss's term), it is necessary for the gift to be alienable (cf. Parry 1986). According to Cheal (1988:10), "in modern western societies" the alienability of gifts "is a precondition for their being gifts rather than loans or shared possessions." The donor must have the exclusive right to freely dispose of the object (Cheal 1988:10).[26] Yet I would argue that the very idea of a child as a gift from God has within it the understanding that this individual will one day be returned to God. In other words, God never gives up his rights in the child.

This notion is present in Jewish tradition in the lore surrounding Beruryah (or Beruriah), a second-century Talmudic scholar from Tiberias.[27] Beruryah is said to have informed her husband that two of their

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

sons had died while he was at Temple, by saying, "'Some time ago a certain man came and left something in my trust: now he has called for it. Shall I return it to him or not?' When told she must return it, she showed her husband their sons' bodies, and then in order to comfort him in his grief, reminded him of the verse from Job, "The Lord gave and the Lord hath taken away" (*Encyclopaedia Judaica* 1971, *The Jewish Encyclopedia* 1901).

A number of contributors make explicit a similar understanding of this arrangement with God, that is, they interpret the baby not as a "true gift" from God, but as only a loan. In a poem entitled "My Little Angel" a man identified as Uncle Rick states, "Children come to this world on borrowed time" (Alvarado 1995).[28] This notion is also found in a poem entitled "God's Promise" by the nineteenth-century American poet John Greenleaf Whittier, which is reproduced periodically in the UNITE and SHARE newsletters: "'I'll lend you for a little while a Child of mine,' He said. For you to love her while she lives and mourn for when she's dead. It may be six or seven years. Or twenty-two or three. But will you, til I call her back, Take care of her for me?" (Whittier 1995/6).[29]

In addition to the notion of true gifts, or loans, we also find examples of children being given to women in exchange for something, as part of a bargain struck with God. "If you only give me a child (or let my next baby live) I'll. . . ." For example, in a piece entitled "My Second Pregnancy," Kelly Gonzalez (1988) tells of how she "prayed and begged God to let me become pregnant" after the stillbirth of her daughter. When she became pregnant she felt she should not ask for more, for example, help with labor. "During 16 hours of labor I refused to ask God for any help. I needed to show Him that I could do this, no matter how bad it was. It all paid off."

Whether understood to be a gift, a loan, or part of a bargain, parents are required to give in return: to give the child love and care, and to give God thanks for this privilege. Whittier ends his poem with God overhearing the parents agree to be grateful: "for the happiness we've known, forever grateful stay" (Whittier 1995/6); and the piece by the grandmother ends, "For now we know the privilege given in caring for this gift from heaven" (Shute 1988).

Sometimes parents understand their baby, rather than God, to be the giver of this gift. In several cases the child is represented as giving the gift of her/himself to the parents. For example, a father from Canton, Massachusetts, in a piece written one year after his daughter was born and died at twenty-three weeks gestation, writes, "It's been a year since you gave us the gift of your oh so short life" (Atwood 1990). Another father thanks his son for this gift: "Thank you, Jonathan, for giving us the time you had. We will

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

156                    M O T H E R H O O D   L O S T

always love you for it" (Nagele 1986a). These are just two of a whole series of examples found in narratives of pregnancy loss where the dead fetus or newborn takes on roles traditionally attributed to God.

**Baby Brings Transformative Gifts to Parents.**  Many members of pregnancy-loss support groups report feeling that the experience of loss resulted in valuable changes in their lives, changes often described as gifts. Of all the types of gifts discussed in pregnancy-loss support-group newsletters and literature, the idea that the life/death experience is a source of spiritual/personal enrichment is the most common and most thoroughly developed.[30] One remarkable feature of these types of gifts is that they are almost inevitably multiple, that is, if parents report any such gifts they almost always report several. Whereas in the case of the child as gift, it is typically God (and occasionally the child) who is the giver, in this case it is typically the child (and occasionally God) who has the active role of giver.[31]

The most fundamental gift the child is thought to give is that of making their mothers "mothers." For example, Bonita Martin (1995) dedicates her poem "I'm Still a Mother" to the memory of her son "who gave me the gift of being a mother."

In addition to this primary gift, the child is frequently construed to be the bearer of a whole host of other transformative gifts. For example, Diana Widell's daughter Kira died during labor two weeks before her due date. She had Down Syndrome and a serious heart defect. In a piece reprinted in the 1995 holiday issue of *SHARING* Diana writes:

> The Holidays are a time to count our blessing and to thank God for all we have been given. For those of us who have lost a child, giving thanks can sometimes be difficult. . . . Yet even in our grief we have found good. And there are things to be thankful for (Widell 1995).

She itemizes the benefits:

> I became more certain of who I was and what I wanted as my faith and dependency on God became essential in just getting through each day. . . . We found much we thought important before, no longer was. We also found things we took for granted before were suddenly very important . . . Kira's death taught us . . . contentment. We try to live day to day and have learned there are no guarantees in life. We have learned just wishing for something does not make it true (Widell 1995).

She ends with, "While I am not happy about Kira's death, I am thankful for all she has given me" (Widell 1995).

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 117 of 754   PageID.4504

Another example is found in a piece entitled "What I Learned from Baby Adam," written by Andrea D'Asaro, whose amniotic water started leaking at twenty-three weeks gestation, and after several days of hospitalization she developed a fever and the doctors induced labor. She gave birth to a "previable" son who stopped breathing once they cut the umbilical cord. As a result of "Adam's birth and death" she reports that she resolved "to give up complaining about my husband's faults, to throw out my lists of grievances I collect in a file by my bed waiting for a chance to read them to Ralph." She is still often annoyed by her husband's habits but she doesn't take them so seriously now, and instead turns her focus outward to others who are in distress: "my heart goes out to the homeless woman on the street, the stressed co-worker, the harried driver behind me" (D'Asaro 1996).

Most of the losses described in pregnancy-loss support newsletters take place well after the first trimester, but the notion that the child is a source of enrichment is not restricted to later losses. For example, Marie Allen and Shelly Marks end their book *Miscarriage* with a chapter entitled "Gifts," which focuses on how "our babies' lives and the process of grieving our babies' deaths brought us emotional, psychological, and spiritual gifts that changed our lives," gifts "that touched not only our lives but also the lives of countless others" (Allen and Marks 1993:211). Susan Erling (1984), who miscarried at ten weeks, writes, "It seems you only needed 10 weeks to make my life so much richer, and give me a small glimpse of eternity." Perry-Lynn Moffitt describes how the two miscarriages she had before the birth of her two healthy children helped her cope with her four subsequent miscarriages. She writes, "although their lives had been short, these miscarried babies had left an enduring legacy by augmenting my ability to order my priorities and cherish living loved ones more. . . . It is these babies' lasting gift to us as we struggle to integrate their absences into our lives" (1994:2).

This sense of gifts incurring from pregnancy loss is also a frequent topic at collective memorial services (which commemorate the full range of pregnancy losses from earliest to those that occur after birth). *SHARE*, for example, published a prayer written by its founder, Sister Jane Marie Lamb, for a memorial service held in Akron in 1986:

Oh God, . . . we come to you with all that has been part of the special gift of our babies, the joyful anticipation, the mourning period, the memories and letting go—reaching out. We are grateful for all those times. . . . For the times of letting go, and for the times of reaching out, for each new day and each ray of hope, for the gifts our babies left us: in giving us new eyes with which to see, new ears to hear

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group,
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 118 of 754   PageID.4505

more, a new heart to love with, and new values in many areas of our lives (Lamb 1986:4).[32]

The almost inevitable multiplicity of these gifts creates a sense of profusion and plenty. As we discussed in the previous chapter, narratives of pregnancy loss are fundamentally about "loss," "lack," and "absence," yet in these textually rich accounts one gets a sense of fruitful abundance.

For those who believe that their babies are still alive, now living in heaven, often in the form of angels (see Layne 1992), their children remain a source of ongoing gifts to their families on earth. Recall Cathy Hintz, the nurse/UNITE member mentioned in the previous chapter who hung crystal snowflakes in her kitchen window and described the rainbows they made as "unexpected gifts from our children in heaven" (Hintz 1988). Here it is the dead child who has replaced God as the giver of rainbows.

Another example is found in a letter written in the name of a dead baby, who explains, "I would like to share the full depth of love that one can only experience in heaven. I would like to share that love with you and ask that you use my gift well. I give you this gift . . . " (Kevin 1985/6).[33]

After a loss, a number of parents describe their subsequent children as a gift, not from God, but from their children now in heaven.[34] Laurie Holper (1991b) describes her subsequent daughter (who was born prematurely but survived) as "a gift from Josh," her son who had died two hours after birth.[35] In a piece called "One Mother's Feelings on Subsequent Pregnancy," Linda Rabinowitz (1983) writes, "In essence, she [her daughter who died after living two months] has given Joshua to us." Similarly, during an anxious pregnancy following the death of a son who died at forty-two weeks gestation, Debbie Hein describes how her husband reassured her by telling her that their daughter "would be a gift of love from Timmy" (Hein 1984). Another example is found in Linda McCann's (1985) "Love Letter to My Baby Girl," where she describes how when their subsequent child was born alive, "silently I thanked you over and over again. Joey is your gift to us."[36]

A few brave souls buck the mandate to find good in adversity. Pat McCann (1984) explains in her piece entitled "Growth Through Pain" that while she considers the fact that she has been forced to "grow farther than my years," "a very special gift from a very very special baby," she also acknowledges that "the knowledge almost never has been worth the pain." Marion Cohen, mathematician, author of numerous collections of poetry and essays on her many traumatic birth experiences, and UNITE member, writes in a poem titled "Bereavement and Growth": "It matures you they said. It matures you, they say. Wasn't I mature enough before? Was I really

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Ref. 110

that bad? Was I one of the worst? How come God chose me?" (Cohen 1981a). Another example is found in the piece discussed above by Mary Doherty in which she compares her loss to that of mother Mary. She concludes by saying of Mary, "She knew friends would say His death would teach people to value life. She asked why her son's life needed to serve as a lesson" (Doherty 1988).

**Acknowledgment of the Baby after Its Death—A Gift to the Bereaved Parents.**   The first two trajectories of giving concerned exchanges between the principal triad of God, child, parents. In this trajectory (and two others) the exchange takes place between bereaved parents and members of their wider social networks, including other members of support groups.

The acknowledgment of the loss is sometimes construed as a gift from others to the parents. Since our cultural norm is to ignore pregnancy loss—to avoid any reference to it, to act as if it never happened—the acknowledgement of the loss by family members, friends, the clergy, and so on may be experienced as a valuable gift for which the parents are grateful. For example, Janis Heil, during her editorship of the UNITE newsletter, wrote a piece entitled "Your Gift to Me" for the holiday issue in 1982. "What can you give me this holiday season? Your greatest gift to me is your listening" (1982/3). Cathy Holthaus, whose son was stillborn at full-term due to a knot in the umbilical cord, writes, "We know now that a friend who says, 'I've been thinking about you since you lost your baby' and waits for a response . . . is a gift" and goes on to say that an even "better gift is when someone" uses her son's name (Holthaus 1999). Another woman whose family gives a memorial gift in the name of their dead child every year at Christmas says, "We are grateful that they never forget" (Sariego 1996) (see chapter 9). Cathi Lammert describes her priest's recognition of her and her husband as parents as a precious and enduring gift: "I will treasure that compliment in my heart forever" (Lammert 1996). It is the fact that such acknowledgment is so rare and so much desired that qualifies it as a "gift."

## Parents as Givers

**Parents as Givers of Life and/or Birth for Which They May or May Not Receive Credit.**   Whereas in the first three examples parents are cast as receivers, some bereaved parents construe themselves as "givers" by virtue of the fact they created life and in some cases also "gave" birth. There are a number of possible recipients of this "gift of life," including the child,

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

the world, and oneself. For example, Gia Strozzieri writes of the birth of her daughter who lived sixteen days: "Today I brought into this world. A gift of love, my little girl. My little girl so pure and sweet. A gift to make my life complete. . . . Consumed with love that all could see for this little girl, who came from me" (Strozzieri 1996).[37] In this piece the mother clearly takes credit for this gift and identifies two recipients: the world and herself. David Nagele (1986) casts his role as father as co–gift-giver. In a piece given to his wife after the death of their son he writes, "we have lost a part of ourselves, a gift to each other, to mankind, to time. For children are a gift."

Cathi Lammert (1996) tells of how at the funeral for her stillborn son, "the priest told Chuck and I that we needed to be congratulated for . . . for giving [Christopher] life, eternal life." It is unclear whether this gift of eternal life is understood to come from the act of conceiving and bearing him, or from the rituals of baptism and Christian burial that the parents arranged for him subsequently, but Cathi goes on to suggest that it is "the gift of love" that qualifies people as parents. She tells her readers that "you too need to be congratulated for being your child's parent; for loving and wanting them with all your heart and soul" (Lammert 1996).[38]

Not all women are acknowledged in this way and this lack of public recognition for their role as parent (that is, as giver of birth, life, and love) creates an imbalance in the reciprocity required at gift-giving events like Mother's Day.[39] Kelly Gonzalez, coordinator of the Pikes Peak SHARE group, writes, "You may not even have gotten 'credit' for giving birth at all . . . It can . . . be painful as you purchase a card for your mother or father and realize that you should be receiving one, not just sending a card" (Gonzalez 1996). Another woman complains that had she not lost her pregnancy in April, she would have received cards on Mother's Day as a "mother-to-be," but the following year, after her pregnancy loss she received no cards, even though she feels herself to be a mother. "As a mother of an angel, society does not make cards for me" (Morhardt 1999).

Although women are the ones normally cast in this way, fathers are also occasionally thought of in these terms. For instance, Karen Burton wrote a piece for the Mother's and Father's Day issue of *SHARING*, in which she contrasts the experience of parenting her three living sons with that of parenting her son Joey. Joey was born with a major heart defect. He underwent surgery but a few days later suffered a massive heart attack. The parents disconnected the life support and he died nine days after birth. "As most people celebrate Mother's/Father's Days, they will reflect on the gifts they have received from their own parents or on the gifts they have received in being a parent. I cannot help but reflect on the great cost many of us have

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 121 of 754   PageID.4508

paid to be a "Mom" or "Dad." . . . We are parents who have paid a great price and we deserve recognition on these special days whether we have surviving children or not" (Burton 1996).[40]

**Sacrifice: The Baby as a Gift to God.**   Bereaved parents also sometimes construct themselves as givers by defining their child's death as a return gift to God.[41] For example, a poem by an uncle from Corpus Christi, Texas, written in the voice of a baby boy, Ray,[42] begins by granting God agency, "born out of love by God's design, a light for all to see" but ends by reversing the roles and stressing the agency of the parents as givers to God: "I'm now God's Ray of joyous light—a gift from Mom and Dad" (Dunham 1986). In another piece, John Fuchs of Indianapolis, the father of a baby girl who was born with lung and heart problems and lived for two days, depicts a similar two-way exchange—from God to them, then back to Him. In his piece entitled "Our Littlest Angel," addressed to God, he writes, "We didn't know why you'd required this baby we had conceived. Or why her time on earth was short, this daughter we'd received. We dedicated her to You before we gave her up" (Fuchs 1987). Even in cases like this, when the parents acknowledge that the logic of such gifts challenges their comprehension, constructing the loss as a gift to God edifies the loss and attributes agency to the parents at this moment of extreme helplessness.

One of the most common ways this is accomplished is by analogy with Christ's sacrifice.[43] With the crucifixion, God engages in what Kermode has called "the ultimate sacrificial excess" by allowing his only son to be killed for the salvation of sinners (Kermode 1987:393).[44] According to Miller (1998:115), in Christianity sacrifice serves as a "prevalent . . . model for appropriate religious behavior. The ideal of sacrifice and especially the abnegation of self-sacrifice remains close to the dominant ideals of Christian devotional love." But, as the reader may have noted, men write a disproportionately large portion of the pieces that cast the baby as a gift to God. It may be that given the Judeo–Christian examples of men who either sacrificed their sons or who were willing to do so, this notion may have special resonance for men.[45]

God's gift of his only son provides a model by which some bereaved parents understand their loss. The thought that because of his own son's death God can empathize with their grief makes the grief more bearable for some. One father writes, "We feel that if God so loved the world that He was willing to give up His Son, that we, too, could bear the pain" (Herr 1984). Judy Ward also compares her loss with God's: "for He too lost His precious Son before His earthly work was done. . . . so God understands our pain" (Ward 1987).

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

This analogy also helps bereaved parents transform/reverse the shame they may feel as a result of what, in another discourse, would be defined as a "reproductive failure," into pride. By analogizing their child to Christ, they reverse the valuation process that deems dead babies to be of no value. Not only are their babies of equal worth to other people's, in fact, they are of even greater worth, for they are, like Christ, not ordinary babies, but special, chosen ones (cf. Landsman 1999).[46] Ward, for example, makes explicit the analogy between Christ's death and that of her son by capitalizing "Son" in the final line of the poem: "Sweet little Tyler, God's chosen one. We are so proud you were our Son" (Ward 1987). Another mother (from Beaver, Pennsylvania) shares this view. Of her son who lived a few hours after his birth at twenty-four weeks gestation due to a uterine infection, she writes "Our infant son was born today, He came and died to show the way. As Jesus died, upon the cross" (Yoder 1985).

This analogy to the archetypical Christian sacrifice is also made by means of the symbol of the Lamb (see Hyde 1979:19). Jesus is often referred to as the Lamb because of his sacrificial death, and bereaved parents sometimes refer to their dead children as lambs. One poem, written in the voice of the child, reassures the parents, "I'm resting now beside the Lamb (Dunham 1986), and another poem written by a bereaved father (from Lexington, Nebraska) writes of his stillborn son, "Our little lamb has gone away" and later makes explicit this analogy with Christ, "My son I know you are not an angel, But a son of God I see" (Cantrell 1987).

In poems written at Christmas and Easter time, some bereaved mothers compare themselves to Mary. At Christmas the focus is on Mary's relationship with "baby Jesus" and the pangs that bereaved mothers may feel when they "view the manger scene" (Ingle 1982/83). Like "every baby in a stroller," each "Christ Child in a manger" may pull . . . at the core of [the] hearts and . . . souls" of bereaved mothers (Gana 1998). For example, a woman whose daughter was stillborn on December 15th and who left the hospital empty-handed the next day describes how hard it was for her, while waiting for her husband to bring the car, to see a woman with a new baby get into a car and to see the nativity scene set up in the lobby of the hospital (Amendolara 1997). In such cases, Mary may be a source of jealousy—just one more lucky woman who got the baby she desired.

At Easter time, the focus is on Jesus' death.[47] Whereas God actively chose to sacrifice his son, poor mother Mary didn't have much to say about it. Women empathize with Mary's powerlessness to prevent her son's death. For example, Mary Cushing Doherty, a lawyer and member of UNITE's board of directors, published a piece entitled "At the Foot of the Cross" in

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

an April issue of UNITE's newsletter. She explains in a note preceding the poem that she "composed the following Easter remembrance . . . while thinking about the death of Jesus and about the death of my own son, Tommy [who died three days after his birth]. I began to understand the grief that Jesus's mother must have felt while watching the untimely death of her son." It begins:

> She stood at the foot of His cross.
> She asked God if she could pray hard
> Enough for a miracle to keep Him alive.
> She received Him into her arms
> Bruised, cold limp
> She wished to hold the warmth of His life.
> She cried because she could not protect Him from an untimely death.
> She asked if she had done something wrong (Doherty 1988).[48]

Whereas in the earlier examples parents were comforted by the thought that God could understand their pain, in this case a bereaved mother offers compassionate understanding to Mary qua bereaved mother.[49]

As this example makes clear, not everyone experiences their loss as a gift; for some it is quite the contrary. Other examples include Cindy Hunn (1995) who writes of the stillbirth of her twins, "I feel like I have been robbed of the two most precious things in my life."[50] Jody Kozak (1987) from Salt Lake City likened her stillbirth to having "Christmas treats . . . stolen in the night."[51] Kathy Rosso Gana (1985) likens grief to a number of socially mandated but onerous fiscal obligations—unwelcome solicitations for charity, the obligation to pay bills and dues. She writes, "Two autumns in a row a child died within me. When grief came knocking on my door the second time around, I tried to tell him 'I gave at the office' . . . whether I like it or not the dues must be paid—one year of pain and suffering per child. Well, my bill is almost paid up" (Gana 1985).

For still others, the emphasis is not on giving or sharing but on the pleasures of exclusive possession. Susan Erling (1984) of St. Paul, Minnesota, who miscarried at ten weeks, writes, "for just 10 weeks I had you to myself."

**The Need to "Pay Back" Others for Their Support.** The final example of ways in which bereaved parents construct themselves as givers is found in the common notion among members of pregnancy-loss support groups of their need to "pay back" the help and support they received when they were going through the "early stages" of grief. Hannah Campbell (1993) explains in a piece entitled "Going Back and Giving Back to Group

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Meetings" that she still attends group meetings five years after the stillbirth of her son because "part of my remembering Marc is to give to others what I have gotten from others." In 1986 UNITE published a letter from Shelley Cocke thanking the organization for help in dealing with the stillbirth of her son. She describes how after a year she felt less grief and considered dropping out, but decided to continue attending. After the birth of her daughter, she "felt ready to try to give back some of the encouragement, the knowledge of the grief process, and the support [she] had received from other members" (Cocke 1986).[52] Her piece is followed by a note from the editors of the UNITE Notes thanking her for her return gifts: "Thank you Shelly, for your gift to UNITE—your time, your caring, yourself." Although this type of exchange is described in terms of "paying" or "giving back," in fact, it does not usually involve reciprocity within a dyad. More typically such gifts move from A to B to C, and so on. For example, Tami Leather credits a friend with enabling her to engage in this type of exchange. She thanks the friend for "loving support" and observes, "You have given me the courage to pass on to others the love and support that you have given to me" (Leather 1995). Sue Friedeck, while serving as editor of SHARING, tells how helping others can help restore the feeling of efficacy and control that is so challenged by a pregnancy loss. She refers to "A Hindu Proverb [that] says, 'Help thy brother's boat across, and lo! thine own has reached the shore'" (Friedeck 1995). While in this proverb the message is that one helps oneself by helping others, that is, that the two things can happen simultaneously, in her next sentence Sue stresses the more common temporal script of sequential role-shifting from helpee to helper. "At first, we may be the ones to be helped. In time, we can help others" (Friedeck 1995). Another female contributor worries about this time lag: "I know one can receive without giving for only so long, but I have not yet had enough energy to return the attention I've received" (Whipple 1995).

Hyde (1979) describes such exchanges as a common feature of transformative gifts and notes that spiritual conversions have the same structure.[53] "With gifts that are agents of change . . . passing the gift along is the act of gratitude that finishes the labor" (1979:46). This rhetoric may be a common feature of self-help groups in the United States. For example, the twelfth step in the Alcoholics Anonymous recovery program is the one in which "the gift is passed along" as "recovered alcoholics help other alcoholics" (Hyde 1979:46).

This form of gift-giving is especially important for bereaved parents in terms of reasserting their ability to act as able, moral agents.[54] The experience of pregnancy loss creates "children" of the would-be parents to the ex-

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 125 of 754   PageID.4512

tent that the experience incapacitates them, and this type of gift-giving rein-states the normative structure of dependency wherein parents hold the pri-mary role as helpers.[55]

## The Qualities of the Gifts

We have examined six gift-giving trajectories involving God, dead babies, bereaved parents, and their social networks, including other members of pregnancy-loss support groups. Let us now focus on the gifts themselves. A number of qualities characterize the gifts involved in the gift-giving trajec-tories discussed above including preciousness and specialness, durability and inalienability.

By far the most common adjective used to describe such gifts is "pre-cious." The most frequent use of this term is in the context of the child as gift. Take for example the summer 1995 issue of *UNITE Notes*. The first item is a thought from the director, Janis Heil, on the occasion of the twen-tieth anniversary of the organization, where she asserts, "grief is a natural response to the loss of a loved and cherished person. Our babies are precious beyond words." The next item is the poem mentioned above, which de-scribes stillborn twins as "the two most precious things in my life" (Hunn 1995:1). On the following pages appear a piece that ends with the line "I thank you, my precious son"; another written "for my precious boy" (War-ren 1995); and a birthday message "to our precious little girl" (Mommy and Daddy 1995:3).[56]

The term "precious" means "of great price or value; costly, of great de-sirability, held in high esteem, beloved; dear" (Guralnik 1970).[57] Like "pre-cious," the adjectives "valuable," "priceless" and "cherished," which are also frequently assigned to these gifts, also highlight the great worth of these gifts/lives and in so doing reverse the social hierarchy of worth normally as-sociated with such deaths.

Although the quality of preciousness is most frequently assigned to the baby, it is also sometimes used to describe subsequent children as well as other types of gifts associated with pregnancy loss. For example, Jean Schwabe (1984) of Kansas City, Missouri, writes of her son Nathan, who was born after a loss, "he is truly a 'gift given of God' which is the meaning of his name. We have found through this waiting time that the gift is more valuable, more priceless and cherished when one has waited for God's per-fect timing." In 1987 *SHARE* reproduced the philosophy of a support group called Precious Parents (a not-for-profit group of parents offering support to parents who have experienced the death of a baby in Cuyahoga

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Ref. 117

166         M O T H E R H O O D   L O S T

Falls, Ohio), which delineates the many other ways the quality of "precious-ness" may be considered applicable to the gifts that result from a pregnancy loss. In addition to asserting the preciousness of their dead babies, they define both the relationship they had with the baby and the memories and keepsakes they have as "precious." The lessons learned as a result of the loss (i.e., to value life and relationships) are likewise defined as "precious," and of value not only to themselves, but to other bereaved parents and professionals as well. They also use the concept of "preciousness" to critique the way the experience of loss is handled in our culture—singling out the lack of "precious recognition" for them as parents, how "precious-little-time" they are given to mourn, and how "people make our baby. . . . less precious by believing babies can be replaced" (Precious Parents 1987).

"Specialness" is another related quality often attributed to the gifts associated with pregnancy loss.[58] It is sometimes intensified by the use of "very" or even "very, very" (McCann 1984). Like "precious," "special" means "highly regarded" or "valued" but it also stresses the exceptionality of that described. In this sense it is similar to "rare," another term sometimes used to describe dead babies, for example, Lisa Casimer describes her daughter's short life as "precious and rare" (1987). Pregnancy losses are not the statistical norm; most pregnancies do result in a live birth. Even miscarriages, which are relatively common, occur only in about 15–20 percent of all pregnancies (if one does not include those losses that take place during the first two weeks after conception), and the second- and third-trimester losses and early infant deaths that feature so prominently in pregnancy-loss support-group newsletters represent only a tiny minority of pregnancies. The infrequent occurrence of such events combined with the cultural taboo regarding discussion of these deaths leads some members of pregnancy-loss support groups to call themselves or their loss a "freak of nature" (chapter 8, Layne 1997b). According to Fiedler, in our not-too-distant history, all fetuses were considered freakish—"travesties of the human form even the normal among us are at two, three, or four months after conception" (1978:18). Throughout Europe during the sixteenth and seventeenth centuries the collections of "curiosities of nature" popular among the aristocracy, natural scientists, doctors, lawyers, and educators often included "bottled embryos" (Duden 1991:41) or illustrations of human malformations including those of miscarried or stillborn fetuses (Hood 1991). What in an earlier era might have been prized as an example of what Francis Bacon called "nature erring[s]" (Hood 1991:3) are now sometimes prized as "my precious baby" specially chosen by God.

Much like mothers of children with disabilities who respond to the cultural devaluation of their children by asserting their specialness (Landsman

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 127 of 754   PageID.4514

1999), bereaved parents also use the rhetoric of "specialness" to counter the rhetoric of reproductive failure and to transform a statistical abnormality into something meaningful. The rhetoric of the gift transforms "a mistake" or "random error" into a "special child," "precious gift," "part of a special plan."

In a piece written for her grandson, who died during delivery and who is now pictured as "our precious angel up in the sky," Judy Ward of Willington, Colorado, writes, "you are gone from us, we don't know why," but then immediately provides an explanation—the baby was special and was chosen for this reason by God. "You were so perfect in form and face that He took you to His heavenly place. . . . He knew you were a special boy and He needed you to spread His joy" (Ward 1987). Another woman describes how, following the stillbirth of her son, she asked, "God, why my son? Then I remembered, the verse: I go to prepare a place for you. . . . Maybe my son has a special mission or job to attend to. Maybe he is helping in the preparations and getting everything ready for me" (Rodgers 1987).[59]

The notion of "special parent" is also found, though to a lesser extent than that of "special children." The reason that the quality of specialness is not as frequently used to describe bereaved parents may be that, unlike their babies, these parents are not in themselves considered gifts. In addition, unlike the foster mothers described by Wozniak (1999), they do not typically portray themselves as especially gifted parents. And whereas parents of foster children or children with disabilities face the day in/day out problems of caring and providing for the "special needs" of their children (Wozniak 1999; Landsman 1999), parents of children who die at birth or shortly thereafter do not face these special challenges and, in fact, are spared/denied even the normal demands of parenting. The extra needs of foster children and the extended dependency of children with disabilities on their parents contrast sharply with the experience of bereaved parents whose children no longer need them at all.[60] Nevertheless, as the givers and/or recipients of "special gifts" the parents are sometimes also construed as "special." For example, the "precious parent" group philosophy described above ends with the assertion "We are precious parents." This quality is derived from their role as both giver and receiver of "precious" gifts.[61] Kim Maycock (1999), a contributor to the Pikes Peak *SHARING*, writes, "I must be a special mother. Because I have been set apart. Some mothers carry their children in their arms—but I carry you in my heart." In addition, the typological thinking whereby the specialness of Christ is extended by analogy to the dead babies is sometimes, though much less frequently, found with regard to parents. For example, in a piece entitled "I was chosen. . . . ," Kathy Casey, leader of a support group, tells of the eleven weeks

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Resp. 119

that she carried her baby, "Jesse."[62] She writes, "It still amazes me how I was chosen—It was as if I was favored, blessed among women to carry him on his brief journey" (Casey 1995).

The other set of qualities most frequently attributed to the gifts associated with pregnancy loss are durability and inalienability, and these qualities speak to an implicit and sometimes explicit contrast between material and spiritual gifts. A number of bereaved parents use the term "lasting" to describe the gifts they received from their babies. For example, Perry-Lynn Moffitt describes her "babies' lasting gift to us" (Moffitt 1994:2); and Andrea D'Asaro concludes her piece "What I Learned from Baby Adam" with the assertion that "This landscape, where the people in my life come first, is my lasting gift from Adam" (D'Asaro 1996:3). Cathi Lammert wrote in the 1995 holiday issue of the *SHARE Newsletter* about her experience during the first holiday season after the loss of their son on December 4th. "We didn't get caught up with the hoopla of the season that year because our priorities changed. Perhaps this is the gift we experienced from little Christopher that season. Hold on to the love; this gift no one can take from you" (Lammert 1995). Whereas the embodied baby as gift can indeed be taken away, these spiritual lessons are lasting and inalienable.

Others describe how their pregnancy loss prompted a revaluation of their preoccupation with worldly goods in favor of things of more enduring value. For instance, Kristen Ingle ends a Christmas poem in which she mourns the fact that she cannot buy gifts for her daughter who died at thirty-three weeks gestation saying, "But I know in my heart you have the best Christmas gift, for you are with Him and no better gift could I give" (Ingle 1981/2b). Similarly, in a poem entitled "Chanukah Is Here," a mother describes buying Chanukah gifts for others, and although she mourns the fact that her son is not there to enjoy the pretty Chanukah candles, she casts the fact that she need not buy for him in a positive light: "This year, again, once more, I won't be in a quandary of what to buy. I give you my love . . . for that is eternal" (Kravet 1994). The notion of "true" gifts also points to the contrast between the glittery seduction of this-worldly consumer goods, which are soon outdated or broken, and the gifts of the world hereafter, which are eternal. In a piece called "A Gift of Meaning," in the winter issue of *UNITE Notes*, Janis Heil writes, "This is a season of gifts. Too easily it becomes plastic, artificial time of hurried irritation, looking for a gift that will fit, that will be the right color, or that will not break" (Heil 1985/6). She contrasts these superficial preoccupations of the Christmas season with four "realizations" that are "gifts"—"gifts from a child to its parents, and gifts we can, in turn, share with others." They are "(1) that

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

people are important, no matter how small or how short they live, (2) that love exists in ways previously unknown, (3) life is delicate and precious and must be handled with loving care, and (4) as others were there to help us in our need, we want to be there to help others in their need" (Heil 1985/6).

## Conclusions: The Paradox of the Gift

I began this chapter with a description of the moral problem that pregnancy loss often poses for individuals in our culture. We have seen how members of pregnancy-loss support groups use the rhetoric of the gift to negotiate the double bind of either blaming themselves for the loss or admitting that they were not in control of themselves. Like the classic elegists analyzed by literary critic W. David Shaw, these popular elegists turn "the wounds [death inflicts] on our consciousness. . . . into performances that are self-therapeutic and cathartic" (Shaw 1994:8),[63] and they do so by playing with and elaborating on the paradoxical nature of the gift.

The rhetoric of the gift is a morally laden one, and in the United States, especially when applied to life and death issues, it is colored by a Christian understanding of the gift. Through the use of paradox, the rhetoric of the gift effects a series of transformative reversals, reversals that are intertextually related to the classical paradoxes of New Testament Christianity. As Kermode explains in his literary analysis of the book of Matthew, "the new world is to be a world of paradox. . . . Under this new authority the world is turned upside down." Probably the best known of such paradoxes are those presented in the Beatitudes in the Sermon on the Mount: blessed are the poor, the mourners, the meek, the persecuted, the reviled (Kermode 1987:391), but the Gospels are teeming with them. Other examples include the parable of the laborers in the vineyard told by both Mark and Matthew, "so the last shall be first, and the first last." All of these paradoxes lead up to, and are transfigured, by the greatest New Testament paradox of all— that death is not what it seems.

As Shaw has observed, paradox has been a key trope in Anglo-American elegies historically. Paradox is defined as a "statement which seems false but is true" (Shaw 1994:2), and in the case of pregnancy loss, the principal example is that a "loss" is really a "gain." But as Shaw points out, paradox is a contradiction that "invites a solution" and the way it accomplishes this is by inviting "the thinker to remove the contradiction to [another] plane of consciousness," to cause "the mind to expand" (Shaw 1994:2,3). The paradoxical nature of the gift permits the "transcendence of the antinomies" by "allow[ing] one term to preserve its identity in a wider context" (Shaw

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 130 of 754   PageID.4517

1994:3). This is what Shaw means by the "'both-and' of a genuine paradox" (Shaw 1994:3). Thus, pregnancy loss can be, and indeed is, frequently understood to be simultaneously a great loss and source of significant gain. "Paradox" is defined as "a statement contrary to common belief," a statement that seems contradictory but may actually be true (Guralnik 1970), and members of pregnancy-loss support groups, like "the righteous" described by Kermode, "must defy common sense" if they are to find some good in the death of a wished-for child.

From this principal paradox stem other paradoxes. As we have seen, the rhetoric of the gift addresses the problem of control by reasserting parents' agency as givers. When parents construe the death of their baby as a sacrifice to God, or when they describe their newfound wisdom as gifts they have to offer other bereaved parents and the professionals who care for them, they are reinscribing the conventional status hierarchy that privileges givers. But, at the same time, in narratives of loss that construe the baby as a gift from God, and the purveyor of valuable spiritual lessons for the parents,[64] they are, paradoxically, casting themselves as receivers and doing so in a manner which challenges the moral superiority of giving. In these cases, being the recipient of such gifts is understood as both an indicator of moral worth and a pathway for enhanced spiritual/personal growth.

This paradoxical aspect of gift-giving is also found in Christian teachings. Despite the biblical instruction that it is "better to give than to receive," Christianity hinges on the fact that believers must accept Christ's gift of salvation. Christians are fundamentally receivers. It is God the Father who gives His children blessings and peace, and grants eternal life.

This paradoxical status of gift-giving is also evident in secular arenas of contemporary capitalist culture. In tribal societies, social status is both marked and made via the exchange of gifts with status accruing to the giver.[65] But in Anglo-American culture, the status ramifications of gift-giving are not so clear. It is well understood that more is better and getting more by means of gifts (for example, inheritance) remains one of the more morally acceptable routes for acquisition. Furthermore, one is not morally required to give what one has to others. For instance, as Hayden has observed, the queen of England very rarely gives anything away.[66] Given the mandate for capital accumulation, the "collections" of rich people, especially if they are men, are often respected and admired (Goldstein 1987).

The rhetoric of the gift also addresses the problem of self-blame and it does so in a way that does not jeopardize the treasured notion of control. If one understands the baby's birth and death to be a part of a master plan, one is no longer accountable for the event. The loss is still not understood to be

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

a random statistical event but one controlled by God rather than the self. Unlike the unemployed male managers and air-traffic controllers Newman studied who fended off the impulse to self-blame with the notion of categorical fate, these bereaved parents are achieving similar results by turning to a form of hyperindividuality via the notion of a special, precious, chosen child.

These narratives highlight the ways in which the spiritually infused rhetoric of the gift provides a valuable cultural resource that is mobilized by bereaved parents in their efforts to make sense of a culturally dissonant experience. The dissonance of their experience is reframed in a way that promotes the possibility of spiritual and social reintegration.

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, 2002. ProQuest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

*This page intentionally left blank*

Copyright © 2002. Taylor & Francis Group. All rights reserved.

Layne, Linda L.. Motherhood Lost : A Feminist Account of Pregnancy Loss in America, Taylor & Francis Group, Proquest
Ebook Central, http://ebookcentral.proquest.com/lib/qc-ebooks/detail.action?docID=1619410.
Created from qc-ebooks on 2023-11-28 16:59:32.

Pet. Ref. 124

Patient Education and Counseling 81 (2010) 454–461

Contents lists available at ScienceDirect

## Patient Education and Counseling

journal homepage: www.elsevier.com/locate/pateducou



# Counseling women with early pregnancy failure: Utilizing evidence, preserving preference

Robin R. Wallace [a,*], Suzan Goodman [b], Lori R. Freedman [c], Vanessa K. Dalton [d], Lisa H. Harris [e]

[a] University of California, San Francisco, Department of Family and Community Medicine, Department of Obstetrics, Gynecology, and Reproductive Sciences, 1001 Potrero Avenue, Ward 6D, San Francisco, CA 94110, USA
[b] University of California, San Francisco, Department of Family and Community Medicine, San Francisco, CA, USA
[c] University of California, San Francisco, Department of Obstetrics, Gynecology, and Reproductive Sciences, San Francisco, CA, USA
[d] University of Michigan, Department of Obstetrics and Gynecology, Ann Arbor, MI, USA
[e] University of Michigan, Department of Obstetrics and Gynecology, Department of Women's Studies, Ann Arbor, MI, USA

## ARTICLE INFO

Article history:
Received 28 February 2010
Received in revised form 29 October 2010
Accepted 30 October 2010

Keywords:
Early pregnancy failure
Miscarriage
Shared decision-making
Preference-sensitive decision
Patient preferences
Uterine aspiration
Counseling

## ABSTRACT

*Objectives:* To apply principles of shared decision-making to EPF management counseling. To present a patient treatment priority checklist developed from review of available literature on patient priorities for EPF management.
*Methods:* Review of evidence for patient preferences; personal, emotional, physical and clinical factors that may influence patient priorities for EPF management; and the clinical factors, resources, and provider bias that may influence current practice.
*Results:* Women have strong and diverse preferences for EPF management and report higher satisfaction when treated according to these preferences. However, estimates of actual treatment patterns suggest that current practice does not reflect the evidence for safety and acceptability of all options, or patient preferences. Multiple practice barriers and biases exist that may be influencing provider counseling about options for EPF management.
*Conclusion:* Choosing management for EPF is a preference-sensitive decision. A patientcentered approach to EPF management should incorporate counseling about all treatment options.
*Practice implications:* Providers can integrate a counseling model into EPF management practice that utilizes principles of shared decision-making and an organized method for eliciting patient preferences, priorities, and concerns about treatment options.

© 2010 Elsevier Ireland Ltd. All rights reserved.

## 1. Introduction

Early pregnancy failure (EPF) is a common occurrence, affecting approximately one in four women during her reproductive years [1,2]. EPF includes all first trimester pregnancy loss, embryonic or fetal demise, and non-viability [3]. As women and providers often use "miscarriage" to refer to this experience, we will use both terms interchangeably.

Beginning in the 1800s, EPF was managed primarily by surgical uterine evacuation. Treatment in the controlled environment of an operating room was prudent in the era preceding ultrasound, blood products and antibiotics, as it minimized both overall risk and complications of hemorrhage and infection [3–5]. However once these technical advancements became readily available,

providers appropriately began to consider and offer other kinds of management.

In the past two decades, many primary care providers began offering women expectant management – suggesting patients wait for the pregnancy to pass on its own [6,7]. Large scale trials subsequently documented the safety of this alternative to surgical treatment [8,9]. Next, providers began to apply aspiration to EPF management in ambulatory and emergency department settings, utilizing safety and efficacy data from other reproductive health arenas [10,11]. Outpatient EPF management options also expanded to include medical management with misoprostol [12,13]. Through clinical studies, all four treatment options were established as safe and effective treatments for EPF: (1) aspiration in the operating room, (2) aspiration in the office, (3) medical management with misoprostol, and (4) expectant management [8,14–16].

Trial data reveal that patients have strong preferences for the way in which EPF is managed, and report higher satisfaction when treated according to these preferences [16–18]. However, options can seem bewildering to patients, in particular because treatment

* Corresponding author. Tel.: +1 415 476 6717; fax: +1 415 206 3112.
E-mail address: wallacer@fcm.ucsf.edu (R.R. Wallace).

0738-3991/$ – see front matter © 2010 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.pec.2010.10.031

Pet. Ref. 125

R.R. Wallace et al./Patient Education and Counseling 81 (2010) 454–461

decisions can occur in the context of complex emotions that may include shock, disappointment and grief, but also sometimes relief, if the pregnancy was undesired [18,19]. Providers accustomed to one management strategy over others may also struggle to expand their discussion of EPF options and care with patients.

In this article, we will review the evidence for the preference-sensitive nature of miscarriage management and propose the shared decision-making model as an appropriate counseling framework for helping patients make treatment decisions.

## 2. Methods

To contextualize decision-making in miscarriage management, we begin with a review of common clinical presentations and emotions reported in the literature to be associated with EPF. To understand how women and their providers make decisions about miscarriage management, we reviewed all recent literature on safety and efficacy of each treatment, as well as patient preference data collected during treatment trials. Treatment options are described in terms of advantages, disadvantages, and relative efficacy based on data from clinical trials and expert guidelines. All published trials to date which utilize patient preference measures are reviewed and included to inform development of a counseling tool based on patient treatment priorities.

To establish a framework for the shared decision-making model, we present patient preference data in relation to current provider practices in miscarriage management. We then apply the shared decision-making model to comparable preference-sensitive decisions in women's health [20]. To enhance practical application of the model, we offer a patient treatment priority checklist, based on factors reported to be significant to patient satisfaction in the literature, and a summary of counseling techniques, described by experts in the field.

## 3. Early pregnancy failure

### 3.1. Presentation and common emotions associated with EPF

The way that miscarriage is diagnosed and managed is somewhat dependent on how and where a woman presents and seeks care. Women may be symptomatic or asymptomatic, and may or may not already have a pregnancy care provider. Sometimes the EPF diagnosis is first made when a woman presents to an emergency room with pain or bleeding; she may not have previously known she was pregnant. However, sometimes the diagnosis is made in the course of routine prenatal care, as an incidental finding by a provider or on ultrasound.

How a woman feels about miscarriage is affected by whether the pregnancy was planned or desired. Discovery of the pregnancy may arrive simultaneous to news of the loss, and can stir up numerous and sometimes competing emotions in women as well as providers. In a planned or desired pregnancy, feelings around miscarriage may range from denial to sadness to guilt, particularly if the patient believes she somehow caused the loss. In an unintended pregnancy, feelings may include relief that the pregnancy will not continue. Providers must recognize that EPF for women with an unintended pregnancy may be a qualitatively different experience than for those who want to be pregnant. Above all, by finding out what the failed pregnancy means to each individual, the provider can more meaningfully begin the process of counseling about treatment choices.

The woman's partner may also want to participate in counseling or assume support roles during the process of miscarriage. The feelings described by partners are typical of the grief and bereavement process [21,22]. In one study, many partners felt marginalized and wanted more time for discussion with doctors. Although these men felt support services for their partner were adequate, they thought more support services for male partners should be provided [21]. It may be appropriate to explicitly state that the partner is welcome to attend and participate in each consultation, according to the patient's wishes.

Table 1 provides additional counseling points that providers may find helpful in supporting women with EPF.

### 3.2. A preference-sensitive decision

For a clinically stable woman, expectant, medical, and surgical management in either an office or operating room, are all medically reasonable options. In the case of clinical equipoise, choosing management is a preference-sensitive decision. A well-recognized example of this is lumpectomy vs. mastectomy for early stage breast cancer. For this clinical scenario and for EPF management, the best choice depends on how the patient values perceived advantages and disadvantages of various treatment options [23]. However, EPF research demonstrates one half of women would change their management decision given a physician's recommendation [24]. For many preference-sensitive scenarios, applications of shared decision-making and other tools,

**Table 1**

| Counseling practice points for early pregnancy failure |
|---|
| • Consider remaining silent after providing initial results or information, allowing the woman to process and experience her emotions. Follow-up with open-ended questions and active listening |
| • Determine if the pregnancy is desired, as this will be important in helping a woman arrive at emotional resolution and a plan |
| • Normalize emotions by making reference to the way others might feel in a similar situation |
| • Validate feelings rather than trying to change them |
| • Avoid opinions about what patients "should" do, being aware of the boundaries between professional responsibilities and personal beliefs |
| • Whenever possible, encourage the woman to seek emotional support from others |
| • While waiting for results of an evaluation, provide reassurance that not all bleeding or cramping signifies a miscarriage, while avoiding guarantees that "everything will be all right" |
| • Assure that you will be available to her through the process, and answer questions as they arise |
| • Use neutral responses whenever possible, for example: |
|   • That is a question a lot of women wonder about |
|   • I'm glad you asked that question |
|   • That is a difficult question for me to answer. |
|   • Tell me more about what is concerning you |
|   • Is that what you were asking me? |
|   • Do you want to ask me more about that? |
|   • It is expected that you'll have mixed feelings about this |
|   • Some other women I have spoken with have experienced ____ |
|   • How would that work for you? |

Adapted from Dehlendorf [43] and Singer [61].

456   R.R. Wallace et al./Patient Education and Counseling 81 (2010) 454–461

such as decision aids, have been used in order to improve a patient's ability to assess medical evidence and to identify her own priorities for decision making [25,26].

In a similar fashion, we examine options for EPF management through this lens. All four treatment options have similar profiles for safety, subsequent conception, and patient acceptability [7,8,12,14–17,27–30]. Surgical management has very high success rates while aggregate efficacy data from clinical trials show wide ranges of treatment success for both expectant and medical management [7,8,12,14,15,27–29,31–34]. This is due in part to variable measures of "success" and strict experimental protocols that may utilize aspiration more quickly than observed in actual practice [35,36]. Notably, Zhang et al. applied a protocol that included both a second dose of misoprostol and a less stringent cutoff for endometrial thickness as a marker for completion, and found an 84% success rate for misoprostol [14]. Similarly, providers who practice longer waiting periods for completion with expectant or medical management may discover the higher efficacy data are more accurate for their patients.

### 3.3. Expectant management

Expectant management allows for "watchful waiting" of the natural process of miscarriage. A miscarriage allowed to proceed on its own can take days and up to eight weeks to complete, and definitions of success vary by the interval when intervention is recommended [37]. Among women who were counseled for realistic expectations about duration, discomfort, and potential need for later intervention, the acceptability is no different than for medical or aspiration management [9,27].

### 3.4. Medical management

Medical management offers patients an alternative to expectant management with a more predictable time to completion and overall cost savings [38]. Medical management of EPF commonly uses misoprostol alone, which acts to stimulate uterine contractions and soften the cervix, and has been shown to be effective, safe, and acceptable to patients [12,33,39,40]. Surgical management may still be necessary if the miscarriage does not occur spontaneously [15,37,41].

### 3.5. Office-based and operating room surgical management

Surgical management has historically taken place in hospital operating rooms under general anesthesia, but growing evidence supports the feasibility, acceptability [16], and cost-effectiveness [16,38,42] of aspiration in office settings. Manual and electric vacuum aspiration devices can be used in both settings, and either procedure can be undertaken in the office with local anesthesia plus oral analgesics and/or intravenous sedation, with a short recovery time. Office procedures generally require a shorter patient visit and may allow more timely care than scheduling or referring for an operating room aspiration.

Table 2 includes a summary of trial data and references detailing advantages, disadvantages, and reported efficacy of all management options [43].

**Table 2**
Summary comparison between expectant, medical, and aspiration management for early pregnancy failure.

| | Advantages | Disadvantages | Relative efficacy[a] |
|---|---|---|---|
| Expectant management | • Non-invasive<br>• Body naturally expels non-viable pregnancy<br>• Avoids anesthesia and surgery risks<br>• Allows for patient privacy and continuity of care | • Unpredictable outcome and timescale<br>• Process can last days to weeks<br>• Can have prolonged bleeding and cramping<br>• Despite waiting, may still need uterine aspiration | • *Embryonic demise or anembryonic pregnancy:* 16–75% Ankum et al. [4]; Luise [32]; Bagratee [27]<br>• *Incomplete abortion:* 82–96% Gronland [29]; Blohm [9], Bagratee [27] |
| Medical management (with misoprostol) | • Non-invasive<br>• Safe<br>• Can be highly effective<br>• Avoids anesthesia and surgery risks<br>• Highly cost-effective<br>• Allows for patient privacy and continuity of care | • May cause heavier or longer bleeding<br>• May cause short-term gastrointestinal and other side effects<br>• May still need uterine aspiration | • *Embryonic demise or anembryonic pregnancy:* 77–89% Herabutya [13]; Demetroulis [33]; Bagratee [26]; Zhang [14]; Ngoc [39]<br>• *Incomplete abortion:* 61–100% Pang [40]; Moodliar [31]; Weeks [34]; Bagratee [26] |
| Office-based aspiration management | • Predictable<br>• Offers fastest resolution of miscarriage<br>• Reduced duration of bleeding than expectant or medical<br>• Low risk (<5%) of needing further treatment<br>• Pain control with local plus oral or IV meds<br>• Compared to OR management:<br>  – May allow improved patient access and continuity of care<br>  – Improved privacy<br>  – Less patient and staff time<br>  – Resource and cost savings | • Rare risks of invasive procedure<br>• Less pain control options in some settings | • 95–100%<br>Milingos [28] |
| Operating room (Or) Aspiration Management | • Predictable<br>• Offers fast resolution of miscarriage<br>• Reduced duration of bleeding than expectant or medical<br>• Low risk (<5%) of needing further treatment<br>• Can be asleep | • More cost than office-based procedures<br>• More time and physical exams than office-based procedures<br>• Rare risks associated with invasive procedure and general anesthesia<br>• May be more bleeding complications under general anesthesia than in office-based procedures | • 95–100%<br>Demetroulis [33]; Gronlund [29], Trinder [15] |

[a] Relative efficacy for expectant and medical management varies based on protocol endpoints. Adapted from Dehlendorf [43].

Pet. Ref. 127

R.R. Wallace et al./Patient Education and Counseling 81 (2010) 454–461

## 4. Patient preferences and provider practices

### 4.1. Patient preferences

Many patients have strong preferences for their choice of EPF management, and report higher satisfaction when treated according to these preferences [16–18]. Unexpectedly high numbers of eligible women refused randomization and thus prolonged recruitment for the Miscarriage Treatment (MIST) trial, the largest of several trials that established evidence for expanded management options [15]. Wieringa-de Waard et al. altered their study design in a trial of expectant vs. surgical management to allow choice among women with strong treatment preferences who constituted 70% of eligible participants [8]. Both of these examples speak strongly to the preference-sensitive nature of EPF care.

Coincident with increasing awareness of patient-centered healthcare models, women's health advocates criticized the overall process of EPF care and lamented patient experiences of distress associated with physical aspects of miscarriage management [19,44,45]. Though studies show that most women report general satisfaction with care, nevertheless patients express discontent with providers that treated their miscarriage as mundane and thus conveyed a lack of urgency or insensitivity towards their condition [44,46]. Dissatisfaction with information dissemination, emotional support, timing of management, and follow-up or aftercare are also frequently reported patient concerns [44,46]. During the experience of miscarriage, many women are struggling with a perceived loss of reproductive control, and limited choice in how the miscarriage is managed may exacerbate this distress. Honoring a woman's preference for management may be a step towards reinstating her sense of control over the situation.

The success of management is dependent on a number of factors which should be taken into consideration when counseling women with miscarriage. Patient preference will depend upon individual circumstances, expectations, and awareness of the advantages and disadvantages of each management option. Drawing upon qualitative interviews from the MIST trial, Smith et al. describe a widely divergent set of preferences expressed by women and succinctly state, "there is clearly no 'one best way' to treat miscarriage that suits all individuals" [18]. However, studies show that when extensive counseling is used women may prefer expectant to surgical management with uptake rates as high as 70% [24,37]. When surgical aspiration is indicated or preferred, the majority of women elect an office-based procedure over one in the operating room under general anesthesia [16]. Supporting a woman in her preferred management also can result in improved quality-of-life scores and mental health scores [17]. Therefore, counseling is an essential part of the whole process, and must help the patient make an informed decision in an often emotional setting.

Three recent studies illuminate women's priorities when given options between expectant, medical, and surgical management [18,47] or between operating room and office-based surgical management [16]. All three studies report women's high prioritization of both pain-related factors and "time" of the process, (in the hospital, to get home, or to achieve a sense of "finality"). Women additionally prioritize the number of days of bleeding, and the overall safety or risk of complications requiring additional steps [18,47]. The study evaluating preferences for operating room vs. office-based surgical management found the amount of pain experienced in the office was acceptable to patients, and pain scores were not directly associated with satisfaction. However, the difference between expected pain level and experienced pain level was negatively associated with satisfaction, suggesting the importance of appropriate preparatory counseling and availability of pain control options. This study also found that women choosing office-based management scored "privacy," "avoiding going to sleep," and "previous experience" significantly higher than the operating room group [16].

It is important to recognize that the similarities between care for miscarriage and care for pregnancy termination can also influence the way treatment options are perceived by patients. Many women will share these experiences, as current rates show at least one half of American women will have an unintended pregnancy and one third will have an abortion during their reproductive years [48]. In the MIST trial, in-depth interviews demonstrated that some women favored medical and expectant management because surgical management seemed too "similar to abortion," in part because they had lingering hope that the fetus was still alive [18,49]. For example, a woman who preferred not to have surgical management said "I was relieved that it had miscarried naturally... the thought of having it killed on purpose, that's how I would have seen [an aspiration]" [18]. This was not the case for all women however. Others were equally uncomfortable with the concept of carrying something 'dead' inside their body and much preferred surgical intervention to the alternative of waiting. EPF patients who liken an aspiration to abortion may prefer using medical management when intervention is needed. In some cases, acknowledging the similarities and differences of pregnancy termination and miscarriage overtly during counseling for EPF could help undo the unnecessary compartmentalization of the two.

Despite strong preferences, many patients continue to make choices according to the physician's recommendation [16,24]. Therefore, provider treatment patterns and preferences are crucial to understanding patient satisfaction with miscarriage care.

### 4.2. Provider practices

Estimates of actual treatment patterns demonstrate that current practice reflects neither the evidence for safety and acceptability of all options, nor patient preference [16]. Past estimates of practice confirm expectant and operating room surgical management dominate recent treatment patterns in Europe and Canada [50,51]. A recent survey of U.S. providers reports on practices and attitudes towards EPF management since establishment that all four treatment options are medically appropriate [52]. Reponses reinforce that surgically trained providers prefer uterine aspiration and conduct it primarily in an operating room; nearly 80% of obstetrician/gynecologists reported no use of office-based aspiration. Family physicians and nurse midwives in this survey still largely prefer and utilize expectant management or refer out for aspiration.

These practices are influenced by many factors including procedural training, understanding of evidence-based safety and efficacy data, system resources, and staff buy-in [52], but fail to reflect what is known about patient preferences. Low utilization of medical management is associated with provider perceptions that misoprostol may not be safe or preferred by patients for EPF care [52]. Family physicians also report a lack of surgical back-up or staff support as barriers to using medical management [52].

Office-based aspirations also remain a small proportion of all surgically managed EPF. Reported barriers to office management include space constraints, lack of nursing or staff support, and lack of training [52]. Upholding clinical divisions between care for EPF and pregnancy termination may limit exposure and skill training in office-based uterine aspiration [5]. Though cost-effectiveness analyses support use of office-based aspiration over operating room management, some providers may be hesitant to undertake system changes and forego reimbursement for operating room procedures [16,42].

458                          R.R. Wallace et al./Patient Education and Counseling 81 (2010) 454–461

Furthermore, despite evidence that outpatient uterine aspiration is well-tolerated for other reproductive healthcare indications, many providers assume patients wish to have a painless, asleep procedure for EPF management [52]. This bias has been noted in the literature previously as shaping provider practice [5]. Providers aware of their own bias can respect patient preferences by including an open discussion of all options, even options that may not reflect their personal choice, or what they are prepared to provide.

In recent years, clinician training in family planning has steadily increased within obstetrics and primary care fields [53–55]. This may result in a cohort of providers that is more familiar with talking frankly about women's complicated feelings around pregnancy, and has more training in providing office-based aspiration and medical intervention for EPF patients.

## 5. Shared decision-making in EPF care

The gap between patient preferences and clinical practices in EPF management resonates with patterns seen in other preference-sensitive clinical scenarios. We suggest that in order to reconcile this mismatch between patient experience of miscarriage and provider approach to management, a new model for communication surrounding EPF treatment is needed. Some strategies for counseling patients surrounding the grief and distress with pregnancy loss have been offered previously [22,44,56], but a structured approach to decision-making is not present in the literature. In many medical arenas, shared decision-making is increasingly used to foster patient autonomy and applied in preference-sensitive clinical encounters [20,57–59]. Though such a model has yet to be applied explicitly to EPF management, advocates of patient-centered care have called for it [4,18,60].

Charles et al. outline a model for shared decision-making that operates through three primary components: (1) information exchange; (2) deliberation; and (3) negotiation about and agreement to implement a treatment decision [20]. The provider presents all medical information necessary to make the decision, the patient provides information about her personal circumstances, values, and priorities, and finally the provider also discusses personal preferences for treatment while acknowledging the values and bias that influence this choice.

We apply the model of shared decision-making to EPF care by utilizing evidence about patient priorities. This counseling framework aims to increase patients' knowledge, autonomy and control of treatment decisions [20], and may ameliorate patient's feelings of helplessness that can accompany both the experience of miscarriage and the task of facing a medical treatment decision [44]. The shared decision-making model requires a two-way exchange of information that includes sharing of values by both the provider and patient, in order to arrive at a treatment decision [20]. Negotiation may be more effective if the provider assumes a role of "healthy detachment" [61]. Singer et al. describes this as an examination of personal preference or bias to establish self-awareness and allow for a non-judgmental and non-directive discussion of management options. Providers can begin the process in advance by acknowledging that their training, available resources, and perceptions of patient preferences may influence how they present options to patients [61,62].

The integration of shared decision-making into EPF counseling is fluid in nature and will develop according to individual style. We suggest beginning with a review of all management options, including anticipated advantages, disadvantages, and outcomes, as referenced in Table 2. Next, we encourage providers to elicit patient priorities and preferences through use of a checklist, described below and found in Fig. 1. The provider can then disclose recommendations for treatments according to clinical discretion and evaluation of the patient's priorities. Finally, after an opportunity for the patient to consider all factors or to discuss them within her support network, a joint negotiation and agreement to a treatment plan can be reached.

### 5.1. Evaluating patient treatment priorities

Uncovering patient preferences for treatment can be challenging in the context of miscarriage. To create a patient treatment priority tool, we used the findings of three studies on women's priorities for miscarriage management to elucidate central themes reported. We then grouped these themes according to type (personal, emotional, and physical factors), and phrased each factor so it could be given a value by the patient as being: (a) not important, (b) somewhat important, or (c) very important, in her decision about miscarriage management options. The resulting patient treatment priority checklist is presented in Fig. 1, which can be used by patients to rank factors identified by the women in these studies.

Some patients will be comfortable self-administering a checklist, while others may prefer or require the assistance of the provider to review it. Future work will include further testing of this checklist and developing a validated decision aid for EPF management care.

## 6. Further counseling considerations

### 6.1. Providing options when choices are limited

When all EPF treatment options are not immediately available, it is prudent for providers to acknowledge such limitations, be informed about the availability of other management options, and provide timely referrals based on patient preference. Primary care providers accustomed to offering expectant management can identify back-up for medical and aspiration (both office-based and operating room) management. Emergency department (ED) providers can keep a referral resource list for patients, though there is also strong precedent for incorporation of aspiration management for incomplete miscarriage into ED practice [10,63].

Even providers with limited options can utilize the shared decision-making framework by incorporating referral processes in the information exchange. Some providers may discover that patients can have priorities both centered on care continuity, such as treatment by primary care provider or timeliness to completion, and factors characteristic of options they cannot directly provide. This discrepancy may encourage further exploration of how to expand EPF management within individual practices.

In spite of the best intentions, providers may not be able to readily overcome local standards and barriers in order to respond to the evidence in offering all therapeutic options. In fact, data indicate that providing evidence to providers alone is not enough to change medical practice [64,65]. Health care quality models show that training to implement systems change has greater effect than individual efforts at evidence-based innovation [66]. While increased training of all women's health providers in EPF management options is a first step, it is important to consider further actions to integrate new practices effectively. As an example, one hospital clinic collaborated with a local abortion clinic when working towards incorporation of office-based aspiration into their practice. For the first time, hospital staff accustomed to operating room procedures were able to observe that vacuum aspiration could be performed in an awake patient in a comfortable and humane way [5]. Like any new service, introducing office-based aspiration or medical management may be aided by steps such as building staff buy-in to align goals, providing staff training and piloting of the new service, setting

*R.R. Wallace et al. / Patient Education and Counseling 81 (2010) 454–461*          459

### Patient Treatment Priority Checklist for Early Pregnancy Failure

Please consider the following factors and rate their level of importance in making a decision about how to manage your miscarriage.

| TREATMENT PRIORITY | Not Important | Somewhat Important | Most Important |
|---|---|---|---|
| **Personal Factors** | | | |
| Maximize privacy | | | |
| Treatment by your own doctor | | | |
| If you have had a miscarriage or pregnancy termination before, want same treatment as previously experienced (may leave blank if n/a) | | | |
| Recommendation of treatment from friend / family | | | |
| **Emotional Factors** | | | |
| Most "natural" intervention | | | |
| Do not want to see the pregnancy tissue (or the "baby") | | | |
| **Physical Factors** | | | |
| Least pain | | | |
| Shortest time before miscarriage is complete | | | |
| Shortest time in the clinic / hospital | | | |
| Want to experience symptoms of bleeding and cramping at home | | | |
| Fewest days of bleeding after treatment | | | |
| Lowest cost of treatment to you | | | |
| Lowest risk of complications | | | |
| Lowest risk of need for other steps | | | |
| Want to avoid drugs | | | |
| Want to avoid going to sleep | | | |
| Want to be asleep | | | |
| Do not want to see blood | | | |
| **Other Factors (please list):** | | | |

Checklist based on treatment priorities evaluated by Dalton [16], Smith [18], Petrou [47].

**Fig. 1.** Patient treatment priority checklist for early pregnancy failure.

clear performance indicators to follow (such as patient satisfaction, time, or cost), and communicating effectively about the results to reinforce changes [67].

#### 6.2. Providing follow-up to EPF management

For all providers, whether the shared decision-making model is new or routine, we recommend a follow-up assessment with each patient to gauge management success according to individual preferences and values. During follow-up, providers also can evaluate health-related quality of life (HRQL) factors related to miscarriage management, such as limitations on social or role activities due to physical or emotional problems [17,68]. This

assessment should be made systematically, regardless of the method of treatment, to evaluate the decision-making process within individual practices and patient populations. The evaluation can incorporate a review of the patient treatment priority tool to look for preference patterns among patients or to compare patient rankings of priorities before and after the miscarriage. This may be particularly helpful for providers in becoming familiar with and adjusting how they use the checklist.

Follow-up counseling has been shown to reduce the incidence of adverse psychological outcomes following EPF management. In a randomized control trial over a 12-month period following EPF management, women receiving intensive "caring-based counseling" compared to standard counseling showed better

emotional well-being scores, although these improved with time in both groups [68].

In addition to offering such follow-up, it may be helpful for women who are particularly bereaved to counsel about anniversary phenomena, to role-play how she might discuss the loss with family and friends, or to help her prepare for future events such as the birth of a friend's baby.

## 7. Discussion and conclusion

### 7.1. Discussion

There are four reasonable strategies for treatment of EPF: expectant management, medical management, uterine aspiration in the office, and aspiration in an operating room. In rare instances in which women present with unstable vital signs, dramatic infection or hemorrhage, or serious underlying illness, operating room management may be the only prudent option. However there is strong evidence for the safety and efficacy of all four treatment options in the vast majority of circumstances.

This makes EPF the ideal condition in which patient preference should prevail in management decisions. There is good evidence that women have strong and varied preferences, and greater satisfaction when treated according to these preferences. Many women do prefer office-based aspiration and medical management, the two strategies most recently added to traditional approaches of expectant and operating room aspiration. It appears that many providers, however, do not offer women the full range of safe, effective options available.

Reasons for lack of offering all options are complex, and may include provider training, skills and comfort of support staff, the difficulty of making institutional changes, and patient–provider communication, including the time pressures on busy clinicians. It may be difficult for individual providers to overcome local standards and barriers, which is why systems change is also needed to increase patients' access to comprehensive management for EPF.

Patient–provider communication may be the easiest barrier to change, and therefore this article offers a model for improved communication – shared decision-making – as well as a patient decision-making tool to assist in EPF management. Shared decision-making may not suit all patients [69] or all providers [70]. However, this model allows for equal exchange of information, creating a partnership and balance of power during the intimate and personal experience of miscarriage. It suggests a context for presenting the evidence on EPF management options, and an organized method to elicit patient priorities and concerns about management. With shared decision-making, providers also are encouraged to examine and to be transparent about their own values and the factors that influence the services they offer to women with EPF. Ultimately, fostering a woman's agency during miscarriage and its management can be a great source of empowerment for her.

### 7.2. Conclusion

Women experiencing EPF are unique in their clinical presentation, their emotional experience, and their priorities for management. The choice of management is a highly preference-sensitive decision and we encourage providers to discuss all options with their patients, even if they are unable to provide all services directly.

### 7.3. Practice implications

A patient-centered approach to EPF management incorporates evidence for treatment options and patient preferences. Providers of EPF treatment should inventory their own practice to determine the barriers to offering women with EPF the full range of treatments deemed safe and efficacious.

To the extent to which communication with patients and concomitant time pressures influence treatment recommendations, a shared-decision-making framework and decision tool may help serve women better. The patient treatment priority checklist presented here may aid providers in integration of this method into clinical practice.

These are initial strategies to implement change in current practice to improve EPF management for women. Additional barriers to comprehensive EPF care should be identified and targeted.

*Role of funding:* Dr. Dalton's effort on this project is supported by grant number 1 K08 JS015491 from the Agency for Healthcare Research and Quality. The authors have no acknowledgements or conflicts of interest to report.

The authors have no acknowledgements or conflicts of interest to report.

## References

[1] Ventura SJ, Abma JC, Mosher WD, Henshaw SK. Estimated pregnancy rates by outcome for the United States, 1990–2004. Natl Vital Stat Rep 2008;56:1–25. 28.

[2] Gynaecologists RCoOa. The management of early pregnancy loss. RCOG guide-line, vol. 25. London: RCOG Press; 2000.

[3] Chen BA, Creinin MD. Contemporary management of early pregnancy failure. Clin Obstet Gynaecol 2007;50:67–88.

[4] Ankum WM, Wieringa-De Waard M, Bindels PJ. Management of spontaneous miscarriage in the first trimester: an example of putting informed shared decision making into practice. Brit Med J 2001;322:1343–6.

[5] Harris LH, Dalton VK, Johnson TR. Surgical management of early pregnancy failure: history, politics, and safe, cost-effective care. Am J Obstet Gynecol 2007;196. 445 e1–e5.

[6] Hurd WW, Whitfield RR, Randolph Jr JF, Kercher ML. Expectant management versus elective curettage for the treatment of spontaneous abortion. Fertil Steril 1997;68:601–6.

[7] Chipchase J, James D. Randomised trial of expectant versus surgical management of spontaneous miscarriage. Br J Obstet Gynaecol 1997;104:840–1.

[8] Wieringa-de Waard M, Vos J, Bonsel GJ, Bindels PJ, Ankum WM. Management of miscarriage: a randomized controlled trial of expectant management versus surgical evacuation. Hum Reprod 2002;17:2445–50.

[9] Blohm F, Friden B, Platz-Christensen JJ, Milsom I, Nielsen S. Expectant man-agement of first-trimester miscarriage in clinical practice. Acta Obstet Gynecol Scand 2003;82:654–8.

[10] Farrell RG, Stonington DT, Ridgeway RA. Incomplete and inevitable abortion: treatment by suction curettage in the emergency department. Ann Emerg Med 1982;11:652–8.

[11] Edwards S, Tureck R, Fredrick M, Huang X, Zhang J, Barnhart K. Patient acceptability of manual versus electric vacuum aspiration for early pregnancy loss. J Womens Health (Larchmt) 2007;16:1429–36.

[12] Nielsen S, Hahlin M, Platz-Christensen J. Randomised trial comparing expec-tant with medical management for first trimester miscarriages. Br J Obstet Gynaecol 1999;106:804–7.

[13] Herabutya Y, Prasertsawat OP. Misoprostol in the management of missed abortion. Int J Gynaecol Obstet 1997;56:263–6.

[14] Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM. A comparison of medical management with misoprostol and surgical manage-ment for early pregnancy failure. N Engl J Med 2005;353:761–9.

[15] Trinder J, Brocklehurst P, Porter R, Read M, Vyas S, Smith L. Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial) Brit Med J 2006;332:1235–40.

[16] Dalton VK, Harris L, Weisman CS, Guire K, Castleman L, Lebovic D. Patient preferences, satisfaction, and resource use in office evacuation of early preg-nancy failure. Obstet Gynecol 2006;108:103–10.

[17] Wieringa-De Waard M, Hartman EE, Ankum WM, Reitsma JB, Bindels PJ, Bonsel GJ. Expectant management versus surgical evacuation in first trimester miscarriage: health-related quality of life in randomized and non-randomized patients. Hum Reprod 2002;17:1638–42.

[18] Smith LF, Frost J, Levitas R, Bradley H, Garcia J. Women's experiences of three early miscarriage management options: a qualitative study. Br J Gen Pract 2006;56:198–205.

[19] Layne LL. Pregnancy and infant loss support: a new, feminist, American, patient movement? Soc Sci Med 2006;62:602–13.

[20] Charles C, Gafni A, Whelan T. Shared decision-making in the medical encoun-ter: what does it mean? (or it takes at least two to tango) Soc Sci Med 1997;44:681–92.

[21] Khan RA, Drudy L, Sheehan J, Harrison RF, Geary M. Early pregnancy loss: how do men feel? Ir Med J 2004;97:217–8.

R.R. Wallace et al./Patient Education and Counseling 81 (2010) 454–461

461

[22] Conway K, Russell G. Couples' grief and experience of support in the aftermath of miscarriage. Br J Med Psychol 2000;73(Pt 4):531–45.

[23] O'Connor AM, Wennberg JE, Legare F, Llewellyn-Thomas HA, Moulton BW, Sepucha KR, et al. Toward the 'tipping point': decision aids and informed patient choice. Health Aff (Millwood) 2007;26:716–25.

[24] Molnar AM, Oliver LM, Geyman JP. Patient preferences for management of first-trimester incomplete spontaneous abortion. J Am Board Fam Pract 2000;13:333–7.

[25] Wennberg JE. Unwarranted variations in healthcare delivery: implications for academic medical centres. Brit Med J 2002;325:961–4.

[26] Whelan T, Levine M, Willan A, Gafni A, Sanders K, Mirsky D. Effect of a decision aid on knowledge and treatment decision making for breast cancer surgery: a randomized trial. J Am Med Assoc 2004;292:435–41.

[27] Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. Hum Reprod 2004;19:266–71.

[28] Milingos DS, Mathur M, Smith NC, Ashok PW. Manual vacuum aspiration: a safe alternative for the surgical management of early pregnancy loss. BJOG 2009;116:1268–71.

[29] Gronlund L, Gronlund AL, Clevin L, Andersen B, Palmgren N, Lidegaard O. Spontaneous abortion: expectant management, medical treatment or surgical evacuation. Acta Obstet Gynecol Scand 2002;81:781–2.

[30] Lee DT, Cheung LP, Haines CJ, Chan KP, Chung TK. A comparison of the psychologic impact and client satisfaction of surgical treatment with medical treatment of spontaneous abortion: a randomized controlled trial. Am J Obstet Gynecol 2001;185:953–8.

[31] Moodliar S, Bagratee JS, Moodley J. Medical vs. surgical evacuation of first-trimester spontaneous abortion. Int J Gynaecol Obstet 2005;91:21–6.

[32] Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. Brit Med J 2002;324:873–5.

[33] Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. Hum Reprod 2001;16:365–9.

[34] Weeks A, Alia G, Blum J, Winikoff B, Ekwaru P, Durocher J, et al. A randomized trial of misoprostol compared with manual vacuum aspiration for incomplete abortion. Obstet Gynecol 2005;106:540–7.

[35] Nanda K, Peloggia A, Grimes D, Lopez L, Nanda G. Expectant care versus surgical treatment for miscarriage. Cochrane Database Syst Rev 2006;CD003518.

[36] Sotiriadis A, Makrydimas G, Papatheodorou S, Ioannidis JP. Expectant, medical, or surgical management of first-trimester miscarriage: a meta-analysis. Obstet Gynecol 2005;105:1104–13.

[37] Sur SD, Raine-Fenning NJ. The management of miscarriage. Best Pract Res Clin Obstet Gynaecol 2009;23:479–91.

[38] You JH, Chung TK. Expectant, medical or surgical treatment for spontaneous abortion in first trimester of pregnancy: a cost analysis. Hum Reprod 2005;20:2873–8.

[39] Ngoc NT, Blum J, Westheimer E, Quan TT, Winikoff B. Medical treatment of missed abortion using misoprostol. Int J Gynaecol Obstet 2004;87:138–42.

[40] Pang MW, Lee TS, Chung TK. Incomplete miscarriage: a randomized controlled trial comparing oral with vaginal misoprostol for medical evacuation. Hum Reprod 2001;16:2283–7.

[41] Graziosi GC, Mol BW, Reuwer PJ, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. Hum Reprod 2004;19:1894–9.

[42] Rocconi RP, Chiang S, Richter HE, Straughn Jr JM. Management strategies for abnormal early pregnancy: a cost analysis. J Reprod Med 2005;50:486–90.

[43] Dehlendorf C, Panton T, Wolfe M, Hahn L, Goodman S. Management of Early Pregnancy Loss;. In: Early Abortion Training WorkbookThird Edition, San Francisco, CA: UCSF Center for Reproductive Health Research & Policy; 2007 Chapter 8.

[44] Lee C, Slade P. Miscarriage as a traumatic event: a review of the literature and new implications for intervention. J Psychosom Res 1996;40:235–44.

[45] Layne LL. Motherhood lost: cultural dimensions of miscarriage and stillbirth in America. Women Health 1990;16:69–98.

[46] Friedman T. Women's experiences of general practitioner management of miscarriage. J R Coll Gen Pract 1989;39:456–8.

[47] Petrou S, McIntosh E. Women's Preferences for Attributes of First-Trimester Miscarriage Management: A Stated Preference Discrete-Choice Experiment. Value Health 2008.

[48] Institute G. Facts on induced abortion in the United States; 2008.

[49] Frost J, Bradley H, Levitas R, Smith L, Garcia J. The loss of possibility: scientisation of death and the special case of early miscarriage. Sociol Health Illn 2007;29:1003–22.

[50] Hemminki E. Treatment of miscarriage: current practice and rationale. Obstet Gynecol 1998;91:247–53.

[51] Wiebe E, Janssen P. Management of spontaneous abortion in family practices and hospitals. Fam Med 1998;30:293–6.

[52] Dalton VK, Harris LH, Gold KJ, Kane-Low L, Schulkin J, Guire K, et al. Provider knowledge, attitudes, and treatment preferences for early pregnancy failure. Am J Obstet Gynecol 2010;202(June (6)) [531 e1-8 Epub 2010 Mar 15].

[53] Almeling R, Tews L, Dudley S. Abortion training in U.S. obstetrics and gynecology residency programs, 1998. Fam Plann Perspect 2000;32:268–71. 320.

[54] Eastwood KL, Kacmar JE, Steinauer J, Weitzen S, Boardman LA. Abortion training in United States obstetrics and gynecology residency programs. Obstet Gynecol 2006;108:303–8.

[55] Dehlendorf C, Brahmi D, Engel D, Grumbach K, Joffe C, Gold M. Integrating abortion training into family medicine residency programs. Fam Med 2007;39:337–42.

[56] Carter D, Misri S, Tomfohr L. Psychologic aspects of early pregnancy loss. Clin Obstet Gynecol 2007;50:154–65.

[57] Murray E, Charles C, Gafni A. Shared decision-making in primary care: tailoring the Charles et al. model to fit the context of general practice. Patient Educ Couns 2006;62:205–11.

[58] Makoul G, Clayman ML. An integrative model of shared decision making in medical encounters. Patient Educ Couns 2006;60:301–12.

[59] Frosch DL, Kaplan RM. Shared decision making in clinical medicine: past research and future directions. Am J Prev Med 1999;17:285–94.

[60] Wieringa-de Waard M, Bindels PJ, Vos J, Bonsel GJ, Stalmeier PF, Ankum WM. Patient preferences for expectant management vs. surgical evacuation in first-trimester uncomplicated miscarriage. J Clin Epidemiol 2004;57:167–73.

[61] Singer J. Options counseling: techniques for caring for women with unintended pregnancies. J Midwifery Womens Health 2004;49:235–42.

[62] Simmonds KE, Likis FE. Providing options counseling for women with unintended pregnancies. J Obstet Gynecol Neonatal Nurs 2005;34:373–9.

[63] Brancato JC, Meunier-Sham J, Kharasch SJ. Management of incomplete spontaneous abortion with suction curettage in the pediatric emergency department. Pediatr Emerg Care 1998;14:148–51.

[64] Gulmezoglu AM, Langer A, Piaggio G, Lumbiganon P, Villar J, Grimshaw J. Cluster randomised trial of an active, multifaceted educational intervention based on the WHO Reproductive Health Library to improve obstetric practices. BJOG 2007;114:16–23.

[65] Davis D, O'Brien MA, Freemantle N, Wolf FM, Mazmanian P, Taylor-Vaisey A. Impact of formal continuing medical education: do conferences, workshops, rounds, and other traditional continuing education activities change physician behavior or health care outcomes? J Am Med Assoc 1999;282:867–74.

[66] Berwick DM. Disseminating innovations in health care. J Am Med Assoc 2003;289:1969–75.

[67] Goodman S, Gordon R, Eckhardt C, Osborne S, Grossman D, Spiedel JJ. Beyond education and training: making change stick. Contraception 2009;79: 331–3.

[68] Swanson KM. Effects of caring, measurement, and time on miscarriage impact and women's well-being. Nurs Res 1999;48:288–98.

[69] de Haes H. Dilemmas in patient centeredness and shared decision making: a case for vulnerability. Patient Educ Couns 2006;64:291–8.

[70] Murray E, Pollack L, White M, Lo B. Clinical decision-making: physicians' preferences and experiences. BMC Fam Pract 2007;8:10.

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

**17**

CHAPTER 17

# Pregnancy loss

**Alisa B. Goldberg MD, MPH, Daniela Carusi MD, MSc, and Carolyn Westhoff MD**

---

**LEARNING POINTS**

- Failed early pregnancy can be managed expectantly, with misoprostol, or by suction curettage.

- Compared to suction curettage, expectant management of failed early pregnancy is less effective at causing complete abortion; it is associated with more bleeding and unscheduled curettages, but no increased risk of infection.

- Misoprostol, 800 μg administered vaginally and allowed 1 week to work, is approximately 80 to 85% effective at causing expulsion of an anembryonic pregnancy or early embryonic demise.

- In cases of incomplete abortion, expectant management is highly effective. Misoprostol, 600 to 800 μg given vaginally or orally, may speed completion.

- Management options for second-trimester pregnancy loss include dilation and evacuation or labor induction with misoprostol. Modern evidence comparing these techniques is limited.

---

## Introduction

Pregnancy loss in the first or second trimester can result from failure of an embryo to develop, embryonic or fetal death, or spontaneous expulsion of a pregnancy. Much of the literature on pregnancy loss suffers from lack of uniform terminology and definitions. For purposes of national vital statistics reporting in the USA, researchers commonly define *spontaneous abortion* as pregnancy loss prior to 20 weeks' gestation. *Fetal death* is defined as intrauterine fetal demise (IUFD) at 20 weeks' gestation or greater, and a late fetal death is an IUFD after 28 weeks' gestation [1,2]. As early as 1903, Williams stated that the term "miscarriage" was used by laypeople and that clinicians preferred "spontaneous abortion [3]." Application of ultrasonography in contemporary medical practice has allowed for earlier and more precise diagnosis. The term *early pregnancy failure* (EPF) refers to first-trimester pregnancy loss categorized sonographically into two types. A pregnancy that develops without any fetal pole is called an *anembryonic gestation*. The presence of a gestational sac that contains an embryo (at least 5 mm in length) or fetus without evidence of cardiac motion is termed an *embry-*

*onic or fetal demise*. Among women with easy access to care, many spontaneous abortions are now identified with minimal or absent symptoms because of the widespread use of sonography.

Of the approximate 205 million pregnancies that occur worldwide each year, 133 million result in live birth, 42 million are terminated by induced abortion, and 30 million end in spontaneous pregnancy loss [4]. In the USA alone, spontaneous abortions exceed 900,000 reported cases annually [1], and many additional cases go unreported [5]. Because pregnancy loss is a frequent occurrence, women's health practitioners must be prepared to diagnose and treat this condition appropriately. After providing some background information on the epidemiology of pregnancy loss, this chapter describes approaches to the diagnosis and modern management of first-trimester pregnancy loss in general and second-trimester pregnancy loss resulting from IUFD. Pregnancy loss in the second trimester also can result from obstetric complications, such as placental abruption, chorioamnionitis, preterm premature rupture of membranes, and advanced cervical dilation with or without bulging membranes. Reviewing the pathophysiology, diagnosis, and management of obstetric complications is beyond the scope of this chapter, but physicians generally use or adapt dilation and evacuation (D&E) or induction techniques (Chapters 11 and 12) to treat such cases of pregnancy loss.

---

*Management of Unintended and Abnormal Pregnancy*, 1st edition. By M Paul, ES Lichtenberg, L Borgatta, DA Grimes, PG Stubblefield, MD Creinin
© 2009 Blackwell Publishing, ISBN: 9781405176965.

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:05 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 133

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

## Epidemiology

### Frequency estimates

Spontaneous abortion occurs in 8 to 20% of clinically recognized pregnancies. In the 2002 US National Survey of Family Growth, US women reported that 17% of pregnancies in the previous 5 years resulted in spontaneous abortion; correcting the estimate for the underreporting of induced abortion decreased the proportion to 15% [3]. Although social stigma is unlikely to lead to underreporting of spontaneous abortion, multiple sources agree that these events are underreported. Most studies do not include spontaneous abortion occurring before 5 completed menstrual weeks. The reported frequency of spontaneous abortion depends on the health care system, the source of the information, and the age distribution of the population.

Routine surveillance by the US Centers for Disease Control and Prevention (CDC) tracks births, fetal deaths, and induced abortions, but not pregnancy losses prior to 20 weeks' gestation. In 1999 the CDC estimated the number of clinically recognized pregnancies occurring between 1981 and 1991 to provide denominators for rates of pregnancy-related outcomes. Of all pregnancies that occurred during the study period, 62.5% resulted in live births, 21.9% ended in induced abortion, 13.8% were spontaneous abortions, 1.3% were ectopic, and 0.5% ended with fetal death after 20 weeks' gestation [1]. Applying these percentages to national birth data for the USA between 1991 and 1999, Grimes estimated that approximately 7,882,974 spontaneous abortions and 285,615 fetal deaths occurred during this interval [6]. Assuming consistent rates during this 8-year interval produces estimates of 985,372 spontaneous abortions and 35,702 fetal deaths per year.

The frequency of spontaneous abortion is greatest in the early or mid first trimester and progressively decreases throughout the second trimester. Older estimates suggest that 87% of spontaneous abortions occur before 13 weeks' gestation, 9% at 13 to 15 weeks' gestation, and 4% at 16 to 19 weeks' gestation [7]. A recent study indicates that the subsequent loss rate of pregnancies with fetal heart tones between 10 and 13 weeks' gestation is extremely low. In a large multicenter study of spontaneous pregnancy loss after amniocentesis, the control group included more than 31,000 women who had singleton pregnancies at 10 to 13 weeks' gestation with fetal heart tones and who did not have invasive prenatal diagnostic procedures; the spontaneous loss rate before 24 weeks' gestation was 0.94% [8]. Although infrequent, the rate of loss after documented heart tones increases with maternal age [8].

### Risk factors

Many studies agree that the strongest risk factor for spontaneous abortion is advancing maternal age. Both trisomic and chromosomally normal spontaneous abortions increase with age. Monosomy is not associated with increasing maternal age, but all known trisomies are. A Danish study of all pregnancies from 1978 to 1992 with a hospital-based outcome included 101,851 spontaneous abortions [9]. Among women aged 20 to 24, 8.9% of all recorded pregnancies ended in spontaneous abortion compared to 74.7% of pregnancies among women aged 45 or older. In the Jerusalem Perinatal Cohort Study, which included 1,506 women with spontaneous abortions [10], women over age 35 had a markedly increased risk of spontaneous abortion (adjusted odds ratio 8.3, 95% CI 6.7, 10.3) compared to women aged 20 to 24. The risk for spontaneous abortion increased 16% with each additional year of maternal age. That study also showed that the risk increases with advancing paternal age (after adjustment for maternal age), but the effect is not as strong (odds ratio 1.9, 95% CI 1.6, 2.3 for men aged 35 to 39 compared to men aged 25 to 29). The highest risk for spontaneous abortion occurs with advanced age of both the woman and the man.

Other factors that have been consistently associated with spontaneous abortion include a short interpregnancy interval (generally less than 3 to 6 months) [11], a history of previous spontaneous abortion, and maternal diabetes [10]. Studies are inconsistent regarding previous induced abortion, but a large case-control study found no association [12]. Research examining this issue is limited by underreporting of induced abortions and the methodological difficulties of identifying a suitable control group (Chapter 16).

Smoking is the main clearly defined, modifiable risk factor for spontaneous abortion. Maternal smoking during pregnancy increases the risk of spontaneous abortion in a dose-dependent fashion; however, prepregnancy smoking is unrelated [13,14]. Heavy paternal smoking is also associated with spontaneous abortion [15]. Alcohol consumption and high levels of caffeine intake may be weakly associated with spontaneous abortion [16]. Occupational exposures have been the subject of many studies, but associations are not well defined. In contrast, factors weakly associated with a reduced risk of spontaneous abortion include higher parity, higher maternal or paternal education, and higher social class [10]. Occurrence of spontaneous abortion in the USA does not vary by race; according to national statistics, however, Black race is associated with an increased risk of fetal death at 20 weeks' gestation and beyond [2].

In comparison to first-trimester anembryonic pregnancies, fetal death after 13 weeks' gestation is weakly associated with aneuploidies and more strongly related to thrombophilias [17,18]. Later losses are also related to maternal infections, genetic syndromes, and structural abnormalities.

### Morbidity and mortality

Since 1979 the CDC has conducted surveillance of deaths in the USA from all pregnancy outcomes, including spontaneous abortions at less than 20 weeks' gestation. From

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:05 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 134

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

1981 to 1991, the overall case-fatality rate was 0.7 per 100,000 spontaneous abortions. The risk of death was higher among non-White women, those over aged 35, and those beyond 12 weeks' gestation [7]. Reported causes of spontaneous abortion-related deaths included infection 59%, hemorrhage 18%, embolism 13%, anesthesia-related complications 5%, and other causes 5%. Disseminated intravascular coagulopathy (DIC) was associated with half of the cases where it was not listed as the primary cause of death [7].

Pregnancies complicated by IUFD may be associated with an increased risk of maternal death, but data are conflicting. A single-institution retrospective analysis found no increased risk of maternal morbidity or mortality associated with IUFD compared to delivery of a viable fetus at a similar gestational age [19]. However, a recent estimation of maternal death rate by pregnancy outcome based on US national statistics suggests that the risk of maternal death is greater with IUFD than with live birth, spontaneous abortion, or legal induced abortion [6]. These data include second- and third-trimester IUFDs and do not report on underlying diagnoses or etiologies of the fetal demise.

## Diagnosis

Spontaneous abortion is diagnosed by history of bleeding and pain, physical examination, and by ultrasound examination when available. Serial serum quantitative human chorionic gonadotropin (hCG) monitoring helps in some cases. Because routine, early first-trimester prenatal sonogram for dating or for first-trimester screening is highly prevalent in the USA and many other countries, women often receive the diagnosis of EPF prior to the development of any symptoms.

### Sonography

Sonographic findings diagnostic of EPF include either an embryo 5 mm or greater in size without cardiac activity or a mean gestational sac diameter 13 mm or greater with absent yolk sac. A recent report using 5 to 6 mHz transducers found that 100% specificity was not reached until a cutoff of 16 mm (Chapter 6). With or without symptoms, these findings indicate EPF. Because both pregnancy dating and sonography are imperfect, diagnosis of spontaneous abortion in a woman with a wanted pregnancy may require two sonographic assessments to differentiate an EPF from a misdated pregnancy. When no yolk sac is visible, the clinician must also consider the diagnosis of ectopic pregnancy. In addition to ultrasound, serial hCG levels performed approximately 2 days apart can help distinguish normal from abnormal pregnancies. When a yolk sac is not clearly visible on ultrasound and serial hCG levels are not rising normally, uterine evacuation with inspection of tissue for the presence of villi can definitively distinguish between ectopic pregnancy and EPF (Chapter 18).

Early pregnancy failures have been further classified sonographically as anembryonic gestations or embryonic or fetal demises. In the large, multicenter Management of Early Pregnancy Failure (MEPF) trial, US researchers defined anembryonic pregnancy as an empty gestational sac with a mean diameter of at least 16 mm or insufficient growth of the sac over at least 5 days. If the gestational sac contained a yolk sac but hCG levels increased less than 15% over a 2-day period, then EPF was confirmed. Embryonic or fetal demise was diagnosed in the absence of fetal heart motion with an embryonic pole or crown-rump length of at least 5 mm, or the absence of growth over time of a smaller embryo [20].

### Clinical diagnosis

The clinical stage of the spontaneous abortion process is described according to the presence or absence of symptoms at the time of presentation, the degree of cervical dilation, and the amount of tissue already passed [21] (Fig. 17.1). Mild bleeding with a closed cervix is prevalent in early pregnancy. In a woman with a positive pregnancy test, this clinical picture is often called *threatened abortion* in the absence of sonographic findings.

If history, examination, or sonogram indicates that the patient has passed tissue, then the diagnosis is either *incomplete abortion* or *complete abortion* depending on the amount of residual tissue in the uterus. No single objective standard differentiates these two entities, and the decision to intervene on clinical grounds often results in a patient receiving a diagnosis of incomplete abortion regardless of whether retained products of conception are present. If the cervix is dilated, contractions are in progress, and no tissue has yet passed, then the clinical diagnosis is imminent or *inevitable abortion*.

The distinctions among these diagnostic subgroups may guide treatment options, and they are generally needed for the purposes of coding and reimbursement in the USA. For instance, the term *missed abortion* is clinically outdated, but it may be the best diagnosis code for an asymptomatic woman with an anembryonic pregnancy or embryonic demise by sonogram. No data indicate that these clinical diagnostic distinctions are useful to ascribe etiology.

The time of diagnosis tends to occur later in women whose early pregnancy loss is diagnosed only with the advent of pain and bleeding; it occurs sooner in women who undergo a routine, early first-trimester sonogram, whether for dating or for first-trimester screening.

## Management of early pregnancy loss

Spontaneous loss of a desired pregnancy is emotionally distressing for the woman and her partner. Health care personnel can help these patients and their families by showing empathy and support at all times. Women carrying undesired pregnancies may feel relieved that the loss occurred

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:05 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.



**Figure 17.1** Natural course of spontaneous abortion (miscarriage) with opportunities for intervention. (Adapted and reprinted with permission from Ankum et al [21].)

spontaneously, avoiding the need for an induced abortion. Alternatively, some women make the decision to terminate their pregnancy, present for an induced abortion, and are diagnosed with a pregnancy loss incidentally on ultrasound. The provider should inform such patients of the diagnosis, as it may alter their preference for management and their insurance coverage for the procedure. Likewise, equivocal findings should be explained. Anecdotally, most women choose to proceed with the induced abortion as originally planned without a definitive diagnosis, but some women prefer to obtain a follow-up ultrasound for confirmation.

Once the diagnosis of pregnancy loss is established, the clinician should discuss management options with the patient. Options include expectant, medical, and surgical management. A patient in the first or second trimester who is clinically stable with no evidence of hemorrhage or infection does not require immediate uterine evacuation and should be given adequate time to consider her options. When faced with a pregnancy loss, some women request immediate uterine evacuation and others prefer to wait until they feel emotionally ready or can obtain another medical opinion. Patient preference deserves strong consideration when selecting a management option. A study of quality-of-life outcomes found that women managed according to their preference had the best outcomes [22]. The effectiveness of treatment plans, medication-dosing regimens, surgical techniques, and risk of complications vary by gestation. Women who are Rh(D) negative and have had any bleeding during the current pregnancy should receive anti-D immune globulin at the time of their initial assessment. Rh(D)-negative women with no bleeding should receive anti-D immune globulin when they initiate treatment.

## Management of first-trimester pregnancy loss

For more than 60 years in the USA, dilation and curettage (D&C) with either a sharp or vacuum curette has been the treatment of choice for early pregnancy loss [23]. As is still the case in some countries with restrictive abortion laws, universal D&C was adopted in the USA to prevent hemorrhage and sepsis in an era when abortion was illegal; antibiotics, synthetic prostaglandins, and ultrasound were unavailable; and a large proportion of women presenting with presumed complications of spontaneous pregnancy loss actually had undergone clandestine and unsafe induced abortions. Despite liberalization of abortion laws and numerous medical advances, routine curettage remains standard treatment for pregnancy loss in many places. Today in countries where abortion is legal, spontaneous abortions usually are truly spontaneous, and they are often diagnosed with ultrasound in asymptomatic women. Moreover, safer vacuum

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:05 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 136

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

aspiration methods and prostaglandin analogs such as misoprostol are increasingly available worldwide. In light of these changes, the ideal management of spontaneous pregnancy loss needs to be revisited.

### Surgical management

Vacuum aspiration to evacuate a failed pregnancy in the first trimester is performed in a fashion similar to first-trimester pregnancy termination (Chapter 10). Clinicians can use either an electric vacuum source or a handheld manual vacuum aspirator (MVA). The procedure can readily be accomplished using local anesthesia or moderate sedation in an outpatient facility [24] except in certain cases of severe maternal disease or serious pregnancy-related complications (Chapter 7). Surgical management of EPF is the treatment of choice for women who present with heavy vaginal bleeding or signs of infection with possible retained tissue and for those in whom the diagnosis of ectopic pregnancy cannot be excluded. If ultrasound fails to confirm an intrauterine pregnancy prior to uterine evacuation, villi are not identified after uterine aspiration, and serial hCG levels are not falling appropriately, the patient warrants treatment for ectopic pregnancy (Chapter 18).

Although 95% of induced abortions in the USA occur in freestanding clinics or physicians' offices [25], studies from Europe and North America suggest that spontaneous abortions are commonly managed in hospitals with suction curettage in an operating room [26–28]. Data have confirmed the safety of induced abortions performed in non-hospital settings [29], and no evidence suggests that different scenarios are medically necessary for the two conditions [26]. Moreover, one study found that MVA in an outpatient setting using local anesthesia or moderate sedation saved a significant amount of time and money compared to suction curettage in a hospital operating room [30]. A recent study evaluated the treatment preferences and satisfaction of women with EPF who chose between suction curettage in an office or operating room setting. Many women expressed strong preferences, and the priorities of the women differed. Women who preferred the office setting regarded privacy and a desire to avoid drugs and remain awake as highly important. Satisfaction was high in both groups, although underestimating the amount of discomfort of procedures performed without intravenous sedation or general anesthesia was associated with lower levels of satisfaction in the office group. Women in the operating room group were four times more likely to have hemorrhage-related complications, which the authors attributed to use of halogenated gases for general anesthesia [31].

### Expectant management

Although suction curettage for first-trimester pregnancy loss is an extremely safe procedure, it may not be necessary in all cases. In a large observational study, 686 women with a failed early pregnancy or incomplete abortion chose between expectant management and suction curettage under general anesthesia. The 478 (70%) women who chose expectant management were followed for 4 weeks, or longer if they requested extended observation, to determine if they completely expelled the products of conception without requiring curettage. Women who initially presented with an incomplete abortion were the most likely to have complete expulsion. Regardless of initial diagnosis, success rates improved the longer women waited before intervention [32] (Table 17.1). Because spontaneous abortion is a physiologic process that often begins with abnormal embryonic development or demise and then progresses with cervical softening, bleeding, uterine contractions, and expulsion, it makes sense that complete abortion rates are higher among those diagnosed later in the process and those given more time (Fig. 17.1).

Several randomized clinical trials have compared expectant management to suction curettage [33–37]. These studies demonstrated a wide range of efficacy of expectant management. Efficacy is influenced by the type of pregnancy failure at the time of initial diagnosis, the interval allowed

**Table 17.1** Types of miscarriage and outcome in patients who chose expectant management. Values are numbers (percentages). (Reprinted with permission from Luise et al [32].)

| Group classification at diagnosis | Patients | Complete miscarriage[a] | | Successful outcome by day 46 |
| --- | --- | --- | --- | --- |
| | | By day 7 | By day 14 | |
| Incomplete miscarriage | 221 (49) | 117 (53) | 185 (84) | 201 (91) |
| Missed miscarriage | 138 (31) | 41 (30) | 81 (59) | 105 (76) |
| Anembryonic pregnancy | 92 (20) | 23 (25) | 48 (52) | 61 (66) |
| Total | 451 (100) | 181 (40) | 314 (70) | 367 (81) |

[a] No suction curettage performed.

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:05 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 137

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

**Summary: Expectant Management of Early Pregnancy Loss**

Based on the evidence to date, it appears that 7 to 14 days of expectant management can enable approximately 75 to 85% of women with an incomplete abortion and 30 to 60% of those with an embryonic demise to avoid suction curettage and its small surgical and anesthetic risks [32,39]. Expectant management is associated with more unscheduled curettages and more bleeding, but no increased risk of infection.

before intervention, and the criteria used for intervention. Specifically, many studies of expectant management routinely performed suction curettage for all women who were noted to have an endometrial thickness on ultrasound greater than 15 mm after a given time interval, including those who were asymptomatic. This practice has likely inflated the published failure rates of expectant management. Nonetheless, these studies consistently showed that expectant management is less effective at achieving complete emptying of the uterus than suction curettage, but most did not observe an increase in complications. A Cochrane review, which included randomized trials conducted through 2005 enrolling a total of 689 women, concluded that expectant management is associated with an increased risk of incomplete abortion (RR 5.37; 95% CI 2.57, 11.22), more unscheduled curettages (RR 4.78; 95% CI 1.99, 11.48), and more bleeding than surgical management, but a decreased risk of infection (RR 0.29; 95% CI 0.09, 0.87) [38]. Most of the trials of expectant management either made no mention of prophylactic antibiotics or reported that they were not used. The Miscarriage Treatment (MIST) trial, a recent randomized trial designed specifically to compare rates of infection among 1,200 women allocated to expectant, medical, or surgical management, found no difference in infection rates among the three groups. No prophylactic antibiotics were used in this study. Significantly more women in the expectant management group required transfusions ($n = 7$, 2%) compared to those in the surgical management group ($n = 0$). Transfusion rates in the medical and surgical management groups did not differ significantly [39].

### Medical management

Although expectant management of first-trimester pregnancy loss expands women's treatment options, some women may find the uncertainty about the timing and completeness of pregnancy passage undesirable. Active management with medications gives women more control over the process and may help to avoid surgical intervention.

Mifepristone, an anti-progesterone, and misoprostol, a prostaglandin E1 analog, have been studied extensively for use in early medical abortion. When used in combination, these drugs are highly effective at terminating a pregnancy up to 63 days' gestation (Chapter 9). These same drugs have

been studied for treatment of first-trimester pregnancy loss, as has the combination of methotrexate and misoprostol. However, the US Food and Drug Administration (FDA) has not evaluated these medications for this purpose.

Researchers have evaluated mifepristone on its own as treatment for first-trimester pregnancy failure. In a randomized trial, a single 600-mg oral dose led to complete tissue passage for 77% of subjects within 5 days, performing significantly better than the placebo [40]. Medication abortion studies using mifepristone and misoprostol have demonstrated no change in efficacy when mifepristone doses are reduced from 600 to 200 mg [41]. This finding appears to apply to spontaneous abortions as well [42].

Because medical management of spontaneous abortion relies more on uterine expulsion than interruption of an ongoing pregnancy, the mifepristone dose may not be necessary at all. A nonrandomized trial compared the combination of mifepristone and vaginal misoprostol with the same misoprostol dose used alone. The two groups had similar success rates (71 to 74%) [43]. A recent randomized trial comparing misoprostol alone to mifepristone plus misoprostol for EPF also found no difference in success rates with the addition of mifepristone [44]. Similarly, misoprostol combined with methotrexate is no better than misoprostol alone in managing a failed early pregnancy [45]. Whereas adding mifepristone improves the efficacy of medical abortion with misoprostol (Chapter 9), the limited evidence to date suggests that adding mifepristone or methotrexate does not improve the efficacy of misoprostol alone when used for spontaneous abortion. For unclear reasons, success rates for the medical management of EPF remain substantially lower than those reported for medical abortion, regardless of regimen used.

### Misoprostol compared to suction curettage

A number of trials have compared misoprostol to suction curettage for the management of failed early pregnancy. These trials have shown success rates of 50 to 90% for women treated medically and 91 to 100% for those treated with electric or manual vacuum aspiration (i.e., no unplanned, repeat procedures) [20,39,46–53]. Although fewer subjects receiving misoprostol achieved success with initial therapy, most were ultimately able to avoid a surgical intervention.

Numerous factors may account for the wide range of success rates with misoprostol, including dose, route of administration, type of spontaneous abortion, definitions of success, indications for suction curettage, and duration of follow-up before surgical intervention. Studies have shown that 800 μg of vaginal misoprostol is more effective than 600 μg given by the same route [54] or 400 μg given orally [55]. Two studies comparing the 800-μg vaginal dose to the same dose given orally showed no difference in effectiveness, with the vaginal route producing more vomiting [56] and the oral

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 138

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

dose producing more diarrhea [57]. Adequate duration of follow-up before surgical intervention may be more important than misoprostol dose. Completion rates were 50 to 60% when researchers offered surgical management 1 to 3 days after treatment [47,52,53] versus 70 to 90% when researchers waited 1 to 2 weeks before considering suction curettage [20,39,46,48,49].

Criteria for surgical intervention also matter. Some researchers intervened when endometrial thickness by ultrasound passed a set cutoff value, whereas others did so only if the gestational sac had failed to pass. One trial using a 15-mm endometrial thickness cutoff found a success rate of only 28% after one misoprostol dose, and 53% after two doses [52]. Alternatively, the MEPF trial, which used a 30-mm endometrial cutoff and 8 days of follow-up, achieved an 84% success rate [20]. In that study, endometrial thickness was a poor predictor of the need for curettage [58]. Medical abortion studies have similarly shown that the only important criterion for determining success of the procedure is passage of the gestational sac (Chapter 9). Although women who ultimately require curettage have a thicker endometrial stripe on average than those who do not, endometrial thickness on ultrasound is a poor predictor of the need for curettage [59].

Efficacy also may vary with type of pregnancy failure. The MEPF trial analyzed success rates by diagnosis and found significantly lower success rates with anembryonic gestations (81%) than with embryonic/fetal deaths or incomplete abortions (88 and 93%, respectively) [20]. Incomplete abortions, which begin spontaneously and are near completion, may have the highest success rates with medical management. Trials specifically looking at the medical management of incomplete abortions show success rates of 80 to 96% [39,46,48,49]. Reported success rates are lower if women with incomplete abortions are allowed only 1 to 3 days to pass retained tissue before surgical intervention (50 to 71%) [39,47]. Other predictors of success with medical management of early pregnancy failure include spontaneous vaginal bleeding within the 24 hours preceding misoprostol use and parity less than two [60].

Most studies found increased bleeding [39,46–49,61] or a larger drop in hemoglobin concentration [53,61] with misoprostol than with surgical therapy, but the clinical significance of this difference has been questioned. In the MEPF study, the average drop in hemoglobin was only 0.5 g/dl greater for those in the medical group than the surgical group; however, more medically treated women dropped their hemoglobin by more than 3 g/dl or reached a nadir more than 10 g/dl from their baseline. Additionally, more women in the misoprostol group found their bleeding unacceptable (12% vs. 5% in the surgical group) [61]. The MEPF and the MIST trials as well as others found that women treated with misoprostol had more days of bleeding than those treated surgically [39,46].

The MEPF and MIST trials found no significant difference in infection rates when comparing misoprostol to surgical management [20,39]. Other studies have found higher rates of antibiotic use and infection in the subjects randomized to surgical therapy [47,48].

Studies have shown variable results regarding pain. Some studies found that subjects in the misoprostol groups required more analgesia than those in the surgical groups [20,47,52], whereas others have shown the opposite [48,49]. The choice of analgesia used during the surgical procedure likely influences these results.

Misoprostol can produce gastrointestinal side effects, such as nausea and diarrhea. These side effects occur more frequently with oral or sublingual misoprostol than with vaginal administration [57,62,63]. When compared to surgical management, trials have shown higher rates of gastrointestinal side effects in women using oral or vaginal misoprostol [47,49]. The MEPF trial found that, compared to those having surgery, significantly more subjects receiving vaginal misoprostol experienced nausea (53% vs. 29%), vomiting (20% vs. 7%), and diarrhea (24% vs. 10%) [20].

### Misoprostol compared to expectant management
A number of trials have compared misoprostol to expectant management for first-trimester pregnancy loss. In cases of early demise or anembryonic gestation, all trials showed that misoprostol was superior to no therapy or placebo, with success rates of 72 to 83% at 1 to 2 days of follow-up for the misoprostol groups versus 12 to 17% with placebo [64–66]. A longer, 7-day follow-up period increased success rates to 87% for misoprostol and 29% for placebo [67]. In contrast, several studies specifically looking at incomplete abortion did not show an advantage to misoprostol over expectant management. The 70 to 100% success rates for the misoprostol groups did not differ significantly from the 75 to 86% success with 7 to 14 days of expectant management [39,67,68]. However, a meta-analysis comparing the efficacy of expectant, medical, and surgical management of first-trimester spontaneous abortion suggests that medical management is more effective than expectant management for incomplete abortion [69]. Additionally, an expert panel suggests that medical management is a reasonable option for women with an incomplete abortion who prefer immediate treatment and wish to avoid surgery [70].

Most studies found no differences in bleeding between misoprostol treatment and expectant management [39,54,66,67]. In the MIST study, seven transfusions occurred in the expectant group, three in the medical group, and none in the surgical group. This difference was only statistically significant when comparing expectant to surgical management [39]. Two small studies found more fever or infection with misoprostol use than with expectant management [54,68]; whereas the MIST study, designed to look at

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

**Misoprostol Treatment for Early Pregnancy Loss**



**Figure 17.2** Algorithm for the use of misoprostol for management of early pregnancy loss.

infectious complications, found no difference with medical, surgical, or expectant management [39].

## Management of second-trimester pregnancy loss because of fetal demise

Most patients diagnosed with a fetal death in the second trimester prefer active management because carrying a demised fetus, especially late in gestation, is stressful [17]. However, in a hemodynamically stable patient with no evidence of infection, uterine evacuation is not urgent. Patients with fetal demise should be given adequate time to process the diagnosis and consider their management options.

A study from the early 1960s suggested that 80 to 90% of women with fetal death spontaneously labored within 2 weeks of the fetal demise [71]; however, a recent expert opinion suggests that the interval may be considerably longer [17]. We could not identify any recent studies specifically evaluating expectant management of fetal demise in the second trimester. Potential risks of expectant management include delivery outside of a clinical setting, hemorrhage from maternal coagulopathy, and infection.

---

**Summary: Medical Management of Early Pregnancy Loss**

Available data indicate that 60 to 90% of patients who prefer to avoid surgical management may be able to do so with misoprostol. Based on studies in a large number of subjects, the best dose to maximize effectiveness and minimize side effects among women with an anembryonic pregnancy or embryonic demise is 800 μg per vagina, with the possibility of repeating the dose in 24 hours (Fig. 17.2). For women with an incomplete abortion and no evidence of infection, expectant management is a highly effective and reasonable option. Women with an incomplete abortion who prefer active management can receive an 800-μg vaginal dose or a 600-μg oral dose of misoprostol [70]. Success is further optimized by allowing at least 1 week before diagnosing a treatment failure and avoiding surgical intervention as long as the gestational sac has passed. In the absence of a gestational sac, decisions for surgical intervention should be made on clinical grounds (e.g., heavy or persistent bleeding or clinical infection with concern for retained products of conception). Although misoprostol therapy is consistently superior to expectant management in the case of early fetal/embryonic death or anembryonic gestation, it offers less benefit in cases of incomplete abortion where expectant management is highly effective.

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 140

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

Older studies reported a 25% rate of coagulopathy among women with fetal demise for more than 4 weeks [17]. More recently, of 238 women with IUFD, most were delivered within 1 week of the demise and 3% of women with no co-existing obstetric disease had coagulation abnormalities. Pregnancy-related conditions, especially abruption and uterine perforation, were associated with an increased risk of coagulation abnormalities [72]. Whether uterine evacuation of a recently demised fetus carries an increased risk of hemorrhage and DIC compared to induced abortion at a similar gestational age is unknown. In cases of fetal demise, some providers recommend preprocedure laboratory evaluation for coagulation defects (platelet count, prothrombin time [PT], partial thromboplastin time [PTT], and international normalized ratio [INR]).

Women desiring active management of an IUFD in the second trimester are generally managed either with D&E in locations where providers with the requisite skills are available or by induction of labor, often with misoprostol.

### Surgical management

D&E for the indication of fetal demise is performed in the same way as D&E for second-trimester pregnancy termination (Chapter 11). Long-standing demise may make fetal tissue softer and easier to remove. Complications include hemorrhage, infection, retained tissue requiring reevacuation, cervical laceration, and uterine perforation (Chapter 15). Similar to cases of second-trimester induced abortion, the risk of serious complications is low but increases with advancing gestational age.

No epidemiologic evidence suggests that amniotic fluid embolism (AFE) is more likely to occur with uterine evacuation of a demised fetus than with induced abortion at a comparable gestational age. This extremely rare complication was primarily associated with older uterine instillation methods for abortion [73], but a few cases of AFE have been reported in women having second-trimester D&Es for fetal demise [74, 75]. The incidence of AFE in the second trimester is unknown but is likely lower than in the third trimester. A population-based study of singleton births in California from 1994 to 1995 reported an incidence of AFE of 1 in 20,646 with a 26% maternal mortality [76].

A variety of infections can cause fetal death. However, aside from cases of septic abortion, we could find no evidence suggesting that D&E performed for IUFD is associated with any higher risk of endometritis or sepsis than D&E performed for induced abortion. Similarly, no data have compared the infection rates associated with modern methods of labor induction and those associated with D&E when used for the management of IUFD.

The possible increased risks of hemorrhage, DIC, and maternal death with late second-trimester fetal demise warrant consideration as to the ideal location for managing these patients. Women faced with fetal demise often have an option

for hospital-based care that patients having induced abortions may not. However, many hospitals have no provider of D&E services, leaving only the option of induction of labor. Because the absolute risks of major complications using modern D&E or induction techniques for fetal demise are not known, evidence to guide recommendations is lacking. Providers should consider the facility's capacity to manage complications and the proximity to emergency referral resources when making decisions about the appropriate setting.

### Medical management

Many women with fetal demise undergo labor induction rather than surgery. Labor-induction procedures commonly take place in hospital settings, where patients can be monitored for heavy bleeding or fever, receive analgesics and antiemetics as needed, and undergo surgical removal of the placenta if required. As with other labor inductions, medication choices include oxytocin, $PGE_2$ (dinoprostone or sulprostone), or misoprostol, although higher doses are often required in the second trimester compared to later in gestation.

Regimens are well defined for second-trimester medical abortion (Chapter 12). The FDA has approved use of dinoprostone vaginal suppositories for second-trimester labor induction. Among patients undergoing induced abortion or treatment of fetal demise, a 20-mg dose of $PGE_2$ was no more effective than 10 mg followed by high-dose oxytocin. Patients receiving the higher dose experienced more fever and vomiting, and one case of hypotension and two cases of refractory fever occurred in this group [77]. Dinoprostone is a relatively expensive drug that requires refrigeration, limiting its practicality for this indication.

Numerous studies have confirmed the safety and efficacy of misoprostol for labor induction, although FDA labeling for misoprostol does not include this indication. Misoprostol's low cost and stability at room temperature make it a popular option for this purpose. When compared to oxytocin regimens, misoprostol resulted in faster delivery times and higher rates of complete abortion within 24 hours (>90% success vs. 62 to 85%). These studies included patients with both ongoing pregnancies and demised fetuses, and they used 400 µg of misoprostol orally every 4 hours [78] or a 600-µg vaginal loading dose followed by 400 µg vaginally every 4 hours [79]. When given at a lower dose less frequently, 200 µg every 12 hours, misoprostol was inferior to high-dose oxytocin [80].

Misoprostol appears equivalent to dinoprostone when using doses of 600 µg vaginally every 12 hours or a 600-µg vaginal dose followed by 400 µg orally every 12 hours [81]. Equivalence to $PGE_2$ has been demonstrated with misoprostol doses as low as 100 to 200 µg vaginally every 12 hours [82], with the advantage of producing less severe pain, fever, and vomiting [83]. Using 100 µg of misoprostol vaginally

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

every 4 hours may be more effective than $PGE_2$, although in one study this regimen was associated with more bleeding and incomplete expulsion [84].

These trials combined women undergoing induced abortion and those with fetal demise. However, studies comparing these two groups have consistently shown faster induction to delivery times in cases of fetal demise. Both $PGE_2$ [83,85,86] and misoprostol demonstrate mean delivery times of 10 to 13 hours with fetal demise [83,87–90]. Other studies have shown that the misoprostol dose can be lowered in cases of fetal demise. For induced abortions, a dose of 400 μg per vagina every 6 hours is more effective than 200 μg by the same route every 6 or 12 hours [87,91], or 400 μg given orally every 6 hours [92]. In cases of fetal demise a dose of 200 μg vaginally every 6 hours appears as effective as the 400-μg dose [87,91].

Dosing interval may be important in accelerating uterine evacuation. Studies of labor induction for fetal demise that used 100 to 200 μg of misoprostol every 12 hours showed a wide range of 24-hour completion rates, with some studies reporting rates under 80% [82,91,93] and others 92 to 94% [94,95]. Studies that compared twice-daily to more frequent dosing found higher 24-hour completion rates when doses were given every 4 to 6 hours, but similar completion rates at 48 hours [91,93].

As with first-trimester misoprostol studies, research protocols for second-trimester induction are heterogenous. In some studies, researchers place laminaria tents within the cervix prior to administering the study drugs [79,80]. However, one trial showed that placing laminaria at the time of the first vaginal dose of misoprostol added no benefit [96], while another found slower induction to delivery times [97]. Outside of the USA, mifepristone is used extensively in combination with misoprostol for second-trimester induction abortion, resulting in higher efficacy and shortened induction-to-abortion intervals compared to using misoprostol alone (Chapter 12). A small trial that included women with fetal demise compared mifepristone to laminaria given 1 day before second-trimester induction of labor with misoprostol. This study found a shorter induction-to-delivery time with mifepristone [98]. Studies vary in terms of giving oxytocin routinely [81,83], and many studies combine second- and third-trimester inductions [82,93,94]. Despite this heterogeneity, most trials of misoprostol for labor induction for fetal demise show mean induction-to-delivery intervals of 10 to 16 hours [82,83,86–88,90,93,99,100], and completion rates of 80 to 100% within 24 hours [86,88,90,91,93,100,101].

The American College of Obstetricians and Gynecologists (ACOG) discourages use of misoprostol when a patient has a scarred uterus and a viable fetus [102]. Studies of second-trimester induction of labor with misoprostol have included women with a uterine scar, as the smaller uterus is likely to confer less risk of rupture. Although a few case reports have

**Summary: Medical Management of Fetal Demise**

Based on the evidence to date, a recent expert panel recommends using 200 μg of misoprostol vaginally every 6 hours for women with IUFD at 13 to 17 weeks' gestation (maximum daily dose 1600 μg), 100 μg of misoprostol vaginally every 6 hours for women with IUFD at 18 to 26 weeks' gestation (maximum daily dose 800 μg) and 25 to 50 μg of misoprostol every 4 hours for women with IUFD from 27 to 43 weeks' gestation (maximum daily dose 600 μg). If the first dose does not induce regular contractions, the next dose may be doubled. Women with previous cesarean sections should receive lower range doses of misoprostol, and doses should not be doubled [106]. Pretreatment with mifepristone appears beneficial. Patients who have uterine scars should be counseled about the rare risk of uterine rupture, which could potentially occur with any medical induction method.

described uterine rupture with second-trimester use of misoprostol [82,91], uterine rupture can occur with oxytocin as well [103,104]. Dickinson retrospectively reviewed 101 cases of second-trimester misoprostol use in women with prior cesarean sections. No cases of uterine rupture occurred, and the frequency of major complications or blood loss was not increased when compared to women with an unscarred uterus [105].

### D&E compared to induction of labor for fetal demise

We could identify no studies that specifically compared the relative safety of induction of labor using misoprostol with D&E in cases of fetal demise. One recent observational study found a higher rate of retained placenta with misoprostol induction abortions than D&E techniques [107]. In this study, which included women with IUFD, patients undergoing labor induction were at increased risk of induction failure or retained tissue requiring curettage. The authors found no significant increased risk of transfusion, intravenous antibiotics, cervical laceration, organ damage, or hospital readmission. However, the only two cases of major organ damage requiring repair occurred among women with failed medical inductions: one woman with a prior cesarean scar experienced uterine rupture, and another had a uterine perforation on rescue D&E.

### Evaluation of second-trimester fetal loss

For patients who desire future pregnancy, a single second-trimester fetal death should prompt a fetal karyotype analysis, inspection of the fetus for abnormalities, and placental pathologic analysis [108]. Confirmation of a chromosomal problem may reduce the need for other testing. Obtaining a full karyotype of the pregnancy requires recovery and culture of embryonic tissue or chorionic villi. The cells will grow in culture only if sent as a fresh specimen (not in formalin); even fresh specimens will fail to grow in culture approximately 5% of the time [109]. If cells fail to grow

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 142

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

in culture, then the florescence *in situ* hybridization (FISH) test can be performed. With FISH testing, probes for select chromosomes enable identification of the number of those chromosomes per cell. The test does not screen for all chromosomal abnormalities; however, by selecting the chromosomes most commonly associated with pregnancy loss, approximately 80% of aneuploid pregnancies can be identified [110]. No studies have specifically compared the success of cell culture with specimens obtained surgically versus those passed spontaneously. Fresher specimens, cultured soon after removal or expulsion from the uterus, may yield better cell growth.

Autopsy of medically delivered intact fetuses has been shown to alter the final diagnosis and patient counseling in 27% of cases with normal chromosomes [111]. Induction of labor and often intact D&E (Chapters 11 and 20) enable removal of an intact fetus for inspection and grieving purposes. Evidence of placental infarction may warrant maternal thrombophilia and antiphospholipid antibody screening. Infectious and toxicology screening may depend on maternal clinical status and fetal and placental pathology [17].

## Septic abortion

Women having a spontaneous abortion who are hemodynamically unstable or have signs of sepsis, including high fever and white blood cell count, altered mental status, hypovolemia, hypotension, or tachycardia, should receive broad-spectrum intravenous antibiotic therapy and undergo prompt uterine evacuation. Patients who fail to respond to these measures or those with an acute abdomen may require laparotomy and possible hysterectomy. In these severe cases, the diagnosis of clostridial sepsis should be considered. Cases of *Clostridium sordellii* sepsis have been reported after both spontaneous and medically induced abortions [112]. Management of clostridial sepsis is similar to management of septic abortion from other pathogens, although patients may have a greater need for hysterectomy and a worse prognosis (Chapter 15).

Women presenting with spontaneous abortion without sepsis but with signs of infection including abdominal pain, fever, uterine tenderness, and/or abnormal bleeding should receive broad-spectrum antibiotics. In addition, uterine evacuation is warranted for women with suspected retained products of conception. It also should be considered when sonography suggests no retained products but the patient fails to respond quickly to broad-spectrum antibiotics alone [113]. Parenteral antibiotic regimens recommended by the CDC for the treatment of pelvic inflammatory disease are appropriate [114].

Although two randomized trials comparing doxycycline to placebo for prophylaxis prior to suction curettage for incomplete abortion showed no reduction in infection with doxycycline, multiple trials and a meta-analysis indicate that universal antibiotic prophylaxis reduces the risk of postabortal infection after surgical abortion (Chapters 14 and 15). No evidence to date supports the routine use of prophylactic antibiotics in cases of expectant or medical management of pregnancy loss.

## Counseling, education, and consent for patients with pregnancy loss

Counseling patients with pregnancy loss includes focusing on their emotional needs, treatment options, and their desire for future pregnancies. The loss of a wanted pregnancy often exacts a high emotional toll. In such cases, providers can acknowledge the sadness of the loss, the prospects of attempting another pregnancy, and the improbability that the woman's own behavior caused the loss. The counselor should obtain a pregnancy history, as prior live births or losses may affect the patient's perspective as well as her odds of complications in the future.

In order to give informed consent, patients must understand the risks and benefits of each treatment alternative and have ample opportunity to ask and receive answers to their questions (Chapter 5). Given that the risks of suction curettage are similar when performed for pregnancy loss or induced abortion, many providers use similar consent forms for surgical management regardless of indication. Unlike for induced abortion in the USA, no state mandates special consent forms for management of fetal demise; however, procedures and consent for disposal of the products of conception may differ by state.

For medical management of spontaneous abortion, important risks to discuss include bleeding, infection, incomplete uterine evacuation, and failure of the treatment requiring vacuum aspiration. With up to two vaginal doses of 800-μg misoprostol, failure rates after first-trimester medical management are approximately 15% if patients wait at least 1 week to pass the pregnancy [20,56,67]. With second-trimester misoprostol treatment, at least 85% of patients will pass the pregnancy within 24 hours [91,99,101], and 90 to 100% will do so within 48 hours [82,90,93].

Other factors may also influence the choice of management options. In the first trimester, medical management allows a patient to complete expulsion in the privacy of her own home, usually avoiding surgical risks. However, she must be prepared to bleed more heavily than she might with surgical management [47,61] and to self-treat any pain or cramping. Patients using home medical management must have access to a telephone and transportation, if needed for emergency care.

In the second trimester, available medical resources may limit a woman's options. Many hospital facilities do not have skilled surgical abortion providers on-site, so labor induction is the only alternative. Medical treatment may be preferred by patients who desire comprehensive fetopsy as part of the

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form from the publisher, except fair uses permitted under U.S. or applicable copyright law.

evaluation for fetal demise or who simply prefer to deliver an intact fetus. Furthermore, some patients may wish to see or hold their fetus for grieving purposes. Intact D&E (Chapter 11) also may have these advantages. Because intact D&E depends on achieving adequate cervical dilation, however, not all procedures result in an intact fetus even in the most experienced hands. Counselors need to explain these benefits and limitations before the patient decides on a treatment method.

## Follow-up

Some evidence suggests that routine follow-up is not necessary for many women after uncomplicated first-trimester induced abortion [115], but the same may not hold true for women experiencing loss of a desired pregnancy. Studies suggest that after a spontaneous abortion, many women appreciate the opportunity to follow up with their care provider to have their loss acknowledged and their grief legitimized and to have the opportunity to discuss possible underlying etiologies and the risk of recurrence [116,117].

## Conclusion

Pregnancy loss is a common condition that requires adept management by practitioners of women's health care. Diagnosis can be made clinically or more precisely using ultrasonography. Early pregnancy failures can be managed expectantly, with medication, or surgically. Expectant management is a safe option for clinically stable women with incomplete abortions. Medical management with misoprostol allows most women with early pregnancy failure to complete their abortion and avoid surgery. Vacuum aspiration remains the most effective and efficient way to ensure complete uterine evacuation, and it can be accomplished easily in the outpatient setting using manual or electric suction devices. Management options for second-trimester fetal demise include labor induction or D&E where clinicians with the requisite skills are available. Patients experiencing loss of a desired pregnancy benefit from a follow-up visit to acknowledge the loss and discuss its implications. Those desiring pregnancy and experiencing multiple early losses or a second-trimester loss may benefit from referral to counselors or specialists to address their complex needs.

## References

1 Saraiya M, Berg CJ, Shulman H, Green CA, Atrash HK. Estimates of the annual number of clinically recognized pregnancies in the United States, 1981–1991. *Am J Epidemiol* 1999; **149**: 1025–1029.

2 National Center for Health Statistics and Centers for Disease Control and Prevention [Online]. Hyattsville (MD): National Center for Health Statistics. Health, United States, 2007 with Chartbook on Trends in the Health of Americans: Appendix II – Definitions and Methods. 2008 [cited 2009 Jan 11]. Available from: URL: http://www.CDC.gov/nchs/data/hus/hus07.pdf

3 Williams J. *Obstetrics: A Text-Book for the Use of Students and Practitioners*. D. Appleton & Co., New York, 1903.

4 Sedgh G, Henshaw S, Singh S, Åhman E, Shah IH. Induced abortion: estimated rates and trends worldwide. *Lancet* 2007; **370**: 1338–1345.

5 Jones RK, Kost K. Underreporting of induced and spontaneous abortion in the United States: an analysis of the 2002 National Survey of Family Growth. *Stud Fam Plann* 2007; **38**: 187–197.

6 Grimes DA. Estimation of pregnancy-related mortality risk by pregnancy outcome, United States, 1991 to 1999. *Am J Obstet Gynecol* 2006; **194**: 92–94.

7 Saraiya M, Green CA, Berg CJ, Hopkins FW, Koonin LM, Atrash HK. Spontaneous abortion-related deaths among women in the United States—1981–1991. *Obstet Gynecol* 1999; **94**: 172–176.

8 Eddleman KA, Malone FD, Sullivan L et al. Pregnancy loss rates after midtrimester amniocentesis. *Obstet Gynecol* 2006; **108**: 1067–1072.

9 Nybo Andersen AM, Wohlfahrt J, Christens P, Olsen J, Melbye M. Maternal age and fetal loss: population based register linkage study. *BMJ* 2000; **320**: 1708–1712.

10 Kleinhaus K, Perrin M, Friedlander Y, Paltiel O, Malaspina D, Harlap S. Paternal age and spontaneous abortion. *Obstet Gynecol* 2006; **108**: 369–377.

11 Buss L, Tolstrup J, Munk C et al. Spontaneous abortion: a prospective cohort study of younger women from the general population in Denmark. Validation, occurrence, and risk determinants. *Acta Obstet Gynecol Scand* 2006; **85**: 467–475.

12 Parazzini F, Chatenoud L, Tozzi L, Di Cintio E, Benzi G, Fedele L. Induced abortion in the first trimester of pregnancy and risk of miscarriage. *Br J Obstet Gynaecol* 1998; **105**: 418–421.

13 Chatenoud L, Parazzini F, di Cintio E et al. Paternal and maternal smoking habits before conception and during the first trimester: relation to spontaneous abortion. *Ann Epidemiol* 1998; **8**: 520–526.

14 Nielsen A, Hannibal CG, Lindekilde BE et al. Maternal smoking predicts the risk of spontaneous abortion. *Acta Obstet Gynecol Scand* 2006; **85**: 1057–1065.

15 Venners SA, Wang X, Chen C et al. Paternal smoking and pregnancy loss: a prospective study using a biomarker of pregnancy. *Am J Epidemiol* 2004; **159**: 993–1001.

16 Rasch V. Cigarette, alcohol, caffeine consumption: risk factors for spontaneous abortion. *Acta Obstet Gynecol Scand* 2003; **82**: 182–188.

17 Silver RM. Fetal death. *Obstet Gynecol* 2007; **109**: 153–167.

18 Stephenson M, Kutteh W. Evaluation and management of recurrent early pregnancy loss. *Clin Obstet Gynecol* 2007; **50**: 132–145.

19 Magann EF, Chauhan SP, Bofill JA, Waddell D, Rust OA, Morrison JC. Maternal morbidity and mortality associated with

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 144

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

intrauterine fetal demise: five-year experience in a tertiary referral hospital. *South Med J* 2001; **94**: 493–495.

20 Zhang J, Gilles JM, Barnhart K et al. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *N Engl J Med* 2005; **353**: 761–769.

21 Ankum WM, Wieringa-De Waard M, Bindels PJ. Management of spontaneous miscarriage in the first trimester: an example of putting informed shared decision making into practice. *BMJ* 2001; **322**: 1343–1346.

22 Wieringa-De Waard M, Hartman EE, Ankum WM, Reitsma JB, Bindels PJ, Bonsel GJ. Expectant management versus surgical evacuation in first trimester miscarriage: health-related quality of life in randomized and non-randomized patients. *Hum Reprod* 2002; **17**: 1638–1642.

23 Creinin MD, Schwartz JL, Guido RS, Pymar HC. Early pregnancy failure–current management concepts. *Obstet Gynecol Surv* 2001; **56**: 105–113.

24 Castadot RG. Pregnancy termination: techniques, risks, and complications and their management. *Fertil Steril* 1986; **45**: 5–17.

25 Finer LB, Henshaw SK. Abortion incidence and services in the United States in 2000. *Perspect Sex Reprod Health* 2003; **35**: 6–15.

26 Harris LH, Dalton VK, Johnson TR. Surgical management of early pregnancy failure: history, politics, and safe, cost-effective care. *Am J Obstet Gynecol* 2007; **196**: 445 e1–5.

27 Hemminki E. Treatment of miscarriage: current practice and rationale. *Obstet Gynecol* 1998; **91**: 247–253.

28 Wiebe E, Janssen P. Management of spontaneous abortion in family practices and hospitals. *Fam Med* 1998; **30**: 293–296.

29 Grimes DA, Cates W Jr, Tyler CW Jr. Comparative risk of death from legally induced abortion in hospital and nonhospital facilities. *Obstet Gynecol* 1978; **51**: 323–326.

30 Blumenthal PD, Remsburg RE. A time and cost analysis of the management of incomplete abortion with manual vacuum aspiration. *Int J Gynaecol Obstet* 1994; **45**: 261–267.

31 Dalton VK, Harris L, Weisman CS, Guire K, Castleman L, Lebovic D. Patient preferences, satisfaction, and resource use in office evacuation of early pregnancy failure. *Obstet Gynecol* 2006; **108**: 103–110.

32 Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. *BMJ* 2002; **324**: 873–875.

33 Nielsen S, Hahlin M. Expectant management of first-trimester spontaneous abortion. *Lancet* 1995; **345**: 84–86.

34 Hurd WW, Whitfield RR, Randolph JF Jr, Kercher ML. Expectant management versus elective curettage for the treatment of spontaneous abortion. *Fertil Steril* 1997; **68**: 601–606.

35 Jurkovic D, Ross JA, Nicolaides KH. Expectant management of missed miscarriage. *Br J Obstet Gynaecol* 1998; **105**: 670–671.

36 Chipchase J, James D. Randomised trial of expectant versus surgical management of spontaneous miscarriage. *Br J Obstet Gynaecol* 1997; **104**: 840–841.

37 Wieringa-de Waard M, Vos J, Bonsel GJ, Bindels PJ, Ankum WM. Management of miscarriage: a randomized controlled trial of expectant management versus surgical evacuation. *Hum Reprod* 2002; **17**: 2445–2450.

38 Nanda K, Peloggia A, Grimes D, Lopez L, Nanda G. Expectant care versus surgical treatment for miscarriage. *Cochrane Database Syst Rev* 2006; **2**: CD003518.

39 Trinder J, Brocklehurst P, Porter R, Read M, Vyas S, Smith L. Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment [MIST] trial). *BMJ* 2006; **332**: 1235–1240.

40 Lelaidier C, Baton-Saint-Mleux C, Fernandez H, Bourget P, Frydman R. Mifepristone (RU 486) induces embryo expulsion in first trimester non-developing pregnancies: a prospective randomized trial. *Hum Reprod* 1993; **8**: 492–495.

41 Anonymous. Comparison of two doses of mifepristone in combination with misoprostol for early medical abortion: a randomised trial. World Health Organisation Task Force on Post-ovulatory Methods of Fertility Regulation. *BJOG* 2000; **107**: 524–530.

42 Coughlin LB, Roberts D, Haddad NG, Long A. Medical management of first trimester miscarriage (blighted ovum and missed abortion): is it effective? *J Obstet Gynaecol* 2004; **24**: 69–71.

43 Grønlund A, Grønlund L, Clevin L, Andersen B, Palmgren N, Lidegaard Ø. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation. A multi-center trial in Copenhagen County, Denmark. *Acta Obstet Gynecol Scand* 2002; **81**: 1060–1065.

44 Stockheim D, Machtinger R, Wiser A et al. A randomized prospective study of misoprostol or mifepristone followed by misoprostol when needed for the treatment of women with early pregnancy failure. *Fertil Steril* 2006; **86**: 956–960.

45 Autry A, Jacobson G, Sandhu R, Isbill K. Medical management of non-viable early first trimester pregnancy. *Int J Gynaecol Obstet* 1999; **67**: 9–13.

46 Moodliar S, Bagratee JS, Moodley J. Medical vs. surgical evacuation of first-trimester spontaneous abortion. *Int J Gynaecol Obstet* 2005; **91**: 21–26.

47 Chung TK, Lee DT, Cheung LP, Haines CJ, Chang AM. Spontaneous abortion: a randomized, controlled trial comparing surgical evacuation with conservative management using misoprostol. *Fertil Steril* 1999; **71**: 1054–1059.

48 Weeks A, Alia G, Blum J et al. A randomized trial of misoprostol compared with manual vacuum aspiration for incomplete abortion. *Obstet Gynecol* 2005; **106**: 540–547.

49 Bique C, Ustá M, Debora B, Chong E, Westheimer E, Winikoff B. Comparison of misoprostol and manual vacuum aspiration for the treatment of incomplete abortion. *Int J Gynaecol Obstet* 2007; **98**: 222–226.

50 de Jonge ET, Makin JD, Manefeldt E, De Wet GH, Pattinson RC. Randomised clinical trial of medical evacuation and

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

surgical curettage for incomplete miscarriage. *BMJ* 1995; **311**: 662.

51 Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Hum Reprod* 2001; **16**: 365–369.

52 Graziosi GC, Mol BW, Reuwer PJ, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. *Hum Reprod* 2004; **19**: 1894–1899.

53 Muffley PE, Stitely ML, Gherman RB. Early intrauterine pregnancy failure: a randomized trial of medical versus surgical treatment. *Am J Obstet Gynecol* 2002; **187**: 321–325; discussion 325–326.

54 Kovavisarach E., Jamnansiri C. Intravaginal misoprostol 600 microg and 800 microg for the treatment of early pregnancy failure. *Int J Gynaecol Obstet* 2005; **90**: 208–212.

55 Creinin MD, Moyer R, Guido R. Misoprostol for medical evacuation of early pregnancy failure. *Obstet Gynecol* 1997; **89**: 768–772.

56 Ngoc NT, Blum J, Westheimer E, Quan TT, Winikoff B. Medical treatment of missed abortion using misoprostol. *Int J Gynaecol Obstet* 2004; **87**: 138–142.

57 Pang MW, Lee TS, Chung TK. Incomplete miscarriage: a randomized controlled trial comparing oral with vaginal misoprostol for medical evacuation. *Hum Reprod* 2001; **16**: 2283–2287.

58 Reeves MF, Lohr PA, Harwood BJ, Creinin MD. Ultrasonographic endometrial thickness after medical and surgical management of early pregnancy failure. *Obstet Gynecol* 2008; **111**: 106–112.

59 Cowett AA, Cohen LS, Lichtenberg ES, Stika CS. Ultrasound evaluation of the endometrium after medical termination of pregnancy. *Obstet Gynecol* 2004; **103**: 871–875.

60 Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J. Factors related to successful misoprostol treatment for early pregnancy failure. *Obstet Gynecol* 2006; **107**: 901–907.

61 Davis AR, Hendlish SK, Westhoff C et al. Bleeding patterns after misoprostol vs. surgical treatment of early pregnancy failure: results from a randomized trial. *Am J Obstet Gynecol* 2007; **196**: 31 e1–7.

62 Tang OS, Lau WN, Ng EH, Lee SW, Ho PC. A prospective randomized study to compare the use of repeated doses of vaginal with sublingual misoprostol in the management of first trimester silent miscarriages. *Hum Reprod* 2003; **18**: 176–181.

63 Tang OS, Ho PC. Pilot study on the use of sublingual misoprostol for medical abortion. *Contraception* 2001; **64**, 315–317.

64 Herabutya Y, O-Prasertsawat P. Misoprostol in the management of missed abortion. *Int J Gynaecol Obstet* 1997; **56**: 263–266.

65 Lister MS, Shaffer LE, Bell JG, Lutter KQ, Moorma KH. Randomized, double-blind, placebo-controlled trial of vaginal misoprostol for management of early pregnancy failures. *Am J Obstet Gynecol* 2005; **193**: 1338–1343.

66 Wood SL, Brain PH. Medical management of missed abortion: a randomized clinical trial. *Obstet Gynecol* 2002; **99**: 563–566.

67 Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Hum Reprod* 2004; **19**: 266–271.

68 Shelley JM, Healy D, Grover S. A randomised trial of surgical, medical, and expectant management of first trimester spontaneous miscarriage. *Aust N Z J Obstet Gynaecol* 2005; **45**: 122–127.

69 Sotiriadis A, Makrydimas G, Papatheodorou S, Ioannidis JP. Expectant, medical, or surgical management of first-trimester miscarriage: a meta-analysis. *Obstet Gynecol* 2005; **105**: 1104–1113.

70 Blum J, Winikoff B, Gemzell-Danielsson K, Ho PC, Schiavon R, Weeks A. Treatment of incomplete abortion and miscarriage with misoprostol. *Int J Gynaecol Obstet* 2007; **99**: S186–189.

71 Goldstein DP, Johnson JP, Reid DE. Management of intrauterine fetal death. *Obstet Gynecol* 1963; **21**: 523–529.

72 Maslow AD, Breen TW, Sarna MC, Soni AK, Watkins J, Oriol NE. Prevalence of coagulation abnormalities associated with intrauterine fetal death. *Can J Anaesth* 1996; **43**: 1237–1243.

73 Guidotti RJ, Grimes DA, Cates W Jr. Fatal amniotic fluid embolism during legally induced abortion, United States, 1972 to 1978. *Am J Obstet Gynecol* 1981; **141**: 257–261.

74 Ray BK, Vallejo MC, Creinin MD et al. Amniotic fluid embolism with second trimester pregnancy termination: a case report. *Can J Anaesth* 2004; **51**: 139–144.

75 Mainprize TC, Maltby JR. Amniotic fluid embolism: a report of four probable cases. *Can Anaesth Soc J* 1986; **33**: 382–387.

76 Gilbert WM, Danielsen B. Amniotic fluid embolism: decreased mortality in a population-based study. *Obstet Gynecol* 1999; **93**: 973–977.

77 Owen J, Hauth JC. Concentrated oxytocin plus low-dose prostaglandin E2 compared with prostaglandin E2 vaginal suppositories for second-trimester pregnancy termination. *Obstet Gynecol* 1996; **88**: 110–113.

78 Ramin KD, Ogburn PL, Danilenko DR, Ramsey PS. High-dose oral misoprostol for mid-trimester pregnancy interruption. *Gynecol Obstet Invest* 2002; **54**: 176–179.

79 Ramsey PS, Savage K, Lincoln T, Owen J. Vaginal misoprostol versus concentrated oxytocin and vaginal PGE2 for second-trimester labor induction. *Obstet Gynecol* 2004; **104**: 138–145.

80 Owen J, Hauth JC. Vaginal misoprostol vs. concentrated oxytocin plus low-dose prostaglandin E2 for second trimester pregnancy termination. *J Matern Fetal Med* 1999; **8**: 48–50.

81 Mendilcioglu I, Simsek M, Seker PE, Erbay O, Zorlu CG, Trak B. Misoprostol in second and early third trimester for termination of pregnancies with fetal anomalies. *Int J Gynaecol Obstet* 2002; **79**: 131–135.

82 De Heus R, Graziosi GC, Christiaens GC, Bruinse HW, Mol BW. Medical management for termination of second and third

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

**278**   Chapter 17

trimester pregnancies: a comparison of strategies. *Eur J Obstet Gynecol Reprod Biol* 2004; **116**: 16–21.

83 Jain JK, Mishell DR Jr. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of second-trimester pregnancy. *N Engl J Med* 1994; **331**: 290–293.

84 Makhlouf AM, Al-Hussaini TK, Habib DM, Makarem MH. Second-trimester pregnancy termination: comparison of three different methods. *J Obstet Gynaecol* 2003; **23**: 407–411.

85 Debby A, Sagiv R, Girtler O, Sadan O, Glezerman M, Golan A. Extra-amniotic prostaglandin E2 for midtrimester termination of pregnancy in live fetuses vs. fetal demise. *Arch Gynecol Obstet* 2003; **268**: 301–303.

86 Dickinson JE, Godfrey M, Evans SF. Efficacy of intravaginal misoprostol in second-trimester pregnancy termination: a randomized controlled trial. *J Matern Fetal Med* 1998; **7**: 115–119.

87 Dickinson JE, Evans SF. The optimization of intravaginal misoprostol dosing schedules in second-trimester pregnancy termination. *Am J Obstet Gynecol* 2002; **186**: 470–474.

88 Jain JK, Kuo J, Mishell DR Jr. A comparison of two dosing regimens of intravaginal misoprostol for second-trimester pregnancy termination. *Obstet Gynecol* 1999; **93**: 571–575.

89 Niromanesh S, Hashemi-Fesharaki M, Mosavi-Jarrahi A. Second trimester abortion using intravaginal misoprostol. *Int J Gynaecol Obstet* 2005; **89**: 276–277.

90 Srisomboon J, Pongpisuttinun S. Efficacy of intracervicovaginal misoprostol in second-trimester pregnancy termination: a comparison between live and dead fetuses. *J Obstet Gynaecol Res* 1998; **24**: 1–5.

91 Edwards RK, Sims SM. Outcomes of second-trimester pregnancy terminations with misoprostol: comparing 2 regimens. *Am J Obstet Gynecol* 2005; **193**: 544–548.

92 Dickinson JE, Evans SF. A comparison of oral misoprostol with vaginal misoprostol administration in second-trimester pregnancy termination for fetal abnormality. *Obstet Gynecol* 2003; **101**: 1294–1299.

93 Chittacharoen A, Herabutya Y, Punyavachira P. A randomized trial of oral and vaginal misoprostol to manage delivery in cases of fetal death. *Obstet Gynecol* 2003; **101**: 70–73.

94 Bugalho A, Bique C, Machungo F, Faúndes A. Induction of labor with intravaginal misoprostol in intrauterine fetal death. *Am J Obstet Gynecol* 1994; **171**: 538–541.

95 Fadalla FA, Mirghani OA, Adam I. Oral misoprostol vs. vaginal misoprostol for termination of pregnancy with intrauterine fetal demise in the second-trimester. *Int J Gynaecol Obstet* 2004; **86**: 52–53.

96 Jain JK, Mishell DR Jr. A comparison of misoprostol with and without laminaria tents for induction of second-trimester abortion. *Am J Obstet Gynecol* 1996; **175**: 173–177.

97 Borgatta L, Chen AY, Vragovic O, Stubblefield PG, Magloire CA. A randomized clinical trial of the addition of laminaria to misoprostol and hypertonic saline for second-trimester induction abortion. *Contraception* 2005; **72**: 358–361.

98 Prairie BA, Lauria MR, Kapp N, Mackenzie T, Baker ER, George KE. Mifepristone versus laminaria: a randomized controlled trial of cervical ripening in midtrimester termination. *Contraception* 2007; **76**: 383–388.

99 Merrell DA, Koch MA. Induction of labour with intravaginal misoprostol in the second and third trimesters of pregnancy. *S Afr Med J* 1995; **85**: 1088–1090.

100 Pongsatha S, Tongsong T. Therapeutic termination of second trimester pregnancies with intrauterine fetal death with 400 micrograms of oral misoprostol. *J Obstet Gynaecol Res* 2004; **30**: 217–220.

101 Eng NS, Guan AC. Comparative study of intravaginal misoprostol with gemeprost as an abortifacient in second trimester missed abortion. *Aust N Z J Obstet Gynaecol* 1997; **37**: 331–334.

102 American College of Obstetricians and Gynecologists, Committee on Obstetric Practice. ACOG Committee Opinion No. 228: Induction of labor with misoprostol. Washington (DC): American College of Obstetricians and Gynecologists, November 1999, reaffirmed 2008.

103 Dickinson JE, Newnham JP, Roberts RV, Reid SE. Oxytocin induced second trimester uterine rupture. *Aust N Z J Obstet Gynaecol* 1986; **26**: 251–252.

104 Yapar EG, Senöz S, Urkütür M, Batioglu S, Gökmen O. Second trimester pregnancy termination including fetal death: comparison of five different methods. *Eur J Obstet Gynecol Reprod Biol* 1996; **69**: 97–102.

105 Dickinson JE. Misoprostol for second-trimester pregnancy termination in women with a prior cesarean delivery. *Obstet Gynecol* 2005; **105**: 352–356.

106 Gómez Ponce de León R, Wing D, Fiala C. Misoprostol for intrauterine fetal death. *Int J Gynaecol Obstet* 2007; **99**: S190–1903.

107 Autry AM, Hayes EC, Jacobson GF, Kirby RS. A comparison of medical induction and dilation and evacuation for second-trimester abortion. *Am J Obstet Gynecol* 2002; **187**: 393–397.

108 American College of Obstetrics and Gynecology, Committee on Genetics. ACOG Committee Opinion No. 383: Evaluation of stillbirths and neonatal deaths. *Obstet Gynecol* 2007; **110**: 963–966.

109 Hogge WA, Byrnes AL, Lanasa MC, Surti U. The clinical use of karyotyping spontaneous abortions. *Am J Obstet Gynecol* 2003; **189**: 397–400.

110 Jobanputra V, Sobrino A, Kinney A, Kline J, Warburton D. Multiplex interphase FISH as a screen for common aneuploidies in spontaneous abortions. *Hum Reprod* 202; **17**: 1166–1170.

111 Boyd PA, Tondi F, Hicks NR, Chamberlain PF. Autopsy after termination of pregnancy for fetal anomaly: retrospective cohort study. *BMJ* 2004; **328**: 137.

112 Cohen AL, Bhatnagar J, Reagan S et al. Toxic shock associated with *Clostridium sordellii* and *Clostridium perfringens* after medical and spontaneous abortion. *Obstet Gynecol* 2007; **110**: 1027–1033.

113 Stubblefield PG, Grimes DA. Septic abortion. *N Engl J Med* 1994; **331**: 310–314.

EBSCO Publishing : NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

114 Centers for Disease Control and Prevention, Workowski KA, Berman SM. Sexually transmitted diseases treatment guidelines, 2006. *MMWR Recomm Rep* 2006; **55**: 1–94.

115 Grossman D, Ellertson C, Grimes DA, Walker D. Routine follow-up visits after first-trimester induced abortion. *Obstet Gynecol* 2004; **103**: 738–745.

116 Brier N. Understanding and managing the emotional reactions to a miscarriage. *Obstet Gynecol* 1999; **93**: 151–155.

117 Griebel CP, Halvorsen J, Golemon TB, Day AA. Management of spontaneous abortion. *Am Fam Physician* 2005; **72**: 1243–1250.

Copyright © 2009. Wiley-Blackwell. All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing - NetLibrary; printed on 5/20/2011 3:25:06 PM via University Of New Mexico Library
eISBN:9781405176965; Paul, Maureen. : Management of Unintended and Abnormal Pregnancy
Account: 27111714

Pet. Ref. 148

Cite this article as: BMJ, doi:10.1136/bmj.38828.593125.55 (published 17 May 2006)

# Research

## Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial)

J Trinder, P Brocklehurst, R Porter, M Read, S Vyas, L Smith

### Abstract

**Objective** To ascertain whether a clinically important difference exists in the incidence of gynaecological infection between surgical management and expectant or medical management of miscarriage.

**Design** Randomised controlled trial comparing medical and expectant management with surgical management of first trimester miscarriage.

**Setting** Early pregnancy assessment units of seven hospitals in the United Kingdom.

**Participants** Women of less than 13 weeks' gestation, with a diagnosis of early fetal demise or incomplete miscarriage.

**Interventions** Expectant management (no specific intervention); medical management (vaginal dose of misoprostol preceded, for women with early fetal demise, by oral mifepristone 24-48 hours earlier); surgical management (surgical evacuation).

**Main outcome measures** Confirmed gynaecological infection at 14 days and eight weeks; need for unplanned admission or surgical intervention.

**Results** 1200 women were recruited: 399 to expectant management, 398 to medical management, and 403 to surgical management. No differences were found in the incidence of confirmed infection within 14 days between the expectant group (3%) and the surgical group (3%) (risk difference 0.2%, 95% confidence interval −2.2% to 2.7%) or between the medical group (2%) and the surgical group (0.7%, −1.6% to 3.1%). Compared with the surgical group, the number of unplanned hospital admissions was significantly higher in both the expectant group (risk difference −41%, −47% to −36%) and the medical group (−10%, −15% to −6%). Similarly, when compared with the surgical group, the number of women who had an unplanned surgical curettage was significantly higher in the expectant group (risk difference −39%, −44% to −34%) and the medical group (−30%, −35% to −25%).

**Conclusions** The incidence of gynaecological infection after surgical, expectant, and medical management of first trimester miscarriage is low (2-3%), and no evidence exists of a difference by the method of management. However, significantly more unplanned admissions and unplanned surgical curettage occurred after expectant management and medical management than after surgical management.

**Trial registration** National Research Register: N0467011677/N0467073587.

## Introduction

Approximately 1 in 9 pregnancies end in spontaneous first trimester miscarriage.[1] Diagnosis of miscarriage has traditionally been followed by surgical curettage, on the assumption that this decreases the risk of subsequent gynaecological infection. However, surgical management is not without complications.[2]

Other management options (expectant or medical) have been offered to women with a miscarriage. Expectant management allows spontaneous passage of retained products of conception, and medical management uses drugs to aid expulsion of retained products. The optimal management for two common types of miscarriage, incomplete miscarriage and early fetal demise (previously termed "missed" miscarriage), is uncertain.[3][4]

Three small randomised controlled trials have compared expectant management and surgical management of miscarriage.[5-7] Expectant management was found to result in complete uterine evacuation over three days in 79% of cases of incomplete miscarriage.[6] However, efficacy was reduced to 37% after seven days when expectant management was used to treat women with miscarriage mostly diagnosed as early fetal demise.[7] These trials found no differences in the number of complications between surgical and expectant management, but the trials were small with a total of 186 women allocated to expectant management.

Medical management has also been used as an alternative to surgical management. Treatment regimens include the use of the antiprogesterone, mifepristone, and a prostaglandin analogue, the most commonly used of which is misoprostol. Nine randomised controlled trials have compared medical and surgical management.[2][8-15] Success rates as low as 13% and as high as 93% have been reported in small trials.[8][13] As with the observational studies, the trials used differing drug regimens and different measures of success.

Data are lacking from large randomised controlled trials assessing which management option is best for managing miscarriage with respect to complete emptying of the uterine cavity and subsequent uterine infection. Randomised controlled trials have largely been unsuccessful in recruiting large numbers of women, as recruiting women at such an emotional time is difficult and as many as 8 in 9 women express a definite preference for treatment and decline randomisation.[16] Only one other trial has assessed all three treatment options; it was curtailed after only 40 women were randomised owing to recruitment difficulties.[17] The aim of the miscarriage treatment (MIST) trial,

 *A list of investigators and centres is on bmj.com*

Pet. Ref. 149

Research

therefore, was to compare both medical and expectant management with usual (surgical) management of early miscarriage.

## Methods

This was a multicentre trial with seven participating hospitals, each of which had an early pregnancy clinic. Recruitment started in May 1997 and finished in December 2001. Written consent was obtained for each patient.

### Eligibility criteria

Women with a pregnancy of less than 13 weeks' gestation who had been diagnosed as having either an incomplete miscarriage or early fetal/embryonic demise were eligible. Exclusion criteria were severe haemorrhage or pain, pyrexia above 37.5°C, severe asthma, haemolytic disease or blood dyscrasias, current anticoagulation or systemic corticosteroid treatment, twin or higher order pregnancy, smoker aged over 35, and inability to understand written English.

We defined early embryonic demise as an intact gestation sac of greater than 20 mm mean diameter with no other internal structures and early fetal demise as a fetus of over 6 mm crown-rump length with no heart activity on transvaginal ultrasound scan.[18] We defined an incomplete miscarriage as areas of mixed echogenicity within the uterine cavity with or without a disordered gestation sac.

### Randomisation and blinding

Randomisation was by a central telephone system at the Clinical Trials Services Unit, Oxford. We used minimisation to ensure comparability between women with respect to participating centre, parity, type of miscarriage, and gestation.

### Interventions

We gave all women a specific information sheet, 30 co-dydramol tablets, and an emergency telephone number. Women in the expectant management arm were admitted to hospital and given no intervention. In the medical management arm, women with an incomplete miscarriage were admitted to hospital and given a single vaginal dose of 800 µg misoprostol.[19 20] Women with early fetal or embryonic demise were pre-treated with a single oral dose of 200 mg mifepristone,[21] then admitted to hospital 24-48 hours later for a single vaginal dose of 800 µg misoprostol. A surgical evacuation of retained products of conception was offered if expulsion of retained products had not started within eight hours of insertion of misoprostol. Women in the surgical management arm were admitted for surgical suction curettage under general anaesthesia. No centre used prophylactic antibiotics at the time of curettage.

In all three groups, blood was taken for full blood count. Rhesus negative women were offered 250 IU of anti-D irrespective of their allocated management. A follow-up appointment was arranged 10-14 days after trial entry for a transvaginal ultrasound scan, full blood count, consultation with the study nurse, and examination by a gynaecologist if symptoms of infection were present. Retained products of conception were diagnosed if areas of mixed echogenicity within the uterine cavity were seen. A surgical curettage was offered if retained products of conception were present. Clinical symptoms were also taken into account; individual doctors in the early pregnancy clinics made the decision to offer curettage, in association with the women.

### Study hypothesis

Our study hypothesis was that a clinically important difference would exist in documented gynaecological infection within 14

days of expectant or medical management compared with surgical management of first trimester miscarriage.

### Outcomes

The primary outcome was documented gynaecological infection within 14 days of trial entry, defined as two or more of purulent vaginal discharge, pyrexia >38.0°C, tenderness over the uterus on abdominal examination, and a white cell count above $15 \times 10^9$/l. Secondary outcomes were treatment with antibiotics for presumed gynaecological infection within 14 days and within eight weeks; duration of clinical symptoms (pain, additional analgesia, vaginal bleeding, days off work, days before return to usual daily activities); complications (fall in haemoglobin at 10-14 days, blood transfusion, unplanned consultations or admissions within 14 days and within eight weeks); efficacy—we defined a successful outcome as no unplanned surgical curettage within eight weeks; psychological outcomes (depression and anxiety on the hospital anxiety and depression scale at eight weeks); and return to normal activity (standard UK SF-36).

### Sample size estimation

On the basis of the one published trial before the MIST trial started, we expected the incidence of the primary outcome in the standard care group (surgical management) to be 10%.[6] To detect a 50% lower incidence of this outcome in the surgical group, compared with the expectant or medical management group, we needed to recruit 474 women to each group, giving a total sample size of 1422 women. This sample size would have 80% power to detect the treatment effect significant at the 5% level.

### Statistical methods

We used SPSS to analyse data. We express the differences between groups as risk differences with 95% confidence intervals.

### Trial management

A research fellow (JT) based at one of the centres coordinated the day to day activity of the seven participating centres. Randomisation, data management, and analyses were done at the National Perinatal Epidemiology Unit, Oxford. A multidisciplinary steering committee oversaw the trial. We established an independent data monitoring committee, which met annually during the period of recruitment to review interim analyses; its terms of reference stated that interim results should not be revealed to the steering committee unless a strong reason to alter the protocol or stop the trial emerged.

## Results

### Participant recruitment, flow, and follow-up

Of 3905 women attending the early pregnancy clinics, we recruited and randomised 1200 (31%) women (figure); 1620 women refused trial entry and were offered routine surgical management; 1085 women were not eligible for entry to the study. The number of women recruited to the trial was lower than that needed to meet the original sample size calculation. Recruitment was slower than anticipated and despite an additional 33 months of recruitment, we recruited a total of 1200 women. Two women recruited to the trial were subsequently found to have a viable pregnancy. No important baseline differences were evident between the three groups (table 1).

Of the 402 women randomised to surgical management, 356 (89%) had a surgical curettage. Among the 46 women who did not have elective curettage, 30 (8%) miscarried before admission and 16 (4%) declined to have curettage after randomisation;

Pet. Ref. 150

**Table 1** Characteristics of participants at trial entry. Values are numbers (percentages) unless stated otherwise

| Characteristic | Surgical (n=402) | Expectant (n=398) | Medical (n=398) |
|---|---|---|---|
| Mean (SD) age (years) | 31.5 (5.8) | 31.3 (5.8) | 31.2 (5.9) |
| Gestational age (days): | | | |
| <56 | 25 (6) | 26 (7) | 18 (5) |
| 56 to 76 | 173 (43) | 168 (42) | 168 (42) |
| 77 or more | 147 (37) | 147 (37) | 155 (39) |
| Not known | 57 (14) | 57 (14) | 57 (14) |
| Parity: | | | |
| Nulliparous | 175 (44) | 170 (43) | 172 (43) |
| Parous | 227 (56) | 228 (57) | 226 (57) |
| Type of miscarriage: | | | |
| Missed | 310 (77) | 306 (77) | 308 (77) |
| Incomplete | 92 (23) | 92 (23) | 90 (23) |
| Bleeding at entry | 335 (83) | 340 (85) | 331 (83) |
| Pain | 205 (51) | 213 (54) | 206 (52) |
| Median (interquartile range) anterioposterior diameter on ultrasound scan | 21.0 (14-29) | 21.0 (14-30) | 21.0 (14-30) |

however, 12 (3%) subsequently had curettage. In 12 (3%) women in the medical group, the miscarriage occurred spontaneously before admission (2 (0.5%) subsequently had curettage).

### Gynaecological infection
We found no difference in the primary outcome measure—that is, the incidence of infection within the first 14 days—between the expectant group and the surgical group or between the medical group and the surgical group—surgical group 3% (12/402), expectant group 3% (11/398), medical group 2% (9/398) (table 2). The incidence of infection defined as prescription of antibiotic for presumed gynaecological infection within the first 14 days was significantly lower in the expectant group (17/398) compared with the surgical group (34/402) (risk difference 4%, 95% confidence interval 1% to 8%). The incidence of this outcome in the medical group (31/398) was not significantly different from that in the surgical group (risk difference 1%, −3% to 5%). We found no significant difference at eight weeks for either group compared with the surgical group.

### Unplanned hospital consultation and admissions
The number of unplanned hospital consultations (without admission), both within the first 14 days after randomisation and within the first eight weeks, was similar for all management groups. However, the number of unplanned hospital admissions was significantly higher in the expectant group (196, 49%) than in the surgical group (32, 8%) (risk difference −41%, −47% to



Flow of patients through MIST trial

**Table 2** Clinical outcomes. Values are numbers (percentages) unless stated otherwise

| Outcome | Surgical (n=402) | Expectant (n=398) | Surgical–expectant % risk difference (95% CI) | Medical (n=398) | Surgical–medical risk difference (95% CI) |
|---|---|---|---|---|---|
| Infection specified by criteria: | | | | | |
| By 10-14 day follow-up | 12 (3) | 11 (3) | 0.2 (−2.2 to 2.7) | 9 (2) | 0.7 (−1.6 to 3.1) |
| By 8 week follow-up | 16 (4) | 14 (4) | 0.5 (−2.3 to 3.2) | 12 (3) | 1.0 (−1.7 to 3.7) |
| Infection specified by antibiotic use: | | | | | |
| By 10-14 day follow-up | 34 (8) | 17 (4) | 4.2 (0.8 to 7.7) | 31 (8) | 0.7 (−3.2 to 4.5) |
| By 8 week follow-up | 44 (11) | 31 (8) | 3.2 (−0.9 to 7.3) | 43 (11) | 0.1 (−4.2 to 4.5) |
| 10-14 day follow-up ultrasound scan: | | | | | |
| Evidence of RPOC | 41 (10) | 145 (36) | −26.2 (−31.7 to −20.6) | 78 (20) | −9.4 (−14.3 to −4.5) |
| Equivocal result | 53 (13) | 42 (11) | 2.6 (−1.9 to 7.1) | 52 (13) | 0.1 (−4.6 to 4.8) |
| Empty uterus | 271 (67) | 185 (46) | 20.9 (14.1 to 27.5) | 240 (60) | 7.1 (0.5 to 13.7) |
| No follow-up scan | 37 (9) | 26 (7) | 2.7 (−1.1 to 6.5) | 28 (7) | 2.2 (−1.7 to 6.0) |
| Median (interquartile range) duration of bleeding (days) | 8 (4-14) | 12 (7-15) | | 11 (7-15) | |
| Blood transfusion | 0 | 7 (2) | −1.8 (−3.6 to −0.4) | 4 (1) | −1.0 (−2.6 to 0.4) |
| Extra analgesia taken | 71 (18) | 177 (44) | −26.8 (−32.8 to −20.5) | 98 (25) | −7.0 (−12.6 to −1.3) |

RPOC=retained products of conception.

Pet. Ref. 151

Research

**Table 3** Details of women who had unplanned curettage. Values are numbers (percentages) unless stated otherwise

| Outcome | Surgical (n=402) | Expectant (n=398) | Surgical–expectant % risk difference (95% CI) | Medical (n=398) | Surgical–medical % risk difference (95% CI) |
|---|---|---|---|---|---|
| No of women who had any curettage* | 356 (89) | 177 (44) | 44.1 (38.1 to 49.6) | 142 (36) | 52.9 (46.9 to 58.2) |
| No of women who had one or more unplanned curettage† | 22 (5) | 177 (44) | –39 (–44.2 to –33.5) | 52 (13) | –7.6 (–11.7 to –3.6) |
| Timing of first unplanned curettage: | | | | | |
| Before 10-14 day follow-up | 14 (3) | 94 (24) | –20.1 (–24.8 to –15.6) | 20 (5) | –1.5 (–4.5 to +1.3) |
| 10-14 day follow-up or after | 8 (2) | 82 (21)‡ | –18.6 (–23.0 to –14.5) | 32 (8) | –6.1 (–9.3 to –3.1) |
| Main reason for unplanned consultation resulting in first unplanned curettage: | | | | | |
| Excess bleeding | 7 (2) | 22 (6) | –3.8 (–6.6 to –1.2) | 12 (3) | –1.3 (–3.6 to –0.09) |
| Pain | 3 (1) | 5 (1) | –0.5 (–2.2 to +1.1) | 3 (1) | 0 (–1.5 to 1.5) |
| Patient request | 2 (0) | 60 (15) | –14.6 (–18.4 to –11.1) | 10 (3) | –2.0 (–4.1 to –0.03) |
| Retained products on scan | 8 (2) | 72 (18) | –16.1 (–20.3 to –12.1) | 24 (6) | –0.4 (–0.7 to –1.3) |
| Other | 2 (0) | 17 (4)‡ | –2.0 (–4.1 to –.03) | 3 (1) | –0.03 (–1.7 to 1.1) |
| No of women who had more than one unplanned curettage (total) | 2 (0) | 10 (3) | –3.8 (–6.3 to –1.7) | 2 (1) | 0 (–1.4 to 1.3) |

*Allocated, for failed medical induction, or unplanned.
†Excluding women who had curettage for failure of medical management protocol.
‡One not known.

–36%) and was also higher in the medical group (72, 18%) (–10%, –15% to –6%).

**Unplanned curettage**

Table 3 shows the number of women who had unplanned surgical curettage and the indications. One hundred and forty two (36%) women randomised to medical management had surgical curettage compared with 22 (5%) women who had unplanned curettage in the surgical group (risk difference –30%, –35% to –25%). Of 142 women in the medical group who had curettage, the indication for this was failure of the medical management protocol in 90 (23%). A further 52 (13%) women had an unplanned curettage, 11 (3%) as an emergency procedure before anticipated admission.

The type of miscarriage was a factor in the success of management. Twenty (6%) women with early fetal demise who were allocated to the surgical group had an unplanned curettage, compared with a total of 116 (38%) of the medical group (risk difference –31%, –37% to –25%) and 154 (50%) of

the expectant group (–44%, –50% to –37%) (table 4). Of women with an incomplete miscarriage, 2 (2%) in the surgical group had an unplanned curettage compared with a total of 26 (29%) in the medical group (risk difference –27%, –37% to –17%) and 23 (25%) in the expectant group (–23, –33% to –13%) (table 5).

**Clinical symptoms, complications, and side effects**

Cessation of bleeding after randomisation was significantly earlier in the surgical group than in the medical group (P=0.0004) and the expectant group (P<0.0001), but this did not affect haemoglobin concentration and haematocrit at 10-14 days. However, 7 (2%) women randomised to expectant management and 4 (1%) women randomised to medical management had a blood transfusion. No women randomised to surgical management had transfusions.

We found no significant difference in vomiting, diarrhoea, or pain (when assessed by the medical staff) in the medical group compared with the surgical group. We used the outcome of

**Table 4** Selected outcomes for women with early fetal demise. Values are numbers (percentages) unless stated otherwise

| Outcome | Surgical (n=310) | Expectant (n=306) | Surgical–expectant % risk difference (95% CI) | Medical (n=308) | Surgical–medical % risk difference (95% CI) |
|---|---|---|---|---|---|
| Infection specified by criteria: | | | | | |
| By 10-14 day follow-up | 9 (3) | 9 (3) | 0 (–2.9 to 2.8) | 7 (2) | 0.06 (–2.1 to 3.4) |
| By 8 week follow-up | 13 (4) | 12 (4) | 0.03 (–0.3 to 3.6) | 9 (3) | 1.3 (–1.8 to 4.4) |
| Infection specified by antibiotic use: | | | | | |
| By 10-14 day follow-up | 26 (8) | 15 (5) | 3.5 (–0.05 to 7.6) | 25 (8) | 0.03 (–4.2 to 4.7) |
| By 8 week follow-up | 33 (11) | 29 (9) | 1.5 (–3.3 to 6.3) | 34 (11) | –0.04 (–5.4 to 4.6) |
| No of women who had any curettage* | 278 (90) | 154 (50) | 39.4 (32.6 to 45.6) | 116 (38) | 52.0 (45.3 to 58.0) |
| No of women who had one or more unplanned curettage† | 20 (6) | 154 (50) | –43.9 (–49.9 to –37.4) | 46 (15) | –8.5 (–13.4 to –3.6) |
| Main reason for unplanned consultation resulting in unplanned curettage: | | | | | |
| Excess bleeding | 5 (2) | 15 (5) | –3.3 (–6.5 to 0.04) | 12 (4) | –2.3 (–5.2 to 0.04) |
| Pain | 3 (1) | 5 (2) | 0.07 (–2.9 to 1.4) | 3 (1) | 0 (–2.0 to 1.9) |
| Patient request | 2 (1) | 52 (17) | –16.3 (–21.0 to –12.2) | 8 (3) | –2.0 (–4.4 to 0.2) |
| Retained products on scan | 8 (3) | 64 (21) | –18.3 (–23.4 to –13.5) | 21 (7) | –4.2 (–7.8 to –0.09) |
| Other | 2 (1) | 17 (6)‡ | –4.9 (–0.81 to –2.3) | 2 (1) | 0 (–1.8 to 1.7) |
| No of women having more than one unplanned curettage | 2 (1) | 10 (3) | –2.6 (–5.3 to –.04) | 2 (1) | 0 (–1.8 to 1.7) |
| Median (interquartile range) duration of bleeding (days) | 9 (4.8-14) | 12 (7-16) | | 11 (7-15) | |
| Blood transfusion | 0 | 7 (2) | | 3 (1) | |
| Extra analgesia taken | 59 (19) | 156 (51) | –31.9 (–38.8 to –24.6) | 82 (27) | –7.6 (–14.1 to –1.0) |

*Allocated, for failed medical induction, or unplanned.
†Excluding women who had curettage for failure of medical management protocol.
‡One not known.

Pet. Ref. 152

Research

**Table 5** Selected outcomes for women with incomplete miscarriage. Values are numbers (percentages) unless stated otherwise

| Outcome | Surgical (n=92) | Expectant (n=92) | Surgical–expectant % risk difference (95% CI) | Medical (n=90) | Surgical–medical % risk difference (95% CI) |
|---|---|---|---|---|---|
| Infection specified by criteria: | | | | | |
| By 10-14 day follow-up | 3 (3) | 2 (2) | 1.1 (−4.7 to 7.2) | 2 (2) | 1.0 (−4.9 to 7.1) |
| By 8 week follow-up | 3 (3) | 2 (2) | 1.1 (−4.7 to 7.2) | 3 (3) | −0.1 (−6.5 to 6.2) |
| Infection specified by antibiotic use: | | | | | |
| By 10-14 day follow-up | 8 (9) | 2 (2) | 6.5 (−0.03 to 14.2) | 6 (7) | 2.0 (−6.3 to 10.4) |
| By 8 week follow-up | 11 (12) | 3 (3) | 8.7 (−9.0 to 17.2) | 9 (10) | 2.0 (−7.5 to 11.4) |
| No of women who had any curettage* | 78 (85) | 23 (25) | 59.8 (46.7 to 69.5) | 26 (29) | 55.9 (42.6 to 66.1) |
| No of women who had one or more unplanned curettage† | 2 (2) | 23 (25) | −22.8 (−32.7 to −13.4) | 6 (7) | −4.5 (−11.8 to 2.0) |
| Main reason for unplanned consultation resulting in unplanned curettage: | | | | | |
| Excess bleeding | 2 (2) | 7 (8) | −5.4 (−12.9 to 1.2) | 0 | 2.2 (−2.2 to 7.6) |
| Pain | 0 | 0 | 0 (−4.0 to 4.0) | 0 | 0 (−4.1 to 4.0) |
| Patient request | 0 | 8 (9) | −8.7 (−16.2 to −2.9) | 2 (2) | −2.2 (−2.2 to 7.6) |
| Retained products on scan | 0 | 8 (9) | −8.7 (−16.2 to −2.9) | 3 (3) | −3.3 (−9.3 to 1.2) |
| Other | 0 | 0 | 0 (−4.0 to 4.0) | 1 (1) | −1.1 (−6.0 to 3.0) |
| No of women who had more than one unplanned curettage | 0 | 0 | 0 (−4.0 to 4.0) | 0 | 0 (−4.1 to 4.0) |
| Median (interquartile range) duration of bleeding (days) | 7 (4-12) | 10 (7-13.3) | | 9 (6-14) | |
| Blood transfusion | 0 | 0 | 0 (−4.0 to 4.0) | 1 (1) | −1.1 (−6.0 to 3.0) |
| Extra analgesia taken | 12 (13) | 21 (23) | −9.8 (−20.8 to 1.4) | 17 (19) | −5.8 (−16.6 to 4.9) |

*Allocated, for failed medical induction, or unplanned.
†Excluding women who had curettage for failure of medical management protocol.

"extra analgesia" as a proxy measure to evaluate the need for analgesia by all three groups in the outpatient setting. The expectant management group received significantly more analgesia (table 2).

We found no difference between the three groups in the incidence of surgical complications in the women who had surgery. Surgical complications were reported in 2% (9/402), 1% (4/398), and 1% (4/398) of women allocated to receive surgical, expectant, and medical management respectively.

**Psychological and activities outcomes**
In all three groups the median time to return to usual daily activities was two days. Sick leave was also similar in all three groups—the median was nine days in the surgical group, eight days in the expectant group, and nine days in the medical group. No differences existed in anxiety or depression scores on the hospital anxiety and depression questionnaire six to eight weeks after miscarriage. Similarly, no differences existed in activities of daily living on any of the eight subscales of the UK SF-36.

**Discussion**

Gynaecologists have been taught that surgical curettage is necessary to prevent infection after miscarriage. In this trial, the infection rates after expectant, medical, and surgical management were not significantly different and were reassuringly low. This was in the absence of screening for infection and without the use of prophylactic antibiotics. Moreover, the incidence of presumed infection as measured by antibiotic prescription in the first 14 days was significantly lower in the expectant management group than in the surgical group. These data should be reassuring to people who have raised concern about the lack of evidence available for non-surgical treatment of miscarriage.[3 4]

The success rates in this trial were comparable to those in other trials of expectant management of incomplete miscarriage and early fetal demise.[6 7] Observational studies, however, had suggested that higher success rates were achievable.[22 23] Some of these differences could be explained by the lack of a universal definition of ultrasound scan findings of incomplete miscarriage or the presence of retained products at follow-up. Current clinical practice is not to do an ultrasound scan to measure endometrial thickness after a surgical curettage. Therefore, more women than usual may have been diagnosed as having retained products of conception and advised to have subsequent surgical curettage. For medical management, the success of the treatment protocol was disappointing compared with the higher success rates in the observational studies on which we based the treatment protocol and other observational studies.[19 24]

Women are increasingly offered a choice of treatment for the management of miscarriage.[25] This study provides important data to enable women to be informed about their treatment choice. The ability of a unit to offer all three choices will depend on its facilities. The unplanned admission rate in women randomised to expectant management supports the advice from the Royal College of Obstetricians and Gynaecologists that expectant and medical management should be offered only in units where patients have access to 24 hour telephone advice and immediate admission can be arranged.[26] Expectant management seems to be particularly appropriate for incomplete miscarriage, with success rates of 75%, although an emergency admission rate of up to 29% should be anticipated.

Medical management does not seem to offer greater success than expectant management when used to treat incomplete miscarriage, but it may offer an alternative management in early fetal demise. Allowing a longer time for products of conception to pass may increase the success rate.[27] However, the increased time spent in hospital could be unattractive to women and care providers alike. Another option would be to use misoprostol in an outpatient setting. Randomised trials have shown that this is possible, with success rates of 72-93%.[10 15–15 28–31] The optimum regimen for medical management is yet to be devised, and further research is needed to determine this, particularly in an outpatient setting. Surgical curettage still offers the greatest complete evacuation rate, the least risk of needing unplanned admission, and the shortest duration of bleeding. It should therefore continue to be offered as a management option, particularly to those women with early fetal demise.

Because of the challenges of recruiting women to a trial of expectant, medical, and surgical management of miscarriage of

Pet. Ref. 153

Research

this size, such a trial seems unlikely to be repeated. This trial shows that infection rates, whatever the chosen management, are reassuringly low. Success rates of the three options may be higher than the MIST trial suggests, as women who choose a treatment option are likely to be more motivated to follow their chosen treatment to completion than are women who are randomised.[52]

We thank the Clinical Trials Service Unit, Oxford, for providing telephone randomisation and Sarah Ayers at the National Perinatal Epidemiology Unit, Oxford, for writing the data entry program and for providing data for analysis. We also thank Steering Committee members G Stirrat (Bristol), D Mant (Oxford), R Bender Attik (Miscarriage Association), and C Law (Southampton) for their guidance during the trial and Data Monitoring Committee members D Elbourne (London), D Jewell (Bristol), P Ewings (Taunton), and J Friend (Plymouth). A list of investigators and centres is on bmj.com.

Contributors: JT, PB, and LS prepared the manuscript. JT, RP, SV, and LS conceived the trial. LS was the trial grant lead. JT, PB, RP, MR, SV, and LS designed and coordinated the trial. JT, LS, and PB coordinated the data collection. PB did the statistical analysis. JT is the guarantor.

Funding: The MIST study was funded by a South and West NHS Executive research and development grant. A donation of £20 000 was accepted from Exelgyn. Neither the NHS Executive nor Exelgyn had any role in the study design; collection, analysis, or interpretation of data; writing of the report; or the decision to submit the paper for publication.

Competing interests: The study group accepted a donation of £20 000 from Exelgyn, the manufacturers of mifepristone. The authors have no other competing interests.

Ethical approval: Multicentre Research Ethics Committee (MREC/97/6/24) and local research ethics committee approval for each centre.

1   Nybo Andersen AM, Wohlfahrt J, Christens P, Olsen J, Melbye M. Maternal age and fetal loss: population based register linkage study. *BMJ* 2000;320:1708-12.
2   Chung TK, Lee DT, Cheung LP, Haines CJ, Chang AM. Spontaneous abortion: a randomized, controlled trial comparing surgical evacuation with conservative management using misoprostol. *Fertil Steril* 1999;71:1054-9.
3   Jurkovic D. Modern management of miscarriage: is there a place for non-surgical treatment? *Ultrasound Obstet Gynecol* 1998;11:161-3.
4   Cahill DJ. Managing spontaneous first trimester miscarriage. *BMJ* 2001;322:1315-6.
5   Chipchase J, James D. Randomised trial of expectant versus surgical management of spontaneous miscarriage. *Br J Obstet Gynaecol* 1997;104:840-1.
6   Nielsen S, Hahlin M. Expectant management of first-trimester spontaneous abortion. *Lancet* 1995;345:84-6.
7   Wieringa-de Waard M, Vos J, Bonsel GJ, Bindels PJ, Ankum WM. Management of miscarriage: a randomized controlled trial of expectant management versus surgical evacuation. *Hum Reprod* 2002;17:2445-50.
8   De Jonge ET, Makin JD, Manefeldt E, De Wet GH, Pattinson RC. Randomised clinical trial of medical evacuation and surgical curettage for incomplete miscarriage. *BMJ* 1995;311:662.
9   Weeks A, Alia G, Blum J, Winikoff B, Ekwaru P, Durocher J, et al. A randomized trial of misoprostol compared with manual vacuum aspiration for incomplete abortion. *Obstet Gynecol* 2005;106:540-7.
10  Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *N Engl J Med* 2005;353:761-9.
11  Moodliar S, Bagratee JS, Moodley J. Medical vs. surgical evacuation of first-trimester spontaneous abortion. *Int J Gynaecol Obstet* 2005;91:21-6.
12  Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Hum Reprod* 2001;16:365-9.
13  Sahin HG, Sahin HA, Kocer M. Randomized outpatient clinical trial of medical evacuation and surgical curettage in incomplete miscarriage. *Eur J Contracept Reprod Health Care* 2001;6:141-4.
14  Muffley PE, Stitely ML, Gherman RB. Early intrauterine pregnancy failure: a randomized trial of medical versus surgical treatment. *Am J Obstet Gynecol* 2002;187:321-5.
15  Gronlund L, Gronlund AL, Clevin L, Andersen B, Palmgren N, Lidegaard O. Spontaneous abortion: expectant management, medical treatment or surgical evacuation. *Acta Obstet Gynecol Scand* 2002;81:781-2.
16  Hamilton-Fairley D, Donaghy J. Surgical versus expectant management of first-trimester miscarriage: a prospective observational study. In: Grudzinskas JG, O'Brien P, eds. *Problems in early pregnancy: advances in diagnosis and management*. London: RCOG Press, 1997:277-83.
17  Shelley JM, Healy D, Grover S. A randomised trial of surgical, medical and expectant management of first trimester spontaneous miscarriage. *Aust N Z J Obstet Gynaecol* 2005;45:122-7.
18  Royal College of Radiologists and Royal College of Obstetricians and Gynaecologists. *Guidance on ultrasound procedures in early pregnancy*. London: Royal College of Radiologists, 1995.
19  Henshaw RC, Cooper K, El-Refaey H, Smith NC, Templeton AA. Medical management of miscarriage: non-surgical uterine evacuation of incomplete and inevitable spontaneous abortion. *BMJ* 1993;306:894-5.
20  El-Rafaey H, Dhammasekar R, Abdalla M, Calder L, Templeton A. Induction of abortion with mifepristone (RU 486) and oral or vaginal misoprostol. *N Engl J Med* 1995;332:983-7.
21  World Health Organisation Task Force on Post-ovulatory Methods of Fertility Regulation. Termination of pregnancy with reduced doses of mifepristone. *BMJ* 1993;307:532-7.
22  Sairam S, Khare M, Michailididis G, Thilaganathan B. The role of ultrasound in the expectant management of early pregnancy loss. *Ultrasound Obstet Gynecol* 2001;17:506-9.
23  Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. *BMJ* 2002;324:873-5.
24  Chung TK, Leung P, Cheung LP, Haines CJ, Chang AM. A medical approach to management of spontaneous abortion using misoprostol. *Acta Obstet Gynecol Scand* 1997;76:248-51.
25  Bradley E, Hamilton-Fairley D. Managing miscarriage in early pregnancy assessment units. *Hospital Medicine* 1998;59:451-6.
26  Guidelines and Audit Committee of the Royal College of Obstetricians and Gynaecologists. *The management of early pregnancy loss: clinical green top guidelines*. London: RCOG, 2000.
27  Chung T, Leung P, Cheung LP, Haines C, Chang AM. A medical approach to management of spontaneous abortion using misoprostol: extending misoprostol treatment to a maximum of 48 hours can further improve evacuation of retained products of conception in spontaneous abortion. *Acta Obstet Gynecol Scand* 1997;76:248-51.
28  Nielsen S, Hahlin M, Platz-Christensen J. Randomised trial comparing expectant with medical management for first trimester miscarriages. *Br J Obstet Gynaecol* 1999;106:804-7.
29  Ngai SW, Chan YM, Tang OS, Ho PC. Vaginal misoprostol as medical treatment for first trimester spontaneous abortion. *Hum Reprod* 2001;16:1493-6.
30  Wood SL, Brain PH. Medical management of missed abortion: a randomized clinical trial. *Obstet Gynecol* 2002;99:563-6.
31  Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Hum Reprod* 2004;19:266-71.
32  Brewin CR, Bradley C. Patient preferences and randomised clinical trials. *BMJ* 1989;299:313-5.

(Accepted 9 March 2006)

doi 10.1136/bmj.38828.593125.55

**What is already known on this topic**

The most effective method of ensuring complete evacuation of retained products of conception after miscarriage is surgical curettage

Expectant management of incomplete miscarriage is effective, and evidence suggests that it is associated with lower rates of infection than surgical management

Medical management of miscarriage is effective, but little is known about infection rates

**What this study adds**

The risk of gynaecological infection after management of miscarriage by expectant, medical, and surgical methods is low (2-3%)

This large randomised controlled trial did not find a significant difference in infection between expectant, medical, and surgical management of miscarriage

The risk of unplanned hospital admission is highest with expectant management of miscarriage

Southmead Hospital, Westbury-on-Trym, Bristol BS10 5NB
**J Trinder** *specialist registrar in obstetrics and gynaecology*
**S Vyas** *consultant obstetrician and gynaecologist*

National Perinatal Epidemiology Unit, University of Oxford, Oxford OX3 7LF
**P Brocklehurst** *director*

Royal United Hospital, Bath BA1 3NG
**R Porter** *consultant obstetrician and gynaecologist*

Gloucestershire Royal NHS Hospital, Gloucester GL1 3NN
**M Read** *consultant obstetrician and gynaecologist*

East Somerset Research Consortium, West Coker, Somerset BA22 9AH
**L Smith** *general practitioner*

Correspondence to: J Trinder, Consultant in Maternal Medicine and Obstetrics, Department of Obstetrics and Gynaecology, St Michael's Hospital, Southwell St, Bristol BS2 8EG jo.trinder@bristol.ac.uk

Pet. Ref. 154

BJOG: an International Journal of Obstetrics and Gynaecology
August 2005, Vol. 112, pp. 1090–1095

DOI: 10.1111/j.1471-0528.2005.00632.x

# A randomised double blind trial comparing misoprostol or placebo in the management of early miscarriage

F. Blohm, B.E. Fridén, I. Milsom, J.J. Platz-Christensen, S. Nielsen

**Objectives** To study if misoprostol 400 µg, administered vaginally, increased the successful resolution of early miscarriage compared with placebo.

**Design** Randomised, double blind placebo controlled study.

**Setting** Sahlgrenska University Hospital, Göteborg, Sweden.

**Sample** One hundred and twenty-six women seeking medical attention for early miscarriage.

**Method** Women with a non-viable, first trimester miscarriage were randomised to vaginal administration of misoprostol 400 µg or placebo.

**Main outcome measures** Main outcome measure was the proportion of successful complete resolution of miscarriage. Secondary outcomes were incidence of infection, bleeding, gastrointestinal side effects, pain, use of analgesics and length of sick leave between groups.

**Results** Sixty-four patients were randomised to misoprostol and 62 to placebo. Eighty-one percent in the misoprostol and 52% in the placebo group had a complete miscarriage within one week of the primary visit (RR 1.57; 95% CI 1.20–2.06). Patients in the misoprostol group reported more pain as assessed on a visual analogue scale (60.4 [31.0] $vs$ 43.8 [37.1] mm; $P < 0.007$) and required analgesics more often (83% $vs$ 61%, RR 1.35; 95% CI 1.08–1.70). There were no significant differences in the occurrence of gastrointestinal side effects, infection, reduction in haemoglobin or sick leave between the groups.

**Conclusions** Treatment with 400 µg misoprostol administered vaginally increased the success rate of resolvement of uncomplicated early miscarriages compared with placebo. However, women who received misoprostol experienced more pain and required more analgesics than those who did not.

## INTRODUCTION

Approximately 15% of pregnancies result in a spontaneous miscarriage.[1] Expectant management of a clinically stable patient with symptoms of early miscarriage has been shown to be safe, efficient and well tolerated[2] and does not compromise future fertility[3,4] or render more negative psychological consequences[5–7] when compared with dilatation and curettage (D&C).

In order to shorten the time for the complete expulsion of retained products of conception, different medical regimes and administration routines have been tested as an alternative to expectant management. Different doses of oral or vaginal misoprostol, in single or repeated doses, with or without pretreatment with mifepristone, Sulprostone 0.5 mg (im), gemeprost 1 mg and also methotrexate 50 mg/m$^2$ and vaginal misoprostol repeated as needed have all been used.[8–10] However, the ideal dose of misoprostol has as yet not been established.

The primary aim of this investigation was to study if misoprostol 400 µg, administered vaginally, could increase the success rate of resolution of early miscarriage compared with placebo. Secondary endpoints were to detect any differences between the groups concerning infection, bleeding, gastrointestinal side effects, subjective pain, use of analgesics and length of sick leave.

## PATIENTS AND METHOD

Women seeking medical attention at the Department of Obstetrics and Gynecology, Sahlgrenska University Hospital, Göteborg, Sweden, due to signs of miscarriage in the first trimester and who fulfilled the inclusion criteria outlined below were invited to participate in the study. A flow diagram (Fig. 1) of the various phases of this randomised controlled trial and the information required according to the check list in the CONSORT statement[11] is included below. One hundred and twenty-six patients of the 136 invited to participate accepted the invitation and were eligible to be included and were randomised in this study. The study was approved by the ethics committee of the Medical Faculty, University of Göteborg (No. 597–97).

To be included the patient had to be circulatory stable (stable blood pressure and haemoglobin >90 g/L) and

*Department of Obstetrics and Gynecology, Sahlgrenska University Hospital, Göteborg, Sweden*

**Correspondence**: Dr F. Blohm, Department of Obstetrics and Gynecology, Sahlgrenska University Hospital/Östra S-416 85 Göteborg, Sweden.

© RCOG 2005 *BJOG: an International Journal of Obstetrics and Gynaecology*



**Fig. 1.** Flow diagram of subjects progress through the phases of this randomised controlled trial.

without any signs of genital infection. An infection was considered to present if the patient had three or more of the following criteria; purulent vaginal discharge, elevated body temperature >38°C (100.4°F), pain on palpation of the uterus and/or adnexa and a serum C-reactive protein (CRP) >10 mg/L.

All patients underwent a gynecological examination, including vaginal ultrasound, which involved measurement of the anterior–posterior diameter of the uterine cavity (A–P diameter). Only patients with a gestational residue (A–P diameter) between 15 and 50 mm were included. In the analyses women were grouped (A–P diameter 15–21 mm or A–P diameter 22–50 mm) according to the size of the gestational residue as described by Luise *et al.*[12] The non-viability of the concepts had to be confirmed and accepted by both the physician and patient. Only women above the age of 18 (legal age for adult in Sweden) were included in the study. Women who were not able to understand the information provided regarding the study and women with

a possible allergy or medical contraindication for analgesics or misoprostol were not included.

Patients were randomised to placebo or misoprostol by drawing a sealed envelope from a box. Each envelope contained either two placebo tablets or two 200 µg misoprostol tablets for self-administration intra-vaginally at home. Four hundred micrograms of misoprostol was chosen as this is the standard dose of misoprostol used in medical, legal abortions in our department after administration of mifepristone. The placebo tablets were provided by Labatec-Pharma S.A. (Geneva, Switzerland) and were identical in appearance to the active misoprostol tablets. The placebo and active misoprostol tablets were delivered to the independent hospital pharmacy where they were inserted by the pharmacy staff into numbered envelopes, in blocks of 10, according to a random table system. The shelf life of the medication was 6 months and all medication was used within the stipulated time limit. The randomisation list was retained by the hospital pharmacy

Pet. Ref. 156

1092   F. BLOHM ET AL.

**Table 1.** Patient characteristics [expressed as mean [SD] or $n$ (%)] at randomisation.

|  | Misoprostol ($n = 64$) | Placebo ($n = 62$) |
|---|---|---|
| Age (year) | 32.1 [4.9] | 32.1 [6.0] |
| Gestational age (days) | 72.8 [12.2] | 77.8 [12.9] |
| Parity | 1.1 (1.7) | 0.9 (1.0) |
| Nullipara | 42.2% | 38.7% |
| Previous miscarriage | 18.8% | 21.0% |
| Previous legal abortion | 21.9% | 25.8% |
| Duration of bleeding before recruitment into study (days) | 3.9 [4.9] | 2.7 [3.3] |
| Residual gestational tissue A–P diameter (mm) | 26.6 [9.6] | 28.8 [10.1] |
| Serum progesterone (nmol/L) | 23.1 [17.3] | 21.9 [19.6] |
| Serum haemoglobin (g/L) | 133.7 [12.3] | 134.0 [13.7] |

and was not broken until after completion of the study when the statistical analyses were performed. Patients were enrolled by clinicians involved in the study working at the Department of Obstetrics and Gynecology who were un-aware of the randomisation sequence and patients were allocated medication in numerical order. Compliance of taking misoprostol or placebo tablets was checked at the return visit.

During the initial consultation, the patients underwent a vaginal ultrasound examination, physical examination and laboratory tests. The women were informed about expected pain and bleeding associated with the miscarriage. Patients were provided with paracetamol alone or in combination with codeine for pain. Anti-D immunoglobulin was administered to all Rh-negative patients. If the patient had unacceptable pain and/or bleeding she was informed to return to the ward and a D&C was then performed.

All women were scheduled for a follow up examination within one week (six to seven days) after the primary visit. The women were then divided into two groups; 'success-ful' and 'failed' treatment. If the A–P diameter for the ges-tational residue was <15 mm the patient was considered to belong to the 'successful' group. These women were only continued to be classified into the 'successful' group only when the urine pregnancy test at four weeks after the primary visit was negative (Tandem-Icon, Beckman Coul-ter, Fullerton, California, USA, sensitivity 50 iu/L). Those women who had a gestational residue >15 mm (A–P) were referred to as the 'failed' treatment group and were given the choice of further expectancy or D&C. The patients were followed until testing negative on urinary pregnancy test.

Serum haemoglobin (Hb), serum C-reactive protein (CRP), serum progesterone (primary visit only) and Rhesus factor (primary visit only) were tested at inclusion and at the last follow up visit.

All patients were asked to complete an anonymous self-administered questionnaire. The questionnaire included forced-choice questions relating to past obstetric history, general health, need for pain-treatment, sick leave and the duration of vaginal bleeding.

The number of successfully treated patients was recorded, as well as the number of patients requiring D&C or future expectancy due to retention of gestational residues.

The total number of days of bleeding, gastrointestinal side effects, signs of genital infection, the need for pain relief, subjective discomfort and days of sick leave were obtained from patient questionnaire, which was collected at the last check-up.

The patient was judged to have an infection if three or more of the following criteria were observed within one month after the initial consultation. The criteria were purulent vaginal discharge; elevated body temperature >38°C (100.4°F) for >24 hours; pain on palpation of uterus and/or adnexa; and C-reactive protein >10 mg/L.

## POWER CALCULATION AND STATISTICAL METHODS

In the power calculation we hypothesised that we would achieve a success rate of 50% without treatment (placebo arm) and 75% in the active arm using 400 µg misoprostol.

**Table 2.** Results of treatment with misoprostol or placebo as a complement to the expectant management of early miscarriage [results expressed as mean [SD] or $n$ (%)].

|  | Misoprostol ($n = 64$) | Placebo ($n = 62$) | Relative risk (95% CI) or $P$ |
|---|---|---|---|
| Successful uterine emptying at follow up (6–7 days) | 52 (81) | 32 (52) | 1.57 (1.20–2.06) |
| Successful uterine emptying on completion of study in absence of D&C | 56 (88) | 37 (60) | 1.47 (1.17–1.84) |
| Pain VAS (mm) | 60.4 [31.0] | 43.8 [37.1] | 0.007 |
| Nausea VAS (mm) | 17.4 [24.7] | 14.9 [23.8] | 0.57 |
| Vomiting VAS (mm) | 8.1 [20.2] | 7.3 [21.7] | 0.85 |
| Diarrhea VAS (mm) | 7.5 [15.0] | 8.9 [20.4] | 0.69 |
| Serum haemoglobin (Hb) at follow up (g/L) | 128.3 [15.2] | 128.5 [12.5] | 0.93 |
| Reduction in serum Hb (g/L) | 3.9 [12.7] | 5.9 [15.0] | 0.50 |
| Infection | 3 (4.7) | 0 (0) | 0.95 (0.90–1.0) |
| Analgaesic use | 53 (83) | 38 (61) | 1.35 (1.08–1.70) |
| Sick leave (days) | 4.8 [5.4] | 5.9 [6.5] | 0.33 |

Pet. Ref. 157

Table 3. The relation between the value of progesterone and successful uterine emptying in the absence of a D&C.

| | Placebo ($n = 60$) | | Misoprostol ($n = 63$) | |
|---|---|---|---|---|
| | Managed expectantly | Managed with D&C | Managed expectantly | Managed with D&C |
| Serum progesterone <30 nmol/L | 33 (66%) | 17 (34%) | 46 (94%) | 3 (6%) |
| Serum progesterone >30 nmol/L | 4 (40%) | 6 (60%) | 9 (64%) | 5 (36%) |

Sixty individuals per group would then provide a power of 80% using an α value of 0.05.

The results in the two groups [expressed as mean [SD] and range or $n$ (%)] were compared when appropriate by students $t$ test or Fishers Exact Test.

## RESULTS

Sixty-four women were randomised to misoprostol and 62 women received placebo. There were no differences between patients randomised to misoprostol or placebo regarding age, parity, the occurrence of previous spontaneous or legal abortion and gestational residue size (A–P diameter). There was however a difference in gestational length between the groups (Table 1). All patients reported that they had taken the medication as instructed.

In the misoprostol group 52 patients (81%) had a complete miscarriage within one week compared with 32 patients (52%) in the placebo group (RR 1.57; 95% CI 1.20–2.06) (Table 2). Four of the 12 women who had an incomplete miscarriage in the misoprostol group chose to expect further and where followed until a negative urine pregnancy test was recorded (30–47 days from inclusion). The remaining eight patients chose D&C. Seven went uneventful, but one suffered an intraoperative uterine perforation. In the placebo group 25 of the 30 women with an incomplete miscarriage underwent D&C uneventfully. Five patients opted for further expectancy. All of them subsequently had a negative urinary pregnancy test at follow up visit 11–51 days after inclusion. Thus, successful uterine emptying in the absence of a D&C was achieved in 56 women receiving misoprostol (88%) compared with 37 women receiving placebo (60%) on completion of the study (RR 1.47; 95% CI 1.17–1.84) (Table 2).

In both groups, patients with serum progesterone value <30 nmol/L at inclusion had a more successful outcome (complete miscarriage at follow up 6–7 days after inclusion) compared with those with serum progesterone values >30 nmol/L (Table 3).

Of the 126 patients included in this trial 18 had an open cervix on inclusion. Eleven women (11/62) in the placebo group and 7 (7/64) in the misoprostol group had an open cervix. Only two patients with an open cervix required surgical evacuation, both of whom were in the placebo group.

Successful uterine emptying was achieved more often in women with a uterine size 22–50 mm. In the placebo group 11 out of 20 patients (55%) with A–P diameter (gestational residue) 15–21 mm had a successful emptying without D&C, and among those who had A–P diameter 22–50 mm, 60% (25/42). In the misoprostol group with A–P diameter 15–21 mm, 21 out of 26 (81%) were successful compared with 35 out of 38 (92%) among those with A–P diameter 22–50 mm. But the differences in success between the A–P diameter were not big enough to give a significant effect.

Possible side effects in the two treatment groups (pain, nausea, vomiting and diarrhoea) were assessed using a visual analogue scale (Table 2). There were no differences between groups except with regard to pain where women receiving misoprostol reported more severe pain, 60.4 [31.0] mm compared with 43.8 [37.1] mm in women receiving placebo ($P < 0.007$). A greater number of women in the misoprostol group reported using analgesics compared with women in the placebo group (83% vs 61%, RR 1.35; 95% CI 1.08–1.70). No differences were found between the two groups regarding the need for sick leave, the amount of bleeding or the change in Hb from inclusion to follow up (Table 2). No patient in the study required a blood transfusion. Three patients with infections were diagnosed, all of which belonged to the misoprostol group (Table 2). These patients were treated with antibiotics, and no further intervention was needed.

## DISCUSSION

In this study we have demonstrated that vaginally administered misoprostol in a dose of 400 μg increased the success rate of expectant management of miscarriage compared with placebo. This was particularly true for women with a uterine size of 22–50 mm compared with women with a smaller gestational residue (A–P diameter, 15–21 mm). However, women receiving misoprostol reported more pain and consumed more analgesics than women who received placebo.

Surgical evacuation of miscarriages accounted in the early 1990s for about 75% of 'out of office time' surgical interventions in gynecological practice in Britain.[13] Even if suction curettage is a relatively safe procedure with a low complication rate, the procedure has risks and may cause sequelae. Infection, uterine perforations, secondary infertility, dyspareunia and chronic pelvic pain have been associated with the procedure.[14–16] Surgical evacuation is

© RCOG 2005 *BJOG: an International Journal of Obstetrics and Gynaecology* **112**, pp. 1090–1095

Pet. Ref. 158

1094   F. BLOHM ET AL.

still used at many places as there is concern that retained products of conception within the uterus may increase the risk of infection or haemorrhage.[14] In this respect it is important to note that prophylactic antibiotics at D&C have not been found to reduce the risk of infection.[17] During the last decade the number of women treated with a D&C has decreased and there is increasing experience of treating incomplete and missed abortions with either expectant management[2,18] or medical methods of uterine evacuation.

In studies of expectant management complemented by medical treatment the duration of expectancy following treatment has differed between studies and this may influence the results, as an increasing period of observation will enable more women to experience a successful spontaneous resolution of miscarriage. In the present study 81% of the women who received misoprostol had a complete miscarriage compared with 52% in the placebo group within one week. At the end of this study successful uterine emptying in the absence of a D&C was achieved in 88% of the women who received misoprostol compared with 60% in the women who received placebo. When considering these results it is important to note that there was a difference in gestational length between the groups. However, it has previously been reported that neither the presence of a gestational sac nor the endometrial thickness at diagnosis can be used to predict the likelihood of management failure.[12] Similar results to the present study (overall success in 88%) have been reported using 800 or 600 µg misoprostol vaginally.[10,19]

Priming with antiprogesterone has shown different results in different studies.[9,16,20] Misoprostol appears to be more effective than gemeprost to empty the uterine cavity.[21] Misoprostol administered vaginally in equal doses increases its bioavailability three times compared with oral administration.[22] Uterine contractility and plasma levels increases continuously during the first 2 hours after vaginal administration of misoprostol compared with oral administration where the tonus and plasma levels reach its highest levels at 30 minutes.[23] Women receiving oral misoprostol compared with those who received vaginal therapy report vomiting and diarrhoea more frequently.[24]

There is an increasing number of women diagnosed as missed miscarriage which can possibly be explained by the fact that the diagnosis is made with vaginal ultrasound in patients who present early with few or no symptoms. Despite the fact that surgical evacuation of this kind of miscarriage is effective in more than 95%, many women prefer a less invasive way of terminating their pregnancy. Treatment with misoprostol is potentially dangerous to a normal ongoing pregnancy, due to its abortifacient effect and possible teratogenicity.[25,26] Careful monitoring and diagnosis must be made using transvaginal ultrasound before treatment with misoprostol can be administered. This is not always available at an emergency room. Expectant management alone has in many studies been shown to be successful and will still be an alternative to surgical evacuation as well as medical treatment of miscarriage in a stable patient.[2,27]

## CONCLUSION

Administration of misoprostol 400 µg vaginally increased the success rate in the treatment of early miscarriage compared with expectancy alone. However, with pharmacological treatment the patients experienced more pain and there was a greater need for analgesics.

## Acknowledgments

The authors would like to thank the financial support from the University of Göteborg and the Hjalmar Svensson Research Foundation. We are grateful to Ms Lilian Engström and Ms Marianne Johansson, registered midwives, for great patient care and excellent administration and to Björn Areskoug for his assistance with the statistical analyses.

## References

1. Laferla JJ. Spontaneous abortion. *Clin Obstet Gynecol* 1986;**13**:105–114.
2. Nielsen S, Hahlin M. Expectant management of first-trimester spontaneous abortion. *Lancet* 1995;**345**:84–86.
3. Kaplan B, Pardo J, Rabinerson D, Fisch B, Neri A. Future fertility following conservative management of complete abortion. *Human Reproduction* 1996;**11**:92–94.
4. Blohm F, Hahlin M, Nielsen S, Milsom I. Fertility after a randomised trial of spontaneous abortion managed by surgical evacuation or expectant treatment. *Lancet* 1997;**349**:995.
5. Nielsen S, Hahlin M, Möller A, Granberg S. Bereavement, grieving and psychological morbidity after first trimester spontaneous abortion: comparing expectant management with surgical evacuation. *Human Reprod* 1996;**11**:1767–1770.
6. Hopper E. Psychological consequences of early pregnancy loss. In: Grudzinskas JG, O'Brien PMS, editors. *Problems in Early Pregnancy. Advances in Diagnosis and Management*. London: RCOG Press, 1997: 296–308.
7. Slade P, Heke S, Fletcher J, Stewart P. A comparison of medical and surgical termination of pregnancy: choice, emotional impact and satisfaction with care. *Br J Obstet Gynaecol* 1998;**105**:1288–1295.
8. Blanchard K, Clark S, Winikoff B, Gaines G, Kabani G, Shannon C. Misoprostol for women's health: a review. *Obstet Gynecol* 2002; **99**:316–333.
9. Wagaarachchi PT, Ashok PW, Narvekar N, Smith NC, Templeton A. Medical management of early fetal demise using a combination of mifepristone and misoprostol. *Hum Reprod* 2001;**16**:1849–1853.
10. Bagratee JS, Khullar V, Regan L, Moodley J, Kagro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Human Reprod* 2004;**19**:266–271.
11. Moher D, Schulz KF, Altman D. The CONSORT statement: revised recommendations for improving the quality of reports of parallel-group randomized trials. *JAMA* 2001;**285**:1987–1991.
12. Luise C, Jermy K, Collins WP, Bourne TH. Expectant management of incomplete, spontaneous first-trimester miscarriage: outcome according

Pet. Ref. 159

to initial ultrasound criteria and value of follow-up visits. *Ultrasound Obstet Gynecol* 2002;**19**:580–582.

13. McKee M, Priest P, Ginzlet M, Black N. Can out-of-hours operating in gynaecology be reduced? *Arch Emerg Med* 1992;**9**:290–298.

14. Farrel RG, Stonington DT, Ridgeway RA. Incomplete and inevitable abortion: treatment by suction curettage in the emergency department. *Ann Emerg Med* 1982;**11**:652–658.

15. Heisterberg L, Kringelbach M. Early complications after induced first-trimester abortion. *Acta Obstet Gynecol Scand* 1987;**66**:201–204.

16. Hinshaw HKS. Medical management of miscarriage. In: Grudzinskas JG, O'Brien PMS, editors. *Problems in Early Pregnancy. Advances in Diagnosis and Management*. London: RCOG Press, 1997:284–295.

17. Prieto JA, Eriksen NL, Blanco JD. A randomized trial of prophylactic doxycycline for curettage in incomplete abortion. *Obstet Gynecol* 1995;**85**:692–696.

18. Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. *Br Med J* 2002;**324**:873–875.

19. Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Hum Reprod* 2001;**16**:365–369.

20. Zalányi S. Vaginal misoprostol alone is effective in the treatment of missed abortion. *Br J Obstet Gynaecol* 1998;**105**:1026–1035.

21. Chung TKH, Cheung LP, Leung TY, Haines CJ, Chang AMZ. Misoprostol in the management of spontaneous abortion. *Br J Obstet Gynaecol* 1995;**102**:832–835.

22. Zieman M, Fong SK, Benowitz NL, Banskter D, Darney PD. Absorption kinetics of misoprostol with oral or vaginal administration. *Obstet Gynecol* 1997;**90**:88–92.

23. Gemzell Danielsson K, Marions L, Rodriguez A, Spur BW, Wong PYK, Bygdeman M. Comparison between oral and vaginal administration of misoprostol on uterine contractility. *Obstet Gynecol* 1999;**93**:275–280.

24. El Refaey H, Rajasekar D, Abdalla M, Calder L, Templeton A. Induction of abortion with mifepristone (RU486) and oral or vaginal misoprostol. *N Engl J Med* 1995;**332**:983–987.

25. Fonseca W, Alencar AJC, Mota FSB, Coelho HLL. Misoprostol and congenital malformations. *Lancet* 1991;**338**:56.

26. Schönhöfer PS. Brazil: Misuse of misoprostol as an abortifacient may induce malformations. *Lancet* 1991;**337**:1584.

27. Gronlund L, Gronlund A-L, Clevin L, Andersen B, Palmgren N, Lidegaard O. Spontaneous abortion: expectant management, medical treatment or surgical evacuation. *Acta Obstet Gynecol Scand* 2002;**81**:781–782.

*Accepted 21 December 2004*

Pet. Ref. 160

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 169 of 754   PageID.4556

# The NEW ENGLAND JOURNAL of MEDICINE

ESTABLISHED IN 1812    AUGUST 25, 2005    VOL. 353   NO. 8

# A Comparison of Medical Management with Misoprostol and Surgical Management for Early Pregnancy Failure

Jun Zhang, Ph.D., M.D., Jerry M. Gilles, M.D., Kurt Barnhart, M.D., Mitchell D. Creinin, M.D., Carolyn Westhoff, M.D., and Margaret M. Frederick, Ph.D., for the National Institute of Child Health and Human Development (NICHD) Management of Early Pregnancy Failure Trial*

---

## ABSTRACT

### BACKGROUND

Misoprostol is increasingly used to treat women who have a failed pregnancy in the first trimester. We assessed the efficacy, safety, and acceptability of this treatment in a large, randomized trial.

### METHODS

A total of 652 women with a first-trimester pregnancy failure (anembryonic gestation, embryonic or fetal death, or incomplete or inevitable spontaneous abortion) were randomly assigned to receive 800 μg of misoprostol vaginally or to undergo vacuum aspiration (standard of care) in a 3:1 ratio. The misoprostol group received treatment on day 1, a second dose on day 3 if expulsion was incomplete, and vacuum aspiration on day 8 if expulsion was still incomplete. Surgical treatment (for the misoprostol group) or repeated aspiration (for the vacuum-aspiration group) within 30 days after the initial treatment constituted treatment failure.

### RESULTS

Of the 491 women assigned to receive misoprostol, 71 percent had complete expulsion by day 3 and 84 percent by day 8 (95 percent confidence interval, 81 to 87 percent). Treatment failed in 16 percent of the misoprostol group and 3 percent of the surgical group (absolute difference, 12 percent; 95 percent confidence interval, 9 to 16 percent) by day 30. Hemorrhage or endometritis requiring hospitalization was rare (1 percent or less in each group), with no significant differences between the groups. In the misoprostol group, 78 percent of the women stated that they would use misoprostol again if the need arose and 83 percent stated that they would recommend it to others.

### CONCLUSIONS

Treatment of early pregnancy failure with 800 μg of misoprostol vaginally is a safe and acceptable approach, with a success rate of approximately 84 percent.

From the National Institute of Child Health and Human Development, Bethesda, Md. (J.Z.); the University of Miami, Miami (J.M.G.); the University of Pennsylvania, Philadelphia (K.B.); the University of Pittsburgh, Pittsburgh (M.D.C.); Columbia University, New York (C.W.); and Clinical Trials and Surveys Corporation, Baltimore (M.M.F.). Address reprint requests to Dr. Zhang at the Epidemiology Branch, NICHD, NIH, Bldg. 6100, Rm. 7B03, Bethesda, MD 20892, or at zhangj@mail.nih.gov.

*Participants in the NICHD Management of Early Pregnancy Failure Trial are listed in the Appendix.

N Engl J Med 2005;353:761-9.
*Copyright © 2005 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 161

*The* NEW ENGLAND JOURNAL *of* MEDICINE

Early pregnancy failure occurs in 15 percent of clinically recognized pregnancies.[1] The most common types of early pregnancy failure include spontaneous abortion, anembryonic gestation, and embryonic or fetal death. Approximately one in four women will have an early pregnancy failure during her lifetime.[1] For most of the 20th century, dilatation and curettage was the commonly accepted approach to early pregnancy failure. This practice can be traced back to the late 19th and early 20th centuries, when illegally induced abortions commonly resulted in hemorrhage and sepsis.[2] With the legalization of abortion and the availability of antibiotics, these problems have become rare. In more recent years, the medical community began to question whether immediate evacuation by surgical intervention was necessary for uncomplicated cases of early pregnancy failure.[3,4]

Expectant management is clearly an option for incomplete spontaneous abortion, but the success rate with the use of this approach for embryonic or fetal death or anembryonic gestation is suboptimal (ranging from 25 to 76 percent).[5,6] The interval to spontaneous expulsion is unpredictable, and it may take a month. The uncertainty and anxiety, along with the sadness resulting from pregnancy loss, often make expectant management less appealing to patients.

Medical management with misoprostol for early pregnancy failure appears to offer more prompt evacuation of the uterus and has become an increasingly popular alternative.[7] However, the efficacy, safety, and acceptability of this approach have yet to be established in a large, randomized trial. We conducted a multicenter randomized trial comparing misoprostol treatment with vacuum aspiration, the current standard of care, for early pregnancy failure.

## METHODS

This randomized trial was approved by the institutional review boards of the National Institute of Child Health and Human Development, Columbia University, the University of Miami, the University of Pennsylvania, the University of Pittsburgh, and Clinical Trials and Surveys Corporation. Patients who sought medical care for possible early pregnancy failure at the four university settings from March 2002 to March 2004 were screened. Women who had an anembryonic gestation or embryonic or fetal death were eligible for inclusion if they had

an ultrasound examination demonstrating an embryonic pole or crown–rump length between 5 and 40 mm without cardiac activity,[8] an anembryonic gestational sac with a mean diameter between 16 and 45 mm,[9] growth of the gestational sac by less than 2 mm over a five-day period or less than 3 mm over a seven-day period,[10] or an increase in human chorionic gonadotropin levels of less than 15 percent over a two-day period, with a yolk sac visualized by ultrasound examination. Women who had an incomplete or inevitable abortion were also included. Incomplete spontaneous abortion was defined as the passage of some products of conception, with the residual anteroposterior endometrial lining exceeding 30 mm on transvaginal ultrasonography and a uterine size indicating less than 13 weeks of gestation. This cut-off was based on evidence from prior studies of women treated with misoprostol for medical abortion[11] or early pregnancy failure.[12] Inevitable abortion was defined as an intrauterine gestational sac of less than 45 mm or embryonic pole of less than 40 mm and an internal cervical os that was open to digital examination with active vaginal bleeding. Women were excluded if they had anemia (hemoglobin level below 9.5 g per deciliter), had hemodynamic instability, had a history of a clotting disorder or were using anticoagulants (not including aspirin), were allergic to prostaglandins or nonsteroidal antiinflammatory drugs, or had previously undergone a surgical or medical abortion that was either self-induced or induced by other physicians during the current pregnancy. All subjects provided written informed consent.

At enrollment, the medical history, hemoglobin level, and Rh-antigen status were assessed and a physical examination was performed. Using a centralized, computer-automated telephone response system, we randomly assigned eligible subjects to either medical or surgical management in a 3:1 ratio (i.e., approximately 75 percent of the subjects were assigned to receive medical management and 25 percent to receive surgical treatment). Randomization was stratified according to the study site and the type of pregnancy failure (anembryonic gestation or fetal death vs. incomplete or inevitable spontaneous abortion) and used randomly permuted blocks. The day of randomization was considered study day 1.

Surgical management typically consisted of manual vacuum aspiration in an outpatient setting at Columbia University and the University of Pittsburgh and electric vacuum aspiration in an operating room at the University of Miami and the

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 162

University of Pennsylvania. The aspiration was performed by a study investigator or by a resident physician who was supervised by an investigator. All women were contacted by telephone on day 8 to inquire about any symptoms, medications, or emergency visits to the hospital after the treatment. Women returned for a follow-up visit on day 15 (range, day 13 to day 18).

Although randomized trials have not identified the optimal dose of misoprostol, 800 μg given vaginally was the most commonly tested regimen.[7] Thus, for the women assigned to medical treatment in our study, four 200-μg tablets (800 μg) of misoprostol (Cytotec, Searle) were inserted into the posterior fornix through a speculum. These women returned on day 3 (range, day 2 to day 5). If expulsion of the products of conception was not complete (that is, a gestational sac was still visualized or the endometrial lining was greater than 30 mm on transvaginal ultrasonography), a second 800-μg dose of misoprostol was administered vaginally. On day 8 (range, day 6 to day 10), if the expulsion of products of conception was still not complete, vacuum aspiration was offered. The women returned for a follow-up visit on day 15.

The women were given 30 tablets of ibuprofen (200 mg) and 20 tablets of codeine (30 mg) for pain and were instructed to use ibuprofen primarily and the narcotic as needed. They also received a structured diary in which to record side effects, medications, and emergency calls or visits to the hospital, and they were instructed to take their temperature daily for two weeks. Pain intensity was recorded on a 10-cm visual-analogue scale, with higher numbers indicating greater pain.[13] At each follow-up visit, transvaginal ultrasonography was performed, and the clinical investigator performed a physical examination, conducted an interview, and collected the diary pages. In addition, at the day 15 visit, hemoglobin was measured and each woman completed a questionnaire assessing the acceptability of the treatment and the quality of life. A telephone interview was conducted on day 30 (range, day 25 to day 35) to determine whether any woman underwent additional treatment. Women with symptoms potentially related to the study treatment were followed until the symptoms resolved.

### STATISTICAL ANALYSIS

Recognizing that the success rate of medical treatment was unlikely to exceed that of surgical treatment for early pregnancy failure,[7] we designed the study as a noninferiority trial. Success was defined a priori as complete uterine evacuation without the need for vacuum aspiration in the medical-management group or a repeated aspiration in the surgical-management group within 30 days after initial treatment. On the basis of clinical judgment, we decided that, for medical treatment to be considered a reasonable alternative to surgery, it should be successful in at least 80 percent of the women; since prior data suggested a success rate of 98 percent for surgical intervention,[14] we selected an absolute difference of 18 percent as the maximal acceptable difference between the two treatment groups to indicate noninferiority. We used a one-sided test of equivalence with a significance level of 0.05. A total of 620 subjects were needed for the study to achieve a statistical power of 80 percent.[15]

We first compared the baseline characteristics and the success rate according to clinical site in the two groups, using the chi-square test (or Fisher's exact test) and Student's t-test for categorical and continuous variables, respectively. All these analyses were done with the use of SAS software. In addition, we calculated 95 percent confidence intervals for differences in success rates with the use of StatXact software.[16] According to the protocol, the data and safety monitoring committee conducted one interim analysis after half the subjects had been recruited. No early termination occurred.

### RESULTS

A total of 652 women were enrolled: 491 were randomly assigned to receive misoprostol, and 161 to undergo vacuum aspiration (Fig. 1). Overall, embryonic or fetal death was diagnosed in 58 percent of the women, an anembryonic gestation was diagnosed in 36 percent, and an incomplete or inevitable abortion was diagnosed in 6 percent. The average gestational age was 7.6 weeks. There were no significant differences in demographic characteristics at enrollment between the two groups (Table 1). Almost all the women who were assigned to medical management received misoprostol immediately after randomization. In contrast, 63 percent of the women who were assigned to surgical management received the treatment on the day of randomization, 28 percent did so one day after randomization, and 9 percent did so two or more days after randomization, owing to the need to wait for an operating room. Surgical treatment was manual vacuum aspiration in 57 percent of the women and electric aspi-

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 163

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1.** Randomization, Treatment, and Outcomes.

ration in 43 percent. The efficacy of these treatments did not vary significantly among the four clinical centers (Table 2).

The success rates of the treatments are presented in Table 3. Of the women who completed the trial according to the protocol, 84 percent (95 percent confidence interval, 81 to 87 percent) were successfully treated with misoprostol and 97 percent (95 percent confidence interval, 94 to 100 percent) were successfully treated with vacuum aspiration. The absolute difference in success rates between the two treatments was 12 percentage points (95 percent confidence interval, 9 to 16 percent).

To assess the potential effect of losses to follow-up, we performed secondary analyses assessing success rates on the basis of various assumptions. Assuming that women who did not return for follow-up had all been successfully treated yielded an absolute difference in success rates between treatments of 12 percentage points. Assuming that treatment had failed in all women who did not complete follow-up resulted in an absolute difference be-

tween groups of 6 percentage points. Our study defined success a priori as the absence of the need for vacuum aspiration for any reason within 30 days after the initial treatment with misoprostol. Four women (all from the misoprostol group), however, underwent vacuum aspiration after day 30 for heavy bleeding or persistent bleeding.

In the misoprostol group, the expulsion of products of conception was complete after one dose in 71 percent of the women (346 of 490). Among those who received a second dose, this approach was successful by day 8 in 60 percent (64 of 107), for an overall success rate of 84 percent by day 8. The success rate varied among the subtypes of early pregnancy failure; women with an anembryonic gestation had a lower rate of success by day 8 than did the other groups combined (P=0.02). There was no significant relationship in either treatment group between the gestational age at the time of the treatment and the success rate (P=0.67 for the misoprostol group and P=0.30 for the surgical group) (Table 3).

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 164

**Table 1.** Characteristics of the Study Population at Enrollment.*

| Characteristic | Misoprostol (N=491) | Vacuum Aspiration (N=161) |
|---|---|---|
| Age — yr | 29.8±7.2 | 30.9±7.3 |
| Race or ethnic group — no. (%)† | | |
|    Non-Hispanic white | 114 (23) | 32 (20) |
|    Non-Hispanic black | 149 (30) | 48 (30) |
|    Hispanic | 202 (41) | 69 (43) |
|    Asian or other | 26 (5) | 12 (7) |
| Education — no. (%) | | |
|    Less than high-school graduate | 116 (24) | 33 (20) |
|    High-school graduate | 143 (29) | 43 (27) |
|    Attended college | 232 (47) | 85 (53) |
| No. of previous pregnancies — no. (%) | | |
|    0 | 116 (24) | 31 (19) |
|    1 | 128 (26) | 49 (30) |
|    ≥2 | 247 (50) | 81 (50) |
| Planned pregnancy — no. (%) | 165 (34) | 56 (35) |
| Best estimate of gestational age — wk | 7.6±1.5 | 7.6±1.4 |
| Low abdominal pain in previous 24 hr — no. (%) | 298 (61) | 86 (53) |
| Vaginal bleeding in previous 24 hr — no. (%) | 318 (65) | 101 (63) |
| Type of pregnancy failure — no. (%) | | |
|    Embryonic or fetal death | 282 (57) | 96 (60) |
|    Anembryonic gestation | 179 (36) | 56 (35) |
|    Incomplete spontaneous abortion | 19 (4) | 3 (2) |
|    Inevitable abortion | 11 (2) | 6 (4) |
| Hemoglobin — g/dl | 12.8±1.0 | 12.8±1.0 |

* Plus–minus values are means ±SD. There were no significant differences between groups.
† Race or ethnic group was self-reported.

Hemorrhage and pelvic infection were rare after either treatment (1 percent or less); the rates of these complications did not differ significantly between groups (Table 4). The incidence of fever (temperature, 38.0°C [100.4°F] or greater) was also similar in the two groups. Among 13 women in the misoprostol group who had fever, 2 visited the hospital and 1 received antibiotic therapy. Among six women in the surgical group who had fever, three visited the hospital and two received antibiotic therapy. No maternal sepsis occurred. The frequency of emergency visits to the hospital during the first 24 hours after treatment was similar in the medical and surgical groups (3 percent and 2 percent, respectively; P=0.59).

The percentage of women who made unscheduled visits to the hospital was slightly but not significantly higher in the misoprostol group than in the vacuum-aspiration group (23 percent vs. 17 per-

cent, P=0.09). A decrease in hemoglobin of at least 3 g per deciliter occurred more frequently in the misoprostol group than in the vacuum-aspiration group (5 percent vs. 1 percent, P=0.04). Women who received misoprostol were also more likely to report nausea, vomiting, abdominal pain, and more severe pain. Nonetheless, 83 percent of women stated that they would probably or absolutely recommend misoprostol treatment to their family and friends, and 78 percent stated that they would probably or absolutely use it again should similar circumstances occur in the future. The acceptability of treatment did not differ significantly between groups. Furthermore, among 190 women who had undergone vacuum aspiration in previous pregnancies but who received misoprostol during the current pregnancy, 80 percent stated that they would recommend misoprostol treatment and 73 percent stated that they would use misoprostol again if needed.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 165

*The* NEW ENGLAND JOURNAL *of* MEDICINE

**Table 2.** Results According to Clinical Site.

| Site | Misoprostol | | | | | Vacuum Aspiration | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. of Women* | Success (N=412) | Failure (N=76) | No Follow-up (N=2) | P Value† | No. of Women‡ | Success (N=143) | Failure (N=5) | No Follow-up (N=11) | P Value† |
| | | *no. of women (%)* | | | | | *no. of women (%)* | | | |
| Columbia University | 101 | 82 (81) | 17 (17) | 2 (2) | 0.17 | 33 | 29 (88) | 1 (3) | 3 (9) | 0.79 |
| University of Miami | 166 | 143 (86) | 23 (14) | 0 | | 53 | 49 (92) | 2 (4) | 2 (4) | |
| University of Pennsylvania | 113 | 97 (86) | 16 (14) | 0 | | 37 | 34 (92) | 0 | 3 (8) | |
| University of Pittsburgh | 110 | 90 (82) | 20 (18) | 0 | | 36 | 31 (86) | 2 (6) | 3 (8) | |

\* One patient was ineligible.
† P values are for the comparison among the four groups.
‡ Two patients were ineligible.

**Table 3.** Efficacy of the Treatments.

| Variable | Misoprostol | Vacuum Aspiration | Absolute Difference |
|---|---|---|---|
| | *% (no./total no.)* | | % |
| Success by day 30 | | | |
|     Data on women lost to follow-up treated as missing | 84 (412/488) | 97 (143/148) | 12 |
|     Outcome among women lost to follow-up considered a success | 84 (414/490) | 97 (154/159) | 12 |
|     Outcome among women lost to follow-up considered a failure | 84 (412/490) | 90 (143/159) | 6 |
|     Success after 0 or 1 dose of misoprostol by day 30 | 71 (348/488) | — | |
| Success by day 3 | 71 (347/490) | — | |
| Success by day 8 | 84 (414/490) | — | |
| Success by day 15 | 85 (417/490) | 90 (143/159) | 5 |
| Embryonic or fetal death | 88 (244/278) | — | |
| Anembryonic gestation | 81 (142/176) | — | |
| Incomplete or inevitable abortion | 93 (28/30) | — | |
| Success rate according to timing of treatment | | | |
|     5 Wk of gestation | 67 (6/9) | 100 (2/2) | |
|     6 Wk of gestation | 82 (93/114) | 91 (31/34) | |
|     7 Wk of gestation | 84 (115/137) | 100 (41/41) | |
|     8 Wk of gestation | 85 (90/106) | 100 (36/36) | |
|     9 Wk of gestation | 88 (67/76) | 91 (20/22) | |
|     10 Wk of gestation | 88 (21/24) | 100 (8/8) | |
|     11 Wk of gestation | 94 (15/16) | 100 (1/1) | |
|     12 Wk of gestation | 83 (5/6) | 100 (3/3) | |

DISCUSSION

Our study indicates that treatment of early pregnancy failure with 800 μg of misoprostol vaginally, with the dose repeated after 48 hours when necessary, is efficacious. The success rate by day 30 was 84 percent (95 percent confidence interval, 81 to 87 per-

cent). The risks of hemorrhage and pelvic infection were very low, and the side effects were tolerable. Misoprostol treatment was acceptable to most women.

The efficacy of misoprostol treatment for early pregnancy failure has varied greatly (ranging from 13 to 100 percent) in previous retrospective and

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 166

MISOPROSTOL FOR EARLY PREGNANCY FAILURE

**Table 4.** Adverse Events and Acceptability of Medical and Surgical Treatment of Early Pregnancy Failure.*

| Variable | Misoprostol | Vacuum Aspiration | P Value† |
|---|---|---|---|
| Adverse event | | | |
| Hemorrhage requiring hospitalization with or without blood transfusion — % (no./total no.) | 1 (5/488) | 1 (1/148) | 1.0 |
| Hospitalization for endometritis — % (no./total no.) | <1 (2/488) | 0 (0/148) | 1.0 |
| Fever (temperature ≥38.0°C [100.4°F]) — % (no./total no.) | 3 (13/477) | 4 (6/148) | 0.41 |
| Emergency visit to hospital within 24 hr after treatment — % (no./total no.) | 3 (15/488) | 2 (3/148) | 0.59 |
| Unscheduled hospital visits — % (no. of visits/total no. of patients)‡ | 23 (114/488) | 17 (25/148) | 0.09 |
| Change in hemoglobin between day 1 and day 15 — g/dl§ | −0.65±1.10 | −0.18±0.89 | <0.001 |
| Decrease in hemoglobin ≥2 g/dl — % (no./total no.)§ | 9 (38/421) | 4 (5/134) | 0.05 |
| Decrease in hemoglobin ≥3 g/dl — % (no./total no.)§ | 5 (19/421) | 1 (1/134) | 0.04 |
| Nausea — % (no./total no.)¶ | 53 (250/472) | 29 (41/141) | <0.001 |
| Vomiting — % (no./total no.)¶ | 20 (96/475) | 7 (10/142) | <0.001 |
| Diarrhea — % (no./total no.)¶ | 24 (113/473) | 10 (14/142) | <0.001 |
| Abdominal pain — % (no./total no.)¶ | 99 (473/476) | 95 (134/141) | <0.001 |
| Pain-severity score¶‖ | 5.7±2.4 | 3.2±2.4 | <0.001 |
| Acceptability — % (no./total no.) | | | |
| Would probably or absolutely recommend this procedure | 83 (379/456) | 83 (125/150) | 0.95 |
| Would probably or absolutely use this treatment again | 78 (357/456) | 75 (112/150) | 0.36 |

* Plus–minus values are means ±SD.
† The chi-square test (or Fisher's exact test) was used for categorical variables, and Student's t-test was used for continuous variables.
‡ A woman could have had multiple unscheduled visits.
§ Hemoglobin analyses included four women who received a blood transfusion. Values were available for 421 women in the misoprostol group and 134 women in the vacuum-aspiration group.
¶ This symptom was reported in a woman's diary within 48 hours after the treatment.
‖ A 10-cm visual-analogue scale was used to record the severity of pain. Scores could range from 0 (no pain) to 10 (worst pain ever). Scores were available for 476 women in the misoprostol group and 141 women in the vacuum-aspiration group.

prospective studies.[7] This variation may be attributable to small sample sizes, the type of pregnancy failure (anembryonic gestation and embryonic or fetal death vs. incomplete abortion), the dose of misoprostol, and the criteria used to define success.

Studies of misoprostol to date have used a single dose (ranging from 400 to 800 μg), two or three consecutive doses given 2 to 4 hours apart (with a total dose of 600 to 1800 μg within 24 hours), or an initial dose (ranging from 400 to 800 μg) that could be repeated 24 to 48 hours later if needed.[7] We found that an 800-μg dose of misoprostol administered vaginally was sufficient in the majority of women, with side effects that were tolerable to most women. We also found that women with an incomplete or inevitable spontaneous abortion were more likely to have complete expulsion after one dose of misoprostol than were women with embryonic or fetal death or women with an anembryonic gesta-

tion. However, by using a second dose if expulsion is incomplete, a similarly high success rate can be achieved in the latter group of women. We waited 48 hours between doses in an attempt to allow sufficient time for the initial dose to be effective while acknowledging the desire for prompt uterine evacuation; the majority of the women in our study reported satisfaction with this approach.

Some previous studies have used an endometrial thickness of 15 mm as assessed by transvaginal ultrasonography as a cut-off for success.[17] However, increasing evidence from women who have had a spontaneous abortion[18] or a medical abortion[11,12] or received medical treatment for early pregnancy failure[19] suggested that such a cut-off may be too stringent. In our study, almost all women with an endometrial thickness of greater than 15 mm but less than 30 mm after misoprostol treatment completed expulsion spontaneously and uneventfully.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 167

*The* NEW ENGLAND JOURNAL *of* MEDICINE

In findings consistent with those of previous studies, our trial demonstrated that complications with misoprostol treatment occur at a rate of less than 1 in 70 treated patients. In the misoprostol group, 3 percent of women reported an emergency visit within 24 hours after treatment (a rate not significantly different from that in the surgical group), and one woman (0.2 percent) required emergency vacuum aspiration within 24 hours. Our experience, in accordance with that in other literature on medical abortion,[20] suggests that hospitalizing patients for the misoprostol treatment is unnecessary. As long as clear instructions for monitoring bleeding and infection are given to women and emergency service is readily accessible, self-administration of misoprostol at home could increase the convenience and privacy and further reduce the cost. Previous data have clearly demonstrated that women can comfortably insert pills into the vagina at home.[20]

Our trial was large and involved a 30-day follow-up period. The vast majority of patients recovered satisfactorily in two weeks, but a small number required surgical evacuation even after one month. In addition, tissue was often seen in the cervical os of women who came for an emergency visit and sometimes at the follow-up visit; it was removed in many cases with ring forceps without further treatment. It is uncertain whether tissue in the os simply reflects the normal process of expulsion or whether its presence intensifies and prolongs bleeding.

Our study included relatively few women with an incomplete or inevitable abortion. This is attributable to our use of a relatively stringent definition of incomplete abortion (an endometrial thickness of 30 mm, as compared with one of 15 mm in previous studies). In addition, women who were having active, heavy bleeding when they presented to the hospital were ineligible, since they had a medical indication for emergency vacuum aspiration. Thus, women who had an anembryonic gestation or embryonic or fetal death were overrepresented in our study population. Furthermore, we studied only vaginal administration of misoprostol. Previous randomized trials have indicated that the efficacy of misoprostol is similar whether it is administered vaginally or orally, whereas the incidence of nausea, vomiting, and diarrhea was higher when the agent was administered orally.[21-23] It is not known whether 800 μg of misoprostol represents the lowest effective dose for all subtypes of early pregnancy failure.

In summary, our study shows that treatment of early pregnancy failure with 800 μg of misoprostol vaginally, with the dose repeated after 48 hours when necessary, is efficacious and safe. The risks of hemorrhage and pelvic infection are similar to those with vacuum aspiration, and the side effects are tolerable. Misoprostol treatment is an acceptable alternative to surgical management for most women.

Funded by contracts (N01-HD-1-3321, N01-HD-3322, N01-HD-3323, N01-HD-3324, and N01-HD-3325) with the National Institute of Child Health and Human Development, National Institutes of Health.

Drs. Creinin and Westhoff report having served as consultants to Pfizer, which now owns Searle. Dr. Westhoff reports having received grant support from Pfizer.

---

APPENDIX

The following persons and institutions participated in the NICHD Management of Early Pregnancy Failure Trial: *NICHD* — J. Zhang, T. Nansel; *Columbia University* — C. Westhoff, A. Davis, C. Robilotto; *University of Miami* — J. Gilles, M. Diro, F. Doyle, N. Vazquez; *University of Pennsylvania* — K. Barnhart, J. Hollander, T. Bader, K. Timbers, A. Hummel, L. Martino; *University of Pittsburgh* — M. Creinin, B. Harwood, R. Guido, L. Reid; *Clinical Trials and Surveys Corporation* — M. Frederick, X.K. Huang; *Data and Safety Monitoring Committee* — P. Coney (chair), J.M. Alvir, P.D. Blumenthal, B. Littman, T. MacKay.

---

REFERENCES

1. Alberman E. Spontaneous abortions: epidemiology. In: Stabile I, Grudzinskas G, Chard T, eds. Spontaneous abortion: diagnosis and treatment. London: Springer-Verlag, 1992:19-20.

2. Hertig AT, Livingstone RG. Spontaneous, threatened, and habitual abortion: their pathogenesis and treatment. N Engl J Med 1944;230:797-806.

3. Macrow P, Elstein M. Managing miscarriage medically. BMJ 1993;306:876.

4. Ballagh SA, Harris HA, Demasio K. Is curettage needed for uncomplicated incomplete spontaneous abortion? Am J Obstet Gynecol 1998;179:1279-82.

5. Jurkovic D, Ross JA, Nicolaides KH. Expectant management of missed miscarriage. Br J Obstet Gynaecol 1998;105:670-1.

6. Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. BMJ 2002;324:873-5.

7. Creinin MD, Schwartz JL, Guido RS, Pymar HC. Early pregnancy failure — current management concepts. Obstet Gynecol Surv 2001;56:105-13.

8. Goldstein SR. Significance of cardiac activity on endovaginal ultrasound in very early embryos. Obstet Gynecol 1992;80:670-2.

9. Rowling SE, Coleman BG, Langer JE, Arger PH, Nisenbaum HL, Horii SC. First trimester US parameters of failed pregnancy. Radiology 1997;203:211-7.

10. Nyberg DA, Mack LA, Laing FC, Patten RM. Distinguishing normal from abnormal gestational sac growth in early pregnancy. J Ultrasound Med 1987;6:23-7.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 168

**11.** Harwood B, Meckstroth KR, Mishell DR, Jain JK. Serum beta-human chorionic gonadotropin levels and endometrial thickness after medical abortion. Contraception 2001;63:255-6.

**12.** Creinin MD, Harwood B, Guido RS, Fox MC, Zhang J. Endometrial thickness after misoprostol use for early pregnancy failure. Int J Gynaecol Obstet 2004;86:22-6.

**13.** Revill SI, Robinson JO, Rosen M, Hogg MIJ. The reliability of a linear analogue for evaluating pain. Anaesthesia 1976;31:1191-8.

**14.** Grimes DA, Cates WC Jr. Complications from legally-induced abortion: a review. Obstet Gynecol Surv 1979;34:177-91.

**15.** Makuch R, Simon R. Sample size requirements for evaluating a conservative therapy. Cancer Treat Rep 1978;62:1037-40.

**16.** StatXact 4 for Windows: user's manual. Cambridge, Mass.: Cytel Software Corporation, 2000:428-35.

**17.** Graziosi GCM, Mol BWJ, Reuwer PJH, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. Hum Reprod 2004;19:1894-9.

**18.** Fox MC, Creinin MD, Meyn LA, Murthy AS, Harwood B. Ultrasound appearance of the endometrium after medical abortion. Contraception 2004;70:261. abstract.

**19.** Luise C, Kermy K, Collons WP, Bourne TH. Expectant management of incomplete, spontaneous first-trimester miscarriage: outcome according to initial ultrasound criteria and value of follow-up visits. Ultrasound Obstet Gynecol 2002;19:580-2.

**20.** Newhall EP, Winikoff B. Abortion with mifepristone and misoprostol: regimens, efficacy, acceptability and future directions. Am J Obstet Gynecol 2000;183:Suppl 2:S44-S53.

**21.** Pang MW, Lee TS, Chung TKH. Incomplete miscarriage: a randomized controlled trial comparing oral with vaginal misoprostol for medical evacuation. Hum Reprod 2001;16:2283-7.

**22.** Tang OS, Lau WNT, Ng EHY, Lee SWH, Ho PC. A prospective randomized study to compare the use of repeated doses of vaginal with sublingual misoprostol in the management of first trimester silent miscarriages. Hum Reprod 2003;18:176-81.

**23.** Honkanen H, Piaggio G, Hertzen H, et al. WHO multinational study of three misoprostol regimens after mifepristone for early medical abortion. BJOG 2004;111:715-25.

*Copyright © 2005 Massachusetts Medical Society.*

<div style="border:1px solid">

**PHYSICIAN-JOURNALIST**

The *Journal* is seeking a physician with substantial reporting experience to write occasional articles on timely topics in medicine and society for the Perspective section. Send curriculum vitae and writing samples to Perspective Editor, *New England Journal of Medicine*, 10 Shattuck St., Boston, MA 02115, or at writer@nejm.org.

</div>

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 169



**ELSEVIER**

Journal of Clinical Epidemiology 57 (2004) 167–173

**Journal of
Clinical
Epidemiology**

# Patient preferences for expectant management vs. surgical evacuation in first-trimester uncomplicated miscarriage

Margreet Wieringa-de Waard[a,*], Patrick J.E. Bindels[a], Jeroen Vos[b], Gouke J. Bonsel[c], Peep F.M. Stalmeier[d], Willem M. Ankum[b]

[a]*Department of General Practice/Family Medicine, Academic Medical Center-University of Amsterdam, P.O. Box 22700 1100 DE Amsterdam, The Netherlands*
[b]*Department of Obstetrics and Gynecology, Academic Medical Center-University of Amsterdam, P.O. Box 22700 1100 DE Amsterdam, The Netherlands*
[c]*Department of Social Medicine, Academic Medical Center-University of Amsterdam, P.O. Box 22700 1100 DE Amsterdam, The Netherlands*
[d]*Department of Medical Psychology, Academic Medical Center-University of Amsterdam, P.O. Box 22700 1100 DE Amsterdam, The Netherlands*

Accepted 24 July 2003

## Abstract

**Objective:** Expectant and surgical management are widely accepted treatment options in case of a miscarriage. In the absence of differences in complications, the choice between both options can be based on patient preferences.

**Study Design and Setting:** We studied treatment preferences for future miscarriages in women with a miscarriage randomized to expectant or surgical treatment or managed according to their own choice.

**Results:** Data from 136 patients were analyzed. Women randomized either to expectant or surgical management opted for the allocated treatment in future in 55 and 74%, respectively. Of the women randomized to expectant management and with a successful spontaneous loss, 71% opted again for this treatment. Women who were managed according to their own treatment choice, held on to their initial treatment preference (expectant vs. surgical management; 84 and 88%, respectively). Preferences after treatment were strong.

**Conclusion:** A strong treatment preference should be taken into account in the counseling process. Women without a preference should be well informed on all medical aspects of the two options in order to facilitate informed-shared decision-making.   © 2004 Elsevier Inc. All rights reserved.

*Keywords:* Spontaneous abortion; Curettage; Randomized controlled trial; Treatment outcome; Choice behavior; Patient satisfaction; Decision making

## 1. Introduction

One out of every 10 pregnant women experience a miscarriage [1]. Based on local custom and patient preference, surgical uterine evacuation or expectant management are widely used in the management of miscarriages. In a randomized controlled trial no clinical differences were found between expectant and surgical management in terms of complications [2,3]. In the absence of clinical differences, patients' treatment preferences could thus play a decisive role in the choice and acceptance of treatment.

In a standard randomized trial, however, the analysis of treatment preferences, if measured at all, is frequently hampered because only those patients are included who are willing to accept randomized treatment allocation. This limits the generalizability of the findings to those who accept randomization, while the results cannot be extrapolated to those who refuse randomization because they want to follow their own explicit treatment choice [4,5]. As we expect a substantial role for patients' preferences in miscarriage treatment, information from all eligible women is of importance. We performed a randomized clinical trial to compare expectant and surgical management [3]. As part of the study we compared treatment preferences in women randomized to expectant or surgical treatment, and those of women who refused randomization and were subsequently managed according to their own choice, with the aim to determine the effect of a free choice on patients preferences.

## 2. Methods

### 2.1. Patients

The study was conducted between September 1998 and September 2000 in two Amsterdam hospitals—the Academic Medical Center, and the Onze Lieve Vrouwe Gasthuis—and approved by the medical ethics committees of both hospitals.

* Corresponding author. Fax: 020-5669186.
*E-mail address:* m.wieringa@amc.uva.nl (M. Wieringa-de Waard).

0895-4356/04/$ – see front matter © 2004 Elsevier Inc. All rights reserved.
doi: 10.1016/j.jclinepi.2003.07.004

*M. Wieringa-de Waard et al. / Journal of Clinical Epidemiology 57 (2004) 167–173*

This preference study was a part of a randomized controlled trial and an observational study comparing expectant and surgical management in women with a miscarriage. All patients attending the outpatient clinic with first-trimester pregnancy problems and an ultrasonographically confirmed diagnosis of a nonviable first-trimester pregnancy or an incomplete miscarriage were invited to participate in the randomized controlled trial. Exclusion criteria for enrolment in the study were: under 18 years of age, inability to understand the Dutch or English informed consent form, and/or severe bleeding, pain, or fever necessitating immediate surgical evacuation. Women were given the treatment descriptions in the Appendix during the consent process. Women who refused randomization because of a strong preference were managed according to their own treatment choice [4].

The preference of women for expectant management might in some cases be due to concern that the fetus is actually viable. In all women who were anxious about this, we offered, before the treatment choice was made, a second sonographic assessment just before the curettage was performed.

All women were asked to participate in the preference study scheduled 12 weeks after treatment (mail survey). We excluded women from the preference study who were unable to understand the Dutch questionnaires. The scheduling of visits and interventions were similar in randomized and nonrandomized patients.

Surgical uterine evacuation using suction curettage was performed within a week after inclusion in the study under local or general anesthesia in daytime surgery. General anesthesia was used when cardiopulmonary monitoring was required or on patient request. Expectant management involved biweekly scheduled visits to our unit. Further management in this group depended on clinical developments. Women who became impatient while being managed expectantly, and requested surgical evacuation, were scheduled to undergo a curettage within a week.

### 2.2. Data collection

At inclusion, the attending physician collected baseline data on clinical signs and symptoms, obstetric history, and gestational age. Twelve weeks after inclusion all women received a questionnaire through the mail inquiring about the method they would opt for in case of a future miscarriage with an open question for recording the reasons for that choice, about satisfaction with the received treatment, and demographic issues. By using a treatment preference technique the strength of preference was measured [6,7]. First, all women were presented with the written descriptions they had received before treatment (Appendix). After this information they were presented with a forced choice between expectant and surgical management in a baseline scenario, in which the hypothetical bleeding period was set at 10 days and the complication rate at 10% for the two treatment options. Complications of expectant management described

were pelvic inflammatory disease or heavy bleeding, necessitating immediate surgical evacuation; complications of surgical evacuation described were heavy bleeding during curettage, pelvic inflammatory disease after curettage, and the need for a second curettage. Patients were informed that differences in bleeding period and complications for both options were not known at the time of the study.

We have chosen the variables number of days bleeding and complications, because from a clinical point of view these are the complaints that women are worried about. These are variables also used as end points in an earlier randomized study comparing expectant management and surgical evacuation [2].

After the women had indicated their preference, the strength of preference was further explored by eight trade-off questions. Each question consisted of a forced choice between two predefined scenarios. Preferences were obtained separately for the two variables: "days of bleeding" and "complication rate." If the preferred treatment was expectant management, the fixed scenario was curettage, while the "calibrating" scenario was expectant management, which was made stepwise less desirable by increasing the duration of bleeding (to 1, 2, 4, or 8 days more) or the absolute complication rate (to 1, 2, 4, or 8% more). For each step the woman had to indicate whether she still preferred expectant management or preferred to switch to curettage. If the initial preference was curettage, the fixed scenario was curettage. In that case expectant management was made in the scenarios more desirable by systematically lowering the bleeding period (to 1, 2, 4, or 8 days less) or the complication rate (to 1, 2, 4, or 8% less). The level of the variables—"duration of bleeding" and "complication rate"—which made the patient shift to the other treatment option, were technically indicated by "level of tolerance."

### 2.3. Statistical methods

Women who returned the questionnaire (responders) and women who did not (non-responders) were compared on patient characteristics. Of the responders, we analyzed patient characteristics according to allocation by randomization or by own treatment choice (*t*-test, chi square, and Wilcoxon-Mann-Whitney tests, as appropriate). To study the influence of assignment on patient preferences we compared in the randomized groups assignment at inclusion with the treatment women would opt for in case of a future miscarriage according to the intention-to-treat principle. We also studied the influence of actually received treatment on patient preferences, because nearly 50% of the expectantly managed women underwent a curettage at their own request after a period of waiting in vain for a spontaneous loss of their pregnancy. In the same way we compared in the preference groups the choice at inclusion with treatment choice in future. To assess the strength of preference we determined the maximum number of bleeding days and the percentage of complications women accepted (level of

M. Wieringa-de Waard et al. / Journal of Clinical Epidemiology 57 (2004) 167–173

tolerance) before they shifted their treatment preference. The shift points of women willing to be randomized were compared with those of women who had made their own treatment choice.

## 3. Results

### 3.1. General characteristics

Three hundred twenty-nine women had been treated for a miscarriage by either surgical or expectant management. We did not send a questionaire to 89 of them because of insufficient Dutch language skills and/or refusal to participate in the preference part of this study. Besides that, the remaining 240 women in the study originated more often from Western European countries than the 89 excluded women; the only significant difference between the two groups was parity (higher parity in excluded women). Of the remaining 240 women, 136 (57%) completed the questionnaire (responders). They significantly more often originated from Western European countries (82 vs. 42%, $P < .01$) and were older (33.4 vs. 31.6 year, $P = .02$) than women who did not respond (Table 1). No significant differences between responders and non-responders were found in the distribution of initial treatment preference or acceptance of randomization, or prior experience with any of the management options.

At inclusion, 32 (24%) of the responders preferred expectant management, 49 (36%) preferred surgical evacuation, and 55 (40%) accepted randomized assignment, with similar demographic characteristics (Table 2).

Table 1
Patient characteristics at inclusion of responders and nonresponders[a]

| Characteristic | Responders ($N = 136$) | Nonresponders ($N = 104$) |
|---|---|---|
| Randomized at inclusion | 55 (40.4) | 28 (26.9) |
| Preferred expectant management at inclusion | 32 (23.5) | 32 (30.8) |
| Preferred curettage at inclusion | 49 (36.0) | 44 (42.3) |
| Age-years, mean | 33.4[b] | 31.6 |
| Parity | | |
| 0 | 72 (52.9) | 50 (48.1) |
| 1 | 50 (36.8) | 27 (26.0) |
| >1 | 14 (10.3) | 27 (26.0) |
| Prior experience at baseline | | |
| No miscarriage | 83 (61) | 51 (49) |
| Curettage | 31 (22.8) | 36 (34.6) |
| Expectant management | 14 (10.3) | 10 (9.6) |
| Curettage and expectant treatment | 8 (5.9) | 6 (5.8) |
| Unknown | — | 1 (1.0) |
| Gestational age, mean, weeks | 10.1 | 10.5 |
| Native country | | |
| Western-Europe and USA | 111 (81.6)[b] | 45 (43.3) |
| Other and unknown | 25 (9.4) | 59 (56.7) |

[a] Number with percentage in parenthesis.
[b] Significant at $P < .05$ level.

Table 2
Patient characteristics at inclusion according to treatment preference[a]

| Characteristic | Expectant ($N = 32$) | Curettage ($N = 49$) | No dominant preference ($N = 55$) |
|---|---|---|---|
| Age-year, mean | 33.2 | 33.4 | 33.6 |
| Parity | | | |
| 0 | 17 (53.1) | 26 (53.1) | 29 (52.7) |
| 1 | 11 (34.4) | 18 (36.7) | 21 (38.2) |
| >1 | 4 (12.5) | 5 (10.2) | 5 (9.1) |
| Prior experience at baseline | | | |
| No miscarriage or curettage | 20 (62.5) | 31 (63.3) | 32 (58.2) |
| Curettage | 7 (21.9) | 9 (18.4) | 15 (27.3) |
| Expectant management | 4 (12.5) | 4 (8.2) | 6 (10.9) |
| Curettage and expectant | 1 (3.1) | 5 (10.2) | 2 (3.6) |
| Gestational age, mean | 10.2 | 10.1 | 10.2 |
| Native country | | | |
| Western-Europe and USA | 26 (81.3) | 42 (85.7) | 43 (78.2) |
| Other | 6 (18.7) | 7 (14.3) | 12 (21.8) |
| Education until-years | | | |
| <18 | 11 (35.5) | 25 (52.1) | 24 (45.5) |
| >18[b] | 20 (64.5) | 23 (47.9) | 29 (54.7) |

[a] Number with percentage in parenthesis.
[b] Of four women unknown.

### 3.2. Preferences according to assignments

The relationship between patient preferences and randomization vs. treatment choice is shown in Table 3. Of the 30 women randomized to expectant management, 16 (55%) women expressed a preference 12 weeks later for the treatment to which they were assigned at inclusion. In the group randomized to curettage 18 out of 25 (72%) preferred the assigned treatment.

In the group that preferred expectant management we found that 27 of 32 (84%) would again choose this treatment, while in the group that preferred curettage, most women held on to their initial choice (43 of 49, 88%). Of the 81 women of the preference groups, only 11 (14%) would choose the alternative of the initial treatment option in the future (see Table 3). Six women would opt for expectant management based on its more natural treatment characteristics. Five women would opt for surgical treatment, one because of a negative experience (heavy bleeding) during

Table 3
Patient preferences 12 weeks after treatment, according to assignment, randomized and preference groups

| | Opt for expectant management | Opt for surgical evacuation |
|---|---|---|
| Randomized groups | | |
| Randomized to expectant management ($n = 30$) | 16 | 14 |
| Randomized to curettage ($n = 25$) | 7 | 18 |
| Preference groups | | |
| Preferred expectant management ($n = 32$) | 27 | 5 |
| Preferred curettage ($n = 49$) | 6 | 43 |

expectant management, the others because of a positive curettage experience (performed on their request after an initial expectant period).

In total, 38% of the randomized patients and 14% of the women belonging to the preference groups would not choose the assigned treatment in future ($P < .001$). The two randomized groups (28 vs. 47%) were not significantly different from each other.

### 3.3. Preferences according to received intended treatment

Not all women actually received the assigned treatment with success. Table 4 shows preferences according to received intended treatment.

Of women randomized to expectant management who actually underwent a successful spontaneous loss, 10 of 14 (71%) expressed a preference for expectant management in the future. Of the 16 women who underwent curettage on their own request after a waiting period, 10 of 16 (63%) reported they would opt for a curettage in the future. Of the 25 women randomized to curettage, three women had a spontaneous loss before the scheduled curettage. Of women who underwent a curettage, 82% (18 of 22) expressed a preference for this treatment in the future. A quarter of the randomized women (14 of 55) expressed a preference for the not-received treatment in case of a future miscarriage (see Table 4). Four women shifted from expectant management to curettage; two because of a negative experience with expectant management (bleeding, pain), and two because of the uncertainties of expectant management. Ten women shifted from curettage to expectant management, one because of a complication from curettage (i.e., Asherman's syndrome), and nine because of the perceived natural treatment characteristics of expectant management.

In women who preferred expectant management and who actually had a successful spontaneous loss, 14 of 15 (93%) opted for expectant management again. Of the women who switched to curettage after a period of waiting only 4 of 17 (24%) preferred this treatment in the future again. Most of the women preferring a curettage actually underwent a curettage (45 of 49) and held on to their initial preference in the future (41 of 45, 91%).

### 3.4. Trade-off

Fig. 1 shows the percentage of patients preferring surgical evacuation related to its hypothetical complication rate. In the baseline scenario, that is, 10% complications for both treatment options, 41.5% of the women preferred expectant management while 58.5% preferred surgical evacuation. By increasing the complication rate of expectant management, an increasing number of women shifted to surgical evacuation. When this difference reached 8%, the percentage of women preferring expectant management had decreased from 41.5 to 25%. By decreasing the complication rate of expectant management, the percentage of women preferring curettage declined from 58 to 35% in case of a difference in complication rate of 8%.

Fig. 2 shows the preference shift if the period of vaginal bleeding was changed. By prolonging the bleeding period in expectant management in comparison with curettage by 8 days, the percentage of women preferring expectant management fell from 41.5 to 30%. If the period of vaginal bleeding were to last up to 8 days less in expectant management, 43% of the 58.5% of women preferring curettage would still hold on to this preference.

About 60% of the women held on to their preference even in the case of a difference in complication rate of 8%; this was similar among women preferring expectant management and those preferring curettage. Even 73% of the women in both groups held on to their initial preference in the case of a difference in bleeding period of up to 8 days between the two options. Randomized women shifted earlier to the alternative treatment in the case of differences in complication rate than women in the preference groups (see Fig. 1). This differential response according to assignment technique was not observed when changing the bleeding period (see Fig.2).

## 4. Discussion

We believe the study design used in this article to offer a useful empirical approach to overcome generalizability limitations of a randomized trial caused by selective participation due to prior treatment preferences. Earlier, Henshaw

Table 4
Patient preferences 12 weeks after treatment, according to received intended treatment, randomized and preference groups

|  | Received intended treatment | Preference conform received treatment | Preference not conform received treatment |
|---|---|---|---|
| Randomized groups |  |  |  |
| Randomized to expectant management ($n = 30$) | Yes, expectant (14) | 10 | 4 |
|  | No, switch to curettage (16) | 10 | 6 |
| Randomized to curettage ($n = 25$) | Yes, curettage (22) | 18 | 4 |
|  | Spontaneous loss (3) | 3 | 0 |
| Preference groups |  |  |  |
| Preferred expectant ($n = 32$) | Yes, expectant (15) | 14 | 1 |
|  | No, switch to curettage (17) | 4 | 13 |
| Preferred curettage ($n = 49$) | Yes, curettage (45) | 41 | 4 |
|  | Spontaneous loss (4) | 2 | 2 |



Fig. 1. Patient preferences for surgical management according to differences in complication rate between expectant and surgical management.

explored this type of design [5]. Demanding as it may be, our findings stress the importance of taking into account the results of all eligible patients. In women with a miscarriage who consented to be randomized to either expectant management or surgical evacuation, we found that 55 vs.

72% of women respectively would opt for the assigned treatment again. If we conclude on the basis of these results that expectant management is acceptable in the future in 55% of the women, we ignore women who refused randomization. In our study, 70% of the women with a miscarriage



Fig. 2. Patient preferences for surgical management according to differences in bleeding period between expectant and surgical management.

*M. Wieringa-de Waard et al. / Journal of Clinical Epidemiology 57 (2004) 167–173*

had such a strong treatment preference that they refused randomized treatment allocation. These women who were managed according to their own choice held on to their initial preferences for expectant or surgical management at a high level; 84 and 88%, respectively. Because of a lot of crossovers, especially in the expectantly managed groups, we studied the influence of the treatment to which women shifted and observed that randomized women opted more for the treatment that had been successful than for the treatment they were assigned to.

Women in the preference groups held on to their initial preference despite subsequently receiving a different treatment. The trade-off technique showed that these initial preferences were quite strong 12 weeks after treatment. Most of the women were not willing to shift to the nonpreferred treatment even in the case of a difference in complications of 8% or bleeding period of 8 days.

In our study, we found that 12 weeks after treatment women with a miscarriage preferred expectant management in 41% of cases and in 59% of cases preferred surgical evacuation. Women with first-trimester bleeding and a viable pregnancy ($n = 77$) also were asked to fill out the preference questionnaire (data not shown). Of these women, whose baseline characteristics were similar to the patients described in this article, 38% preferred expectant management and 62% surgical evacuation, which is not very different from preferences after treatment of women with a miscarriage (41 vs. 59%). Other studies reported differences of preferences between patients and healthy women [8,9]. Molnar assessed preferences of healthy, nonpregnant women. Of these women, who were provided with similar information on treatment options to those used in our study, 75% indicated they would opt for expectant management [10]. This important difference with our study might indicate that non-pregnant women cannot be used as a reliable control group, because they are not at risk for a miscarriage.

Although the number of included women is relatively small, our study confirms the results from other reports that participation in decision-making and management according to patients' own preferences results in a higher preference for the received treatment [5].

Our study has some limitations. We included only women who were able to read the Dutch questionnaire and understand the trade-off. Possibly, preferences of women with different cultural background may differ from our findings, which relate to Western European women.

To reduce the possibility that randomized women have strong preferences we told women that if they had a strong preference for one of the treatments they could have that treatment. Although our basic assumption was a very weak or absent preference as the reason for women to accept randomization, it also is possible that other aspects, for example, susceptibility to the arguments of the researcher, may have been of influence on the decision to participate. Llewellyn-Thomas reported that refusers of randomization expressed an aversion to the process of randomization and

a desire for more participation in management decisions [11]. In our study only 30% of the eligible women accepted randomization, and we did find differences in preferences between randomized and nonrandomized women.

Varying the bleeding time and complications did not alter the preferences of a substantial group of women. We concluded that the preferences of women were so strong that they were hardly to be changed. Another possibility is that the variables we have used are not influencing women's preferences. Qualitative in-depth one-to-one interviews are needed to understand if there are other factors of importance to women with a miscarriage in making a treatment choice.

We conclude that management according to own initial preference results in a very high acceptance of this treatment. In the absence of differences in medical outcomes, health status, or costs, women with an outspoken preference for either expectant or surgical management should be managed according to their own choice. Women who are willing to accept either treatment are more likely to prefer curettage than expectant management. Especially in the group without a preference, information on all medical aspects of both treatment options is of importance to facilitate informed-shared decision-making.

## Acknowledgments

The study was supported by grants from the Dutch Health Research and Development Council (ZON) and the Dutch Ministry of Health, Welfare & Sports.

## Appendix

### Treatment descriptions used in the consent process

*Expectant management*

After a variable period of time you will experience vaginal bleeding, or the bleeding that is already present will intensify. Usually the amount of blood loss does not exceed that of a normal period. During the expulsion of the fetus you may suffer some pain due to uterine contractions. This pain is comparable with menstrual pain, and may intensify for a couple of hours while the fetus is being completely expelled: the miscarriage. You will then lose some tissue, whereupon the bleeding and cramps stop almost immediately. You will not have to go to a hospital.

It is uncertain for how long the blood loss will continue. It usually takes a couple of days, very rarely a couple of weeks, for the spontaneous loss to occur. If the blood loss should become excessive you will still have to undergo curettage.

*Curettage*

Curettage is a minor surgical procedure during which the pregnancy is aspirated from the uterus by inserting a small

M. Wieringa-de Waard et al. / Journal of Clinical Epidemiology 57 (2004) 167–173

173

tube in the vagina and cervix. This procedure can be performed under either general or local anesthesia. In the latter case, the procedure takes place as outpatients' treatment. You will be admitted in the morning and, if there are no complications, you can go home in the afternoon, a few hours after the procedure. For a few days you will still experience some blood loss.

Every surgical procedure carries the risk of complications. On rare occasions the pregnancy turns out not to have been removed completely. In that case, you will have to undergo another curettage.

## References

[1] Everett C. Incidence and outcome of bleeding before the 20th week of pregnancy: prospective study from general practice. BMJ 1997;315: 32–4.

[2] Nielsen S, Hahlin M. Expectant management of first-trimester spontaneous abortion. Lancet 1995;345:84–6.

[3] Wieringa-de Waard M, Vos J, Bonsel GJ, Bindels PJE, Ankum WM. Management of miscarriage: a randomized controlled trial of expectant management versus surgical evacuation. Hum Reprod 2002;17:2445–50.

[4] Brewin CR, Bradley C. Patient preferences and randomised clinical trials. BMJ 1989;299:313–5.

[5] Henshaw RC, Naji SA, Russell IT, Templeton AA. Comparison of medical abortion with surgical vacuum aspiration: women's preferences and acceptability of treatment. BMJ 1993;307:714–7.

[6] Nieuwkerk PT, Hajenius PJ, Van der Veen F, Wipker W, Bossuyt PM. Systemic methotrexate therapy versus laparoscopic salpingostomy in tubal pregnancy. Part II. Patient preferences for systemic methotrexate. Fertil Steril 1998;70:518–22.

[7] Palda VA, Llewellyn-Thomas HA, Mackenzie RG, Pritchard KI, Naylor CD. Breast cancer patients' attitudes about rationing postlumpectomy radiation therapy: applicability of trade-off methods to policy-making. J Clin Oncol 1997;15:3192–200.

[8] O'Connor AM. Effects of framing and level of probability on patients' preferences for cancer chemotherapy. J Clin Epidemiol 1989;42: 119–26.

[9] Rosen AS. Acceptability of abortion methods. Baillieres Clin Obstet Gynaecol 1990;4:375–90.

[10] Molnar AM, Oliver LM, Geyman JP. Patient preferences for management of first-trimester incomplete spontaneous abortion. J Am Board Fam Pract 2000;13:333–7.

[11] Llewellyn-Thomas HA, McGreal MJ, Thiel EC, Fine S, Erlichman C. Patients' willingness to enter clinical trials: measuring the association with perceived benefit and preference for decision participation. Soc Sci Med 1991;32:35–42.

Women's Health Issues 27-4 (2017) 456–462







www.whijournal.com

Maternal Health

# "Every Person's Just Different": Women's Experiences with Counseling for Early Pregnancy Loss Management

Robin Wallace, MD, MAS [a,*], Angela DiLaura, RN, MSN, WHNP-BC [a], Christine Dehlendorf, MD, MAS [a,b,c]

[a] Department of Family and Community Medicine, University of California, San Francisco, San Francisco, California
[b] Department of Obstetrics, Gynecology, and Reproductive Sciences, University of California, San Francisco, San Francisco, California
[c] Department of Epidemiology, University of California, San Francisco, San Francisco, California

Article history: Received 8 October 2016; Received in revised form 15 February 2017; Accepted 27 February 2017

A B S T R A C T

*Background:* Women have strong preferences for their choice of early pregnancy loss (EPL) management. However, current practice patterns suggest that some women may not be offered counseling about the full range of management options. To develop a foundation for quality counseling about EPL treatment, we elicited patients' perspectives regarding their preferences and values for communication during this decision-making process.
*Methods:* Twenty-one individual interviews were conducted with women who recently experienced EPL. Interviews discussed their experiences surrounding EPL diagnosis, counseling for and support during treatment decision making, and management outcomes, and concluded with questions seeking feedback on a decision tool. Interview transcripts were coded in an iterative and collaborative process by two authors, using constructivist grounded theory analysis.
*Results:* Women in our study overwhelmingly preferred having options for EPL management rather than being prescribed a single treatment by their provider. Women reported a wide variety of personal priorities that influence decision making for EPL management. They valued providers who engaged in a balanced conversation about these priorities and medical recommendations. Participants stressed the importance of candid counseling about treatment options and expressed frustration with delayed news delivery for EPL diagnosis.
*Conclusions:* A patient-centered approach to EPL management includes unbiased counseling about the full range of options available. Women may perceive communication during EPL diagnosis as a critical time to initiate these discussions. Women are often weighing personal priorities to make decisions about EPL management and use of a decision aid may offer a systematic approach to identifying women's preferences for treatment.

© 2017 Jacobs Institute of Women's Health. Published by Elsevier Inc.

Early pregnancy loss (EPL), or first trimester miscarriage, is a common experience, occurring in at least 15% to 20% of pregnancies (Sapra et al., 2016; Ventura, Abma, Mosher, & Henshaw, 2008). Because large-scale trials have established that there are a variety of safe and effective options (Trinder et al., 2006; Wieringa-de Waard, Vos, Bonsel, Bindels, & Ankum, 2002; Zhang et al., 2005), management of this condition is a preference-sensitive decision in which the best choice for management depends on how the patient values perceived advantages and disadvantages of the treatment options (O'Connor et al., 2007). The preference-sensitive nature of this decision has been recognized by the American College of Obstetricians and Gynecologists, who in a 2015 Practice Bulletin, state that all eligible patients should be offered the full range of therapeutic options—uterine aspiration, medication management, and expectant care (Committee on Practice, 2015).

Research demonstrates that women managed according to their preferences, as compared to those randomized to treatment, can have improved quality-of-life scores and mental health scores, as well as increased satisfaction with care (Wieringa-De Waard, Hartman et al., 2002). Further, studies show that many patients

Previously presented as a poster at North American Forum on Family Planning, November 13–16, 2015.

Author Disclosure Statement: No competing financial interests exist.

* Correspondence to: Robin Wallace, MD, MAS, Department of Family and Community Medicine, University of Texas Southwestern Medical Center, 5706 East Mockingbird Lane, Suite 115 Box 137, Dallas, TX 75206. Phone: (972) 638-9298; fax: (214) 969-9468.

*E-mail address:* rwallace.research@gmail.com (R. Wallace).

1049-3867/$ - see front matter © 2017 Jacobs Institute of Women's Health. Published by Elsevier Inc.
http://dx.doi.org/10.1016/j.whi.2017.02.008

do have strong and variable preferences for their choice of EPL management (Dalton et al., 2006; Smith, Frost, Levitas, Bradley, & Garcia, 2006; Wieringa-De Waard, Hartman et al., 2002). However, estimates of actual treatment patterns suggest that choices of management may be constrained and depend on where women receive care. Specifically, the vast majority of obstetrician-gynecologists use uterine aspiration in the operating room, whereas family physicians and nurse midwives primarily use expectant care, and few providers use office-based aspiration or medication management (Dalton et al., 2006; Dalton et al., 2010; Wallace, Dehlendorf, Vittinghoff, Gold, & Dalton, 2013). Given that many women have preferences for these latter options (Dalton et al., 2006; Smith et al., 2006; Wieringa-De Waard, Hartman et al., 2002), this finding suggests that some women may not be receiving care that allows them to select the option that is concordant with their preferences. Although some of this may be related to training or resource limitations (Dalton et al., 2010; Wallace et al., 2013), it also may reflect inadequate or directive counseling.

Counseling is an essential part of choosing management for preference-sensitive decisions, because supporting a woman to make a treatment decision in line with her priorities and preferences would be expected to improve her ability to make value-concordant decisions and therefore to have better outcomes. As research demonstrates that one-half of women would change their decision for EPL management given a physician's recommendation (Molnar, Oliver, & Geyman, 2000), providers have an influential role in the decision-making process. However, there has been no formative research in the case of EPL management to inform how women wish to arrive at a decision for EPL care and how providers can support them in this process.

To develop a foundation for counseling about EPL management options, we aimed to describe patients' experiences of and preferences for counseling during this decision-making process. Our research aims to inform the development of implementation strategies directed towards improving women's experience of counseling for miscarriage management.

### Materials and Methods

We conducted semistructured interviews with women who recently experienced EPL from December 2010 to May 2011. Recruitment took place at a county hospital and an academic medical center in Northern California. All EPL management options are generally available to women at these health centers, with aspiration performed either in an outpatient hospital-based or office-based setting. Eligible women presented to medical care with a diagnosis of EPL requiring management, were at least 18 years old, spoke English or Spanish, and had access to email or phone for personal contact and interview scheduling. We excluded women presenting with an inevitable or completed miscarriage, because they did not require counseling on management options, and women who had medical complications, such as hemorrhage or infection, for whom options were limited.

Clinicians at each recruitment site identified eligible women at the time of diagnosis or management of EPL and discussed the study with interested participants. The research assistant contacted participants who had consented to be contacted, and interviews were scheduled either by phone or email. Most women were interviewed within 4 weeks of EPL management completion.

Private, semistructured interviews were conducted by a member of the research team and used a question guide (Table 1)

**Table 1**
Selected Questions from the Interview Guide

| |
|---|
| How did you find out you were having a miscarriage? |
| How did your provider talk with you about what to do about the miscarriage? |
| Was there anything the provider said that was particularly helpful or reassuring? |
| Looking back at the whole experience from the time of diagnosis through the decision making, do you think you were given a choice of management? |
| Do you think a different treatment option would have been better for you? Why or why not? |
| Do you want your provider just to give options about treatments or tell you what their preference is? |
| Some people find having choices about medical treatment to be a good thing, and others feel that too many choices can be confusing or difficult. What do you think about having choices, especially choices for miscarriage treatment? |

focused on the participant's experience of events surrounding EPL diagnosis, counseling for management options, and management outcomes, as well as the participant's perception of emotional support from her provider and family or friends during the process. Women were also asked specifically about having choices in medical treatment decisions and their preferences for provider involvement in making these decisions. Each interview concluded by presenting to the participant a draft of a counseling checklist based on compiled EPL preferences research (Wallace, Goodman, Freedman, Dalton, & Harris, 2010) to record impressions and feedback on its usefulness as a decision aid. The checklist was revised in an iterative manner during the course of the study to meet the needs and reflect the preferences of our participants. Figure 1 shows the final version of the tool, Patient Treatment Priorities for Miscarriage.

All interviews were audiotaped, transcribed, and verified by written field notes. A bilingual research team member translated the Spanish interview to English for analysis. De-identified interview transcripts were entered into NVivo 9 software. We chose a constructivist grounded theory approach to analyze the data as it provided the flexibility to focus on ideas that emerged during data collection and analysis as well as incorporate pre-determined areas of interest (Charmaz, 2006). With a constructivist grounded theory approach, we interpreted our findings to seek understanding of our participants' experiences as situated within the larger social context. We devised a coding structure based both on these preexisting themes of interest (e.g., the importance of having treatment options) and on newly identified ones (e.g., frustration with delayed news delivery). After coding several transcripts independently, the members of the research team met to revise the coding structure as indicated by emerging themes. We drafted memos to document our thoughts about newly identified themes throughout data collection and analysis, and added and revised coding categories as needed in an iterative manner. Two researchers independently read each transcript to apply codes and met to resolve any discrepancies. Ultimately, all interviews were analyzed with a uniform coding scheme using NVivo software. Participant recruitment stopped when thematic saturation was reached.

This study was approved by the Committee for Human Research at the University of California, San Francisco.

### Results

Twenty-one interviews were conducted, of which 1 was in Spanish, 12 were by phone and 9 were in person. Participant



**Figure 1.** Patient treatment priorities for miscarriage decision aid. Source: Managing Early Pregnancy Loss, Bixby Center for Global Reproductive Health, University of California San Francisco.

demographics are shown in Table 2 and their stated EPL management preferences are shown in Table 3. Although only one participant described an initial preference for expectant management, four additional women (two who preferred misoprostol and two who preferred an aspiration) actually experienced an unassisted completion of their miscarriage, most often owing to a delay in scheduling an aspiration or administering of misoprostol.

Several dominant themes emerged from the interviews: the importance of providing options for EPL management, how individual priorities influence decision making, preferences for candid counseling and realistic expectations, the role of providers in decision making, and frustration with ambiguous or delayed news delivery about EPL diagnosis.

*Importance of Having Options for EPL Management*

Overwhelmingly, women in our study strongly preferred having management options offered when they have been diagnosed with EPL, rather than being prescribed a single treatment by their provider. Our interviewees echoed sentiments that personal choice is of highest priority when all treatment options are otherwise equal. One woman, who was happy with the unbiased manner in which options were

Pet. Ref. 179

R. Wallace et al. / Women's Health Issues 27-4 (2017) 456–462

**Table 2**
Study Participant Demographics (N = 21)

| Characteristic | Value |
|---|---|
| Age (M ± SD), y | 33 ± 7 |
| Race/ethnicity | |
|   White | 9 |
|   Black | 3 |
|   Latina | 4 |
|   Asian/Pacific Islander | 5 |
| Education | |
|   Less than high school | 1 |
|   High school/some college | 8 |
|   College degree | 5 |
|   Graduate degree | 7 |

presented to her, explained the importance of being able either to decline intervention or choose treatment willingly:

> I think sometimes the doctors have you do things that are unnecessary or sometimes they prescribe things to you that are unnecessary…I like the way it was presented to me…as options. (31-year-old who chose medication management)

Despite recruiting from clinical sites where all options were available, several participants were not offered options. Some women did not realize they could ask about alternatives and expressed disappointment at finding out about other options when it was too late. A 43-year-old woman who found out during her aspiration procedure that she could have chosen differently told us, "I wish I had all the options laid out for me…I mean, I don't know what all goes into this decision. I thought I knew but now I'm not sure."

However, most women expressed gratitude for having multiple options from which to choose. One woman explained why after a prior experience with an aspiration abortion, having the choice of taking misoprostol was important because, "every person's just different. Everybody has different opinions. So…for me, [using medication] was just the best way" (27-year-old woman who chose misoprostol).

*Personal Priorities for EPL Management*

Individual factors and situations strongly affected how women reported selecting their preferred management approach, and participants emphasized the importance of providers discussing this with them to help identify the best choice. Participants gave a range of answers when asked about the relative importance of different priorities. Factors frequently mentioned as important included reaching a quick resolution, having the safest treatment, having the least pain, and recommendation from a provider. Women's responses varied as to whether considerations such as having a natural process, seeing the pregnancy tissue, avoiding an invasive procedure or

**Table 3**
EPL Management (n = 21)

| | EPL Management Preference | Actual EPL Management Outcome |
|---|---|---|
| Aspiration | 15 | 13 |
| Medication | 5 | 3 |
| Expectant | 1 | 5 |

*Abbreviation:* EPL, early pregnancy loss.

medications with side effects, and wanting to be asleep for a surgical procedure were relevant, with a distribution of responses ranging from not important to very important. Some women struggled with reconciliation of feelings about the pregnancy and the demands of day-to-day life that made specific options unrealistic for them. These women reported that choosing an option that allowed them to attend to personal, family, or professional obligations often outweighed other factors (Table 4).

The notion of nature taking its course came up in several contexts by various women. Some felt strongly that they did not want to be witness to the blood or the pain of passing a pregnancy at home, or as one woman described, that she "just wanted it to be over with, because I felt like I was carrying something that wasn't alive…it's such a bad feeling to go to sleep knowing that it's not alive, to wake up and know that it's dead" (27-year-old who preferred having an aspiration).

However, despite having had a strong preference for an aspiration, another woman felt her experience of spontaneously passing the pregnancy was valuable:

> I hope that this, the option of doing it naturally never fades…because we fall pregnant naturally, so we should also let go of it naturally, in a way…[I]t really did help me. And I hope that another woman can also see it in a positive way. (25-year-old who spontaneously miscarried before her procedure appointment)

When asked to review the decision checklist (Figure 1) and consider its use as a means of identifying preferences for management options, many, but not all, women liked the format and felt it would be useful in eliciting and organizing their preferences about EPL management. However, women frequently commented it would be most helpful when used as part of a discussion with a provider, rather than on its own.

*Provider Involvement in EPL Management Decision Making*

Although women emphasized the importance of having all the options for EPL management offered and explained to make an informed decision about what fit their priorities, many women also wanted input or a recommendation from their provider of which option was best for them, based on their individual needs and history. One participant valued knowing her provider's preference in light of her complex medical condition remembering, "it was kind of difficult to deal with having so many choices but then with her weighing out the pros and cons, it kind of made it easier for me to decide" (21-year-old who chose aspiration). However, in large part women simply valued the clinical experience of their provider who had cared for women in similar situations.

Although women commented that providers' expertise and opinions can be helpful, they still wanted the ability to make the final decision on which management option to pursue. Most participants agreed that providers should offer their recommendation only if the patient desires it, but did not want a provider's preference to be unsolicited or imposed upon them. As an example, one woman preferred having options over following the exclusive advice of her physician, "'cause the thing is, the doctor only knows me for that one period of time, so he doesn't know my full history and all those things, so I think options is better" (25-year-old who chose aspiration but experienced a spontaneous miscarriage before appointment).

Pet. Ref. 180

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 189 of 754   PageID.4576

**Table 4**
Personal Priorities Affect Management Decisions, Selected Quotes

| | |
|---|---|
| "I just made my decision based on what my family needed…the least amount of time for my husband to take off work and the kids to need a babysitter." | *42-year-old who chose misoprostol to accommodate her family's needs despite preferring aspiration* |
| "I felt like giving my body some time; I would prefer to just let it happen. I wanted to take the misoprostol because I had plans for Thanksgiving with friends, and I was hoping that it would just happen before I was away for the holidays…But after that didn't happen, I didn't feel—I really didn't want to do the D&C." | *31-year-old who took misoprostol, unsuccessfully, and no longer felt urgency to complete the miscarriage through intervention* |

*Candid Counseling and Realistic Expectations for EPL Care*

When being diagnosed with EPL, women preferred direct communication about their miscarriage treatment options with honest and clear explanations about what to expect from each method. They valued counseling that they felt appropriately prepared them for the experience of miscarriage, and being told "things that an actual person that went through it would tell you" (23-year-old who preferred misoprostol but spontaneously and unexpectedly miscarried). Women in our study wanted information about the extent of bleeding, tissue passage, and pain to expect from a miscarriage at home, as well as realistic guidance on the uterine aspiration experience and the side effects of anesthetic, analgesic, and other medications used.

Several women unhappily described inadequate communication about what to expect from the treatment option they chose. One woman using misoprostol at home was surprised that her cramping was, "like you were in labor. I didn't think it was going to be like that, but I had—it was really, really bad, the pain" (36-year-old who preferred medication management). In contrast, another woman was uncertain her miscarriage had occurred because the physician who performed her ultrasound did not explain the process well to her and her symptoms were not as severe as she expected, "I didn't have a tremendous amount of bleeding, which I thought was kind of like the hallmark of miscarriage, so that's why I never knew like if it was really over or not" (35-year-old who spontaneously miscarried before her aspiration appointment).

*Ambiguous and Delayed News Delivery of EPL Diagnosis*

One barrier to decision making reported by several women was ambiguous or delayed diagnosis of EPL. This experience and the resulting uncertainty influenced their emotional state and their ability to cope, and to make decisions and move forward with treatment. Participants strongly desired early and clear communication from their providers about EPL diagnosis and the possibility of EPL, even when the diagnosis could not yet be confirmed.

While reflecting on how their providers communicated during diagnosis, several women recalled feelings of anxiety and frustration. One woman's doctor began the encounter with a question that felt condescending or dismissive, and she told us, "as a provider you need to know that people can sense something's wrong. So the first thing that I think would be more appropriate or validating would be, 'This is what we're seeing or not seeing, so let me ask you a few questions.' " During this same visit, medical jargon interfered with her understanding of what was going on, "[it] was probably the least informative and probably most upsetting interaction I had…Even though I'm a nurse, I really didn't know what that empty gestational sac

meant. When you're upset, I feel like you can't think of questions to ask because you're emotional. I felt like a provider…should give more information" (31-year-old who preferred medication management).

Other participants echoed these wishes for direct language, "they never said the word 'miscarriage.' I did and—yeah, so I don't know. I felt like I had to drag it out of them." This woman went on to explain, "people weren't clear with me and…I didn't like that…I just think they need to be more communicative and informative with the woman. It's her body. She needs to know what you know or what you suspect" (42-year-old who preferred expectant management).

Women also spoke about diagnostic evaluation as the time to begin the conversation about management. Some were frustrated when they were not given this information right away, and even when too upset by the news to have a discussion, they wanted written information to bring home and consider immediately. One woman felt more strongly that she was ready to talk about options even when the provider was not ready to make a firm diagnosis, "Okay, once we realize that I'm not mistaken with my dates and that this pregnancy should be 12 weeks and it is what you said it looks like, 5 weeks, so then what does that mean? What are the next steps?" (42-year-old who preferred expectant management).

**Discussion**

Women in our study strongly favored the ability to choose from among all treatment options—expectant care, medication management, and uterine aspiration—when faced with EPL. They valued having options for this preference-sensitive decision, but also being supported by their provider in selecting the option that was best for them. Many participants responded positively to use of a decision aid that identifies priorities for EPL management. Our study findings emphasize women's desires for clear and comprehensive information about both miscarriage diagnosis and these treatment options. They expressed gratitude when they were counseled thoroughly about all options, and felt prepared to choose the management that suited their personal needs. However, several women reported a lack of information, particularly during the diagnostic process, which increased anxiety and frustration during their clinical encounter.

Our findings are consistent with prior research showing that treating women with EPL according to their preference leads to greater satisfaction with care and quality-of-life metrics (Dalton et al., 2006; Wieringa-De Waard, Hartman et al., 2002). However, despite these data and that women's preferences are variable, trends in EPL management have not diversified over time (Dalton et al., 2009; Dalton et al., 2010; Wallace et al., 2013). Although there are likely many provider-based and systems-level factors, such as training in and clinical resources for office-based uterine

aspiration, and understanding of safety and efficacy data for misoprostol use, that are limiting the options available to women, provider biases can also contribute to this narrow scope of practice (Dalton et al., 2010). Providers may make assumptions about what patients' preferences are, such as wanting general anesthesia for an aspiration, and therefore default to bringing them to the operating room routinely (Dalton et al., 2010). Although all three options were available in the health care system where our study participants were recruited, it is clear that not all women were given information about each of these choices. Our findings suggest that there may be an inadequate level of preparation for providers and trainees who are often on the frontline of evaluating women with possible EPL in the emergency room, at urgent care centers, or in primary care or prenatal clinics to provide patient-centered care for this preference-sensitive decision. Because women repeatedly told us they wanted to hear about all options available, training efforts across specialties who care for women with EPL should address not only how to offer a full range of treatment options, but also how to counsel women about these options, even when they are not able to provide them directly.

Overall, our findings are consistent with the appropriateness of a shared decision making model for counseling women with EPL. This model, which is commonly endorsed for counseling around preference-sensitive decisions, has three primary components that allow for 1) information exchange, 2) deliberation, and 3) negotiation about and agreement to implement a treatment decision (Charles, Gafni, & Whelan, 1997; Murray, Charles, & Gafni, 2006). Our study participants echoed a need for clear and candid information about each management option for EPL, while simultaneously expressing a desire to share information about their individual experience that affects their priorities and preferences for management. The shared decision making model allows for this exchange, with the provider offering relevant medical information about options and the patient's specific clinical presentation and then soliciting personal information from the woman about what is most important to her in considering treatment options. With respect to the final management decision, women also valued their provider's opinion, but only as a recommendation, not as a prescription. Similar conclusions have been made in research on contraceptive decision making (Dehlendorf, Krajewski, & Borrero, 2014; Dehlendorf, Levy, Kelley, Grumbach, & Steinauer, 2013), which reflects the highly preference-sensitive nature of reproductive health care in general.

The decision checklist (Figure 1) incorporated into this study is similar to other decision aids that have been developed in the context of preference-sensitive decisions with the goal of promoting increased patient involvement in decisions and informed values-based decisions (O'Connor et al., 2009; Wennberg, 2002; Whelan et al., 2004). Participants overwhelmingly responded positively to the use of an aid and offered suggestions for changes in language or items included in the tool. Providers may find this instrument a valuable resource in supporting patients when deciding how to manage their miscarriage.

This study also offers insight into women's experiences with the diagnostic process for early pregnancy evaluation. Although this was not our primary aim, when given the opportunity to discuss interactions with health care providers during miscarriage care, many of our participants wanted to talk about the inadequate communication they experienced during evaluation. Prior research also demonstrates patient dissatisfaction with communication in this context and an overall sense that their

provider treated their miscarriage as mundane and without sensitivity to their emotional needs (Friedman, 1989; Smith et al., 2006). Women also voiced a specific request for timely news delivery during EPL diagnosis. Although it is important for health care providers to refrain from jumping to conclusions or misleading patients, acknowledging patients' concerns and providing information about the diagnostic process throughout the clinical encounter is important for patient-centered care. Our findings suggest that patients want to be offered clear information about their diagnostic workup and what comes next, whether it be additional testing or treatment, so they are not only prepared but also do not feel abandoned.

The conclusions drawn from the study may not be generalizable to all settings, but may be representative of an academic clinical setting, where all management options are readily available and accessible. The majority of the study participants were recruited at the time of presentation to their appointments for aspiration procedures, which may have over-represented a preference for aspiration in our study sample. Women who presented to a provider and preferred expectant or medication management may never have been referred to these clinics. There may be substantial differences in the decision making by women who prefer at-home EPL care (either expectant or medication management) that is not reflected in our findings. Our participants also had a relatively high level of education compared with the general population. Women with higher health literacy may have stronger or simply different preferences for information or autonomy in decision making than other women.

### Implications for Practice and/or Policy

EPL is a common condition frequently encountered by providers who care for women of reproductive age, in both primary and emergency care settings. All providers should be prepared to care for women and the complexities of EPL, including delivery of the diagnosis in a timely manner and offering sensitive and unbiased counseling about all options available for miscarriage management. Additional research on the logistics, feasibility, and acceptability of using a decision aid that identifies women's priorities for EPL care in clinical practice, as well as patient satisfaction with the resulting decisions made, may further elucidate how to operationalize patient-centered counseling that prioritizes women's preferences for treatment.

### Acknowledgments

This study was funded by the Fellowship in Family Planning.

### References

Charles, C., Gafni, A., & Whelan, T. (1997). Shared decision-making in the medical encounter: What does it mean? (or it takes at least two to tango). *Social Science & Medicine*, 44(5), 681–692.

Charmaz, K. (2006). *Constructing grounded theory*. Thousand Oaks, CA: Sage.

Committee on Practice, B.-G. (2015). The American College of Obstetricians and Gynecologists Practice Bulletin no. 150. Early pregnancy loss. *Obstetrics & Gynecology*, 125(5), 1258–1267.

Dalton, V. K., Harris, L. H., Weisman, C. S., Guire, K., Castleman, L., & Lebovic, D. (2006). Patient preferences, satisfaction, and resource use in office evacuation of early pregnancy failure. *Obstetrics & Gynecology*, 108(1), 103–110.

Dalton, V. K., Harris, L. H., Clark, S. J., Cohn, L., Guire, K., & Fendrick, A. M. (2009). Treatment patterns for early pregnancy failure in Michigan. *Journal of Womens Health (Larchmont)*, 18(6), 787–793.

Dalton, V. K., Harris, L. H., Gold, K. J., Kane-Low, L., Schulkin, J., Guire, K., & Fendrick, A. M. (2010). Provider knowledge, attitudes, and treatment

preferences for early pregnancy failure. *American Journal of Obstetrics & Gynecology*, 202(6), 531.e1–531.e8.

Dehlendorf, C., Krajewski, C., & Borrero, S. (2014). Contraceptive counseling: Best practices to ensure quality communication and enable effective contraceptive use. *Clinical Obstetrics & Gynecology*, 57(4), 659–673.

Dehlendorf, C., Levy, K., Kelley, A., Grumbach, K., & Steinauer, J. (2013). Women's preferences for contraceptive counseling and decision making. *Contraception*, 88(2), 250–256.

Friedman, T. (1989). Women's experiences of general practitioner management of miscarriage. *Journal of the Royal College of General Practitioners*, 39(328), 456–458.

Molnar, A. M., Oliver, L. M., & Geyman, J. P. (2000). Patient preferences for management of first-trimester incomplete spontaneous abortion. *Journal of the American Board of Family Practice*, 13(5), 333–337.

Murray, E., Charles, C., & Gafni, A. (2006). Shared decision-making in primary care: tailoring the Charles et al model to fit the context of general practice. *Patient Education and Counseling*, 62(2), 205–211.

O'Connor, A. M., Bennett, C. L., Stacey, D., Barry, M., Col, N. F., Eden, K. B., … Rovner, D. (2009). Decision aids for people facing health treatment or screening decisions. *Cochrane Database of Systematic Reviews*,, (3), CD001431.

O'Connor, A. M., Wennberg, J. E., Legare, F., Llewellyn-Thomas, H. A., Moulton, B. W., Sepucha, K. R., … King, J. S. (2007). Toward the 'tipping point': Decision aids and informed patient choice. *Health Affairs (Millwood)*, 26(3), 716–725.

Sapra, K. J., Buck Louis, G. M., Sundaram, R., Joseph, K. S., Bates, L. M., Galea, S., & Ananth, C. V. (2016). Signs and symptoms associated with early pregnancy loss: Findings from a population-based preconception cohort. *Human Reproduction*, 31(4), 887–896.

Smith, L. F., Frost, J., Levitas, R., Bradley, H., & Garcia, J. (2006). Women's experiences of three early miscarriage management options: A qualitative study. *British Journal of General Practice*, 56(524), 198–205.

Trinder, J., Brocklehurst, P., Porter, R., Read, M., Vyas, S., & Smith, L. (2006). Management of miscarriage: Expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial). *BMJ*, 332(7552), 1235–1240.

Ventura, S. J., Abma, J. C., Mosher, W. D., & Henshaw, S. K. (2008). Estimated pregnancy rates by outcome for the United States, 1990–2004. *National Vital Statistics Report*, 56(15), 1–25, 28.

Wallace, R., Dehlendorf, C., Vittinghoff, E., Gold, K. J., & Dalton, V. K. (2013). Early pregnancy failure management among family physicians. *Family Medicine*, 45(3), 173–179.

Wallace, R. R., Goodman, S., Freedman, L. R., Dalton, V. K., & Harris, L. H. (2010). Counseling women with early pregnancy failure: Utilizing evidence, preserving preference. *Patient Education and Counseling*, 81(3), 454–461.

Wennberg, J. E. (2002). Unwarranted variations in healthcare delivery: Implications for academic medical centres. *BMJ*, 325(7370), 961–964.

Whelan, T., Levine, M., Willan, A., Gafni, A., Sanders, K., Mirsky, D., … Dubois, S. (2004). Effect of a decision aid on knowledge and treatment decision making for breast cancer surgery: A randomized trial. *JAMA*, 292(4), 435–441.

Wieringa-De Waard, M., Hartman, E. E., Ankum, W. M., Reitsma, J. B., Bindels, P. J., & Bonsel, G. J. (2002a). Expectant management versus surgical evacuation in first trimester miscarriage: Health-related quality of life in randomized and non-randomized patients. *Human Reproduction*, 17(6), 1638–1642.

Wieringa-de Waard, M., Vos, J., Bonsel, G. J., Bindels, P. J., & Ankum, W. M. (2002b). Management of miscarriage: A randomized controlled trial of expectant management versus surgical evacuation. *Human Reproduction*, 17(9), 2445–2450.

Zhang, J., Gilles, J. M., Barnhart, K., Creinin, M. D., Westhoff, C., & Frederick, M. M. (2005). A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *New England Journal of Medicine*, 353(8), 761–769.

## Author Descriptions

Robin Wallace, MD, MAS, is a clinical assistant professor in the Department of Family and Community Medicine at University of Texas Southwestern Medical Center. As a family planning specialist, her research focuses on patient-centered miscarriage management in primary care settings.

Angela DiLaura, RN, MSN, WHNP-BC, was a research assistant at the University of California, San Francisco at the time this study was completed. She is now a clinician in family planning and reproductive health in the San Francisco Bay Area.

Christine Dehlendorf, MD, MAS, is a family physician and Director of the Program in Woman-Centered Contraception at the University of California, San Francisco. Her research focuses on understanding and meeting women's needs for family planning and family planning care.

Pet. Ref. 183



ELSEVIER

Contraception 74 (2006) 11–15

Contraception

Review article

# Women's perceptions on medical abortion

Pak Chung Ho*

*Department of Obstetrics and Gynecology, University of Hong Kong, Hong Kong Special Administrative Region, China*

Received 10 February 2006; revised 20 February 2006; accepted 21 February 2006

## Abstract

The reasons why women choose medical abortion vary in different countries. In most countries, the most common reasons for choosing medical abortion are as follows: (a) avoidance of surgery or general anesthesia; (b) perception that it is safer; and (c) perception that it is more natural than a surgical procedure. In most studies, over 80% of women who chose medical abortion found it acceptable and would choose the same method again if they needed another abortion in the future. They would also recommend this procedure to other women who need an abortion. In selected women, the administration of misoprostol at home was also acceptable. The acceptability of medical abortion may decrease with increasing gestational age of pregnancy, failure of medical abortion, prolonged bleeding and high levels of discomfort and anxiety during the abortion procedure. There was no significant difference in the emotional responses or incidences of psychiatric morbidity between women undergoing medical and women undergoing surgical abortion.
© 2006 Elsevier Inc. All rights reserved.

*Keywords:* Medical abortion; Perceptions

## 1. Introduction

The combination of mifepristone and misoprostol is now a well-established method for medical abortion in many countries. It has been shown by various studies to be a safe and effective method for the termination of pregnancy. However, to be widely used, it must also be acceptable to women, especially since there is an alternative (vacuum aspiration) that is also a safe and effective method for the termination of pregnancy. Therefore, it is necessary to assess the acceptability of the method and to understand the perspectives of women and how they perceive the different methods. Since the introduction of medical abortion, many studies have been performed to assess its acceptability. In this paper, the reasons for choosing medical abortion, the acceptability of medical abortion and women's perceptions of medical abortion will be reviewed and discussed.

## 2. Why do women choose medical abortion?

This issue was explored in a number of studies on medical abortion [1–7]. Before the abortion procedure,

women were asked why they chose medical abortion. While there are some differences among studies, the most commonly given reasons for choosing medical abortion are as follows: (a) fear of surgery or general anesthesia, which women want to avoid with medical abortion; (b) perception that medical abortion is safer than surgical abortion; and (c) perception that medical abortion is more natural than surgical abortion. However, the reasons for choosing medical abortion may be related to the manner by which surgical abortion is performed. In some countries, women felt that medical abortion was more convenient as they did not need to be admitted into a hospital and could thus continue with their usual work. In China, where surgical abortion is performed without or with little anesthesia, 84% of women selected medical abortion to avoid the pain of the surgical procedure. In an American study, the most common reasons for choosing medical abortion were as follows: the timing of abortion (they could have the abortion before 7 weeks), privacy at home and emotional support given them. In some of the studies, women were also asked why they chose surgical abortion; the most common reasons included the following: (a) less time needed and greater convenience (avoiding the extra visits of medical abortion); (b) desire to be unaware of the procedure (under general anesthesia;) (c) skepticism toward new medications; and (d) fear of the possible side effects of medications.

* Department of Obstetrics and Gynecology, Queen Mary Hospital, Hong Kong, China. Tel.: +852 28554260; fax: +852 28550947.

*E-mail address:* pcho@hkusub.hku.hk.

0010-7824/$ – see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.contraception.2006.02.012

12                                          *P.C. Ho / Contraception 74 (2006) 11–15*

## 3. Acceptability of medical abortion

The most common way of assessing the acceptability of medical abortion was to ask women after the procedure whether they were satisfied with the procedure, whether they would choose medical abortion again if they needed an abortion in the future and whether they would recommend medical abortion to a friend. The results of the studies are summarized in Table 1 [1,2,5–18]. The studies were conducted in many countries throughout the world, including the United States and those in Europe, Central America and Asia. It should be noted that the study subjects in these studies had chosen medical abortion after an explanation of the procedure. Therefore, these are biased samples. The results showed that, despite the wide geographical distribution of the studies, over 80% of women were satisfied with medical abortion. A similar percentage of women would choose the method again if they needed an abortion in the future or would recommend medical abortion to their friends. All these data show that medical abortion is highly acceptable to women who chose the method after counseling. In some of these series, the acceptability of medical abortion was also assessed in women who have had a previous surgical abortion. The majority of these women (57.6–100%) found medical abortion to be better or would prefer medical abortion if they needed to have another abortion [2,3,5,9–12]. However, these women may represent a biased sample as they might have chosen medical abortion because of a previous unsatisfactory experience with surgical abortion. In those studies where the acceptability of both medical and surgical abortions was assessed, the latter was also found to be highly acceptable to women [3,5,13,15,19].

Henshaw et al. [3] adopted another approach to assess the acceptability of medical abortion. In their study, women were given a standardized information sheet describing medical and surgical abortion. Women who agreed to be allocated to either medical or surgical abortion were randomized to one of the methods, while women who preferred medical or surgical method were assigned to the method of their choice. After the abortion, women were asked which method they would choose if they had to have another abortion in the future. In women who were allocated according to their preference, both medical and surgical

Table 1
Summary of acceptability studies on medical abortion

| Reference | Number of patients (gestational age of pregnancy) | Women who were satisfied or who found the process acceptable (%) | Women who would choose medical abortion again in the future (%) | Women who would recommend the procedure to a friend (%) |
|---|---|---|---|---|
| Hill et al. [9] | 100 Women in the UK (≤63 days) | – | 88 | – |
| Tang [1] | 23 Chinese women (≤7 weeks) | 95.7 | 91.3 | 96 |
| Urquhart and Templeton [10] | 91 Women in the UK (≤63 days) | – | – | 75 |
| Thong et al. [11] | 180 Women in the UK (≤63 days) | 99.4 | – | 85 |
| Tang et al. [2] | 99 Chinese women (≤7 weeks) | – | 80 | – |
| Winikoff et al. [5] | 1373 Women in China, Cuba and India (≤56 days) | 94.3 (China), 83.3 (Cuba), 95.3 (India) | 90 (China), 84.3 (Cuba), 96 (India) | – |
| Beckman and Harvey [6] | 262 Women in the United States | 73 | 87 | 94 |
| Winikoff et al. [12] | 2121 Women in the United States (≤63 days) | 87.6 | 91.2 | 95.7 |
| Slade et al. [13] | 132 Women (≤9 weeks) | – | 53 | – |
| Bjorge et al. [14] | 226 Women in Norway (<63 days) | – | 80 | 81 |
| Jensen et al. [15] | 152 Women in the United States (≤63 days) | – | 91.4 | 97 |
| Phelps et al. [16] | 28 Teenagers in the United States (≤56 days) | 96 | 96 | – |
| Knudsen [17] | 100 Women in Denmark (≤56 days) | – | 90 | – |
| Coyaji et al. [8] | 900 Women in rural and urban India (≤63 days) | 97 (Successful cases), 7–8 (failed cases) | 95–99.6 (successful cases), 4–30.8 (failed cases) | 95.8–99.6 (Successful cases), 0–23.1 (failed cases) |
| Honkanen and von Hertzen [7] | 123 Women in Finland (≤63 days) | 92 | 89 | 88 |
| Honkanen et al. [18] | 1998 Women in a multicenter study in 15 cities in Europe and Asia (≤63 days) | – | 85 (Caucasians), 78 (Chinese), 88 (other Asians), 84 (total) | – |

P.C. Ho / Contraception 74 (2006) 11–15

abortions were highly acceptable, with only 4% opting for a different method in the future. However, while 74% of women allocated at random to medical abortion would opt for medical abortion again, significantly more women in this group (22% vs. 2% in women allocated to the surgical abortion group at random) would choose a different method in the future. These results showed that both medical and surgical abortions were highly acceptable to women who chose the methods. However, in women without a preference and who were allocated at random, the surgical method appeared to be more acceptable. In another randomized study, Creinin [19] also reported that more women assigned at random to surgical abortion would opt for the same method again than women assigned at random to medical abortion. However, in the study of Creinin [19], medical abortion was induced with the combination of methotrexate and misoprostol rather than with the combination of mifepristone and misoprostol.

## 4. Women's views on the features of medical abortion

In a multicenter study involving women in China, Cuba and India [5], women were asked to name the best and the worst features of medical abortion. Most of the women thought that the advantages of medical abortion were: avoidance of surgery and general anesthesia, less pain, safety, ease of use and compatibility with everyday responsibilities. Freedom from pain was especially important in China, where relief from the pain of surgical abortion during the procedure was apparently minimal. Bleeding was the factor most frequently identified as the worst feature of medical abortion at all sites. In a study in Finland [7], the best features cited by the women were "avoidance of intervention," "avoidance of general anesthesia" and "perception of it being a more natural method," while the worst features were prolonged bleeding, pain and heavy bleeding. In a multicenter trial in the United States [12], the three best features were avoidance of surgery, perception of it being more natural and feminine, and less pain and cramping, while the three worst features included

pain and cramping, waiting, uncertainty and fear of the unknown, and the side effects of nausea, vomiting and diarrhea. In Hong Kong [1,2], women found the method convenient, safe and natural. It helped them to avoid surgery. Around 10% of the women found the regimen too time-consuming, the side effects bothersome, the process painful and the bleeding too long.

In Edinburgh, majority of women (69–77%) preferred to be treated in the sitting room after prostaglandin administration, indicating that they wish to be treated in a group [11], but 54% of the women did not wish their partners or friends to be present. In another study in the United States, 30.6% of women preferred to be by themselves, while 17.6% preferred to wait with other women undergoing the same procedure [6].

In some of these studies wherein the drugs were administered in clinics or hospitals, women were asked the theoretical question of whether they would undergo medical abortion at home without medical supervision. In two series in Hong Kong, only 1 of 68 women would prefer taking the drugs at home [1,2]. In Edinburgh, only 24% would have preferred to have an abortion in the privacy of their own home, while the rest found the availability of nursing and medical support reassuring during the 4-h stay in a hospital following prostaglandin administration [11]. In a multicenter trial organized by the World Health Organization, only 32% of women preferred to have medical abortion at home (41% in Caucasians, 21% in the Chinese population and 34% in other Asian populations). Medical abortion at home was preferred more by women older than 30 years and women with previous abortions or pregnancies. However, a higher percentage of women in the United States preferred to have medical abortion at home. In a multicenter study in the United States, 91.7% of women felt comfortable taking mifepristone at home, while 65.2% felt comfortable taking misoprostol at home [12]. Asian and Hispanic women were less likely to feel comfortable taking these drugs at home. In a number of recent studies (Table 2) [20–23], mifepristone was administered at the clinic, but the misoprostol was administered at home. Over 80–90% of

Table 2
Summary of acceptability studies on medical abortion at home

| Reference | Number of patients (gestational age of pregnancy) | Women who were satisfied or who found the process acceptable (%) | Women who would choose medical abortion again in the future (%) | Women who would recommend the procedure to a friend (%) |
|---|---|---|---|---|
| Schaff et al. [20] | 168 Women in the United States (≤8 weeks) | 96 | 87 | 87 |
| Schaff et al. [21] | 933 Women in the United States (≤8 weeks) | 94 | 87.2 | 85 |
| Schaff et al. [22] | 1137 Women in the United States | | | |
| | 827 (≤56 days) | 91 (≤56 days) | 84 (≤56 days) | 83 (≤56 days) |
| | 308 (≤57–63 days) | 91 (57–63 days) | 82 (57–63 days) | 79 (57–63 days) |
| Ngoc et al. [23] | 1601 Women in Vietnam (<56 days) | 83.6 | 96.1 | – |

Pet. Ref. 186

women who had undergone medical abortion found the procedure acceptable. A similar percentage of these women would choose the same method again or would recommend the procedure to other women. These data showed that, in several women, the administration of misoprostol at home is also highly acceptable. Logistic regression showed that the subjects' likelihood of reporting the procedure as acceptable was predicted by their acceptability of pain, bleeding and waiting until the procedure has been completed [22].

## 5. Factors affecting the acceptability of medical abortion

As indicated by Henshaw et al. [3], one of the most important factors affecting the acceptability of a method is the ability of women to choose the method. Therefore, where facilities are available, both surgical and medical abortions should be offered as alternative methods. The acceptability of medical abortion was found to decrease with increasing gestational age of pregnancy in some studies [3,7], but not in others [12,18]. The acceptability of medical abortion is adversely affected by the failure of the method [8,12,15,18] and by prolonged bleeding [15,18]. Women who had higher levels of discomfort and anxiety also expressed less satisfaction with medical abortion [6]. Therefore, the acceptability of medical abortion may be improved further by improving the efficacy of the method and by giving adequate treatment for side effects. Younger and single women were more likely to choose medical abortion in Hong Kong, although another study in Scotland did not show any difference in age or marital status between women who chose medical abortion and women who chose surgical abortion. Among women who chose medical abortion, age, history of previous deliveries or history of induced abortion did not affect acceptability [7,18].

## 6. Psychological response of women undergoing medical abortion

Using a standardized questionnaire to screen for anxiety and depression, Urquhart and Templeton [10] compared the psychiatric morbidity before and the psychiatric morbidity after surgical and medical abortions. Before abortion, 60% in both groups had high scores (compatible with psychiatric morbidity), but after abortion, there was a significant and equal fall in scores so that, by 1 month, <10% of either group had high scores. There was no significant difference between the two groups. Another study in the UK also showed that there were no differences in emotional responses related to the type of procedure or to the length of gestation [13]. Those who underwent the medical procedure rated it as marginally more stressful and experienced more posttermination physical problems and disruption to life. Seeing the fetus was associated with more intrusive events such as nightmares, flashbacks and unwanted thoughts related to the experience. Therefore, on the

whole, available data are reassuring and indicate that there is little difference in emotional responses between medical and surgical abortions.

## 7. Conclusion

Medical abortion was well accepted by women who chose the method. The acceptability of medical abortion may decrease with increasing gestational age of pregnancy, failure of the method and prolonged bleeding. There was no difference in emotional responses or incidences of psychiatric morbidity between women who underwent medical abortion and women who underwent surgical abortion.

## References

[1] Tang GWK. A pilot study of acceptability of RU486 and ONO 802 in a Chinese population. Contraception 1991;44:523–32.

[2] Tang GWK, Lau OWK, Yip P. Further acceptability evaluation of RU486 and ONO 802 as abortifacient agents in a Chinese population. Contraception 1993;48:267–76.

[3] Henshaw RC, Naji SA, Russell IT, et al. Comparison of medical abortion with surgical vacuum aspiration: women's preferences and acceptability of treatment. BMJ 1993;307:714–7.

[4] Wiebe ER. Choosing between surgical abortions and medical abortions induced with methotrexate and misoprostol. Contraception 1997;55:67–71.

[5] Winikoff B, Sivin I, Coyaji KJ, et al. The acceptability of medical abortion in China, Cuba and India. Int Fam Plann Perspect 1997;23:73–78, 89.

[6] Beckman LJ, Harvey SM. Experience and acceptability of medical abortion with mifepristone and misoprostol among U.S. women. Wom Health 1997;7:253–62.

[7] Honkanen H, von Hertzen H. Users' perspectives on medical abortion in Finland. Contraception 2002;65:419–23.

[8] Coyaji K, Elul B, Krishna U, et al. Mifepristone–misoprostol abortion: a trial in rural and urban Maharashtra, India. Contraception 2002;66:33–40.

[9] Hill NCW, Ferguson J, MacKenzie IZ. The efficacy of oral mifepristone (RU38,486) with a prostaglandin $E_1$ analog vaginal pessary for the termination of early pregnancy: complications and patient acceptability. Am J Obstet Gynecol 1990;162:414–7.

[10] Urquhart DR, Templeton AA. Psychiatric morbidity and acceptability following medical and surgical methods of induced abortion. BJOG 1991;98:396–9.

[11] Thong KJ, Dewar MH, Baird DT. What do women want during medical abortion? Contraception 1992;46:435–42.

[12] Winikoff B, Ellertson C, Elul B, et al. Acceptability and feasibility of early pregnancy termination by mifepristone–misoprostol. Arch Fam Med 1998;7:360–6.

[13] Slade P, Heke S, Fletcher J, et al. A comparison of medical and surgical termination of pregnancy: choice, emotional impact and satisfaction with care. BJOG 1998;105:1288–95.

[14] Bjørge L, Johnsen SL, Midbøe G, et al. Early pregnancy termination with mifepristone and misoprostol in Norway. Acta Obstet Gynecol Scand 2001;80:1056–61.

[15] Jensen JT, Harvey SM, Beckman LJ. Acceptability of suction curettage and mifepristone abortion in the United States: a prospective comparison study. Am J Obstet Gynecol 2000;182:1292–9.

[16] Phelps RH, Schaff EA, Fielding SL. Mifepristone abortion in minors. Contraception 2001;64:339–43.

[17] Knudsen UB. First trimester abortion with mifepristone and vaginal misoprostol. Contraception 2001;63:247–50.

*P.C. Ho / Contraception 74 (2006) 11–15*

15

[18] Honkanen H, Piaggio G, von Hertzen H, et al. WHO multinational study of three misoprostol regimens after mifepristone for early medical abortion: II. Side effects and women's perceptions. BJOG 2004;111:1–11.

[19] Creinin MD. Randomized comparison of efficacy, acceptability and cost of medical versus surgical abortion. Contraception 2000;62:117–24.

[20] Schaff EA, Stadalius LS, Eisinger SH, et al. Vaginal misoprostol administered at home after mifepristone (RU486) for abortion. J Fam Pract 1997;44:353–60.

[21] Schaff EA, Eisinger SH, Stadalius LS, et al. Low-dose mifepristone 200 mg and vaginal misoprostol for abortion. Contraception 1999;59:1–6.

[22] Schaff EA, Fielding SL, Eisinger SH, et al. Low-dose mifepristone followed by vaginal misoprostol at 48 hours for abortion up to 63 days. Contraception 2000;61:41–6.

[23] Ngoc NTN, Nhan VQ, Blum J, et al. Is home-based administration of prostaglandin safe and feasible for medical abortion? Results from a multisite study in Vietnam. BJOG 2004;111:814–9.

Pet. Ref. 188

# Distribution of American Congress of Obstetricians and Gynecologists Fellows and Junior Fellows in Practice in the United States

*William F. Rayburn, MD, MBA, Jeffrey C. Klagholz, BS, Cristina Murray-Krezan, MS, Lana E. Dowell, and Albert L. Strunk, JD, MD*

**OBJECTIVE:** To develop effective policies addressing access to health care for all women in the United States, we report the distribution of the American Congress of Obstetricians and Gynecologists (ACOG) Fellows and Junior Fellows in practice at county and state levels.

**METHODS:** Data were gathered from the 2010 U.S. County Census File for adult women (aged 15 years or older) and reproductive-aged women (15–44 years old) and from the 2010 membership roster of ACOG. The number of postresidency, actively practicing physicians trained in general obstetrics and gynecology per targeted population were recorded at state and district levels and mapped at county levels using uDig GIS software and U.S. Census TIGER/Line Shapefiles.

**RESULTS:** In 2010, the 33,624 general obstetrician–gynecologists (ob-gyns) in the United States, comprised 5.0% of the total 661,400 physicians. There were 2.65 ob-gyns per 10,000 women and 5.39 ob-gyns per 10,000 reproductive-aged women. The density of ob-gyns declined from metropolitan to micropolitan and to rural counties. Approximately half (1,550, 49%) of the 3,143 U.S. counties lacked a single ob-gyn, and 10.1 million women (8.2% of all women) lived in those predominantly rural counties. Such counties, located especially in the central and mountain west regions, were commonly in designated Health Professional Shortage Areas.

**CONCLUSION:** An uneven distribution of ACOG Fellows and Junior Fellows in practice exists throughout the United States and may worsen if resident graduates continue to cluster in metropolitan areas. Meeting the needs of women in underserved areas requires creative innovations in enhancing a more uniform geographic distribution of providers.
*(Obstet Gynecol 2012;119:1017–22)*
*DOI: 10.1097/AOG.0b013e31824cfe50*

**LEVEL OF EVIDENCE: III**

*From the Division of Fellowship Activities, American Congress of Obstetricians and Gynecologists, Washington, DC; and the Clinical and Translational Science Center, University of New Mexico Health Sciences Center, Albuquerque, New Mexico.*

*Supported by the Randolph V. Seligman Endowment Fund, Department of Obstetrics and Gynecology, University of New Mexico School of Medicine, Albuquerque, New Mexico; the American Congress of Obstetricians and Gynecologists, Washington, DC; and the Clinical and Translational Science Center, University of New Mexico Health Sciences Center, Albuquerque, New Mexico.*

*Presented at the Third Annual Meeting, Association of American Medical Colleges Physician Workforce Research Conference, May 11, 2010, Alexandria, Virginia.*

*Corresponding author: William F. Rayburn, MD, MBA, University of New Mexico School of Medicine, Department of Obstetrics and Gynecology, MSC10 5580, 1 University of New Mexico, Albuquerque, NM 87131; e-mail: wrayburn@salud.unm.edu.*

**Financial Disclosure**
*The authors did not report any potential conflicts of interest.*

*© 2012 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.*
ISSN: 0029-7844/12

The past 30 years have witnessed a trend toward increasing disparity in overall physician distribution.[1] A maldistribution of the overall physician workforce has been widely studied, and a shortage of physicians in rural areas is of particular concern regardless of the overall supply.[2,3] The disproportionately higher concentration of physicians in metropolitan areas has continued despite federal financial policies and incentives aimed at attracting more to rural areas.[1] This trend is even more striking for younger physicians, among whom lifestyle may play a larger role in career decisions.[4]

Developing benchmarks or ideal ratios of obstetrician–gynecologists (ob-gyns) to the adult woman population is challenging, given the highly specialized nature of many physicians' practices and the tendency to cluster around hospitals in urban centers. Standards do exist, however. The 1980 Graduate Medical Education National Accreditation Council report recommended that in 1990 there should be 1 ob-gyn per 10,146 general population (or 2.5 per 10,000 women) as a minimum requirement.[5] In 2004, the health care research and consulting firm Solucient issued a national

Copyright© American College of Obstetricians and Gynecologists

Pet. Ref. 189



report recommending a minimum of 1 ob-gyn per 4,000 general population (or 6.3 per 10,000 women), which would vary according to counties within each census region.[6] Jacoby et al reported in 1998 that by 2010 there would be 2.7 ob-gyns per 10,000 women.[7]

The American Congress of Obstetricians and Gynecologists (ACOG) and its membership are committed to facilitating access to women's health care.[8] It is estimated that 93–95% of all ob-gyns are ACOG members.[9] The locations where they practice must be understood first to develop policies that best address healthcare delivery to women. Although there is the strong perception that more ob-gyns practice in metropolitan than in rural areas, there are no published data in our specialty exploring physician workforce distribution throughout the United States. The objective of this observational study was to assess the distribution of ACOG members in practice at county, state, and ACOG district levels in 2010.

## MATERIALS AND METHODS

This investigation was approved by the Human Research Review Committee (HRRC 11–328) at the University of New Mexico and the ACOG institutional review board. Data about ob-gyns were gathered from the 2010 ACOG membership roster. No physician's name was identified. Only Fellows and Junior Fellows in general ob-gyn practice who identified their practice type as involving direct patient care were included in this analysis. Addresses were reported as being their practice site (or less commonly, their home location). Physicians were excluded from the analysis if they reported being in residency training or being retired.

We sought the most current population and health service data from standard national resources. Parameters and data resources are listed in Table 1. We defined an adult as being any person age 15 years or older, and reproductive-aged as 15–44 years old. Population characteristics came from the U.S. Census County Characteristics File for 2010.[10] Counties were defined by Federal Information Processing Standards codes, districts by ACOG, and rural–urban locations using the U.S. Office of Management and Budget's statistical area definitions.[11]

County-level measures of health services infrastructure and utilization came from the American Hospital Association Annual Survey 2005, as reported in the Area Resource File (http://www.arf.hrsa.gov). Critical access hospitals are small rural hospitals in relatively isolated areas that provide limited inpatient and mostly 24-hour emergency services. Counts of those hospitals came from the Flex Monitoring Team website (http://www.flexmonitoring.org/).

**Table 1.** List of National Data Resources for Each Parameter Measured

| Parameter | Data Resource |
|---|---|
| ACOG Fellows and Junior Fellows in Practice | ACOG membership roster |
| U.S. counties | Federal Information Processing Standards codes |
| Metropolitan, micropolitan, and rural areas | U.S. Office of Management and Budget statistical areas |
| U.S. population of women | U.S. Census County Characteristics File, 2010 |
| Income per capita, percentage in poverty | Census Regional Economic Information System, Health Services and Resources Administration, Area Resource File |
| Health services infrastructure at county level | American Hospital Association annual survey |
| Health professional shortage areas | Health Services and Resources Administration, Area Resource File (http://arf.hrsa.gov/) |
| Critical-access hospitals | Flex monitoring team (http://www.flexmonitoring.org) |

ACOG, American Congress of Obstetricians and Gynecologists.

The primary outcome measure was the number of ACOG members (or density of ob-gyns) per 10,000 women and reproductive-aged women at the county, state, and ACOG district levels. Two directions in analyzing the data were taken because of the anticipated skewed distribution of ob-gyns. First, ob-gyn distribution was divided into two county groups (no ob-gyn compared with one or more ob-gyns). Second, the state data were categorized as the density of ACOG Fellows and Junior Fellows in practice in each state and district. Densities of the ob-gyns were mapped at county levels using uDig GIS Software (http://udig.refractions.net) and U.S. Census TIGER/Line Shapefiles (http://www.census.gov/geo/www).

## RESULTS

In 2010, there were 127,026,926 adult women in the United States, with 62,373,964 being of reproductive age. The 33,624 ACOG members in general ob-gyn practice represented 5.0% of the total physician workforce (N=661,400). There were 15,076 (44.8%) female and 18,548 (55.2%) male ACOG members in practice. On average, female ob-gyns were 7.4 years younger than their male counterparts (46.5 compared with 53.9 years).

There were 2.65 ob-gyns per 10,000 women and 5.39 ob-gyns per 10,000 reproductive-aged women in the United States. Table 2 displays the density of ACOG Fellows and Junior Fellows in practice for each state and

Copyright© American College of Obstetricians and Gynecologists

Pet. Ref. 190

**Table 2.** Numbers of American Congress of Obstetricians and Gynecologists Fellows and Junior Fellows in Practice in Each American Congress of Obstetricians and Gynecologists District and State, 2010

| District and State | Population of Women | | No. of ACOG Fellows and Junior Fellows | | |
| --- | --- | --- | --- | --- | --- |
| | Aged 15 y and Older | Reproductive-Aged (15–44 y) | Total Ob-Gyns | Per 10,000 Women | Per 10,000 Reproductive-Aged Women |
| United States | 127,026,926 | 62,373,964 | 33,624 | 2.65 | 5.39 |
| District I | | | | | |
| Maine | 569,999 | 241,923 | 143 | 2.51 | 5.91 |
| Vermont | 266,836 | 118,297 | 93 | 3.49 | 7.86 |
| New Hampshire | 553,618 | 250,133 | 176 | 3.18 | 7.04 |
| Connecticut | 1,509,703 | 691,265 | 619 | 4.10 | 8.95 |
| Massachusetts | 2,814,185 | 1,350,576 | 941 | 3.34 | 6.97 |
| Rhode Island | 455,575 | 214,647 | 171 | 3.75 | 7.97 |
| District II | | | | | |
| New York | 8,274,206 | 4,047,947 | 2,613 | 3.16 | 6.46 |
| District III | | | | | |
| Pennsylvania | 5,400,494 | 2,442,538 | 1,347 | 2.49 | 5.51 |
| New Jersey | 3,684,395 | 1,738,419 | 1,206 | 3.27 | 6.94 |
| Delaware | 379,920 | 179,232 | 93 | 2.45 | 5.19 |
| District IV | | | | | |
| West Virginia | 783,560 | 341,981 | 165 | 2.11 | 4.82 |
| Virginia | 3,324,601 | 1,652,698 | 1,005 | 3.02 | 6.08 |
| Maryland | 2,437,254 | 1,193,402 | 872 | 3.58 | 7.31 |
| District of Columbia | 276,072 | 162,314 | 146 | 5.29 | 8.99 |
| North Carolina | 3,961,468 | 1,949,350 | 1,111 | 2.80 | 5.70 |
| South Carolina | 1,935,726 | 928,310 | 487 | 2.52 | 5.25 |
| Georgia | 3,944,011 | 2,073,006 | 1,131 | 2.87 | 5.46 |
| Florida | 8,005,074 | 3,560,982 | 1,793 | 2.24 | 5.04 |
| District V | | | | | |
| Michigan | 4,102,530 | 1,918,594 | 989 | 2.41 | 5.15 |
| Indiana | 2,643,513 | 1,287,393 | 596 | 2.25 | 4.63 |
| Ohio | 4,807,176 | 2,235,171 | 1,152 | 2.40 | 5.15 |
| Kentucky | 1,789,857 | 854,846 | 415 | 2.32 | 4.85 |
| District VI | | | | | |
| North Dakota | 271,968 | 129,143 | 54 | 1.99 | 4.18 |
| South Dakota | 324,444 | 152,353 | 81 | 2.50 | 5.32 |
| Nebraska | 732,707 | 355,031 | 187 | 2.55 | 5.27 |
| Minnesota | 2,151,723 | 1,045,681 | 563 | 2.62 | 5.38 |
| Iowa | 1,243,760 | 576,692 | 241 | 1.94 | 4.18 |
| Wisconsin | 2,325,508 | 1,097,595 | 559 | 2.40 | 5.09 |
| Illinois | 5,277,535 | 2,631,753 | 1,444 | 2.74 | 5.49 |
| District VII | | | | | |
| Kansas | 1,141,352 | 554,584 | 281 | 2.46 | 5.07 |
| Oklahoma | 1,515,126 | 736,629 | 279 | 1.84 | 3.79 |
| Missouri | 2,480,157 | 1,176,684 | 602 | 2.43 | 5.12 |
| Arkansas | 1,195,873 | 569,446 | 221 | 1.85 | 3.88 |
| Louisiana | 1,860,016 | 928,335 | 507 | 2.73 | 5.46 |
| Tennessee | 2,646,914 | 1,274,350 | 732 | 2.77 | 5.74 |
| Mississippi | 1,220,294 | 604,036 | 271 | 2.22 | 4.49 |
| Alabama | 2,002,729 | 960,620 | 464 | 2.32 | 4.83 |
| District VIII | | | | | |
| Washington | 2,736,573 | 1,355,704 | 704 | 2.57 | 5.19 |
| Oregon | 1,584,854 | 754,077 | 470 | 2.97 | 6.23 |
| Nevada | 1,066,424 | 549,924 | 227 | 2.13 | 4.13 |
| Arizona | 2,550,938 | 1,262,557 | 563 | 2.21 | 4.46 |
| New Mexico | 830,613 | 398,587 | 194 | 2.34 | 4.87 |
| Colorado | 2,007,652 | 1,025,085 | 620 | 3.09 | 6.05 |

*(continued)*

Copyright© American College of Obstetricians and Gynecologists

Pet. Ref. 191 

**Table 2.** Numbers of American Congress of Obstetricians and Gynecologists Fellows and Junior Fellows in Practice in Each American Congress of Obstetricians and Gynecologists District and State, 2010 (*continued*)

| District and State | Population of Women | | No. of ACOG Fellows and Junior Fellows | | |
| --- | --- | --- | --- | --- | --- |
| | Aged 15 y and Older | Reproductive-Aged (15–44 y) | Total Ob-Gyns | Per 10,000 Women | Per 10,000 Reproductive-Aged Women |
| Utah | 1,014,493 | 602,120 | 242 | 2.39 | 4.02 |
| Idaho | 606,795 | 306,303 | 129 | 2.13 | 4.21 |
| Montana | 403,117 | 179,670 | 106 | 2.63 | 5.90 |
| Wyoming | 221,209 | 106,612 | 55 | 2.49 | 5.16 |
| Alaska | 264,985 | 143,229 | 81 | 3.06 | 5.66 |
| Hawaii | 556,316 | 262,107 | 212 | 3.81 | 8.09 |
| District IX | | | | | |
| California | 15,007,558 | 7,875,871 | 3,688 | 2.46 | 4.68 |
| District XI | | | | | |
| Texas | 9,865,520 | 5,326,162 | 2,583 | 2.62 | 4.85 |

ACOG, American Congress of Obstetricians and Gynecologists; ob-gyns, obstetrician–gynecologists.
Excludes District X, Uniformed Services District.

ACOG district. The largest number of women and ob-gyns were located in California, Texas, and New York. States with the highest number of ob-gyns per 10,000 women and per 10,000 reproductive-aged women were Connecticut, Rhode Island, Hawaii, Maryland, and Vermont. The fewest numbers of ob-gyns were located in rural states with the lowest populations (North Dakota, South Dakota, Alaska, and Wyoming). Those states with the lowest density of ob-gyns were in Arkansas, Oklahoma, North Dakota, and Iowa.

The density of ob-gyns was highest in metropolitan areas and declined in counties designated as micropolitan and rural. Approximately half (1,550, 49%) of the total 3,143 U.S. counties lacked an ob-gyn. Figure 1 displays those counties in which there was no ACOG Fellow or Junior Fellow in active practice. Whereas all states had at least one county without an ob-gyn, those states with the highest proportion of counties without an ob-gyn were especially located in central and mountain west states (58.6% of counties in ACOG Districts VI, VII, and VIII). In contrast, only 4.1% of the counties in Districts I, II, and III did not have an ob-gyn.



**Fig. 1.** U.S. counties in which there was no American Congress of Obstetricians and Gynecologists (ACOG) member in practice, 2010.

*Rayburn. Distribution of Obstetrician–Gynecologists. Obstet Gynecol 2012.*

Copyright© American College of Obstetricians and Gynecologists

Pet. Ref. 192



**Table 3.** Characteristics of Adult Women Residing in Counties in Which There Was Either No or at Least One American Congress of Obstetricians and Gynecologists Fellow or Junior Fellow in Practice, 2010

| Population Characteristic | One or More Ob-Gyns | No Ob-Gyn |
|---|---|---|
| Mean county population (no. of adult women) | 89,481 | 7,299 |
| Population change 2001–2009 | 7.6 | −21.5 |
| Median income per capita ($) | 46,227 | 39,587 |
| Population in poverty | 15.3 | 17.3 |
| Women's ages (y) | | |
| 15 or older | 81.6 | 80.8 |
| 15–44 | 41.0 | 35.5 |
| 45 or older | 40.6 | 45.3 |

Data are % unless otherwise specified.
Data from American Fact Finder through U.S. Census Bureau. Available at: http://factfinder2.census.gov/faces/nav/jsf/pages/index.xhtml. Retrieved September 27, 2011.

Counties without hospitals providing inpatient maternity services were unlikely to have an ob-gyn. Nearly all such counties were classified as being health provider shortage areas. In addition, 48.8% of the 1,550 counties without an ob-gyn had hospitals designated as critical access hospitals.

A total of 10.1 million women (8.2% of all adult women) resided in counties without an ob-gyn. Table 3 differentiates between characteristics of women living in counties where there was either none or at least one ACOG Fellow or Junior Fellow in practice. Those counties contained residents with older average ages, lower per-capita incomes, and slightly higher proportions living below the Federal poverty level. A migration out of the county by the resident population was more likely to be in counties without an ACOG member.

## DISCUSSION

The distribution of ob-gyns is tied to the adult female population, considering that maintenance of a practice depends on a minimum patient volume, which also supports a hospital offering maternity and certain surgical services. This study thoroughly assesses the geographic characteristics of ACOG Fellows and Junior Fellows in practice at the county and state levels. Findings in the present uncontrolled descriptive study show that the distribution of ACOG members in the United States is very uneven. This creates problems for women in certain locales to access obstetric, certain surgical, and perhaps preventive care services. A substantial number of American women must travel to the next county or beyond to receive the necessary services from their ob-gyn.

Our findings confirm previously published research that physicians in general congregate to areas where supply is already high.[7] Like physicians in other health care specialties, ob-gyns tend to be clustered around metropolitan areas.[2–4] Density of ob-gyns was lower in nonmetropolitan counties, and about half of all U.S. counties had no ACOG members in practice. We found that this affected more than 10 million women who resided in those counties. Visual representation of those counties without an ACOG member is particularly striking, showing large areas of certain states in the central and mountain west United States.

The concentration of ob-gyns in metropolitan areas is high despite financial incentives aimed at attracting physicians to rural areas.[4,12] There is a clear trend toward Junior Fellows, on completion of residency training, to join larger groups located in more urban areas.[13] Practice sites may be driven by the need for sufficient operational infrastructure, referral patterns with a fuller array of services, and growth of group practices to share calls and assist with increasingly diverse surgeries. Furthermore, the changing demands and preferences of younger, mostly female ob-gyns are becoming clear, with more control over schedule and work hours, and many stop practicing obstetrics at an earlier age.[9,14] A growing stream of research suggests that amenities, work-life balance, and lifestyle considerations are important elements in the ability to recruit new physician graduates.

Continued concerns about medical professional liability likely influences not only practice patterns but also practice locations.[15–18] Discontinuing obstetric care at a younger professional age and restricting practices as mandated by insurers are not new to any one region but have been reported in many states. These trends would challenge rural hospitals to maintain obstetric services and recruit and retain ob-gyns.[19] Meeting the needs of women in underserved areas, and perhaps reducing maternal morbidity and mortality, requires governing bodies to develop, test, and implement provider compensation models.

Models of collaborative health care delivery continue to evolve, especially to address those regions with an inadequate supply of ob-gyns.[20] The emergence of qualified non–ob-gyn clinicians who provide care has appeal. Ob-gyns should recognize the national trends in the number of active nurse practitioners, certified nurse-midwives, physician assistants, and primary care physicians (family physicians and general internists) receiving additional postgraduate training in women's health care. Furthermore, retrain-

Copyright© American College of Obstetricians and Gynecologists

Pet. Ref. 193



ing ob-gyns who wish to either re-enter the workforce or work part-time rather than to retire also requires closer attention.

Another means for correcting the maldistribution of ob-gyns is to increase the number of residency positions.[21,22] More federal funding for the additional graduate education of non–primary care resident physicians is highly improbable. Furthermore, simply increasing the ob-gyn physician workforce is a blunt instrument to address regional shortages. These actions, built on nationwide demographic and gross domestic product projections, do not account for local physician distribution. Although increasing the number of resident graduates in ob-gyn seems appealing, it may exacerbate the current disparity in distribution between urban and rural areas.[12]

In conclusion, this investigation is a first step to elucidate the current status of the ACOG Fellow and Junior Fellow in practice based on ob-gyn to population ratios, a calculation that is not completely sensitive to regional differences in patient demands and to physician practice patterns. ACOG is ideally placed to assume more of a leadership role by further exploring the issues discussed in this article. ACOG member demographics, the need for work-life balance, the role of coordinated care in the health care delivery system, training capacities at all stages of education, roles of nonphysician clinicians, and trends in retirement have a direct bearing on the future distribution for ob-gyns. Addressing future workforce needs also requires consideration of more part-time work, medical advances, and changing payment systems. Increased awareness about physician distribution and creative innovations in programs proven to be effective in enhancing a more uniform geographic distribution of women's health care services must be promoted.

## REFERENCES

1. Goodman DC, Grumbach K. Does having more physicians lead to better health system performance? JAMA 2008;299: 335–7.

2. Horev T, Pesis-Katz I, Mukamel DB. Trends in geographic disparities in allocation of health care resources in the US. Health Policy 2004;68:223–32.

3. Rosenthal MB, Zaslavsky A, Newhouse JP. The geographic distribution of physicians revisited. Health Serv Res 2005;40: 1931–52.

4. Thompson MJ, Lynge DC, Larson EH, Tachawachira P, Hart LG. Characterizing the general surgery workforce in rural America. Arch Surg 2005;140:74–9.

5. Health Resources Administration, 1980. Report of the Graduate Medical Education Advisory Committee to the Secretary, Department of Health and Human Services, Vol II: GMENAC member's commentaries and appendix. Report No. l. HPA-81–657. Available at: http://eric.ed.gov/ERICWebPortal/contentdelivery/servlet/ERICServlet?accno=ED203771. Retrieved October 20, 2011.

6. Solucient. Physician community requirements in the 21st century: the 2003 physicians to population rates. Available at: http://www.solucient.com/forms/physician_whitepaper.asp. Retrieved October 4, 2011.

7. Jacoby I, Meyer GS, Haffner W, Cheng EY, Potter AL, Pearse WH. Modeling the future workforce of obstetrics and gynecology. Obstet Gynecol 1998;92:450–6.

8. American College of Obstetricians and Gynecologists. Access to women's health care. ACOG Policy Statement. Washington, DC: American College of Obstetricians and Gynecologists; 2009.

9. Rayburn WF. The obstetrician-gynecologists workforce in the United States. Washington, DC: American College of Obstetricians and Gynecologists; 2011.

10. U.S. Census Bureau. 2008 national population projection. Table 9. Resident population projections by sex and age: 2010 to 2050. Washington, DC: U.S. Census Bureau; 2008.

11. Hart LG, Larson EH, Lishner DM. Rural definitions for health policy and research. Am J Public Health 2005;95:1149–55.

12. Goodman DC. Twenty-year trends in regional variations in the U.S. physician workforce. Health Aff (Millwood). 2004;(Suppl Wed exclusives):VAR90–7.

13. Rabinowitz HK, Diamond JJ, Markham FW, Wortman JR. Medical school programs to increase the rural physician supply: a systematic review and projected impact of widespread replication. Acad Med 2008;83:235–43.

14. Keeton K, Fenner DE, Johnson TR, Hayward RA. Predictors of physician career satisfaction, work-life balance, and burnout. Obstet Gynecol 2007;109:949–55.

15. Hale RW. Medical professional liability revisited. Obstet Gynecol 2006;107:1224–5.

16. Benedetti TJ, Baldwin L-M, Skillman SM, Andrilla CH, Bowditch E, Carr KC, Myers SJ. Professional liability issues and practice patterns of obstetric providers in Washington State. Obstet Gynecol 2006;107:1238–46.

17. Xu X, Siefert KA, Jacobson PD, Lori JR, Ransom SB. The effects of medical liability on obstetric care supply in Michigan. Am J Obstet Gynecol 2008;198:205.e1–9.

18. Hughes S, Zweifler JA, Garza A, Stanich MA. Trends in rural and urban deliveries and vaginal birth: California 1998–2002. J Rural Health 2008;24:416–22.

19. Hart LG, Salsberg E, Phillips DM, Lishner DM. Rural health care providers in the United States. J Rural Health 2002;18: 211–32.

20. Transforming the women's health care workforce. In: Rayburn WF. The obstetrician-gynecologists workforce in the United States: facts, figures, and implications. Washington, DC: American College of Obstetrics and Gynecology; 2011. p. 109–17.

21. Cooper RA. It's time to address the problem of physician shortages: graduate medical education is the key. Ann Surg 2007;246:527–34.

22. Scheffler RM. Is there a doctor in the house? Market signals and tomorrow's supply of doctors. Stanford (CA): Stanford University Press; 2008.

Copyright© American College of Obstetricians and Gynecologists 

Pet. Ref. 194

# Primary Care Workforce Facts and Stats No. 3

## Distribution of the U.S. Primary Care Workforce

The U.S. primary care workforce includes approximately 209,000 practicing primary care physicians, 56,000 nurse practitioners (NPs), and 30,000 physician assistants (PAs) practicing primary care, for a total of nearly 295,000 primary care professionals (Table 1).

### Table 1. U.S. primary care workforce by provider type, 2010

| Primary care provider | Number |
|---|---|
| Physicians | 208,807 |
| Nurse practitioners | 55,625 |
| Physician assistants | 30,402 |
| Total | 294,834 |

**Source:** AHRQ Primary Care Workforce Facts and Stats #1 and #2.

Uneven geographic distribution of the health care workforce creates problems with access to primary care. While primary care physicians are more likely to practice in rural areas than are non-primary care specialists, they still are more concentrated in urban areas. Within the primary care physician workforce, family physicians and general practitioners are more likely than either general internists or pediatricians to practice in rural areas and to distribute themselves proportionally to the U. S. population (Table 2).

NPs and PAs are more likely than physicians to work in rural areas (16% vs. 11%), and primary care NPs and PAs are much more likely to be rural (28% and 25%, respectively) (Table 2). This rural distribution is higher than that of primary care physicians as a whole and similar to that of family physicians (22%).

### Table 2. Geographic distribution of health care professionals, 2010

| Geography | All specialties | | | Primary care | | | | | U.S. popu-lation |
|---|---|---|---|---|---|---|---|---|---|
| | NP | PA | Physicians | NP | PA | Family physicians/ GPs | General internal medicine | General pediatrics | |
| Urban | 84.4% | 84.4% | 89.0% | 72.2% | 75.1% | 77.5% | 89.8% | 91.2% | 80% |
| Large rural | 8.9% | 8.8% | 7.1% | 11.0% | 11.7% | 11.1% | 6.7% | 6.2% | 10% |
| Small rural | 3.9% | 3.8% | 2.6% | 7.7% | 6.9% | 7.2% | 2.4% | 1.8% | 5% |
| Remote rural/frontier | 2.8% | 3.0% | 1.3% | 9.1% | 6.3% | 4.2% | 1.1% | 0.8% | 5% |

Data derived from analysis of National Provider Identifier file, November, 2010; U. S. Census Bureau Population Estimate, 2008. Rural and urban designations are taken from the Rural-Urban Commuting Area Codes, a Census tract-based classification scheme that uses standard Census Bureau definitions in combination with work commuting information to characterize rural and urban status and relationships of the Nation's Census tracts. Roughly, large rural populations =10,000-50,000; small rural populations = 2,500 – 9,999; and remote rural/frontier populations = less than 2,500 people. For more information see: http://depts.washington.edu/uwruca/RUCACodeDes2.pdf and http://depts.washington.edu/uwruca/ruca-uses.php.





# The NEW ENGLAND JOURNAL of MEDICINE

ESTABLISHED IN 1812     JUNE 7, 2018     VOL. 378   NO. 23

## Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss

Courtney A. Schreiber, M.D., M.P.H., Mitchell D. Creinin, M.D., Jessica Atrio, M.D., Sarita Sonalkar, M.D., M.P.H., Sarah J. Ratcliffe, Ph.D., and Kurt T. Barnhart, M.D., M.S.C.E.

### ABSTRACT

**BACKGROUND**

Medical management of early pregnancy loss is an alternative to uterine aspiration, but standard medical treatment with misoprostol commonly results in treatment failure. We compared the efficacy and safety of pretreatment with mifepristone followed by treatment with misoprostol with the efficacy and safety of misoprostol use alone for the management of early pregnancy loss.

**METHODS**

We randomly assigned 300 women who had an anembryonic gestation or in whom embryonic or fetal death was confirmed to receive pretreatment with 200 mg of mifepristone, administered orally, followed by 800 $\mu$g of misoprostol, administered vaginally (mifepristone-pretreatment group), or 800 $\mu$g of misoprostol alone, administered vaginally (misoprostol-alone group). Participants returned 1 to 4 days after misoprostol use for evaluation, including ultrasound examination, by an investigator who was unaware of the treatment-group assignments. Women in whom the gestational sac was not expelled were offered expectant management, a second dose of misoprostol, or uterine aspiration. We followed all participants for 30 days after randomization. Our primary outcome was gestational sac expulsion with one dose of misoprostol by the first follow-up visit and no additional intervention within 30 days after treatment.

**RESULTS**

Complete expulsion after one dose of misoprostol occurred in 124 of 148 women (83.8%; 95% confidence interval [CI], 76.8 to 89.3) in the mifepristone-pretreatment group and in 100 of 149 women (67.1%; 95% CI, 59.0 to 74.6) in the misoprostol-alone group (relative risk, 1.25; 95% CI, 1.09 to 1.43). Uterine aspiration was performed less frequently in the mifepristone-pretreatment group than in the misoprostol-alone group (8.8% vs. 23.5%; relative risk, 0.37; 95% CI, 0.21 to 0.68). Bleeding that resulted in blood transfusion occurred in 2.0% of the women in the mifepristone-pretreatment group and in 0.7% of the women in the misoprostol-alone group (P=0.31); pelvic infection was diagnosed in 1.3% of the women in each group.

**CONCLUSIONS**

Pretreatment with mifepristone followed by treatment with misoprostol resulted in a higher likelihood of successful management of first-trimester pregnancy loss than treatment with misoprostol alone. (Funded by the National Institute of Child Health and Human Development; PreFaiR ClinicalTrials.gov number, NCT02012491.)

From the Pregnancy Early Access Center (PEACE), Division of Family Planning (C.A.S., S.S.), Department of Obstetrics and Gynecology (C.A.S., S.S., K.T.B.), University of Pennsylvania, Philadelphia; the Department of Public Health Sciences, University of Virginia, Charlottesville (S.J.R.); the Department of Obstetrics and Gynecology, University of California, Davis, Sacramento (M.D.C.); and the Department of Obstetrics and Gynecology, Montefiore Hospital and Albert Einstein College of Medicine, Bronx, NY (J.A.). Address reprint requests to Dr. Schreiber at the Department of Obstetrics and Gynecology, University of Pennsylvania, Philadelphia, PA 19104, or at schreibe@upenn.edu.

N Engl J Med 2018;378:2161-70.
DOI: 10.1056/NEJMoa1715726
Copyright © 2018 Massachusetts Medical Society.

2161

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 196

*A Quick Take is available at NEJM.org*

FIRST-TRIMESTER MISCARRIAGE, OR EARLY pregnancy loss, is the most common complication in pregnancy and affects approximately 1 million women in the United States annually.[1,2] Subtypes of early pregnancy loss include anembryonic gestation and embryonic or fetal death, inevitable abortion, and incomplete abortion.[3,4] Before the advent of home pregnancy testing and early ultrasonography, women often presented with heavy bleeding or signs of infection requiring prompt treatment with dilation and curettage.[5] Currently, women frequently receive a diagnosis of early pregnancy loss before the onset of symptoms. This decrease in exigent presentations has led to an interest in pursuing nonsurgical treatment options for pregnancy loss.[6,7] Although some women pursue expectant management, women generally prefer active management[6,8-12]; the ability to have control over the management of miscarriage may relieve some of the emotional burden that accompanies first-trimester pregnancy loss.[12-14]

Medical management of early pregnancy loss with prostaglandin analogues allows for planned, expedited expulsion of the nonviable pregnancy tissue, with the goal of avoiding a surgical procedure. Misoprostol is stable at room temperature and can be administered by the woman herself, which allows the tissue expulsion to occur in the privacy of a woman's home at a time she chooses.[15] Medical management is highly desired by many women, and the use of misoprostol is recommended by society guidelines in the United States and throughout the world.[16,17] Unfortunately, the standard dose of 800 $\mu$g of misoprostol, administered vaginally, has low efficacy among women with a closed cervical os. As many as 15 to 40% of such women require a second dose of misoprostol, which prolongs the treatment period, or ultimately require the uterine evacuation procedure they wished to avoid.[3,7-9,18] The rate of failure diminishes the clinical usefulness of this strategy in practice.[12]

Mifepristone is a 19-nor steroid that acts as a competitive progesterone-receptor antagonist and a glucocorticoid-receptor antagonist and primes the myometrium and cervix for prostaglandin activity.[15,19,20] The reported effectiveness of combination treatment with mifepristone and misoprostol for early pregnancy loss has ranged from 52 to 95%.[3,10,11,21,22] This wide range is due in part

to heterogeneity in study designs and outcome definitions.[3] To date, the usefulness of mifepristone in the treatment of early pregnancy loss has remained unclear. We performed a randomized trial to compare the efficacy and safety of pretreatment with mifepristone followed by treatment with misoprostol with misoprostol use alone for the management of anembryonic gestation and embryonic or fetal death in women in clinically stable condition who have a closed cervical os.

## METHODS

### TRIAL DESIGN

From May 2014 through April 2017, women who received a diagnosis of anembryonic gestation or embryonic or fetal death were referred to the study team for screening; an investigator confirmed eligibility before enrollment. All participants provided written informed consent. The Comparative Effectiveness of Pregnancy Failure Management Regimens (PreFaiR) trial was approved by the institutional review boards at the University of Pennsylvania, the University of California, Davis, and the Albert Einstein College of Medicine. All the authors vouch for the completeness and accuracy of the data and analyses and for the fidelity of the trial to the protocol. Mifepristone (Mifeprex) was purchased from the manufacturer (Danco Laboratories) at a research price for use in the trial and was dispensed at the trial sites; the manufacturer had no other role in the trial. The protocol, including the statistical analysis plan, is available with the full text of this article at NEJM.org.

### PARTICIPANTS

Healthy women 18 years of age or older were eligible if they had an ultrasound examination that showed a nonviable intrauterine pregnancy between 5 and 12 completed weeks of gestation. We excluded women who had an incomplete or inevitable abortion (defined as the absence of a gestational sac, an open cervical os, or both) because of the high efficacy of misoprostol use alone in women with these diagnoses.[4] Women were also excluded if they had a contraindication to mifepristone or misoprostol, had any evidence of a viable or ectopic pregnancy, had a hemoglobin level lower than 9.5 g per deciliter, had a

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 197

MIFEPRISTONE PRETREATMENT FOR EARLY PREGNANCY LOSS

known clotting defect or were receiving antico-agulants, had a pregnancy with an intrauterine device in place, or were unwilling to adhere to the trial protocol.

### TRIAL PROCEDURES

We randomly assigned the participants to receive pretreatment with 200 mg of mifepristone, administered orally, followed by 800 $\mu g$ of misoprostol, administered vaginally approximately 24 hours later (mifepristone-pretreatment group), or standard therapy with 800 $\mu g$ of misoprostol alone, administered vaginally (misoprostol-alone group), on trial day 1. Participants were randomly assigned in permuted blocks of two to eight, stratified according to trial site, with the use of Research Electronic Data Capture software (REDCap, Vanderbilt University). Women who were assigned to the mifepristone-pretreatment group swallowed the mifepristone in front of one of the trial staff members. In accordance with our pragmatic trial design, the women in the misoprostol-alone group did not receive placebo.[23] We instructed all participants in both treatment groups to insert four misoprostol tablets (200 $\mu g$ per tablet) vaginally at home approximately 24 hours after randomization. We offered women oral analgesics according to the local standards at each trial site. Trial staff provided each participant a diary to record information about bleeding, symptoms, and pain medication use. Participants were scheduled for an initial follow-up appointment at least 24 hours (but not more than 4 days) after misoprostol use (trial day 3).

At the initial follow-up visit, an investigator who was unaware of the treatment-group assignments assessed the outcome by means of endovaginal ultrasonography. If the gestational sac was absent, a follow-up telephone call was scheduled approximately 1 week after randomization. If the gestational sac was present, we offered women a second dose of misoprostol or expectant or surgical management. Participants who chose expectant management or a second dose of misoprostol returned for an additional follow-up visit approximately 8 days (range, 6 to 12) after randomization for evaluation by an investigator who was unaware of the treatment-group assignments. We contacted all participants by telephone 30 days (range, 25 to 36) after

randomization to collect information about additional treatments or adverse events. At this time, participants assessed bleeding and pain (on Likert scales, on which scores ranged from 1 to 5, with lower scores indicating greater bleeding and pain) and responded to standard questions regarding the acceptability of treatment.[8,24,25]

### OUTCOMES AND ADVERSE EVENTS

The primary outcome was gestational sac expulsion by the first follow-up visit with one dose of misoprostol and no additional surgical or medical intervention within 30 days after treatment; the attainment of the primary outcome was classified as treatment success. We chose this primary outcome in accordance with patient preferences for the treatment to work promptly and effectively. We also planned assessments of the treatment outcomes at the day 8 and day 30 time points according to three commonly used clinical metrics: the rate of gestational sac expulsion with one dose of misoprostol, the rate of gestational sac expulsion with two doses of misoprostol, and the percentage of women who underwent uterine aspiration. Additional prespecified secondary outcomes (for which results are presented in the current report) included adverse effects (including bleeding and pain, as measured on Likert scales), acceptability of treatment (an overall assessment of the treatment, as measured on a 3-point scale [with "good" indicating a positive experience, "bad" a negative experience, or neutral] and with the question, "Would you recommend this method of treatment to a friend?"), and assessment of clinical characteristics associated with complete gestational sac expulsion; assessments of quality of life, costs, and biomarkers that predict complete gestational sac expulsion were performed, but the data are not presented here.

### STATISTICAL ANALYSIS

On the basis of previous research, we expected the rate of treatment success with a single dose of misoprostol to be 80 to 90% in the mifepristone-pretreatment group and 60 to 71% in the misoprostol-alone group.[8,10,18] We estimated that a sample size of 134 participants per treatment group would provide adequate power to detect a 15 percentage-point difference in the rate of treatment success (85% in the mifepristone-

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 198

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 1. Enrollment, Randomization, Follow-up, and Analysis.**
Participants assigned to the mifepristone-pretreatment group received 200 mg of mifepristone, administered orally, followed by 800 μg of misoprostol, administered vaginally approximately 24 hours later, and those assigned to the misoprostol-alone group received 800 μg of misoprostol alone, administered vaginally. All participants received the assigned treatment.

cruitment goal of 300 women. Data analysis were performed with Stata software, version 15 (StataCorp). Standard descriptive methods were used to summarize the trial population overall and by treatment group. The primary outcome was assessed among all women who had at least one follow-up visit according to a preplanned modified intention-to-treat principle. After testing for homogeneity of the primary outcome among trial sites, we calculated the percentage (with 95% confidence interval) of women in each treatment group who had treatment success and compared the results using two-sided Mantel–Haenszel combined relative risks at an alpha level of 0.047 (an alpha level of 0.003 was allocated to the interim analysis). We computed the effect of loss to follow-up by performing a sensitivity analysis in which the outcome that was most in favor of no treatment effect (i.e., failure in the mifepristone-pretreatment group and success in the misoprostol-alone group) was assigned to each participant who was lost to follow-up.

Subgroup analyses of the primary outcome according to patient demographics and clinical characteristics were prespecified; we performed analyses that were stratified according to gestational age, parity, gravidity, and diagnosis (embryonic or fetal death vs. anembryonic gestation). (The protocol also specified an analysis according to presenting symptoms, but this was not performed owing to the low percentage of participants who presented with bleeding.) Two-sided Mantel–Haenszel combined relative risks were used to compare treatment groups in all secondary analyses; the results are presented without adjustment for multiplicity and should be considered exploratory. In accordance with the protocol, the data and safety monitoring committee performed one interim analysis for safety and futility after recruitment of half the participants; on the basis of the findings from this interim analysis, the trial was continued.

## RESULTS

### PARTICIPANTS

From May 2014 through April 2017, we assessed 800 women for eligibility; 497 women were excluded and 303 consented to participate (Fig. 1). The most common reason for declining participation was a preference for uterine aspiration

pretreatment group vs. 70% in the misoprostol-alone group). Allowing for a single interim analysis under a group sequential design and a loss to follow-up of 5%, we set an overall re-

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 199

over medical management. Of the 303 women enrolled, 3 did not meet screening criteria for inclusion; thus, 300 women underwent randomization, with 149 assigned to the mifepristone-pretreatment group and 151 assigned to the misoprostol-alone group. All the participants completed the trial according to the protocol with the exception of 2 women who were lost to follow-up and 1 woman who was determined to be clinically ineligible after randomization because of suspicion of a cesarean-section-scar ectopic pregnancy (an ectopic pregnancy implanted in scar tissue from a previous cesarean section). Baseline characteristics were similar in the two treatment groups (Table 1).

### OUTCOMES

#### Initial Follow-up

The median number of days between the time of misoprostol administration and the first follow-up visit was 2.0 (range, 0.5 to 5.5) in the mifepristone-pretreatment group and 2.6 (range, 0.7 to 9.6) in the misoprostol-alone group (P=0.04). Treatment success by the first follow-up visit, with no additional interventions needed within 30 days after treatment, occurred in 124 of 148 women (83.8%; 95% confidence interval [CI], 76.8 to 89.3) in the mifepristone-pretreatment group and in 100 of 149 women (67.1%; 95% CI, 59.0 to 74.6) in the misoprostol-alone group (absolute difference in the rate of treatment success, 16.7 percentage points [95% CI, 7.1 to 26.3]; relative risk of expulsion with one dose of misoprostol, 1.25 [95% CI, 1.09 to 1.43]) (Table 2). The results were similar in a sensitivity analysis that assumed that the outcomes in the women who were lost to follow-up were most in favor of no treatment effect (i.e., treatment failure with mifepristone pretreatment and treatment success with misoprostol alone) (relative risk, 1.21; 95% CI, 1.05 to 1.38). In the mifepristone-pretreatment group, 65 women (43.6%) did not wait the full 24 hours before administering misoprostol (mean [±SD] number of hours waited, 12.0±7.3), of whom 45 (69.2%) waited for less than 18 hours. The rate of treatment success among women who did not wait the full 24 hours before administering misoprostol was 79.7%, as compared with 86.9% among the women who waited for 24 hours (P=0.24). The number needed to pretreat with mifepristone to attain an

additional outcome of treatment success by the first follow-up visit was 6.

#### Day 8 Follow-up

Gestational sac expulsion did not occur by the first follow-up visit in 24 women in the mifepristone-pretreatment group (16.2%) and in 49 women in the misoprostol-alone group (32.9%); among these women, 41% chose expectant management, 27% chose a second dose of misoprostol, and 31% underwent uterine aspiration (Table S1 in the Supplementary Appendix, available at NEJM.org). Among the women who did not have treatment success by the first follow-up visit, there were no significant between-group differences in the proportion of women who chose each additional intervention (P=0.12). Complete expulsion of the gestational sac with one dose of misoprostol by day 8 occurred in 130 of 148 women (87.8%; 95% CI, 81.5 to 92.6) in mifepristone-pretreatment group and in 106 of 149 women (71.1%; 95% CI, 63.2 to 78.3) in the misoprostol-alone group (relative risk, 1.23; 95% CI, 1.10 to 1.39).

#### Day 30 Follow-up

One month after randomization, the cumulative rate of gestational sac expulsion with up to two doses of misoprostol was 91.2% (95% CI, 85.4 to 95.2) in the mifepristone-pretreatment group and 75.8% (95% CI, 68.2 to 82.5) in the misoprostol-alone group. By the end of the trial period at day 30, a total of 13 women (8.8%; 95% CI, 4.8 to 14.6) in the mifepristone-pretreatment group and 35 women (23.5%; 95% CI, 16.9 to 31.1) in the misoprostol-alone group had undergone uterine aspiration (absolute difference, 14.7 percentage points [95% CI, 6.5 to 22.9]; relative risk, 0.37 [95% CI, 0.21 to 0.68]) (Table 2).

We performed subgroup analyses stratified according to length of gestation, parity, gravidity, and diagnosis (embryonic or fetal death vs. anembryonic gestation). Rates of treatment success by the first follow-up visit among women who were at 9 weeks of gestation or less were 84.8% (117 of 138 women) in the mifepristone-pretreatment group and 66.7% (94 of 141 women) in the misoprostol-alone group. No significant between-group differences were found in the effect of the intervention according to subgroups stratified by gestation, gravidity, parity, or diagnosis (Fig. 2).

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 200

The NEW ENGLAND JOURNAL of MEDICINE

**Table 1.** Characteristics of the Participants at Baseline.*

| Characteristic | Mifepristone-Pretreatment Group (N = 149) | Misoprostol-Alone Group (N = 151) |
|---|---|---|
| Age — yr | 30.7±6.3 | 30.2±6.0 |
| Race or ethnic group — no. (%)† | | |
| Black | 65 (43.6) | 67 (44.4) |
| White | 57 (38.3) | 52 (34.4) |
| Hispanic | 38 (25.5) | 38 (25.5) |
| Asian | 9 (6.0) | 11 (7.3) |
| Other | 18 (12.1) | 21 (13.9) |
| Education‡ | | |
| Some grade school or high school | 10 (6.8) | 17 (11.3) |
| High-school diploma or GED | 46 (31.1) | 56 (37.1) |
| Some college or post–high-school education | 92 (62.2) | 78 (51.7) |
| Medical insurance‡ | | |
| None | 13 (8.8) | 11 (7.3) |
| Medicaid or Medicare | 64 (43.2) | 78 (51.7) |
| Private insurance | 71 (48.0) | 62 (41.1) |
| Gravidity | | |
| 1 | 37 (24.8) | 32 (21.2) |
| 2 | 36 (24.2) | 27 (17.9) |
| ≥3 | 76 (51.0) | 92 (60.9) |
| Parity | | |
| 0 | 63 (42.3) | 52 (34.4) |
| ≥1 | 86 (57.7) | 99 (65.6) |
| Living children | 87 (58.4) | 94 (62.3) |
| Previous miscarriage | 53 (35.6) | 52 (34.4) |
| Gestation | | |
| 4–5 wk | 15 (10.1) | 10 (6.6) |
| 6 wk | 44 (29.5) | 38 (25.2) |
| 7 wk | 34 (22.8) | 46 (30.5) |
| 8 wk | 31 (20.8) | 34 (22.5) |
| 9 wk | 14 (9.4) | 15 (9.9) |
| 10–12 wk | 11 (7.4) | 8 (5.3) |
| Diagnosis | | |
| Anembryonic gestation | 40 (26.8) | 37 (24.5) |
| Embryonic or fetal death | 109 (73.2) | 114 (75.5) |
| Any bleeding before randomization | | |
| Yes | 18 (12.1) | 17 (11.3) |
| No | 111 (74.5) | 119 (78.8) |
| Unknown | 20 (13.4) | 15 (9.9) |

\* Plus–minus values are means ±SD. Participants assigned to the mifepristone-pretreatment group received 200 mg of mifepristone, administered orally, followed by 800 μg of misoprostol, administered vaginally approximately 24 hours later, and those assigned to the misoprostol-alone group received 800 μg of misoprostol alone, administered vaginally. There were no significant differences between the groups in any of the characteristics listed. Percentages may not sum to 100 because of rounding.
† Race and ethnic group were reported by the participants; participants could report both race and Hispanic ethnicity.
‡ One participant in the mifepristone-pretreatment group was excluded because of missing values.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 201

**Table 2.** Clinical Outcomes among Women Who Received Medical Treatment for Early Pregnancy Loss.

| Outcome | Mifepristone-Pretreatment Group (N = 148) | Misoprostol-Alone Group (N = 149) | Relative Risk (95% CI)* |
|---|---|---|---|
| | *number (percent)* | | |
| Gestational sac expulsion by the first follow-up visit: treatment success† | 124 (83.8) | 100 (67.1) | 1.25 (1.09–1.43)‡ |
| Gestational sac expulsion by the second follow-up visit at day 8 | 132 (89.2) | 111 (74.5) | 1.20 (1.07–1.33) |
| With 1 dose of misoprostol | 130 (87.8) | 106 (71.1) | |
| With 2 doses of misoprostol | 2 (1.4) | 5 (3.4) | |
| Gestational sac expulsion by the 30-day telephone call | 135 (91.2) | 113 (75.8) | 1.20 (1.08–1.33) |
| With 1 dose of misoprostol | 130 (87.8) | 106 (71.1) | |
| With 2 doses of misoprostol | 5 (3.4) | 7 (4.7) | |
| Uterine aspiration§ | 13 (8.8) | 35 (23.5) | 0.37 (0.21–0.68) |

\* Relative risks were adjusted for trial site with use of the Mantel–Haenszel method.
† Treatment success was defined as gestational sac expulsion with one misoprostol dose by the first follow-up visit and no additional intervention within 30 days after treatment.
‡ The rate of treatment success by the first follow-up visit was significantly higher in the mifepristone-pretreatment group than in misoprostol-alone group (P<0.001).
§ Indications for uterine aspiration included participant request and clinical recommendation.

### SIDE EFFECTS AND ACCEPTABILITY OF TREATMENT

The rates of serious adverse events and adverse events by type are provided in Table 3. There were no significant between-group differences in the mean scores for bleeding intensity (1.8 in both groups) or pain (2.7 in both groups). By the end of the trial period, 89.4% of the women in the mifepristone-pretreatment group and 87.4% in the misoprostol-alone group described their experience overall as either "good" or "neutral"; the corresponding percentages of women who stated that they would recommend their treatment method to a friend were 87.0% and 89.6%. The majority of women in each group (69.1% in the mifepristone-pretreatment group and 64.8% the misoprostol-alone group) also stated that they would use medical management if they had another pregnancy loss.

### DISCUSSION

In this randomized trial involving women with anembryonic gestation or in whom embryonic or fetal death was confirmed, pretreatment with mifepristone followed by treatment with misoprostol resulted in a significantly higher rate of complete gestational sac expulsion by approximately 2 days after treatment than misoprostol use alone. Pretreatment with mifepristone also resulted in a significantly lower rate of uterine aspiration than misoprostol use alone.

Even in the context of our pragmatic trial design in which women received routine clinical care after the first follow-up visit, we had high rates of participant retention and adherence to the protocol. Our trial population was diverse with respect to sociodemographic status and pregnancy diagnosis, which supports the generalizability of the results. We did not include a placebo group in this pragmatic trial. Because the primary outcome was not reported by the participants but was assessed by an investigator who was unaware of the treatment-group assignments, we do not expect that the lack of a placebo group introduced bias related to the primary outcome. It is possible that secondary efficacy outcomes could have been affected, because women in the misoprostol-alone group who did not have gestational sac expulsion by the first follow-up visit might have been less willing to wait (i.e., to choose expectant management) until day 8 for tissue expulsion than those in the mifepristone-pretreatment group, but we did not find that the proportion of additional interventions differed significantly between the treatment groups. We allowed for a short range of days at

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 202

*The* NEW ENGLAND JOURNAL *of* MEDICINE



**Figure 2.** Clinical Outcomes among Women Who Received Medical Treatment for Early Pregnancy Loss, Stratified According to Clinical Characteristics.

Treatment success was defined as gestational sac expulsion with one dose of misoprostol by the first follow-up visit and no additional intervention within 30 days after treatment. P values were calculated from tests of interaction between the treatment groups and the subgroup variables.

which we initially assessed the primary outcome to accommodate the scheduling preferences of the participants. The slightly longer mean elapsed time between misoprostol use and follow-up assessment in the misoprostol-alone group would have biased against the benefit of pretreatment, even though a significant benefit of pretreatment was found.

We evaluated the 800-μg dose of misoprostol, administered vaginally, because this dose and route of administration were best supported by the literature at the time of the development of our protocol.[3,10,26] Misoprostol can also be administered orally, rectally, buccally, or sublingually. Administration through the buccal route results in uterine tone and activity that are similar to those with the vaginal route,[27] and the sublingual route results in more rapid absorption and higher peak levels than the vaginal route.[28] When misoprostol is used to induce a first-trimester abortion, vaginal administration is more effective than oral administration and may have

fewer side effects than the sublingual or buccal route.[29] Vaginal administration also permits efficacy at an interval of less than 24 hours after mifepristone administration among patients undergoing abortion.[25,30,31] Many of our participants chose not to wait the full 24 hours between mifepristone pretreatment and misoprostol use; future studies could test whether a shorter interval between the administration of these medications affects the efficacy of treatment for early pregnancy loss.

In 2000, the Food and Drug Administration first approved mifepristone for use with misoprostol to end an early pregnancy. This approval included Risk Evaluation and Mitigation Strategy requirements with the stated goal of mitigating the risk of serious complications associated with use of the drug. Although our study was not powered to show differences between groups in the proportions of serious adverse events, such events were rare — a finding that is consistent with the results of other published stud-

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 203

MIFEPRISTONE PRETREATMENT FOR EARLY PREGNANCY LOSS

**Table 3.** Adverse Events among Women Who Received Medical Treatment for Early Pregnancy Loss.

| Event | Mifepristone-Pretreatment Group (N=149) | Misoprostol-Alone Group (N=151) | Relative Risk or Incidence Rate Ratio (95% CI)* | P Value |
|---|---|---|---|---|
| Serious adverse events reported by participants | | | | |
| Total number (rate per 100 women†) | 5 (3.4) | 3 (2.0) | 1.68 (0.40–7.05) | 0.47 |
| Bleeding resulting in blood transfusion — no. of participants (%) | 3 (2.0) | 1 (0.7) | 3.04 (0.32–28.6) | 0.31 |
| Pelvic infection — no. of participants (%)‡ | 2 (1.3) | 2 (1.3) | 1.01 (0.15–7.01) | 0.99 |
| Adverse events reported by participants | | | | |
| Total no. | 904 | 843 | | |
| Mean no. per participant | 6.1 | 5.6 | 1.09 (0.99–1.19) | 0.08 |
| Type of event — no. of participants (%) | | | | |
| Fatigue | 118 (79.2) | 115 (76.2) | 1.04 (0.92–1.17) | 0.53 |
| Headache | 88 (59.1) | 72 (47.7) | 1.24 (1.00–1.54) | 0.05 |
| Dizziness or lightheadedness | 78 (52.3) | 68 (45.0) | 1.16 (0.92–1.47) | 0.20 |
| Chills | 68 (45.6) | 70 (46.4) | 0.99 (0.77–1.26) | 0.90 |
| Nausea | 56 (37.6) | 56 (37.1) | 1.01 (0.76–1.36) | 0.93 |
| Diarrhea | 41 (27.5) | 44 (29.1) | 0.94 (0.66–1.35) | 0.76 |
| Vomiting | 40 (26.8) | 23 (15.2) | 1.76 (1.11–2.79) | 0.01 |
| Severe cramping | 20 (13.4) | 21 (13.9) | 0.97 (0.58–1.61) | 0.90 |
| Fever | 10 (6.7) | 9 (6.0) | 1.12 (0.47–2.68) | 0.79 |

* The rates for the total number of serious adverse events and mean number of adverse events were compared with the use of incidence rate ratios, with adjustment for trial site. The percentages of women who had each type of adverse event were compared with the use of relative risks that were adjusted for trial site with the Mantel–Haenszel method.
† The rate per 100 women is shown to account for the fact that a woman could have more than one event.
‡ Pelvic infection includes diagnoses of endometritis and septic abortion.

ies.[11,21,24,26,32] Studies of the use of mifepristone for induced abortion or for the treatment of early pregnancy loss have not shown a risk profile that supports such regulatory limitations on prescription.[33,34]

In conclusion, this randomized trial showed that pretreatment with mifepristone followed by treatment with misoprostol resulted in a higher likelihood of prompt and effective treatment of early pregnancy loss than misoprostol use alone.

Supported by the National Institute of Child Health and Human Development of the National Institutes of Health (Eunice Kennedy Shriver award number R01-HD0719-20 [to Dr. Schreiber] and Women's Reproductive Health Research award number K12-HD001265-18 [to Dr. Sonalkar]).

Dr. Creinin reports receiving consulting fees from Danco Laboratories. No other potential conflict of interest relevant to this article was reported.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

We thank the members of the PreFaiR trial team and the data and safety monitoring committee, the study participants for their dedication, and Dr. Alan D. Schreiber, without whom this research would not have been possible.

**REFERENCES**

**1.** Casterline JB. Collecting data on pregnancy loss: a review of evidence from the World Fertility Survey. Stud Fam Plann 1989;20:81-95.
**2.** Ventura SJ, Curtin SC, Abma JC, Henshaw SK. Estimated pregnancy rates and rates of pregnancy outcomes for the United States, 1990-2008. Natl Vital Stat Rep 2012;60:1-21.
**3.** Neilson JP, Hickey M, Vazquez J. Medical treatment for early fetal death (less than 24 weeks). Cochrane Database Syst Rev 2006;3:CD002253.
**4.** Kim C, Barnard S, Neilson JP, Hickey M, Vazquez JC, Dou L. Medical treatments for incomplete miscarriage. Cochrane Database Syst Rev 2017;1:CD007223.
**5.** Hertig AT, Livingstone RG. Spontaneous, threatened and habitual abortion: their pathogenesis and treatment. N Engl J Med 1944;230:797-806.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 204

**6.** Jurkovic D. Modern management of miscarriage: is there a place for non-surgical treatment? Ultrasound Obstet Gynecol 1998;11:161-3.

**7.** Chen BA, Creinin MD. Contemporary management of early pregnancy failure. Clin Obstet Gynecol 2007;50:67-88.

**8.** Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. N Engl J Med 2005;353:761-9.

**9.** Robledo C, Zhang J, Troendle J, et al. Clinical indicators for success of misoprostol treatment after early pregnancy failure. Int J Gynaecol Obstet 2007;99:46-51.

**10.** Schreiber CA, Creinin MD, Reeves MF, Harwood BJ. Mifepristone and misoprostol for the treatment of early pregnancy failure: a pilot clinical trial. Contraception 2006;74:458-62.

**11.** Kollitz KM, Meyn LA, Lohr PA, Creinin MD. Mifepristone and misoprostol for early pregnancy failure: a cohort analysis. Am J Obstet Gynecol 2011; 204(5):386.e1-386.e6.

**12.** Schreiber CA, Chavez V, Whittaker PG, Ratcliffe SJ, Easley E, Barg FK. Treatment decisions at the time of miscarriage diagnosis. Obstet Gynecol 2016;128:1347-56.

**13.** Lee C, Slade P. Miscarriage as a traumatic event: a review of the literature and new implications for intervention. J Psychosom Res 1996;40:235-44.

**14.** Wallace RR, Goodman S, Freedman LR, Dalton VK, Harris LH. Counseling women with early pregnancy failure: utilizing evidence, preserving preference. Patient Educ Couns 2010;81:454-61.

**15.** Gemzell-Danielsson K, Bygdeman M, Aronsson A. Studies on uterine contractility following mifepristone and various routes of misoprostol. Contraception 2006; 74:31-5.

**16.** Committee on Practice Bulletins — Gynecology. The American College of Obstetricians and Gynecologists practice bulletin no. 150: early pregnancy loss. Obstet Gynecol 2015;125:1258-67.

**17.** Weeks A. Medical treatment for early fetal death (less than 24 weeks): RHL commentary (last revised 4 January 2007). Geneva: WHO Reproductive Health Library, World Health Organization, 2007.

**18.** Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J. Factors related to successful misoprostol treatment for early pregnancy failure. Obstet Gynecol 2006;107:901-7.

**19.** Baulieu EE. On the mechanism of action of RU486. Ann N Y Acad Sci 1991; 626:545-60.

**20.** Cheng L, Kelly RW, Thong KJ, Hume R, Baird DT. The effect of mifepristone (RU486) on the immunohistochemical distribution of prostaglandin E and its metabolite in decidual and chorionic tissue in early pregnancy. J Clin Endocrinol Metab 1993;77:873-7.

**21.** Chia KV, Ogbo VI. Medical termination of missed abortion. J Obstet Gynaecol 2002;22:184-6.

**22.** Wagaarachchi PT, Ashok PW, Narvekar N, Smith NC, Templeton A. Medical management of early fetal demise using a combination of mifepristone and misoprostol. Hum Reprod 2001;16:1849-53.

**23.** Thorpe KE, Zwarenstein M, Oxman AD, et al. A pragmatic-explanatory continuum indicator summary (PRECIS): a tool to help trial designers. J Clin Epidemiol 2009;62:464-75.

**24.** Creinin MD, Schwartz JL, Pymar HC, Fink W. Efficacy of mifepristone followed on the same day by misoprostol for early termination of pregnancy: report of a randomised trial. BJOG 2001;108:469-73.

**25.** Creinin MD, Schreiber CA, Bednarek P, Lintu H, Wagner MS, Meyn LA. Mifepristone and misoprostol administered simultaneously versus 24 hours apart for abortion: a randomized controlled trial. Obstet Gynecol 2007;109:885-94.

**26.** Ngoc NTN, Blum J, Westheimer E, Quan TTV, Winikoff B. Medical treatment of missed abortion using misoprostol. Int J Gynaecol Obstet 2004;87:138-42.

**27.** Meckstroth KR, Whitaker AK, Bertisch S, Goldberg AB, Darney PD. Misoprostol administered by epithelial routes: drug absorption and uterine response. Obstet Gynecol 2006;108:582-90.

**28.** Tang OS, Schweer H, Seyberth HW, Lee SW, Ho PC. Pharmacokinetics of different routes of administration of misoprostol. Hum Reprod 2002;17:332-6.

**29.** Kulier R, Kapp N, Gülmezoglu AM, Hofmeyr GJ, Cheng L, Campana A. Medical methods for first trimester abortion. Cochrane Database Syst Rev 2011;11: CD002855.

**30.** Creinin MD, Fox MC, Teal S, Chen A, Schaff EA, Meyn LA. A randomized comparison of misoprostol 6 to 8 hours versus 24 hours after mifepristone for abortion. Obstet Gynecol 2004;103:851-9.

**31.** Lohr PA, Reeves MF, Hayes JL, Harwood B, Creinin MD. Oral mifepristone and buccal misoprostol administered simultaneously for abortion: a pilot study. Contraception 2007;76:215-20.

**32.** Grønlund A, Grønlund L, Clevin L, Andersen B, Palmgren N, Lidegaard Ø. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation: a multicenter trial in Copenhagen County, Denmark. Acta Obstet Gynecol Scand 2002; 81:1060-5.

**33.** Mifeprex REMS Study Group. Sixteen years of overregulation: time to unburden mifeprex. N Engl J Med 2017;376:790-4.

**34.** Cleland K, Smith N. Aligning mifepristone regulation with evidence: driving policy change using 15 years of excellent safety data. Contraception 2015;92:179-81.

*Copyright © 2018 Massachusetts Medical Society.*

TRACK THIS ARTICLE'S IMPACT AND REACH

Visit the article page at NEJM.org and click on Metrics for a dashboard
that logs views, citations, media references, and commentary.
www.nejm.org/about-nejm/article-metrics.

The New England Journal of Medicine
Downloaded from nejm.org on November 28, 2023. For personal use only. No other uses without permission.
Copyright © 2018 Massachusetts Medical Society. All rights reserved.

Pet. Ref. 205

Articles



# Mifepristone and misoprostol versus misoprostol alone for the management of missed miscarriage (MifeMiso): a randomised, double-blind, placebo-controlled trial



Justin J Chu, Adam J Devall, Leanne E Beeson, Pollyanna Hardy, Versha Cheed, Yongzhong Sun, Tracy E Roberts, C Okeke Ogwulu, Eleanor Williams, Laura L Jones, Jenny H La Fontaine Papadopoulos, Ruth Bender-Atik, Jane Brewin, Kim Hinshaw, Meenakshi Choudhary, Amna Ahmed, Joel Naftalin, Natalie Nunes, Abigail Oliver, Feras Izzat, Kalsang Bhatia, Ismail Hassan, Yadava Jeve, Judith Hamilton, Shilpa Deb, Cecilia Bottomley, Jackie Ross, Linda Watkins, Martyn Underwood, Ying Cheong, Chitra S Kumar, Pratima Gupta, Rachel Small, Stewart Pringle, Frances Hodge, Anupama Shahid, Ioannis D Gallos, Andrew W Horne, Siobhan Quenby, Arri Coomarasamy

## Summary

**Background** The anti-progesterone drug mifepristone and the prostaglandin misoprostol can be used to treat missed miscarriage. However, it is unclear whether a combination of mifepristone and misoprostol is more effective than administering misoprostol alone. We investigated whether treatment with mifepristone plus misoprostol would result in a higher rate of completion of missed miscarriage compared with misoprostol alone.

**Methods** MifeMiso was a multicentre, double-blind, placebo-controlled, randomised trial in 28 UK hospitals. Women were eligible for enrolment if they were aged 16 years and older, diagnosed with a missed miscarriage by pelvic ultrasound scan in the first 14 weeks of pregnancy, chose to have medical management of miscarriage, and were willing and able to give informed consent. Participants were randomly assigned (1:1) to a single dose of oral mifepristone 200 mg or an oral placebo tablet, both followed by a single dose of vaginal, oral, or sublingual misoprostol 800 μg 2 days later. Randomisation was managed via a secure web-based randomisation program, with minimisation to balance study group assignments according to maternal age (<30 years *vs* ≥30 years), body-mass index (<35 kg/m² *vs* ≥35 kg/m²), previous parity (nulliparous women *vs* parous women), gestational age (<70 days *vs* ≥70 days), amount of bleeding (Pictorial Blood Assessment Chart score; ≤2 *vs* ≥3), and randomising centre. Participants, clinicians, pharmacists, trial nurses, and midwives were masked to study group assignment throughout the trial. The primary outcome was failure to spontaneously pass the gestational sac within 7 days after random assignment. Primary analyses were done according to intention-to-treat principles. The trial is registered with the ISRCTN registry, ISRCTN17405024.

**Findings** Between Oct 3, 2017, and July 22, 2019, 2595 women were identified as being eligible for the MifeMiso trial. 711 women were randomly assigned to receive either mifepristone and misoprostol (357 women) or placebo and misoprostol (354 women). 696 (98%) of 711 women had available data for the primary outcome. 59 (17%) of 348 women in the mifepristone plus misoprostol group did not pass the gestational sac spontaneously within 7 days versus 82 (24%) of 348 women in the placebo plus misoprostol group (risk ratio [RR] 0·73, 95% CI 0·54–0·99; p=0·043). 62 (17%) of 355 women in the mifepristone plus misoprostol group required surgical intervention to complete the miscarriage versus 87 (25%) of 353 women in the placebo plus misoprostol group (0·71, 0·53–0·95; p=0·021). We found no difference in incidence of adverse events between the study groups.

**Interpretation** Treatment with mifepristone plus misoprostol was more effective than misoprostol alone in the management of missed miscarriage. Women with missed miscarriage should be offered mifepristone pretreatment before misoprostol to increase the chance of successful miscarriage management, while reducing the need for miscarriage surgery.

**Funding** UK National Institute for Health Research Health Technology Assessment Programme.

**Copyright** Crown Copyright © 2020 Published by Elsevier Ltd. This is an Open Access article under the CC BY-NC-ND 4.0 license.

## Introduction

Miscarriage is common, affecting one in five pregnancies.[1] Miscarriage can cause physical harm, such as excessive bleeding and infection,[2] and substantial psychological harm, including anxiety, depression, and post-traumatic stress disorder.[3,4] There are two main types of miscarriage that require medical intervention, missed miscarriage and incomplete miscarriage.[5] A missed miscarriage, also known as a delayed or silent miscarriage, is diagnosed when a non-viable pregnancy is identified on ultrasound scan during the first 14 weeks of gestation. Often, women who have missed miscarriage

*Lancet* 2020; 396: 770–78

Published Online
August 24, 2020
https://doi.org/10.1016/
S0140-6736(20)31788-8

See **Comment** page 737

Institute of Metabolism and
Systems Research (J J Chu PhD,
A J Devall PhD, I D Gallos MD,
Prof A Coomarasamy MD) and
Institute of Applied Health
Research (L E Beeson BSc,
P Hardy MSc, V Cheed MSc,
Y Sun PhD, Prof T E Roberts PhD,
C O Ogwulu PhD, E Williams MSc,
L L Jones PhD, J H La Fontaine
Papadopoulos PhD), College of
Medical and Dental Sciences,
University of Birmingham,
Birmingham, UK; The
Miscarriage Association,
Wakefield, UK
(R Bender-Atik BA); Tommy's
Charity, London, UK
(J Brewin BSc); Sunderland
Royal Hospital, South Tyneside
and Sunderland NHS
Foundation Trust, Sunderland,
UK (K Hinshaw FRCOG,
A Ahmed FRCOG); Royal
Victoria Infirmary,
Newcastle upon Tyne Hospitals
NHS Foundation Trust,
Newcastle upon Tyne, UK
(M Choudhary PhD); University
College Hospital, University
College London Hospitals NHS
Foundation Trust, London, UK
(J Naftalin MD [Res]),
C Bottomley MD);
West Middlesex University
Hospital, Chelsea and
Westminster NHS Foundation
Trust, London, UK
(N Nunes MD [Res]);
St Michael's Hospital,
University Hospitals Bristol
NHS Foundation Trust, Bristol,
UK (A Oliver MBBS); University
Hospital Coventry and
Warwickshire NHS Trust,
Coventry, UK (F Izzat MRCOG);
Burnley General Hospital,

Pet. Ref. 206

**Articles**

### Research in context

**Evidence before this study**
The National Institute for Health and Care Excellence identified the effectiveness of a mifepristone and misoprostol combination as a research priority, given the paucity of evidence on the optimal regimen for medical management of missed miscarriage, and the National Institute for Health Research subsequently issued a commission call to address this issue. We used MEDLINE to search for studies published from inception to Dec 15, 2015, in any language using the terms "missed miscarriage", "silent miscarriage", "delayed miscarriage", "early pregnancy loss", "miscarriage, medical", "mifepristone", and "misoprostol". The abstracts of the studies identified by our search were reviewed by two independent reviewers to identify trials that compared mifepristone and misoprostol in combination with misoprostol alone in the medical management of missed miscarriage. We found two relevant trials, with a total of 242 participants. Meta-analysis indicated that the miscarriage completion rate for mifepristone and misoprostol in combination was similar to that of misoprostol alone in the medical management of missed miscarriage (risk ratio [RR] 0·97, 95% CI 0·82–1·13). However, given the imprecision that inevitably accompanies such small sample sizes, we could not draw firm inferences. Since our review, a Cochrane systematic review published in 2019 identified three relevant studies, including a total of 447 women. Meta-analysis of these three trials did not provide

a clear consensus, resulting in the reviewers calling for further research.

**Added value of this study**
Our study was a large multicentre placebo-controlled trial that assessed the effectiveness of the combination of mifepristone and misoprostol versus misoprostol alone in the medical management of missed miscarriage. We recruited 711 women from 28 UK hospitals. We found that mifepristone and misoprostol in combination was more effective than misoprostol alone in achieving completion of missed miscarriage, with an associated reduction in the number of women requiring surgical intervention after failed medical management.

**Implications of all the available evidence**
Our trial found an increase in the 7-day miscarriage completion rate and a reduction in the need for surgery with the combination of mifepristone and misoprostol when compared with mifepristone alone for women with missed miscarriage. This finding is consistent with another open-label trial in 283 patients, which found a higher rate of miscarriage completion with combination treatment compared with misoprostol alone (RR 1·25, 95% CI 1·09–1·43). Therefore, combination treatment should be considered as first-line treatment for women who wish to have medical management of missed miscarriage. Formal health economic evaluation is underway.

are asymptomatic or have small amounts of vaginal bleeding or pain before the diagnosis is made.[5–7] All pregnancy tissue is retained in the uterus in a missed miscarriage.[5] By contrast, an incomplete miscarriage is diagnosed when pregnancy tissue has been partly expelled by the uterus.[5]

Management of first trimester missed miscarriage can be done in one of the following three ways: expectant, medical, or surgical.[6] The recommended first-line treatment for missed miscarriage in the UK is expectant management for a duration of 7 to 14 days, during which women wait for the uterus to expel the pregnancy tissue naturally.[5] If expectant management is not successful or not acceptable to the woman, then medical management is preferred. Medical management expedites the expulsion of retained pregnancy tissue with the help of medical drugs.[5] Medical management is the preferred option for many women, and is recommended in international clinical guidelines.[5,7,8]

Misoprostol, a prostaglandin analogue, is commonly used for the medical management of miscarriage to induce myometrial contractions to aid the expulsion of pregnancy tissue.[8] However, misoprostol is not always effective, and 15–40% of women require an additional dose of misoprostol, thus prolonging the duration of treatment.[9–13] Failure of medical management can result in more surgical procedures being done, which can be

particularly undesirable to women who have chosen to have medical management.[14,15] To augment the effect of misoprostol, a steroidal anti-progesterone called mifepristone is sometimes used in combination. Mifepristone is a competitive progesterone receptor antagonist that primes the myometrium before prostaglandin exposure.[8]

The reported effectiveness of combination treatment with mifepristone and misoprostol for the medical management of missed miscarriage in previous clinical trials has ranged from 64% to 84%.[16–18] However, given the lack of placebo-controlled studies, the usefulness of mifepristone in the management of missed miscarriage has remained unclear. Standard practice in the UK before 2012 was to offer mifepristone plus misoprostol for the medical management of missed miscarriage. However, in 2012, the National Institute for Health and Care Excellence (NICE) guideline (clinical guidance 154) recommended not offering mifepristone as a treatment for missed or incomplete miscarriage.[19] This recommendation was based on the findings of a small randomised controlled trial of 115 women, which found no benefit for the use of mifepristone and misoprostol versus misoprostol alone.[16] The recommendation to not use combination treatment remains in the current 2019 version of the guidance (NICE guideline 126).[5] Therefore, the standard practice in the UK is to offer vaginal misoprostol alone at a dose of 800 μg for women diagnosed with incomplete or missed miscarriage.[5]

East Lancashire Hospitals NHS Trust, Burnley, UK
(K Bhatia FRCOG); **Birmingham Women's Hospital, Birmingham Women's and Children's NHS Foundation Trust, Birmingham, UK**
(I Hassan MRCOG, Y Jeve PhD); **Guy's and St Thomas' Hospital, Guy's and St Thomas' NHS Foundation Trust, London, UK**
(J Hamilton MD); **Queen's Medical Centre, Nottingham University Hospitals NHS Trust, Nottingham, UK** (S Deb PhD); **Kings College Hospital, King's College Hospital NHS Foundation Trust, London, UK**
(J Ross FRCOG); **Liverpool Women's Hospital, Liverpool Women's NHS Foundation Trust, Liverpool, UK**
(L Watkins MBChB); **Princess Royal Hospital, Shrewsbury and Telford NHS Trust, Telford, UK** (M Underwood MBChB); **Department of Reproductive Medicine, University of Southampton, Southampton, UK** (Prof Y Cheong FRCOG); **NHS Greater Glasgow and Clyde, Glasgow, UK**
(C S Kumar FRCOG, S Pringle FRCOG); **Birmingham Heartlands Hospital, University Hospitals Birmingham NHS Foundation Trust, UK**
(P Gupta FRCOG, R Small RGN); **Singleton Hospital, Swansea Bay University Health Board, Swansea, UK** (F Hodge MRCOG); **Barts Health NHS Trust, The Royal London Hospital, London, UK** (A Shahid FRCOG); **Royal Infirmary of Edinburgh, NHS Lothian, Edinburgh, UK**
(Prof A W Horne PhD); **and Biomedical Research Unit in Reproductive Health, University of Warwick, Warwick, UK**
(Prof S Quenby MD)

Correspondence to:
Dr Adam J Devall, Institute of Metabolism and Systems Research, College of Medical and Dental Sciences, University of Birmingham, Birmingham B15 2TT, UK
a.j.devall@bham.ac.uk

Pet. Ref. 207

**Articles**

We investigated whether treatment with mifepristone in combination with misoprostol would result in a higher rate of completion of missed miscarriage compared with misoprostol alone.

## Methods

### Study design and participants

MifeMiso was a multicentre, parallel-group, double-blind, placebo-controlled randomised effectiveness trial in 28 hospitals across the UK. Women were eligible for enrolment if they were aged 16 years and older, diagnosed with a missed miscarriage by pelvic ultrasound scan in the first 14 weeks of pregnancy (by last menstrual period), chose to have medical management of miscarriage, and were willing and able to give informed consent. Diagnosis of missed miscarriage was made by trained ultrasonographers in early pregnancy units if a non-viable pregnancy with the presence of a gestational sac was identified on ultrasound scan. Findings had to be confirmed by a second trained ultrasonographer or, if a second ultrasonographer was unavailable, the ultrasound scan was repeated after a further 7 days, as per NICE guidance for the diagnosis and initial management of miscarriage.[5]

Women who opted for alternative methods of miscarriage management (expectant or surgical), had a diagnosis of incomplete miscarriage, life threatening bleeding, contra-indications to mifepristone or misoprostol, or had participated in another trial of investigational medicinal products during their current pregnancy were excluded from the trial.

Research staff from recruiting sites approached women diagnosed with missed miscarriage to check eligibility for the trial. Verbal and written trial information was provided and written consent was obtained from the participant. A member of the local research team from the recruiting sites gathered and entered baseline data into a web-based database, which included the current amount of vaginal bleeding using a Pictorial Blood Assessment Chart (PBAC) score[20] (0–4; 0=no bleeding, 4=heavy bleeding) and a pregnancy-related pain score that was obtained using a visual analogue scale (0–10).

This trial was approved by the UK Medicines and Healthcare products Regulatory Authority, the UK National Research Ethics Service Committee (West Midlands—Edgbaston; reference 17/WM/0017), and the National Health Service Research and Development department at each participating hospital. The study protocol is available online.

### Randomisation and masking

Participants were randomly assigned (1:1) to a single dose of oral mifepristone 200 mg, followed by a single dose of vaginal, oral, or sublingual misoprostol 800 μg 2 days later, or an oral placebo tablet followed by a single dose of vaginal, oral, or sublingual misoprostol 800 μg 2 days later. Identical mifepristone and matched placebo tablets were packaged and supplied by MODEPHARMA (London, UK). MODEPHARMA had no role in the design of the study, the collection, analysis, or inter-pretation of the data, or the writing of the report.

Randomisation was managed via a secure web-based randomisation program provided by MedSciNet (London, UK), with minimisation to balance study group assign-ments according to maternal age (<30 years $vs$ ≥30 years), body-mass index (BMI; <35 kg/m² $vs$ ≥35 kg/m²), previous parity (nulliparous women $vs$ parous women), gestational age (<70 days $vs$ ≥70 days), amount of bleeding (PBAC score;[20] ≤2 $vs$ ≥3), and randomising centre. Participants, clinicians, pharmacists, trial nurses, and midwives were masked to study group assignment throughout the trial.

### Procedures

Participants were randomly allocated to a single dose of oral mifepristone 200 mg or an oral placebo tablet. Administration of the oral tablets took place at early pregnancy units in the recruiting hospitals. Participants then left the early pregnancy unit with instructions to return to have their scheduled single dose of vaginal, oral, or sublingual misoprostol 800 μg 48 h later. The scheduled single dose of misoprostol 800 μg could be omitted if the participant had already passed the gestational sac after the mifepristone or placebo tablet. After 48 h of receiving the single dose of misoprostol 800 μg, if the participant had no or little bleeding, they were asked to contact the research team for consideration of a further dose of misoprostol.

Participants were advised to return for a pelvic ultra-sound scan 7 days after random assignment. If partici-pants had heavy vaginal bleeding or pain during the course of treatment, they were advised to contact their local recruiting site to undergo appropriate assessment and management. Emergency miscarriage surgery was done if clinically indicated (eg, heavy or life threatening vaginal bleeding or failure of medical management to expel the gestational sac with the participant choosing to undergo surgical management). If participants passed the gesta-tional sac within 7 days after random assignment, they were asked to do a urinary pregnancy test 3 weeks after random assignment. If the urinary pregnancy test was negative, the participant was discharged from the trial. If participants failed to spontaneously pass the gestational sac within 7 days after random assignment, they were managed according to local hospital practice, which generally involved offering participants further doses of misoprostol 800 μg or surgical management of miscar-riage after appropriate clinical assessment. Participants remained in the trial until they had a negative pregnancy test and were discharged from the early pregnancy unit.

Outcome data for participants were collated by research team members by reviewing the clinical case notes and entering data into a web-based database. Participants were invited to take part in in-depth interviews following

For the **study protocol** see https://www.birmingham.ac.uk/Documents/college-mds/trials/bctu/MifeMiso/MifeMiso-Protocol-v5-0-clean-checked-for-accessibility.pdf

the resolution of their miscarriage. The findings from this mixed-methods study will be reported separately.

### Outcomes

The primary outcome was failure to spontaneously pass the gestational sac within 7 days after random assignment. This primary outcome was the result of a consensus of a national panel of 152 UK health-care practitioners, informed by patient and public views. The prespecified key secondary outcome was surgical intervention to complete the miscarriage up to discharge from hospital care. Other secondary outcomes were surgical intervention to complete the miscarriage up to and including 7 days after random assignment and from 7 days after random assignment to discharge from hospital care, need for further doses of misoprostol within 7 days after random assignment and up to discharge from hospital care, diagnosis of infection associated with miscarriage requiring outpatient antibiotic treatment, diagnosis of infection associated with miscarriage requiring inpatient antibiotic treatment, negative pregnancy test result 21 days (±2 days) after random assignment, and duration of bleeding as reported by the participant (days). Safety outcomes included requirement for blood transfusion, side-effects, any serious complications, and death. A masked endpoint review committee was convened to assess whether the primary outcome had been met for participants who did not undergo an ultrasound scan on day 6 or 7 and had not already passed their gestational sac according to an earlier scan. The masked endpoint review committee adhered to a prespecified committee charter. In brief, participants who did not undergo ultrasound scan on day 6 or 7 were contacted by the central trial management team and asked for details regarding the course of events, including vaginal bleeding, abdominal pain, and passage of pregnancy tissues. After trial recruitment was complete, the masked endpoint review committee convened to discuss the clinical details of each of these participants. The decision of whether the primary outcome was met needed to be decided unanimously by the committee.

### Statistical analysis

We calculated that 335 women would need to be included in each trial group to provide 90% power to detect a minimally important absolute difference of ten percentage points between the mifepristone plus misoprostol group and the placebo plus misoprostol group for the primary outcome of failure to pass the gestational sac within 7 days (25% vs 15%) at a two-sided α level of 0·05. This minimally important difference was chosen on the basis of a national survey of health-care practitioners in the UK. The control group estimate was based on a systematic review by our research team at the time of trial design. We planned to include 710 women in the trial to account for an expected 5% loss to follow-up.

All analyses were prespecified in a statistical analysis plan. All randomly assigned women were included in the analysis and were analysed in the group to which they were randomly allocated, regardless of treatment received (intention-to-treat analysis).

For all binary outcomes, we used a log-binomial regression model to calculate the adjusted risk ratios (RR) and 95% CIs. For continuous outcomes, we used a linear regression model to estimate adjusted mean differences and 95% CIs. All estimates of treatment effects between groups were adjusted for the minimisation variables, where maternal age, BMI, and gestational age were treated as continuous fixed effects, parity and bleeding score as categorical fixed effects, and randomising centre as a random effect. If covariate adjustment was not possible, alternative models were explored. Where required, p values from the associated models were produced and used to assess statistical significance.



**Figure 1:** Study flowchart

**Articles**

We prespecified a hierarchical testing procedure to allow for multiple comparisons. The null hypothesis for the primary outcome was tested first and if statistically significant at the 5% level, the key secondary outcome would be tested. Otherwise, no further hypothesis testing would be done. For all safety outcomes, to assess any signal within specific organ systems, p values are presented unadjusted for multiple testing. Results from all other secondary outcomes are treated as exploratory rather than confirmatory. No adjustments for multiple testing were made for CIs.

We analysed the treatment effect for the primary outcome in prespecified subgroups defined according to maternal age (<30 years vs ≥30 years), BMI (<35 kg/m² vs ≥35 kg/m²), previous parity (nulliparous women vs parous women), gestational age (<70 days vs ≥70 days), and amount of bleeding (PBAC score[20] ≤2 vs ≥3). The subgroup defined by gestational age was prespecified as of special interest; the results of other subgroup analyses should be treated with caution and used for the purposes of hypothesis generation only.[21] The effects of these subgroups were examined by adding the variables for the interaction of subgroup with trial group to the regression model. We used a $\chi^2$ test to determine whether the effects of mifepristone and misoprostol or placebo and misoprostol differed in the various subgroups. Sensitivity analysis consisted of a restricted analysis excluding women for whom the primary outcome was determined using information from the masked endpoint review committee.

Analyses of principal safety and effectiveness outcomes were done on behalf of the data and safety monitoring committee by the trial statistician (who remained masked to treatment assignments) on two occasions during the recruitment period (at 251 patients and 507 patients). Because these analyses were done with the Peto principle,[22] which applies a stringent stopping boundary of p<0·001, no adjustment was necessary to the final p values to determine significance. All analyses were done using SAS version 9.4. The trial is registered with the ISRCTN registry, ISRCTN17405024.

### Role of the funding source
The funder of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. The corresponding author had full access to all the data in the study and had final responsibility for the decision to submit for publication.

### Results
Between Oct 3, 2017, and July 22, 2019, 2595 women were identified as being eligible for the MifeMiso trial (figure 1). 711 women were randomly assigned to receive either mifepristone and misoprostol (357 women) or placebo and misoprostol (354 women). 696 (98%) of 711 women had available data for the primary outcome. Demographic and baseline characteristics were similar between the two trial groups (table 1; appendix p 3).

59 (17%) of 348 women in the mifepristone plus misoprostol group did not pass the gestational sac spontaneously within 7 days, versus 82 (24%) of 348 women in the placebo plus misoprostol group (RR 0·73, 95% CI 0·54–0·99; p=0·043; table 2).

62 (17%) of 355 women in the mifepristone plus misoprostol group of required surgical intervention to complete the miscarriage, versus 87 (25%) of 353 women in the placebo plus misoprostol group (RR 0·71, 95% CI 0·53–0·95; p=0·021; table 2). Among women who underwent surgery, the most common reason for surgery was pregnancy tissue remaining in the uterus, reported in 55 (89%) of 62 women in the mifepristone plus misoprostol group and 79 (91%) 87 of women in the placebo plus misoprostol group.

50 (14%) of 357 women in the mifepristone plus misoprostol group required further doses of misoprostol up to discharge, versus 65 (18%) of 354 women in the placebo plus misoprostol group (RR 0·77, 95% CI

See Online for appendix

|  | Mifepristone plus misoprostol (n=357) | Placebo plus misoprostol (n=354) |
|---|---|---|
| **Maternal age, years\*** | | |
| <30 | 95 (27%) | 95 (27%) |
| ≥30 | 262 (73%) | 259 (73%) |
| Mean (SD) | 32·8 (5·6) | 32·7 (5·7) |
| **Body-mass index (kg/m²)\*** | | |
| <35 | 332 (93%) | 328 (93%) |
| ≥35 | 25 (7%) | 26 (7%) |
| Mean (SD) | 25·8 (5·6) | 26·5 (5·5) |
| **Previous parity\*** | | |
| Nulliparous | 167 (47%) | 168 (47%) |
| Parous | 190 (53%) | 186 (53%) |
| **Gestational age, days\*** | | |
| <70 | 176 (49%) | 175 (49%) |
| ≥70 | 181 (51%) | 179 (51%) |
| Mean (SD) | 70·5 (13·1) | 70·7 (13·8) |
| **Amount of bleeding (Pictorial Blood Assessment Chart[20] score)†** | | |
| ≤2 | 351 (98%) | 348 (98%) |
| ≥3 | 6 (2%) | 6 (2%) |
| **Ethnicity** | | |
| White | 296 (83%) | 280 (79%) |
| Black | 10 (3%) | 17 (5%) |
| Asian | 38 (11%) | 42 (12%) |
| Other | 12 (3%) | 15 (4%) |
| **Pregnancy-related pain score at random assignment‡** | 1·0 (1·8) | 1·2 (2·0) |
| **Number of gestational sacs** | | |
| 1 | 351 (98%) | 348 (98%) |
| 2 | 6 (2%) | 6 (2%) |

Data are n (%) or mean (SD). Missing data are <1% unless otherwise presented. Further details of baseline characteristics are given in the appendix (p 3). *Minimisation variables. †0–4; 0=no bleeding, 4=heavy bleeding. ‡0–10; 0 indicates no pain, 10 indicates worst possible pain.

*Table 1:* Baseline characteristics

Pet. Ref. 210

| | Mifepristone plus misoprostol (n=357) | Placebo plus misoprostol (n=354) | RR estimate* (95% CI) | p value |
|---|---|---|---|---|
| **Primary outcome** | | | | |
| Failure to pass the gestational sac spontaneously within 7 days after random assignment | 59/348 (17%) | 82/348 (24%) | 0·73 (0·54 to 0·99) | 0·043 |
| **Key secondary outcome** | | | | |
| Surgical intervention to complete the miscarriage up to discharge | 62/355 (17%) | 87/353 (25%) | 0·71 (0·53 to 0·95) | 0·021 |
| **Other secondary outcomes** | | | | |
| Surgical intervention to complete the miscarriage up to and including day 7 after random assignment | 23/355 (6%) | 19/353 (5%) | 1·23 (0·68 to 2·21)† | .. |
| Surgical intervention to complete the miscarriage from after day 7 and up to discharge | 39/355 (11%) | 68/353 (19%) | 0·56 (0·39 to 0·81) | .. |
| Need for further doses of misoprostol within 7 days after random assignment | 34/356 (10%) | 48/354 (14%) | 0·71 (0·47 to 1·08) | .. |
| Need for further doses of misoprostol up to discharge | 50/357 (14%) | 65/354 (18%) | 0·77 (0·55 to 1·09) | .. |
| Infection requiring outpatient antibiotic treatment | 8/351 (2%) | 11/351 (3%) | 0·73 (0·29 to 1·82)‡ | .. |
| Infection requiring inpatient antibiotic treatment | 5/351 (1%) | 4/351 (1%) | 1·25 (0·33 to 4·74)‡ | .. |
| Negative pregnancy test result 21 days (±2 days) after random assignment | 237/308 (77%) | 230/302 (76%) | 1·03 (0·94 to 1·14)§ | .. |
| Pregnancy test not provided | 33 | 28 | .. | .. |
| Missing | 16 | 24 | .. | .. |
| Duration of bleeding reported by woman, days | 16·0 (12·6; 326) | 16·3 (15·2; 330) | –0·3 (–2·5 to 1·8) | .. |
| Time from random assignment to discharge, days | 27·0 (14·2; 340) | 27·3 (14·4; 337) | .. | .. |

Data are n (%), n, or mean (SD; N), unless otherwise indicated. Missing data are <3% unless otherwise presented. RR=risk ratio. *Value <1 favours mifepristone plus misoprostol combination group; the RR was adjusted for the following minimisation variables: maternal age, body-mass index, previous parity, gestational age, and amount of bleeding; the clustering effect of randomising centres was accounted for by using robust standard errors at the centre level. †Centre removed from the model because of non-convergence. ‡Unadjusted model used because of non-convergence. §Poisson model used because of non-convergence.

*Table 2:* **Primary and secondary outcome results**



*Figure 2:* **Subgroup analyses**
PBAC=Pictorial Blood Assessment Chart.

0·55–1·09). The mean time from randomisation to discharge was 27·0 days (SD 14·2) in the mifepristone plus misoprostol group versus 27·3 days (14·4) in the placebo plus misoprostol group.

A detailed description of the interventions is provided in the appendix (p 5). 337 (94%) of 357 women in the mifepristone plus misoprostol group and 341 (96%) of 354 women in the placebo plus misoprostol group

Pet. Ref. 211

775

**Articles**



*Figure 3:* Updated meta-analysis of mifepristone plus misoprostol compared with misoprostol alone for successful resolution of missed miscarriage

adhered to the treatment regimen (appendix p 5). A sensitivity analysis excluding the findings of the masked endpoint review committee was consistent with the findings of the primary analysis (RR 0·75, 95% CI 0·55–1·02; p=0·062; appendix p 8).

We found no evidence of a subgroup effect according to gestational age, which was prespecified as a subgroup of special interest (figure 2). We found no evidence of a between-group difference in the proportions of participants with serious adverse events, which were reported in five (1%) of 357 women in the mifepristone plus misoprostol group and two (1%) of 354 women in the placebo plus misoprostol group. The incidence of adverse side-effects and requirement for blood transfusion were also similar in both trial groups. There were no deaths in the trial population. All safety outcomes and adverse side-effects are reported in the appendix (p 9).

## Discussion

Our large multicentre, randomised, double-blind, placebo-controlled trial showed that the combination treatment of mifepristone plus misoprostol resulted in an increase in the number of missed miscarriages that were completed within 7 days compared with misoprostol alone. Furthermore, fewer incidences of surgical management to complete miscarriage were reported in the mifepristone plus misoprostol group compared with the misoprostol alone group. These findings are consistent with other previously published trials.[18,23,24] A Cochrane review published in 2019[25] identified three previously published trials that evaluated the effectiveness of mifepristone and misoprostol versus misoprostol alone in the medical management of miscarriage. These trials included smaller numbers of participants (60 to 300 participants). Although these trials used the same dose of mifepristone as our trial (200 mg), the dose of misoprostol varied (400 to 800 µg). Additionally, these trials assessed the outcome of miscarriage management by varying methods, including clinical and ultrasound assessment, and at differing timepoints. We updated the Cochrane meta-analysis that investigated the effectiveness of mifepristone and misoprostol compared with misoprostol alone for the medical management of miscarriage to incorporate the findings from our trial (figure 3). We found a benefit for mifepristone plus misoprostol compared with misoprostol alone for the resolution of missed miscarriage (RR 1·15, 95% CI 1·01–1·30).

Our trial results show the importance of optimising the medical management of missed miscarriage using the combined mifepristone and misoprostol treatment regimen, which improves outcomes and safety by increasing the proportion of women who have miscarriage resolution and reducing the need for surgical management. Women who choose medical management of missed miscarriage often wish to have expedited treatment and resolution of their miscarriage, while avoiding the risks of surgery.[26] The risks of miscarriage surgery are dependent on the clinical context, the setting in which the procedure is done, the surgeon, and available equipment. Complications of miscarriage surgery are rare, but can include bleeding, infection, and uterine perforation requiring more extensive surgery, which carries substantial morbidity.[26] Our findings show that the combination treatment of mifepristone and misoprostol reduces the need for surgery after medical management, which could be of great importance to women who wish to undergo medical management of missed miscarriage.

The combination regimen is also likely to be cost-effective; we are in the process of a formal cost effectiveness analysis using resource use data collected within this trial. Similarly, qualitative interviews were done with a maximum variation sample of 42 women who participated in the trial to explore their satisfaction and experiences. A preliminary analysis of the mixed-methods work found a preference for active management of miscarriage to bring a timely resolution to physical symptoms, and women were more likely to express satisfaction with medical management. Detailed mixed-methods findings have been interpreted within the context of the clinical findings, and will be reported separately.

Pet. Ref. 212

The strengths of this study include its multicentre approach, generalisability across a range of settings, and the placebo-controlled design with high adherence to treatment, enhancing internal validity. A pragmatic design was used in our study, which also adds to the generalisability of our findings. The route of administration of misoprostol reflected standard UK clinical practice and NICE guidance for the medical management of missed miscarriage.[5] Most of our participants received vaginal misoprostol and the route of misoprostol administration was similar in both trial groups. The primary outcome of the MifeMiso trial was carefully selected through a consultation and survey of clinicians working with women diagnosed with miscarriage and the women themselves through patient involvement. We collated near-complete data for the primary outcome, which was aided by the use of a masked endpoint review committee. The committee convened using a strict charter and considered each individual participant's clinical data in turn. Clinical data were collected on a standardised case report form and the decision as to whether the participant had met the primary outcome could only be made unanimously. The sensitivity analysis excluding the findings of the masked endpoint review committee did not alter the findings of our trial and was consistent with the primary analysis.

However, some limitations of our study should also be considered. We studied the effect of study drugs in missed miscarriage, and therefore, the results are not generalisable to patients diagnosed with incomplete miscarriage where some pregnancy tissue has already been passed. The biological rationale for focusing exclusively on missed miscarriage was that the anti-progesterone effect of mifepristone was less likely to be relevant in incomplete miscarriage, in which the expulsion of pregnancy tissue has already begun.[27]

In conclusion, our trial showed that pretreatment with mifepristone followed by misoprostol resulted in a higher rate of resolution of missed miscarriage by 7 days compared with misoprostol treatment alone. Therefore, we recommend that women with missed miscarriage should be offered mifepristone pretreatment before misoprostol to increase the chance of successful miscarriage management, while reducing the need for miscarriage surgery. Clinical guidelines should be updated in light of this evidence.

**Contributors**
JJC, AJD, PH, TER, LLJ, RB-A, JB, KH, MC, AWH, SQ, and AC contributed to the study design and methodology. LEB was the trial manager and contributed to data collection. AA, MC, JN, CB, NN, AO, FI, KB, IH, YJ, JH, SD, JR, LW, MU, YC, CSK, SP, FH, PG, RS, AS, AWH, and SQ were responsible for the oversight of the study at their respective hospitals and contributed to the recruitment of participants. VC, YS, and PH were responsible for data analysis. IDG did the updated meta-analysis. All authors contributed to data interpretation. JJC, AJD, and AC wrote the first draft of the manuscript. All authors contributed to critical revision of the manuscript for important intellectual content and gave final approval.

**Declaration of interests**
AWH reports serving as a consultant for and receiving personal fees from AbbVie, Roche Diagnostics, Ferring, and Nordic Pharma and has received research support grants from the Medical Research Council, National Institute for Health Research, Chief Scientist's Office, Wellbeing of Women, Roche Diagnostics, AstraZeneca, and Ferring, outside the submitted work. All other authors declare no competing interests.

**Data sharing**
After publication, trial data will be made available on reasonable request to the corresponding author. A proposal with a detailed description of study objectives and a statistical analysis plan will be needed for assessment of requests. Additional materials might also be required during the process of assessment. Deidentified participant data will be provided after approval by the chief investigator and trial management group.

**Acknowledgments**
This report presents independent research commissioned by the National Institute for Health Research (NIHR). A final report of data collected in this study will be published in the NIHR Journals Library. The views expressed in this Article are those of the author(s) and not necessarily those of the UK National Health Service, the NIHR, or the UK Department of Health and Social Care. This project was funded by the NIHR Health Technology Assessment programme (15/160/02). The project was also supported by the Tommy's Charity, whose funding supports the UK National Miscarriage Research Network. We thank all the women who participated in this study; the following investigators for supervising recruitment and randomisation at the study centres: Amna Ahmed, Kalsang Bhatia, Cecilia Bottomley, Ying Cheong, Meena Choudhary, Shilpa Deb, Sangeetha Devarajan, Pratima Gupta, Judith Hamilton, Ismail Hassan, Frances Hodge, Andrew Horne, Feras Izzat, Yadava Jeve, Chitra Kumar, Jane Mears, Faizah Mukri, Natalie Nunes, Abigail Oliver, Joel Naftalin, Stewart Pringle, Kalpana Rao, Penny Robshaw, Jackie Ross, Anupama Shahid, Martyn Underwood, Nirmala Vaithilingam, and Linda Watkins; Janet Scollen for her outstanding contribution to recruitment and randomisation and all the other MifeMiso research nurses and midwives who assisted in collection of data; Mary Nulty and Hannah Noordali for support in administering the trial; Lee Middleton for his statistical support in the design of the trial; Rajendra Rai for chairing the trial steering committee; Maya Al-Memar and Ruth Bender-Atik for participating in the trial steering committee; Abha Maheshwari for chairing the data monitoring committee; Neelam Potdar and Mike Bradburn for participating in the data monitoring committee; and all those not otherwise mentioned above who have contributed to the MifeMiso trial.

For more on the **NIHR Journals Library** see www.journalslibrary.nihr.ac.uk/hta

**References**
1    Everett C. Incidence and outcome of bleeding before the 20th week of pregnancy: prospective study from general practice. *BMJ* 1997; **315:** 32–34.
2    Cantwell R, Clutton-Brock T, Cooper G, et al. Saving mothers' lives: reviewing maternal deaths to make motherhood safer: 2006–2008. The eighth report of the confidential enquiries into maternal deaths in the United Kingdom. *BJOG* 2011; **118** (suppl 1): 1–203.
3    Murphy FA, Lipp A, Powles DL. Follow-up for improving psychological well being for women after a miscarriage. *Cochrane Database Syst Rev* 2012; **3:** CD008679.
4    Farren J, Jalmbrant M, Falconieri N, et al. Posttraumatic stress, anxiety and depression following miscarriage and ectopic pregnancy: a multicenter, prospective, cohort study. *Am J Obstet Gynecol* 2020; **222:** 367.
5    National Institute for Health and Clinical Excellence. Ectopic pregnancy and miscarriage: diagnosis and initial management. April 17, 2019. https://www.nice.org.uk/guidance/ng126 (accessed Aug 7, 2020).
6    Jurkovic D, Overton C, Bender-Atik R. Diagnosis and management of first trimester miscarriage. *BMJ* 2013; **346:** f3676.
7    American College of Obstetricians and Gynecologists' Committee on Practice Bulletins—Gynecology. ACOG Practice Bulletin No 200: early pregnancy loss. *Obstet Gynecol* 2018; **132:** e197–207.
8    WHO. Medical management of abortion. Geneva: World Health Organization, 2018.
9    Neilson JP, Hickey M, Vazquez J. Medical treatment for early fetal death (less than 24 weeks). *Cochrane Database Syst Rev* 2006; **3:** CD002253.

Pet. Ref. 213

10    Chen BA, Creinin MD. Contemporary management of early pregnancy failure. *Clin Obstet Gynecol* 2007; **50:** 67–88.

11    Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *N Engl J Med* 2005; **353:** 761–69.

12    Robledo C, Zhang J, Troendle J, et al. Clinical indicators for success of misoprostol treatment after early pregnancy failure. *Int J Gynaecol Obstet* 2007; **99:** 46–51.

13    Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J. Factors related to successful misoprostol treatment for early pregnancy failure. *Obstet Gynecol* 2006; **107:** 901–07.

14    Major B, Cozzarelli C, Cooper ML, et al. Psychological responses of women after first-trimester abortion. *Arch Gen Psychiatry* 2000; **57:** 777–84.

15    Pud D, Amit A. Anxiety as a predictor of pain magnitude following termination of first-trimester pregnancy. *Pain Med* 2005; **6:** 143–48.

16    Stockheim D, Machtinger R, Wiser A, et al. A randomized prospective study of misoprostol or mifepristone followed by misoprostol when needed for the treatment of women with early pregnancy failure. *Fertil Steril* 2006; **86:** 956–60.

17    Grønlund A, Grønlund L, Clevin L, Andersen B, Palmgren N, Lidegaard Ø. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation. A multi-center trial in Copenhagen county, Denmark. *Acta Obstet Gynecol Scand* 2002; **81:** 1060–65.

18    Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT. Mifepristone pretreatment for the medical management of early pregnancy loss. *N Engl J Med* 2018; **378:** 2161–70.

19    National Institute for Health and Clinical Excellence. Ectopic pregnancy and miscarriage: diagnosis and initial management. Dec 12, 2012. www.nice.org.uk/CG154 (accessed Aug 7, 2020).

20    Bottomley C, Van Belle V, Pexsters A, et al. A model and scoring system to predict outcome of intrauterine pregnancies of uncertain viability. *Ultrasound Obstet Gynecol* 2011; **37:** 588–95.

21    Wang R, Lagakos SW, Ware JH, Hunter DJ, Drazen JM. Statistics in medicine—reporting of subgroup analyses in clinical trials. *N Engl J Med* 2007; **357:** 2189–94.

22    Peto R, Pike MC, Armitage P, et al. Design and analysis of randomized clinical trials requiring prolonged observation of each patient. I. Introduction and design. *Br J Cancer* 1976; **34:** 585–612.

23    Fang A, Chen Q, Zheng W, Li Y, Chen R-Y. Termination of missed abortion in a combined procedure: a randomized controlled trial. *Journal of Reproduction and Contraception* 2009; **20:** 45–49.

24    Sinha P, Suneja A, Guleria K, Aggarwal R, Vaid NB. Comparison of mifepristone followed by misoprostol with misoprostol alone for treatment of early pregnancy failure: a randomized double-blind placebo-controlled trial. *J Obstet Gynaecol India* 2018; **68:** 39–44.

25    Lemmers M, Verschoor MA, Kim BV, et al. Medical treatment for early fetal death (less than 24 weeks). *Cochrane Database Syst Rev* 2019; **6:** CD002253.

26    Chu J, Hardy P, Beeson L, Coomarasamy A, Coomarasamy A. What is the best method for managing early miscarriage? *BMJ* 2020; **368:** l6438.

27    van den Berg J, van den Bent JM, Snijders MP, de Heus R, Coppus SF, Vandenbussche FP. Sequential use of mifepristone and misoprostol in treatment of early pregnancy failure appears more effective than misoprostol alone: a retrospective study. *Eur J Obstet Gynecol Reprod Biol* 2014; **183:** 16–19.

Pet. Ref. 214



**Cochrane** Database of Systematic Reviews

# Medical treatment for early fetal death (less than 24 weeks) (Review)

Neilson JP, Hickey M, Vazquez JC

Neilson JP, Hickey M, Vazquez JC.
Medical treatment for early fetal death (less than 24 weeks).
*Cochrane Database of Systematic Reviews* 2006, Issue 3. Art. No.: CD002253.
DOI: 10.1002/14651858.CD002253.pub3.

**www.cochranelibrary.com**

---

**Medical treatment for early fetal death (less than 24 weeks) (Review)**
Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

Pet. Ref. 215

# T A B L E   O F   C O N T E N T S

HEADER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ABSTRACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PLAIN LANGUAGE SUMMARY . . . . . . . . . . . . . . . . . . . . . . 2
BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
AUTHORS' CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . 6
ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . 6
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
CHARACTERISTICS OF STUDIES . . . . . . . . . . . . . . . . . . . . 17
DATA AND ANALYSES . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Analysis 1.1. Comparison 1 Vaginal misoprostol versus placebo, Outcome 1 Complete miscarriage < 24 hours after
        treatment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Analysis 1.2. Comparison 1 Vaginal misoprostol versus placebo, Outcome 2 Complete miscarriage < 48 hours. . . . 41
    Analysis 1.3. Comparison 1 Vaginal misoprostol versus placebo, Outcome 3 Complete miscarriage without ERPC day 7. 42
    Analysis 1.4. Comparison 1 Vaginal misoprostol versus placebo, Outcome 4 Uterine curettage. . . . . . . . . 43
    Analysis 1.5. Comparison 1 Vaginal misoprostol versus placebo, Outcome 5 Opiates for pain relief. . . . . . . 43
    Analysis 1.6. Comparison 1 Vaginal misoprostol versus placebo, Outcome 6 Blood transfusion. . . . . . . . 44
    Analysis 1.7. Comparison 1 Vaginal misoprostol versus placebo, Outcome 7 Haemoglobin difference > 10 g/L. . . 44
    Analysis 1.8. Comparison 1 Vaginal misoprostol versus placebo, Outcome 8 Nausea. . . . . . . . . . . . 45
    Analysis 1.9. Comparison 1 Vaginal misoprostol versus placebo, Outcome 9 Diarrhoea. . . . . . . . . . . 45
    Analysis 1.10. Comparison 1 Vaginal misoprostol versus placebo, Outcome 10 Fever. . . . . . . . . . . . 46
    Analysis 1.11. Comparison 1 Vaginal misoprostol versus placebo, Outcome 11 Uterine perforation. . . . . . . 46
    Analysis 1.12. Comparison 1 Vaginal misoprostol versus placebo, Outcome 12 Vaginal bleeding 2 weeks after treatment. 47
    Analysis 1.13. Comparison 1 Vaginal misoprostol versus placebo, Outcome 13 Satisfaction with treatment. . . . . 47
    Analysis 2.1. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 1 Surgical evacuation of
        uterus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Analysis 2.2. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 2 Post-treatment haematocrit
        (%). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Analysis 2.3. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 3 Nausea. . . . . 49
    Analysis 2.4. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 4 Pain relief. . . . 50
    Analysis 2.5. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 5 Diarrhoea. . . . 50
    Analysis 2.6. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 6 Uterine perforation. 51
    Analysis 2.7. Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 7 Asherman syndrome. 51
    Analysis 3.1. Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 1 Miscarriage < 24 hours. . . 52
    Analysis 3.2. Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 2 Temperature > 38 degrees C. . 52
    Analysis 3.3. Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 3 Vomiting. . . . . . . 53
    Analysis 3.4. Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 4 Diarrhoea. . . . . . . 54
    Analysis 3.5. Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 5 Opiate analgesia. . . . . . 54
    Analysis 4.1. Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 1 Surgical evacuation. . 55
    Analysis 4.2. Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 2 Blood transfusion. . 55
    Analysis 4.3. Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 3 Hospital stay (days). . 56
    Analysis 4.4. Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 4 Complete miscarriage. . 56
    Analysis 4.5. Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 5 Nausea. . . . . . 57
    Analysis 5.1. Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 1 Miscarriage. . . . 57
    Analysis 5.2. Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 2 Fever. . . . . . 58
    Analysis 5.3. Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 3 Nausea. . . . . . 59
    Analysis 5.4. Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 4 Diarrhoea. . . . . 59
    Analysis 6.1. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 1 Miscarriage < 3 days. 60

Pet. Ref. 216

Analysis 6.2. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 2 Miscarriage < 8 days.    60

Analysis 6.3. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 3 Miscarriage < 15 days.    61

Analysis 6.4. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 4 Miscarriage < 30 days.    61

Analysis 6.5. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 5 Diarrhoea < 48 hours after treatment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    62

Analysis 6.6. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 6 Chills < 48 hours of treatment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    62

Analysis 6.7. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 7 Vomiting < 48 hours of treatment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    63

Analysis 6.8. Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 8 Would wish/probably wish same treatment in future nonviable pregnancy. . . . . . . . . . . . . . . . . . . . . . . . .    63

Analysis 7.1. Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 1 Miscarriage not complete. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    64

Analysis 7.4. Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 4 Additional surgical evacuation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    64

Analysis 7.5. Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 5 Haemorrhage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    65

Analysis 7.6. Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 6 Pain relief.    65

Analysis 8.1. Comparison 8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone, Outcome 1 Miscarriage < 24 hours. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    66

Analysis 8.2. Comparison 8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone, Outcome 2 Miscarriage < 48 hours. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    66

Analysis 9.1. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 1 Complete miscarriage. . . .    67

Analysis 9.2. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 2 Vomiting. . . . . . . . .    68

Analysis 9.9. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 9 Nausea. . . . . . . . . .    68

Analysis 9.10. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 10 Diarrhoea. . . . . . . .    69

Analysis 9.12. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 12 Pain (visual analogue scale).    69

Analysis 9.13. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 13 Fever. . . . . . . . . .    70

Analysis 9.14. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 14 Women's satisfaction with treatment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    70

Analysis 9.15. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 15 Time to delivery (hours). .    71

Analysis 9.16. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 16 Oxytocin infusion. . . . .    71

Analysis 9.17. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 17 Manual removal of placenta.    72

Analysis 10.1. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 1 Empty uterine cavity at day 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    72

Analysis 10.2. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 2 Urgent surgical evacuation for bleeding. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    73

Analysis 10.3. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 3 Pelvic inflammatory disease. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    73

Analysis 10.4. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 4 Pain (visual analogue scale day 5). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    74

Analysis 10.5. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 5 Sick leave (days). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    74

Analysis 10.6. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 6 Bleeding (days). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    75

Analysis 10.7. Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 7 Satisfaction with treatment (visual analogue scale day 14). . . . . . . . . . . . . . . . . . . . . . . . . . .    75

Analysis 11.1. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 1 Complete miscarriage.    76

Analysis 11.2. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 2 Nausea. . . . . .    76

Analysis 11.3. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 3 Vomiting. . . . . .    77

Analysis 11.4. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 4 Diarrhoea. . . . .    77

Analysis 11.5. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 5 Haemoglobin day 43.    78

Analysis 11.6. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 6 Intolerable pain. . .    78

Pet. Ref. 217

Analysis 11.7. Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 7 Satisfied with treatment.    79
Analysis 12.1. Comparison 12 Mifepristone versus placebo, Outcome 1 Miscarriage < 48 hours.    .    .    .    .    .    .    79
Analysis 12.2. Comparison 12 Mifepristone versus placebo, Outcome 2 Miscarriage < 3 days.    .    .    .    .    .    .    80
Analysis 12.3. Comparison 12 Mifepristone versus placebo, Outcome 3 Miscarriage < 4 days.    .    .    .    .    .    .    80
Analysis 12.4. Comparison 12 Mifepristone versus placebo, Outcome 4 Miscarriage < 5 days.    .    .    .    .    .    .    81
Analysis 12.5. Comparison 12 Mifepristone versus placebo, Outcome 5 Vaginal bleeding before day 5.    .    .    .    .    81
Analysis 12.6. Comparison 12 Mifepristone versus placebo, Outcome 6 Pain before day 5.    .    .    .    .    .    .    .    82
Analysis 13.1. Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 1 Surgical evacuation.    82
Analysis 13.2. Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 2 Perforation of uterus.    83
Analysis 13.3. Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 3 Nausea.    .    .    .    83
WHAT'S NEW   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    83
HISTORY   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    84
CONTRIBUTIONS OF AUTHORS   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    84
DECLARATIONS OF INTEREST   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    84
SOURCES OF SUPPORT   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    84
DIFFERENCES BETWEEN PROTOCOL AND REVIEW   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    85
INDEX TERMS   .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    85

Pet. Ref. 218

[Intervention Review]

# Medical treatment for early fetal death (less than 24 weeks)

James P Neilson[1], Martha Hickey[2], Juan C Vazquez[3]

[1]Department of Women's and Children's Health, The University of Liverpool, Liverpool, UK. [2]The University of Melbourne, The Royal Women's Hospital, Melbourne, Australia. [3]Departamento de Salud Reproductiva, Instituto Nacional de Endocrinología (INEN), Habana, Cuba

Contact address: James P Neilson, Department of Women's and Children's Health, The University of Liverpool, First Floor, Liverpool Women's NHS Foundation Trust, Crown Street, Liverpool, L8 7SS, UK. jneilson@liverpool.ac.uk.

Editorial group: Cochrane Pregnancy and Childbirth Group.
Publication status and date: Edited (no change to conclusions), published in Issue 11, 2012.
Review content assessed as up-to-date: 24 April 2006.

Citation: Neilson JP, Hickey M, Vazquez JC. Medical treatment for early fetal death (less than 24 weeks). *Cochrane Database of Systematic Reviews* 2006, Issue 3. Art. No.: CD002253. DOI: 10.1002/14651858.CD002253.pub3.

Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

### Background

In most pregnancies that miscarry, arrest of embryonic or fetal development occurs some time (often weeks) before the miscarriage occurs. Ultrasound examination can reveal abnormal findings during this phase by demonstrating anembryonic pregnancies or embryonic or fetal death. Treatment before 14 weeks has traditionally been surgical but medical treatments may be effective, safe, and acceptable, as may be waiting for spontaneous miscarriage.

### Objectives

To assess the effectiveness, safety and acceptability of any medical treatment for early pregnancy failure (anembryonic pregnancies or embryonic and fetal deaths before 24 weeks).

### Search methods

We searched the Cochrane Pregnancy and Childbirth Group Trials Register (30 November 2005). We updated this search on 6 August 2012 and added the results to the awaiting classification section of the review.

### Selection criteria

Randomised trials comparing medical treatment with another treatment (e.g. surgical evacuation), or placebo, or no treatment for early pregnancy failure. Quasi-random studies were excluded.

### Data collection and analysis

Data were extracted unblinded.

### Main results

Twenty four studies (1888 women) were included.

Vaginal misoprostol hastens miscarriage (complete or incomplete) when compared with placebo: e.g. miscarriage less than 24 hours (two trials, 138 women, relative risk (RR) 4.73, 95% confidence interval (CI) 2.70 to 8.28), with less need for uterine curettage (two trials, 104 women, RR 0.40, 95% CI 0.26 to 0.60) and no significant increase in nausea or diarrhoea. Lower-dose regimens of vaginal misoprostol tend to be less effective in producing miscarriage (three trials, 247 women, RR 0.85, 95% CI 0.72 to 1.00) with

Pet. Ref. 219

similar incidence of nausea. There seems no clear advantage to administering a 'wet' preparation of vaginal misoprostol or of adding methotrexate, or of using laminaria tents after 14 weeks. Vaginal misoprostol is more effective than vaginal prostaglandin E in avoiding surgical evacuation. Oral misoprostol was less effective than vaginal misoprostol in producing complete miscarriage (two trials, 218 women, RR 0.90, 95% CI 0.82 to 0.99). Sublingual misoprostol had equivalent efficacy to vaginal misoprostol in inducing complete miscarriage but was associated with more frequent diarrhoea. The two trials of mifepristone treatment generated conflicting results. There was no statistically significant difference between vaginal misoprostol and gemeprost in the induction of miscarriage for fetal death after 13 weeks.

**Authors' conclusions**

Available evidence from randomised trials supports the use of vaginal misoprostol as a medical treatment to terminate non-viable pregnancies before 24 weeks. Further research is required to assess effectiveness and safety, optimal route of administration and dose. Conflicting findings about the value of mifepristone need to be resolved by additional study.

[Note: the 108 citations in the awaiting classification section of the review may alter the conclusions of the review once assessed.]

## PLAIN LANGUAGE SUMMARY

**Medical treatment for early fetal death (less than 24 weeks)**

Medical treatments for inevitable miscarriage.

Pregnancies that miscarry can sometimes be identified earlier at an ultrasound scan if the loss is due to the baby having died or no baby having developed. In the past, treatment before 14 weeks has usually been by surgery (D&C) but drugs have now been developed which may be helpful, or waiting for the miscarriage to happen may be a better alternative. The review of trials assessed various potential drug treatments using different routes and different doses, compared with waiting for the miscarriage. This review identified 24 studies involving 1888 women of less than 24 weeks gestation, where the baby had died in the uterus or the baby had not formed in the uterus. Most studies were of good quality. Vaginal misoprostol brought forward the time of the miscarriage, but the studies were too small to adequately assess potential adverse effects, including future fertility. Oral misoprostol seemed less effective than the vaginal route, and women took more sick-leave with the oral drugs. Some women may wish to hasten an inevitable miscarriage, and others may not. It appears that both forms of care can be available to women. Women who are breastfeeding an older baby may prefer to wait rather than have drug treatment. Further research is needed on drug doses, routes of administration and potential adverse effects, including future fertility, and also on women's views of drug treatment, surgery and waiting for spontaneous miscarriage.

## BACKGROUND

The incidence of clinically obvious miscarriage is considered to be between 10% and 15% of all pregnancies, although the real incidence may be considerably higher (Grudzinskas 1995; Howie 1995; Simpson 1991).

The widespread use of ultrasound in early pregnancy for either specific reasons (for example, vaginal bleeding) or as a routine examination (Neilson 1998) reveals 'non-viable pregnancies' destined inevitably to miscarry in due course. These are termed 'anembryonic pregnancies' (formerly called 'blighted ova') if no embryo has developed within the gestation sac, or 'missed abortions' if an embryo or fetus is present, but is dead.

The protocol for this review aimed to combine trials of medical treatments for both non-viable pregnancies and for incomplete miscarriage but on further reflection, this was illogical. Non-viable pregnancies contain viable trophoblast (placental) tissue, which produces hormones, which may in theory make these pregnancies more susceptible to anti-hormone therapy and more resistant to uterotonic (stimulating uterine contractions) therapy than pregnancies in which (incomplete) miscarriage has already taken place. This review will therefore focus exclusively on non-viable pregnancies, before miscarriage. Another review will assess trials of medical treatments after miscarriage has occurred (Vazquez 2000). A further review compares expectant management with surgical treatment for miscarriage (Nanda 2002).

Pet. Ref. 220

Traditionally, early non-viable pregnancies (less than 14 weeks) have been terminated by surgical evacuation. Later pregnancies (14 to 24 weeks) have been ended by medical induction of miscarriage.

Various types of medical treatment could be suitable as alternatives to surgical treatment: misoprostol is a prostaglandin E1 analogue, marketed for the prevention and treatment of peptic ulcers. Recognized as a potent method for terminating unwanted viable pregnancies (Costa 1993; Norman 1991), it is cheap, stable at room temperature and has few systemic effects, although vomiting, diarrhoea, hypertension and even potential teratogenicity when misoprostol fails to induce abortion have been reported (Fonseca 1991). Misoprostol has been shown to be an effective myometrial stimulant of the pregnant uterus, selectively binding to EP-2/EP-3 prostanoid receptors (Senior 1993). It is rapidly absorbed orally and vaginally. Vaginally absorbed serum levels are more prolonged and vaginal misoprostol may have locally mediated effects (Zieman 1997).

Misoprostol could be especially useful in developing countries, where transport and storage facilities are inadequate and the availability of uterotonic agents and blood is limited. Its use in obstetrics and gynecology has been explored, especially to induce first and second trimester abortion (Ashok 1998; Bugalho 1996), for the induction of labour (Alfirevic 2001; Hofmeyr 2003) and for the prevention of postpartum haemorrhage (Gulmezoglu 2004) despite the fact that it has not been registered for such use.

Other uterotonic drugs that could have a role would include ergometrine, oxytocin, and prostaglandin F2alpha.

The progesterone antagonist, mifepristone, is of value in terminating early unwanted pregnancies and may be of use in non-viable pregnancies and spontaneous miscarriage (Baulieu 1986; Kovacs 1984), alone or in combination with prostaglandin (Cameron 1986).

Methotrexate may be helpful in the medical treatment of ectopic pregnancy and might therefore have a place in the treatment of intrauterine non-viable pregnancies as well. It has also been used for the early termination of unwanted pregnancy, followed by a uterotonic agent such as misoprostol.

Although clotting problems occasionally occur in women with prolonged retention of a dead fetus, this is rare and does not usually happen within the first month after fetal death. There are, therefore, not pressing medical reasons to terminate non-viable pregnancies. Although, anecdotally, many women favour early termination, so-called 'expectant management' (that is, awaiting spontaneous miscarriage) is a legitimate alternative and this policy should be considered in clinical care and in planning trials.

## OBJECTIVES

To assess, from clinical trials, the effectiveness and safety of different medical treatments for the termination of non-viable pregnancies, with reference to death or serious complications, additional surgical evacuation, blood transfusion, haemorrhage, blood loss, anaemia, days of bleeding, pain relief, pelvic infection, cervical damage, duration of stay in hospital, psychological effects, subsequent fertility, women's satisfaction and costs.

## METHODS

### Criteria for considering studies for this review

#### Types of studies

Randomised clinical trials comparing a medical treatment with another treatment (for example, surgical evacuation), or placebo, or no treatment to terminate non-viable pregnancies; random allocation to treatment and comparison groups; reasonable measures to ensure allocation concealment; and violations of allocated management not sufficient to materially affect outcomes. Quasi-random studies were excluded.

#### Types of participants

Women with non-viable pregnancies (i.e. where the embryo or fetus had died in utero, and in whom miscarriage would have happened inevitably in due course) if less than 24 weeks estimated gestational age. Subgroup analyses to be performed, if possible, for women at less than 14 weeks, and those between 14 and 23 weeks estimated gestational age.

#### Types of interventions

Trials were considered if they compared medical treatment with other methods (for example, expectant management, placebo or any other intervention including surgical evacuation). Comparisons between different routes of administration of medical treatment (for example, oral versus vaginal), or between different drugs or doses of drug, or duration or timing of treatment, were also included if data existed.

#### Types of outcome measures

Trials were considered if any of the following outcomes were reported.

Pet. Ref. 221

**Primary outcomes**

1.  Complete miscarriage (i.e. no pregnancy tissues remaining in uterus - based on clinical findings at surgery and/or ultrasound examination after a specific period).

2.  Death or serious complications (e.g. uterine rupture, uterine perforation, hysterectomy, organ failure, intensive care unit admission).

**Secondary outcomes**

1.  Additional surgical evacuation
2.  Blood transfusion
3.  Haemorrhage
4.  Blood loss
5.  Anemia
6.  Days of bleeding
7.  Pain relief
8.  Pelvic infection
9.  Cervical damage
10. Digestive disorders (nausea or vomiting or diarrhoea)
11. Hypertensive disorders
12. Duration of stay in hospital
13. Psychological effects
14. Subsequent fertility
15. Woman's satisfaction/acceptability of method
16. Costs

### Search methods for identification of studies

#### Electronic searches

We searched the Cochrane Pregnancy and Childbirth Group Trials Register by contacting the Trials Search Co-ordinator (30 November 2005). We updated this search on 6 August 2012 and added the results to Studies awaiting classification.

The Cochrane Pregnancy and Childbirth Group's Trials Register is maintained by the Trials Search Co-ordinator and contains trials identified from:

1.  monthly searches of the Cochrane Central Register of Controlled Trials (CENTRAL);

2.  weekly searches of MEDLINE;

3.  weekly searches of EMBASE;

4.  handsearches of 30 journals and the proceedings of major conferences;

5.  weekly current awareness alerts for a further 44 journals plus monthly BioMed Central email alerts.

Details of the search strategies for CENTRAL, MEDLINE and EMBASE, the list of handsearched journals and conference proceedings, and the list of journals reviewed via the current awareness service can be found in the 'Specialized Register' section within the editorial information about the Cochrane Pregnancy and Childbirth Group.

Trials identified through the searching activities described above are each assigned to a review topic (or topics). The Trials Search Co-ordinator searches the register for each review using the topic list rather than keywords.

We did not apply any language restrictions.

### Data collection and analysis

We assessed all potential trials for eligibility according to the criteria specified in the protocol. A single author extracted data from each publication and co-authors checked the data. We resolved any discrepancies by discussion. In addition to the main outcome measures listed above, information on the setting of the study (country, type of population, socioeconomic status), the method of randomisation, a detailed description of the regimen used (drug(s), route, dose, frequency), definitions of the outcomes (if provided), and whether or not clinicians and participants were 'blind' to treatment allocated, were all collected. An intention-to-treat analysis was performed where possible. Any information on completeness of follow up was collected as well.

Trials were assessed for methodological quality using the standard Cochrane criteria of adequacy of allocation concealment:

(A) adequate;

(B) unclear;

(C) inadequate;

(D) allocation concealment was not used.

We collected information on blinding of outcome assessment and loss to follow up.

Separate comparisons were made of different drug regimens, grouped where appropriate by number of doses given and the route of administration. Summary relative risks were calculated using a fixed-effect model (providing there was no significant heterogeneity between trials - defined as I squared greater than 50%). Because of the small number of trials and comparisons, it was impossible to perform sensitivity analysis using trial quality (A versus B, C, D).

## R E S U L T S

### Description of studies

See: Characteristics of included studies; Characteristics of excluded studies; Characteristics of ongoing studies.

This review has included 24 studies comparing vaginal misoprostol to expectant management (Bagratee 2004), placebo (Herabutya 1997; Kovavisarach 2002; Lister 2005; Wood 2002), surgical evacuation (Demetroulis 2001; Graziosi 2004; Muffley 2002), oral or

sublingual misoprostol (Creinin 1997; Ngoc 2004; Tang 2003), other types of vaginal or intracervical prostaglandin preparation (Al Inizi 2003; Eng 1997*; Fadalla 2004*; Kara 1999*); different doses (Heard 2002; Kovavisarach 2005; Niromanesh 2005*) and preparations (Gilles 2004) of vaginal misoprostol; the addition to vaginal misoprostol of methotrexate (Autry 1999) or laminaria tents (Jain 1996*); mifepristone versus placebo (Lelaidier 1993); mifepristone plus oral misoprostol versus expectant management (Nielsen 1999), and vaginal gemeprost versus surgical evacuation (Egarter 1995).

The Bagratee 2004 trial used a comparison of vaginal misoprostol versus placebo to explore comparisons with expectant management (up to seven days) and, therefore, differed in concept from the Herabutya 1997 and Wood 2002 studies in which early surgical intervention occurred after, respectively, 24 and 48 hours.

Five of the 24 included studies addressed medical treatment of non-viable pregnancies after 14 weeks (Eng 1997*; Fadalla 2004*; Jain 1996*; Kara 1999*; Niromanesh 2005*). These are labelled with an asterisk for ease of interpretation.

There are additional trials that have included data on women with both non-viable pregnancies and incomplete miscarriages (for example, Ngai 2001). If these can be separated by the researchers, these data may be included in the future.

(One hundred reports from an updated search on 6 August 2012 have been added to Studies awaiting classification.)

### Risk of bias in included studies

Thirteen studies used robust methods of allocation concealment (Autry 1999; Bagratee 2004; Creinin 1997; Demetroulis 2001; Gilles 2004; Graziosi 2004; Kovavisarach 2005; Lelaidier 1993; Lister 2005; Muffley 2002; Ngoc 2004; Tang 2003; Wood 2002). Nine reports failed to describe the process of randomisation (Al Inizi 2003; Egarter 1995; Fadalla 2004*; Herabutya 1997; Jain 1996*; Kara 1999*; Kovavisarach 2002; Nielsen 1999; Niromanesh 2005*). One study has been reported only in abstract - without randomisation details (Heard 2002). In one study, allocation was based on picking an un-numbered envelope from a pack - a method that is recognised to be less robust (Eng 1997*). In most trials, analysis by intention-to-treat was performed.

It was not possible to blind the physicians to the method of treatment in some studies - if this involved surgical evacuation of the uterus, alternative routes of drug administration (oral versus vaginal) or a policy of expectant management. It is, however, possible to blind the evaluator who assessed complications during the follow-up visit but no study made mention of this.

There was variation between studies in the timing of scheduled follow-up visits.

### Effects of interventions

Twenty four studies, with a total of 1888 women, were included. Nineteen of the studies addressed termination of non-viable pregnancies before 14 weeks.

Treatment with vaginal misoprostol hastens miscarriage (passage of products of conception, whether complete or incomplete) when compared with placebo: miscarriage less than 24 hours (two trials, 138 women, relative risk (RR) 4.73, 95% confidence interval (CI) 2.70 to 8.28); miscarriage less than 48 hours (two (other) trials, 84 women, RR 5.74, 95% CI 2.70 to 12.19); complete miscarriage without need for surgical intervention at seven days (one trial, 83 women, RR 2.99, 95% CI 1.80 to 4.99). There was less need for uterine curettage (two trials, 104 women, RR 0.40, 95% CI 0.26 to 0.60) and no statistically significant increase in adverse effects: nausea (two trials, 88 women, RR 1.38, 95% CI 0.43 to 4.40), diarrhoea (two trials, 88 women, RR 2.21, 95% CI 0.35 to 14.06). One study showed a reduction in costs associated with a strategy of starting treatment with misoprostol, compared to immediate curettage (mean difference EUR192, 95% CI 33 to 351), no obvious difference in subsequent fertility, and similar numbers of women (58%) who would choose the same treatment strategy in the future (Graziosi 2004); although more women who had complete miscarriage after misoprostol (76%) would choose this treatment than those who required subsequent curettage (38%).

Consistent with these observations, treatment with vaginal misoprostol decreases the need for surgical evacuation of the uterus when compared with a policy of arranging immediate surgical evacuation (three trials, 254 women, RR 0.42, 95% CI 0.34 to 0.52) at a cost of more nausea (one trial, 154 women, RR 21.85, 95% CI 1.31 to 364.37) and diarrhoea (one trial, 154 women, RR 40.85, 95% CI 2.52 to 662.57).

Vaginal misoprostol has been administered in doses of 400 mcg, 600 mcg, and 800 mcg in trials: lower-dose regimens tend to be less effective in producing miscarriage (three trials, 247 women, RR 0.85, 95% CI 0.72 to 1.00) with similar incidence of nausea (two trials, 214 women, RR 0.67, 95% CI 0.31 to 1.41). There seems no clear advantage to administering a 'wet' preparation of vaginal misoprostol compared to a 'dry' preparation: miscarriage less than three days (one trial, 80 women, RR 1.14, 95% CI 0.85 to 1.54). Adding methotrexate treatment to vaginal misoprostol has not been demonstrated to be advantageous in the single small trial to address this: miscarriage not complete after treatment (21 women, RR 0.26, 95% CI 0.01 to 5.65). Nor are laminaria tests proven useful adjuncts to vaginal misoprostol during the second trimester: complete miscarriage less than 24 hours (one trial, 38 women, RR 0.90, 95% CI 0.65 to 1.25), less than 48 hours (one trial, 38 women, RR 1.07, 95% CI 0.88 to 1.29). Vaginal misoprostol was more effective than vaginal prostaglandin E in avoiding surgical evacuation (one trial, 80 women, RR 0.39, 95% CI 0.21 to 0.72) and effecting complete miscarriage in the second trimester (one trial, 65 women, RR 1.44, 95% CI 1.06 to 1.96).

Overall, oral misoprostol was found to be less effective than vaginal misoprostol in producing complete miscarriage (two trials, 218

Pet. Ref. 223

women, RR 0.90, 95% CI 0.82 to 0.99) but this difference was seen only with the 400 mcg oral dose (one trial, 20 women, RR 0.29, 95% CI 0.10 to 0.79) and not the 800 mcg oral dose (one trial, 198 women, RR 0.96, 95% CI 0.88 to 1.05). There was less vomiting with the oral regimen (one trial, 190 women, RR 0.29, 95% CI 0.10 to 0.84) but similar incidence of diarrhoea (two trials, 210 women, RR 1.05, 95% CI 0.67 to 1.66). There were high (and similar) levels of satisfaction with treatment (one trial, 198 women, RR 0.96, 95% CI 0.86 to 1.06). Oral misoprostol was slower than vaginal misoprostol in effecting miscarriage in a single trial of women with second trimester fetal death (weighted mean difference 4.10 hours, 95% CI 2.64 to 5.56).

Sublingual misoprostol had equivalent efficacy to vaginal misoprostol in inducing complete miscarriage (one trial, 80 women, RR 1.00, 95% CI 0.85 to 1.18) but was associated with more frequent diarrhoea (RR 2.65, 95% CI 1.48 to 4.38) but not other side-effects.

The two trials of mifepristone treatment generated conflicting results. One study found mifepristone to be much more effective than placebo: miscarriage complete by day five after treatment (46 women, RR 9.50, 95% CI 2.49 to 36.19). The other study compared treatment with mifepristone plus oral misoprostol with a policy of expectant management (no treatment); there was no statistically significant difference in complete miscarriage by day five (122 women, RR 1.08, 95% CI 0.90 to 1.30).

There was no statistically significant difference between vaginal misoprostol and gemeprost in the induction of miscarriage less than 24 hours for fetal death after 13 weeks (one trial, 50 women, RR 1.24, 95% CI 0.90 to 1.70).

There were few reports of serious adverse effects in the reported trials, but one woman required a bowel resection after uterine perforation at evacuation of the uterus (Egarter 1995).

## DISCUSSION

The large majority of included trials (21/24) addressed the use of misoprostol (mainly by vaginal administration). There is intense interest in the reproductive uses of misoprostol because it appears a potent method for pregnancy interruption as well as being cheap and stable at room temperature, and thus potentially especially useful in developing countries, where transport and storage facilities are inadequate and the availability of uterotonic agents and blood is limited. However, ultrasound imaging is needed to diagnose non-viable pregnancies and equipment is sparse in many developing countries. The reproductive use of misoprostol is considered in other Cochrane reviews, for indications that include termination of unwanted pregnancies (Kulier 2004; Say 2002), induction of labour (Alfirevic 2001; Hofmeyr 2003; Muzonzini 2004) and prevention and treatment of postpartum haemorrhage (Gulmezoglu 2004; Mousa 2003).

## AUTHORS' CONCLUSIONS

### Implications for practice

Available evidence from randomised trials supports the use of vaginal misoprostol as one possible option for the treatment of non-viable pregnancies before 24 weeks.

### Implications for research

Ultrasound demonstration of early pregnancy failure before 14 weeks is a common problem that merits greater research effort than has occurred to date. Further research is required to assess the effectiveness, safety and side-effects of misoprostol, including optimal route of administration and dose. Conflicting findings about the value of mifepristone need to be resolved by additional study. Women's views about the acceptability of medical treatment, surgical treatment and expectant management should be integral to future research protocols, as should economic assessments. Long-term outcome, notably subsequent fertility, deserves further study in appropriately powered randomised controlled studies.

[Note: the 108 citations in the awaiting classification section of the review may alter the conclusions of the review once assessed.]

## ACKNOWLEDGEMENTS

Thanks to Sonja Henderson and Lynn Hampson of the Cochrane Pregnancy and Childbirth Group, Liverpool Women's Hospital, Liverpool, UK.

As part of the pre-publication editorial process, this review has been commented on by two peers (an editor and referee who are external to the editorial team), one or more members of the Pregnancy and Childbirth Group's international panel of consumers and the Group's Statistical Adviser.

Pet. Ref. 224

# REFERENCES

## References to studies included in this review

**Al Inizi 2003** *{published data only}*

Al Inizi SA, Ezimokhai M. Vaginal misoprostol versus dinoprostone for the management of missed abortion. *International Journal of Gynecology & Obstetrics* 2003;**83**: 73–4.

**Autry 1999** *{published data only}*

Autry A, Jacobson G, Sandhu R, Isbill K. Medical management of non-viable early first trimester pregnancy. *International Journal of Gynecology & Obstetrics* 1999;**67**(1): 9–13.

**Bagratee 2004** *{published data only}*

Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Human Reproduction* 2004;**19**:266–71.

**Creinin 1997** *{published data only}*

Creinin MD, Moyer R, Guido R. Misoprostol for medical evacuation of early pregnancy failure. *Obstetrics & Gynecology* 1997;**89**:768–72.

**Demetroulis 2001** *{published data only}*

* Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Human Reproduction* 2001;**16**:365–9.
Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. XVI FIGO World Congress of Obstetrics and Gynecology; 2000 Sept 3-8; Washington DC, USA. 2000.

**Egarter 1995** *{published data only}*

Egarter C, Lederhilger J, Kurz C, Karas H, Reisenberger K. Gemeprost for first trimester missed abortion. *Archives of Gynecology and Obstetrics* 1995;**256**:29–32.

**Eng 1997*** *{published data only}*

Eng NS, Guan AC. Comparative study of intravaginal misoprostol with gemeprost as an abortifacient in second trimester missed abortion. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 1997;**37**:331–4.

**Fadalla 2004*** *{published data only}*

Fadalla FA, Mirghani OA, Adam I. Oral misoprostol vs vaginal misoprostol for termination of pregnancy with intrauterine fetal demise in the second-trimester. *International Journal of Gynecology & Obstetrics* 2004;**86**: 52–3.

**Gilles 2004** *{published data only}*

Barnhart KT, Bader T, Huang X, Frederick MM, Timbers KA, Zhang JJ. Hormone pattern after misoprostol administration for a nonviable first-trimester gestation. *Fertility and Sterility* 2004;**81**:1099–105.
Creinin MD, Harwood B, Guido RS, Fox MC, Zhang J, NICHD Early Pregnancy Failure Trial. Endometrial thickness after misoprostol use for early pregnancy failure.

*International Journal of Gynecology & Obstetrics* 2004;**86**: 22–6.
Davis AR, Robilotto CM, Westhoff CL, Forman S, Zhang J, NICHD Management of Early Pregnancy Failure Trial. Bleeding patterns after vaginal misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2004;**19**: 1655–8.
Gilles J, Creinin MM, Barnhart KT, Westhoff C, Frederick MM, Zang J, et al.Wet versus dry misoprostol application for treatment of early pregnancy failure. *Fertility and Sterility* 2002;**78**:S64–S65.
* Gilles JM, Creinin MD, Barnhart K, Westhoff C, Frederick MM, Zhang J. A randomized trial of saline solution-moistened misoprostol versus dry misoprostol for the first-trimester pregnancy failure. *American Journal of Obstetrics and Gynecology* 2004;**190**:389–94.

**Graziosi 2004** *{published data only}*

Graziosi GCM, Bruinse HW, Reuwer PJH, Teteringen O, Mol BWJ. Fertility outcome after a randomized trial comparing curettage with misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2005;**20**:1749–50.
Graziosi GCM, Bruinse HW, Reuwer PJH, van Kessel PH, Westerweel PE, Mol BW. Misoprostol versus curettage in women with early pregnancy failure: impact on women's health-related quality of life. A randomized controlled trial. *Human Reproduction* 2005;**20**:2340–7.
* Graziosi GCM, Mol BWJ, Reuwer PJH, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. *Human Reproduction* 2004;**19**:1894–9.
Graziosi GCM, van der Steeg JW, Reuwer PHW, Drogtrop AP, Bruinse HW, Mol BWJ. Economic evaluation of misoprostol in the treatment of early pregnancy failure compared to curettage after an expectant management. *Human Reproduction* 2005;**20**:1067–71.

**Heard 2002** *{published data only}*

Heard MJ, Stewart GM, Buster JE, Carson SA, Miller HJ. Outpatient management of missed abortion with vaginal misoprostol [abstract]. *Obstetrics & Gynecology* 2002;**99**(4 Suppl):20S.

**Herabutya 1997** *{published data only}*

Herabutya Y, O-Prasertsawat P. Misoprostol in the management of missed abortion. *International Journal of Gynecology & Obstetrics* 1997;**56**:263–6.

**Jain 1996*** *{published data only}*

Jain JK, Mishell DR. A comparison of misoprostol with and without laminaria tents for induction of second-trimester abortion. *American Journal of Obstetrics and Gynecology* 1996;**175**:173–7.

**Kara 1999*** *{published data only}*

Kara M, Ozden S, Eroglu M, Cetin A, Arioglu P. Comparison of misoprostol and dinoproston administration for the induction of labour in second trimester pregnancies

Pet. Ref. 225

in cases of intrauterine fetal loss. *Italian Journal of Gynecology and Obstetrics* 1999;**1**:13–6.

**Kovavisarach 2002** *{published data only}*
Kovavisarach E, Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum: a randomised controlled trial. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2002;**42**:161–3.

**Kovavisarach 2005** *{published data only}*
Kovavisarach E, Jamnansiri C. Intravaginal misoprostol 600mcg and 800mcg for the treatment of early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2005;**90**:208–12.

**Lelaidier 1993** *{published data only}*
Lelaidier C, Baton-Saint-Mleux C, Fernandez H, Bourget P, Frydman R. Mifepristone (RU 486) induces embryo expulsion in first trimester non-developing pregnancies: a prospective randomized trial. *Human Reproduction* 1993;**8**: 492–5.

**Lister 2005** *{published data only}*
Lister MS, Shaffer LET, Bell JG, Lutter KQ, Moorma KH. Randomized, double-blind, placebo-controlled trial of vaginal misoprostol for management of early pregnancy failures. *American Journal of Obstetrics and Gynecology* 2005; **193**:1338–43.

**Muffley 2002** *{published data only}*
Muffley PE, Stitely ML, Gherman RB. Early intrauterine pregnancy failure: a randomized trial of medical versus surgical treatment. *American Journal of Obstetrics and Gynecology* 2002;**187**:321–6.

**Ngoc 2004** *{published data only}*
Ngoc NTN, Blum J, Westheimer E, Quan TTV, Winikoff B. Medical treatment of missed abortion using misoprostol. *International Journal of Gynecology & Obstetrics* 2004;**87**: 138–42.

**Nielsen 1999** *{published data only}*
Nielsen S, Hahlin M, Platz-Christensen J. Expectant management or pharmacological treatment for first trimester spontaneous abortion: a randomised trial. *Acta Obstetricia et Gynecologica Scandinavica* 1997;**76**(167:2):77. * Nielsen S, Hahlin M, Platz-Christensen J. Randomised trial comparing expectant with medical management for first trimester miscarriages. *British Journal of Obstetrics and Gynaecology* 1999;**106**:804–7.

**Niromanesh 2005\*** *{published data only}*
Niromanesh S, Hashemi-Feasharaki M, Mosavi-Jarrahi A. Second trimester abortion using intravaginal misoprostol. *International Journal of Gynecology & Obstetrics* 2005;**89**: 276–7.

**Tang 2003** *{published data only}*
Tang OS, Lau WNT, Ng EHY, Lee SWH, Ho PC. A prospective randomized study to compare the use of repeated doses of vaginal with sublingual misoprostol in the management of first trimester silent miscarriage. *Human Reproduction* 2003;**18**:176–81.

**Wood 2002** *{published data only}*
Wood SL, Brain PH. Medical management of missed abortion: a randomized clinical trial. *Obstetrics & Gynecology* 2002;**99**:563–6.

### References to studies excluded from this review

**Abdel Fattah 1997** *{published data only}*
Abdel Fattah IH. PGE1 analogue for the induction of midtrimester abortion in cases of intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167:2):26.

**Almog 2005** *{published data only}*
Almog B, Levin I, Winkler N, Fainaru O, Pauzner D, Lessing JB, et al.The contribution of laminaria placement for cervical ripening prior to second trimester termination of pregnancy induced by intra-amniotic injection of prostaglandin F2alpha followed by concentrated oxytocin infusion. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 2005;**118**:32–5.

**Anderman 2000** *{published data only}*
Anderman S, Jaschevatzky OE, Ballas S. Comparison between a double balloon prostaglandin F2a and the foley catheter in extraamniotic prostaglandin F2a infusion for termination of midtrimester missed abortion. XVI FIGO World Congress of Obstetrics & Gynecology; 2000 Sept 3-8; Washington DC, USA. 2000:162.

**Avila-Vergara 1997** *{published data only}*
Avila-Vergara MA, Morgan-Ortiz F, Fragoza-Sosa O, Haro-Garcia L. Cervical labor induction with prostaglandin E2 in patients with fetal death [Maduracion cervical con prostaglandina E2 en pacientes con feto muerto]. *Ginecologia y Obstetricia de Mexico* 1997;**65**:155–8.

**Bebbington 2002** *{published data only}*
Bebbington MW, Kent N, Lim K, Gagnon A, Delisle MF, Tessier F, et al.A randomized controlled trial comparing two protocols for the use of misoprostol in midtrimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2002;**187**:853–7.

**Cabrol 1990** *{published data only}*
Cabrol D, Dubois C, Cronje H, Gonnet JM, Guillot M, Maria B, et al.Induction of labour with mifepristone (RU 486) in intrauterine fetal death. *American Journal of Obstetrics and Gynecology* 1990;**163**:540–2.

**Clevin 2001** *{published data only}*
Clevin L, Munk T, Hansen TR. Spontaneous abortion. Drug treatment versus surgery [Spontan abort. Medicinsk versus kirurgisk behandling]. *Ugeskrift for Laeger* 2001;**163** (15):2136–9.

**David 2003** *{published data only}*
David M, Chen FCK, Lichtenegger W. NO-donor nitroglycerin versus the prostaglandin gemeprost for cervical ripening in first trimester missed abortion. *International Journal of Gynecology & Obstetrics* 2003;**83**:71–2.

**Dickinson 1998** *{published data only}*
Dickinson JE, Godfrey M, Evans SF. Efficacy of intravaginal misoprostol in second-trimester pregnancy termination:

Pet. Ref. 226

a randomized controlled trial. *Journal of Maternal-Fetal Medicine* 1998;**7**:115–9.

**Dickinson 2002** *{published data only}*
Dickinson JE, Evans SF. The optimization of intravaginal misoprostol dosing schedules in second-trimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2002;**186**:470–4.

**Dickinson 2003** *{published data only}*
Dickinson JE, Evans SF. A comparison of oral misoprostol with vaginal misoprostol administration in second-trimester pregnancy termination for fetal abnormality. *Obstetrics & Gynecology* 2003;**101**:1294–9.

**Eppel 2005** *{published data only}*
Eppel W, Facchinetti F, Schleussner E, Piccinini F, Pizzi C, Gruber DM, et al.Second trimester abortion using isosorbide mononitrate in addition to gemeprost compared with gemeprost alone: a double blind randomized, placebo-controlled multicenter trial. *American Journal of Obstetrics and Gynecology* 2005;**192**:856–61.

**Feldman 2003** *{published data only}*
Feldman DM, Borgida AF, Rodis JF, Leo MV, Campbell WA. A randomized comparison of two regimens of misoprostol for second-trimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2003;**189**: 710–3.

**Ghorab 1998** *{published data only}*
Ghorab MNM, El Helw BA. Second-trimester termination of pregnancy by extra-amniotic prostaglandin F2alpha or endocervical misoprostol. *Acta Obstetricia et Gynecologica Scandinavica* 1998;**77**:429–32.

**Gonzalez 2001** *{published data only}*
Gonzalez JA, Carlan SJ, Alverson MW. Outpatient second trimester pregnancy termination. *Contraception* 2001;**63**: 89–93.

**Grimes 2004** *{published data only}*
Grimes DA, Smith MS, Witham AD. Mifepristone and misoprostol versus dilatation and evacuation for midtrimester abortion: a pilot randomised controlled trial. *BJOG: an international journal of obstetrics and gynaecology* 2004;**111**:148–53.

**Gronland 2002** *{published data only}*
Gronland A, Gronland L, Clevin L, Andersen B, Palmegren N, Lidegaard O. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation. A multi-center trial in Copenhagen county, Denmark. *Acta Obstetricia et Gynecologica Scandinavica* 2002;**81**:1060–5.

**Hausler 1997** *{published data only}*
Häusler MCH, Koroschetz F, Tamussino K, Walcher W. Is a curettage after spontaneous abortion still relevant. A prospective randomised study [Ist eine Curettage nach Abortus completus noch zeitgemäß?. Eine prospektiv randomisierte Studie]. *Geburtshilfe und Frauenheilkunde* 1997;**57**:396–9.

**Herabutya 2005** *{published data only}*
Herabutya Y, Chanrachakul B, Punyavachira P. A randomised controlled trial of 6 and 12 hourly administration of vaginal misoprostol for second trimester pregnancy termination. *BJOG: an international journal of obstetrics and gynaecology* 2005;**112**:1297–301.

**Hidar 2001** *{published data only}*
Hidar S, Fekih M, Chaieb A, Bibi M, Mellouli R, Khairi H. Oxytocin and misoprostol administered intravaginally for termination of pregnancy at 13-29 weeks of amenorrhea. A prospective randomized trial [Apport de l'association d'ocytocine au misoprostol administre en intravaginal au cours des interruptions de grossesses entre 13 et 29 semaines d'amenorrhee. Essai clinique prospectif randomise]. *Journal de Gynecologie, Obstetrique et Biologie de la Reproduction* 2001;**30**:439–43.

**Hill 1991** *{published data only}*
Hill NCW, Selinger M, Ferguson J, MacKenzie IZ. Management of intra-uterine fetal death with vaginal administration of gemeprost or prostaglandin E2: a random allocation controlled trial. *Journal of Obstetrics and Gynaecology* 1991;**11**:422–6.

**Hogg 2000** *{published data only}*
Hogg B, Owen J. Laminaria versus extraamniotic saline infusion (EASI) for cervical ripening and mid-trimester labor induction. *American Journal of Obstetrics and Gynecology* 2000;**182**(1 Pt 2):S135.

**Jain 1994** *{published data only}*
Jain JK, Mishell DR. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of second-trimester pregnancy. *New England Journal of Medicine* 1994;**331**:290–3.

**Jain 1999** *{published data only}*
Jain JK, Kuo J, Mishell DR. A comparison of two dosing regimens of intravaginal misoprostol for second-trimester pregnancy termination. *Obstetrics & Gynecology* 1999;**93**: 571–5.

**Johnson 1997** *{published data only}*
Johnson N, Priestnall M, Marsay T, Ballard P, Watters J. A randomised trial evaluating pain and bleeding after a first trimester miscarriage treated surgically or medically. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 1997;**72**(2):213–5.

**Kanhai 1989** *{published data only}*
* Kanhai HHH, Keirse MJNC. Induction of labour after fetal death: a randomized controlled trial of two prostaglandin regimens. *British Journal of Obstetrics and Gynaecology* 1989;**96**:1400–4.
Kanhai HHH, Keirse MJNC. Intravenous administration of sulfprostone for the induction of labour after fetal death: a randomised comparison of two dose schedules. Proceedings of 1st European Congress on Prostaglandins in Reproduction; 1988 July 6-9; Vienna, Austria. 1988:45.
Kanhai HHH, Keirse MJNC. Intravenous administration of sulfprostone for the induction of labour after fetal death: a randomised comparison of two dose schedules. World

Pet. Ref. 227

Congress of Gynecology and Obstetrics; 1988 October 23-28; Brazil. 1988:201–2.

**Lippert 1978** *{published data only}*
> Lippert TH, Luthi A. Induction of labour with prostaglandin E2 gel in cases of intrauterine fetal death. *Prostaglandins* 1978;**15**:533–42.

**Machtinger 2002** *{published data only}*
> Machtinger R, Stockheim D, Goldenberg M, Soriano D, Atlas M, Seidman DS. A randomized prospective study of misoprostol alone or combined with mifepristone for treatment of first trimester spontaneous abortion. *Fertility and Sterility* 2002;**78**(3 Suppl 1):S64.

**Machtinger 2004** *{published data only}*
> Machtinger R, Stockheim D, Shulman A, Dulitzki M, Schiff E, Seidman DS. A randomized prospective study comparing the effectiveness of four protocols for treatment of first trimester spontaneous abortion. *Fertility and Sterility* 2004;**82 Suppl 2**:S80.

**Makhlouf 2003** *{published data only}*
> Makhlouf AM, Al-Hussaini TK, Habib DM, Makarem MH. Second-trimester pregnancy termination: comparison of three different methods. *Journal of Obstetrics and Gynaecology* 2003;**23**:407–11.

**Martin 1965** *{published data only}*
> Martin RH, Menzies DN. Oestrogen therapy in missed abortion and labour. *Journal of Obstetrics and Gynaecology of the British Commonwealth* 1965;**62**:256–8.

**Nakintu 2001** *{published data only}*
> Nakintu N. A comparative study of vaginal misoprostol and intravenous oxytocin for induction of labour in women with intrauterine fetal death in Mulago Hospital, Uganda. *African Health Sciences* 2001;**1**:55–9.

**Ngai 2001** *{published data only}*
> Ngai SW, Chan YM, Tang OS, Ho PC. Vaginal misoprostol as medical treatment for first trimester spontaneous miscarriage. *Human Reproduction* 2001;**16**(7):1493–6.

**Nuthalapaty 2004** *{published data only}*
> Nuthalapaty F, Ramsey P, Biggio J, Owen J. Comparative efficacy of high dose vaginal misoprostol versus concentrated oxytocin + low dose vaginal misoprostol for mid-trimester labor induction. *American Journal of Obstetrics and Gynecology* 2004;**191**(6 Suppl 1):S73.

**Nuutila 1997** *{published data only}*
> Nuutila M, Toivonen J, Ylikorkala O, Halmesmaki E. A comparison between two doses of intravaginal misoprostol and gemeprost for induction of second-trimester abortion. *Obstetrics & Gynecology* 1997;**90**:896–900.

**Owen 1999** *{published data only}*
> Owen J, Hauth JC. Vaginal misoprostol vs concentrated oxytocin plus low-dose prostaglandin E2 for second trimester pregnancy termination. *Journal of Maternal-Fetal Medicine* 1999;**8**:48–50.

**Paraskevaides 1992** *{published data only}*
> Paraskevaides E, Prendiville W, Stuart B, Scanaill SN, Walsh D, McGuinness N, et al.Medical evacuation of first

trimester (twelve weeks gestation) incomplete abortion and missed abortion. *Journal of Gynecologic Surgery* 1992;**8**: 159–63.

**Perry 1999** *{published data only}*
> Perry KG, Rinehart BK, Terrone DA, Martin RW, May WL, Roberts WE. Second-trimester uterine evacuation: a comparison of intra-amniotic (15S)-15-methyl-prostaglandin F2alpha and intravaginal misoprostol. *American Journal of Obstetrics and Gynecology* 1999;**181**: 1057–61.

**Piotrowski 1979** *{published data only}*
> Piotrowski J, Basta A, Klimczyk K, Malolepazy A, Dluzniewska M, Splawinski JA. Indomethacin increases abortifacient effect of PGE2 in man. *Prostaglandins* 1979; **17**:451–9.

**Pongsatha 2004** *{published data only}*
> Pongsatha S, Tongsong T. Intravaginal misoprostol for pregnancy termination. *International Journal of Gynecology & Obstetrics* 2004;**87**:176–7.

**Ramsey 2004** *{published data only}*
> Ramsey PS, Savage K, Lincoln T, Owen J. Vaginal misoprostol versus concentrated oxytocin and vaginal PGE2 for second-trimester labor induction. *Obstetrics & Gynecology* 2004;**104**:138–45.

**Roy 2003** *{published data only}*
> Roy G, Ferreira E, Hudon L, Marquette G. The efficacy of oral versus vaginal misoprostol for second-trimester termination of pregnancy: a double blind, randomized placebo-controlled trial. *American Journal of Obstetrics and Gynecology* 2003;**189**(6):S70.

**Salamalekis 1990** *{published data only}*
> Salamalekis E, Loghis C, Kassanos D, Traka A, Zourlas PA. Comparison of extra-amniotic prostaglandin F2alpha and dinoprostone use for labor induction after second trimester intrauterine fetal death. Proceedings of 12th European Congress of Perinatal Medicine; 1990; Lyon, France. 1990: 228.

**Su 2005** *{published data only}*
> Su LL, Biswas A, Choolani M, Kalaichelvan V, Singh K. A prospective randomized comparison of vaginal misoprostol versus intra-amniotic prostaglandins for midtrimester termination of pregnancy. *American Journal of Obstetrics and Gynecology* 2005;**193**:1410–4.

**Surita 1997** *{published data only}*
> Surita FGC, Cecatti JG, Pinto e Silva JL. Misoprostol versus laminaria for cervical ripening in intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167:2):32.

**Thavarasah 1986** *{published data only}*
> Thavarasah AS, Almohdzar SA. Prostaglandin (F2alpha) in missed abortion. Intravenous extra-amniotic and intramuscular administration - a randomized study. *Biological Research in Pregnancy* 1986;**7**:106–10.

**Toppozada 1994** *{published data only}*
> Toppozada MK, Shaala SA, Anwar MY, Haiba NA, Abdrabbo S, El-Absy HM. Termination of pregnancy with

Pet. Ref. 228

fetal death in the second and third trimesters - the double balloon versus extra-amniotic prostaglandin. *International Journal of Gynecology & Obstetrics* 1994;**45**:269–73.

**Yapar 1996** *{published data only}*

Yapar EG, Senoz S, Urkutur M, Batioglu S, Gokmen O. Second trimester pregnancy termination including fetal death: comparison of five different methods. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 1996;**69**:97–102.

**Zhang 2005** *{published data only}*

* Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM, et al.A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *New England Journal of Medicine* 2005; **353**:761–9.

Zhang J, Gilles K, Barnhart K, Creinin M, Westhoff C, Frederick M. Medical management with misoprostol for early pregnancy failure: a multicenter, randomized equivalence trial. *Fertility and Sterility* 2004;**82 Suppl 2**: S53–S54.

## References to studies awaiting assessment

**Aberdeen 1993** *{published data only}*

Henshaw RC, Hinshaw K, Smith NC, Templeton AA. The medical management of miscarriage. Fertility Society of Australia / Australian Gynaecological Endoscopy Society; 1995 November 19-25; Melbourne, Australia. 1995:FSA 75.

* Hinshaw K, Rispin N, Smith N, Templeton A. Medical versus surgical management in first trimester miscarriage: a prospective, pragmatic random allocation trial. *Journal of Obstetrics and Gynaecology* 1993;**13**:404–5.

Hinshaw K, Rispin R, Henshaw R, Smith N, Templeton A. Medical versus surgical uterine evacuation in first trimester miscarriage: a prospective, pragmatic randomised trial. 27th British Congress of Obstetrics and Gynaecology; 1995 July 4-7; Dublin. 1995:4.

Hughes J, Ryan M, Hinshaw K, Henshaw R, Rispin R, Templeton A. The costs of treating miscarriage: a comparison of medical and surgical management. *British Journal of Obstetrics and Gynaecology* 1996;**103**:1217–21.

Rispin R, Hinshaw K, Henshaw R, Smith N, Templeton A. New aspects of care in the management of miscarriage. Proceedings of Research in Midwifery Conference; 1993 September 14; Birmingham, UK. 1993.

**Al-Bdour 2007** *{published data only}*

Al-Bdour AN, Akasheh H, Al-Jayousi T. Missed abortion: termination using single-dose versus two doses of vaginal misoprostol tablets. *Pakistan Journal of Medical Sciences* 2007;**23**(6):920–3.

**Altaf 2006** *{published data only}*

Altaf F, Sultana N, Iqbal N. Therapeutic abortions; efficacy of intra-vaginal misoprostol in comparison to extra amniotically administered prostaglandin f2a. *Professional Medical Journal* 2006;**13**(3):417–22.

**Anderson 2009** *{published data only}*

Anderson J, Gouk E, Young L, Turnbull L, Sayeed G, Elattar A, et al.A randomised controlled trial of oral versus vaginal misoprostol for medical management of early fetal demise. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S533.

**Ara 2009** *{published data only}*

Ara G, Nargis S, Khatun R, Saha A. Vaginal misoprostol as a medical management in early pregnancy loss. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2): S533–4.

**Arellano 2009** *{published data only}*

Arellano M, Durocher J, Leon W, Montesinos R, Pena M, Winikoff B. Introduction of misoprostol for incomplete abortion care in Latin America: evidence from Ecuador. *International Journal of Gynecology & Obstetrics* 2009;**107** (Suppl 2):S49.

**Ayudhaya 2006** *{published data only}*

Ayudhaya OP, Herabutya Y, Chanrachakul B, Ayuthaya NI, O-Prasertsawat P. A comparison of the efficacy of sublingual and oral misoprostol 400 microgram in the management of early pregnancy failure: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2006;**89** (Suppl 4):S5–S10.

**Azra 2007** *{published data only}*

Azra B, Shakeel S, Nilofer M. A comparison of two protocols of intra vaginal misoprostol for second trimester medical termination of pregnancy. *Pakistan Armed Forces Medical Journal* 2007;**57**(1):61–5.

**Bagratee 2009** *{published data only}*

Bagratee J, Regan L, Khullar V, Moodley J, Connolly C. Does the volume of retained products of conception and hormonal parameters influence the success of conservative methods of management of first trimester miscarriage?. *International Journal of Gynecology & Obstetrics* 2009;**107** (Suppl 2):S116.

**Bangkok 2003** *{published data only}*

Chittacharoen A, Herabutya Y, Punyavachira P. A randomized trial of oral and vaginal misoprostol to manage delivery in cases of fetal death. *Obstetrics & Gynecology* 2003;**101**:70–3.

**Bani-Irshaid 2006** *{published data only}*

Bani-Irshaid I, Athamneh TZ, Bani-Khaled D, Al-Momani M, Dahamsheh H. Termination of second and early third trimester pregnancy: comparison of 3 methods. *Eastern Mediterranean Health Journal* 2006;**12**(5):605–9.

**Behrashi 2008** *{published data only}*

Behrashi M, Mahdian M. Vaginal versus oral misoprostol for second-trimester pregnancy termination: a randomized trial. *Pakistan Journal of Biological Sciences* 2008;**11**(21): 2505–8.

**Behrashi 2010** *{published data only}*

Behrashi M. Comparison between the oral and vaginal misoprostol effects on pregnancy termination in second trimester. IRCT Iranian Registry of Clinical Trials (www.irct.ir) (accessed 6 December 2010).

Pet. Ref. 229

**Ben-Meir 2009** {published data only}
    Ben-Meir A, Erez Y, Feigenberg T, Hamani Y, Laufer N, Rojansky N. Mifepristone followed by high-dose oxytocin drip for second-trimester abortion: a randomized, double-blind, placebo-controlled, pilot study. *Journal of Reproductive Medicine* 2009;**54**(8):511–6.

**Betstadt 2008** {published data only}
    Betstadt S. MiMi: a randomized trial of mifepristone and misoprostol for treatment of early pregnancy failure. http://clinicaltrials.gov/ct2/show/NCT00468299 (accessed 20 February 2008).

**Bique 2007** {published data only}
    Bique C, Usta M, Debora B, Chong E, Westheimer E, Winikoff B. Comparison of misoprostol and manual vacuum aspiration for the treatment of incomplete abortion. *International Journal of Gynecology & Obstetrics* 2007;**98**(3): 222–6.

**Biswas 2007** {published data only}
    Biswas SC, Dey R, Jana R, Chattopadhyay N. Comparative study of intravaginal misoprostol and extra amniotic ethacridine lactate instillation for mid trimester pregnancy termination. *Journal of Obstetrics and Gynaecology of India* 2007;**57**(3):211–3.

**Blohm 2005** {published data only}
    Blohm F, Friden BE, Milsom I, Platz-Christensen JJ, Nielsen S. A randomised double blind trial comparing misoprostol or placebo in the management of early miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2005; **112**(8):1090–5.

**Brouns 2010** {published data only}
    Brouns JF, van Wely M, Burger MP, van Wijngaarden WJ. Comparison of two dose regimens of misoprostol for second-trimester pregnancy termination. *Contraception* 2010;**82**(3):266–75.

**Cabrol 1990a** {published data only}
    Cabrol D, Dubois C, Cronje H, Gonnet JM, Guillot M, Maria B, et al.Induction of labor with mifepristone (RU 486) in intrauterine fetal death. *American Journal of Obstetrics and Gynecology* 1990;**163**:540–2.

**Caliskan 2005** {published data only}
    Caliskan E, Dilbaz S, Doger E, Ozeren S, Dilbaz B. Randomized comparison of 3 misoprostol protocols for abortion induction at 13-20 weeks of gestation. *Journal of Reproductive Medicine* 2005;**50**(3):173–80.

**Caliskan 2009** {published data only}
    Caliskan E, Doger E, Cakiroglu Y, Corakci A, Yucesoy I. Sublingual misoprostol 100 microgram versus 200 microgram for second trimester abortion: a randomised trial. *European Journal of Contraception & Reproductive Health Care* 2009;**14**(1):55–60.

**Chen 2008** {published data only}
    Chen BA, Reeves MF, Creinin MD, Gilles JM, Barnhart K, Westhoff C, et al.Misoprostol for treatment of early pregnancy failure in women with previous uterine surgery. *American Journal of Obstetrics & Gynecology* 2008;**198**(6): 626.e1–5.

**Creinin 2006** {published data only}
    Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J, et al.Factors related to successful misoprostol treatment for early pregnancy failure. *Obstetrics & Gynecology* 2006;**107**(4):901–7.

**Dabash 2009** {published data only}
    Dabash R, Cherine M, Darwish E, Blum J, Hassanein N, Abdel Daiem T, et al.Bleeding following surgical (MVA) and medical (400 ug sublingual misoprostol) treatment of incomplete abortion. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S150–1.

**Dao 2007** {published data only}
    Dao B, Blum J, Thieba B, Raghavan S, Ouedraego M, Lankoande J, et al.Is misoprostol a safe, effective and acceptable alternative to manual vacuum aspiration for postabortion care? Results from a randomised trial in Burkina Faso, West Africa. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1368–75.

**David 2005** {published data only}
    David M, Chen FCK. Comparison of isosorbide mononitrate (Mono Mack) and misoprostol (Cytotec) for cervical ripening in the first trimester missed abortion. *Archives of Gynecology and Obstetrics* 2005;**273**(3):144–5.

**Davis 2007** {published data only}
    Davis AR, Hendlish SK, Westhoff C, Frederick MM, Zhang J, Gilles JM, et al.Bleeding patterns after misoprostol vs surgical treatment of early pregnancy failure: results from a randomized trial. *American Journal of Obstetrics and Gynecology* 2007;**196**(1):31.

**Diop 2009** {published data only}
    Diop A, Raghavan S, Rakotovao JP, Comendant R, Blumenthal PD, Winikoff B. Two routes of administration for misoprostol in the treatment of incomplete abortion: a randomized clinical trial. *Contraception* 2009;**79**(6): 456–62.

**Elhassan 2008** {published data only}
    Elhassan EM, Abubaker MS, Adam I. Sublingual compared with oral and vaginal misoprostol for termination of pregnancy with second-trimester fetal demise. *International Journal of Gynecology & Obstetrics* 2008;**100**(1):82–3.

**Eslamian 2007** {published data only}
    Eslamian L, Gosili R, Jamal A, Alyassin A. A prospective randomized controlled trial of two regimens of vaginal misoprostol in second trimester termination of pregnancy. *Acta Medica Iranica* 2007;**45**(6):497–500.

**Fang 2009** {published data only}
    Fang AH, Chen QF, Zheng W, Li YH, Chen RY. Termination of missed abortion in a combined procedure: a randomized controlled trial. *Journal of Reproduction and Contraception* 2009;**20**(1):45–9.

**Fiala 2005** {published data only}
    Fiala C, Swahn ML, Stephansson O, Gemzell-Danielsson K. The effect of non-steroidal anti-inflammatory drugs on medical abortion with mifepristone and misoprostol at 13-

Pet. Ref. 230

22 weeks gestation. *Human Reproduction* 2005;**20**(11): 3072–7.

**Guix 2005**  *{published data only}*
Guix C, Palacio M, Figueras F, Bennasar M, Zamora L, Coll O, et al.Efficacy of two regimens of misoprostol for early second-trimester pregnancy termination. *Fetal Diagnosis and Therapy* 2005;**20**(6):544–8.

**Halimi 2004**  *{published data only}*
Halimi M. Therapeutic termination of second trimester pregnancy: a comparison of extra-amniotic foley's catheter balloon alone with the combined use of foley's catheter balloon and extra-amniotic instillation of prostaglandin f2-alpha. *Journal of Postgraduate Medical Institute* 2004;**18**(3): 408–18.

**Harwood 2008**  *{published data only}*
Harwood B, Nansel T, for theNIofCHandHDMofEPFT. Quality of life and acceptability of medical versus surgical management of early pregnancy failure. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115** (4):501–8.

**Hassan 2007**  *{published data only}*
Hassan FI, Mostapha MK, Sattar MA, Marouf E, Azim SA. Oral versus rectal route of misoprostol administration: a randomized controlled trial. *Middle East Fertility Society Journal* 2007;**12**(1):53–6.

**Herabutya 1997a**  *{published data only}*
Herabutya Y, O-Prasertsawat P. A comparison of intravaginal misoprostol with intracervical prostaglandin E2 gel for the management of dead fetus in utero. *Thai Journal of Obstetrics and Gynaecology* 1997;**9**(2):95–8.

**Hidar 2005**  *{published data only}*
Hidar S, Bouddebous M, Chaieb A, Jerbi M, Bibi M, Khairi H. Randomized controlled trial of vaginal misoprostol versus vaginal misoprostol and isosorbide dinitrate for termination of pregnancy at 13-29 weeks. *Archives of Gynecology and Obstetrics* 2005;**273**(3):157–60.

**Hughes 1996**  *{published data only}*
Hughes J, Ryan M, Hinshaw K, Henshaw R, Rispin R, Templeton A. The costs of treating miscarriage: a comparison of medical and surgical management. *British Journal of Obstetrics and Gynaecology* 1996;**103**(12): 1217–21.

**Imran 2010**  *{published data only}*
Imran F, Anser A, Danish N, Fatima N. Misoprostol for the purpose of mid-trimester termination of pregnancy: a comparative study with prostaglandin F2 alpha. *Journal of Ayub Medical College, Abbottabad: JAMC* 2010;**22**(4): 87–91.

**Islam 2006**  *{published data only}*
Islam A, Abbasi AN, Sarwar I. Use of Foley's catheter and prostaglandin F-2 alpha in second trimester termination of pregnancy. *Journal of Ayub Medical College, Abbottabad* 2006;**18**(3):35–9.

**Jabir 2009**  *{published data only}*
Jabir M, Smeet R. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of

first trimester missed miscarriage. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S209.

**Jabir 2009a**  *{published data only}*
Jabir M, Smeet RI. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of first trimester missed miscarriage. *Saudi Medical Journal* 2009; **30**(1):82–7.

**Kamal 2005**  *{published data only}*
Kamal R, Parveeen F, Mazhar SB. Role of misoprostol in vaginal versus double oro-vaginal route for termination of pregnancy in mid trimester pregnancy. *Annals of Pakistan Institute of Medical Sciences* 2005;**1**(4):196–200.

**Kapp 2007**  *{published data only}*
Kapp N, Todd CS, Yadgarova KT, Alibayeva G, Nazarova D, Loza O, et al.A randomized comparison of misoprostol to intrauterine instillation of hypertonic saline plus a prostaglandin F2alpha analogue for second-trimester induction termination in Uzbekistan. *Contraception* 2007; **76**(6):461–6.

**Kurshid 2010**  *{published data only}*
Kurshid R, Ahmed A, Mir S, Ul Shamas I. To assess the efficacy of two regimens of misoprostol for second trimester pregnancy termination-a randomized comparison. Internet Journal of Gynecology and Obstetrics 2010; Vol. 14, issue 1.

**Kushwah 2009**  *{published data only}*
Kushwah B, Singh A. Sublingual versus oral misoprostol for uterine evacuation following early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2009;**106** (1):43–5.

**Kushwah 2011**  *{published data only}*
Kushwah DS, Kushwah B, Salman MT, Verma VK. Acceptability and safety profile of oral and sublingual misoprostol for uterine evacuation following early fetal demise. *Indian Journal of Pharmacology* 2011;**43**(3): 306–10.

**Lahore 1999**  *{published data only}*
Amjad T, Akhtar S. Termination of pregnancy with foetal death in second trimester: Foley's catheter versus extra amniotic prostaglandins. *Journal of College of Physicians & Surgeons Pakistan* 1999;**9**:403–5.

**Lughmani 2007**  *{published data only}*
Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. Double blind randomized trial [abstract]. 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:209.

**Lughmani 2008**  *{published data only}*
Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(s1):179.

**Mahjabeen, 2009**  *{published data only}*
Mahjabeen, Khawaja NP, Rehman R. Comparison of oral versus vaginal misoprostol for mid-trimester pregnancy

Pet. Ref. 231

termination. *Journal of the College of Physicians & Surgeons Pakistan* 2009;**19**(6):359–62.

**Montesinos 2011**  *{published data only}*

Montesinos R, Durocher J, Leon W, Arellano M, Pena M, Pinto E, et al.Oral misoprostol for the management of incomplete abortion in Ecuador. *International Journal of Gynecology & Obstetrics* 2011;**115**(2):135–9.

**Moran 2005**  *{published data only}*

Moran T, Deutsch R. Methotrexate/misoprostol vs. a more standard approach for termination of pregnancies of undetermined location: a randomized, controlled trial. *Journal of Reproductive Medicine* 2005;**50**(10):784–92.

**Mostafa-Gharebaghi 2010**  *{published data only}*

Mostafa-Gharebaghi P, Mansourfar M, Sadeghi-Bazargani H. Low dose vaginal misoprostol versus prostaglandin E2 suppository for early uterine evacuation: a randomized clinical trial. *Pakistan Journal of Biological Sciences* 2010;**13**(19):946–50.

**Mulayim 2009**  *{published data only}*

Mulayim B, Celik NY, Onalan G, Zeyneloglu HB, Kuscu E. Sublingual misoprostol after surgical management of early termination of pregnancy. *Fertility & Sterility* 2009;**92**(2):678–81.

**Nasreen 2009**  *{published data only}*

Nasreen Z. What for early pregnancy failure manual vacuum aspiration (MVA) with small dose misoprostol or misoprostol alone?. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S539–40.

**Nassar 2006**  *{published data only}*

Nassar AH. A randomized trial of two regimens of misoprostol for second trimester termination for intrauterine fetal death (ongoing trial). ClinicalTrials.gov (http://clinicaltrials.gov/) (accessed 21 March 2006) 2006.

**Nguyen 2005**  *{published data only}*

Nguyen TN, Blum J, Durocher J, Quan TT, Winikoff B. A randomized controlled study comparing 600 versus 1,200 micrograms oral misoprostol for medical management of incomplete abortion. *Contraception* 2005;**72**(6):438–42.

**Niinimaki 2006**  *{published data only}*

Niinimaki M, Jouppila P, Martikainen H, Talvensaari-Mattila A. A randomized study comparing efficacy and patient satisfaction in medical or surgical treatment of miscarriage. *Fertility and Sterility* 2006;**86**(2):367–72.

**Niinimaki 2009**  *{published data only}*

Niinimaki M, Karinen P, Hartikainen AL, Pouta A. Treating miscarriages: a randomised study of cost-effectiveness in medical or surgical choice. *BJOG: an international journal of obstetrics and gynaecology* 2009;**116**(7):984–90.

**Nor 2006**  *{published data only}*

Nor Azlin MI, Abdullah HS, Zainul Rashid MR, Jamil MA. Misoprostol (alone) in second trimester terminations of pregnancy: as effective as Gemeprost?. *Journal of Obstetrics and Gynaecology* 2006;**26**(6):546–9.

**Nuthalapaty 2005**  *{published data only}*

Nuthalapaty FS, Ramsey PS, Biggio JR, Owen J. High-dose vaginal misoprostol versus concentrated oxytocin plus low-dose vaginal misoprostol for midtrimester labor induction: a randomized trial. *American Journal of Obstetrics and Gynecology* 2005;**193**(3 Pt 2):1065–70.

**Paritakul 2010**  *{published data only}*

Paritakul P, Phupong V. Comparative study between oral and sublingual 600 microg misoprostol for the treatment of incomplete abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(5):978–83.

**Petrou 2006**  *{published data only}*

Petrou S, Trinder J, Brocklehurst P, Smith L. Economic evaluation of alternative management methods of first-trimester miscarriage based on results from the MIST trial. *BJOG: An International Journal of Obstetrics & Gynaecology* 2006;**113**(8):879–89.

**Prasartsakulchai 2004**  *{published data only}*

Prasartsakulchai C, Tanniradorn Y. A comparison of vaginal misoprostol 800 microg versus 400 microg in early pregnancy failure: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2004;**87 Suppl 3**: S18–23.

**Ramadan 2009**  *{published data only}*

Ramadan MC. Misoprostol versus MVA for incomplete abortion: results from a randomized controlled trial in Egypt. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S68–9.

**Rausch 2012**  *{published data only}*

Rausch M, Lorch S, Chung K, Frederick M, Zhang J, Barnhart K. A cost-effectiveness analysis of surgical versus medical management of early pregnancy loss. *Fertility and Sterility* 2012;**97**(1):355–60.e1.

**Reeves 2006**  *{published data only}*

Reeves MF, Lohr PA, Harwood B, Creinin MD. Sonographic findings after misoprostol or vacuum aspiration for early pregnancy failure. *Contraception* 2006;**74**(2):182.

**Reeves 2008**  *{published data only}*

Reeves MF, Lohr PA, Harwood BJ, Creinin MD. Ultrasonographic endometrial thickness after medical and surgical management of early pregnancy failure. *Obstetrics & Gynecology* 2008;**111**(1):106–12.

**Rita 2006**  *{published data only}*

Rita Gupta S, Kumar S. A randomised comparison of oral and vaginal misoprostol for medical management of first trimester missed abortion. *JK Science* 2006;**8**(1):35–8.

**Rivero-Lopez 1998**  *{published data only}*

Rivero-Lopez E, Marquez-Maraver F, Duenas-Diez JL, Cabezas-Sanchez B. Deferred miscarriage: effectiveness of intravaginal misoprostol versus laminaria alone [Aborto diferido: eficacia del misoprostol intravaginal versus la aplicacion de tallos de laminaria]. *Progresos de Obstetricia y Ginecologia* 1998;**41**:579–81.

Pet. Ref. 232

**Robledo 2007** *{published data only}*

Robledo C, Zhang J, Troendle J, Barnhart K, Creinin MD, Westhoff C, et al.Clinical indicators for success of misoprostol treatment after early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2007;**99**(1): 46–51.

**Rosenberg 2006** *{published data only}*

Rosenberg P. Expectant versus immediate medical management for the evacuation of the nonevolutives pregnancies before 13 GW (ongoing trial). ClinicalTrials.gov (http://clinicaltrials.gov/) (accessed 21 March 2006) 2006.

**Ruangchainikhom 2006** *{published data only}*

Ruangchainikhom W, Phongphissanou E, Bhekasuta J, Sarapak S. Effectiveness of 400 or 600 micrograms of vaginal misoprostol for terminations of early pregnancies. *Journal of the Medical Association of Thailand* 2006;**89**(7): 928–33.

**Saichua 2009** *{published data only}*

Saichua C, Phupong V. A randomized controlled trial comparing powdery sublingual misoprostol and sublingual misoprostol tablet for management of embryonic death or anembryonic pregnancy. *Archives of Gynecology and Obstetrics* 2009;**280**(3):431–5.

**Sathapanachai 2000** *{published data only}*

Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum. *Thai Journal of Obstetrics and Gynaecology* 2000;**12**(4):363.

**Shah 2010** *{published data only}*

Shah N, Azam SI, Khan NH. Sublingual versus vaginal misoprostol in the management of missed miscarriage. *JPMA - Journal of the Pakistan Medical Association* 2010;**60** (2):113–6.

**Shaikh 2008** *{published data only}*

Shaikh ZAN. Comparison between misoprostol alone and misoprostol with manual vacuum aspiration for the treatment of missed and incomplete miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115** (s1):83.

**Shelley 2005** *{published data only}*

Shelley JM, Healy D, Grover S. A randomised trial of surgical, medical and expectant management of first trimester spontaneous miscarriage. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2005;**45**: 122–7.

**Shobeira 2007** *{published data only}*

Shobeira JM, Atashkhoii S. Second trimester pregnancy termination by intravaginal and parenteral form of prostaglandin E2 [abstract]. 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:210.

**Shokry 2009** *{published data only}*

Shokry M, Shahin AY, Fathalla MM, Shaaban OM. Oral misoprostol reduces vaginal bleeding following surgical evacuation for first trimester spontaneous abortion. *International Journal of Gynecology & Obstetrics* 2009;**107** (2):117–20.

**Shwekerela 2007** *{published data only}*

Shwekerela B, Kalumuna R, Kipingili R, Mashaka N, Westheimer E, Clark W, et al.Misoprostol for treatment of incomplete abortion at the regional hospital level: results from Tanzania. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1363–7.

**Smith 2006** *{published data only}*

Smith L. Extension to: randomised controlled trial of expectant, medical and surgical management of early miscarriage. Research Findings Register (www.refer.nhs.uk) (accessed 7 March 2006) 2006.

**Smith 2006a** *{published data only}*

Smith LF, Frost J, Levitas R, Bradley H, Garcia J. Women's experiences of three early miscarriage management options: a qualitative study. *British Journal of General Practice* 2006; **56**(524):198–205.

**Smith 2009** *{published data only}*

Smith LF, Ewings PD, Quinlan C. Incidence of pregnancy after expectant, medical, or surgical management of spontaneous first trimester miscarriage: long term follow-up of miscarriage treatment (MIST) randomised controlled trial. *BMJ* 2009;**339**:b3827.

**Srikhao 2005** *{published data only}*

Srikhao N, Tannirandorn Y. A comparison of vaginal misoprostol 800 microg versus 400 microg for anembryonic pregnancy: a randomized comparative trial. *Journal of the Medical Association of Thailand* 2005;**88**(Suppl 2):S41–7.

**Sripramote 2000** *{published data only}*

Sripramote M, Chatsuphang W. A randomized comparison of oral and vaginal misoprostol for cervical priming before uterine curettage in the first trimester of pregnancy. *Vajira Medical Journal* 2000;**44**:207–15.

**Stockheim 2006** *{published data only}*

Stockheim D, Machtinger R, Wiser A, Dulitzky M, Soriano D, Goldenberg M, et al.A randomized prospective study of misoprostol or mifepristone followed by misoprostol when needed for the treatment of women with early pregnancy failure. *Fertility and Sterility* 2006;**86**(4):956–60.

**Suchonwanit 1999** *{published data only}*

Suchonwanit P. Comparative study between vaginal misoprostol 200 mg and 400 mg in first trimester intrauterine fetal death and anembryonic gestation. *Thai Journal of Obstetrics and Gynaecology* 1999;**11**(4):263.

**Tam 2005** *{published data only}*

Tam WH, Tsui MH, Lok IH, Yip SK, Yuen PM, Chung TK. Long-term reproductive outcome subsequent to medical versus surgical treatment for miscarriage. *Human Reproduction* 2005;**20**(12):3355–9.

**Tang 2006** *{published data only}*

Tang OS, Ong CY, Tse KY, Ng EH, Lee SW, Ho PC. A randomized trial to compare the use of sublingual misoprostol with or without an additional 1 week course for the management of first trimester silent miscarriage. *Human Reproduction* 2006;**21**(1):189–92.

Pet. Ref. 233

**Tanha 2010**  *{published data only}*
Tanha FD. Comparison of the efficacy of two routes of misoprostol administration (sublingual and vaginal) for termination of second trimester pregnancy. IRCT Iranian Registry of Clinical Trials (www.irct.ir) (accessed 6 December 2010). IRCT138807272576N1 2010.

**Tanha 2010a**  *{published data only}*
Tanha FD, Feizi M, Shariat M. Sublingual versus vaginal misoprostol for the management of missed abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(3): 525–32.

**Taylor 2011**  *{published data only}*
Taylor J, Diop A, Blum J, Dolo O, Winikoff B. Oral misoprostol as an alternative to surgical management for incomplete abortion in Ghana. *International Journal of Gynecology & Obstetrics* 2011;**112**(1):40–4.

**Toptas 2011**  *{published data only}*
Toptas T, Mendilcioglu I, Simsek M, Taskin O. Comparison of intravaginal misoprostol alone to combination of intravaginal misoprostol and extraamniotic Foley catheter for the second trimester of pregnancies. *American Journal of Obstetrics and Gynecology* 2011;**204**(1 Suppl):S126.

**Torre 2012**  *{published data only}*
Torre A, Huchon C, Bussieres L, Machevin E, Camus E, Fauconnier A. Immediate versus delayed medical treatment for first-trimester miscarriage: a randomized trial. *American Journal of Obstetrics & Gynecology* 2012;**206**(3):215.e1–6.

**Trinder 2006**  *{published data only}*
Trinder J, Brocklehurst P, Porter R, Read M, Vyas S, Smith L. Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial). *BMJ* 2006;**332**(7552):1235–40.

**Van Mensel 2009**  *{published data only}*
Van Mensel K, Claerhout F, Debois P, Keirse MJNC, Hanssens M. A randomized controlled trial of misoprostol and sulprostone to end pregnancy after fetal death [Article ID 496320]. Obstetrics and Gynecology International 2009.

**Yilmaz 2005**  *{published data only}*
Yilmaz B, Kelekci S, Ertas IE, Kahyaoglu S, Ozel M, Sut N, et al.Misoprostol moistened with acetic acid or saline for second trimester pregnancy termination: a randomized prospective double-blind trial. *Human Reproduction* 2005; **20**(11):3067–71.

**Yilmaz 2007**  *{published data only}*
Yilmaz B, Kelekci S, Ertas IE, Ozel M, Sut N, Mollamahmutoglu L, et al.Randomized comparison of second trimester pregnancy termination utilizing saline moistened or dry misoprostol. *Archives of Gynecology and Obstetrics* 2007;**276**(5):511–6.

**Zanganeh 2010**  *{published data only}*
Zanganeh M. Comparing the effects of multiple doses of misoprostol with single dose of misoprostol plus oxitocin in induction of second trimester abortion. IRCT Iranian Registry of Clinical Trials (www.irct.ir) (accessed 6 December 2010).

**Zhang 2000**  *{published data only}*
Zhang C, Cheng W. A contrastive analysis of the efficacy of misoprostol and li fan nuo in intermediate term of pregnancy. *Journal of Wuhan University of Science and Technology (Natural Science Edition)* 2000;**23**(4):409–11.

### References to ongoing studies

**Australia 2000**  *{published data only}*
Louey K. Misoprostol for the medical management of miscarriage (RCT). Personal communication 2000.

**UK 1999**  *{published data only}*
Trinder J. Miscarriage Treatment Study (MIST). National Research Register www.nrr.nhs.uk (accessed 1999).

### Additional references

**Alfirevic 2001**
Alfirevic Z. Oral misoprostol for induction of labour. *Cochrane Database of Systematic Reviews* 2001, Issue 2.

**Ashok 1998**
Ashok PW, Penney GC, Flett GM, Templeton A. An effective regimen for early medical abortion: a report of 2000 consecutive cases. *Human Reproduction* 1998;**13**: 2962–5.

**Baulieu 1986**
Baulieu E, Ulmann A. Antiprogesterone activity of RU-486 and its contragestive and other applications. *Human Reproduction* 1986;**1**:107–10.

**Bugalho 1996**
Bugalho A, Faundes A, Jamisse L, Usfa M, Maria E, Bique C. Evaluation of the effectiveness of vaginal misoprostol to induce first trimester abortion. *Contraception* 1996;**53**: 244–6.

**Cameron 1986**
Cameron IT, Michie AF, Baird DT. Therapeutic abortion in early pregnancy with antiprogestogen RU486 alone or in combination with prostaglandin analogue (gemeprost). *Contraception* 1986;**34**(5):459–68.

**Costa 1993**
Costa SH, Vessey MP. Misoprostol and illegal abortion in Rio de Janeiro, Brazil. *Lancet* 1993;**341**:1258–61.

**Fonseca 1991**
Fonseca W, Alencar AJC, Mota FSB, Coelho HLL. Misoprostol and congenital malformations. *Lancet* 1991; **338**:56.

**Grudzinskas 1995**
Grudzinskas JG. Endocrinological and metabolical assessment of early pregnancy. In: Chamberlain G editor (s). *Turnbull's obstetrics*. London: Pearson Professional Ltd, 1995:185–93.

**Gulmezoglu 2004**
Gulmezoglu AM, Forna F, Villar J, Hofmeyr GJ. Prostaglandins for prevention of postpartum haemorrhage. *Cochrane Database of Systematic Reviews* 2004, Issue 1.

Pet. Ref. 234

**Hofmeyr 2003**
Hofmeyr GJ, Gulmezoglu AM. Vaginal misoprostol for cervical ripening and induction of labour. *Cochrane Database of Systematic Reviews* 2003, Issue 1.

**Howie 1995**
Howie PG. Abortion and ectopic pregnancy. In: Whitfield CR editor(s). *Dewhurst's Textbook of Obstetrics and Gynecology for Postgraduates*. Oxford: Blackwell Science Ltd, 1995:140–63.

**Kovacs 1984**
Kovacs L, Sas M, Resch BA, Ugocsai G, Swahn ML, Bygdeman, et al. Termination of very early pregnancy by RU 486--an antiprogestational compound. *Contraception* 1984; **29**(5):399–410.

**Kulier 2004**
Kulier R, Gulmezoglu AM, Hofmeyr GJ, Cheng LN, Campana A. Medical methods for first trimester abortion. *Cochrane Database of Systematic Reviews* 2004, Issue 1.

**Mousa 2003**
Mousa HA, Alfirevic Z. Treatment for primary postpartum haemorrhage. *Cochrane Database of Systematic Reviews* 2003, Issue 1.

**Muzonzini 2004**
Muzonzini G, Hofmeyr GJ. Buccal or sublingual misoprostol for cervical ripening and induction of labour. *Cochrane Database of Systematic Reviews* 2004, Issue 4.

**Nanda 2002**
Nanda K, Peloggia A, Nanda G, Grimes D. Expectant care versus surgical treatment for miscarriage. *Cochrane Database of Systematic Reviews* 2002, Issue 1.

**Neilson 1998**
Neilson JP. Ultrasound for fetal assessment in early pregnancy. *Cochrane Database of Systematic Reviews* 1998, Issue 4.

**Norman 1991**
Norman JE, Thong KJ, Baird DT. Uterine contractility and induction of abortion in early pregnancy by misoprostol and mifepristone. *Lancet* 1991;**338**:1233–6.

**Say 2002**
Say L, Kulier R, Gulmezoglu AM, Campana A. Medical versus surgical methods for first trimester termination of pregnancy. *Cochrane Database of Systematic Reviews* 2002, Issue 4.

**Senior 1993**
Senior J, Marshall K, Sangha R, Clayton JK. In vitro characterisation of prostanoid receptors on human myometrium at term pregnancy. *British Journal of Pharmacology* 1993;**108**:501–6.

**Simpson 1991**
Simpson JL. Fetal wastage. In: Gabe SG, Simpson JL editor(s). *Obsterics. Normal and problem pregnancies*. New York: Churchill Livingstone Inc, 1991:783–807.

**Vazquez 2000**
Vazquez JC, Hickey M, Neilson JP. Medical treatment for miscarriage. *Cochrane Database of Systematic Reviews* 2000, Issue 3.

**Zieman 1997**
Zieman M, Fong SK, Benowitz NL, Bankster D, Darney PD. Absorption kinetics of misoprostol with oral or vaginal administration. *Obstetrics & Gynecology* 1997;**90**:88–92.

* Indicates the major publication for the study

Pet. Ref. 235

# CHARACTERISTICS OF STUDIES

## Characteristics of included studies  *[ordered by study ID]*

**Al Inizi 2003**

| Methods | 'Random allocation'. Details unknown. |
| --- | --- |
| Participants | 60 women with early non-viable pregnancies diagnosed by ultrasound |
| Interventions | Vaginal misoprostol 400 mcg repeated twice a day to maximum of 1600 mcg (n = 27) versus dinoprostone (PGE2) vaginal tablets repeated 6 hourly intervals to maximum of 36 mg (n = 33) |
| Outcomes | Complete miscarriage/need for surgical evacuation. |
| Notes | Authors contacted. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
| --- | --- | --- |
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Autry 1999**

| Methods | Randomisation using a random number tables. Allocation concealment was accomplished in sequentially numbered opaque sealed envelopes made available at the time of enrollment in the study. Intention to treat analysis |
| --- | --- |
| Participants | 21 women diagnosed with a non-viable first trimester intrauterine pregnancy up to 49 days gestation. Evidence of non-viability included one of the following findings on TVS: 1) mean gestational sac diameter greater than 18 mm and no embryonic pole; 2) embryonic pole 5-10 mm without cardiac activity; 3) intrauterine gestational sac with abnormal hCG titers. Others entry criteria: 1) 18 years of age or greater; 2) closed cervix on digital exam; 3) no known intolerance or allergy to misoprostol or MTX; 4) hemoglobin of 9 g/dl or greater; 5) platelet count of 100,000/mcl or greater; 6) no history of blood clotting disorders; 7) no active liver or renal disease; 8) ability and willingness to comply with visit schedule; 9) hCG less than 40 000 IU/l; and 10) easy access to a telephone and transportation |
| Interventions | Combined group (n = 12): IM MTX 50 mg/m2 body surface area (day 1) followed two days later (day 3) by vaginal misoprostol 800 mcg (by vaginal placement of four 200 mcg-tablets of misoprostol). If the gestational sac was present vaginal misoprostol was repeated. Misoprostol only group (n = 9): four 200 mcg-tablets placed in the vagina on day 1. The remainder of the follow up was similar to that for combined group |
| Outcomes | Successful complete abortion: MTX plus misoprostol 12/12 vs misoprostol only 8/9. No blood transfusion or antibiotics. Positive urine pregnancy test at the initial follow-up appointment: 2/9 vs 7/7. Pain relief: 4/12 vs 4/9 |

Pet. Ref. 236

**Autry 1999**   *(Continued)*

| Notes | Wisconsin, Milwaukee, USA. All women received: 1) prescription for 10 tablets acetaminophen with codeine (300 mg/30 mg) and 8 tablets of ibuprofen (600 mg); 2) instruction sheet including phone number to contact physician 24 hours/day; and a diary sheet to record symptoms, side-effects, and pain medication use. Data about side-effects (headache, nausea and emesis) and women's satisfaction reported as no separate data. Authors conclude that both treatments are effective regimens for the complete evacuation of non-viable early first trimester pregnancy, and represent a reasonable alternative for women wishing to avoid surgery |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Bagratee 2004**

| Methods | Computer-generated random allocation of study number. Numbered envelopes containing misoprostol or placebo |
|---|---|
| Participants | 104 women who attended Early Pregnancy Unit, St Mary's Hospital, with incomplete miscarriage or early pregnancy failure < 13 weeks |
| Interventions | 600 mcg misoprostol (n = 52) or placebo [expectant management] (n = 52). Second dose next day unless complete miscarriage had occurred in meantime. Review day 7 and surgical evacuation if miscarriage not complete. Further review at day 14 |
| Outcomes | Primary: complete miscarriage without need for ERPC by day 7. Secondary outcomes: clinical, side-effects, satisfaction and future choices |
| Notes | Primary outcome reported for both non-viable pregnancies and incomplete miscarriages, but not for secondary outcomes. These will be added if authors can provide data separately for non-viable pregnancies and incomplete miscarriages |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

Pet. Ref. 237

**Creinin 1997**

| | |
|---|---|
| Methods | Sealed, numbered, sequential envelopes containing instructions based on computer-generated random number table |
| Participants | 20 women with non-viable pregnancies diagnosed by transvaginal ultrasound; < 9 weeks; closed cervix; no contra-indication to misoprostol; no heavy bleeding |
| Interventions | 400 mcg misoprostol orally, repeated after 24 hours if the pregnancy had not been expelled (n = 12); vaginal misoprostol 800 mcg - repeated after 24 hours if necessary (as above) (n = 8). Surgical evacuation offered to women in both groups after 48 hours if treatment unsuccessful |
| Outcomes | Miscarriage; pain (visual analogue scale); side-effects. |
| Notes | Pilot study. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Demetroulis 2001**

| | |
|---|---|
| Methods | Randomisation by opening sealed opaque envelope containing computer generated allocation code number. No attempt at masking given the manifest differences between medical and surgical interventions |
| Participants | 80 women with incomplete miscarriage or anembryonic pregnancy or missed miscarriage < 13 weeks, diagnosed by ultrasound. The data in this review are derived only from the subgroup with non-viable pregnancies (n = 50) and not those with incomplete miscarriages. Women were reviewed 8-10 hours after medical treatment; if they had empty uteruses on ultrasound examination they were discharged home; if not, surgical evacuation was arranged |
| Interventions | Vaginal misoprostol 800 mcg once only (n = 26) versus surgical evacuation of the uterus (n = 24) |
| Outcomes | Need for surgical evacuation, symptoms including pain and bleeding, 'satisfaction' |
| Notes | Authors contacted for information on outcomes according to indication for treatment. Only usable data currently available are on incidence of surgical evacuation |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

Pet. Ref. 238

**Egarter 1995**

| | |
|---|---|
| Methods | Women "randomly assigned"; no details. |
| Participants | 87 women in Austria with non-viable pregnancies between 8 and 12 weeks, diagnosed by ultrasound |
| Interventions | Vaginal gemeprost 1 mg every 3 hours up to maximum of 3 mg daily for 2 days (n = 43) versus uterine curettage (n = 44) |
| Outcomes | Need for surgical curettage. Adverse effects. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Eng 1997\***

| | |
|---|---|
| Methods | Randomised by "blindly picking a sealed number from a box". Treatment allocation was then based on whether the number was odd or even |
| Participants | 50 women with intrauterine fetal death at 13-26 weeks of pregnancy |
| Interventions | Vaginal misoprostol 200 mcg 3-hourly up to a maximum dose of 1200 mcg (n = 25) versus vaginal gemeprost 1 mg 3-hourly up to a maximum dose of 5 mg (n = 25) |
| Outcomes | Main outcome - "treatment failure" defined as failure to miscarry within 24 hours, or side-effects severe enough to preclude use of additional dose of drug |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | High risk | C - Inadequate |

**Fadalla 2004\***

| | |
|---|---|
| Methods | "Randomised"; no details. |
| Participants | 70 women in the Wad Medeni Teaching Hospital, Sudan, with fetal deaths between 13 and 28 weeks, diagnosed by ultrasound |

Pet. Ref. 239

**Fadalla 2004\*** *(Continued)*

| | |
|---|---|
| Interventions | Oral misoprostol (n = 35) versus vaginal misoprostol (n = 35) - both administered as 100 mcg tablets 4-hourly until initiation of labour |
| Outcomes | Time to delivery; oxytocin infusion; manual removal of placenta |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Gilles 2004**

| | |
|---|---|
| Methods | Random allocation by computer-automated telephone response system. Stratification by pregnancy type. Random permuted blocks of size 4 or 8 |
| Participants | 80 women with anembryonic pregnancy < 46 mm sac diameter or embryonic/fetal death with crown-rump length < 41 mm. Four centres |
| Interventions | "Wet misoprostol" 800 mcg + 2 ml saline vaginally (n = 41) versus "dry misoprostol" (as above without saline) (n = 39). Second dose given day 3 if no miscarriage |
| Outcomes | Primary outcome: miscarriage without need for curettage before 30 days. Secondary outcomes: miscarriage < 3, < 8 and < 15 days; side-effects, women's views |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Graziosi 2004**

| | |
|---|---|
| Methods | Consent for study obtained at time of diagnosis of early pregnancy failure. Randomised after at least one week of expectant management. Computer programme with block randomisation sequence. Stratification by previous vaginal birth; Gestational age < or > 10 weeks; centre |
| Participants | 154 women with ultrasound-diagnosed early pregnancy failure - either anembryonic pregnancy or fetal death at 6-14 weeks. 6 centre study in Netherlands |

Pet. Ref. 240

**Graziosi 2004**    *(Continued)*

| | |
|---|---|
| Interventions | Vaginal misoprostol 800 mcg; repeated after 24 hours if ultrasound indicated remaining tissue in the uterus. Curettage after 3 days if miscarriage hadn't occurred or was incomplete (n = 79) or suction curettage within a week of randomisation (n = 75) |
| Outcomes | Primary: complete evacuation. Secondary: side-effects, pain and need for analgesia, intensity/duration of bleeding |
| Notes | Of 241 eligible women, 87 (36%) declined to participate and chose curettage |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Heard 2002**

| | |
|---|---|
| Methods | "Randomized" - no details. |
| Participants | 33 women with "missed abortion". |
| Interventions | Vaginal misoprostol 400 mcg (n = 12) versus 800 mcg (n = 21) |
| Outcomes | Only usable outcome reported in abstract was miscarriage. |
| Notes | Abstract - no explanation for unbalanced numbers. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Herabutya 1997**

| | |
|---|---|
| Methods | "Random allocation" but method not discussed in paper. |
| Participants | 84 women with ultrasound confirmation of fetal death with uterine size < 14 weeks, no bleeding, and cervix closed |
| Interventions | Misoprostol (200 micrograms vaginally) (n = 42) or vaginal placebo (n = 42) on admission to hospital |
| Outcomes | Primary outcome was miscarriage within 24 hours of treatment. Some information available on complications |

Pet. Ref. 241

**Herabutya 1997** *(Continued)*

| Notes | Much of the outcome data reported describes only the subgroups who did miscarry before surgical evacuation |
|---|---|

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Jain 1996\***

| Methods | "Random number table". |
|---|---|
| Participants | 70 women in Los Angeles, USA, with either fetal death (n = 40) or medical or genetic indications for termination of pregnancy (n = 30) at 12-22 weeks. Only data from pregnancies complicated by fetal death included here |
| Interventions | Vaginal misoprostol 200 mcg 12-hourly plus laminaria tents (n = 20) versus vaginal misoprostol 200 mcg 12-hourly alone |
| Outcomes | Miscarriage. |
| Notes | Adverse effects are described for the groups as wholes, so are not included here. 2 women excluded from analyses - 1 protocol violation; 1 was found to have interstitial ectopic pregnancy |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Kara 1999\***

| Methods | "Random allocation". No details. |
|---|---|
| Participants | 65 women in Istanbul, Turkey, with ultrasound-diagnosed fetal death in second trimester |
| Interventions | Vaginal misoprostol 200 mcg (n = 32) versus intracervical dinoproston 0.5 mg (n = 33). Intravenous oxytocin started after 6 hours if no 'effective contractions' |
| Outcomes | Complete miscarriage. Adverse effects. |
| Notes | Misoprostol dose reported as 200 mg. Assumed to be 200 mcg. Time to miscarriage not included as standard deviations seem incorrect |

Pet. Ref. 242

**Kara 1999\***    *(Continued)*

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|------|--------------------|-----------------------|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Kovavisarach 2002**

| | |
|---|---|
| Methods | "Random allocation". Method not discussed. |
| Participants | 54 women with anembryonic pregnancies < 12 weeks diagnosed by TVS. Single centre study in Bangkok, Thailand |
| Interventions | Vaginal misoprostol 400 mcg (n = 27) or placebo (n = 27). Reviewed after 24 hours and curettage offered if no or incomplete miscarriage. Further review after 1 week |
| Outcomes | Primary: complete miscarriage within 24 hours of treatment. |
| Notes | |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|------|--------------------|-----------------------|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Kovavisarach 2005**

| | |
|---|---|
| Methods | Random allocation using sealed, sequentially numbered envelopes, prepared using published table of random numbers |
| Participants | 114 women in Bangkok, Thailand, with non-viable pregnancies (anembryonic or fetal deaths) at < 12 weeks, diagnosed by TVS. Women with open cervices were not eligible for recruitment |
| Interventions | Vaginal misoprostol 600 mcg (n = 57) or 800 mcg (n = 57). If complete miscarriage not effected within 24 hours, or if clinical circumstances dictated (pain, bleeding), uterine curettage was performed |
| Outcomes | Primary: complete miscarriage without need for uterine curettage within 24 hours. Secondary: adverse effects |
| Notes | |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|------|--------------------|-----------------------|

Pet. Ref. 243

**Kovavisarach 2005**   *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Lelaidier 1993**

| | |
|---|---|
| Methods | Drug or identical placebo supplied by pharmacy using randomisation list using permutation blocks of four |
| Participants | 46 women with non-viable pregnancies diagnosed by ultrasound on two examinations separated by one week. < 14 weeks. No bleeding or pain |
| Interventions | Mifepristone 600 mg orally (n = 23) or placebo (n = 23). All women were reviewed after 5 days and if miscarriage had not occurred, surgical evacuation was performed that day |
| Outcomes | Primary outcome was expulsion of the pregnancy. Symptoms also recorded |
| Notes | Two women in the placebo group underwent surgical evacuation by private practitioners before 5th day review. Both were in the process of miscarriage and were classed as expulsion positive; no information available on symptoms |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Lister 2005**

| | |
|---|---|
| Methods | Random allocation - blocked and stratified by physician office and by day of recruitment - day of diagnosis, or after day of diagnosis |
| Participants | 34 women in Columbus, Ohio, USA, with early pregnancy failure (anembryonic pregnancies or early fetal deaths) diagnosed by TVS |
| Interventions | Vaginal misoprostol 800 mcg, repeated after 24 hours if sac still present on TVS (n = 18) or placebo (n = 16) |
| Outcomes | Primary: miscarriage complete at 48 hours. |
| Notes | Planned sample size 84 but trial stopped after interim analysis of first 36 women. Two women excluded from analysis - one protocol violation; one did not meet entry criteria. Two women did not come for assessment 2 weeks after initial treatment |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|

Pet. Ref. 244

**Lister 2005**   *(Continued)*

| Allocation concealment (selection bias) | Low risk | A - Adequate |
|---|---|---|

**Muffley 2002**

| | |
|---|---|
| Methods | Computer-generated random number table with blocked permutations - group assignments recorded in sealed opaque numbered envelopes |
| Participants | 50 women with non-viable pregnancies diagnosed by ultrasound (anembryonic or embryonic/fetal deaths) < 12 weeks. Exclusions: excessive bleeding, anaemia, unstable vital signs, coagulopathy, asthma or other contra-indication to prostaglandin treatment, infection, open cervix |
| Interventions | 800 mcg misoprostol vaginally, repeated after 24 hours if ultrasound showed tissue still present in uterus; final review after further 24 hours - if tissue still present, surgical evacuation performed (n = 25). Suction curettage (n = 25) |
| Outcomes | Primary outcome: miscarriage. |
| Notes | Analysis by intention to treat. Details about nausea, vomiting, diarrhoea reported only for misoprostol group |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Ngoc 2004**

| | |
|---|---|
| Methods | Randomised by opening sequentially numbered envelope - prepared by computer-generated code in blocks of 10 |
| Participants | 200 women in Ho Chi Minh City, Vietnam, with non-viable first trimester pregnancies (anembryonic or early fetal death) diagnosed by ultrasound; cervix closed |
| Interventions | Oral misoprostol 800 mcg (n = 100) versus vaginal misoprostol 800 mcg (n = 98). Women reviewed after 48 hours; if retained products present, they were given option of surgical evacuation or further review after another 5 days (when evacuation was performed if there were still products present) |
| Outcomes | Primary: complete miscarriage without need for surgical evacuation. Secondary: adverse effects |
| Notes | 2 women lost to follow up. |

*Risk of bias*

Pet. Ref. 245

**Ngoc 2004**    *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Nielsen 1999**

| Methods | Randomisation method not discussed in paper. |
|---|---|
| Participants | 122 women < 13 weeks with symptoms of threatened miscarriage (bleeding +/- pain), a closed cervix, and ultrasound demonstration of pregnancy non-viability (anembryonic pregnancy n = 44; embryonic/fetal death n = 46; 'complex mass with deformed gestational sac' n = 32). Surgical evacuation at day 5 if transvaginal ultrasound showed retained products > 15 mm diameter |
| Interventions | Mifepristone (400 mg orally) followed by oral misoprostol (400 micrograms) 48 hours later (n = 60) versus expectant management (n = 62) |
| Outcomes | Clinical events; routine transvaginal ultrasound at 5 days to identify retained products; visual analogue scale to assess pain at day 5; visual analogue scale to assess satisfaction at day 14 |
| Notes | Seeking clarification from authors if "complex mass with deformed gestational sac" represents missed or incomplete miscarriage. Data included in meantime |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | B - Unclear |

**Niromanesh 2005***

| Methods | Randomisation method not discussed in paper. |
|---|---|
| Participants | 100 women in Tehran, Iran, with fetal deaths between 14 and 25 weeks |
| Interventions | Vaginal misoprostol: 400 mcg (n = 50) versus 600 mcg (n = 50) - both 12-hourly for 48 hours |
| Outcomes | Miscarriage; surgical evacuation; adverse effects. |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|

Pet. Ref. 246

**Niromanesh 2005\***   *(Continued)*

| Allocation concealment (selection bias) | Unclear risk | B - Unclear |
|---|---|---|

**Tang 2003**

| Methods | Randomisation by "computer-generated random numbers". |
|---|---|
| Participants | 80 women with non-viable pregnancies diagnosed by ultrasound < 13 weeks |
| Interventions | Group 1: 600 mcg misoprostol sublingually every 3 hours for maximum of 3 doses (n = 40); Group 2: 600 mcg misoprostol vaginally every 3 hours for maximum of 3 doses (n = 40). Women discharged home after completion of treatment and reassessed day 7 - when surgical evacuation performed if gestation sac still present, or retained products of conception plus heavy bleeding |
| Outcomes | Primary outcome: complete miscarriage (defined as no need for surgical evacuation up until return of menstruation) |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

**Wood 2002**

| Methods | Computer-generated random number list in blocks. Pharmacy prepared numbered envelopes. Tablets not identical so placed by nurse in opaque vaginal introducer for physician to insert - to maintain allocation concealment |
|---|---|
| Participants | 50 women with ultrasound diagnosed non-viable pregnancies. Gestational age 7-17 weeks but women not included if fetal size by ultrasound > 12 weeks equivalent. Also excluded from recruitment if experiencing uterine cramping or bleeding |
| Interventions | Misoprostol (800 mcg vaginally) (n = 25) or vaginal placebo (n = 25). If complete miscarriage not suspected after 24 hours, treatment was repeated. At 48 hours, if no miscarriage or miscarriage thought to be incomplete, uterine curettage was offered |
| Outcomes | Sample size based on reduction of uterine curettage from 50% to 10%. Women's satisfaction also assessed, but are not included in analyses as data not reported from control group |
| Notes | Analysis by intention to treat. |

*Risk of bias*

Pet. Ref. 247

**Wood 2002**   *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Allocation concealment (selection bias) | Low risk | A - Adequate |

ERPC: evacuation of retained products of conception
hCG: human chorionic gonadotropin
IM: intramuscular
IU: international units
mcg: microgrammes
MTX: methotrexate
POCs: products of conception
TVS: transvaginal sonography
vs: versus

## Characteristics of excluded studies  *[ordered by study ID]*

| Study | Reason for exclusion |
|---|---|
| Abdel Fattah 1997 | Conference abstract. No information about gestational age but, given title, probably includes pregnancies > 24 weeks as well as < 24 weeks |
| Almog 2005 | Termination of 'viable' pregnancies - mainly with fetal anomalies |
| Anderman 2000 | Conference abstract. Includes pregnancies > 24 weeks as well as < 24 weeks |
| Avila-Vergara 1997 | Intrauterine deaths mainly third trimester. |
| Bebbington 2002 | Termination of viable pregnancies. |
| Cabrol 1990 | Trial of mifepristone for induction of labour after intrauterine death - but mainly late second and third trimester pregnancies |
| Clevin 2001 | Abstract in Danish. A prospective, randomised study carried out to clarify the effect of vaginal administration of a prostaglandin E1 analogue (gemeprost) versus surgical management (curettage) on miscarriages at up to twelve weeks of gestation. Three groups: 1 (n = 27), 2A (n = 17) and 2B (n = 17) , allocated according the endometrial thickness. The measured outcomes were reduction of endometrial thickness, duration of vaginal bleeding and pain, reported in a non-suitable format for analysis |
| David 2003 | Randomised trial (details of randomisation unclear) of two methods to soften the cervix before surgical evacuation for early non-viable pregnancies. No usable clinical data, given short timescale between treatment and surgery |

Pet. Ref. 248

*(Continued)*

| Dickinson 1998 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 14 and 28 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
|---|---|
| Dickinson 2002 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 14 and 30 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Dickinson 2003 | Randomised trial comparing oral with vaginal administration of misoprostol to terminate pregnancies with fetal malformations - not non-viable pregnancies |
| Eppel 2005 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 14 and 23 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Feldman 2003 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 14 and 23 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Ghorab 1998 | Trial included women with fetal malformations for pregnancy termination, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Gonzalez 2001 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 14 and 23 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Grimes 2004 | Trial included women with other reasons for pregnancy termination, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Gronland 2002 | Not a randomised trial. Three centre study of women with non-viable pregnancies comparing three treatment regimens: misoprostol, mifepristone + misoprostol, surgical evacuation - with treatment regimen changing at each hospital every four months |
| Hausler 1997 | Prospective randomised controlled trial evaluating three interventions for complete spontaneous abortion. Diagnosis was based on positive pregnant test, vaginal bleeding and/or evacuation of tissue from the vagina, a closed uterine orifice with only slight bleeding on admission and a possible clear sonographic pregnancy diagnosis in the history. Interventions: A) n = 15 curettage; B) n = 20 only controlled and; C) n = 15 additionally treated for 10 days with an oral hormone intake of 2 mg norethisterone acetate and 0.01 mg ethinyl oestradiol 3 x day. Randomisation by sealed unmarked envelopes. 63 patients were included in the study and allocated randomly to each group. 13 women (20.6%) were excluded from the study after randomisation: 10 did not report for the planned follow-up control, one did not report for curettage, in one the height of the endometrium was > 8 mm and in one an ectopic pregnancy was diagnosed 6 days after the randomisation. The study only presents outcomes, in a non-suitable format, regarding hCG clearing time and duration of the secondary haemorrhage from the day of randomisation |
| Herabutya 2005 | RCT of misoprostol for terminating viable pregnancies. |

Pet. Ref. 249

*(Continued)*

| | |
|---|---|
| Hidar 2001 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 13 and 29 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Hill 1991 | Trial includes fetal deaths in both second and third trimesters |
| Hogg 2000 | Abstract. Trial included women with other reasons for pregnancy termination, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Jain 1994 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 12 and 22 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Jain 1999 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 12 and 22 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Johnson 1997 | Randomised controlled trial evaluating pain and bleeding and comparing surgical to medical treatment. Surgical arm (n = 12) uterine curettage under general anesthesia. Medical arm (n = 17) include three different participant conditions and treatments: a) no treatment if women had a complete abortion and uterine cavity echo (nyometrium-myometrium) less than 1.5 mm; b) women with incomplete abortion : 1 mg pessary of Gemeprost (Cervagem, May and Baker) and remained in hospital for 4 hours or until the had passed POC; and c) women with intact gestational sac (but non-viable fetus) 200 mg RU 486 (mifepristone) and then allowed home, readmitted 36-48 hours later for 1 mg of vaginal Cervagem. Data from each subgroup in the medical arm are not separated. The sample size is too small to detect any difference among such number of groups |
| Kanhai 1989 | Includes both second and third trimester fetal deaths. |
| Lippert 1978 | Second and third trimester fetal deaths. Not obviously randomised |
| Machtinger 2002 | Abstract. Appears to include both non-viable pregnancies and miscarriages. Await full report |
| Machtinger 2004 | Abstract. Appears to include both non-viable pregnancies and miscarriages. Await full report |
| Makhlouf 2003 | Not clear from paper if all pregnancies complicated by fetal death. Seeking clarification from authors |
| Martin 1965 | Allocation based on alternation, not randomisation. Alternation violated |
| Nakintu 2001 | Both second and third trimester fetal deaths. Seeking separate data from author |
| Ngai 2001 | Includes data on women with both non-viable pregnancies and incomplete miscarriages. If these data can be separated by the researchers, these data may be included in the future |
| Nuthalapaty 2004 | Abstract. Clinical indications for termination not described |
| Nuutila 1997 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 12 and 24 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |

Pet. Ref. 250

*(Continued)*

| Owen 1999 | Trial included women with fetal malformations and maternal indications for pregnancy termination between 16 and 24 weeks, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
|---|---|
| Paraskevaides 1992 | Small study of 16 women "randomised" to surgical evacuation or prostaglandin F2alpha or Trilostane treatment. No details about clinical presentation or ultrasound and clinical findings, but from abstract includes both women with non-viable pregnancies and incomplete miscarriage |
| Perry 1999 | Excluded women with fetal deaths. |
| Piotrowski 1979 | Not clear that this was a randomised trial. |
| Pongsatha 2004 | Trial excluded women with fetal deaths. |
| Ramsey 2004 | Trial included women with other reasons for pregnancy termination, as well as pregnancies with fetal death. Data will be included for the latter if these can be obtained from the authors |
| Roy 2003 | Abstract. Not clear if fetal death included as indication for termination |
| Salamalekis 1990 | Abstract only. Treatment allocation by alternation, not by randomisation |
| Su 2005 | Termination of pregnancy for fetal anomalies, social reasons or maternal disease; not for non-viable pregnancies |
| Surita 1997 | Abstract only. May include third trimester fetal deaths. |
| Thavarasah 1986 | Unclear from paper but allocation may have been by alternation. Will seek clarification from authors |
| Toppozada 1994 | Includes third trimester fetal deaths. |
| Yapar 1996 | Includes indications for termination other than fetal death. High degree of protocol violation (60/400). Results not presented as intention-to-treat |
| Zhang 2005 | Includes both non-viable pregnancies and miscarriages. Data will be included for the former if these can be obtained from the authors |

hCG: human chorionic gonadotropin
POC: products of conception
RCT: randomised controlled trial

Pet. Ref. 251

## Characteristics of ongoing studies   *[ordered by study ID]*

**Australia 2000**

| | |
|---|---|
| Trial name or title | Misoprostol for the medical management of miscarriage (randomised controlled trial) |
| Methods | |
| Participants | Women with a spontaneous incomplete or missed abortion up to and including 12 weeks' gestation |
| Interventions | Drugs and medications; surgery. |
| Outcomes | Primary outcome measures:<br>(1) need for evacuation of retained products of conception in theatre within 1 month of the intervention;<br>(2) infection requiring antibiotics;<br>(3) change in haemoglobin from pre-intervention to 72 hours and 4 weeks post-intervention.<br>Secondary outcomes: (1) side-effects e.g. nausea, vomiting, diarrhoea, abdominal pain;<br>(2) analgesia required in hospital - narcotics or oral;<br>(3) antiemetics required in hospital;<br>(4) duration of bleeding;<br>(5) complication rates based on ethnic extraction. |
| Starting date | April 1999. |
| Contact information | Katharine Louey<br>7 Eagle 11 Bridge Rd<br>Mackay Qld 4740<br>Australia<br>Tel: + 61 7 49531817<br>e-mail: klouey@mrbean.net.au |
| Notes | |

**UK 1999**

| | |
|---|---|
| Trial name or title | Miscarriage Treatment Study (MIST). |
| Methods | |
| Participants | Women with confirmed missed and incomplete miscarriage attending early pregnancy clinics, with gestational dates less than 91 days (13 weeks), or uterine cavity volume being less than 91 days. Other inclusion criteria: women can understand English, willing to be randomised to any treatment group and there is uncertainty about the best management. Exclusion criteria: severe haemorrhage, severe pain, pyrexia above 37.5 C, severe asthma, blood dyscrasia, diabetes, current anticoagulants or corticosteroid therapy, twin or higher order pregnancy, use of prostaglandin contra-indicated, cannot understand written English, refuses written consent |
| Interventions | Expectant group: sent home with written advice and analgesia. Medical group: will be admitted (immediately if incomplete miscarriage and 24-48 hours after oral administration of mifepristone if missed miscarriage) and vaginal misoprostol will be administered. Surgical group: as is current practice |

Pet. Ref. 252

**UK 1999**   *(Continued)*

| | |
|---|---|
| Outcomes | Primary outcome measure:<br>(1) gynecological infection within 14 days of the confirmation of miscarriage by TVS. Secondary outcome measures:<br>(1) treatment with antibiotic (within 14 days and 6 weeks);<br>(2) days of pain, days of vaginal bleeding, time off work, return to usual daily activities;<br>(3) haemoglobin and packed cell volume (both at 10-14 days), unplanned surgical ERPC or other admission (within 14 days or 6 weeks);<br>(4) complete evacuation of the uterus by TVS (at 10-14 days);<br>(5) depression anxiety and general health (at 6 weeks). |
| Starting date | |
| Contact information | Miss Lohanna Trinder<br>MIST Study Co-ordinating Center<br>Dept of Women's Health<br>Cotswold Center<br>Southmead Hospital<br>Bristol<br>BS10 5NB<br>UK<br>Tel: 01179595186<br>FAX 01179595178<br>e-mail: jo_trinder@msn.com.uk |
| Notes | |

ERPC: evacuation of retained products of conception
TVS: transvaginal sonography

Pet. Ref. 253

# DATA AND ANALYSES

**Comparison 1.   Vaginal misoprostol versus placebo**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage < 24 hours after treatment | 2 | 138 | Risk Ratio (M-H, Fixed, 95% CI) | 4.73 [2.70, 8.28] |
| 2 Complete miscarriage < 48 hours | 2 | 84 | Risk Ratio (M-H, Fixed, 95% CI) | 5.74 [2.70, 12.19] |
| 3 Complete miscarriage without ERPC day 7 | 1 | 83 | Risk Ratio (M-H, Fixed, 95% CI) | 2.99 [1.80, 4.99] |
| 4 Uterine curettage | 2 | 104 | Risk Ratio (M-H, Fixed, 95% CI) | 0.40 [0.26, 0.60] |
| 5 Opiates for pain relief | 1 | 84 | Risk Ratio (M-H, Fixed, 95% CI) | 5.0 [0.25, 101.11] |
| 6 Blood transfusion | 1 | 84 | Risk Ratio (M-H, Fixed, 95% CI) | 0.2 [0.01, 4.04] |
| 7 Haemoglobin difference > 10 g/L | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 1.25 [0.38, 4.12] |
| 8 Nausea | 2 | 88 | Risk Ratio (M-H, Fixed, 95% CI) | 1.38 [0.43, 4.40] |
| 9 Diarrhoea | 2 | 88 | Risk Ratio (M-H, Fixed, 95% CI) | 2.21 [0.35, 14.06] |
| 10 Fever | 1 | 54 | Risk Ratio (M-H, Fixed, 95% CI) | 9.0 [0.51, 159.43] |
| 11 Uterine perforation | 1 | 84 | Risk Ratio (M-H, Fixed, 95% CI) | 0.33 [0.01, 7.96] |
| 12 Vaginal bleeding 2 weeks after treatment | 1 | 32 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.41, 2.45] |
| 13 Satisfaction with treatment | 1 | 32 | Risk Ratio (M-H, Fixed, 95% CI) | 1.17 [0.83, 1.64] |

**Comparison 2.   Vaginal misoprostol versus surgical evacuation of uterus**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Surgical evacuation of uterus | 3 | 254 | Risk Ratio (M-H, Fixed, 95% CI) | 0.42 [0.34, 0.52] |
| 2 Post-treatment haematocrit (%) | 1 | 50 | Mean Difference (IV, Fixed, 95% CI) | -1.40 [-3.51, 0.71] |
| 3 Nausea | 1 | 154 | Risk Ratio (M-H, Fixed, 95% CI) | 21.85 [1.31, 364.37] |
| 4 Pain relief | 1 | 154 | Risk Ratio (M-H, Fixed, 95% CI) | 1.42 [0.82, 2.46] |
| 5 Diarrhoea | 1 | 154 | Risk Ratio (M-H, Fixed, 95% CI) | 40.85 [2.52, 662.57] |
| 6 Uterine perforation | 1 | 154 | Risk Ratio (M-H, Fixed, 95% CI) | 0.32 [0.01, 7.65] |
| 7 Asherman syndrome | 1 | 154 | Risk Ratio (M-H, Fixed, 95% CI) | 0.32 [0.01, 7.65] |

Pet. Ref. 254

**Comparison 3.   Vaginal misoprostol versus vaginal gemeprost**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage < 24 hours | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 1.24 [0.90, 1.70] |
| 1.2 Gestation 13-24 weeks | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 1.24 [0.90, 1.70] |
| 2 Temperature > 38 degrees C | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 1.5 [0.27, 8.22] |
| 2.2 Gestation 13-24 weeks | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 1.5 [0.27, 8.22] |
| 3 Vomiting | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 3.0 [0.13, 70.30] |
| 3.2 Gestation 13-24 weeks | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 3.0 [0.13, 70.30] |
| 4 Diarrhoea | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 0.14 [0.01, 2.63] |
| 4.2 Gestation 13-24 weeks | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 0.14 [0.01, 2.63] |
| 5 Opiate analgesia | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.2 Gestation 13-24 weeks | 1 | 50 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Comparison 4.   Vaginal misoprostol versus vaginal prostaglandin E1/2**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Surgical evacuation | 1 | 60 | Risk Ratio (M-H, Fixed, 95% CI) | 0.39 [0.21, 0.72] |
| 2 Blood transfusion | 1 | 60 | Risk Ratio (M-H, Fixed, 95% CI) | 6.07 [0.30, 121.33] |
| 3 Hospital stay (days) | 1 | 60 | Mean Difference (IV, Fixed, 95% CI) | -2.38 [-3.36, -1.40] |
| 4 Complete miscarriage | 1 | 65 | Risk Ratio (M-H, Fixed, 95% CI) | 1.44 [1.06, 1.96] |
| 5 Nausea | 1 | 65 | Risk Ratio (M-H, Fixed, 95% CI) | 1.03 [0.28, 3.78] |

**Comparison 5.   Vaginal misoprostol lower versus higher dose regimens**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage | 3 | 247 | Risk Ratio (M-H, Fixed, 95% CI) | 0.85 [0.72, 1.00] |
| 1.1 400 mcg versus 600 mcg | 1 | 100 | Risk Ratio (M-H, Fixed, 95% CI) | 1.05 [0.87, 1.26] |
| 1.2 400 mcg versus 800 mcg | 1 | 33 | Risk Ratio (M-H, Fixed, 95% CI) | 0.77 [0.45, 1.31] |
| 1.3 600 mcg versus 800 mcg | 1 | 114 | Risk Ratio (M-H, Fixed, 95% CI) | 0.67 [0.48, 0.93] |
| 2 Fever | 2 | 214 | Risk Ratio (M-H, Fixed, 95% CI) | 0.73 [0.41, 1.30] |
| 3 Nausea | 2 | 214 | Risk Ratio (M-H, Fixed, 95% CI) | 0.67 [0.31, 1.41] |
| 4 Diarrhoea | 2 | 214 | Risk Ratio (M-H, Fixed, 95% CI) | 0.54 [0.15, 1.91] |

Pet. Ref. 255

**Comparison 6.   Vaginal misoprostol wet versus dry vaginal preparations**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage < 3 days | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 1.14 [0.85, 1.54] |
| 2 Miscarriage < 8 days | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 1.04 [0.84, 1.29] |
| 3 Miscarriage < 15 days | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.92 [0.78, 1.10] |
| 4 Miscarriage < 30 days | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.95 [0.79, 1.14] |
| 5 Diarrhoea < 48 hours after treatment | 1 | 77 | Risk Ratio (M-H, Fixed, 95% CI) | 1.75 [0.89, 3.42] |
| 6 Chills < 48 hours of treatment | 1 | 77 | Risk Ratio (M-H, Fixed, 95% CI) | 1.36 [0.94, 1.98] |
| 7 Vomiting < 48 hours of treatment | 1 | 77 | Risk Ratio (M-H, Fixed, 95% CI) | 0.93 [0.33, 2.62] |
| 8 Would wish/probably wish same treatment in future nonviable pregnancy | 1 | 73 | Risk Ratio (M-H, Fixed, 95% CI) | 1.18 [0.93, 1.49] |

**Comparison 7.   Vaginal misoprostol + methotrexate versus vaginal misoprostol alone**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage not complete | 1 | 21 | Risk Ratio (M-H, Fixed, 95% CI) | 0.26 [0.01, 5.65] |
| 4 Additional surgical evacuation | 1 | 21 | Risk Ratio (M-H, Fixed, 95% CI) | 0.26 [0.01, 5.65] |
| 5 Haemorrhage | 1 | 21 | Risk Ratio (M-H, Fixed, 95% CI) | 2.31 [0.10, 50.85] |
| 6 Pain relief | 1 | 21 | Risk Ratio (M-H, Fixed, 95% CI) | 0.75 [0.25, 2.22] |

**Comparison 8.   Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage < 24 hours | 1 | 38 | Risk Ratio (M-H, Fixed, 95% CI) | 0.90 [0.65, 1.25] |
| 2 Miscarriage < 48 hours | 1 | 38 | Risk Ratio (M-H, Fixed, 95% CI) | 1.07 [0.88, 1.29] |

Pet. Ref. 256

**Comparison 9.   Oral misoprostol versus vaginal misoprostol**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | 218 | Risk Ratio (M-H, Fixed, 95% CI) | 0.90 [0.82, 0.99] |
|    1.1 400 mcg oral misoprostol versus 800 mcg vaginal misoprostol | 1 | 20 | Risk Ratio (M-H, Fixed, 95% CI) | 0.29 [0.10, 0.79] |
|    1.2 800 mcg oral misoprostol versus 800 mcg vaginal misoprostol | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.96 [0.88, 1.05] |
| 2 Vomiting | 1 | 190 | Risk Ratio (M-H, Fixed, 95% CI) | 0.29 [0.10, 0.84] |
| 9 Nausea | 1 | 20 | Risk Ratio (M-H, Fixed, 95% CI) | 0.80 [0.37, 1.74] |
| 10 Diarrhoea | 2 | 210 | Risk Ratio (M-H, Fixed, 95% CI) | 1.05 [0.67, 1.66] |
| 12 Pain (visual analogue scale) | 1 | 18 | Mean Difference (IV, Fixed, 95% CI) | -1.90 [-4.82, 1.02] |
| 13 Fever | 1 | 190 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.36, 2.74] |
| 14 Women's satisfaction with treatment | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.96 [0.86, 1.06] |
| 15 Time to delivery (hours) | 1 | 70 | Mean Difference (IV, Fixed, 95% CI) | 4.1 [2.64, 5.56] |
| 16 Oxytocin infusion | 1 | 70 | Risk Ratio (M-H, Fixed, 95% CI) | 2.75 [0.97, 7.81] |
| 17 Manual removal of placenta | 1 | 70 | Risk Ratio (M-H, Fixed, 95% CI) | 4.5 [1.05, 19.35] |

**Comparison 10.   Oral misoprostol + mifepristone versus expectant management**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Empty uterine cavity at day 5 | 1 | 122 | Risk Ratio (M-H, Fixed, 95% CI) | 1.08 [0.90, 1.30] |
| 2 Urgent surgical evacuation for bleeding | 1 | 122 | Risk Ratio (M-H, Fixed, 95% CI) | 0.34 [0.01, 8.29] |
| 3 Pelvic inflammatory disease | 1 | 122 | Risk Ratio (M-H, Fixed, 95% CI) | 0.52 [0.05, 5.55] |
| 4 Pain (visual analogue scale day 5) | 1 | 122 | Mean Difference (IV, Fixed, 95% CI) | 4.10 [-5.92, 14.12] |
| 5 Sick leave (days) | 1 | 122 | Mean Difference (IV, Fixed, 95% CI) | 1.8 [0.63, 2.97] |
| 6 Bleeding (days) | 1 | 122 | Mean Difference (IV, Fixed, 95% CI) | 0.70 [-0.43, 1.83] |
| 7 Satisfaction with treatment (visual analogue scale day 14) | 1 | 122 | Mean Difference (IV, Fixed, 95% CI) | 3.40 [-5.54, 12.34] |

Pet. Ref. 257

**Comparison 11.   Sublingual misoprostol versus vaginal misoprostol**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.85, 1.18] |
| 2 Nausea | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 1.2 [0.80, 1.79] |
| 3 Vomiting | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.78 [0.32, 1.88] |
| 4 Diarrhoea | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 2.55 [1.48, 4.38] |
| 5 Haemoglobin day 43 | 1 | 80 | Mean Difference (IV, Fixed, 95% CI) | 0.10 [-0.38, 0.58] |
| 6 Intolerable pain | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.75 [0.29, 1.97] |
| 7 Satisfied with treatment | 1 | 77 | Risk Ratio (M-H, Fixed, 95% CI) | 0.99 [0.79, 1.25] |

**Comparison 12.   Mifepristone versus placebo**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Miscarriage < 48 hours | 1 | 46 | Risk Ratio (M-H, Fixed, 95% CI) | 5.0 [0.25, 98.75] |
| 2 Miscarriage < 3 days | 1 | 46 | Risk Ratio (M-H, Fixed, 95% CI) | 19.0 [1.17, 308.40] |
| 3 Miscarriage < 4 days | 1 | 46 | Risk Ratio (M-H, Fixed, 95% CI) | 14.0 [2.00, 97.88] |
| 4 Miscarriage < 5 days | 1 | 46 | Risk Ratio (M-H, Fixed, 95% CI) | 9.5 [2.49, 36.19] |
| 5 Vaginal bleeding before day 5 | 1 | 44 | Risk Ratio (M-H, Fixed, 95% CI) | 3.92 [1.89, 8.10] |
| 6 Pain before day 5 | 1 | 44 | Risk Ratio (M-H, Fixed, 95% CI) | 2.19 [0.93, 5.17] |

**Comparison 13.   Vaginal gemeprost versus surgical evacuation of uterus**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Surgical evacuation | 1 | 87 | Risk Ratio (M-H, Fixed, 95% CI) | 0.24 [0.14, 0.41] |
| 2 Perforation of uterus | 1 | 87 | Risk Ratio (M-H, Fixed, 95% CI) | 0.20 [0.01, 4.14] |
| 3 Nausea | 1 | 87 | Risk Ratio (M-H, Fixed, 95% CI) | 1.79 [0.56, 5.68] |

Pet. Ref. 258

**Analysis 1.1.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 1 Complete miscarriage < 24 hours after treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   1 Complete miscarriage < 24 hours after treatment

| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Herabutya 1997 | 35/42 | 6/42 | | 54.5 % | 5.83 [ 2.75, 12.39 ] |
| Kovavisarach 2002 | 17/27 | 5/27 | | 45.5 % | 3.40 [ 1.46, 7.89 ] |
| **Total (95% CI)** | **69** | **69** | | **100.0 %** | **4.73 [ 2.70, 8.28 ]** |

Total events: 52 (Misoprostol), 11 (Placebo)
Heterogeneity: Chi² = 0.89, df = 1 (P = 0.35); I² =0.0%
Test for overall effect: Z = 5.44 (P < 0.00001)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours placebo          Favours misoprostol

**Analysis 1.2.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 2 Complete miscarriage < 48 hours.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   2 Complete miscarriage < 48 hours

| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lister 2005 | 15/18 | 2/16 | | 34.6 % | 6.67 [ 1.79, 24.78 ] |
| Wood 2002 | 21/25 | 4/25 | | 65.4 % | 5.25 [ 2.10, 13.10 ] |
| **Total (95% CI)** | **43** | **41** | | **100.0 %** | **5.74 [ 2.70, 12.19 ]** |

Total events: 36 (Misoprostol), 6 (Placebo)
Heterogeneity: Chi² = 0.09, df = 1 (P = 0.77); I² =0.0%
Test for overall effect: Z = 4.55 (P < 0.00001)
Test for subgroup differences: Not applicable

0.001 0.01   0.1   1   10   100 1000
Favours placebo          Favours misoprostol

Pet. Ref. 259

**Analysis 1.3.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 3 Complete miscarriage without ERPC day 7.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   3 Complete miscarriage without ERPC day 7



| Study or subgroup | Treatment | Control | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Bagratee 2004 | 39/45 | 11/38 | | 100.0 % | 2.99 [ 1.80, 4.99 ] |
| **Total (95% CI)** | **45** | **38** | | **100.0 %** | **2.99 [ 1.80, 4.99 ]** |

Total events: 39 (Treatment), 11 (Control)

Heterogeneity: not applicable

Test for overall effect: Z = 4.20 (P = 0.000026)

Test for subgroup differences: Not applicable

0.1  0.2  0.5   1   2    5   10

Favours placebo       Favours misoprostol

Pet. Ref. 260

**Analysis 1.4.   Comparison I Vaginal misoprostol versus placebo, Outcome 4 Uterine curettage.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   I Vaginal misoprostol versus placebo

Outcome:   4 Uterine curettage



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2002 | 10/27 | 22/27 | | 51.2 % | 0.45 [ 0.27, 0.77 ] |
| Wood 2002 | 7/25 | 21/25 | | 48.8 % | 0.33 [ 0.17, 0.64 ] |
| **Total (95% CI)** | **52** | **52** | | **100.0 %** | **0.40 [ 0.26, 0.60 ]** |

Total events: 17 (Misoprostol), 43 (Placebo)
Heterogeneity: Chi² = 0.54, df = I (P = 0.46); I² =0.0%
Test for overall effect: Z = 4.44 (P < 0.00001)
Test for subgroup differences: Not applicable

0.1  0.2  0.5    I    2    5    I0
Favours misoprostol      Favours placebo

**Analysis 1.5.   Comparison I Vaginal misoprostol versus placebo, Outcome 5 Opiates for pain relief.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   I Vaginal misoprostol versus placebo

Outcome:   5 Opiates for pain relief



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Herabutya 1997 | 2/42 | 0/42 | | 100.0 % | 5.00 [ 0.25, 101.11 ] |
| **Total (95% CI)** | **42** | **42** | | **100.0 %** | **5.00 [ 0.25, 101.11 ]** |

Total events: 2 (Misoprostol), 0 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 1.05 (P = 0.29)
Test for subgroup differences: Not applicable

0.001 0.01  0.1    I    10  100 1000
Favours misoprostol      Favours placebo

Pet. Ref. 261

**Analysis 1.6.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 6 Blood transfusion.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   6 Blood transfusion



**Analysis 1.7.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 7 Haemoglobin difference > 10 g/L.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   7 Haemoglobin difference > 10 g/L



Pet. Ref. 262

**Analysis 1.8.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 8 Nausea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   8 Nausea



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2002 | 2/27 | 1/27 | | 23.9 % | 2.00 [ 0.19, 20.77 ] |
| Lister 2005 | 4/18 | 3/16 | | 76.1 % | 1.19 [ 0.31, 4.51 ] |
| **Total (95% CI)** | **45** | **43** | | **100.0 %** | **1.38 [ 0.43, 4.40 ]** |

Total events: 6 (Misoprostol), 4 (Placebo)
Heterogeneity: Chi² = 0.15, df = 1 (P = 0.70); I² =0.0%
Test for overall effect: Z = 0.55 (P = 0.59)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100

Favours misoprostol     Favours placebo

**Analysis 1.9.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 9 Diarrhoea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   9 Diarrhoea



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2002 | 2/27 | 0/27 | | 32.1 % | 5.00 [ 0.25, 99.51 ] |
| Lister 2005 | 1/18 | 1/16 | | 67.9 % | 0.89 [ 0.06, 13.08 ] |
| **Total (95% CI)** | **45** | **43** | | **100.0 %** | **2.21 [ 0.35, 14.06 ]** |

Total events: 3 (Misoprostol), 1 (Placebo)
Heterogeneity: Chi² = 0.73, df = 1 (P = 0.39); I² =0.0%
Test for overall effect: Z = 0.84 (P = 0.40)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100

Favours misoprostol     Favours placebo

Pet. Ref. 263

### Analysis 1.10. Comparison 1 Vaginal misoprostol versus placebo, Outcome 10 Fever.

Review: Medical treatment for early fetal death (less than 24 weeks)

Comparison: 1 Vaginal misoprostol versus placebo

Outcome: 10 Fever

| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2002 | 4/27 | 0/27 | | 100.0 % | 9.00 [ 0.51, 159.43 ] |
| **Total (95% CI)** | **27** | **27** | | **100.0 %** | **9.00 [ 0.51, 159.43 ]** |

Total events: 4 (Misoprostol), 0 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 1.50 (P = 0.13)
Test for subgroup differences: Not applicable

### Analysis 1.11. Comparison 1 Vaginal misoprostol versus placebo, Outcome 11 Uterine perforation.

Review: Medical treatment for early fetal death (less than 24 weeks)

Comparison: 1 Vaginal misoprostol versus placebo

Outcome: 11 Uterine perforation

| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Herabutya 1997 | 0/42 | 1/42 | | 100.0 % | 0.33 [ 0.01, 7.96 ] |
| **Total (95% CI)** | **42** | **42** | | **100.0 %** | **0.33 [ 0.01, 7.96 ]** |

Total events: 0 (Misoprostol), 1 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

### Analysis 1.12.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 12 Vaginal bleeding 2 weeks after treatment.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   12 Vaginal bleeding 2 weeks after treatment



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lister 2005 | 6/16 | 6/16 | | 100.0 % | 1.00 [ 0.41, 2.45 ] |
| **Total (95% CI)** | **16** | **16** | | **100.0 %** | **1.00 [ 0.41, 2.45 ]** |

Total events: 6 (Misoprostol), 6 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 0.0 (P = 1.0)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours misoprostol    Favours placebo

### Analysis 1.13.   Comparison 1 Vaginal misoprostol versus placebo, Outcome 13 Satisfaction with treatment.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   1 Vaginal misoprostol versus placebo

Outcome:   13 Satisfaction with treatment



| Study or subgroup | Misoprostol n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lister 2005 | 14/16 | 12/16 | | 100.0 % | 1.17 [ 0.83, 1.64 ] |
| **Total (95% CI)** | **16** | **16** | | **100.0 %** | **1.17 [ 0.83, 1.64 ]** |

Total events: 14 (Misoprostol), 12 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 0.89 (P = 0.37)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours placebo    Favours misoprostol

Pet. Ref. 265

**Analysis 2.1.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 1 Surgical evacuation of uterus.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   1 Surgical evacuation of uterus

| Study or subgroup | Vaginal misoprostol n/N | Surgical evacuation n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Demetroulis 2001 | 6/26 | 24/24 | | 20.6 % | 0.25 [ 0.13, 0.48 ] |
| Graziosi 2004 | 37/79 | 73/75 | | 60.7 % | 0.48 [ 0.38, 0.61 ] |
| Muffley 2002 | 10/25 | 23/25 | | 18.6 % | 0.43 [ 0.27, 0.71 ] |
| **Total (95% CI)** | **130** | **124** | | **100.0 %** | **0.42 [ 0.34, 0.52 ]** |

Total events: 53 (Vaginal misoprostol), 120 (Surgical evacuation)
Heterogeneity: Chi² = 3.63, df = 2 (P = 0.16); I² =45%
Test for overall effect: Z = 8.06 (P < 0.00001)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours misoprostol        Favours evacuation

**Analysis 2.2.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 2 Post-treatment haematocrit (%).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   2 Post-treatment haematocrit (%)

| Study or subgroup | Misoprostol N | Mean(SD) | Surgical evacuation N | Mean(SD) | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| Muffley 2002 | 25 | 34.1 (5) | 25 | 35.5 (2) | | 100.0 % | -1.40 [ -3.51, 0.71 ] |
| **Total (95% CI)** | **25** | | **25** | | | **100.0 %** | **-1.40 [ -3.51, 0.71 ]** |

Heterogeneity: not applicable
Test for overall effect: Z = 1.30 (P = 0.19)
Test for subgroup differences: Not applicable

-10  -5  0  5  10
Favours evacuation        Favours misoprostol

Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 266

**Analysis 2.3.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 3 Nausea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   3 Nausea



| Study or subgroup | Misoprostol n/N | Evacuation n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Graziosi 2004 | 11/79 | 0/75 | | 100.0 % | 21.85 [ 1.31, 364.37 ] |
| **Total (95% CI)** | **79** | **75** | | **100.0 %** | **21.85 [ 1.31, 364.37 ]** |

Total events: 11 (Misoprostol), 0 (Evacuation)

Heterogeneity: not applicable

Test for overall effect: Z = 2.15 (P = 0.032)

Test for subgroup differences: Not applicable

0.001 0.01 0.1    1    10  100 1000

Favours misoprostol    Favours evacuation

Pet. Ref. 267

**Analysis 2.4.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 4 Pain relief.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   4 Pain relief



| Study or subgroup | Misoprostol n/N | Evacuation n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Graziosi 2004 | 24/79 | 16/75 | | 100.0 % | 1.42 [ 0.82, 2.46 ] |
| **Total (95% CI)** | **79** | **75** | | **100.0 %** | **1.42 [ 0.82, 2.46 ]** |

Total events: 24 (Misoprostol), 16 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 1.26 (P = 0.21)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10

Favours misoprostol      Favours evacuation

**Analysis 2.5.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 5 Diarrhoea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   5 Diarrhoea



| Study or subgroup | Misoprostol n/N | Evacuation n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Graziosi 2004 | 21/79 | 0/75 | | 100.0 % | 40.85 [ 2.52, 662.57 ] |
| **Total (95% CI)** | **79** | **75** | | **100.0 %** | **40.85 [ 2.52, 662.57 ]** |

Total events: 21 (Misoprostol), 0 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 2.61 (P = 0.0091)
Test for subgroup differences: Not applicable

0.001  0.01  0.1  1  10  100  1000

Favours misoprostol      Favours evacuation

Pet. Ref. 268

**Analysis 2.6.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 6 Uterine perforation.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   6 Uterine perforation



| Study or subgroup | Misoprostol | Evacuation | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Graziosi 2004 | 0/79 | 1/75 | | 100.0 % | 0.32 [ 0.01, 7.65 ] |
| **Total (95% CI)** | **79** | **75** | | **100.0 %** | **0.32 [ 0.01, 7.65 ]** |

Total events: 0 (Misoprostol), 1 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 0.71 (P = 0.48)
Test for subgroup differences: Not applicable

0.01      0.1      1      10      100
Favours misoprostol      Favours evacuation

**Analysis 2.7.   Comparison 2 Vaginal misoprostol versus surgical evacuation of uterus, Outcome 7 Asherman syndrome.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   2 Vaginal misoprostol versus surgical evacuation of uterus

Outcome:   7 Asherman syndrome



| Study or subgroup | Misoprostol | Evacuation | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Graziosi 2004 | 0/79 | 1/75 | | 100.0 % | 0.32 [ 0.01, 7.65 ] |
| **Total (95% CI)** | **79** | **75** | | **100.0 %** | **0.32 [ 0.01, 7.65 ]** |

Total events: 0 (Misoprostol), 1 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 0.71 (P = 0.48)
Test for subgroup differences: Not applicable

0.01      0.1      1      10      100
Favours misoprostol      Favours evacuation

Pet. Ref. 269

**Analysis 3.1.   Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 1 Miscarriage < 24 hours.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   3 Vaginal misoprostol versus vaginal gemeprost

Outcome:   1 Miscarriage < 24 hours

| Study or subgroup | Misoprostol n/N | Gemeprost n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 2 Gestation 13-24 weeks | | | | | |
| Eng 1997* | 21/25 | 17/25 | ■ | 100.0 % | 1.24 [ 0.90, 1.70 ] |
| **Total (95% CI)** | **25** | **25** | ◆ | **100.0 %** | **1.24 [ 0.90, 1.70 ]** |
| Total events: 21 (Misoprostol), 17 (Gemeprost) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 1.30 (P = 0.19) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

```
        0.1  0.2    0.5    1    2     5    10
      Favours gemeprost       Favours misoprostol
```

**Analysis 3.2.   Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 2 Temperature > 38 degrees C.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   3 Vaginal misoprostol versus vaginal gemeprost

Outcome:   2 Temperature > 38 degrees C

| Study or subgroup | Misoprostol n/N | Gemeprost n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 2 Gestation 13-24 weeks | | | | | |
| Eng 1997* | 3/25 | 2/25 | ■ | 100.0 % | 1.50 [ 0.27, 8.22 ] |
| **Total (95% CI)** | **25** | **25** | ◆ | **100.0 %** | **1.50 [ 0.27, 8.22 ]** |
| Total events: 3 (Misoprostol), 2 (Gemeprost) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.47 (P = 0.64) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

```
        0.1  0.2    0.5    1    2     5    10
      Favours misoprostol       Favours gemeprost
```

Pet. Ref. 270

**Analysis 3.3.   Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 3 Vomiting.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   3 Vaginal misoprostol versus vaginal gemeprost

Outcome:   3 Vomiting



| Study or subgroup | Misoprostol n/N | Gemeprost n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 2 Gestation 13-24 weeks | | | | | |
| Eng 1997* | 1/25 | 0/25 | | 100.0 % | 3.00 [ 0.13, 70.30 ] |
| **Total (95% CI)** | **25** | **25** | | **100.0 %** | **3.00 [ 0.13, 70.30 ]** |
| Total events: 1 (Misoprostol), 0 (Gemeprost) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.68 (P = 0.49) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.01   0.1   1   10   100

Favours misoprostol        Favours gemeprost

Pet. Ref. 271

**Analysis 3.4.   Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 4 Diarrhoea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   3 Vaginal misoprostol versus vaginal gemeprost

Outcome:   4 Diarrhoea



| Study or subgroup | Misoprostol n/N | Gemeprost n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 2 Gestation 13-24 weeks | | | | | |
| Eng 1997* | 0/25 | 3/25 | | 100.0 % | 0.14 [ 0.01, 2.63 ] |
| **Total (95% CI)** | **25** | **25** | | **100.0 %** | **0.14 [ 0.01, 2.63 ]** |
| Total events: 0 (Misoprostol), 3 (Gemeprost) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 1.31 (P = 0.19) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.001 0.01 0.1   1   10 100 1000

Favours misoprostol      Favours gemeprost

**Analysis 3.5.   Comparison 3 Vaginal misoprostol versus vaginal gemeprost, Outcome 5 Opiate analgesia.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   3 Vaginal misoprostol versus vaginal gemeprost

Outcome:   5 Opiate analgesia



| Study or subgroup | Misoprostol n/N | Gemeprost n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 2 Gestation 13-24 weeks | | | | | |
| Eng 1997* | 0/25 | 0/25 | | | Not estimable |
| **Total (95% CI)** | **25** | **25** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Gemeprost) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: not applicable | | | | | |
| Test for subgroup differences: Chi$^2$ = 0.0, df = -1 (P = 0.0), I$^2$ =0.0% | | | | | |

0.1 0.2 0.5   1   2   5   10

Favours misoprostol      Favours gemeprost

Pet. Ref. 272

**Analysis 4.1.   Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 1 Surgical evacuation.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   4 Vaginal misoprostol versus vaginal prostaglandin E1/2

Outcome:   1 Surgical evacuation



| Study or subgroup | Misoprostol n/N | PGE2 n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Al Inizi 2003 | 8/27 | 25/33 | | 100.0 % | 0.39 [ 0.21, 0.72 ] |
| **Total (95% CI)** | **27** | **33** | | **100.0 %** | **0.39 [ 0.21, 0.72 ]** |

Total events: 8 (Misoprostol), 25 (PGE2)
Heterogeneity: not applicable
Test for overall effect: Z = 3.00 (P = 0.0027)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours misoprostol   Favours PGE2

**Analysis 4.2.   Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 2 Blood transfusion.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   4 Vaginal misoprostol versus vaginal prostaglandin E1/2

Outcome:   2 Blood transfusion



| Study or subgroup | Misoprostol n/N | PGE2 n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Al Inizi 2003 | 2/27 | 0/33 | | 100.0 % | 6.07 [ 0.30, 121.33 ] |
| **Total (95% CI)** | **27** | **33** | | **100.0 %** | **6.07 [ 0.30, 121.33 ]** |

Total events: 2 (Misoprostol), 0 (PGE2)
Heterogeneity: not applicable
Test for overall effect: Z = 1.18 (P = 0.24)
Test for subgroup differences: Not applicable

0.001  0.01  0.1  1  10  100  1000
Favours misoprostol   Favours PGE2

Pet. Ref. 273

**Analysis 4.3.    Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 3 Hospital stay (days).**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    4 Vaginal misoprostol versus vaginal prostaglandin E1/2

Outcome:    3 Hospital stay (days)



| Study or subgroup | Misoprostol | | PGE2 | | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | | | |
| Al Inizi 2003 | 27 | 1.62 (0.56) | 33 | 4 (2.8) | | 100.0 % | -2.38 [ -3.36, -1.40 ] |
| **Total (95% CI)** | **27** | | **33** | | | **100.0 %** | **-2.38 [ -3.36, -1.40 ]** |

Heterogeneity: not applicable

Test for overall effect: Z = 4.77 (P < 0.00001)

Test for subgroup differences: Not applicable

-10    -5    0    5    10

Favours misoprostol        Favours PGE2

**Analysis 4.4.    Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 4 Complete miscarriage.**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    4 Vaginal misoprostol versus vaginal prostaglandin E1/2

Outcome:    4 Complete miscarriage



| Study or subgroup | Misoprostol n/N | PGE2 n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kara 1999* | 28/32 | 20/33 | | 100.0 % | 1.44 [ 1.06, 1.96 ] |
| **Total (95% CI)** | **32** | **33** | | **100.0 %** | **1.44 [ 1.06, 1.96 ]** |

Total events: 28 (Misoprostol), 20 (PGE2)

Heterogeneity: not applicable

Test for overall effect: Z = 2.36 (P = 0.018)

Test for subgroup differences: Not applicable

0.1    0.2    0.5    1    2    5    10

Favours misoprostol        Favours PGE2

Pet. Ref. 274

### Analysis 4.5.   Comparison 4 Vaginal misoprostol versus vaginal prostaglandin E1/2, Outcome 5 Nausea.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   4 Vaginal misoprostol versus vaginal prostaglandin E1/2

Outcome:   5 Nausea



| Study or subgroup | Misoprostol | PGE2 | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Kara 1999* | 4/32 | 4/33 | | 100.0 % | 1.03 [ 0.28, 3.78 ] |
| **Total (95% CI)** | **32** | **33** | | **100.0 %** | **1.03 [ 0.28, 3.78 ]** |

Total events: 4 (Misoprostol), 4 (PGE2)
Heterogeneity: not applicable
Test for overall effect: Z = 0.05 (P = 0.96)
Test for subgroup differences: Not applicable

```
        0.1  0.2   0.5   1    2    5   10
       Favours misoprostol    Favours PGE2
```

### Analysis 5.1.   Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 1 Miscarriage.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   5 Vaginal misoprostol lower versus higher dose regimens

Outcome:   1 Miscarriage



| Study or subgroup | Lower | Higher | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| 1 400 mcg versus 600 mcg | | | | | |
| Niromanesh 2005* | 42/50 | 40/50 | | 44.1 % | 1.05 [ 0.87, 1.26 ] |
| **Subtotal (95% CI)** | **50** | **50** | | **44.1 %** | **1.05 [ 0.87, 1.26 ]** |
| Total events: 42 (Lower), 40 (Higher) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.52 (P = 0.60) | | | | | |
| 2 400 mcg versus 800 mcg | | | | | |
| Heard 2002 | 7/12 | 16/21 | | 12.8 % | 0.77 [ 0.45, 1.31 ] |
| **Subtotal (95% CI)** | **12** | **21** | | **12.8 %** | **0.77 [ 0.45, 1.31 ]** |
| Total events: 7 (Lower), 16 (Higher) | | | | | |

```
        0.1  0.2   0.5   1    2    5   10
      Favours higher dose   Favours lower dose
```

*(Continued . . . )*

Pet. Ref. 275



(. . . Continued)

| Study or subgroup | Lower n/N | Higher n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.98 (P = 0.33) | | | | | |
| 3 600 mcg versus 800 mcg | | | | | |
| Kovavisarach 2005 | 26/57 | 39/57 | | 43.0 % | 0.67 [ 0.48, 0.93 ] |
| **Subtotal (95% CI)** | **57** | **57** | | **43.0 %** | **0.67 [ 0.48, 0.93 ]** |
| Total events: 26 (Lower), 39 (Higher) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 2.38 (P = 0.017) | | | | | |
| **Total (95% CI)** | **119** | **128** | | **100.0 %** | **0.85 [ 0.72, 1.00 ]** |
| Total events: 75 (Lower), 95 (Higher) | | | | | |
| Heterogeneity: $Chi^2 = 7.30$, df = 2 (P = 0.03); $I^2$ =73% | | | | | |
| Test for overall effect: Z = 1.90 (P = 0.057) | | | | | |
| Test for subgroup differences: $Chi^2 = 6.00$, df = 2 (P = 0.05), $I^2$ =67% | | | | | |

**Analysis 5.2. Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 2 Fever.**

Review: Medical treatment for early fetal death (less than 24 weeks)

Comparison: 5 Vaginal misoprostol lower versus higher dose regimens

Outcome: 2 Fever

| Study or subgroup | Lower n/N | Higher n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2005 | 10/57 | 16/57 | | 72.7 % | 0.63 [ 0.31, 1.26 ] |
| Niromanesh 2005* | 6/50 | 6/50 | | 27.3 % | 1.00 [ 0.35, 2.89 ] |
| **Total (95% CI)** | **107** | **107** | | **100.0 %** | **0.73 [ 0.41, 1.30 ]** |
| Total events: 16 (Lower), 22 (Higher) | | | | | |
| Heterogeneity: $Chi^2 = 0.53$, df = 1 (P = 0.47); $I^2$ =0.0% | | | | | |
| Test for overall effect: Z = 1.07 (P = 0.28) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

**Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

**Analysis 5.3.   Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 3 Nausea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   5 Vaginal misoprostol lower versus higher dose regimens

Outcome:   3 Nausea



| Study or subgroup | Lower n/N | Higher n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2005 | 2/57 | 7/57 | | 46.7 % | 0.29 [ 0.06, 1.32 ] |
| Niromanesh 2005* | 8/50 | 8/50 | | 53.3 % | 1.00 [ 0.41, 2.46 ] |
| **Total (95% CI)** | **107** | **107** | | **100.0 %** | **0.67 [ 0.31, 1.41 ]** |

Total events: 10 (Lower), 15 (Higher)
Heterogeneity: Chi² = 1.96, df = 1 (P = 0.16); I² =49%
Test for overall effect: Z = 1.06 (P = 0.29)
Test for subgroup differences: Not applicable

0.01  0.1   1   10  100
Favours lower dose      Favours higher dose

**Analysis 5.4.   Comparison 5 Vaginal misoprostol lower versus higher dose regimens, Outcome 4 Diarrhoea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   5 Vaginal misoprostol lower versus higher dose regimens

Outcome:   4 Diarrhoea



| Study or subgroup | Lower n/N | Higher n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Kovavisarach 2005 | 0/57 | 2/57 | | 38.5 % | 0.20 [ 0.01, 4.08 ] |
| Niromanesh 2005* | 3/50 | 4/50 | | 61.5 % | 0.75 [ 0.18, 3.18 ] |
| **Total (95% CI)** | **107** | **107** | | **100.0 %** | **0.54 [ 0.15, 1.91 ]** |

Total events: 3 (Lower), 6 (Higher)
Heterogeneity: Chi² = 0.62, df = 1 (P = 0.43); I² =0.0%
Test for overall effect: Z = 0.96 (P = 0.34)
Test for subgroup differences: Not applicable

0.001 0.01 0.1   1   10  100 1000
Favours lower dose      Favours higher dose

Pet. Ref. 277

**Analysis 6.1.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 1 Miscarriage < 3 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   1 Miscarriage < 3 days



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 30/41 | 25/39 | | 100.0 % | 1.14 [ 0.85, 1.54 ] |
| **Total (95% CI)** | **41** | **39** | | **100.0 %** | **1.14 [ 0.85, 1.54 ]** |
| Total events: 30 (Wet), 25 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.87 (P = 0.39) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours wet        Favours dry

**Analysis 6.2.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 2 Miscarriage < 8 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   2 Miscarriage < 8 days



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 34/41 | 31/39 | | 100.0 % | 1.04 [ 0.84, 1.29 ] |
| **Total (95% CI)** | **41** | **39** | | **100.0 %** | **1.04 [ 0.84, 1.29 ]** |
| Total events: 34 (Wet), 31 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.39 (P = 0.69) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours wet        Favours dry

Pet. Ref. 278

**Analysis 6.3.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 3 Miscarriage < 15 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   3 Miscarriage < 15 days



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 34/41 | 35/39 | | 100.0 % | 0.92 [ 0.78, 1.10 ] |
| **Total (95% CI)** | **41** | **39** | | **100.0 %** | **0.92 [ 0.78, 1.10 ]** |
| Total events: 34 (Wet), 35 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.89 (P = 0.38) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours wet      Favours dry

**Analysis 6.4.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 4 Miscarriage < 30 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   4 Miscarriage < 30 days



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 34/41 | 34/39 | | 100.0 % | 0.95 [ 0.79, 1.14 ] |
| **Total (95% CI)** | **41** | **39** | | **100.0 %** | **0.95 [ 0.79, 1.14 ]** |
| Total events: 34 (Wet), 34 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.53 (P = 0.59) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours wet      Favours dry

Pet. Ref. 279

**Analysis 6.5.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 5 Diarrhoea < 48 hours after treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   5 Diarrhoea < 48 hours after treatment



| Study or subgroup | Wet n/N | Dry n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Gilles 2004 | 17/40 | 9/37 | | 100.0 % | 1.75 [ 0.89, 3.42 ] |
| **Total (95% CI)** | **40** | **37** | | **100.0 %** | **1.75 [ 0.89, 3.42 ]** |

Total events: 17 (Wet), 9 (Dry)
Heterogeneity: not applicable
Test for overall effect: Z = 1.63 (P = 0.10)
Test for subgroup differences: Not applicable

0.1 0.2 0.5 1 2 5 10

Favours wet    Favours dry

**Analysis 6.6.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 6 Chills < 48 hours of treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   6 Chills < 48 hours of treatment



| Study or subgroup | Wet n/N | Dry n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Gilles 2004 | 28/40 | 19/37 | | 100.0 % | 1.36 [ 0.94, 1.98 ] |
| **Total (95% CI)** | **40** | **37** | | **100.0 %** | **1.36 [ 0.94, 1.98 ]** |

Total events: 28 (Wet), 19 (Dry)
Heterogeneity: not applicable
Test for overall effect: Z = 1.63 (P = 0.10)
Test for subgroup differences: Not applicable

0.1 0.2 0.5 1 2 5 10

Favours wet    Favours dry

Pet. Ref. 280

**Analysis 6.7.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 7 Vomiting < 48 hours of treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   7 Vomiting < 48 hours of treatment



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 6/40 | 6/37 | | 100.0 % | 0.93 [ 0.33, 2.62 ] |
| **Total (95% CI)** | **40** | **37** | | **100.0 %** | **0.93 [ 0.33, 2.62 ]** |
| Total events: 6 (Wet), 6 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.15 (P = 0.88) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours wet          Favours dry

**Analysis 6.8.   Comparison 6 Vaginal misoprostol wet versus dry vaginal preparations, Outcome 8 Would wish/probably wish same treatment in future nonviable pregnancy.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   6 Vaginal misoprostol wet versus dry vaginal preparations

Outcome:   8 Would wish/probably wish same treatment in future nonviable pregnancy



| Study or subgroup | Wet | Dry | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Gilles 2004 | 31/36 | 27/37 | | 100.0 % | 1.18 [ 0.93, 1.49 ] |
| **Total (95% CI)** | **36** | **37** | | **100.0 %** | **1.18 [ 0.93, 1.49 ]** |
| Total events: 31 (Wet), 27 (Dry) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 1.38 (P = 0.17) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours dry          Favours wet

Pet. Ref. 281

**Analysis 7.1.   Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone,
Outcome 1 Miscarriage not complete.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone

Outcome:   1 Miscarriage not complete



| Study or subgroup | MTX + Misoprostol | Misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Autry 1999 | 0/12 | 1/9 | | 100.0 % | 0.26 [ 0.01, 5.65 ] |
| **Total (95% CI)** | **12** | **9** | | **100.0 %** | **0.26 [ 0.01, 5.65 ]** |

Total events: 0 (MTX + Misoprostol), 1 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.86 (P = 0.39)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours misoprostol    Favours MTX + Miso

**Analysis 7.4.   Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone,
Outcome 4 Additional surgical evacuation.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone

Outcome:   4 Additional surgical evacuation



| Study or subgroup | MTX + Misoprostol | Misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Autry 1999 | 0/12 | 1/9 | | 100.0 % | 0.26 [ 0.01, 5.65 ] |
| **Total (95% CI)** | **12** | **9** | | **100.0 %** | **0.26 [ 0.01, 5.65 ]** |

Total events: 0 (MTX + Misoprostol), 1 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.86 (P = 0.39)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours MTX + Miso    Favours misoprostol

Pet. Ref. 282

**Analysis 7.5.   Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 5 Haemorrhage.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone

Outcome:   5 Haemorrhage



| Study or subgroup | MTX + Misoprostol | Misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Autry 1999 | 1/12 | 0/9 | | 100.0 % | 2.31 [ 0.10, 50.85 ] |
| **Total (95% CI)** | **12** | **9** | | **100.0 %** | **2.31 [ 0.10, 50.85 ]** |

Total events: 1 (MTX + Misoprostol), 0 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.53 (P = 0.60)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours MTX + Miso        Favours misoprostol

**Analysis 7.6.   Comparison 7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone, Outcome 6 Pain relief.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   7 Vaginal misoprostol + methotrexate versus vaginal misoprostol alone

Outcome:   6 Pain relief



| Study or subgroup | MTX + Misoprostol | Misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Autry 1999 | 4/12 | 4/9 | | 100.0 % | 0.75 [ 0.25, 2.22 ] |
| **Total (95% CI)** | **12** | **9** | | **100.0 %** | **0.75 [ 0.25, 2.22 ]** |

Total events: 4 (MTX + Misoprostol), 4 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.52 (P = 0.60)
Test for subgroup differences: Not applicable

0.1   0.2   0.5   1   2   5   10
Favours MTX + Miso        Favours misoprostol

Pet. Ref. 283

**Analysis 8.1.    Comparison 8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone,
Outcome 1 Miscarriage < 24 hours.**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone

Outcome:    1 Miscarriage < 24 hours



| Study or subgroup | Tents n/N | Misoprostol n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Jain 1996* | 15/20 | 15/18 | | 100.0 % | 0.90 [ 0.65, 1.25 ] |
| **Total (95% CI)** | **20** | **18** | | **100.0 %** | **0.90 [ 0.65, 1.25 ]** |

Total events: 15 (Tents), 15 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.63 (P = 0.53)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours misoprostol    Favours tents

**Analysis 8.2.    Comparison 8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone,
Outcome 2 Miscarriage < 48 hours.**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    8 Vaginal misoprostol plus laminaria tents versus vaginal misoprostol alone

Outcome:    2 Miscarriage < 48 hours



| Study or subgroup | Tents n/N | Misoprostol n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Jain 1996* | 19/20 | 16/18 | | 100.0 % | 1.07 [ 0.88, 1.29 ] |
| **Total (95% CI)** | **20** | **18** | | **100.0 %** | **1.07 [ 0.88, 1.29 ]** |

Total events: 19 (Tents), 16 (Misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours misoprostol    Favours tents

Pet. Ref. 284

**Analysis 9.1.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 1 Complete miscarriage.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   1 Complete miscarriage



| Study or subgroup | Oral misoprostol | Vaginal misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| 1 400 mcg oral misoprostol versus 800 mcg vaginal misoprostol | | | | | |
| Creinin 1997 | 3/12 | 7/8 | | 8.4 % | 0.29 [ 0.10, 0.79 ] |
| **Subtotal (95% CI)** | **12** | **8** | | **8.4 %** | **0.29 [ 0.10, 0.79 ]** |
| Total events: 3 (Oral misoprostol), 7 (Vaginal misoprostol) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 2.42 (P = 0.015) | | | | | |
| 2 800 mcg oral misoprostol versus 800 mcg vaginal misoprostol | | | | | |
| Ngoc 2004 | 89/100 | 91/98 | | 91.6 % | 0.96 [ 0.88, 1.05 ] |
| **Subtotal (95% CI)** | **100** | **98** | | **91.6 %** | **0.96 [ 0.88, 1.05 ]** |
| Total events: 89 (Oral misoprostol), 91 (Vaginal misoprostol) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.94 (P = 0.35) | | | | | |
| **Total (95% CI)** | **112** | **106** | | **100.0 %** | **0.90 [ 0.82, 0.99 ]** |
| Total events: 92 (Oral misoprostol), 98 (Vaginal misoprostol) | | | | | |
| Heterogeneity: Chi$^2$ = 6.75, df = 1 (P = 0.01); I$^2$ =85% | | | | | |
| Test for overall effect: Z = 2.10 (P = 0.035) | | | | | |
| Test for subgroup differences: Chi$^2$ = 5.43, df = 1 (P = 0.02), I$^2$ =82% | | | | | |

0.1   0.2   0.5   1   2   5   10

Favours vaginal      Favours oral

Pet. Ref. 285

### Analysis 9.2. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 2 Vomiting.

Review: Medical treatment for early fetal death (less than 24 weeks)

Comparison: 9 Oral misoprostol versus vaginal misoprostol

Outcome: 2 Vomiting

| Study or subgroup | Oral misoprostol n/N | Vaginal misoprostol n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Ngoc 2004 | 4/95 | 14/95 | | 100.0 % | 0.29 [ 0.10, 0.84 ] |
| **Total (95% CI)** | **95** | **95** | | **100.0 %** | **0.29 [ 0.10, 0.84 ]** |

Total events: 4 (Oral misoprostol), 14 (Vaginal misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 2.29 (P = 0.022)
Test for subgroup differences: Not applicable

### Analysis 9.9. Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 9 Nausea.

Review: Medical treatment for early fetal death (less than 24 weeks)

Comparison: 9 Oral misoprostol versus vaginal misoprostol

Outcome: 9 Nausea

| Study or subgroup | Oral misoprostol n/N | Vaginal misoprostol n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Creinin 1997 | 6/12 | 5/8 | | 100.0 % | 0.80 [ 0.37, 1.74 ] |
| **Total (95% CI)** | **12** | **8** | | **100.0 %** | **0.80 [ 0.37, 1.74 ]** |

Total events: 6 (Oral misoprostol), 5 (Vaginal misoprostol)
Heterogeneity: not applicable
Test for overall effect: Z = 0.56 (P = 0.57)
Test for subgroup differences: Not applicable

**Copyright © 2012 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

**Analysis 9.10.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 10 Diarrhoea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   10 Diarrhoea



| Study or subgroup | Oral misoprostol | Vaginal misoprostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Creinin 1997 | 5/12 | 3/8 | | 13.5 % | 1.11 [ 0.36, 3.40 ] |
| Ngoc 2004 | 24/95 | 23/95 | | 86.5 % | 1.04 [ 0.64, 1.71 ] |
| **Total (95% CI)** | **107** | **103** | | **100.0 %** | **1.05 [ 0.67, 1.66 ]** |

Total events: 29 (Oral misoprostol), 26 (Vaginal misoprostol)
Heterogeneity: Chi² = 0.01, df = 1 (P = 0.92); I² =0.0%
Test for overall effect: Z = 0.22 (P = 0.82)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours oral    Favours vaginal

**Analysis 9.12.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 12 Pain (visual analogue scale).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   12 Pain (visual analogue scale)



| Study or subgroup | Oral misoprostol | | Vaginal misoprostol | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Fixed,95% CI | | IV,Fixed,95% CI |
| Creinin 1997 | 11 | 4 (3.6) | 7 | 5.9 (2.7) | | 100.0 % | -1.90 [ -4.82, 1.02 ] |
| **Total (95% CI)** | **11** | | **7** | | | **100.0 %** | **-1.90 [ -4.82, 1.02 ]** |

Heterogeneity: not applicable
Test for overall effect: Z = 1.28 (P = 0.20)
Test for subgroup differences: Not applicable

-10  -5  0  5  10
Favours oral    Favours vaginal

Pet. Ref. 287

**Analysis 9.13.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 13 Fever.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   13 Fever



**Analysis 9.14.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 14 Women's satisfaction with treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   14 Women's satisfaction with treatment



Pet. Ref. 288

**Analysis 9.15.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 15 Time to delivery (hours).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   15 Time to delivery (hours)



| Study or subgroup | Oral | | Vaginal | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Fixed,95% CI | | IV,Fixed,95% CI |
| Fadalla 2004* | 35 | 14.9 (3.4) | 35 | 10.8 (2.8) | | 100.0 % | 4.10 [ 2.64, 5.56 ] |
| **Total (95% CI)** | **35** | | **35** | | | **100.0 %** | **4.10 [ 2.64, 5.56 ]** |

Heterogeneity: not applicable

Test for overall effect: Z = 5.51 (P < 0.00001)

Test for subgroup differences: Not applicable

-10   -5   0   5   10

Favours oral          Favours vaginal

**Analysis 9.16.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 16 Oxytocin infusion.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   16 Oxytocin infusion



| Study or subgroup | Oral | Vaginal | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Fadalla 2004* | 11/35 | 4/35 | | 100.0 % | 2.75 [ 0.97, 7.81 ] |
| **Total (95% CI)** | **35** | **35** | | **100.0 %** | **2.75 [ 0.97, 7.81 ]** |

Total events: 11 (Oral), 4 (Vaginal)

Heterogeneity: not applicable

Test for overall effect: Z = 1.90 (P = 0.058)

Test for subgroup differences: Not applicable

0.1   0.2   0.5   1   2   5   10

Favours oral          Favours vaginal

Pet. Ref. 289

**Analysis 9.17.   Comparison 9 Oral misoprostol versus vaginal misoprostol, Outcome 17 Manual removal of placenta.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   9 Oral misoprostol versus vaginal misoprostol

Outcome:   17 Manual removal of placenta



| Study or subgroup | Oral | Vaginal | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Fadalla 2004* | 9/35 | 2/35 | | 100.0 % | 4.50 [ 1.05, 19.35 ] |
| **Total (95% CI)** | **35** | **35** | | **100.0 %** | **4.50 [ 1.05, 19.35 ]** |
| Total events: 9 (Oral), 2 (Vaginal) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 2.02 (P = 0.043) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.01   0.1   1   10   100

Favours oral        Favours vaginal

**Analysis 10.1.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 1 Empty uterine cavity at day 5.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   1 Empty uterine cavity at day 5



| Study or subgroup | Medical | Expectant | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Nielsen 1999 | 49/60 | 47/62 | | 100.0 % | 1.08 [ 0.90, 1.30 ] |
| **Total (95% CI)** | **60** | **62** | | **100.0 %** | **1.08 [ 0.90, 1.30 ]** |
| Total events: 49 (Medical), 47 (Expectant) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.79 (P = 0.43) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1   0.2   0.5   1   2   5   10

Favours expectant        Favours medical

Pet. Ref. 290

**Analysis 10.2.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 2 Urgent surgical evacuation for bleeding.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   2 Urgent surgical evacuation for bleeding



| Study or subgroup | Medical n/N | Expectant n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Nielsen 1999 | 0/60 | 1/62 | | 100.0 % | 0.34 [ 0.01, 8.29 ] |
| **Total (95% CI)** | **60** | **62** | | **100.0 %** | **0.34 [ 0.01, 8.29 ]** |

Total events: 0 (Medical), 1 (Expectant)
Heterogeneity: not applicable
Test for overall effect: Z = 0.66 (P = 0.51)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours medical     Favours expectant

**Analysis 10.3.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 3 Pelvic inflammatory disease.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   3 Pelvic inflammatory disease



| Study or subgroup | Medical n/N | Expectant n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Nielsen 1999 | 1/60 | 2/62 | | 100.0 % | 0.52 [ 0.05, 5.55 ] |
| **Total (95% CI)** | **60** | **62** | | **100.0 %** | **0.52 [ 0.05, 5.55 ]** |

Total events: 1 (Medical), 2 (Expectant)
Heterogeneity: not applicable
Test for overall effect: Z = 0.55 (P = 0.59)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours medical     Favours expectant

Pet. Ref. 291

**Analysis 10.4.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 4 Pain (visual analogue scale day 5).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   4 Pain (visual analogue scale day 5)



| Study or subgroup | Medical | | Expectant | | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | | | |
| Nielsen 1999 | 60 | 66.1 (26.3) | 62 | 62 (30.1) | | 100.0 % | 4.10 [ -5.92, 14.12 ] |
| **Total (95% CI)** | **60** | | **62** | | | **100.0 %** | **4.10 [ -5.92, 14.12 ]** |

Heterogeneity: not applicable
Test for overall effect: Z = 0.80 (P = 0.42)
Test for subgroup differences: Not applicable

-100   -50   0   50   100
Favours medical    Favours expectant

**Analysis 10.5.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 5 Sick leave (days).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   5 Sick leave (days)



| Study or subgroup | Medical | | Expectant | | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | | | |
| Nielsen 1999 | 60 | 3.73 (3.8) | 62 | 1.93 (2.7) | | 100.0 % | 1.80 [ 0.63, 2.97 ] |
| **Total (95% CI)** | **60** | | **62** | | | **100.0 %** | **1.80 [ 0.63, 2.97 ]** |

Heterogeneity: not applicable
Test for overall effect: Z = 3.01 (P = 0.0026)
Test for subgroup differences: Not applicable

-10   -5   0   5   10
Favours medical    Favours expectant

Pet. Ref. 292

**Analysis 10.6.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 6 Bleeding (days).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   6 Bleeding (days)



| Study or subgroup | Medical | | Expectant | | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | | | |
| Nielsen 1999 | 60 | 11 (3.26) | 62 | 10.3 (3.11) | | 100.0 % | 0.70 [ -0.43, 1.83 ] |
| **Total (95% CI)** | **60** | | **62** | | | **100.0 %** | **0.70 [ -0.43, 1.83 ]** |

Heterogeneity: not applicable

Test for overall effect: Z = 1.21 (P = 0.23)

Test for subgroup differences: Not applicable

```
        -10   -5    0    5    10
       Favours medical   Favours expectant
```

**Analysis 10.7.   Comparison 10 Oral misoprostol + mifepristone versus expectant management, Outcome 7 Satisfaction with treatment (visual analogue scale day 14).**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   10 Oral misoprostol + mifepristone versus expectant management

Outcome:   7 Satisfaction with treatment (visual analogue scale day 14)



| Study or subgroup | Medical | | Expectant | | Mean Difference IV,Fixed,95% CI | Weight | Mean Difference IV,Fixed,95% CI |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | | | |
| Nielsen 1999 | 60 | 28.6 (24.8) | 62 | 25.2 (25.6) | | 100.0 % | 3.40 [ -5.54, 12.34 ] |
| **Total (95% CI)** | **60** | | **62** | | | **100.0 %** | **3.40 [ -5.54, 12.34 ]** |

Heterogeneity: not applicable

Test for overall effect: Z = 0.75 (P = 0.46)

Test for subgroup differences: Not applicable

```
      -100  -50    0    50   100
    Favours expectant   Favours medical
```

Pet. Ref. 293

### Analysis 11.1.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 1 Complete miscarriage.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   1 Complete miscarriage



| Study or subgroup | Sublingual n/N | Vaginal n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Tang 2003 | 35/40 | 35/40 | | 100.0 % | 1.00 [ 0.85, 1.18 ] |
| **Total (95% CI)** | **40** | **40** | | **100.0 %** | **1.00 [ 0.85, 1.18 ]** |

Total events: 35 (Sublingual), 35 (Vaginal)
Heterogeneity: not applicable
Test for overall effect: Z = 0.0 (P = 1.0)
Test for subgroup differences: Not applicable

0.1  0.2  0.5   1   2    5   10
Favours sublingual      Favours vaginal

### Analysis 11.2.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 2 Nausea.

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   2 Nausea



| Study or subgroup | Sublingual n/N | Vaginal n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Tang 2003 | 24/40 | 20/40 | | 100.0 % | 1.20 [ 0.80, 1.79 ] |
| **Total (95% CI)** | **40** | **40** | | **100.0 %** | **1.20 [ 0.80, 1.79 ]** |

Total events: 24 (Sublingual), 20 (Vaginal)
Heterogeneity: not applicable
Test for overall effect: Z = 0.89 (P = 0.37)
Test for subgroup differences: Not applicable

0.1  0.2  0.5   1   2    5   10
Favours sublingual      Favours vaginal

Pet. Ref. 294

### Analysis 11.3.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 3 Vomiting.



Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   3 Vomiting

| Study or subgroup | Sublingual n/N | Vaginal n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Tang 2003 | 7/40 | 9/40 | | 100.0 % | 0.78 [ 0.32, 1.88 ] |
| **Total (95% CI)** | **40** | **40** | | **100.0 %** | **0.78 [ 0.32, 1.88 ]** |

Total events: 7 (Sublingual), 9 (Vaginal)
Heterogeneity: not applicable
Test for overall effect: Z = 0.56 (P = 0.58)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours sublingual    Favours vaginal

### Analysis 11.4.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 4 Diarrhoea.



Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   4 Diarrhoea

| Study or subgroup | Sublingual n/N | Vaginal n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Tang 2003 | 28/40 | 11/40 | | 100.0 % | 2.55 [ 1.48, 4.38 ] |
| **Total (95% CI)** | **40** | **40** | | **100.0 %** | **2.55 [ 1.48, 4.38 ]** |

Total events: 28 (Sublingual), 11 (Vaginal)
Heterogeneity: not applicable
Test for overall effect: Z = 3.38 (P = 0.00074)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours sublingual    Favours vaginal

Pet. Ref. 295

**Analysis 11.5.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 5 Haemoglobin day 43.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   5 Haemoglobin day 43



| Study or subgroup | Sublingual | | Vaginal | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Fixed,95% CI | | IV,Fixed,95% CI |
| Tang 2003 | 40 | 12.6 (1.1) | 40 | 12.5 (1.1) | | 100.0 % | 0.10 [ -0.38, 0.58 ] |
| **Total (95% CI)** | **40** | | **40** | | | **100.0 %** | **0.10 [ -0.38, 0.58 ]** |
| Heterogeneity: not applicable | | | | | | | |
| Test for overall effect: Z = 0.41 (P = 0.68) | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

-10     -5     0     5     10

Favours vaginal         Favours sublingual

**Analysis 11.6.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 6 Intolerable pain.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   6 Intolerable pain



| Study or subgroup | Sublingual | Vaginal | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Tang 2003 | 6/40 | 8/40 | | 100.0 % | 0.75 [ 0.29, 1.97 ] |
| **Total (95% CI)** | **40** | **40** | | **100.0 %** | **0.75 [ 0.29, 1.97 ]** |
| Total events: 6 (Sublingual), 8 (Vaginal) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 0.59 (P = 0.56) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1   0.2   0.5   1   2   5   10

Favours sublingual     Favours vaginal

Pet. Ref. 296

**Analysis 11.7.   Comparison 11 Sublingual misoprostol versus vaginal misoprostol, Outcome 7 Satisfied with treatment.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   11 Sublingual misoprostol versus vaginal misoprostol

Outcome:   7 Satisfied with treatment



| Study or subgroup | Sublingual | Vaginal | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Tang 2003 | 30/38 | 31/39 | | 100.0 % | 0.99 [ 0.79, 1.25 ] |
| **Total (95% CI)** | **38** | **39** | | **100.0 %** | **0.99 [ 0.79, 1.25 ]** |

Total events: 30 (Sublingual), 31 (Vaginal)
Heterogeneity: not applicable
Test for overall effect: Z = 0.06 (P = 0.95)
Test for subgroup differences: Not applicable

0.1  0.2  0.5  1  2  5  10
Favours sublingual    Favours vaginal

**Analysis 12.1.   Comparison 12 Mifepristone versus placebo, Outcome 1 Miscarriage < 48 hours.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   12 Mifepristone versus placebo

Outcome:   1 Miscarriage < 48 hours



| Study or subgroup | Mifepristone | Placebo | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Lelaidier 1993 | 2/23 | 0/23 | | 100.0 % | 5.00 [ 0.25, 98.75 ] |
| **Total (95% CI)** | **23** | **23** | | **100.0 %** | **5.00 [ 0.25, 98.75 ]** |

Total events: 2 (Mifepristone), 0 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 1.06 (P = 0.29)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours placebo    Favours mifepristone

Pet. Ref. 297

**Analysis 12.2.   Comparison 12 Mifepristone versus placebo, Outcome 2 Miscarriage < 3 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   12 Mifepristone versus placebo

Outcome:   2 Miscarriage < 3 days



| Study or subgroup | Mifepristone n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lelaidier 1993 | 9/23 | 0/23 | | 100.0 % | 19.00 [ 1.17, 308.40 ] |
| **Total (95% CI)** | **23** | **23** | | **100.0 %** | **19.00 [ 1.17, 308.40 ]** |

Total events: 9 (Mifepristone), 0 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 2.07 (P = 0.038)
Test for subgroup differences: Not applicable

0.001 0.01 0.1   1   10 100 1000
Favours mifepristone        Favours placebo

**Analysis 12.3.   Comparison 12 Mifepristone versus placebo, Outcome 3 Miscarriage < 4 days.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   12 Mifepristone versus placebo

Outcome:   3 Miscarriage < 4 days



| Study or subgroup | Mifepristone n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lelaidier 1993 | 14/23 | 1/23 | | 100.0 % | 14.00 [ 2.00, 97.88 ] |
| **Total (95% CI)** | **23** | **23** | | **100.0 %** | **14.00 [ 2.00, 97.88 ]** |

Total events: 14 (Mifepristone), 1 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 2.66 (P = 0.0078)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours placebo        Favours mifepristone

Pet. Ref. 298

**Analysis 12.4.   Comparison 12 Mifepristone versus placebo, Outcome 4 Miscarriage < 5 days.**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    12 Mifepristone versus placebo

Outcome:    4 Miscarriage < 5 days



| Study or subgroup | Mifepristone n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lelaidier 1993 | 19/23 | 2/23 | | 100.0 % | 9.50 [ 2.49, 36.19 ] |
| **Total (95% CI)** | **23** | **23** | | **100.0 %** | **9.50 [ 2.49, 36.19 ]** |

Total events: 19 (Mifepristone), 2 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 3.30 (P = 0.00097)
Test for subgroup differences: Not applicable

0.01    0.1    1    10    100

Favours placebo    Favours mifepristone

---

**Analysis 12.5.   Comparison 12 Mifepristone versus placebo, Outcome 5 Vaginal bleeding before day 5.**

Review:    Medical treatment for early fetal death (less than 24 weeks)

Comparison:    12 Mifepristone versus placebo

Outcome:    5 Vaginal bleeding before day 5



| Study or subgroup | Mifepristone n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| Lelaidier 1993 | 23/23 | 5/21 | | 100.0 % | 3.92 [ 1.89, 8.10 ] |
| **Total (95% CI)** | **23** | **21** | | **100.0 %** | **3.92 [ 1.89, 8.10 ]** |

Total events: 23 (Mifepristone), 5 (Placebo)
Heterogeneity: not applicable
Test for overall effect: Z = 3.69 (P = 0.00023)
Test for subgroup differences: Not applicable

0.1    0.2    0.5    1    2    5    10

Favours mifepristone    Favours placebo

Pet. Ref. 299

**Analysis 12.6.   Comparison 12 Mifepristone versus placebo, Outcome 6 Pain before day 5.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   12 Mifepristone versus placebo

Outcome:   6 Pain before day 5



| Study or subgroup | Mifepristone | Placebo | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Lelaidier 1993 | 12/23 | 5/21 | | 100.0 % | 2.19 [ 0.93, 5.17 ] |
| **Total (95% CI)** | **23** | **21** | | **100.0 %** | **2.19 [ 0.93, 5.17 ]** |
| Total events: 12 (Mifepristone), 5 (Placebo) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 1.79 (P = 0.074) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours mifepristone      Favours placebo

**Analysis 13.1.   Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 1 Surgical evacuation.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   13 Vaginal gemeprost versus surgical evacuation of uterus

Outcome:   1 Surgical evacuation



| Study or subgroup | Gemeprost | Evacuation | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Egarter 1995 | 10/43 | 44/44 | | 100.0 % | 0.24 [ 0.14, 0.41 ] |
| **Total (95% CI)** | **43** | **44** | | **100.0 %** | **0.24 [ 0.14, 0.41 ]** |
| Total events: 10 (Gemeprost), 44 (Evacuation) | | | | | |
| Heterogeneity: not applicable | | | | | |
| Test for overall effect: Z = 5.27 (P < 0.00001) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

0.1  0.2  0.5  1  2  5  10

Favours gemeprost      Favours evacuation

Pet. Ref. 300

**Analysis 13.2.   Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 2 Perforation of uterus.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   13 Vaginal gemeprost versus surgical evacuation of uterus

Outcome:   2 Perforation of uterus



| Study or subgroup | Gemeprost | Evacuation | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Egarter 1995 | 0/43 | 2/44 | | 100.0 % | 0.20 [ 0.01, 4.14 ] |
| **Total (95% CI)** | **43** | **44** | | **100.0 %** | **0.20 [ 0.01, 4.14 ]** |

Total events: 0 (Gemeprost), 2 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 1.03 (P = 0.30)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours gemeprost        Favours evacuation

**Analysis 13.3.   Comparison 13 Vaginal gemeprost versus surgical evacuation of uterus, Outcome 3 Nausea.**

Review:   Medical treatment for early fetal death (less than 24 weeks)

Comparison:   13 Vaginal gemeprost versus surgical evacuation of uterus

Outcome:   3 Nausea



| Study or subgroup | Gemeprost | Evacuation | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Egarter 1995 | 7/43 | 4/44 | | 100.0 % | 1.79 [ 0.56, 5.68 ] |
| **Total (95% CI)** | **43** | **44** | | **100.0 %** | **1.79 [ 0.56, 5.68 ]** |

Total events: 7 (Gemeprost), 4 (Evacuation)
Heterogeneity: not applicable
Test for overall effect: Z = 0.99 (P = 0.32)
Test for subgroup differences: Not applicable

0.1  0.2  0.5   1   2   5   10
Favours gemeprost     Favours evacuation

Pet. Ref. 301

## WHAT'S NEW

Last assessed as up-to-date: 24 April 2006.

| Date | Event | Description |
|------|-------|-------------|
| 8 August 2012 | Amended | Search updated. One hundred reports added to Studies awaiting classification |

## HISTORY

Protocol first published: Issue 3, 2000

Review first published: Issue 3, 2006

| Date | Event | Description |
|------|-------|-------------|
| 18 September 2008 | Amended | Converted to new review format. |

## CONTRIBUTIONS OF AUTHORS

Juan Vazquez: protocol development and revisions to first draft of review.

Martha Hickey: protocol development and revisions to the first draft of review.

Jim Neilson: supervision of protocol development; completion of first draft of review.

## DECLARATIONS OF INTEREST

None known.

## SOURCES OF SUPPORT

### Internal sources

- America Arias Hospital, Havana, Cuba.
- The University of Liverpool, UK.

Pet. Ref. 302

**External sources**

- HRP/WHO, Geneva, Switzerland.

## DIFFERENCES BETWEEN PROTOCOL AND REVIEW

The protocol for this review aimed to include both trials for treatment of both ultrasound diagnosed non-viable pregnancies and incomplete miscarriage. For the reasons described in the review, two separate reviews now address these topics - thus, the change in title from 'Medical management for miscarriage'.

## INDEX TERMS

**Medical Subject Headings (MeSH)**

*Fetal Death [diagnostic imaging]; Abortifacient Agents [*therapeutic use]; Abortion, Induced [*methods]; Administration, Intravaginal; Administration, Oral; Mifepristone [*therapeutic use]; Misoprostol [*therapeutic use]; Randomized Controlled Trials as Topic; Ultrasonography, Prenatal

**MeSH check words**

Female; Humans; Pregnancy

Pet. Ref. 303



**Cochrane** Database of Systematic Reviews

# Medical treatments for incomplete miscarriage (Review)

Kim C, Barnard S, Neilson JP, Hickey M, Vazquez JC, Dou L

Kim C, Barnard S, Neilson JP, Hickey M, Vazquez JC, Dou L.
Medical treatments for incomplete miscarriage.
*Cochrane Database of Systematic Reviews* 2017, Issue 1. Art. No.: CD007223.
DOI: 10.1002/14651858.CD007223.pub4.

www.cochranelibrary.com

**Medical treatments for incomplete miscarriage (Review)**
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

Pet. Ref. 304

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# TABLE OF CONTENTS

| | |
|---|---|
| HEADER | 1 |
| ABSTRACT | 1 |
| PLAIN LANGUAGE SUMMARY | 2 |
| SUMMARY OF FINDINGS | 3 |
| BACKGROUND | 8 |
| OBJECTIVES | 9 |
| METHODS | 9 |
| RESULTS | 12 |
| Figure 1. | 14 |
| Figure 2. | 18 |
| Figure 3. | 19 |
| Figure 4. | 20 |
| Figure 5. | 21 |
| Figure 6. | 22 |
| DISCUSSION | 31 |
| AUTHORS' CONCLUSIONS | 33 |
| ACKNOWLEDGEMENTS | 33 |
| REFERENCES | 34 |
| CHARACTERISTICS OF STUDIES | 47 |
| DATA AND ANALYSES | 85 |
| Analysis 1.1. Comparison 1 Misoprostol versus expectant care, Outcome 1 Complete miscarriage. | 87 |
| Analysis 1.2. Comparison 1 Misoprostol versus expectant care, Outcome 2 Surgical evacuation. | 88 |
| Analysis 1.3. Comparison 1 Misoprostol versus expectant care, Outcome 3 Death or serious complication. | 88 |
| Analysis 1.4. Comparison 1 Misoprostol versus expectant care, Outcome 4 Unplanned surgical intervention. | 89 |
| Analysis 1.5. Comparison 1 Misoprostol versus expectant care, Outcome 5 Blood transfusion. | 90 |
| Analysis 1.6. Comparison 1 Misoprostol versus expectant care, Outcome 6 Pain relief. | 91 |
| Analysis 1.7. Comparison 1 Misoprostol versus expectant care, Outcome 7 Pelvic infection < 14 days. | 91 |
| Analysis 2.1. Comparison 2 Misoprostol versus surgery, Outcome 1 Complete miscarriage. | 97 |
| Analysis 2.2. Comparison 2 Misoprostol versus surgery, Outcome 2 Surgical evacuation. | 98 |
| Analysis 2.3. Comparison 2 Misoprostol versus surgery, Outcome 3 Death or serious complication. | 99 |
| Analysis 2.4. Comparison 2 Misoprostol versus surgery, Outcome 4 Unplanned surgical intervention. | 100 |
| Analysis 2.5. Comparison 2 Misoprostol versus surgery, Outcome 5 Blood transfusion. | 101 |
| Analysis 2.6. Comparison 2 Misoprostol versus surgery, Outcome 6 Blood loss. | 102 |
| Analysis 2.7. Comparison 2 Misoprostol versus surgery, Outcome 7 Anaemia. | 102 |
| Analysis 2.8. Comparison 2 Misoprostol versus surgery, Outcome 8 Days of bleeding. | 103 |
| Analysis 2.9. Comparison 2 Misoprostol versus surgery, Outcome 9 Pain relief. | 104 |
| Analysis 2.10. Comparison 2 Misoprostol versus surgery, Outcome 10 Pelvic infection < 14 days. | 105 |
| Analysis 2.11. Comparison 2 Misoprostol versus surgery, Outcome 11 Cervical damage. | 106 |
| Analysis 2.12. Comparison 2 Misoprostol versus surgery, Outcome 12 Digestive disorders. | 107 |
| Analysis 2.13. Comparison 2 Misoprostol versus surgery, Outcome 13 Women's views/acceptability of method. | 107 |
| Analysis 2.14. Comparison 2 Misoprostol versus surgery, Outcome 14 Women's views/satisfaction - continuous data. | 108 |
| Analysis 2.15. Comparison 2 Misoprostol versus surgery, Outcome 15 Nausea. | 109 |
| Analysis 2.16. Comparison 2 Misoprostol versus surgery, Outcome 16 Vomiting. | 110 |
| Analysis 2.17. Comparison 2 Misoprostol versus surgery, Outcome 17 Diarrhoea. | 111 |
| Analysis 3.1. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 1 Complete miscarriage. | 113 |
| Analysis 3.2. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 2 Surgical evacuation. | 114 |
| Analysis 3.3. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 3 Death or serious complication. | 114 |
| Analysis 3.4. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 4 Unplanned surgical intervention. | 115 |
| Analysis 3.5. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 5 Blood transfusion. | 116 |
| Analysis 3.6. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 6 Pain relief. | 116 |
| Analysis 3.7. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 7 Pelvic infection < 14 days. | 117 |

Pet. Ref. 305

Analysis 4.1. Comparison 4 Vaginal misoprostol versus surgery, Outcome 1 Complete miscarriage.  ............................  119
Analysis 4.2. Comparison 4 Vaginal misoprostol versus surgery, Outcome 2 Surgical evacuation.  ..............................  120
Analysis 4.3. Comparison 4 Vaginal misoprostol versus surgery, Outcome 3 Death or serious complication.  ...............  121
Analysis 4.4. Comparison 4 Vaginal misoprostol versus surgery, Outcome 4 Unplanned surgical intervention.  .............  121
Analysis 4.5. Comparison 4 Vaginal misoprostol versus surgery, Outcome 5 Blood transfusion.  ................................  122
Analysis 4.6. Comparison 4 Vaginal misoprostol versus surgery, Outcome 6 Anaemia.  ............................................  123
Analysis 4.7. Comparison 4 Vaginal misoprostol versus surgery, Outcome 7 Days of bleeding.  .................................  123
Analysis 4.8. Comparison 4 Vaginal misoprostol versus surgery, Outcome 8 Pain relief.  .........................................  124
Analysis 4.9. Comparison 4 Vaginal misoprostol versus surgery, Outcome 9 Pelvic infection < 14 days.  ....................  124
Analysis 4.10. Comparison 4 Vaginal misoprostol versus surgery, Outcome 10 Women's views/satisfaction - continuous data.  ..  125
Analysis 4.11. Comparison 4 Vaginal misoprostol versus surgery, Outcome 11 Nausea.  ...........................................  125
Analysis 4.12. Comparison 4 Vaginal misoprostol versus surgery, Outcome 12 Vomiting.  ........................................  126
Analysis 4.13. Comparison 4 Vaginal misoprostol versus surgery, Outcome 13 Diarrhoea.  .......................................  126
Analysis 5.1. Comparison 5 Oral misoprostol versus surgery, Outcome 1 Complete miscarriage.  ...............................  129
Analysis 5.2. Comparison 5 Oral misoprostol versus surgery, Outcome 2 Surgical evacuation.  ..................................  129
Analysis 5.3. Comparison 5 Oral misoprostol versus surgery, Outcome 3 Unplanned surgical intervention.  ................  130
Analysis 5.4. Comparison 5 Oral misoprostol versus surgery, Outcome 4 Blood transfusion.  ....................................  131
Analysis 5.5. Comparison 5 Oral misoprostol versus surgery, Outcome 5 Pain relief.  ..............................................  131
Analysis 5.6. Comparison 5 Oral misoprostol versus surgery, Outcome 6 Pelvic infection.  .......................................  132
Analysis 5.7. Comparison 5 Oral misoprostol versus surgery, Outcome 7 Cervical damage.  ......................................  132
Analysis 5.8. Comparison 5 Oral misoprostol versus surgery, Outcome 8 Women's views/acceptability of method.  ......  133
Analysis 5.9. Comparison 5 Oral misoprostol versus surgery, Outcome 9 Nausea.  ...................................................  134
Analysis 5.10. Comparison 5 Oral misoprostol versus surgery, Outcome 10 Vomiting.  .............................................  134
Analysis 5.11. Comparison 5 Oral misoprostol versus surgery, Outcome 11 Diarrhoea.  ...........................................  135
Analysis 6.1. Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 1 Complete miscarriage.  ...............  136
Analysis 6.2. Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 2 Surgical evacuation.  ...................  137
Analysis 6.3. Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 3 Days of bleeding.  ......................  137
Analysis 6.4. Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 4 Pelvic infection.  .........................  138
Analysis 7.1. Comparison 7 Sublingual misoprostol versus surgery, Outcome 1 Complete miscarriage.  .....................  140
Analysis 7.2. Comparison 7 Sublingual misoprostol versus surgery, Outcome 2 Surgical evacuation.  ........................  140
Analysis 7.3. Comparison 7 Sublingual misoprostol versus surgery, Outcome 3 Unplanned surgical intervention.  ......  141
Analysis 7.4. Comparison 7 Sublingual misoprostol versus surgery, Outcome 4 Anaemia.  .......................................  141
Analysis 7.5. Comparison 7 Sublingual misoprostol versus surgery, Outcome 5 Digestive disorders.  ........................  142
Analysis 7.6. Comparison 7 Sublingual misoprostol versus surgery, Outcome 6 Women's views/acceptability of method.  .......  143
Analysis 7.7. Comparison 7 Sublingual misoprostol versus surgery, Outcome 7 Nausea.  .........................................  143
Analysis 7.8. Comparison 7 Sublingual misoprostol versus surgery, Outcome 8 Vomiting.  ......................................  144
Analysis 8.1. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 1 Complete miscarriage.  ...........  145
Analysis 8.2. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 2 Surgical evacuation.  ...............  146
Analysis 8.3. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 3 Unplanned surgical intervention.  ..........  147
Analysis 8.4. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 4 Pain relief.  ............................  147
Analysis 8.5. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 5 Nausea.  ................................  148
Analysis 8.6. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 6 Vomiting.  .............................  148
Analysis 8.7. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 7 Diarrhoea.  ............................  149
Analysis 9.1. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 1 Complete miscarriage.  ...............  151
Analysis 9.2. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 2 Surgical evacuation.  ...................  151
Analysis 9.3. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 3 Death or serious complication.  .....  152
Analysis 9.4. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 4 Unplanned surgical intervention.  ..  152
Analysis 9.5. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 5 Women's views/acceptability of method.  .....  153
Analysis 9.6. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 6 Nausea.  ....................................  153
Analysis 9.7. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 7 Vomiting.  .................................  154
Analysis 9.8. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 8 Diarrhoea.  ................................  155
Analysis 10.1. Comparison 10 Oral mifepristone + vaginal misoprostol versus surgery, Outcome 1 Complete miscarriage.  .......  156

Pet. Ref. 306

Cochrane Database of Systematic Reviews

Analysis 10.2. Comparison 10 Oral mifepristone + vaginal misoprostol versus surgery, Outcome 2 Pelvic infection < 14 days.  ...   156
Analysis 11.1. Comparison 11 Vaginal prostaglandin E1 (gemeprost) versus surgery, Outcome 1 Unplanned surgical   157
intervention.  ..................................................................................................................................................
Analysis 12.1. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 1 Complete miscarriage.  .................   159
Analysis 12.2. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 2 Surgical evacuation.  .....................   160
Analysis 12.3. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 3 Death or serious complication.  .....   160
Analysis 12.4. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 4 Nausea.  ..........................................   161
Analysis 12.5. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 5 Vomiting.  ...................................   161
Analysis 12.6. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 6 Diarrhoea.  ...................................   162
Analysis 12.7. Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 7 Women's views/acceptability of   163
method.  ...........................................................................................................................................................
WHAT'S NEW  ..................................................................................................................................................................   163
HISTORY  ..........................................................................................................................................................................   163
CONTRIBUTIONS OF AUTHORS  .....................................................................................................................................   164
DECLARATIONS OF INTEREST  ........................................................................................................................................   164
SOURCES OF SUPPORT  ...................................................................................................................................................   164
DIFFERENCES BETWEEN PROTOCOL AND REVIEW  .........................................................................................................   164
INDEX TERMS  ..................................................................................................................................................................   164

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 307

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

[Intervention Review]

# Medical treatments for incomplete miscarriage

Caron Kim[1], Sharmani Barnard[2], James P Neilson[3], Martha Hickey[4], Juan C Vazquez[5], Lixia Dou[6]

[1]Department of Reproductive Health and Research, WHO, Geneva, Switzerland. [2]Centre for Global Health, Kings College London, London, UK. [3]The University of Liverpool, Liverpool, UK. [4]The University of Melbourne, The Royal Women's Hospital, Melbourne, Australia. [5]Departamento de Salud Reproductiva, Instituto Nacional de Endocrinologia (INEN), Habana, Cuba. [6]Cochrane Pregnancy and Childbirth Group, Department of Women's and Children's Health, The University of Liverpool, Liverpool, UK

**Contact address:** Caron Kim, Department of Reproductive Health and Research, WHO, 20 Avenue Appia, Geneva, 1211, Switzerland. kimca@who.int.

**Editorial group:** Cochrane Pregnancy and Childbirth Group.
**Publication status and date:** New search for studies and content updated (no change to conclusions), published in Issue 1, 2017.

**Citation:** Kim C, Barnard S, Neilson JP, Hickey M, Vazquez JC, Dou L. Medical treatments for incomplete miscarriage. *Cochrane Database of Systematic Reviews* 2017, Issue 1. Art. No.: CD007223. DOI: 10.1002/14651858.CD007223.pub4.

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

### Background

Miscarriage occurs in 10% to 15% of pregnancies. The traditional treatment, after miscarriage, has been to perform surgery to remove any remaining placental tissues in the uterus ('evacuation of uterus'). However, medical treatments, or expectant care (no treatment), may also be effective, safe, and acceptable.

### Objectives

To assess the effectiveness, safety, and acceptability of any medical treatment for incomplete miscarriage (before 24 weeks).

### Search methods

We searched Cochrane Pregnancy and Childbirth's Trials Register (13 May 2016) and reference lists of retrieved papers.

### Selection criteria

We included randomised controlled trials comparing medical treatment with expectant care or surgery, or alternative methods of medical treatment. We excluded quasi-randomised trials.

### Data collection and analysis

Two review authors independently assessed the studies for inclusion, assessed risk of bias, and carried out data extraction. Data entry was checked. We assessed the quality of the evidence using the GRADE approach.

### Main results

We included 24 studies (5577 women). There were no trials specifically of miscarriage treatment after 13 weeks' gestation.

Three trials involving 335 women compared misoprostol treatment (all vaginally administered) with expectant care. There was no difference in complete miscarriage (average risk ratio (RR) 1.23, 95% confidence interval (CI) 0.72 to 2.10; 2 studies, 150 women, random-effects; very low-quality evidence), or in the need for surgical evacuation (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects; low-quality evidence). There were few data on 'deaths or serious complications'. For unplanned surgical intervention, we did not identify any difference between misoprostol and expectant care (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects; low-quality evidence).

---

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 308

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Sixteen trials involving 4044 women addressed the comparison of misoprostol (7 studies used oral administration, 6 studies used vaginal, 2 studies sublingual, 1 study combined vaginal + oral) with surgical evacuation. There was a slightly lower incidence of complete miscarriage with misoprostol (average RR 0.96, 95% CI 0.94 to 0.98; 15 studies, 3862 women, random-effects; very low-quality evidence) but with success rate high for both methods. Overall, there were fewer surgical evacuations with misoprostol (average RR 0.05, 95% CI 0.02 to 0.11; 13 studies, 3070 women, random-effects; very low-quality evidence) but more unplanned procedures (average RR 5.03, 95% CI 2.71 to 9.35; 11 studies, 2690 women, random-effects; low-quality evidence). Nausea was more common with misoprostol (average RR 2.50, 95% CI 1.53 to 4.09; 11 studies, 3015 women, random-effects; low-quality evidence). We did not identify any difference in women's satisfaction between misoprostol and surgery (average RR 1.00, 95% CI 0.99 to 1.00; 9 studies, 3349 women, random-effects; moderate-quality evidence). More women had vomiting and diarrhoea with misoprostol compared with surgery (vomiting: average RR 1.97, 95% CI 1.36 to 2.85; 10 studies, 2977 women, random-effects; moderate-quality evidence; diarrhoea: average RR 4.82, 95% CI 1.09 to 21.32; 4 studies, 757 women, random-effects; moderate-quality evidence).

Five trials compared different routes of administration, or doses, or both, of misoprostol. There was no clear evidence of one regimen being superior to another.

Limited evidence suggests that women generally seem satisfied with their care. Long-term follow-up from one included study identified no difference in subsequent fertility between the three approaches.

**Authors' conclusions**

The available evidence suggests that medical treatment, with misoprostol, and expectant care are both acceptable alternatives to routine surgical evacuation given the availability of health service resources to support all three approaches. Further studies, including long-term follow-up, are clearly needed to confirm these findings. There is an urgent need for studies on women who miscarry at more than 13 weeks' gestation.

# P L A I N   L A N G U A G E   S U M M A R Y

**Medical treatments for incomplete miscarriage**

**What is the issue?**

Miscarriage is when a pregnant woman loses her baby before the baby would be considered able to survive outside the womb, i.e. before 24 weeks' gestation. Miscarriage occurs in about 10% to 15% of pregnancies and the signs are bleeding, usually with some abdominal pain and cramping. The traditional management of miscarriage was surgery but this Cochrane Review asks if medical treatments can be another management option for the woman.

**Why is this important?**

The cause of miscarriage is often unknown, but most are likely to be due to abnormalities in the baby's chromosomes. Women experiencing miscarriage may be quite distressed, and there can be feelings of emptiness, guilt, and failure. Fathers can also be affected emotionally. Traditionally, surgery (curettage or vacuum aspiration) has been the treatment used to remove any retained tissue and it is quick to perform. It has now been suggested that medical treatments (usually misoprostol) may be as effective and may carry less risk of infection.

**What evidence did we find?**

We searched for evidence on 13 May 2016 and identified 24 studies involving 5577 women, and all these studies were of women at less than 13 weeks' gestation. There were a number of different ways of giving the drugs and so there are limited data for each comparison.

Overall, the review found no real difference in the success between misoprostol and waiting for spontaneous miscarriage (expectant care), nor between misoprostol and surgery. The overall success rate of treatment (misoprostol and surgery) was over 80% and sometimes as high as 99%, and one study identified no difference in subsequent fertility between methods of medication, surgery or expectant management. Vaginal misoprostol was compared with oral misoprostol in one study which found no difference in success, but there was an increase in the incidence of diarrhoea with oral misoprostol. However, women on the whole seemed happy with their care, whichever treatment they were given.

**What does this mean?**

The review suggests that misoprostol or waiting for spontaneous expulsion of fragments are important alternatives to surgery, but women should be offered an informed choice. Further studies are clearly needed to confirm these findings and should include long-term follow-up. There is an urgent need for studies on women who miscarry at more than 13 weeks' gestation.

Pet. Ref. 309

Medical treatments for incomplete miscarriage (Review)
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

# SUMMARY OF FINDINGS

**Summary of findings for the main comparison.  Misoprostol compared to expectant care for incomplete miscarriage**

**Misoprostol compared to expectant care for incomplete miscarriage**

**Patient or population:** incomplete miscarriage
**Setting:** hospitals in Australia, Sweden, United Kingdom
**Intervention:** misoprostol
**Comparison:** expectant care

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Quality of the evidence (GRADE) | Comments |
|---|---|---|---|---|---|---|
| | Risk with expectant care | Risk with Misoprostol | | | | |
| Complete miscarriage | Study population | | RR 1.23 (0.72 to 2.10) | 150 (2 RCTs) | ⊕◯◯◯ VERY LOW [1, 2, 3] | |
| | 579 per 1000 | 712 per 1000 (417 to 1000) | | | | |
| | Moderate | | | | | |
| | 687 per 1000 | 845 per 1000 (494 to 1000) | | | | |
| Surgical evacuation | Study population | | RR 0.62 (0.17 to 2.26) | 308 (2 RCTs) | ⊕⊕◯◯ LOW [1 2] | |
| | 312 per 1000 | 193 per 1000 (53 to 704) | | | | |
| | Moderate | | | | | |
| | 327 per 1000 | 202 per 1000 (56 to 738) | | | | |
| Unplanned surgical intervention | Study population | | RR 0.62 (0.17 to 2.26) | 308 (2 RCTs) | ⊕⊕◯◯ LOW [1 2] | |
| | 312 per 1000 | 193 per 1000 (53 to 704) | | | | |
| | Moderate | | | | | |
| | 327 per 1000 | 202 per 1000 | | | | |

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

3

Pet. Ref. 310

Medical treatments for incomplete miscarriage (Review)
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | | (56 to 738) | | | | |
|---|---|---|---|---|---|---|
| Women's views/ acceptability of method | Study population | | - | (0 study) | - | No data |
| | see comment | see comment | | | | |
| Nausea | Study population | | - | (0 study) | - | No data |
| | see comment | see comment | | | | |
| Vomiting | Study population | | - | (0 study) | - | No data |
| | see comment | see comment | | | | |
| Diarrhoea | Study population | | - | (0 study) | - | No data |
| | see comment | see comment | | | | |

*__The risk in the intervention group__ (and its 95% confidence interval) is based on the assumed risk in the comparison group and the __relative effect__ of the intervention (and its 95% CI).
__CI:__ confidence interval; __RCT:__ randomised controlled trial; __RR:__ risk ratio.

__GRADE Working Group grades of evidence__
__High-quality:__ We are very confident that the true effect lies close to that of the estimate of the effect.
__Moderate-quality:__ We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
__Low-quality:__ Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect.
__Very low-quality:__ We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect.

[1] One study blinded (placebo-controlled), but the other unblinded.
[2] High levels of heterogeneity.
[3] Only two trials, including a total of 150 women.

__Summary of findings 2.  Misoprostol compared to surgery for incomplete miscarriage__

__Misoprostol compared to surgery for incomplete miscarriage__

__Patient or population:__ incomplete miscarriage
__Setting:__ clinics and hospitals in Australia, Burkina Faso, Egypt, Ecuador, Ghana, India, Mauritania, Mozambique, Niger, Nigeria, South Africa, Tanzania, Turkey, Uganda, USA
__Intervention:__ misoprostol
__Comparison:__ surgery

Pet. Ref. 311

Cochrane Library — Trusted evidence. Informed decisions. Better health. Cochrane Database of Systematic Reviews

Medical treatments for incomplete miscarriage (Review)
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Quality of the evidence (GRADE) | Comments |
|---|---|---|---|---|---|---|
| | Risk with surgery | Risk with Misoprostol | | | | |
| Complete miscarriage | Study population | | RR 0.96 (0.94 to 0.98) | 3862 (15 RCTs) | ⊕⊖⊖⊖ VERY LOW [1, 2, 3] | |
| | 992 per 1000 | 963 per 1000 (943 to 982) | | | | |
| | Moderate | | | | | |
| | 1000 per 1000 | 970 per 1000 (950 to 990) | | | | |
| Surgical evacuation | Study population | | RR 0.05 (0.02 to 0.11) | 3070 (13 RCTs) | ⊕⊖⊖⊖ VERY LOW [1, 2, 4, 5] | |
| | 985 per 1000 | 49 per 1000 (20 to 108) | | | | |
| | Moderate | | | | | |
| | 1000 per 1000 | 50 per 1000 (20 to 110) | | | | |
| Unplanned surgical intervention | Study population | | RR 5.03 (2.71 to 9.35) | 2690 (11 RCTs) | ⊕⊕⊖⊖ LOW [1, 6] | |
| | 8 per 1000 | 38 per 1000 (21 to 71) | | | | |
| | Moderate | | | | | |
| | 9 per 1000 | 45 per 1000 (24 to 83) | | | | |
| Women's views/acceptability of method | Study population | | RR 1.00 (0.99 to 1.00) | 3349 (9 RCTs) | ⊕⊕⊕⊖ MODERATE [7] | |
| | 981 per 1000 | 981 per 1000 (971 to 981) | | | | |
| | Moderate | | | | | |
| | 982 per 1000 | 982 per 1000 (972 to 982) | | | | |

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

5

Pet. Ref. 312

Medical treatments for incomplete miscarriage (Review)
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| Nausea | Study population | | RR 2.50 (1.53 to 4.09) | 3015 (11 RCTs) | ⊕⊕⊝⊝ LOW [1,2] |
|---|---|---|---|---|---|
| | 84 per 1000 | 210 per 1000 (128 to 343) | | | |
| | Moderate | | | | |
| | 44 per 1000 | 110 per 1000 (67 to 179) | | | |
| Vomiting | Study population | | RR 1.97 (1.36 to 2.85) | 2977 (10 RCTs) | ⊕⊕⊕⊝ MODERATE [1] |
| | 29 per 1000 | 56 per 1000 (39 to 82) | | | |
| | Moderate | | | | |
| | 20 per 1000 | 39 per 1000 (27 to 56) | | | |
| Diarrhoea | Study population | | RR 4.82 (1.09 to 21.32) | 757 (4 RCTs) | ⊕⊕⊕⊝ MODERATE [1] |
| | 0 per 1000 | 0 per 1000 (0 to 0) | | | |

*The risk in the intervention group (and its 95% confidence interval) is based on the assumed risk in the comparison group and the relative effect of the intervention (and its 95% CI).
CI: confidence interval; RCT: randomised controlled trial; RR: risk ratio.

**GRADE Working Group grades of evidence**
**High-quality:** We are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate-quality:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low-quality:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect.
**Very low-quality:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect.

[1] Lack of blinding.
[2] High heterogeneity.
[3] Lack of smaller studies showing a RR more than 1.
[4] Wide confidence interval crossing the line of no effect and small sample size.
[5] Asymmetrical funnel plot.
[6] Variation of effect size regardless of the study size.
[7] Downgraded for overall risk of bias (limitations in design).

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Pet. Ref. 313

Medical treatments for incomplete miscarriage (Review)

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

7

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Pet. Ref. 314

## BACKGROUND

### Description of the condition

Miscarriage is generally defined as the spontaneous loss of a pregnancy prior to 24 weeks' gestation, that is, before the fetus is usually viable outside the uterus (Shiers 2003). The clinical signs of miscarriage are vaginal bleeding, usually with abdominal pain and cramping. If the pregnancy has been expelled, the miscarriage is termed 'complete' or 'incomplete' depending on whether or not tissues are retained in the uterus. If a woman bleeds but her cervix is closed, this is described as a 'threatened miscarriage' as it is often possible for the pregnancy to continue and not to miscarry (RCOG 2006; Shiers 2003); if the pregnancy is in the uterus but the cervix is open, this is described as an 'inevitable miscarriage', i.e. it will not usually be possible to save the pregnancy and fetus. The now widespread use of ultrasound in early pregnancy, either for specific reasons (e.g. bleeding) or as a routine procedure, reveals pregnancies that are destined to inevitably miscarry, because they are 'non-viable' (Sawyer 2007; Weeks 2001). Non-viable pregnancies are either a 'missed miscarriage' if an embryo or fetus is present but is dead, or an 'anembryonic pregnancy' if no embryo has developed within the gestation sac.

Regardless of the type of miscarriage, the overall incidence is considered to be between 10% and 15%, although the real incidence may be greater (Shiers 2003). Most miscarriages occur within the first 12 weeks of pregnancy and are called 'early miscarriage', with those occurring after 13 weeks being known as 'late miscarriage'. The cause of miscarriage is generally unknown, but most are likely to be due to chromosomal abnormalities. The risk of miscarriage has been reported to be higher in older women, and where there are structural abnormalities of the genital tract, infection, and maternal complications such as diabetes, renal disease, and thyroid dysfunction. Also, some environmental factors have been linked with miscarriage, including alcohol and smoking (Shiers 2003). Miscarriage can sometimes lead to haemorrhage and infection, and it can be an important cause of morbidity, and even mortality, particularly in low-income countries (Lewis 2007).

Women experiencing miscarriage may be overwhelmed by the symptoms and also quite distressed (Shiers 2003). Psychological problems can follow a miscarriage, and these can include loss of self-esteem resulting from the woman's feeling of inability to rely on her body to give birth (Swanson 1999). Emotional responses described include those of emptiness, guilt, and failure (Swanson 1999). There can also be depression, anxiety, grief, and anger (Klier 2002; Thapar 1992). A number of other consequences, including sleep disturbance, social withdrawal, anger, and marital disturbance, may occur following miscarriage (Lok 2007). Fathers can also be affected emotionally (Klier 2002).

### Description of the intervention

Traditionally, all pregnancies that had miscarried were considered by clinicians as potentially incomplete. Therefore, surgical curettage ('evacuation of the uterus') was performed routinely to remove any retained placental tissue. If no tissue was obtained, then a retrospective diagnosis of complete miscarriage was made. Surgical curettage was the 'gold standard management' for miscarriage for many years because it is quickly performed and it is possible to completely remove any retained products of conception (Ankum 2001). Histological examination of the

removed tissues also allowed exclusion of trophoblastic disease, e.g. hydatidiform mole - although this is quite rare. New clinical approaches have evolved to try to minimise unnecessary surgical interventions whilst aiming to maintain low rates of morbidity and mortality from miscarriage. These approaches have included ultrasound imaging to diagnose complete miscarriage and thus avoid treatment, or more conservative treatments of incomplete miscarriage, such as drug (medical) treatment or no active treatment (expectant management) (Ankum 2001; Luise 2002). Various types of medical treatment could be suitable as alternatives to routine surgical treatment for miscarriage and these include the use of prostaglandins, or other uterotonic (uterus-contracting) drugs or anti-hormone therapy.

### How the intervention might work

#### a) Prostaglandins, e.g. misoprostol, prostaglandin F2alpha

Misoprostol is a synthetic prostaglandin E1 analogue and is marketed for the prevention and treatment of peptic ulcers. Recognised as a potent method for pregnancy termination (Costa 1993; Norman 1991), it is inexpensive, stable at room temperature, and has few systemic effects, although vomiting, diarrhoea, hypertension, and even potential teratogenicity (causing fetal malformation) when misoprostol fails to induce the abortion, have been reported (Fonseca 1991).

Misoprostol has been shown to be an effective myometrial stimulant of the pregnant uterus, selectively binding to EP-2/ EP-3 prostanoid receptors and stimulating contractions, which push the products or pregnancy out. It is rapidly absorbed orally and vaginally. Vaginally-absorbed serum levels are more prolonged, and vaginal misoprostol may have locally-mediated effects (Zieman 1997). Misoprostol could be especially useful in low-income countries, where transport and storage facilities are inadequate, and the availability of uterotonic agents and blood is limited. Its use in obstetrics and gynaecology has been explored, especially to induce first and second trimester abortion (Costa 1993; Norman 1991), for the induction of labour (Alfirevic 2014; Hofmeyr 2010), and for the prevention of postpartum haemorrhage (Tuncalp 2012). The stimulatory actions of misoprostol on the early pregnancy uterus could, in theory, help to expel retained tissue from the uterus after miscarriage, and provide an attractive medical alternative to surgical treatment of incomplete miscarriage (Chung 1995). It is important to distinguish between the use of misoprostol for incomplete miscarriage and its use for termination of viable pregnancies.

#### b) Other uterotonics, e.g. ergometrine, oxytocin

Ergometrine (extracted from the rye fungus, ergot) will promote contraction of involuntary muscles throughout the body (Hawk 1985; Kawarabayashi 1990), and oxytocin promotes strong rhythmic contractions of the uterus (Arthur 2007; Mota-Rojas 2007). Both drugs could potentially have a role in expelling tissue after miscarriage.

#### c) Progesterone antagonist

A number of progesterone antagonists are now available, and these drugs will interfere with the production, or functioning, or both, of progesterone. The progesterone antagonist, mifepristone, has an established role in the termination of first and second trimester pregnancy (Jain 2002), and may be also be effective in promoting

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

expulsion of retained placental tissues following miscarriage (Tang 2006b).

## Why it is important to do this review

Bleeding in early pregnancy is the most common reason for women to present to the gynaecology emergency department, and in many of these women, miscarriage will be diagnosed (Ramphal 2006). It is now clear that routine surgical evacuation of the uterus following miscarriage may not be indicated, and the subsequent risk of infection, haemorrhage, cervical damage, uterine perforation, and risks of anaesthesia may not be justified (Harris 2007). In order to optimise clinical management of this common condition, it is important to establish whether the use of medical treatment (drugs), or expectant management (no routine treatment) may offer a safer alternative for women with incomplete miscarriage, and whether there are specific circumstances where one type of treatment plan is superior to others.

We initially aimed to systematically review medical treatments for both non-viable pregnancies and incomplete miscarriages combined. On further reflection, this seemed illogical. Non-viable pregnancies contain viable trophoblast (placental) tissue, which produces hormones, which may in theory make these pregnancies more susceptible to anti-hormone therapy and more resistant to uterotonic (stimulating uterine contractions) therapy than pregnancies in which (incomplete) miscarriage has already taken place. Therefore, this review focuses on the management of incomplete miscarriage. Another Cochrane Review has covered non-viable pregnancies (Neilson 2006).

Other relevant Cochrane Reviews on the treatment of miscarriage include: 'Expectant care versus surgical treatment for miscarriage' (Nanda 2012), 'Surgical procedures for evacuating incomplete miscarriage' (Tuncalp 2010), 'Anaesthesia for evacuation of incomplete miscarriage' (Calvache 2012), and 'Follow-up for improving psychological well being for women after a miscarriage' (Murphy 2012). There is also a series of Cochrane Reviews on the possible prevention of miscarriage (Aleman 2005; Bamigboye 2003; Empson 2005; Haas 2013; de Jong PG 2014; Wong 2014; Balogun 2016). In addition, there are Cochrane Reviews on medical and surgical interventions for induced abortions (Dodd 2010; Kulier 2011; Lohr 2008; Wildschut 2011; Say 2010).

## OBJECTIVES

To assess the effectiveness, safety, and acceptability of any medical treatment for incomplete miscarriage (before 24 weeks).

## METHODS

### Criteria for considering studies for this review

#### Types of studies

We only included randomised controlled trials (RCTs). Cluster-randomised trials were eligible for inclusion, although we did not identify such trials. We excluded quasi-RCTs and cross-over trials. We also excluded conference proceedings and abstracts.

#### Types of participants

Participants were women being treated for spontaneous miscarriage (pregnancy loss at less than 24 weeks), either where there was ultrasound evidence of retained tissue (incomplete

miscarriage) or where the diagnosis had been made on clinical grounds alone, and where there would be uncertainty whether the miscarriage was complete or incomplete. In communities in which termination of pregnancy was illegal or unavailable, this could have included women who had undergone unsafe abortion.

We excluded women with non-viable pregnancies (i.e. where the embryo or fetus had died in utero, but in whom miscarriage had not yet occurred) as they are covered by another Cochrane Review (Neilson 2006).

We also excluded studies on induced abortion of a live fetus and for fetal anomaly as these are covered in other Cochrane Reviews (Dodd 2010; Kulier 2011; Lohr 2008; Wildschut 2011; Say 2010).

#### Types of interventions

We considered trials if they compared medical treatment of incomplete miscarriage with other methods (e.g. expectant management, placebo, or any other intervention including surgical evacuation, either curettage or vacuum aspiration). We also included comparisons between different routes of administration of drugs (e.g. oral versus vaginal), or between different drugs or doses of drug, or duration or timing of treatment, if data existed.

#### Types of outcome measures

##### Primary outcomes

1. Complete miscarriage (diagnosis of complete miscarriage based on findings at surgery, or ultrasound examination, or both, after a specific period, or cessation of symptoms and signs, or both).
2. Surgical evacuation.
3. Death or serious complications (e.g. uterine rupture, haemorrhage, sepsis, coagulopathy, uterine perforation, hysterectomy, organ failure, intensive care unit admission).

##### Secondary outcomes

1. Unplanned surgical intervention (i.e. a second evacuation in the surgical group but a first evacuation in the medical or expectant group).
2. Blood transfusion.
3. Haemorrhage (blood loss greater than 500 mL, or as defined by trial authors).
4. Blood loss.
5. Anaemia (haemoglobin (Hb) less than 10 g/dL, or as defined by trial authors).
6. Days of bleeding.
7. Pain relief.
8. Pelvic infection.
9. Cervical damage.
10. Digestive disorders (nausea or vomiting or diarrhoea).
11. Hypertensive disorders.
12. Duration of stay in hospital.
13. Psychological effects.
14. Subsequent fertility.
15. Women's views/acceptability of method.
16. Pathology of fetal/placental tissue.
17. Costs.

Pet. Ref. 316

## Search methods for identification of studies

The following methods section of this review is based on a standard template used by Cochrane Pregnancy and Childbirth.

### Electronic searches

The Information Specialist searched Cochrane Pregnancy and Childbirth's Trials Register on 13 May 2016.

The Register is a database containing over 22,000 reports of controlled trials in the field of pregnancy and childbirth. For full search methods used to populate Pregnancy and Childbirth's Trials Register, including the detailed search strategies for CENTRAL, MEDLINE, Embase, and CINAHL, the list of handsearched journals and conference proceedings, and the list of journals reviewed via the current awareness service, please follow this link to the editorial information about Cochrane Pregnancy and Childbirth in the Cochrane Library and select the '*Specialized Register*' section from the options on the left side of the screen.

Briefly, Cochrane Pregnancy and Childbirth's Trials Register is maintained by their Information Specialist and contains trials identified from:

1. monthly searches of the Cochrane Central Register of Controlled Trials (CENTRAL);
2. weekly searches of MEDLINE (Ovid);
3. weekly searches of Embase (Ovid);
4. monthly searches of CINAHL (EBSCO);
5. handsearches of 30 journals and the proceedings of major conferences;
6. weekly current awareness alerts for a further 44 journals plus monthly BioMed Central email alerts.

Search results are screened by two people and the full-text of all relevant trial reports identified through the searching activities described above is reviewed. Based on the intervention described, each trial report is assigned a number that corresponds to a specific Pregnancy and Childbirth review topic (or topics), and is then added to the Register. The Information Specialist searches the Register for each review using this topic number rather than keywords. This results in a more specific search set which has been fully accounted for in the relevant review sections (Included studies; Excluded studies; Ongoing studies).

### Searching other resources

We searched reference lists at the end of papers for further studies. We did not apply any language or date restrictions.

## Data collection and analysis

For methods used in the previous version of this review, see Neilson 2013.

For this update, we used the following methods for assessing the 21 reports that we identified as a result of the updated search.

The following Methods section of this review is based on a standard template used by Cochrane Pregnancy and Childbirth.

### Selection of studies

Two review authors (CRK, SB) independently assessed for inclusion all the potential studies we identified as a result of the search strategy. We would have resolved any disagreement through discussion or, if had been required, through consultation with a third person.

### Data extraction and management

We designed a form to extract data. For eligible studies, two review authors (CRK, SB) extracted the data using the agreed form. We would have resolved any disagreement through discussion or, if had been required, through consultation with a third person. We entered data into Review Manager 5 software (RevMan 2014), and checked for accuracy.

Had any information regarding any of the above been unclear, we would have attempted to contact authors of the original reports to provide further details.

### Assessment of risk of bias in included studies

Two review authors (CRK SB) independently assessed risk of bias for each study using the criteria outlined in the *Cochrane Handbook for Systematic Reviews of Interventions ( Higgins 2011 )*. We would have resolved any disagreement through discussion or, if had been required, through consultation with a third person.

#### (1) Random sequence generation (checking for possible selection bias)

We have described for each included study the method used to generate the allocation sequence in sufficient detail to allow an assessment of whether it should produce comparable groups.

We have assessed the methods as:

- low risk of bias (any truly random process, e.g. random number table; computer random number generator);
- high risk of bias (any non-random process, e.g. odd or even date of birth; hospital or clinic record number);
- unclear risk of bias.

#### (2) Allocation concealment (checking for possible selection bias)

We described for each included study the method used to conceal allocation to interventions prior to assignment and assessed whether intervention allocation could have been foreseen in advance of, or during recruitment, or changed after assignment.

We assessed the methods as:

- low risk of bias (e.g. telephone or central randomisation; consecutively numbered sealed opaque envelopes);
- high risk of bias (open random allocation; unsealed or non-opaque envelopes, alternation; date of birth);
- unclear risk of bias.

#### (3.1) Blinding of participants and personnel (checking for possible performance bias)

We described for each included study the methods used, if any, to blind study participants and personnel from knowledge of which intervention a participant received. We considered that studies were at low risk of bias if they were blinded, or if we judged that the

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 317

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

lack of blinding was unlikely to affect results. We assessed blinding separately for different outcomes or classes of outcomes.

We assessed the methods as:

• low, high, or unclear risk of bias for participants;
• low, high, or unclear risk of bias for personnel.

### (3.2) Blinding of outcome assessment (checking for possible detection bias)

We described for each included study the methods used, if any, to blind outcome assessors from knowledge of which intervention a participant received. We assessed blinding separately for different outcomes or classes of outcomes.

We assessed methods used to blind outcome assessment as:

• low, high, or unclear risk of bias.

### (4) Incomplete outcome data (checking for possible attrition bias due to the amount, nature, and handling of incomplete outcome data)

We described for each included study, and for each outcome or class of outcomes, the completeness of data, including attrition and exclusions from the analysis. We stated whether attrition and exclusions were reported and the numbers included in the analysis at each stage (compared with the total randomised participants), reasons for attrition or exclusion, where reported, and whether missing data were balanced across groups or were related to outcomes. Where sufficient information was reported, or could be supplied by the trial authors, we planned to re-include missing data in the analyses which we undertook.

We assessed methods as:

• low risk of bias (e.g. no missing outcome data; missing outcome data balanced across groups);
• high risk of bias (e.g. numbers or reasons for missing data imbalanced across groups; 'as treated' analysis done with substantial departure of intervention received from that assigned at randomisation);
• unclear risk of bias.

### (5) Selective reporting (checking for reporting bias)

We described for each included study how we investigated the possibility of selective outcome reporting bias and what we found.

We assessed the methods as:

• low risk of bias (where it is clear that all of the study's prespecified outcomes and all expected outcomes of interest to the review have been reported);
• high risk of bias (where not all the study's prespecified outcomes have been reported; one or more reported primary outcomes were not prespecified; outcomes of interest are reported incompletely and so cannot be used; study fails to include results of a key outcome that would have been expected to have been reported);
• unclear risk of bias.

### (6) Other bias (checking for bias due to problems not covered by (1) to (5) above)

We described for each included study any important concerns we had about other possible sources of bias.

### (7) Overall risk of bias

We made explicit judgements about whether studies were at high risk of bias, according to the criteria given in the *Cochrane Handbook for Systematic Reviews of Interventions* (Higgins 2011). With reference to (1) to (6) above, we planned to assess the likely magnitude and direction of the bias and whether we considered it is likely to impact on the findings. In future updates, we will explore the impact of the level of bias through undertaking sensitivity analyses - see Sensitivity analysis.

### Assessment of the quality of the evidence using the GRADE approach

For this update, we assessed the quality of the evidence using the GRADE approach as outlined in the GRADE Handbook in order to assess the quality of the body of evidence relating to the following outcomes for the two main comparisons: misoprostol versus expectant care and misoprostol versus surgery.

1. Complete miscarriage
2. Surgical evacuation
3. Unplanned surgical intervention
4. Women's views/acceptability of method (for misoprostol versus surgery only)
5. Nausea
6. Vomiting
7. Diarrhoea

We used GRADEpro Guideline Development Tool to import data from Review Manager 5 in order to create 'Summary of findings' tables (RevMan 2014). We produced a summary of the intervention effect and a measure of quality for each of the above outcomes using the GRADE approach. The GRADE approach uses five considerations (study limitations, consistency of effect, imprecision, indirectness, and publication bias) to assess the quality of the body of evidence for each outcome. The evidence can be downgraded from 'high-quality' by one level for serious (or by two levels for very serious) limitations, depending on assessments for risk of bias, indirectness of evidence, serious inconsistency, imprecision of effect estimates, or potential publication bias.

### Measures of treatment effect

#### Dichotomous data

For dichotomous data, we presented results as summary risk ratios (RRs) with 95% confidence intervals (CIs).

#### Continuous data

For continuous data, we used the mean difference (MD) if outcomes were measured in the same way between trials. We used the standardised mean difference (SMD) to combine trials that measured the same outcome, but used different methods.

Pet. Ref. 318

Cochrane Database of Systematic Reviews

## Unit of analysis issues

### Cluster-randomised trials

We planned to include cluster-randomised trials in the analyses along with individually-randomised trials, however, we did not identify any such trials in future updates, we will adjust their sample sizes using the methods described in the *Cochrane Handbook for Systematic Reviews of Interventions* (Section 16.3.4) using an estimate of the intracluster correlation coefficient (ICC) derived from the trial (if possible), from a similar trial or from a study of a similar population (Higgins 2011). If we use ICCs from other sources, we will report this and conduct sensitivity analyses to investigate the effect of variation in the ICC. If we identify both cluster-randomised trials and individually-randomised trials, we plan to synthesise the relevant information. We will consider it reasonable to combine the results from both if there is little heterogeneity between the study designs and the interaction between the effect of intervention and the choice of randomisation unit is considered to be unlikely. We will also acknowledge heterogeneity in the randomisation unit and perform a sensitivity analysis to investigate the effects of the randomisation unit.

### Cross-over trials

These are considered inappropriate studies for this review.

## Dealing with missing data

For included studies, we noted levels of attrition. In future updates, if we include more eligible studies, we will explore the impact of including studies with high levels of missing data in the overall assessment of treatment effect by using sensitivity analysis.

For all outcomes, we carried out analyses, as far as possible, on an intention-to-treat basis, i.e. we attempted to include all participants randomised to each group in the analyses. The denominator for each outcome in each trial was the number randomised minus any participants whose outcomes were known to be missing.

## Assessment of heterogeneity

We assessed statistical heterogeneity in each meta-analysis using the Tau², I², and Chi² statistics. We regarded heterogeneity as substantial if I² was greater than 30% and either Tau² was greater than zero, or there was a low P value (less than 0.10) in the Chi² test for heterogeneity. If we identified substantial heterogeneity (above 30%), we planned to explore it by prespecified subgroup analysis.

## Assessment of reporting biases

With this update, there were several outcomes in the meta-analysis that included 10 or more studies. Therefore, we investigated reporting biases (such as publication bias). We assessed funnel plot asymmetry visually.

## Data synthesis

We carried out statistical analysis using the Review Manager 5 software (RevMan 2014). We used a fixed-effect meta-analysis for combining data where it was reasonable to assume that studies were estimating the same underlying treatment effect, i.e. where trials were examining the same intervention, and the trials' populations and methods were judged sufficiently similar.

If there was clinical heterogeneity sufficient to expect that the underlying treatment effects differed between trials, or if we detected substantial statistical heterogeneity, we used a random-effects meta-analysis to produce an overall summary if we considered an average treatment effect across trials to be clinically meaningful. We treated the random-effects summary as the average of the range of possible treatment effects and we discuss the clinical implications of treatment effects differing between trials. If the average treatment effect was not clinically meaningful, we planned not to combine trials. If we used random-effects analyses, we presented the results as the average treatment effect with 95% CIs, and the estimates of Tau² and I².

## Subgroup analysis and investigation of heterogeneity

When we identified substantial heterogeneity, we investigated it using subgroup analyses and sensitivity analyses. We considered whether an overall summary was meaningful, and if it was, used random-effects analysis to produce it.

For misoprostol versus expectant care, and misoprostol versus surgery, we subgrouped studies by the route of administration of misoprostol (vaginal, oral, sublingual, rectal, combined).

For the remaining comparisons, we carried out the following subgroup analyses on all outcomes:

1. Women less than 13 weeks' gestation versus women between 13 and 23 weeks' gestation versus gestation not specified.

We assessed subgroup differences by interaction tests available within Review Manager 5 (RevMan 2014). We reported the results of subgroup analyses quoting the Chi² statistic and P value, and the interaction test I² value.

## Sensitivity analysis

We planned to carry out sensitivity analyses to explore the effect of trial quality assessed by concealment of allocation, high attrition rates, or both, with poor quality studies being excluded from the analyses in order to assess whether this makes any difference to the overall result. We did not carry this out due to lack of data in separate comparisons.

# R E S U L T S

## Description of studies

See Characteristics of included studies; Characteristics of excluded studies; Characteristics of ongoing studies.

## Results of the search

We identified 164 reports in the original search (September 2009) that covered medical interventions for miscarriage before 24 weeks' gestation, both for women with incomplete miscarriage and women with intrauterine fetal death. We identified 30 reports from an updated search on 23 July 2012. We identified 21 reports from an updated search on 13 May 2016.

We included 24 trials, involving 5577 women in the review (Bique 2007; Blanchard 2004; Blohm 2005; Chigbu 2012; Clevin 2001; Dabash 2010; Dao 2007; Diop 2009; Ganguly 2010; Montesinos 2011; Moodliar 2005; Ngoc 2005; Niinimaki 2006; Pang 2001; Paritakul 2010; Patua 2013; Sahin 2001; Shelley 2005; Shochet 2012; Shwekerela 2007; Taylor 2011; Trinder 2006; Weeks 2005; Zhang

Pet. Ref. 319

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 328 of 754   PageID.4715

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

2005); and two trials are ongoing (ISRCTN65305620; NCT01033903). We excluded the remaining trials (reasons listed in table of Characteristics of excluded studies).

### Included studies

Twenty of the 24 included studies involved only women with incomplete miscarriage (Bique 2007; Blanchard 2004; Blohm 2005; Chigbu 2012; Clevin 2001; Dabash 2010; Dao 2007; Diop 2009; Montesinos 2011; Moodliar 2005; Ngoc 2005; Pang 2001; Paritakul 2010; Patua 2013; Sahin 2001; Shelley 2005; Shochet 2012; Shwekerela 2007; Taylor 2011; Weeks 2005). Seventeen of the studies took place in low-income countries, mainly in Africa and Southeast Asia. Three studies included both women with incomplete miscarriage and women with an intrauterine fetal death (Niinimaki 2006; Trinder 2006; Zhang 2005). One of these studies reported the findings for incomplete miscarriage separately from those for intrauterine fetal death (Trinder 2006), and for the other two studies, the authors kindly sent us the separated data (Niinimaki 2006; Zhang 2005). One study included women with early pregnancy failure, which encompassed the anembryonic gestation, embryonic or fetal death, inevitable miscarriage, and incomplete miscarriage (Ganguly 2010). This study reported the findings for incomplete miscarriage separately from the other pregnancy failure types for the primary outcome. There are a further 12 studies that recruited both women with incomplete miscarriage and women with intrauterine fetal death, and we have tried to contact these authors for the separated data, but as yet have been unsuccessful. We have therefore excluded these studies from this review.

All of the 24 included trials addressed medical treatment for incomplete miscarriage <u>before</u> 13 weeks and we found no relevant studies addressing this question for women between 13 and 23 weeks' gestation.

Fourteen of the studies used ultrasound to confirm the diagnosis (Blanchard 2004; Blohm 2005; Clevin 2001; Dao 2007; Ganguly 2010; Montesinos 2011; Moodliar 2005; Ngoc 2005; Niinimaki 2006; Pang 2001; Paritakul 2010; Patua 2013; Zhang 2005). The other studies used clinical assessment for the diagnosis (Bique 2007; Chigbu 2012; Shelley 2005; Shwekerela 2007; Trinder 2006; Weeks 2005), or clinical examination supplemented by ultrasound, when necessary (Dabash 2010; Diop 2009; Shochet 2012; Taylor 2011). The trials assessed completeness of miscarriage at follow-up, either by ultrasound or clinical assessment, and at times that varied from three days to eight weeks. We have included the specific information in the Characteristics of included studies and also at the beginning of the 'Results' section for each comparison.

### Excluded studies

There are 148 excluded studies and these are listed in the reference section under 'Excluded studies'. The table Characteristics of excluded studies states the reasons for exclusion from this review. These reasons mainly include: study not randomised; study including women with non-viable pregnancies or intrauterine fetal death only; and studies including women having termination of pregnancy. We have also excluded studies where we have been unable to contact the authors for data separated by incomplete miscarriage and intrauterine fetal death (Bagratee 2004; Demetroulis 2001; Hinshaw 1997; Johnson 1997; Louey 2000 [pers comm]; Machtinger 2004; Ngai 2001; Nielsen 1999; Shaikh 2008). Where authors have kindly responded, but have been unable to supply their data separated by incomplete miscarriage and intrauterine fetal death, we have also been compelled to exclude such studies (Chung 1999; Kong 2013; Petersen 2013).

### Risk of bias in included studies

Overall, the risk of bias of studies was generally low, although in most studies it was not possible to blind participants and clinicians. It was unclear whether any of the studies were free of selective reporting bias as we did not assess the trial protocols (Figure 1).

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 320



**Figure 1.   Methodological quality summary: review authors' judgements about each methodological quality item for each included study.**

| | Random sequence generation (selection bias) | Allocation concealment (selection bias) | Blinding of participants and personnel (performance bias) | Blinding of outcome assessment (detection bias) | Incomplete outcome data (attrition bias) | Selective reporting (reporting bias) | Other bias |
|---|---|---|---|---|---|---|---|
| Bique 2007 | + | + | – | – | + | ? | ? |
| Blanchard 2004 | + | + | – | – | + | ? | + |
| Blohm 2005 | + | + | + | + | + | ? | ? |
| Chigbu 2012 | ? | ? | – | – | + | ? | + |
| Clevin 2001 | + | ? | – | ? | ? | ? | + |
| Dabash 2010 | + | + | – | – | + | ? | + |
| Dao 2007 | + | + | – | – | + | ? | + |
| Diop 2009 | + | + | – | – | + | ? | + |
| Ganguly 2010 | + | + | – | – | + | ? | + |
| Montesinos 2011 | + | + | – | – | – | ? | + |
| Moodliar 2005 | + | + | – | ? | + | ? | + |
| Ngoc 2005 | + | ? | – | – | + | ? | + |
| Niinimaki 2006 | + | + | – | – | + | ? | + |
| Pang 2001 | + | + | ? | ? | – | ? | + |
| Paritakul 2010 | + | + | – | – | + | ? | + |
| Patua 2013 | + | ? | – | + | ? | ? | + |
| Sahin 2001 | ? | ? | – | – | + | ? | ? |
| Shelley 2005 | + | + | – | – | + | ? | + |
| Shochet 2012 | ? | ? | ? | ? | ? | ? | + |
| Shwekerela 2007 | + | + | – | – | + | ? | + |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 321

**Figure 1.  (Continued)**



## Allocation

We excluded studies where group allocation was not random. We considered the random sequence generation to be at low risk of bias in all studies except three (Chigbu 2012; Sahin 2001; Shochet 2012), where it was unclear. We considered allocation concealment to be at low risk of bias in all studies except six (Chigbu 2012; Clevin 2001; Ngoc 2005; Patua 2013; Sahin 2001; Shochet 2012), where it was unclear.

## Blinding

We considered blinding to be at low risk of performance bias in only one study (Blohm 2005), and low risk for detection bias in three studies (Blohm 2005; Ganguly 2010; Patua 2013). There was unclear risk of performance bias in two studies (Pang 2001; Shochet 2012), and for detection bias it was unclear in four studies (Clevin 2001; Moodliar 2005; Pang 2001; Shochet 2012). For the remainder of the studies, we considered blinding to be at high risk of bias. However, for many studies we considered it impossible to blind, especially where medical treatment was being compared with surgery.

## Incomplete outcome data

Loss to follow-up and exclusions after randomisation were low in all studies except six; for three, we considered them unclear (Clevin 2001; Patua 2013; Shochet 2012), and another three, we considered to be at high risk of bias (Montesinos 2011; Pang 2001; Weeks 2005). In the Montesinos 2011 study, 16.1% of women did not return for assessment and were not included in analyses. In the Pang 2001 study, it appeared that intention-to-treat analysis was not used and the data could not be re-included. In the Weeks 2005 study, there was complete follow-up at six days, but by two weeks there was a 33% loss to follow-up in the misoprostol group and 45% in the group having surgery. This was explained by women not returning from their communities for follow-up.

## Selective reporting

It was unclear to us whether any of the studies were free of selective reporting bias as we were unable to assess the protocols for the studies.

## Other potential sources of bias

Seventeen out of the 24 studies appeared to be free of other sources of bias (Blanchard 2004; Chigbu 2012; Clevin 2001; Dabash 2010; Dao 2007; Diop 2009; Ganguly 2010; Montesinos 2011; Ngoc 2005; Niinimaki 2006; Pang 2001; Paritakul 2010; Patua 2013; Shelley 2005; Shochet 2012; Shwekerela 2007; Taylor 2011), and for the remainder, it was unclear.

## Effects of interventions

See: **Summary of findings for the main comparison** Misoprostol compared to expectant care for incomplete miscarriage; **Summary of findings 2** Misoprostol compared to surgery for incomplete miscarriage

All 24 studies assessed the medical treatment of incomplete miscarriage for women at less than 13 weeks' gestation. There were no studies involving women between 13 and 23 weeks' gestation, and none where gestation was not specified.

For the comparisons of misoprostol (by any route of administration versus expectant care or versus surgery), we used random-effects meta-analyses because of the clinical heterogeneity around route of administration. For other meta-analyses, we used the fixed-effect model, except where significant heterogeneity was indicated (see Assessment of heterogeneity above). Please note we did not conduct any subgroup analyses on gestation for all comparisons due to lack of data.

### 1. Misoprostol versus expectant care (3 studies, 335 women, Analyses 1.1 to 1.7)

*For women less than 13 weeks' gestation*

Three studies involving 335 women addressed this comparison for women with incomplete miscarriage (Blohm 2005; Shelley 2005; Trinder 2006). There were two further studies that involved both women with incomplete miscarriage and women with intrauterine fetal deaths, but to date we have been unable to obtain the data separated by incomplete miscarriage and intrauterine fetal death for these studies (Bagratee 2004; Ngai 2001).

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment were made using clinical judgement in two studies (Shelley 2005; Trinder 2006), and using ultrasound in one study (Blohm 2005). Assessment of the outcome of complete miscarriage was made at differing times in the three studies: Blohm 2005 assessed at one week and Shelley 2005 at 10 to 14 days. Trinder 2006 assessed at eight weeks, we have not included these data (there was an assessment at two weeks, but the findings were not reported separately for women with incomplete miscarriage and women with intrauterine fetal death). We have written to the authors to seek these data.

All the studies looked at vaginal misoprostol compared with expectant care (Blohm 2005; Shelley 2005; Trinder 2006). There were no studies assessing other routes of administration.

Pet. Ref. 322

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

The studies are at low risk of bias overall. However, blinding of participants and clinicians was only used in one (Blohm 2005).

We chose to use random-effects meta-analyses for all the outcomes in this comparison as we believe there is clinical heterogeneity as we will be potentially pooling differing routes of administration (vaginal, oral, rectal, and sublingual). We have therefore, reported the average risk ratio (RR) or mean difference (MD). Although there are currently only data from studies using vaginal misoprostol, we believe other studies will be undertaken in the future and will be added at future updates to this review. We have assessed the individual routes of administration of misoprostol for effectiveness (below, in Comparisons 3 to Comparison 8).

**Primary outcomes**

**Complete miscarriage**

Only two of the three studies assessed this outcome (Blohm 2005; Shelley 2005), with the primary outcome for the third study being infection at 14 days (Trinder 2006). We rated the quality of the evidence as very low (Summary of findings for the main comparison), mainly due to high levels of heterogeneity, a small number of women involved (n = 150), and only one of the two studies being blinded.

There was no difference identified in complete miscarriage between misoprostol and expectant care (average risk ratio (RR) 1.23, 95% confidence interval (CI) 0.72 to 2.10; 2 studies, 150 women, random-effects (Tau$^2$ = 0.12; Chi$^2$ P = 0.02; I$^2$ = 81%)) (Analysis 1.1, very low-quality evidence). In terms of clinical impact, the success rate with misoprostol ranged from 80% to 81% and for expectant care from 52% to 85%. The heterogeneity may result from the different times at which complete miscarriage was assessed with expectant care. One study assessed at one week and found a success rate of 52% (Blohm 2005); the other study assessed at two weeks and found a success rate of 85% (Shelley 2005).

**Surgical evacuation**

We rated the quality of the evidence as low (Summary of findings for the main comparison), mainly due to high levels of heterogeneity and only one of the two studies being blinded. We also did not identify a difference in the need for surgical evacuation between misoprostol and expectant care (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects (Tau$^2$ = 0.78; Chi$^2$ P = 0.003; I$^2$ = 89%)) (Analysis 1.2, low-quality evidence).

**Death or serious complication**

The outcome of death or serious complication showed no difference either (RR 2.91, 95% CI 0.12 to 70.05; 1 study, 126 women) (Analysis 1.3), although the review is underpowered to assess this outcome.

**Secondary outcomes**

**Unplanned surgical intervention**

We rated the quality of the evidence as low (Summary of findings for the main comparison), mainly due to high levels of heterogeneity and only one of the two studies being blinded. We did not identify a difference in unplanned surgical intervention between misoprostol and expectant care (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects (Tau$^2$ = 0.78; Chi$^2$ P = 0.003; I$^2$ = 89%)) (Analysis 1.4, low-quality evidence).

**Blood transfusion**

We did not identify a difference in the number of blood transfusions undertaken (RR 3.07, 95% CI 0.13 to 74.28; 3 studies, 332 women), although only one study was estimable (Analysis 1.5).

*Haemorrhage*

There was no information reported on haemorrhage.

*Blood loss*

There was no information reported on blood loss.

*Anaemia*

There was no information reported on anaemia.

*Days of bleeding*

There was no information reported on days of bleeding.

**Pain relief**

We did not identify a difference in pain relief (average RR 1.12, 95% CI 0.67 to 1.88; 2 studies, 308 women, random-effects (Tau$^2$ = 0.10; Chi$^2$ P = 0.08; I$^2$ = 67%)) (Analysis 1.6).

**Pelvic infection**

We did not identify a difference in pelvic infection (average RR 2.42, 95% CI 0.59 to 9.98; 3 studies, 333 women, random-effects (Tau$^2$ = 0.00; Chi$^2$ P = 0.43, I$^2$ = 0%)) (Analysis 1.7).

*Cervical damage*

There was no information reported on cervical damage.

*Digestive disorders (including nausea, vomiting, diarrhoea)*

There was no information reported on digestive disorders.

*Hypertensive disorders*

There was no information reported on hypertensive disorders.

*Duration of stay in hospital*

There was no information reported on duration of stay in the hospital.

*Psychological effects*

There was no information reported on psychological effects.

*Subsequent fertility*

There was no information reported on subsequent fertility.

**Women's views/acceptability of method**

There was no information reported on women's views.

*Pathology of fetal/placental tissue*

There was no information reported on pathology of fetal/placental tissue.

*Costs*

Pet. Ref. 323

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

There was no information reported on costs.

**2. Misoprostol versus surgery (16 studies, 4044 women, Analyses 2.1 to 2.17)**

*For women less than 13 weeks' gestation*

Sixteen studies involving 4044 women addressed this comparison for women with incomplete miscarriage at less than 13 weeks' gestation (Bique 2007; Chigbu 2012; Dabash 2010; Dao 2007; Ganguly 2010; Montesinos 2011; Moodliar 2005; Patua 2013; Sahin 2001; Shelley 2005; Shochet 2012; Shwekerela 2007; Taylor 2011; Trinder 2006; Weeks 2005; Zhang 2005). One of these studies was a comparison of misoprostol versus surgery versus expectant management (Trinder 2006), and therefore the comparison is described in the appropriate sections (here and the prior Section 1. Misoprostol versus expectant management).

The included studies were of low risk of bias overall (Figure 1), with most having adequate sequence generation and concealment allocation, although for Sahin 2001 and Shochet 2012, it was unclear. Blinding was not possible in any of the studies when comparing medical treatment with surgery. Only two studies had incomplete data and both related to the study being undertaken in rural settings where women in the community did not return for follow-up checks (Montesinos 2011; Weeks 2005). We were unclear about the possibility of selective reporting bias as we did not assess any of the study protocols. Six of the 12 studies appeared to be free of other biases (Dabash 2010; Dao 2007; Montesinos 2011; Shelley 2005; Shwekerela 2007; Taylor 2011).

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment was made using clinical judgement in five studies (Bique 2007; Chigbu 2012; Shelley 2005; Shwekerela 2007; Weeks 2005), using ultrasound in eight studies (Dabash 2010; Dao 2007; Ganguly 2010; Montesinos 2011; Moodliar 2005; Patua 2013; Sahin 2001; Zhang 2005), and other studies sometimes used ultrasound. Assessment of the outcome of complete miscarriage was made at differing times in the studies: one study assessed 24 hours after the last dose of misoprostol or the surgical evacuation (Patua 2013), 11 studies assessed at one week (Bique 2007; Chigbu 2012; Dabash 2010; Dao 2007; Ganguly 2010; Montesinos 2011; Shochet 2012; Shwekerela 2007; Taylor 2011; Weeks 2005; Zhang 2005), and three studies assessed around 10 to 14 days (Moodliar 2005; Sahin 2001; Shelley 2005). Trinder 2006 assessed at eight weeks and so we have not included these data (there was an assessment at two weeks in this study, but the findings were not reported separately for women with incomplete miscarriage and women with intrauterine fetal death). We have written to the authors to seek these data.

We have chosen to use random-effects meta-analyses for all the outcomes in this comparison as we believe there is clinical heterogeneity as we will be potentially pooling differing routes of administration (vaginal, oral, vaginal + oral, rectal, and sublingual). Although there are currently only data from studies using vaginal misoprostol, we believe other studies will be undertaken in the future and will be added to future updates of this review. We have assessed the individual routes of administration of misoprostol for effectiveness compared with surgery below in Comparisons 7 to 11.

**Primary outcomes**

**Complete miscarriage**

We rated the quality of the evidence as very low (Summary of findings 2), mainly due to high heterogeneity, the trials being inevitably unblinded, and suspicion of publication bias. There appeared to be fewer complete miscarriages with misoprostol compared with surgery (average RR 0.96, 95% CI 0.94 to 0.98, 15 studies; 3862 women, random-effects (Tau$^2$ = 0.00; Chi$^2$ P < 0.00001, I$^2$ = 73%)) (Analysis 2.1), although the upper CI was at 0.98. The funnel plot suggests there could be some missing studies or that there is a lack of smaller studies demonstrating a RR greater than one, so the findings need to be interpreted with caution (Figure 2). However, from the clinical perspective, the success rate was very good for both misoprostol and surgery. Misoprostol achieving between 80% and 99% success across studies, and surgery achieving between 91% and 100% success across studies. The interaction test identified no difference between the subgroups of differing routes of misoprostol administration compared with surgery for this outcome (interaction test (IT) P = 0.08, I$^2$ = 56.1%) (Analysis 2.1).

Pet. Ref. 324

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 2.   Funnel plot of comparison: 2 Misoprostol versus surgery, outcome: 2.1 Complete miscarriage.**



### Surgical evacuation

We rated the quality of the evidence as very low (Summary of findings 2), due to high heterogeneity, the trials being inevitably unblinded, and the possibility of publication bias. There were fewer surgical evacuations with misoprostol (average RR 0.05, 95% CI 0.02 to 0.11; 13 studies, 3070 women, random-effects (Tau² = 1.64; Chi² P < 0.00001; I² = 92%)) (Analysis 2.2). The funnel plot is asymmetrical, suggesting that smaller studies of lower methodological quality are showing an exaggerated effect size (Figure 3). The interaction test suggested there may be differences between the subgroups of differing routes of misoprostol administration compared with surgery for this outcome (IT P = 0.002, I² = 79.8%) (Analysis 2.2). However, many of the subgroups have little or no data, and when comparing just the two main subgroups (oral misoprostol and vaginal misoprostol), there is no longer any subgroup difference.

Pet. Ref. 325

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 3.   Funnel plot of comparison: 2 Misoprostol versus surgery, outcome: 2.2 Surgical evacuation.**



**Death or serious complication**

We did not identify any difference between misoprostol and surgery (RR 1.00, 95% CI 0.04 to 22.64; 5 studies, 1248 women), but only one study was estimable, and the review is underpowered to assess this outcome (Analysis 2.3).

**Secondary outcomes**

**Unplanned surgical intervention**

We rated the quality of the evidence as low (Summary of findings 2), due to the trials being inevitably unblinded and the potential

of publication bias. There was more unplanned surgery with misoprostol (average RR 5.03, 95% CI 2.71 to 9.35; 11 studies, 2690 women, random-effects (Tau² = 0.00; P = 0.62; Tau², I² = 0%)) (Analysis 2.4). The funnel plot displays a potential bias in that there is variation of effect estimates regardless of the study size. This leads to a consideration that there is something affecting the outcome that is not being measured, which is a form of reporting bias (Figure 4).

Pet. Ref. 326

**Figure 4.   Funnel plot of comparison: 2 Misoprostol versus surgery, outcome: 2.4 Unplanned surgical intervention.**



**Blood transfusion**

We did not identify any difference for the number of blood transfusions undertaken between misoprostol and surgery (average RR 1.73, 95% CI 0.19 to 16.08; 4 studies, 430 women (Tau² = 0.00; Chi² P = 0.62; I² = 0%)) (Analysis 2.5).

*Haemorrhage*

There was no information reported on haemorrhage.

*Blood loss*

There was no information reported on blood loss.

**Anaemia**

Tau²

We did not identify any difference in anaemia (average RR 0.83, 95% CI 0.17 to 4.12; 2 studies, 731 women, random-effects (Tau² = 0.18; P = 0.28; I² = 14%)) (Analysis 2.7).

**Days of bleeding**

There were more days of bleeding with misoprostol than with surgery (average mean difference (MD) 2.12, 95% CI 1.18 to 3.07; 3 studies, 211 women, random-effects (Tau² = 0.19; Chi² P = 0.26; I² =

25%)) (Analysis 2.8). This difference was also considered clinically significant.

**Pain relief**

We did not identify a difference with the use of pain relief between women who had misoprostol and women who had surgery (average RR 1.48, 95% CI 0.67 to 3.25; 4 studies, 525 women, random-effects (Tau² = 0.50; Chi² P < 0.00001; I² = 90%)) (Analysis 2.9).

**Pelvic infection**

We did not identify a difference in the incidence of pelvic infection between women who had misoprostol and those who had surgery (average RR 0.70, 95% CI 0.25 to 1.99; 7 studies, 907 women, random-effects (Tau² = 0.00; Chi² P = 0.60; I² = 0%)) (Analysis 2.10).

**Cervical damage**

We did not identify a difference in cervical damage, although only one study assessed this outcome (RR 0.07, 95% CI 0.00 to 1.25; 1 study, 189 women) (Analysis 2.11).

*Digestive disorders (including nausea, vomiting, diarrhoea)*

We rated the quality of the evidence for vomiting and diarrhoea as moderate (Summary of findings 2), due to the trials being inevitably unblinded. We rated the quality of the evidence for

Pet. Ref. 327

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

nausea specifically, as low due to trials being inevitably unblinded and high heterogeneity.

More women had nausea with misoprostol compared with surgery (average RR 2.50, 95% CI 1.53 to 4.09; 11 studies, 3015 women, random-effects (Tau² = 0.31 Chi² P = 0.005; I² = 60%)) (Analysis 2.15, low-quality evidence). This is likely to be clinically significant. The funnel plot does not show existence of a publication bias (Figure 5).

**Figure 5.   Funnel plot of comparison: 2 Misoprostol versus surgery, outcome: 2.15 Nausea.**



More women had vomiting with misoprostol compared with surgery (average RR 1.97, 95% CI 1.36 to 2.85; 10 studies, 2977 women, random-effects (Tau² = 0.00; Chi² P = 0.48; I² = 0%)) (Analysis 2.16, moderate-quality evidence). This may be less clinically significant than the nausea. The funnel plot does not show existence of a publication bias (Figure 6).

Pet. Ref. 328

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 6.   Funnel plot of comparison: 2 Misoprostol versus surgery, outcome: 2.16 Vomiting.**



More women had diarrhoea with misoprostol compared with surgery (average RR 4.82, 95% CI 1.09 to 21.32; 4 studies, 757 women, random-effects (Tau² = 0.00; Chi² P = 0.98; I² = 0%)) (Analysis 2.17, moderate-quality evidence).

*Hypertensive disorders*

There was no information reported on hypertensive disorders.

*Duration of stay in hospital*

There was no information reported on duration of stay in the hospital.

*Psychological effects*

There was no information reported on psychological effects.

*Subsequent fertility*

There was no information reported on subsequent fertility.

**Women's views/acceptability of method**

We rated the quality of the evidence as moderate (Summary of findings 2), due to the trials being inevitably unblinded.

We did not identify a difference in women's satisfaction between misoprostol and surgery when expressed by whether they were

satisfied or not (average RR 1.00, 95% CI 0.99 to 1.00; 9 studies, 3349 women, random-effects (Tau² = 0.00; Chi² P = 0.64; I² = 0%)) (Analysis 2.13). Women were very satisfied overall, and satisfaction with misoprostol ranged from 91% to 99% across studies, and satisfaction with surgery ranged from 95% to 100%.

When assessed using visual analogue scales, there were more women satisfied with surgery (average standardised mean difference (SMD) 1.01, 95% CI 0.01 to 2.00; 2 studies, 131 women, random-effects (Tau² = 0.41; Chi² P = 0.03; I² = 78%)), but the difference was small and probably not clinically significant (Analysis 2.14). Taken with the findings above, it appears that overall most women are satisfied with the treatment they received.

*Pathology of fetal/placental tissue*

There was no information reported on pathology of fetal/placental tissue.

*Costs*

There was no information reported on costs.

Pet. Ref. 329

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 338 of 754   PageID.4725

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## 3. Vaginal misoprostol versus expectant care (3 studies, 335 women, Analyses 3.1 to 3.7)

### For women less than 13 weeks' gestation

Three studies involving 335 women addressed this comparison for women with incomplete miscarriage (Blohm 2005; Shelley 2005; Trinder 2006). There were two further studies that involved both women with incomplete miscarriage and women with intrauterine fetal deaths, but to date we have been unable to obtain the data separated by incomplete miscarriage and intrauterine fetal death for these studies (Bagratee 2004; Ngai 2001).

The studies are of low risk of bias overall. However, blinding of participants and clinicians was only used in one (Blohm 2005), and not the other two studies (Shelley 2005; Trinder 2006).

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment was made using clinical judgement in two studies (Shelley 2005; Trinder 2006), and using ultrasound in the third (Blohm 2005). Assessment of the outcome of complete miscarriage was made at differing times in the three studies: Blohm 2005 assessed at one week, Shelley 2005 at 10 to 14 days, and Trinder 2006 at eight weeks (although there was an assessment at two weeks, findings were not reported separately for women with incomplete miscarriage and women with intrauterine fetal death). We have written to the authors to see if they have earlier data for incomplete miscarriage.

### Primary outcomes

#### Complete miscarriage

Only two of the three studies assessed this outcome (Blohm 2005; Shelley 2005), with the primary outcome for the third study being infection at 14 days (Trinder 2006).

We did not identify a difference in complete miscarriage between vaginal misoprostol and expectant care (average RR 1.23, 95% CI 0.72 to 2.10; 2 studies, 150 women, random-effects (Tau² = 0.12; Chi² P = 0.02; I² = 81%)) (Analysis 3.1). From the clinical perspective, the success rate with vaginal misoprostol ranged from 80% to 81% and for expectant care from 52% to 85%. The heterogeneity may result from the different times at which complete miscarriage was assessed with expectant care. One study assessed at one week and found a success rate of 52% (Blohm 2005), and the other study assessed at 10 to 14 days and found a success rate of 85% (Shelley 2005).

#### Surgical evacuation

We also did not identify a difference in the need for surgical evacuation between vaginal misoprostol and expectant care (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects (Tau² = 0.78; Chi² P = 0.003; I² = 89%)) (Analysis 3.2).

#### Death or serious complication

The outcome of death or serious complication showed no difference (RR 2.91, 95% CI 0.12 to 70.05; 1 study, 126 women), although the review is underpowered to assess this outcome (Analysis 3.3).

### Secondary outcomes

#### Unplanned surgical intervention

We did not identify a difference in unplanned surgical interventions between vaginal misoprostol and expectant care (average RR 0.62, 95% CI 0.17 to 2.26; 2 studies, 308 women, random-effects (Tau² = 0.78; Chi² P = 0.003; I² = 89%)) (Analysis 3.4).

#### Blood transfusion

We did not identify a difference in the number of blood transfusions undertaken (RR 3.07, 95% CI 0.13 to 74.28; 3 studies, 332 women), although only one study was estimable (Analysis 3.5).

#### Haemorrhage

There was no information reported on haemorrhage.

#### Blood loss

There was no information reported on blood loss.

#### Anaemia

There was no information reported on anaemia.

#### Days of bleeding

There was no information reported on days of bleeding.

#### Pain relief

We did not identify a difference in pain relief (average RR 1.12, 95% CI 0.67 to 1.88; 2 studies, 308 women, random-effects (Tau² = 0.10; Chi² P = 0.08; I² = 67%)) (Analysis 3.6).

#### Pelvic infection

We did not identify a difference in pelvic infection (RR 2.81, 95% CI 0.77 to 10.33; 3 studies, 333 women) (Analysis 3.7).

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 330

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*Cervical damage*

**There was no information reported on cervical damage.**

*Digestive disorders (including nausea, vomiting, diarrhoea)*

**There was no information reported on digestive disorders.**

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

**There was no information reported on women's views.**

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

### 4. Vaginal misoprostol versus surgery (6 studies, 549 women, Analyses 4.1 to 4.13)

*For women less than 13 weeks' gestation*

Six studies involving 549 women addressed this comparison for women with incomplete miscarriage (Ganguly 2010; Moodliar 2005; Patua 2013; Shelley 2005; Trinder 2006;.Zhang 2005). Two further studies involved both women with incomplete miscarriage and women with intrauterine fetal deaths, but to date we have been unable to obtain the data separated by incomplete miscarriage and intrauterine fetal death for these studies, and so we have excluded these studies (Demetroulis 2001; Louey 2000 [pers comm]).

The studies were of low risk of bias overall (Figure 1). However, the nature of the intervention and comparison meant it was not possible to blind participants or clinicians, and it was mostly unclear whether the studies had selective reporting bias, or other biases.

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment was made using clinical judgement in two studies (Shelley 2005; Trinder 2006), and using ultrasound in four studies (Ganguly 2010; Moodliar 2005; Patua 2013; Zhang 2005). Assessment of the outcome of complete miscarriage was made at differing times in the studies: Patua 2013 assessed 24 hours after the last dose of misoprostol or surgical evacuation; Ganguly 2010 assessed at day 3 and day 8 for misoprostol, and day 2 and day 8 for surgical evacuation; Zhang 2005 assessed at three days; Shelley 2005 at 10 to 14 days; Moodliar 2005 at two weeks; and Trinder 2006 at eight weeks (although there was an assessment at two weeks, findings were not reported separately for women with incomplete miscarriage and women with intrauterine fetal death). We have written to the authors to seek these data.

**Primary outcomes**

**Complete miscarriage**

Fewer women had complete miscarriage with vaginal misoprostol compared with surgery (RR 0.89, 95% CI 0.84 to 0.95; 5 studies, 364 women) (Analysis 4.1). However, from the clinical perspective the success rate was high in both groups, vaginal misoprostol ranged from 80% to 91% and for surgery from 89% to 100%.

**Surgical evacuation**

Fewer women had surgical evacuation with vaginal misoprostol compared with women who were given surgery straight away (average RR 0.16, 95% CI 0.07 to 0.35; 4 studies, 411 women, random-effects (Tau$^2$ = 0.52; Chi$^2$ P = 0.002; I$^2$ = 80%)) (Analysis 4.2). This finding was perhaps not surprising as the comparison group was surgical intervention, but it is an important outcome to assess as clinical management would be to use surgery if misoprostol failed. This reduction in the use of surgery with vaginal misoprostol helps to confirm the success of this intervention. The reasons for the heterogeneity were unclear.

**Death or serious complication**

We did not identify a difference in the composite outcome of death or serious complications (RR 1.00, 95% CI 0.04 to 22.64; 2 studies, 132 women, (although only one was estimable); however, the review is underpowered to assess this outcome (Analysis 4.3).

**Secondary outcomes**

**Unplanned surgical intervention**

In the vaginal misoprostol group, there was a higher incidence of unplanned surgical intervention (average RR 4.29, 95% CI 1.24 to 14.87; 4 studies, 411 women (Tau$^2$ = 0.67; Chi$^2$ P = 0.16; I$^2$ = 42%)) (Analysis 4.4). Again, this finding is unsurprising, as surgery is the comparative intervention and one would anticipate that few additional operations would be required if surgery was successful.

**Blood transfusion**

We did not identify a difference in the number of blood transfusions undertaken (RR 1.82, 95% CI 0.21 to 15.70; 3 studies, 241 women) (Analysis 4.5).

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

**Anaemia**

We did not identify a difference in anaemia (RR 1.71, 95% CI 0.24 to 12.24; 1 study, 36 women) (Analysis 4.6).

**Days of bleeding**

Women treated with vaginal misoprostol had more days of bleeding than women treated with surgery (MD 2.76, 95% CI 1.55 to 3.97; 2 studies, 131 women) (Analysis 4.7).

**Pain relief**

Women treated with vaginal misoprostol used more pain relief than women treated with surgery (RR 1.75, 95% CI 1.21 to 2.54; 3 studies, 313 women) (Analysis 4.8).

Pet. Ref. 331

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Pelvic infection**

We did not identify a difference in pelvic infection (RR 1.27, 95% CI 0.37 to 4.42; 4 studies, 338 women) (Analysis 4.9).

*Cervical damage*

There was no information reported on cervical damage.

*Digestive disorders (including nausea, vomiting, diarrhoea)*

We did not identify a difference in the number of women with nausea (RR 1.37, 95% CI 0.58 to 3.22; 3 studies, 156 women) (Analysis 7.24), vomiting (RR 1.48, 95% CI 0.25 to 8.93; 2 studies, 131 women) (Analysis 7.25), or diarrhoea (RR 4.30, 95% CI 0.52 to 35.36; 2 studies, 131 women) (Analysis 7.26).

*Hypertensive disorders*

There was no information reported on hypertensive disorders.

*Duration of stay in hospital*

There was no information reported on duration of stay in the hospital.

*Psychological effects*

There was no information reported on psychological effects.

*Subsequent fertility*

There was no information reported on subsequent fertility.

**Women's views/acceptability of method**

Women were more satisfied with surgery (average SMD 1.01, 95% CI 0.01 to 2.00; 2 studies, 131 women, random-effects (Tau² = 0.41; Chi² P = 0.03; I² = 78%)), but the difference was small and based on just two small studies (Analysis 4.10). Reasons for the heterogeneity were unclear.

*Pathology of fetal/placental tissue*

There was no information reported on pathology of fetal/placental tissue.

*Costs*

There was no information reported on costs.

**5. Oral misoprostol versus surgery (7 studies, 1884 women, Analyses 5.1 to 5.11)**

**For women less than 13 weeks' gestation**

Seven studies involving 1884 women addressed this comparison for women with incomplete miscarriage (Bique 2007; Chigbu 2012; Dao 2007; Montesinos 2011; Shwekerela 2007; Taylor 2011; Weeks 2005). We identified a further study involving both women with incomplete miscarriage and women with intrauterine fetal deaths, but the authors, although they were able to supply additional data, were unable to separate outcomes by women with incomplete miscarriage and women with intrauterine death and so we excluded this study (Chung 1999).

The included studies were of low risk of bias overall (Figure 1), with all having adequate sequence generation and concealment allocation. Blinding was not possible when comparing medical treatment with surgery. Four of the studies had little loss to follow-up and exclusions after randomisation (Bique 2007; Chigbu 2012; Dao 2007; Shwekerela 2007). However, one study, although it had no loss to follow-up at six days, had considerable loss to follow-up at one to two weeks (33% in the misoprostol group and 45%

in the group having surgery) which was not similar between the groups (Weeks 2005). This seemed to arise from women returning home to their communities and not coming back for follow-up appointments, and this was fully discussed by the authors (Weeks 2005). Sensitivity analysis was not undertaken because outcomes at six days did not appear to be subject to bias.

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment was made using clinical judgement in four studies (Bique 2007; Chigbu 2012; Shwekerela 2007; Weeks 2005), and using ultrasound, if necessary, in three studies (Dao 2007; Montesinos 2011; Taylor 2011). Assessment of the outcome of complete miscarriage was made at seven days in all seven studies (Bique 2007; Chigbu 2012; Dao 2007; Montesinos 2011; Shwekerela 2007; Taylor 2011; Weeks 2005).

**Primary outcomes**

**Complete miscarriage**

There was no difference identified in the number of complete miscarriages with oral misoprostol compared with surgery (average RR 0.98, 95% CI 0.95 to 1.00; 7 studies, 1884 women, random-effects (Tau² = 0.00; Chi² = 0.004; I² = 69%)) (Analysis 5.1). In addition, in terms of clinical impact, the success rate was high in both groups, for oral misoprostol it ranged from 91% to 99% and surgery ranged from 91% to 100%.

**Surgical evacuation**

Fewer women had surgical evacuation with oral misoprostol (average RR 0.04, 95% CI 0.02 to 0.07; 7 studies, 1884 women, random-effects (Tau² = 0.38. Chi² P = 0.006; I² = 67%)) (Analysis 5.2). The reasons for the heterogeneity were unclear.

**Death or serious complication**

There were no data for this outcome.

**Secondary outcomes**

**Unplanned surgical intervention**

There were more women needing unplanned surgical intervention in the oral misoprostol group (RR 6.27, 95% CI 2.57 to 15.31; 6 studies, 1584 women) (Analysis 5.3).

**Blood transfusion**

It was not possible to produce a RR with the data (Analysis 5.4).

*Haemorrhage*

There was no information reported on haemorrhage.

*Blood loss*

There was no information reported on blood loss.

*Anaemia*

There was no information reported on anaemia.

*Days of bleeding*

There was no information reported on days of bleeding.

**Pain relief**

There was less pain relief required with oral misoprostol than with surgery (RR 0.85, 95% CI 0.77 to 0.92; 1 study, 212 women), but the

Pet. Ref. 332

Cochrane **Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

difference was small and most women used pain relief whether they had misoprostol or surgery (Analysis 5.5).

**Pelvic infection**

We did not identify a difference in pelvic infection (RR 0.26, 95% CI 0.03 to 2.41; 2 studies, 489 women) (Analysis 5.6).

**Cervical damage**

We did not identify a difference in cervical damage (RR 0.07, 95% CI 0.00 to 1.25; 1 study, 189 women) (Analysis 5.7).

**Digestive disorders**

More women experienced nausea (RR 3.24, 95% CI 2.10 to 4.98; 6 studies, 1700 women) (Analysis 5.9), and vomiting (RR 1.99, 95% CI 1.18 to 3.34; 6 studies, 1687 women) with oral misoprostol compared with surgery (Analysis 5.10), but we did not identify a difference in the incidence of diarrhoea (RR 5.79, 95% CI 0.70 to 47.64; 2 studies, 626 women) (Analysis 5.11).

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

We did not identify a difference in women's satisfaction (RR 0.99, 95% CI 0.98 to 1.01; 7 studies, 1875 women) (Analysis 5.8).

*Pathology of fetal/placental tissue*

There was no information reported on pathology of fetal/placental tissue.

*Costs*

There was no information reported on costs.

**6. Vaginal plus oral misoprostol versus surgery (1 study, 80 women, Analyses 6.1 to 6.4)**

**For women less than 13 weeks' gestation**

One study involving 80 women assessed this comparison (Sahin 2001).

The study was at high risk of bias with uncertainty around sequence generation, allocation concealment, selective reporting bias, and other potential biases, and it was not possible to blind participants and clinicians.

Assessment of incomplete miscarriage was undertaken using ultrasound and assessment of outcomes was undertaken at 10 days.

**Primary outcomes**

**Complete miscarriage**

There was no difference identified in incomplete miscarriage (RR 0.95, 95% CI 0.87 to 1.04; 1 study, 80 women) (Analysis 6.1). In clinical terms, the success in this one study was 95% with medical treatment and 100% with surgery.

**Surgical evacuation**

There was less need for surgical evacuation with misoprostol than with surgery (RR 0.04, 95% CI 0.01 to 0.18; 1 study, 80 women) (Analysis 6.2).

**Death or serious complication**

Not reported.

**Secondary outcomes**

**Unplanned surgical intervention**

There was no information reported on unplanned surgical intervention.

*Blood transfusion*

There was no information reported on blood transfusion.

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

*Anaemia*

**There was no information reported on anaemia.**

**Days of bleeding**

There were fewer days of bleeding with surgery compared with vaginal plus oral misoprostol (MD 1.55, 95% CI 0.58 to 2.52; 1 study, 80 women) (Analysis 6.3).

**Pain relief**

There was no information reported on pain relief.

**Pelvic infection**

We did not identify a difference in pelvic infection (RR 0.50, 95% CI 0.05 to 5.30; 1 study, 80 women) (Analysis 6.4).

Pet. Ref. 333

*Cervical damage*

**There was no information reported on cervical damage.**

*Digestive disorders (including nausea, vomiting, diarrhoea)*

**There was no information reported on digestive disorders.**

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

There was no information reported on women's views.

*Pathology of fetal/placental tissue*

There was no information reported on pathology of fetal/placental tissue.

*Costs*

There was no information reported on costs.

### 7. Sublingual misoprostol versus surgery (2 studies, 1534 women, Analyses 7.1 to 7.8)

***For women less than 13 weeks' gestation***

Two studies involving 1534 women addressed this comparison for women with incomplete miscarriage (Dabash 2010; Shochet 2012).

Dabash 2010 was of low risk of bias overall (Figure 1), having adequate sequence generation and concealment allocation. Blinding was not possible when comparing medical treatment with surgery. However, for the second study (Shochet 2012), it was unclear how sequence generation and allocation concealment were conducted.

Diagnosis of incomplete miscarriage and assessment of complete miscarriage after treatment was made using clinical judgement and use of ultrasound, as needed, in both studies. Assessment of the outcome of complete miscarriage was made at one week follow-up in both studies.

**Primary outcomes**

**Complete miscarriage**

There was no difference identified in the number of complete miscarriages (RR 0.96, 95% CI 0.95 to 0.98; 2 studies, 1534 women) (Analysis 7.1), with the success rate being 94% to 98% with sublingual misoprostol and 99% to 100% with surgery.

**Surgical evacuation**

There was less need for surgical evacuation with misoprostol than with surgery (RR 0.02, 95% CI 0.01 to 0.04; 1 study, 695 women) (Analysis 7.2).

**Death or serious complications**

Not reported.

**Secondary outcomes**

**Unplanned surgical intervention**

In the sublingual misoprostol group, there was a higher incidence of unplanned surgical intervention (average RR 5.98, 95% CI 0.72 to 49.43; 1 study, 695 women) (Analysis 7.3). Again, this finding is unsurprising, as surgery is the comparative intervention and one would anticipate that few additional operations would be required if surgery was successful.

*Blood transfusion*

There was no information reported on blood transfusion.

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

**Anaemia**

We did not identify a difference in anaemia (RR 0.33, 95% CI 0.03 to 3.18; 1 study, 695 women) (Analysis 7.4).

*Days of bleeding*

There was no information reported on days of bleeding.

**Pain relief**

There was no information reported on pain relief.

*Pelvic infection*

There was no information reported on pelvic infection.

*Cerivcal damage*

There was no information reported on cervical damage.

**Digestive disorders**

Women in the misoprostol group were more likely to experience gastrointestinal issues compared to the women in the surgery group (RR 3.90, 95%CI 1.81 to 8.42; 1 study, 516 women) (Analysis 7.5). More women experienced nausea in the misoprostol group (RR 1.86, 95% CI 1.48 to 2.32; 2 studies, 1159 women) (Analysis 7.7), and vomiting (RR 2.42, 95% CI 1.43 to 4.10; 2 studies, 1159 women) (Analysis 7.8).

---

Pet. Ref. 334

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

We did not identify a difference in women's satisfaction towards their method (RR 0.99, 95% CI 0.98 to 1.01; 2 studies, 1474 women) (Analysis 7.6).

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

**8. Vaginal misoprostol versus oral misoprostol (1 study, 201 women, Analyses 8.1 to 8.7)**

***For women less than 13 weeks' gestation***

One study involving 201 women addressed this comparison for women with incomplete miscarriage (Pang 2001). One further study involved both women with incomplete miscarriage and women with intrauterine fetal deaths, but to date we have been unable to obtain the data separated by incomplete miscarriage and intrauterine fetal death for this study, and so we have excluded it from this review (Machtinger 2004).

The risk of bias in Pang 2001 was at low risk in terms of having adequate sequence generation and concealment allocation, and appeared to be free of other potential sources of bias, however, it was not clear whether participants, clinicians and assessors were blinded to the intervention given (Figure 1).

Assessment of incomplete miscarriage was undertaken using ultrasound and assessment of outcomes was undertaken at one day after treatment.

**Primary outcomes**

**Complete miscarriage**

We did not identify a difference in the number of complete miscarriages (RR 0.94, 95% CI 0.76 to 1.16; 1 study, 198 women) (Analysis 8.1), with the success rate being 61% with vaginal misoprostol and 65% with oral misoprostol, both assessed on day one.

**Surgical evacuation**

We did not identify a difference in surgical evacuation (RR 1.11, 95% CI 0.77 to 1.60; 1 study, 198 women) (Analysis 8.2).

**Death or serious complications**

Not reported.

**Secondary outcomes**

**Unplanned surgical intervention**

We did not identify a difference in unplanned surgical intervention (RR 0.36, 95% CI 0.01 to 8.80; 1 study, 186 women) (Analysis 8.3).

*Blood transfusion*

**There was no information reported on blood transfusion.**

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

*Anaemia*

There was no information reported on anaemia.

*Days of bleeding*

There as no information reported on days of bleeding.

**Pain relief**

We did not identify a difference in pain relief (RR 1.43, 95% CI 0.93 to 2.17; 1 study, 186 women) (Analysis 8.4).

*Pelvic infection*

**There was no information reported on pelvic infection**

*Cervical damage*

**There was no information reported on cervical damage.**

**Digestive disorders**

We did not identify any differences in the number of women experiencing nausea (RR 0.63, 95% CI 0.26 to 1.54; 1 study involving 198 women) (Analysis 8.5), and vomiting (RR 0.36, 95% CI 0.07 to 1.75; 1 study, 198 women) (Analysis 8.6).

There was a reduction in the incidence of diarrhoea for women using vaginal misoprostol compared with oral misoprostol (RR 0.21, 95% CI 0.12 to 0.36; 1 study, 198 women) (Analysis 8.7).

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

There was no information reported on women's views.

---

Pet. Ref. 335

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 344 of 754   PageID.4731

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

**9. Oral misoprostol 600 ug versus oral misoprostol 1200 ug (2 studies, 469 women, Analyses 9.1 to 9.8)**

*For women less than 13 weeks' gestation*

Two studies involving 469 women addressed this comparison for women with incomplete miscarriage (Blanchard 2004; Ngoc 2005).

Blanchard 2004 was on the whole at low risk of bias, with adequate sequence generation, concealment of allocation, low loss to follow-up, and other sources of bias were not apparent. However, there was no blinding of participants, clinicians and assessors, and it was unclear whether there was selective reporting bias. Ngoc 2005 was similar, but it was unclear whether there was adequate allocation concealment (Figure 1).

**Primary outcomes**

**Complete miscarriage**

We did not identify a difference in complete miscarriage (RR 1.00, 95% CI 0.93 to 1.07; 2 studies, 464 women) (Analysis 9.1).

**Surgical evacuation**

We did not identify a difference in surgical evacuation (RR 0.76, 95% CI 0.29 to 1.99; 1 study, 295 women) (Analysis 9.2). The success rate with the single 600 ug dose ranged from 66% to 95%, and the success rate with the repeat 600 ug dose (total 1200 ug) ranged from 67% to 94%.

**Death or serious complication**

One study provided data (Ngoc 2005), but it was not possible to produce a RR (Analysis 9.3).

**Secondary outcomes**

**Unplanned surgical intervention**

We did not identify a difference in the number of unplanned surgical interventions (RR 0.76, 95% CI 0.29 to 1.99; 1 study, 295 women) (Analysis 9.4).

*Blood transfusion*

**There was no information reported on blood transfusion.**

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

*Anaemia*

**There was no information reported on anaemia.**

*Days of bleeding*

**There was no information reported on days of bleeding.**

*Pain relief*

There was no information reported on pain relief.

*Pelvic infection*

There was no information reported on pelvic infection.

*Cervical damage*

There was no information reported on cervical damage.

**Digestive disorders**

We did not identify a difference between the two doses of oral misoprostol for nausea (average RR 1.19, 95% CI 0.57 to 2.46; 2 studies, 463 women, random-effects (Tau$^2$ = 0.19; Chi$^2$ P = 0.07; I$^2$ = 70%)) (Analysis 9.6), or vomiting (RR 1.01, 95% CI 0.60 to 1.72; 2 studies, 463 women) (Analysis 9.7).

There was a reduction in the incidence of diarrhoea for women allocated to one dose of misoprostol (RR 0.73, 95% CI 0.55 to 0.97; 1 study, 294 women) (Analysis 9.8). The CI and the data being from one small study, makes the clinical significance unclear.

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

**We did not identify a difference in women's satisfaction (RR 1.02, 95% CI 0.96 to 1.09; 2 studies, 460 women) (Analysis 14.5).**

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

**10. Oral mifepristone + vaginal misoprostol versus surgery (1 study, 19 women, Analyses 10.1 to 10.2)**

Niinimaki 2006 included women with many kinds of miscarriage (missed abortion, anembryonic pregnancies, incomplete miscarriage) but the authors were able to send us the data split by the types of miscarriage. The study also involved women at less than 24 weeks' gestation, some of whom were less than 13 weeks and some not.

*For women less than 13 weeks' gestation*

For the 16 women who were less than 13 weeks' gestation, treatments were equally successful with 10/10 (100%) women in the medical group and 6/6 (100%) women in the surgical group achieving complete miscarriage. There were no additional surgical evacuations required and none of the women had pelvic infections.

*For women 13 to 23 weeks' gestation*

For the three women who were between 13 and 24 weeks' gestation, treatments again were equally successful with 1/1 (100%) women in the medical group and 2/2 (100%) women in

Pet. Ref. 336

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

the surgical group achieving complete miscarriage. There were no additional surgical evacuations required and none of the women had pelvic infections.

**11. Vaginal prostaglandin E1 (gemeprost) versus surgery (1 study, 34 women, Analyses 11.1)**

*For women less than 13 weeks' gestation*

One study involving 34 women compared vaginal prostaglandin E1 (gemeprost) with surgery (Clevin 2001). The study was of uncertain risk of bias. It had adequate sequence generation and low risk of other potential sources of bias. However, the allocation concealment was unclear, as was the completeness of the outcome data and potential for selective reporting bias. It was not possible to blind participants and clinicians.

**Primary outcomes**

None of the prespecified primary outcomes were reported.

**Secondary outcomes**

**Unplanned surgical intervention**

Although data were reported on this outcome it was not possible to report a RR (Analysis 11.1).

*Blood transfusion*

**There was no information reported on blood transfusion.**

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

*Anaemia*

**There was no information reported on anaemia.**

*Days of bleeding*

**There was no information reported on days of bleeding.**

*Pain relief*

There was no information reported on pain relief.

*Pelvic infection*

There was no information reported on pelvic infection.

*Cervical damage*

There was no information reported on cervical damage.

**Digestive disorders**

There was no information reported on digestive disorders.

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

**Women's views/acceptability of method**

There was no information reported on women's views/ acceptability of method.

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

**12. Sublingual misoprostol versus oral misoprostol (2 studies, 358 women, Analyses 12.1 to 12.7)**

*For women less than 13 weeks' gestation*

Two studies involving 358 women looked at this comparison (Diop 2009; Paritakul 2010). The studies were at low risk of bias with adequate sequence generation and allocation concealment. However, the studies were not blinded (Figure 1).

**Primary outcomes**

**Complete miscarriage**

We found no difference between sublingual and oral misoprostol in terms of complete miscarriage (RR 0.99, 95% CI 0.94 to 1.05; 2 studies, 358 women) (Analysis 12.1).

**Surgical evacuation**

There was also no difference in surgical evacuation between the two routes of administration of misoprostol (RR 1.01, 95% CI 0.39 to 2.63; 1 study, 294 women) (Analysis 12.2).

**Death or serious morbidity**

There were no deaths or serious morbidity amongst the women in these trials.

**Secondary outcomes**

*Unplanned surgical intervention*

*There was no information reported on unplanned surgical intervention.*

Pet. Ref. 337

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*Blood transfusion*

**There was no information reported on blood transfusion.**

*Haemorrhage*

**There was no information reported on haemorrhage.**

*Blood loss*

**There was no information reported on blood loss.**

*Anaemia*

**There was no information reported on anaemia.**

*Days of bleeding*

**There was no information reported on days of bleeding.**

*Pain relief*

There was no information reported on pain relief.

*Pelvic infection*

There was no information reported on pelvic infection.

*Cervical damage*

There was no information reported on cervical damage.

Digestive disorders

There was no difference in nausea between the two routes of administration of misoprostol (RR 0.78, 95% CI 0.49 to 1.23; 2 studies, 358 women) (Analysis 12.4)

There was also no difference in vomiting between the two routes of administration of misoprostol (RR 1.01, 95% CI 0.14 to 7.10; 2 studies, 358 women) (Analysis 12.5)

There was also no difference in diaorrhea between the two routes of administration of misoprostol (RR 1.58, 95% CI 0.66 to 3.76; 2 studies, 358 women) (Analysis 12.6)

*Hypertensive disorders*

**There was no information reported on hypertensive disorders.**

*Duration of stay in hospital*

**There was no information reported on duration of stay in the hospital.**

*Psychological effects*

**There was no information reported on psychological effects.**

*Subsequent fertility*

**There was no information reported on subsequent fertility.**

*Women's views/acceptability of method*

We did not identify a difference between the two routes of administration of misoprostol for this outcome. (RR 0.99, 95% CI 0.95 to 1.03; 2 studies, 358 women) (Analysis 12.7)

*Pathology of fetal/placental tissue*

**There was no information reported on pathology of fetal/placental tissue.**

*Costs*

**There was no information reported on costs.**

**Oral misoprostol versus expectant care (no studies)**

There were no studies that addressed this comparison.

**Rectal misoprostol versus expectant care (no studies)**

There were no studies that addressed this comparison.

**Sublingual misoprostol versus expectant care (no studies)**

There were no studies that addressed this comparison.

**Rectal misoprostol versus surgery (no studies)**

There were no studies that addressed this comparison.

**Rectal misoprostol versus oral misoprostol (no studies)**

There were no studies that addressed this comparison.

# DISCUSSION

Virtually all the studies we identified involved women less than 13 weeks' pregnant; there was one study that included three women greater than 13 weeks' pregnant (Niinimaki 2006). Misoprostol was the drug studied most frequently and it was assessed against expectant care and surgery, and the possible routes of administration were vaginal, oral, vaginal plus oral, sublingual, and rectal.

## Summary of main results

The limited data available for all these comparisons can be summarised as follows.

Misoprostol compared with expectant care (Comparison 1): we did not identify any differences between misoprostol and expectant care, although the review was underpowered to assess this comparison with only three studies involving 335 women. Vaginal misoprostol was the only route of administration used in these comparisons and further studies would be needed to be sure of the findings.

Misoprostol compared with surgery (Comparison 2): misoprostol appeared slightly less effective than surgery, but the difference was probably not clinically relevant, with the success rate for both treatments being high. There was a large reduction in surgery required when misoprostol was used. There was more blood loss with misoprostol, although cervical damage seemed less; however, this was assessed in only one study with possible risk of bias in losses to follow-up. There was more nausea and vomiting with misoprostol (particularly oral misoprostol), but we did not identify a difference in women's satisfaction.

Vaginal misoprostol compared with expectant care (Comparison 3): we did not identify any differences between vaginal misoprostol compared with expectant care in terms of women achieving a complete miscarriage. However, in one study vaginal misoprostol was more effective than expectant care (Blohm 2005), and in the other study was equally effective (Shelley 2005). This difference

Pet. Ref. 338

Cochrane Database of Systematic Reviews

seems to lie in the differing success in the expectant care group between the two studies. Complete miscarriage was 52% (32/64) in the study assessing this at one week (Blohm 2005), and 85% (12/14) in the study assessing it at two weeks (Shelley 2005). This is in contrast to the success rates with vaginal misoprostol which were 81% (52/64) and 80% (8/10), respectively. It may be, therefore, that if women are prepared to wait longer, then more might achieve spontaneous miscarriage without the use of vaginal misoprostol. However, the numbers of participants in both these studies was small. We did not identify any differences in the other outcomes assessed (surgical evacuation, death or serious complications, blood transfusions, pain relief, pelvic infection). There was no information about women's views of these two forms of care.

Vaginal misoprostol compared with surgery (Comparison 4): there was a small reduction in women achieving a complete miscarriage with vaginal misoprostol compared with surgery. However, vaginal misoprostol still showed a success rate of between 80% to 91%. There was a large reduction in the use of surgery and no difference in death or serious complications. The mean number of days of bleeding was higher with misoprostol and there was more need for pain relief. There was no difference in the other outcomes assessed (blood transfusion, anaemia, pelvic infection, nausea, vomiting, diarrhoea).

Oral misoprostol compared with surgery (Comparison 5): we did not identify a difference between oral misoprostol compared with surgery in terms of women achieving a complete miscarriage. There was a large reduction in the use of surgery, and deaths or serious complications were not reported. There was less pain relief needed with oral misoprostol, but increased nausea and vomiting. There were no difference in other outcomes assessed (pelvic infection, cervical damage, diarrhoea).

Vaginal plus oral misoprostol compared with surgery (Comparison 6): based on one study of 80 women, we did not identify any differences for complete miscarriage (success rates from 95% to 100%), days of bleeding and pelvic infection. There was a reduction in the use of surgery with medical management.

Sublingual misoprostol compared with surgery (Comparison 7): we did not identify a difference between sublingual misoprostol compared with surgery in terms of women achieving a complete miscarriage. There was a reduction in the use of surgery with medical management. There was increased nausea and vomiting with sublingual misoprostol.

Vaginal misoprostol compared with oral misoprostol (Comparison 8): we did not identify a difference between vaginal misoprostol compared with oral misoprostol in terms of women achieving a complete miscarriage or in the need for additional surgical intervention. The incidence of diarrhoea was less with vaginal misoprostol compared with the oral route, but there was no difference in other outcomes assessed (pain relief, nausea, vomiting).

600 ug oral misoprostol compared with 1200 ug oral misoprostol (Comparison 9): the only difference identified in this comparison was that more women experienced diarrhoea with the higher dose.

Sublingual misoprostol compared with oral misoprostol (Comparison 12): we did not identify a difference between the two groups.

Other comparisons: for other comparisons there were either no studies or the studies provided insufficient data.

Women's views: the only study that assessed women's views in any detail was a publication by Harwood 2008, as part of the study on vaginal misoprostol versus surgery (Zhang 2005). The 652 women in this multicentre randomised controlled trial were asked prospectively to complete a daily diary of any symptoms experienced for the two weeks after treatment. The women also completed questionnaires assessing quality of life, depression, stress, and treatment acceptability at two weeks after treatment. Although a few differences were observed in some of the individual measures, overall there was no difference in the mean scores for quality of life, although vaginal misoprostol was associated with higher levels of pain than surgery. Overall treatment acceptability was similar, and these findings can help to inform the focus of counselling for women choosing a treatment option.

## Overall completeness and applicability of evidence

The review is probably underpowered to assess the effectiveness of medical treatments for incomplete miscarriage. In addition, nearly all studies were focused on women less than 13 weeks gestation and there is a need for more evidence on women more than 13 weeks gestation.

In terms of study settings, the evidence stems from both low-income to high-income countries. The majority of the studies took place in Africa and Southeast Asia while the remaining seven studies were in Europe and USA.

One study published by Smith 2009 but part of the MIST trial, undertook long-term follow-up to assess any potential impact on subsequent fertility (Trinder 2006). They concluded that the method of miscarriage management did not affect subsequent pregnancy rates with around four in five women giving birth within five years of the index miscarriage. Women can be reassured that long-term fertility concerns need not affect their choice of miscarriage management.

## Quality of the evidence

The risk of bias of studies was generally low, although it is hard to assess if there has been selective reporting bias.

We assessed the quality of evidence using GRADE for the two main comparisons (Atkins 2004): misoprostol versus expectant management and misoprostol versus surgery. The majority of the evidence was of low-quality or very low-quality. For the misoprostol versus expectant management, we assessed the outcome of 'complete miscarriage' as very low-quality due to lack of blinding, heterogeneity of the studies, and the small sample size. Findings for the outcome of surgical evacuation were based on low-quality evidence because of high risk of bias in one of the studies and high level of heterogeneity. For the misoprostol versus surgery comparison, the high risk of bias in some included studies, inconsistencies between results across studies, and suspected publication bias were the reasons for downgrading the quality of evidence for the complete miscarriage and surgical evacuation outcomes to very low. We assessed the quality of evidence for unplanned surgical intervention and nausea as low due to the high risk of bias and inconsistencies in the results. We assessed the quality of evidence for women's views, vomiting, and diarrhoea as moderate due to the lack of blinding.

Pet. Ref. 339

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Potential biases in the review process

We attempted to minimise bias by the following; two review authors assessed eligibility for inclusion and two review authors carried out data extraction and assessed risk of bias. Data entry into Review Manager 5 was undertaken by one review author and checked by another (RevMan 2014). However, many of these steps involve subjective assessments and thus may carry some risk of bias.

## Agreements and disagreements with other studies or reviews

We are unaware of other reviews on this topic. Our conclusions seem to agree with most of those of the included studies that women can be offered a choice of treatments because differences are small and not of major consequence. Women may have particular preferences as to the adverse effects they wish to try to avoid and this is likely to influence their choice of treatment.

## AUTHORS' CONCLUSIONS

### Implications for practice

Although it would be critical to have more data, the current evidence suggests there appears to be no major differences, other than avoiding surgery, between misoprostol, expectant care, and surgery in the treatment of incomplete miscarriage for women of less than 13 weeks' gestation. Avoiding surgery has considerable benefits in terms of reducing adverse effects (although these were not fully assessed systematically in the included studies) and is particularly beneficial in low-income countries. We identified some differences in nausea, vomiting, and diarrhoea with the use of misoprostol which can be taken into account when counselling women on the treatment options.

### Implications for research

There is an urgent need for studies to assess medical interventions for incomplete miscarriage for women between 13 to 24 weeks'

gestation, as currently there are no trials to guide practice. Multicentre trials would seem appropriate to give sufficient size to provide sound evidence.

There is a need for more trials comparing the use of medical treatments, by the various routes, with expectant care and surgery to confirm or refute these findings for women less than 13 weeks' gestation. This should provide more evidence on the effectiveness and adverse effects, so women can be provided with better information in order to support their choices. Future trials should separate women with non-viable pregnancies prior to miscarriage, from those with incomplete miscarriages.

Women's views and quality of life measures should be assessed alongside the clinical outcome in any future trials. These trials should be large enough to provide definitive findings and should assess the important outcomes identified in this review.

## ACKNOWLEDGEMENTS

Jorgen Boettiger for the translation of the Clevin 2001 paper and Maria Paz de Andres for the translation of Rivero-Lopez 1998.

This project was supported by the National Institute for Health Research (NIHR), via Cochrane Infrastructure funding to Cochrane Pregnancy and Childbirth. The views and opinions expressed therein are those of the authors and do not necessarily reflect those of the Systematic Reviews Programme, NIHR, National Health Service (NHS) or the Department of Health.

The World Health Organization, Sharmani Barnard, James P Neilson, Martha Hickey, Juan C Vazquez, and Lixia Dou retain copyright and all other rights in their respective contributions to the manuscript of this Cochrane Review as submitted for publication.

We thank Gill Gyte for her contribution as an author on previous versions of this review.

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 340

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# REFERENCES

## References to studies included in this review

**Bique 2007** {published data only}

Bique C, Usta M, Debora B, Chong E, Westheimer E, Winikoff B. Comparison of misoprostol and manual vacuum aspiration for the treatment of incomplete abortion. *International Journal of Gynecology and Obstetrics* 2007;**98**(3):222-6.

**Blanchard 2004** {published data only}

\* Blanchard K, Taneepanichskul S, Kiriwat O, Sirimai K, Svirirojana N, Mavimbela N, et al. Two regimens of misoprostol for treatment of incomplete abortion. *Obstetrics and Gynecology* 2004;**103**(5 Pt 1):860-5.

Phupong V, Taneepanichskul S, Kriengsinyot R, Sriyirojana N, Blanchard K, Winikoff B. Comparative study between single dose 600 mg and repeated dose oral misoprostol for treatment of incomplete abortion. *Contraception* 2004;**70**:307-11.

**Blohm 2005** {published data only}

Blohm F, Friden BE, Milsom I, Platz-Christensen JJ, Nielsen S. A randomised double blind trial comparing misoprostol or placebo in the management of early miscarriage. BJOG: an international journal of obstetrics and gynaecology 2005; Vol. 112, issue 8:1090-5.

**Chigbu 2012** {published data only}

Chigbu B, Onwere S, Aluka C, Kamanu C, Ezenobi O. Is misoprostol a suitable alternative to the surgical evacuation of incomplete abortion in rural South-Eastern Nigeria?. *East African Medical Journal* 2012;**89**(5):172-7.

**Clevin 2001** {published data only}

Clevin L, Munk T, Hansen TR. Spontaneous abortion. Drug treatment versus surgery [Spontan abort. Medicinsk versus kirurgisk behandling]. *Ugeskrift for Laeger* 2001;**163**(15):2136-9.

**Dabash 2010** {published data only}

Dabash R, Cherine M, Darwish E, Blum J, Hassanein N, Abdel Daiem T, et al. Bleeding following surgical (MVA) and medical (400 ug sublingual misoprostol) treatment of incomplete abortion. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S150-1.

\* Dabash R, Ramadan MC, Darwish E, Hassanein N, Blum J, Winikoff B. A randomized controlled trial of 400-µg sublingual misoprostol versus manual vacuum aspiration for the treatment of incomplete abortion in two Egyptian hospitals. *International Journal of Gynecology and Obstetrics* 2010;**111**(2):131-5.

Ramadan MC. Misoprostol versus MVA for incomplete abortion: results from a randomized controlled trial in Egypt. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S68-9.

**Dao 2007** {published data only}

Dao B, Blum J, Thieba B, Raghavan S, Ouedraego M, Lankoande J, et al. Is misoprostol a safe, effective and acceptable alternative to manual vacuum aspiration for postabortion care? Results from a randomised trial in Burkina Faso, West Africa. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1368-75.

**Diop 2009** {published data only}

Diop A, Raghavan S, Rakotovao JP, Comendant R, Blumenthal PD, Winikoff B. Two routes of administration for misoprostol in the treatment of incomplete abortion: a randomized clinical trial. *Contraception* 2009;**79**(6):456-62.

**Ganguly 2010** {published data only}

Ganguly RP, Mukhopadhyay S, Burman SK, Patra KK, Jha T, Mukherji J. A randomized trial of misoprostol compared with manual vacuum aspiration for early pregnancy failure. *Nepal Journal of Obstetrics and Gynaecology* 2010;**5**(2):8-13.

**Montesinos 2011** {published data only}

Arellano M, Durocher J, Leon W, Montesinos R, Pena M, Winikoff B. Introduction of misoprostol for incomplete abortion care in Latin America: evidence from Ecuador. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S49.

\* Montesinos R, Durocher J, Leon W, Arellano M, Pena M, Pinto E, et al. Oral misoprostol for the management of incomplete abortion in Ecuador. *International Journal of Gynecology and Obstetrics* 2011;**115**(2):135-9.

**Moodliar 2005** {published data only}

Bagratee J, Regan L, Khullar V, Moodley J, Connolly C. Does the volume of retained products of conception and hormonal parameters influence the success of conservative methods of management of first trimester miscarriage?. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S116.

\* Moodliar S, Bagratee JS, Moodley J. Medical vs. surgical evacuation of first-trimester spontaneous abortion. *International Journal of Gynecology and Obstetrics* 2005;**91**:21-6.

**Ngoc 2005** {published data only}

Nguyen TNN, Blum J, Durocher J, Quan TTV, Winikoff B. A randomized controlled study comparing 600 versus 1,200 micrograms oral misoprostol for medical management of incomplete abortion. Contraception 2005; Vol. 72, issue 6:438-42.

**Niinimaki 2006** {published data only}

\* Niinimaki M, Jouppila P, Martikainen H, Talvensaari-Mattila A. A randomized study comparing efficacy and patient satisfaction in medical or surgical treatment of miscarriage. *Fertility and Sterility* 2006;**86**(2):367-72.

Niinimaki M, Karinen P, Hartikainen AL, Pouta A. Treating miscarriages: a randomised study of cost-effectiveness in medical or surgical choice. *BJOG: an international journal of obstetrics and gynaecology* 2009;**116**(7):984-90.

**Pang 2001** {published data only}

\* Pang MW, Chung T. Incomplete miscarriage: a randomized controlled trial comparing oral with vaginal misoprostol for medical evacuation. *Human Reproduction* 2001;**16**(11):2283-7.

Pet. Ref. 341

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane *Database of Systematic Reviews*

Pang SMW, Chung TKH. A randomized clinical trial comparing oral and vaginal misoprostol for medical evacuation of spontaneous abortion [abstract]. XVI FIGO World Congress of Obstetrics and Gynecology (Book 3); 2000 Sept 3-8; Washington DC, USA. 2000:69.

**Paritakul 2010** *{published data only}*

Paritakul P, Phupong V. Comparative study between oral and sublingual 600 µg misoprostol for the treatment of incomplete abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(5):978-83.

**Patua 2013** *{published data only}*

Patua B, Dasgupta M, Bhattacharyya SK, Bhattacharya S, Hasan SH, Saha S. An approach to evaluate the efficacy of vaginal misoprostol administered for a rapid management of first trimester spontaneous onset incomplete abortion, in comparison to surgical curettage. *Archives of Gynecology and Obstetrics* 2013;**288**(6):1243-8.

**Sahin 2001** *{published data only}*

Sahin HG, Sahin HA, Kocer M. Randomized outpatient clinical trial of medical evacuation and surgical curettage in incomplete miscarriage. *European Journal of Contraception & Reproductive Health Care* 2001;**6**(3):141-4.

**Shelley 2005** *{published data only}*

Shelley JM, Healy D, Grover S. A randomised trial of surgical, medical and expectant management of first trimester spontaneous miscarriage. Australian and New Zealand Journal of Obstetrics and Gynaecology 2005; Vol. 45:122-7.

**Shochet 2012** *{published data only}*

Shochet T, Diop A, Gaye A, Nayama M, Sall AB, Bukola F, et al. Sublingual misoprostol versus standard surgical care for treatment of incomplete abortion in five sub-Saharan African countries. *BMC Pregnancy and Childbirth* 2012;**12**:127.

**Shwekerela 2007** *{published data only}*

Shwekerela B, Kalumuna R, Kipingili R, Mashaka N, Westheimer E, Clark W, et al. Misoprostol for treatment of incomplete abortion at the regional hospital level: results from Tanzania. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1363-7.

**Taylor 2011** *{published data only}*

Taylor J, Diop A, Blum J, Dolo O, Winikoff B. Oral misoprostol as an alternative to surgical management for incomplete abortion in Ghana. *International Journal of Gynecology and Obstetrics* 2011;**112**(1):40-4.

**Trinder 2006** *{published data only}*

Petrou S, Trinder J, Brocklehurst P, Smith L. Economic evaluation of alternative management methods of first-trimester miscarriage based on results from the MIST trial. *BJOG: an international journal of obstetrics and gynaecology* 2006;**113**(8):879-89.

Smith L. Extension to: randomised controlled trial of expectant, medical and surgical management of early miscarriage. www.refer.nhs.uk (accessed 7 March 2006).

Smith LF, Frost J, Levitas R, Bradley H, Garcia J. Women's experiences of three early miscarriage management options: a qualitative study. *British Journal of General Practice* 2006;**56**(524):198-205.

Smith LFP, Ewings PD, Quinlan C. Incidence of pregnancy after expectant, medical, or surgical management of spontaneous first trimester miscarriage: long term follow-up of miscarriage treatment (MIST) randomised controlled trial. *BMJ* 2009;**339**(1766):b3827.

\* Trinder J, Brocklehurst P, Porter R, Read M, Vyas S, Smith L. Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial). *BMJ* 2006;**332**(7552):1235-40.

**Weeks 2005** *{published data only}*

Weeks A, Alia G, Blum J, Blanchard K, Winikoff B. A randomised trial of oral misoprostol (600 mcg) versus manual vacuum aspiration in the treatment of incomplete miscarriage in Kampala, Uganda. 30th British Congress of Obstetrics and Gynaecology; 2004 July 7-9; Glasgow, UK. 2004:27.

\* Weeks A, Alia G, Blum J, Winikoff B, Ekwaru P, Durocher J, et al. A randomized trial of misoprostol compared with manual vacuum aspiration for incomplete abortion. *Obstetrics and Gynecology* 2005;**106**(3):540-7.

**Zhang 2005** *{published data only}*

Chen BA, Reeves MF, Creinin MD, Gilles JM, Barnhart K, Westhoff C, et al. Misoprostol for treatment of early pregnancy failure in women with previous uterine surgery. *American Journal of Obstetrics and Gynecology* 2008;**198**(6):626.e1-5.

Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J, et al. Factors related to successful misoprostol treatment for early pregnancy failure. *Obstetrics and Gynecology* 2006;**107**(4):901-7.

Harwood B, Nansel T, National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial. Quality of life and acceptability of medical versus surgical management of early pregnancy failure. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(4):501-8.

Reeves MF, Lohr PA, Harwood B, Creinin MD. Sonographic findings after misoprostol or vacuum aspiration for early pregnancy failure. *Contraception* 2006;**74**(2):182.

Reeves MF, Lohr PA, Harwood BJ, Creinin MD. Ultrasonographic endometrial thickness after medical and surgical management of early pregnancy failure. *Obstetrics and Gynecology* 2008;**111**(1):106-12.

Robledo C, Zhang J, Troendle J, Barnhart K, Creinin MD, Westhoff C, et al. Clinical indicators for success of misoprostol treatment after early pregnancy failure. *International Journal of Gynecology and Obstetrics* 2007;**99**(1):46-51.

Zhang J, Gilles J, Barnhart K, Creinin M, Westhoff C, Frederick MM. Medical management with misoprostol for early pregnancy failure: a multicenter, randomized equivalence trial [abstract]. *Fertility and Sterility* 2004;**82 Suppl 2**:S53-4.

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 342

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

* Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM, et al. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. *New England Journal of Medicine* 2005;**353**(8):761-9.

### References to studies excluded from this review

**Abdel 1997** *{published data only}*

Abdel Fattah IH. PGE1 analogue for the induction of midtrimester abortion in cases of intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167):26.

**Abd-El-Maeboud 2012** *{published data only}*

Abd-El-Maeboud KH, Ghazy A, Ibrahim A, Hassan N, El-Bohoty A, Gamal-El-Din I. Vaginal acidity enhancement with a 3% acetic acid gel prior to misoprostol treatment for pregnancy termination in the midtrimester. *International Journal of Gynecology and Obstetrics* 2012;**119**(3):248-52.

**Al-Bdour 2007** *{published data only}*

Al-Bdour AN, Akasheh H, Al-Jayousi T. Missed abortion: termination using single-dose versus two doses of vaginal misoprostol tablets. *Pakistan Journal of Medical Sciences* 2007;**23**(6):920-3.

**Al Inizi 2003** *{published data only}*

Al Inizi SA, Ezimokhai M. Vaginal misoprostol versus dinoprostone for the management of missed abortion. *International Journal of Gynecology and Obstetrics* 2003;**83**:73-4.

**Almog 2005** *{published data only}*

Almog B, Levin I, Winkler N, Fainaru O, Pauzner D, Lessing JB, et al. The contribution of laminaria placement for cervical ripening in second trimester termination of pregnancy induced by intra-amniotic injection of prostaglandin f(2)alpha followed by concentrated oxytocin infusion. *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 2005;**118**:32-5.

**Altaf 2006** *{published data only}*

Altaf F, Sultana N, Iqbal N. Therapeutic abortions; efficacy of intra-vaginal misoprostol in comparison to extra amniotically administered prostaglandin f2a. *Professional Medical Journal* 2006;**13**(3):417-22.

**Amjad 1999** *{published data only}*

Amjad T, Akhtar S. Termination of pregnancy with foetal death in second trimester: Foley's catheter versus extra amniotic prostaglandins. *Journal of the College of Physicians and Surgeons Pakistan* 1999;**9**:403-5.

**Anderman 2000** *{published data only}*

Anderman S, Jaschevatzky OE, Ballas S. Comparison between a double balloon device and the foley catheter in extraamniotic prostaglandin F2a infusion for termination of midtrimester missed abortion [abstract]. XVI FIGO World Congress of Obstetrics and& Gynecology (Book 2); 2000 Sept 3-8; Washington DC, USA. 2000:161.

**Anderson 2009** *{published data only}*

Anderson J, Gouk E, Young L, Turnbull L, Sayeed G, Elattar A, et al. A randomised controlled trial of oral versus vaginal misoprostol for medical management of early fetal demise. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S533.

**Ara 2009** *{published data only}*

Ara G, Nargis S, Khatun R, Saha A. Vaginal misoprostol as a medical management in early pregnancy loss. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S533-4.

**Autry 1999** *{published data only}*

Autry A, Jacobson G, Sandhu R, Isbill K. Medical management of non-viable early first trimester pregnancy. International Journal of Gynecology and Obstetrics 1999; Vol. 67, issue 1:9-13.

**Avila-Vergara 1997** *{published data only}*

Avila-Vergara MA, Morgan-Ortiz F, Fragoza-Sosa O, Haro-Garcia L. Cervical labor induction with prostaglandin E2 in patients with fetal death [Maduracion cervical con prostaglandina E2 en pacientes con feto muerto]. *Ginecologia y Obstetricia de Mexico* 1997;**65**:155-8.

**Ayudhaya 2006** *{published data only}*

Ayudhaya OP, Herabutya Y, Chanrachakul B, Ayuthaya NI, O-Prasertsawat P. A comparison of the efficacy of sublingual and oral misoprostol 400 microgram in the management of early pregnancy failure: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2006;**89**(Suppl 4):S5-S10.

**Azra 2007** *{published data only}*

Azra B, Shakeel S, Nilofer M. A comparison of two protocols of intra vaginal misoprostol for second trimester medical termination of pregnancy. *Pakistan Armed Forces Medical Journal* 2007;**57**(1):61-5.

**Bagratee 2004** *{published data only}*

Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Human Reproduction* 2004;**19**(2):266-71.

**Bani-Irshaid 2006** *{published data only}*

Bani-Irshaid I, Athamneh TZ, Bani-Khaled D, Al-Momani M, Dahamsheh H. Termination of second and early third trimester pregnancy: comparison of 3 methods. *Eastern Mediterranean Health Journal* 2006;**12**(5):605-9.

**Bebbington 2002** *{published data only}*

Bebbington MW, Kent N, Lim K, Gagnon A, Delisle MF, Tessier F, et al. A randomized controlled trial comparing two protocols for the use of misoprostol in midtrimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2002;**187**(4):853-7.

**Behrashi 2008** *{published data only}*

Behrashi M. Comparison between the oral and vaginal misoprostol effects on pregnancy termination in second trimester. en.search.irct.ir/view/90 Date first received: 27 September 2008.

Pet. Ref. 343

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 352 of 754   PageID.4739

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

* Behrashi M, Mahdian M. Vaginal versus oral misoprostol for second-trimester pregnancy termination: a randomized trial. *Pakistan Journal of Biological Sciences* 2008;**11**(21):2505-8.

**Ben-Meir 2009** *{published data only}*

Ben-Meir A, Erez Y, Feigenberg T, Hamani Y, Laufer N, Rojansky N. Mifepristone followed by high-dose oxytocin drip for second-trimester abortion: a randomized, double-blind, placebo-controlled, pilot study. *Journal of Reproductive Medicine* 2009;**54**(8):511-6.

**Biswas 2007** *{published data only}*

Biswas SC, Dey R, Jana R, Chattopadhyay N. Comparative study of intravaginal misoprostol and extra amniotic ethacridine lactate instillation for mid trimester pregnancy termination. *Journal of Obstetrics and Gynaecology of India* 2007;**57**(3):211-3.

**Cabrol 1990** *{published data only}*

Cabrol D, Dubois C, Cronje H, Gonnet JM, Guillot M, Maria B, et al. Induction of labor with mifepristone (RU 486) in intrauterine fetal death. *American Journal of Obstetrics and Gynecology* 1990;**163**:540-2.

**Caliskan 2005** *{published data only}*

Caliskan E, Dilbaz S, Doger E, Ozeren S, Dilbaz B. Randomized comparison of 3 misoprostol protocols for abortion induction at 13-20 weeks of gestation. *Journal of Reproductive Medicine* 2005;**50**(3):173-80.

**Caliskan 2009** *{published data only}*

Caliskan E, Doger E, Cakiroglu Y, Corakci A, Yucesoy I. Sublingual misoprostol 100 microgram versus 200 microgram for second trimester abortion: a randomised trial. *European Journal of Contraception & Reproductive Health Care* 2009;**14**(1):55-60.

**Chittacharoen 2003** *{published data only}*

Chittacharoen A, Herabutya Y, Punyavachira P. A randomized trial of oral and vaginal misoprostol to manage delivery in cases of fetal death. *Obstetrics and Gynecology* 2003;**101**:70-3.

**Chung 1999** *{published data only}*

Chung TKH, Cheung LP, Haines CJ. Spontaneous abortion: A randomized controlled trial of misoprostol versus routine surgical evacuation. *Acta Obstetricia et Gynecologica Scandinavica* 1997;**76**(167):72.

Chung TKH, Cheung LP, Lee DTS, Haines CJ. Spontaneous abortion: a randomized controlled trial of misoprostol versus routine uterine curettage. *British Journal of Obstetrics and Gynaecology* 1998;**105 Suppl 17**:127.

Chung TKH, Lee DTC. A randomised controlled clinical trial involving women who have aborted spontaneously: the health, social and operational cost outcomes of conservative and routine management protocols. Personal communication 1998.

* Chung TKH, Lee DTS, Cheung LP, Haines CJ, Chang AMZ. Spontaneous abortion: a randomised controlled trial comparing surgical evacuation with conservative management using misoprostol. *Fertility and Sterility* 1999;**71**(6):1054-9.

Lee DTS, Cheung LP, Haines CJ, Chan KPM, Chung TKH. A comparison of the psychologic impact and client satisfaction of surgical treatment with medical treatment of spontaneous abortion: a randomized controlled trial. *American Journal of Obstetrics and Gynecology* 2001;**185**:953-8.

Tam WH, Lau WC, Cheung LP, Yuen PM, Chung TK. Intrauterine adhesions after conservative and surgical management of spontaneous abortion. *Journal of the American Association of Gynecologic Laparoscopists* 2002;**9**(2):182-5.

Tam WH, Tsui MH, Lok IH, Yip SK, Yuen PM, Chung TK. Long-term reproductive outcome subsequent to medical versus surgical treatment for miscarriage. *Human Reproduction* 2005;**20**(12):3355-9.

**Cleeve 2015** *{published data only}*

Cleeve A, Byamugisha J, Gemzell-Danielsson K, Mbona Tumwesigye N, Atuhairwe S, Faxelid E, et al. Women's acceptability of misoprostol treatment for incomplete abortion by midwives and physicians - a randomized controlled equivalence trial at district level, Uganda. *International Journal of Gynecology and Obstetrics* 2015;**131**(Suppl 5):E295.

**Creinin 1997** *{published data only}*

Creinin MD, Moyer R, Guido R. Misoprostol for medical evacuation of early pregnancy failure. *Obstetrics and Gynecology* 1997;**89**:768-72.

**David 2003** *{published data only}*

David M, Chen FCK, Lichtenegger W. NO-donor nitroglycerin versus the prostaglandin gemeprost for cervical ripening in first trimester missed abortion. *International Journal of Gynecology and Obstetrics* 2003;**83**:71-2.

**David 2005** *{published data only}*

David M, Chen FCK. Comparison of isosorbide mononitrate (Mono Mack) and misoprostol (Cytotec) for cervical ripening in the first trimester missed abortion. *Archives of Gynecology and Obstetrics* 2005;**273**(3):144-5.

**de Jonge 1995** *{published data only}*

de Jonge ET, Makin JD, Manefeldt E, De Wet GH, Pattinson RC. Randomised clinical trial of medical evacuation and surgical curettage for incomplete miscarriage. *BMJ* 1995;**311**(7006):662.

**Demetroulis 2001** *{published data only}*

* Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Human Reproduction* 2001;**16**(2):365-9.

Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure [abstract]. XVI FIGO World Congress of Obstetrics and Gynecology (Book 3); 2000 Sept 3-8; Washington DC, USA. 2000:69.

**Dickinson 1998** *{published data only}*

Dickinson JE, Godfrey M, Evans SF. Efficacy of intravaginal misoprostol in second-trimester pregnancy termination: a

Pet. Ref. 344

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

randomized controlled trial. *Journal of Maternal-Fetal Medicine* 1998;**7**:115-9.

**Dickinson 2002** *{published data only}*

Dickinson JE, Evans SF. The optimization of intravaginal misoprostol dosing schedules in second-trimester pregnancy termination. American Journal of Obstetrics and Gynecology 2002; Vol. 186, issue 3:470-4.

**Dickinson 2003** *{published data only}*

Dickinson JE, Evans SF. A comparison of oral misoprostol with vaginal misoprostol administration in second-trimester pregnancy termination for fetal abnormality. *Obstetrics and Gynecology* 2003;**101**:1294-9.

**Egarter 1995** *{published data only}*

Egarter C, Lederhilger J, Kurz C, Karas H, Reisenberger K. Gemeprost for first trimester missed abortion. *Archives of Gynecology and Obstetrics* 1995;**256**(1):29-32.

**Elhassan 2008** *{published data only}*

Elhassan EM, Abubaker MS, Adam I. Sublingual compared with oral and vaginal misoprostol for termination of pregnancy with second-trimester fetal demise. *International Journal of Gynecology and Obstetrics* 2008;**100**(1):82-3.

**Eng 1997** *{published data only}*

Eng NS, Guan AC. Comparative study of intravaginal misoprostol with gemeprost as an abortifacient in second trimester missed abortion. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 1997;**37**(3):331-4.

**Eppel 2005** *{published data only}*

Eppel W, Facchinetti F, Schleussner E, Piccinini F, Pizzi C, Gruber DM, et al. Second trimester abortion using isosorbide mononitrate in addition to gemeprost compared with gemeprost alone: a double-blind randomized, placebo-controlled multicenter trial. *American Journal of Obstetrics and Gynecology* 2005;**192**:856-61.

**Fadalla 2004** *{published data only}*

Fadalla F, Mirghani OA, Adam I. Oral misoprostol vs. vaginal misoprostol for termination of pregnancy with intrauterine fetal demise in the second-trimester. *International Journal of Gynecology and Obstetrics* 2004;**86**:52-3.

**Fang 2009** *{published data only}*

Fang AH, Chen QF, Zheng W, Li YH, Chen RY. Termination of missed abortion in a combined procedure: a randomized controlled trial. *Journal of Reproduction and Contraception* 2009;**20**(1):45-9.

**Feldman 2003** *{published data only}*

Feldman DM, Borgida AF, Rodis JF, Leo MV, Campbell WA. A randomized comparison of two regimens of misoprostol for second-trimester pregnancy termination. American Journal of Obstetrics and Gynecology 2003; Vol. 189:710-3.

**Fiala 2005** *{published data only}*

Fiala C, Swahn ML, Stephansson O, Gemzell-Danielsson K. The effect of non-steroidal anti-inflammatory drugs on medical abortion with mifepristone and misoprostol at 13-22 weeks gestation. Human Reproduction 2005; Vol. 20, issue 11:3072-7.

**Gazvani 2000** *{published data only}*

Gazvani R, Templeton A. A pilot study for the use of manual vacuum aspiration in early pregnancy loss. *Journal of Obstetrics and Gynaecology* 2000;**20**(1):105.

**Ghorab 1998** *{published data only}*

Ghorab MN, El Helw BA. Second-trimester termination of pregnancy by extra-amniotic prostaglandin F2alpha or endocervical misoprostol A comparative study. *Acta Obstetricia et Gynecologica Scandinavica* 1998;**77**:429-32.

**Gilles 2004** *{published data only}*

Barnhart KT, Bader T, Huang X, Frederick MM, Timbers KA, Zhang JJ. Hormone pattern after misoprostol administration for a nonviable first-trimester gestation. *Fertility and Sterility* 2004;**81**(4):1099-105.

Creinin MD, Harwood B, Guido RS, Fox MC, Zhang J, NICHD Management of Early Pregnancy Failure Trial. Endometrial thickness after misoprostol use for early pregnancy failure. *International Journal of Gynecology and Obstetrics* 2004;**86**(1):22-6.

Davis AR, Robilotto CM, Westhoff CL, Forman S, Zhang J, NICHD Management of Early Pregnancy Failure Trial. Bleeding patterns after vaginal misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2004;**19**(7):1655-8.

Gilles J, Creinin MM, Barnhart KT, Westhoff C, Frederick MM, Zang J. Wet versus dry intravaginal misoprostol application for treatment of early pregnancy failure [abstract]. *Fertility and Sterility* 2002;**78**(3 Suppl 1):S64-5.

* Gilles JM, Creinin MD, Barnhart K, Westhoff C, Frederick MM, Zhang J. A randomized trial of saline solution-moistened misoprostol versus dry misoprostol for first-trimester pregnancy failure. American Journal of Obstetrics and Gynecology 2004; Vol. 190:389-94.

**Gonzalez 2001** *{published data only}*

Gonzalez JA, Carlan SJ, Alverson MW. Outpatient second trimester pregnancy termination. *Contraception* 2001;**63**(2):89-93.

**Graziosi 2004** *{published data only}*

Graziosi G, Bruinse HW, Reuwer PJH, Teteringen O, Mol BJW. Fertility outcome after a randomized trial comparing curettage with misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2005;**20**:1749-50.

Graziosi GC, van der Steeg JW, Reuwer PH, Drogtrop AP, Bruinse HW, Mol BW. Economic evaluation of misoprostol in the treatment of early pregnancy failure compared to curettage after an expectant management. *Human Reproduction* 2005;**20**(4):1067-71.

Graziosi GCM, Bruinse HW, Reuwer PJH, van Kessel PH, Westerweel PE, Mol BW. Misoprostol versus curettage in women with early pregnancy failure: impact on women's health-related

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 345

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

quality life. A randomized controlled trial. *Human Reproduction* 2005;**20**(8):2340-7.

* Graziosi GCM, Mol BWJ, Reuwer PJH, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. *Human Reproduction* 2004;**19**(8):1894-9.

**Grimes 2005** *{published data only}*

Grimes DA, Smith MS, Witham AD. Mifepristone and misoprostol versus dilation and evacuation for midtrimester abortion: a pilot randomised controlled trial. *BJOG: an international journal of obstetrics and gynaecology* 2005;**111**:148-53.

**Gronlund 2002** *{published data only}*

Gronlund A, Gronlund L, Clevin L, Andersen B, Palmgren N, Lidegaard O. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation. A multi-center trial in Copenhagen county, Denmark. *Acta Obstetricia et Gynecologica Scandinavica* 2002;**81**:1060-5.

**Guix 2005** *{published data only}*

Guix C, Palacio M, Figueras F, Bennasar M, Zamora L, Coll O, et al. Efficacy of two regimens of misoprostol for early second-trimester pregnancy termination. *Fetal Diagnosis and Therapy* 2005;**20**(6):544-8.

**Hassan 2007** *{published data only}*

Hassan FI, Mostapha MK, Sattar MA, Marouf E, Azim SA. Oral versus rectal route of misoprostol administration: a randomized controlled trial. *Middle East Fertility Society Journal* 2007;**12**(1):53-6.

**Hausler 1997** *{published data only}*

Hausler MCH, Koroschetz F, Tamussino K, Walcher W. Is a curettage after spontaneous abortion still relevant? [Ist eine curettage nach abortus completus noch zeitgemals?]. *Geburtshilfe und Frauenheilkunde* 1997;**57**:396-9.

**Heard 2002** *{published data only}*

Heard MJ, Stewart GM, Buster JE, Carson SA, Miller HJ. Outpatient management of missed abortion with vaginal misoprostol [abstract]. *Obstetrics and Gynecology* 2002;**99**(4 Suppl):20S.

**Herabutya 1997a** *{published data only}*

Herabutya Y, O-Prasertsawat P. Misoprostol in the management of missed abortion. *International Journal of Gynecology and Obstetrics* 1997;**56**(3):263-6.

**Herabutya 1997b** *{published data only}*

Herabutya Y, O-Prasertsawat P. A comparison of intravaginal misoprostol with intracervical prostaglandin E2 gel for the management of dead fetus in utero. Thai Journal of Obstetrics and Gynaecology 1997; Vol. 9, issue 2:95-8.

**Herabutya 2005** *{published data only}*

Herabutya Y, Chanrachakul B, Punyavachira P. A randomised controlled trial of 6 and 12 hourly administration of vaginal misoprostol for second trimester pregnancy termination.

*BJOG: an international journal of obstetrics and gynaecology* 2005;**112**(9):1297-301.

**Hernandez-Valencia 2003** *{published data only}*

Hernandez-Valencia M. Cervical ripening with prostaglandin E1: how an ambulatory method decreases the hospital stay in abortus with intrauterine fetal demise. *Fetal Diagnosis and Therapy* 2003;**18**(1):54-8.

**Hidar 2001** *{published data only}*

Hidar S, Fekih M, Chaieb A, Bibi M, Mellouli R, Khairi H. Oxytocin and misoprostol administered intravaginally for termination of pregnancy at 13 to 29 weeks of amenorrhea A prospective randomized trial [Apport de l'association d'ocytocine au misoprostol administre en intravaginal au cours des interruptions de grossesses entre 13 et 29 semaines d'amenorrhee. Essai clinique prospectif randomise]. *Journal de Gynecologie, Obstetrique et Biologie de la Reproduction* 2001;**30**(5):439-43.

**Hidar 2005** *{published data only}*

Hidar S, Bouddebous M, Chaieb A, Jerbi M, Bibi M, Khairi H. Randomized controlled trial of vaginal misoprostol versus vaginal misoprostol and isosorbide dinitrate for termination of pregnancy at 13-29 weeks. *Archives of Gynecology and Obstetrics* 2005;**273**(3):157-60.

**Hill 1991** *{published data only}*

Hill NCW, Selinger M, Ferguson J, MacKenzie IZ. Management of intra-uterine fetal death with vaginal administration of gemeprost or prostaglandin E2: a random allocation controlled trial. *Journal of Obstetrics and Gynaecology* 1991;**11**:422-6.

**Hinshaw 1997** *{published data only}*

Davis AR, Hendlish SK, Westhoff C, Frederick MM, Zhang J, Gilles JM, et al. Bleeding patterns after misoprostol vs surgical treatment of early pregnancy failure: results from a randomized trial. *American Journal of Obstetrics and Gynecology* 2007;**196**(1):31.

Henshaw RC, Hinshaw K, Smith NC, Templeton AA. The medical management of miscarriage. Fertility Society of Australia/Australasian Gynaecological Endoscopy Society; 1995 November 19-25; Melbourne, Australia. 1995:FSA75.

* Hinshaw HKS. Medical management of miscarriage. In: Grundzinkas JG editor(s). Problems in Early Pregnancy - Advances in Diagnosis and Management. London: RCOG, 1997.

Hinshaw K, Rispin R, Henshaw R, Smith N, Templeton A. Medical versus surgical uterine evacuation in first trimester miscarriage: a prospective, pragmatic randomised trial. 27th British Congress of Obstetrics and Gynaecology; 1995 July 4-7; Dublin, Ireland. 1995:4.

Hinshaw K, Rispin R, Smith N, Templeton A. Medical vs surgical management in first trimester miscarriage: a prospective, pragmatic random allocation trial. *Journal of Obstetrics and Gynaecology* 1993;**13**(5):404-5.

Hughes J, Ryan M, Hinshaw K, Henshaw R, Rispin R, Templeton A. The costs of treating miscarriage: a comparison of

Pet. Ref. 346

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 355 of 754   PageID.4742

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

medical and surgical management. *British Journal of Obstetrics and Gynaecology* 1996;**103**(12):1217-21.

Rispin R, Hinshaw K, Henshaw R, Smith N, Templeton A. New aspects of care in the management of miscarriage. Research in Midwifery Conference; 1993 Sept 14; Birmingham, UK. 1993.

**Hogg 2000** {published data only}

Hogg B, Owen J. Laminaria versus extraamniotic saline infusion (EASI) for cervical ripening and mid-trimester labor induction [abstract]. *American Journal of Obstetrics and Gynecology* 2000;**182**(1 Pt 2):S135.

**Hombalegowda 2015** {published data only}

Hombalegowda RB, Samapthkumar S, Vana H, Jogi P, Ramaiah R. A randomized controlled trial comparing different doses of intravaginal misoprostol for early pregnancy failure. *Contraception* 2015;**92**(4):364-5.

**Igogo 2015** {published data only}

Igogo P, Karanja J, Kamau K, Tamooh H. Use of misoprostol for incomplete abortion in resource-poor settings. *Contraception* 2015;**92**(4):370.

**IRCT138902053797N1** {published data only}

IRCT138902053797N1. Comparing the effects of multiple doses of misoprostol with single dose of misoprostol plus oxytocin in induction of second trimester abortion [Comparing effects of different doses of misoprostol in induction of second trimester abortion]. irct.ir/138902053797N1 (first received 12 June 2010).

**Islam 2006** {published data only}

Islam A, Abbasi AN, Sarwar I. Use of Foley's catheter and prostaglandin F-2 alpha in second trimester termination of pregnancy. *Journal of Ayub Medical College, Abbottabad* 2006;**18**(3):35-9.

**Jabir 2009** {published data only}

Jabir M, Smeet R. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of first trimester missed miscarriage. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S209.

* Jabir M, Smeet RI. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of first trimester missed miscarriage. *Saudi Medical Journal* 2009;**30**(1):82-7.

**Jain 1994** {published data only}

Jain JK, Mishell DR. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of second-trimester pregnancy. *New England Journal of Medicine* 1994;**331**:290-3.

**Jain 1996** {published data only}

Jain JK, Mishell DR. A comparison of misoprostol with and without laminaria tents for induction of second-trimester abortion. *American Journal of Obstetrics and Gynecology* 1996;**175**:173-7.

**Jain 1999** {published data only}

Jain JK, Mishell DR. A comparison of two dosing regimens of intravaginal misoprostol for second-trimester pregnancy termination. *Obstetrics and Gynecology* 1999;**93**:571-5.

**Johnson 1997** {published data only}

Johnson N, Priestnall M, Marsay T, Ballard P, Watters J. A randomised trial evaluating pain and bleeding after a first trimester miscarriage treated surgically or medically. *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 1997;**72**(2):213-5.

**Kaluaarachchi 2015** {published data only}

Kaluaarachchi A, Kopalakrishnan M. Surgical, medical or expectant management of first trimester miscarriage and its implications on clinical and psychological outcomes - a randomized controlled trial. *Sri Lanka Journal of Obstetrics and Gynaecology* 2015;**37**(Suppl 1):17.

**Kanhai 1989** {published data only}

* Kanhai HHH, Keirse MJNC. Induction of labour after fetal death: a randomized controlled trial of two prostaglandin regimens. *British Journal of Obstetrics and Gynaecology* 1989;**96**:1400-4.

Kanhai HHH, Keirse MJNC. Intravenous administration of sulprostone for the induction of labour after fetal death: a randomized comparison of two dose schedules. 12th FIGO World Congress of Gynecology and Obstetrics; 1988 October 23-28; Brazil. 1988:201-2.

Kanhai HHH, Keirse MJNC. Intravenous administration of sulprostone for the induction of labour after fetal death: a randomized comparison of two dose schedules. First European Congress on Prostaglandins in Reproduction; 1988 July 6-9; Vienna, Austria. 1988:45.

**Kapp 2007** {published data only}

Kapp N, Todd CS, Yadgarova KT, Alibayeva G, Nazarova D, Loza O, et al. A randomized comparison of misoprostol to intrauterine instillation of hypertonic saline plus a prostaglandin F2alpha analogue for second-trimester induction termination in Uzbekistan. *Contraception* 2007;**76**(6):461-6.

**Kara 1999** {published data only}

Kara M, Ozden S, Eroglu M, Cetin A, Arioglu P. Comparison of misoprostol and dinoproston administration for the induction of labour in second trimester pregnancies in cases of intrauterine fetal loss. *Italian Journal of Gynaecology and Obstetrics* 1999;**11**:13-6.

**Klingberg 2015** {published data only}

Klingberg-Allvin M, Cleeve A, Atuhairwe S, Mbona Tumwesigye N, Faxelid E, Byamugisha J, et al. Comparison of treatment of incomplete abortion with misoprostol by physicians and midwives at district level in Uganda: a randomised controlled equivalence trial. *International Journal of Gynecology and Obstetrics* 2015;**131**(Suppl 5):E86.

Pet. Ref. 347

**Klingberg-Allvin 2015** *{published data only}*

Klingberg-Allvin M, Cleeve A, Atuhairwe S, Tumwesigye NM, Faxelid E, Byamugisha J, et al. Comparison of treatment of incomplete abortion with misoprostol by physicians and midwives at district level in Uganda: a randomised controlled equivalence trial. *Lancet* 2015;**385**(9985):2392-8.

**Kong 2013** *{published data only}*

Kong GW, Lok IH, Yiu AK, Hui AS, Lai BP, Chung TK. Clinical and psychological impact after surgical, medical or expectant management of first-trimester miscarriage - a randomised controlled trial. *Australian & New Zealand Journal of Obstetrics & Gynaecology* 2013;**53**(2):170-7.

**Kovavisarach 2002** *{published data only}*

Kovavisarach E, Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum: a randomised controlled trial. *Australian & New Zealand Journal of Obstetrics & Gynaecology* 2002;**42**(2):161-3.

**Kovavisarach 2005** *{published data only}*

Kovavisarach E, Jamnansiri C. Intravaginal misoprostol 600 ug and 800 ug for the treatment of early pregnancy failure. *International Journal of Gynecology and Obstetrics* 2005;**90**(3):208-12.

**Kushwah 2009** *{published data only}*

Kushwah B, Singh A. Sublingual versus oral misoprostol for uterine evacuation following early pregnancy failure. *International Journal of Gynecology and Obstetrics* 2009;**106**(1):43-5.

**Kushwah 2011** *{published data only}*

Kushwah DS, Kushwah B, Salman MT, Verma VK. Acceptability and safety profile of oral and sublingual misoprostol for uterine evacuation following early fetal demise. *Indian Journal of Pharmacology* 2011;**43**(3):306-10.

**Lelaidier 1993** *{published data only}*

Lelaidier C, Baton-Saint-Mleux C, Fernandez H, Bourget P, Frydman R. Mifepristone (RU486) induces embryo expulsion in first trimester non-developing pregnancies: a prospective randomized trial. *Human Reproduction* 1993;**8**(3):492-5.

**Lippert 1978** *{published data only}*

Lippert TH, Luthi A. Induction of labour with prostaglandin E2 gel in cases of intrauterine fetal death. *Prostaglandins* 1978;**15**:533-42.

**Lister 2005** *{published data only}*

Lister MS, Shaffer LET, Bell JG, Lutter KQ, Moorma KH. Randomized, double-blind, placebo-controlled trial of vaginal misoprostol for management of early pregnancy failures. *American Journal of Obstetrics and Gynecology* 2005;**193**:1338-43.

**Louey 2000 [pers comm]** *{published data only}*

Louey K. Misoprostol for the medical management of miscarriage (ongoing trial). Personal communication 2000.

**Lu 2014** *{published data only}*

Lu PH, Lu J, Zou S. Comparisons of the effects of misoprostol by two different application on the treatment of missed abortion. *Chinese Journal of Pharmaceutical Biotechnology* 2014;**21**(2):159-61.

**Lughmani 2008** *{published data only}*

\* Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(s1):179.

Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. Double blind randomized trial [abstract]. 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:209.

**Machtinger 2004** *{published data only}*

Machtinger R, Stockheim D, Goldenberg M, Soriano D, Atlas M, Seidman DS. A randomized prospective study of misoprostol alone or combined with mifepristone for treatment of first trimester spontaneous abortion [abstract]. Fertility and Sterility 2002; Vol. 78, issue 3 Suppl 1:S64.

\* Machtinger R, Stockheim D, Shulman A, Dulitzki M, Schiff E, Seidman DS. A randomized prospective study comparing the effectiveness of four protocols for treatment of first trimester spontaneous abortion [abstract]. *Fertility and Sterility* 2004;**82 Suppl 2**:S80.

**Makhlouf 2003** *{published data only}*

Makhlouf AM, Al-Hussaini TK, Habib DM, Makarem MH. Second-trimester pregnancy termination: comparison of three different methods. *Journal of Obstetrics and Gynaecology* 2003;**23**:407-11.

**Martin 1955** *{published data only}*

Martin RH, Menzies DN. Oestrogen therapy in missed abortion and labour. *Journal of Obstetrics and Gynaecology of the British Commonwealth* 1955;**62**:256-8.

**Moran 2005** *{published data only}*

Moran T, Deutsch R. Methotrexate/misoprostol vs. a more standard approach for termination of pregnancies of undetermined location: a randomized, controlled trial. *Journal of Reproductive Medicine* 2005;**50**(10):784-92.

**Mostafa-Gharebaghi 2010** *{published data only}*

Mostafa-Gharebaghi P, Mansourfar M, Sadeghi-Bazargani H. Low dose vaginal misoprostol versus prostaglandin E2 suppository for early uterine evacuation: a randomized clinical trial. *Pakistan Journal of Biological Sciences* 2010;**13**(19):946-50.

**Muffley 2002** *{published data only}*

Muffley PE, Stitely ML, Gherman RB. Early intrauterine pregnancy failure: a randomized trial of medical versus surgical treatment. *American Journal of Obstetrics and Gynecology* 2002;**187**:321-6.

Pet. Ref. 348

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Mulayim 2009** *{published data only}*

Mulayim B, Celik NY, Onalan G, Zeyneloglu HB, Kuscu E. Sublingual misoprostol after surgical management of early termination of pregnancy. *Fertility and Sterility* 2009;**92**(2):678-81.

**Nakintu 2001** *{published data only}*

Nakintu N. A comparative study of vaginal misoprostol and intravenous oxytocin for induction of labour in women with intra uterine fetal death in Mulago Hospital, Uganda. *African Health Sciences* 2001;**1**(2):55-9.

**Nasreen 2009** *{published data only}*

Nasreen Z. What for early pregnancy failure manual vacuum aspiration (MVA) with small dose misoprostol or misoprostol alone?. *International Journal of Gynecology and Obstetrics* 2009;**107**(Suppl 2):S539-40.

**NCT00141895** *{published data only}*

NCT00141895. A randomized trial of two regimens of misoprostol for second trimester termination for intrauterine fetal death. clinicaltrials.gov/ct2/show/NCT00141895 (first received 1 September 2005).

**NCT00190294** *{published data only}*

NCT00190294. Expectant versus immediate medical management for the evacuation of the nonevolutives pregnancies before 13 GW. clinicaltrials.gov/ct2/show/NCT00190294 (first received 12 September 2005).

**NCT00468299** *{published data only}*

NCT00468299. MiMi: a randomized trial of mifepristone and misoprostol for treatment of early pregnancy failure. clinicaltrials.gov/show/NCT00468299 (first received 1 May 2007).

**Ng 2015** *{published data only}*

Ng BK, Annamalai R, Lim PS, Aqmar Suraya S, Nur Azurah AG, Muhammad Abdul Jamil MY. Outpatient versus inpatient intravaginal misoprostol for the treatment of first trimester incomplete miscarriage: a randomised controlled trial. *Archives of Gynecology and Obstetrics* 2015;**291**:105-13.

**Ngai 2001** *{published data only}*

Ngai SW, Chan YM, Tang OS, Ho PC. Vaginal misoprostol as medical treatment for first trimester spontaneous miscarriage. *Human Reproduction* 2001;**16**(7):1493-6.

**Ngoc 2004** *{published data only}*

Ngoc NTN, Blum J, Westheimer E, Quan TV, Winikoff B. Medical treatment of missed abortion using misoprostol. *International Journal of Gynecology and Obstetrics* 2004;**87**:138-42.

**Nielsen 1999** *{published data only}*

Nielsen S, Hahlin M, Platz-Christensen J. Expectant management or pharmacological treatment for first trimester spontaneous abortion: a randomised trial. Acta Obsterica et Gynecologica Scandinavica 1997; Vol. 76, issue 167:77.

* Nielsen S, Hahlin M, Platz-Christensen J. Randomised trial comparing expectant with medical management for

first trimester miscarriages. *British Journal of Obstetrics and Gynaecology* 1999;**106**(8):804-7.

**Niromanesh 2005** *{published data only}*

Niromanesh S, Hashemi-Fesharaki M, Mosavi-Jarrahi A. Second trimester abortion using intravaginal misoprostol. *International Journal of Gynecology and Obstetrics* 2005;**89**:276-7.

**Nor Azlin 2006** *{published data only}*

Nor Azlin MI, Abdullah HS, Zainul Rashid MR, Jamil MA. Misoprostol (alone) in second trimester terminations of pregnancy: as effective as Gemeprost?. *Journal of Obstetrics and Gynaecology* 2006;**26**(6):546-9.

**Nuthalapaty 2005** *{published data only}*

Nuthalapaty F, Ramsey P, Biggio J, Owen J. Comparative efficacy of high dose vaginal misoprostol for mid-trimester labor induction [abstract]. *American Journal of Obstetrics and Gynecology* 2004;**191**(6 Suppl 1):S73.

* Nuthalapaty FS, Ramsey PS, Biggio JR, Owen JO. High-dose vaginal misoprostol versus concentrated oxytocin plus low-dose vaginal misoprostol for midtrimester labor induction: a randomized trial. *American Journal of Obstetrics and Gynecology* 2005;**193**:1065-70.

**Nuutila 1997** *{published data only}*

Nuutila M, Toivonen J, Ylikorkala O, Halmesmaki E. A comparison between two doses of intravaginal misoprostol and gemeprost for induction of second-trimester abortion. *Obstetrics and Gynecology* 1997;**90**(6):896-900.

**Owen 1999** *{published data only}*

Owen J, Hauth JC. Vaginal misoprostol vs. concentrated oxytocin plus low-dose prostaglandin E2 for second trimester pregnancy termination. *Journal of Maternal-Fetal Medicine* 1999;**8**(2):48-50.

**Pansky 2011** *{published data only}*

Pansky M, Fuchs N, Ben AI, Tovbin Y, Halperin R, Vaknin Z, et al. Intercoat (Oxiplex/AP Gel) for preventing intrauterine adhesions following operative hysteroscopy for suspected retained products of conception - A pilot study. *Journal of Minimally Invasive Gynecology* 2011;**18**(6 Suppl 1):S21.

**Paraskevaides 1992** *{published data only}*

Paraskevaides E, Prendiville W, Stuart B, Scanaill SN, Walsh D, McGuinness N, et al. Medical evacuation of first trimester (twelve weeks gestation) incomplete abortion and missed abortion. *Journal of Gynecologic Surgery* 1992;**8**(3):159-63.

**Perry 1999** *{published data only}*

Perry KG, Rinehart BK, Terrone DA, Martin RW, May WL, Roberts WE. Second-trimester uterine evacuation: a comparison of intra-amniotic (15S)-15-methyl-prostaglandin F2alpha and intravaginal misoprostol. *American Journal of Obstetrics and Gynecology* 1999;**181**:1057-61.

**Petersen 2013** *{published data only}*

Petersen SG, Perkins A, Gibbons K, Bertolone J, Devenish-Meares P, Cave D, et al. Can we use a lower intravaginal dose

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 349

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 358 of 754   PageID.4745

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

of misoprostol in the medical management of miscarriage? A randomised controlled study. *Australian & New Zealand Journal of Obstetrics & Gynaecology* 2013;**53**(1):64-73.

**Piotrowski 1979** {published data only}

Piotrowski J, Basta A, Klimczyk K, Malolepazy A, Dluzniewska M, Splawinski JA. Indomethacin increases abortifacient effect of PGE2 in man. *Prostaglandins* 1979;**17**:451-9.

**Pongsatha 2004** {published data only}

Pongsatha S, Tongsong T. Intravaginal misoprostol for pregnancy termination. *International Journal of Gynecology and Obstetrics* 2004;**87**:176-7.

**Ramsey 2004** {published data only}

Ramsey PS, Savage K, Lincoln T, Owen J. Vaginal misoprostol versus concentrated oxytocin and vaginal PGE2 for second-trimester labor induction. *Obstetrics and Gynecology* 2004;**104**(1):138-45.

**Rausch 2012** {published data only}

Rausch M, Lorch S, Chung K, Frederick M, Zhang J, Barnhart K. A cost-effectiveness analysis of surgical versus medical management of early pregnancy loss. *Fertility and Sterility* 2012;**97**(2):355-60.e1.

**Rita 2006** {published data only}

Rita Gupta S, Kumar S. A randomised comparison of oral and vaginal misoprostol for medical management of first trimester missed abortion. *JK Science* 2006;**8**(1):35-8.

**Rivero-Lopez 1998** {published data only}

* Rivero-Lopez E, Marquez-Maraver F, Duenas-Diez JL, Cabezas-Sanchez B. Deferred miscarriage: effectiveness of intravaginal misoprostol versus laminaria stems [Aborto diferido: eficacia del misoprostol intravaginal versus la aplicación de tallos de laminaria]. *Progresos de Obstetricia y Ginecologia* 1998;**41**:579-81.

**Roy 2003** {published data only}

Roy G, Ferreira E, Hudon L, Marquette G. The efficacy of oral versus vaginal misoprostol for second-trimester termination of pregnancy: a double-blind, randomized, placebo controlled trial [abstract]. *American Journal of Obstetrics and Gynecology* 2003;**189**(6 Suppl 1):S70.

**Ruangchainikhom 2006** {published data only}

Ruangchainikhom W, Phongphissanou E, Bhekasuta J, Sarapak S. Effectiveness of 400 or 600 micrograms of vaginal misoprostol for terminations of early pregnancies. *Journal of the Medical Association of Thailand* 2006;**89**(7):928-33.

**Saichua 2009** {published data only}

Saichua C, Phupong V. A randomized controlled trial comparing powdery sublingual misoprostol and sublingual misoprostol tablet for management of embryonic death or anembryonic pregnancy. *Archives of Gynecology and Obstetrics* 2009;**280**(3):431-5.

**Salamalekis 1990** {published data only}

Salamalekis E, Loghis C, Kassanos D, Traka A, Zourlas PA. Comparison of extra-amniotic prostaglandin F2alpha and dinoprostone use for labor induction after second trimester intrauterine fetal death. 12th European Congress of Perinatal Medicine; 1990 Sept 11-14; Lyon, France. 1990:228.

**Sathapanachai 2000** {published data only}

Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum. *Thai Journal of Obstetrics and Gynaecology* 2000;**12**(4):363.

**Shah 2010** {published data only}

Shah N, Azam SI, Khan NH. Sublingual versus vaginal misoprostol in the management of missed miscarriage. *JPMA - Journal of the Pakistan Medical Association* 2010;**60**(2):113-6.

**Shaikh 2008** {published data only}

Shaikh ZAN. Comparison between misoprostol alone and misoprostol with manual vacuum aspiration for the treatment of missed and incomplete miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(s1):83.

**Shobeira 2007** {published data only}

Shobeira JM, Atashkhoii S. Second trimester pregnancy termination by intravaginal and parenteral form of prostaglandin E2 [abstract]. 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:210.

**Shokry 2009** {published data only}

Shokry M, Shahin AY, Fathalla MM, Shaaban OM. Oral misoprostol reduces vaginal bleeding following surgical evacuation for first trimester spontaneous abortion. *International Journal of Gynecology and Obstetrics* 2009;**107**(2):117-20.

**Shuaib 2013** {published data only}

Shuaib AA, Alharazi AH. Medical versus surgical termination of the first trimester missed miscarriage. *Alexandria Journal of Medicine* 2013;**49**:13-6.

**Sonsanoh 2014** {published data only}

Sonsanoh A, Chullapram T. Comparison of sublingual and vaginal misoprostol for termination of early pregnancy failure: a randomized controlled trial. *Thai Journal of Obstetrics and Gynaecology* 2014;**22**(3):128-36.

**Sripramote 2000** {published data only}

Sripramote M, Chatsuphang W. A randomized comparison of oral and vaginal misoprostol for cervical priming before uterine curettage in the first trimester of pregnancy. *Vajira Medical Journal* 2000;**44**(3):207-15.

**Stockheim 2006** {published data only}

Stockheim D, Machtinger R, Wiser A, Dulitzky M, Soriano D, Goldenberg M, et al. A randomized prospective study of misoprostol or mifepristone followed by misoprostol when needed for the treatment of women with early pregnancy failure. Fertility and Sterility 2006; Vol. 86, issue 4:956-60.

Pet. Ref. 350

**Su 2005** *{published data only}*

Su L-L, Biswas A, Choolani M, Kalaichelvan V, Singh K. A prospective, randomized comparison of vaginal misoprostol versus intra-amniotic prostaglandins for midtrimester termination of pregnancy. *American Journal of Obstetrics and Gynecology* 2005;**193**:1410-4.

**Suchonwanit 1999** *{published data only}*

Suchonwanit P. Comparative study between vaginal misoprostol 200 mg and 400 mg in first trimester intrauterine fetal death and anembryonic gestation. *Thai Journal of Obstetrics and Gynaecology* 1999;**11**(4):263.

**Surita 1997** *{published data only}*

Surita FGC. Misoprostol versus laminaria for cervical ripening in intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167):32.

**Tang 2003** *{published data only}*

Tang OS, Lau WNT, Ng EHY, Lee SWH, Ho PCH. A prospective randomized study to compare the use of repeated doses of vaginal with sublingual misoprostol in the management of first trimester silent miscarriage. *Human Reproduction* 2003;**18**(1):176-81.

**Tang 2006a** *{published data only}*

Tang OS, Ong CY, Tse KY, Ng EH, Lee SW, Ho PC. A randomized trial to compare the use of sublingual misoprostol with or without an additional 1 week course for the management of first trimester silent miscarriage. *Human Reproduction* 2006;**21**(1):189-92.

**Tanha 2010** *{published data only}*

Tanha FD. Comparison of the efficacy of two routes of misoprostol administration (sublingual and vaginal) for termination of second trimester pregnancy. en.search.irct.ir/view/1614 Date first received: 28 November 2010.

* Tanha FD, Feizi M, Shariat M. Sublingual versus vaginal misoprostol for the management of missed abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(3):525-32.

**Thavarasah 1986** *{published data only}*

Thavarasah AS, Almohdzar SA. Prostaglandin (F2 alpha) in missed abortion Intravenous, extra-amniotic and intramuscular administration--a randomized study. *Biological Research in Pregnancy and Perinatology* 1986;**7**:106-10.

**Thida 2015** *{published data only}*

Thida M, Shwe MM, Htun KT, Maung NM, Khine EP, Win KSM, et al. A randomised clinical trial comparing different routes of administration of repeated doses of 400ug misoprostol for management of missed miscarriages and anembryonic gestations in North Okkalapa General Hospital, Yangon, Myanmar. *BJOG: an international journal of obstetrics and gynaecology* 2015;**122**(Suppl S1):26-7.

**Toppozada 1994** *{published data only}*

Toppozada MK, Shaala SA, Anwar MY, Haiba NA, Abdrabbo S, El-Absy HM. Termination of pregnancy with fetal death in the second and third trimesters - the double balloon versus extra-amniotic prostaglandin. *International Journal of Gynecology and Obstetrics* 1994;**45**:269-73.

**Torre 2012** *{published data only}*

Torre A, Huchon C, Bussieres L, Machevin E, Camus E, Fauconnier A. Immediate versus delayed medical treatment for first-trimester miscarriage: a randomized trial. *American Journal of Obstetrics and Gynecology* 2012;**206**(3):215.e1-6.

**Wood 2002** *{published data only}*

Wood SL, Brain PH. Medical management of missed abortion: a randomized clinical trial. *Obstetrics and Gynecology* 2002;**99**(4):563-6.

**Yapar 1996** *{published data only}*

Yapar EG, Senoz S, Urkutur M, Batioglu S, Gokmen O. Second trimester pregnancy termination including fetal death: comparison of five different methods. *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 1996;**69**:97-102.

**Yilmaz 2005** *{published data only}*

Yilmaz B, Kelekci S, Ertas IE, Kahyaoglu S, Ozel M, Sut N, et al. Misoprostol moistened with acetic acid or saline for second trimester pregnancy termination: a randomized prospective double-blind trial. *Human Reproduction* 2005;**20**(11):3067-71.

**Yilmaz 2007** *{published data only}*

Yilmaz B, Kelekci S, Ertas IE, Ozel M, Sut N, Mollamahmutoglu L, et al. Randomized comparison of second trimester pregnancy termination utilizing saline moistened or dry misoprostol. *Archives of Gynecology and Obstetrics* 2007;**276**(5):511-6.

**Yu 2000** *{published data only}*

Yu X H. Clinical observation of 42 cases of mifepristone and Misoprostol in missed abortion. *Journal of Chinese Medical Writing* 2000;**7**(5):552-3.

**Zhang 2000** *{published data only}*

Zhang C, Cheng W. A contrastive analysis of the efficacy of misoprostol and li fan nuo in intermediate term of pregnancy. *Journal of Wuhan University of Science and Technology (Natural Science Edition)* 2000;**23**(4):409-11.

### References to ongoing studies

**ISRCTN65305620** *{published data only}*

ISRCTN65305620. Is misoprostol a safe alternative to manual vacuum aspiration in women with early pregnancy failure in a low resource setting?. www.isrctn.com/ISRCTN65305620 (first received 1 February 2008).

**NCT01033903** *{published data only}*

NCT01033903. Which is the optimal treatment for miscarriage with a gestational sac in the uterus and which factors can predict if the treatment will be successful? [Optimal treatment of miscarriage]. clinicaltrials.gov/show/NCT01033903 (first received 16 December 2009).

Pet. Ref. 351

## Additional references

**Aleman 2005**

Aleman A, Althabe F, Belizán J, Bergel E. Bed rest during pregnancy for preventing miscarriage. *Cochrane Database of Systematic Reviews* 2005, Issue 2. [DOI: 10.1002/14651858.CD003576.pub2]

**Alfirevic 2014**

Alfirevic Z, Alfaifel N, Weeks A. Oral misoprostol for induction of labour. *Cochrane Database of Systematic Reviews* 2014, Issue 6. [DOI: 10.1002/14651858.CD001338.pub3]

**Ankum 2001**

Ankum WM, Wieringa-de Waard M, Bindels PJE. Management of spontaneous miscarriage in the first trimester: an example of putting informed shared decision making into practice. *BMJ* 2001;**322**:1343-6.

**Arthur 2007**

Arthur P, Taggart MJ, Mitchell BF. Oxytocin and parturition: a role for increased myometrial calcium and calcium sensitization?. *Frontiers in Bioscience* 2007;**12**:619-33.

**Atkins 2004**

Atkins D, Best D, Briss PA, Eccles M, Falck-Ytter Y, Flottorp S, et al. GRADE Working Group. Grading quality of evidence and strength of recommendations. *BMJ* 2008;**328**(7454):1490.

**Balogun 2016**

Balogun O, da Silva Lopes K, Ota E, Takemoto Y, Rumbold A, Takegata M, et al. Vitamin supplementation for preventing miscarriage. *Cochrane Database of Systematic Reviews* 2016, Issue 5. [DOI: 10.1002/14651858.CD004073.pub4]

**Bamigboye 2003**

Bamigboye AA, Morris J. Oestrogen supplementation, mainly diethylstilbestrol, for preventing miscarriages and other adverse pregnancy outcomes. *Cochrane Database of Systematic Reviews* 2003, Issue 3. [DOI: 10.1002/14651858.CD004353]

**Calvache 2012**

Calvache JA, Delgado-Noguera MF, Lesaffre E, Stolker RJ. Anaesthesia for evacuation of incomplete miscarriage. *Cochrane Database of Systematic Reviews* 2012, Issue 4. [DOI: 10.1002/14651858.CD008681.pub2]

**Chung 1995**

Chung TKH, Cheung LP, Leung TY, Haines CJ, Chang AMZ. Misoprostol in the management of spontaneous abortion. *British Journal of Obstetrics and Gynaecology* 1995;**102**:832-5.

**Costa 1993**

Costa SH, Vessey MP. Misoprostol and illegal abortion in Rio de Janeiro, Brazil. *Lancet* 1993;**341**:1258-61.

**de Jong PG 2014**

de Jong PG, Kaandorp S, Di Nisio M, Goddijn M, Middeldorp S. Aspirin and/or heparin for women with unexplained recurrent miscarriage with or without inherited thrombophilia.

*Cochrane Database of Systematic Reviews* 2014, Issue 7. [DOI: 10.1002/14651858.CD004734.pub4]

**Dodd 2010**

Dodd JM, Crowther CA. Misoprostol for induction of labour to terminate pregnancy in the second or third trimester for women with a fetal anomaly or after intrauterine fetal death. *Cochrane Database of Systematic Reviews* 2010, Issue 4. [DOI: 10.1002/14651858.CD004901]

**Empson 2005**

Empson M, Lassere M, Craig J, Scott J. Prevention of recurrent miscarriage for women with antiphospholipid antibody or lupus anticoagulant. *Cochrane Database of Systematic Reviews* 2005, Issue 2. [DOI: 10.1002/14651858.CD002859.pub2]

**Fonseca 1991**

Fonseca W, Alencar AJC, Mota FSB, Coelho HLL. Misoprostol and congenital malformations. *Lancet* 1991;**338**:56.

**Haas 2013**

Haas DM, Ramsey PS. Progestogen for preventing miscarriage. *Cochrane Database of Systematic Reviews* 2013, Issue 10. [DOI: 10.1002/14651858.CD003511.pub3]

**Harris 2007**

Harris LH, Dalton VK, Johnson TRB. Surgical management of early pregnancy failure: history, politics, and safe, cost-effective care. *American Journal of Obstetrics and Gynecology* 2007;**196**(5):445.e1-5.

**Harwood 2008**

Harwood B, Nansel T, the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial. Quality of life and acceptability of medical versus surgical management of early pregnancy failure. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(4):501-8.

**Hawk 1985**

Hawk HW, Conley HH. Effect of prostaglandin F2 alpha, phenylephrine and ergonovine on uterine contractions in the ewe. *Journal of Animal Science* 1985;**60**(2):537-43.

**Higgins 2011**

Higgins JP, Green S, editor(s). Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration, 2011. Available from handbook.cochrane.org.

**Hofmeyr 2010**

Hofmeyr GJ, Gülmezoglu AM, Pileggi C. Vaginal misoprostol for cervical ripening and induction of labour. *Cochrane Database of Systematic Reviews* 2010, Issue 10. [DOI: 10.1002/14651858.CD000941]

**Jain 2002**

Jain JK, Dutton C, Harwood B, Meckstroth KR, Mishell DR Jr. A prospective randomized, double-blinded, placebo-controlled trial comparing mifepristone and vaginal misoprostol to vaginal misoprostol alone for elective termination of early pregnancy. *Human Reproduction* 2002;**17**(6):1477-82.

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 352

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 361 of 754  PageID.4748

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Kawarabayashi 1990**

Kawarabayashi T, Kishikawa T, Sugimori H. Effect of methylergometrine maleate (methergin) on electrical and mechanical activities of pregnant human myometrium. *Gynecologic and Obstetric Investigation* 1990;**24**(4):246-9.

**Klier 2002**

Klier CM, Geller PA, Ritsher JB. Affective disorders in the aftermath of miscarriage: a comprehensive review. *Archives of Women's Mental Health* 2002;**5**:129-49.

**Kulier 2011**

Kulier R, Kapp N, Gülmezoglu AM, Hofmeyr GJ, Cheng LN, Campana A. Medical methods for first trimester abortion. *Cochrane Database of Systematic Reviews* 2011, Issue 11. [DOI: 10.1002/14651858.CD002855.pub3]

**Lewis 2007**

Lewis G, editor. The Confidential Enquiry into Maternal and Child Health (CEMACH). Saving mothers' lives: reviewing maternal deaths to make motherhood safer - 2003-2005. The seventh report on confidential enquiries into maternal deaths in the United Kingdom. London: CEMACH, 2007.

**Lohr 2008**

Lohr PA, Hayes JL, Gemzell-Danielsson K. Surgical versus medical methods for second trimester induced abortion. *Cochrane Database of Systematic Reviews* 2008, Issue 1. [DOI: 10.1002/14651858.CD006714.pub2]

**Lok 2007**

Lok IH, Neugebauer R. Psychological morbidity following miscarriage. *Best Practice & Research. Clinical Obstetrics & Gynaecology* 2007;**21**(2):229-47.

**Luise 2002**

Luise C, Jermy K, May C, Costello G, Collins WP, Bourne TH. Outcome of expectant management of spontaneous first trimester miscarriage: observational study. *BMJ* 2002;**324**:873-5.

**Mota-Rojas 2007**

Mota-Rojas D, Villanueva-García D, Velazquez-Armenta EY, Nava-Ocampo AA, Ramírez-Necoechea R, Alonso-Spilsbury M, et al. Influence of time at which oxytocin is administered during labor on uterine activity and perinatal death in pigs. *Biological Research* 2007;**40**(1):55-63.

**Murphy 2012**

Murphy FA, Lipp A, Powles DL. Follow-up for improving psychological well being for women after a miscarriage. *Cochrane Database of Systematic Reviews* 2012, Issue 3. [DOI: 10.1002/14651858.CD008679.pub2]

**Nanda 2012**

Nanda K, Lopez LM, Grimes DA, Peloggia A, Nanda G. Expectant care versus surgical treatment for miscarriage. *Cochrane Database of Systematic Reviews* 2012, Issue 3. [DOI: 10.1002/14651858.CD003518.pub3]

**Neilson 2006**

Neilson JP, Hickey M, Vazquez J. Medical treatment for early fetal death (less than 24 weeks). *Cochrane Database of Systematic Reviews* 2006, Issue 3. [DOI: 10.1002/14651858.CD002253.pub3]

**Norman 1991**

Norman JE, Thong KJ, Baird DT. Uterine contractility and induction of abortion in early pregnancy by misoprostol and mifepristone. *Lancet* 1991;**338**:1233-6.

**Ramphal 2006**

Ramphal SR, Moodley J. Emergency gynaecology. *Best Practice & Research. Clinical Obstetrics & Gynaecology* 2006;**20**(5):729-50.

**RCOG 2006**

Royal College of Obstetricians and Gynaecologists. The Management of Early Pregnancy Loss. Royal College of Obstetricians and Gynaecologists, Guideline No. 25. London: RCOG, 2006.

**RevMan 2014 [Computer program]**

Nordic Cochrane Centre, The Cochrane Collaboration. Review Manager 5 (RevMan 5). Version 5.3. Copenhagen: Nordic Cochrane Centre, The Cochrane Collaboration, 2014.

**Sawyer 2007**

Sawyer E, Ofuasia E, Ofili-Yebovi D, Helmy S, Gonzalez J, Jurkovic D. The value of measuring endometrial thickness and volume on transvaginal ultrasound scan for the diagnosis of incomplete miscarriage. *Ultrasound in Obstetrics & Gynecology* 2007;**29**(2):205-9.

**Say 2010**

Say L, Brahmi D, Kulier R, Campana A, Gülmezoglu M. Medical versus surgical methods for first trimester termination of pregnancy. *Cochrane Database of Systematic Reviews* 2010, Issue 3. [DOI: 10.1002/14651858.CD003037.pub2]

**Shiers 2003**

Shiers C. Abnormalities of early pregnancy. In: Fraser DM, Cooper MA editor(s). Myles Textbook for Midwives. 14th Edition. Edinburgh: Churchill Livingstone, 2003.

**Smith 2009**

Smith LFP, Ewings PD, Quinlan C. Incidence of pregnancy after expectant, medical, or surgical management of spontaneous first trimester miscarriage: long term follow-up of miscarriage treatment (MIST) randomised controlled trial. *BMJ* 2009;**339**(1766):b3827.

**Swanson 1999**

Swanson KM. Effects of caring, measurement, and time on miscarriage impact and women's well-being. *Nursing Research* 1999;**48**(6):288-98.

**Tang 2006b**

Tang OS, Ho PC. The use of misoprostol for early pregnancy failure. *Current Opinion in Obstetrics and Gynecology* 2006;**18**(6):581-6.

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 353

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Thapar 1992**

Thapar AK, Thapar A. Psychological sequelae of miscarriage: a controlled study using the general health questionnaire and the hospital anxiety and depression scale. *British Journal of General Practice* 1992;**42**(356):94-6.

**Tuncalp 2010**

Tuncalp O, Gülmezoglu AM, Souza JP. Surgical procedures for evacuating incomplete miscarriage. *Cochrane Database of Systematic Reviews* 2010, Issue 9. [DOI: 10.1002/14651858.CD001993.pub2]

**Tuncalp 2012**

Tunçalp Ö, Hofmeyr GJ, Gülmezoglu AM. Prostaglandins for preventing postpartum haemorrhage. *Cochrane Database of Systematic Reviews* 2012, Issue 8. [DOI: 10.1002/14651858.CD000494.pub4]

**Weeks 2001**

Weeks A, Alia G. Ultrasonography may have role in assessing spontaneous miscarriage. *BMJ* 2001;**323**:694.

**Wildschut 2011**

Wildschut HIJ, Both MI, Medema S, Thomee E, Wildhagen MF, Kapp N. Medical methods for mid-trimester termination of pregnancy. *Cochrane Database of Systematic Reviews* 2011, Issue 1. [DOI: 10.1002/14651858.CD005216.pub2]

**Wong 2014**

Wong LF, Porter TF, Scott JR. Immunotherapy for recurrent miscarriage. *Cochrane Database of Systematic Reviews* 2014, Issue 10. [DOI: 10.1002/14651858.CD000112.pub3]

**Zieman 1997**

Zieman M, Fong SK, Benowitz NL, Bankster D, Darney PD. Absorption kinetics of misoprostol with oral or vaginal administration. *Obstetrics and Gynecology* 1997;**90**:88-92.

### References to other published versions of this review

**Neilson 2008**

Neilson JP, Gyte GML, Hickey M, Vazquez JC. Medical treatments for incomplete miscarriage (less than 24 weeks). *Cochrane Database of Systematic Reviews* 2008, Issue 3. [DOI: 10.1002/14651858.CD007223]

**Neilson 2010**

Neilson JP, Gyte GML, Hickey M, Vazquez JC, Dou L. Medical treatments for incomplete miscarriage (less than 24 weeks). *Cochrane Database of Systematic Reviews* 2010, Issue 1. [DOI: 10.1002/14651858.CD007223.pub2]

**Neilson 2013**

Neilson JP, Gyte GML, Hickey M, Vazquez JC, Dou L. Medical treatments for incomplete miscarriage. *Cochrane Database of Systematic Reviews* 2013, Issue 3. [DOI: 10.1002/14651858.CD007223.pub3]

* Indicates the major publication for the study

## CHARACTERISTICS OF STUDIES

**Characteristics of included studies** *[ordered by study ID]*

**Bique 2007**

| Methods | RCT with randomisation of individual women. Using computer-generated random numbers in sequentially numbered opaque envelopes. |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with confirmed incomplete spontaneous or induced miscarriage, less than 12 weeks' gestation<br>• Diagnosis was based on past or present history of vaginal bleeding during pregnancy and an open cervical os<br>• > 18 years; no known allergy to misoprostol; no signs of severe infection; no haemodynamic disturbance; lived or worked within the hospitals geographic area of coverage<br>• N = 270 women but 23 lost due to a problem with randomisation, leaving 247 women<br><br>Exclusion criteria<br><br>• Nothing specified other than inclusion criteria |
| Interventions | Intervention: oral misoprostol<br><br>• 600 ug single-dose<br>• N = 123 |

Pet. Ref. 354

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Bique 2007** *(Continued)*

| | |
|---|---|
| | Comparison: surgery<br><br>• MVA<br>• N = 124 |
| Outcomes | Complete miscarriage without recourse to additional surgical intervention, experience of side effects and acceptability of treatment.<br><br>• Appears to be clinical assessment of complete miscarriage<br>• Women were assessed at 1 week<br>• If miscarriage was still incomplete, women were given the option to wait another week or have surgery then<br>• Women who chose to wait were reassessed 1 week later and if still no complete miscarriage, then surgery |
| Notes | 1. Setting: tertiary hospital in Mozambique.<br>2. If miscarriage incomplete at 7 days, women were given the option to wait another week or have surgery then. Women who chose to wait and were still incomplete at 2 weeks were then given surgery.<br>3. Additional outcomes assessed but not prespecified in the review: bleeding; pain/cramps; fever; chills; tolerability; would choose method again; would recommend method to a friend; best and worst features. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "The randomisation scheme was generated by computer..." |
| Allocation concealment (selection bias) | Low risk | "...treatment allocations printed on cards inserted into sequentially numbered opaque envelopes...a member of the study staff opened the next envelope in the sequence and assigned to women to the indicated treatment group." |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | It was not possible to blind people and this is discussed by authors. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | It was not possible to blind people and this is discussed by authors. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | • 23 women were excluded after randomisation because of a problem identified with the randomisation process as discussed by authors.<br>• 35 women did not return at 1 week: 12 from misoprostol group and 23 from MVA group.<br>• 10 women in misoprostol group had MVA prior to the 1 week follow-up time. These were included in the misoprostol group.<br>• Not strictly speaking ITT analysis, but outcomes on the 23 women excluded were reported and similar to those included. Analysis was done on 212 women on whom data were available. |
| Selective reporting (reporting bias) | Unclear risk | As far as can tell, outcomes reported were those prespecified, however the trial protocol was not assessed. |
| Other bias | Unclear risk | The 2 groups were comparable on background characteristics. But the paper mentioned that "in the process of monitoring the first 20 cases, it was noted that the randomisation scheme was not being appropriately followed - the |

Pet. Ref. 355

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Bique 2007** *(Continued)*

study was re-started". More women were lost to follow-up in the MVA group than the misoprostol group.

**Blanchard 2004**

| Methods | RCT with randomisation of individual women. Sequentially numbered opaque envelopes, using pseu-do-random number generator. |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with signs of incomplete miscarriage<br>• Diagnosis confirmed by ultrasound<br>• 1st trimester; good general health; no allergy to misoprostol; good access to emergency facilities<br>• N = 169 women<br><br>Exclusion criteria<br><br>• None specified |
| Interventions | Intervention: oral misoprostol<br><br>• 600 ug, single-dose<br>• N = 86<br><br>Comparison: oral misoprostol<br><br>• 1200 ug, 2 doses, 4 hours apart<br>• N = 83 |
| Outcomes | Complete miscarriage at 48 hours; surgical evacuation; side effects and acceptability.<br><br>• Assessed by ultrasound at 48 hours<br>• If miscarriage not complete at 48 hours, women were given the option to wait additional 5 days (1 week from misoprostol administration) to see if miscarriage would be complete without further inter-vention. If miscarriage not complete after 1 week or if woman refused extension, then she underwent surgical evacuation according to standard practice |
| Notes | 1. Setting: 2 teaching hospitals in Bangkok, Thailand.<br>2. Additional outcomes assessed but not prespecified in the review: bleeding (heavy, normal, spotting); pain; fever; medically necessary interventions; satisfied or very satisfied with treatment. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | "Pseudo-random number generator in SSPS 9.0." |
| Allocation concealment (selection bias) | Low risk | Women given the next "...sequentially numbered opaque envelope; the num-ber in the envelope became her study identification number". |
| Blinding of participants and personnel (perfor-mance bias)<br>All outcomes | High risk | "Neither the provider nor the woman was blinded to the treatment regimes." |

Pet. Ref. 356

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Blanchard 2004** *(Continued)*

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | "Neither the provider nor the woman was blinded to the treatment regimes." |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | 2 women in single-dose group and 1 woman in double-dose group were lost to follow-up. 1.8% of total, so no real impact. |
| Selective reporting (reporting bias) | Unclear risk | Appears to be free of selective reporting bias but we did not assess the trial protocol. |
| Other bias | Low risk | Appears to be free of other reporting bias. |

**Blohm 2005**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. |
| Participants | <u>Inclusion criteria</u><br><br>• Women seeking medical attention due to signs of miscarriage in 1st trimester<br>• To be included, women had to be circulatory stable (stable blood pressure and Hb > 90 g/L) and without any signs of genital infection. Only women with a gestational residue (A-P diameter) between 15 mm and 50 mm were included. The non-viability of the concepts had to be confirmed and accepted by both the physician and woman. Only women above the age of 18 were included<br>• Vaginal ultrasound confirmed the miscarriage diagnosis<br>• N = 126 women<br><br><u>Exclusion criteria</u><br><br>• Women who were not able to understand the information provided regarding the study and women with a possible allergy or medical contraindication for analgesics or misoprostol were not included |
| Interventions | <u>Intervention</u>: vaginal misoprostol<br><br>• 400 ug; 2 tablets of 200 ug, each self-administered at home<br>• N = 64<br><br><u>Comparison</u>: placebo<br><br>• tablets identical with the misoprostol tablets<br>• N = 62 |
| Outcomes | Complete miscarriage assessed at 6-7 days; infection; bleeding; gastrointestinal side effects; subjective pain; use of analgesics and length of sick leave.<br><br>• Assessed at 7 days<br>• Successful miscarriage was defined as A-P diameter for the gestational residue was < 15 mm |
| Notes | 1. Setting: University Hospital, Goteborg, Sweden<br>2. Confirmed with the author that the women had incomplete miscarriages diagnosed by ultrasound and there were no IUFDs<br>3. Additional outcomes assessed but not prespecified in the review: serum Hb; reduction in serum Hb and days of sick leave |

***Risk of bias***

Pet. Ref. 357

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Blohm 2005** *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "...random table system..." |
| Allocation concealment (selection bias) | Low risk | "Patients were randomised...by drawing a sealed envelope from a box...tablets were delivered to the independent pharmacy where they were inserted by the pharmacy staff into numbered envelopes in blocks of 10...the randomisation list was retained by the hospital pharmacy and was not broken until after completion of the study when statistical analyses were performed."  However, no mention of the envelopes being opaque - so concealment allocation unclear but because tablets are identical, it seems unlikely there is a problem here. |
| Blinding of participants and personnel (performance bias)<br>All outcomes | Low risk | The placebo tablets "...were identical in appearance to the active misoprostol tablets" and clinicians "...unaware of the randomisation sequence." |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | The placebo tablets "...were identical in appearance to the active misoprostol tablets" and clinicians "...unaware of the randomisation sequence." |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | There was no loss to follow-up and women received their appropriate allocation. The analysis appears to be ITT. |
| Selective reporting (reporting bias) | Unclear risk | Seems to be free of bias here, although the secondary outcome of 'total number of days of bleeding' was not reported. However, we did not assess the trial protocol. |
| Other bias | Unclear risk | 1. There was an imbalance in baseline data for gestational age: misoprostol: 72.8 (SD 12.2) and placebo 77.8 (SD 12.9). This might favour better outcomes for the placebo group, but probably no important bias here.<br>2. Women chose whether they wanted a D&C if miscarriage not complete after 1 week or whether to wait longer.  So we used the outcome of complete miscarriage at 1 week which excludes problems with choice after that time, but the problem is present for the outcome of surgical evacuation. |

**Chigbu 2012**

| Methods | Open-label RCT with randomisation of individual women. |
|---|---|
| Participants | <u>Inclusion criteria</u><br><br>• Open cervical os, vaginal bleeding or history of vaginal bleeding during this pregnancy<br>• Uterine size less than or equal to 12 weeks' LMP<br>• Willingness to return for follow-up in 1 week<br>• No known contraindications to misoprostol<br>• General good health<br><br><u>Exclusion criteria</u><br><br>• Signs of severe infection (foul-smelling discharge, fever > 38 degrees Celsius, pulse > 110/minute)<br>• Known allergy to misoprostol or other prostaglandin<br>• Suspected ectopic pregnancy |

Pet. Ref. 358

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chigbu 2012** *(Continued)*

|  |  |
|---|---|
|  | • Haemodynamic instability or shock |

| Interventions | <u>Intervention</u>: oral misoprostol |
|---|---|
|  | • Misoprostol 600 mcg orally |
|  | • N = 160 |
|  | <u>Control</u>: surgical evacuation |
|  | • MVA |
|  | • N = 160 |

| Outcomes | Primary outcome measure: complete uterine evacuation after initial treatment |
|---|---|
|  | • Assessed at 1 week follow-up visit with bimanual exam and speculum |
|  | • If still incomplete, woman was given choice to wait one more week without any further intervention or immediate surgical evacuation |
|  | • If at the 2nd follow-up visit, woman was still incomplete, underwent MVA |
|  | Other outcome measures included adverse effects from the treatment and satisfaction/acceptability |
|  | • Assessed by observation and by exit interview |
|  | • Pain intensity measured by 7-point Likert scale |
|  | • Satisfaction measured by 5-point Likert scale |

| Notes | Setting: a small private clinic with a large rural catchment area in a resource-poor country in sub-Saharan Africa - South-Eastern Nigeria. Ekeakpara, a rural community in Osisioma Ngwa Local Government Area of Abia State, Nigeria. |
|---|---|
|  | All participants, regardless of assigned treatment were given prophylactic antibiotics, and paracetamol tablets to help manage their pain. They were observed in the clinic for a maximum of 3 hours after treatment and, in absence of danger signs, discharged. |
|  | Women allocated to MVA (Ipas, Chapel Hill, NC, USA) were given surgical evacuation by a trained doctor in the MVA room at the clinic using reassurance alone and no anaesthesia during the procedure. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Sequentially numbered envelopes. When a new participant was enrolled in the study, a trained nurse would open the next envelope in the numbered series and the woman would receive the treatment specified therein. No mention of random number table or using a computer random number generator to order envelopes. |
| Allocation concealment (selection bias) | Unclear risk | Sealed envelopes - no mention of opaque envelopes. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Open-label; no blinding. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | No blinding performed. |
| Incomplete outcome data (attrition bias) | Low risk | No attrition. |

Pet. Ref. 359

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chigbu 2012** *(Continued)*

All outcomes

| Selective reporting (reporting bias) | Unclear risk | Trial protocol not published. |
|---|---|---|
| Other bias | Low risk | We did not identify any other biases. |

**Clevin 2001**

| Methods | RCT with randomisation of individual women. |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with miscarriage up to 12 weeks' gestation<br>• Transvaginal ultrasound used<br>• Only those women (N = 34) with endometrial thickness > 10 cm were randomised, the remaining women (N = 27) had endometrial thickness < 10 cm an were managed by expectancy<br>• N = 61 women<br><br>Exclusion criteria<br><br>• Women with intrauterine device in situ, missed abortion flow/blighted ovum, extrauterine pregnancy or molar |
| Interventions | Intervention: vaginal prostaglandin<br><br>• Prostaglandin E1 analogue (gemeprost)<br>• N = 17<br><br>Comparison 1: surgical management<br><br>• Curettage<br>• N = 17<br><br>Comparison 2: expectant management<br><br>• Women were not randomised to this group but selected on clinical grounds |
| Outcomes | Duration of vaginal bleeding; pain; discomfort experienced; sick days and days of absence.<br><br>• Assessed at 5-8 days using transvaginal ultrasound |
| Notes | 1. Setting: district hospital in Glostrup, Copenhagen, Denmark.<br>2. Paper written in Danish, with English abstract. Paper was translated.<br>3. Additional outcomes assessed but not prespecified in the review: bleeding; pain; days of sick leave; women's dissatisfaction.<br><br>The participants were divided into 2 groups:<br><br>• Group 1 (27) with an endometrial thickness of less than 10 mm; and<br>• Group 2 (34) with an endometrial thickness greater than 10 mm<br><br>Group 1 was managed by expectancy and Group 2 was further divided into 2 groups again at random:<br><br>• Group 2 A (17) which was given Prostaglandin E1 analogue gemeprost (1 mg)<br>• Group 2 B (17) which underwent curettage<br><br>This review looked only at group 2A versus 2B. |

Pet. Ref. 360

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Clevin 2001** *(Continued)*

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|------|--------------------|-----------------------|
| Random sequence genera-tion (selection bias) | Low risk | "The participating women were chosen at random by the drawing of lots into 2 parallel groups." |
| Allocation concealment (selection bias) | Unclear risk | "The participating women were chosen at random by the drawing of lots into 2 parallel groups."  No further information. |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible to blind women nor clinicians. |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | No mention of whether assessors were blinded or not. |
| Incomplete outcome data (attrition bias) All outcomes | Unclear risk | 4 women did not complete the trial period. 2 from gemeprost group and 0 from curettage group (2 from expectant group). 6% loss but both from the medical management group. |
| Selective reporting (re-porting bias) | Unclear risk | There is no mention of the outcomes to be measured although there was a questionnaire sent to women and this may well have been designed before the study began. Also, we did not assess the trial protocol. |
| Other bias | Low risk | "The patients in all groups were comparable regarding age, previous births and previous spontaneous or instigated abortions." There was no other infor-mation which would suggest other biases. |

**Dabash 2010**

| | |
|---|---|
| Methods | Randomised trial. |
| Participants | Inclusion criteria<br><br>• women with clinical diagnosis of incomplete miscarriage (open cervix, vaginal bleeding, ultrasound confirmation in around a third of cases)<br>• attending two large tertiary maternity units in Egypt: in Cairo and Alexandria<br>• N = 697 |
| Interventions | Intervention: misoprostol<br><br>• 400 mcg sublingually<br>• N = 349 but one lost to follow-up, leaving 348<br><br>Comparison: surgery<br><br>• MVA<br>• N = 348 but one lost to follow-up, leaving 347 |
| Outcomes | Primary: completed miscarriage. Secondary: additional evacuation of uterus; drop in Hb by > 2 g/dL; satisfaction; adverse effects. |
| Notes | Trial performed 2007-2008. |

Pet. Ref. 361

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Dabash 2010** *(Continued)*

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated random number allocation in batches of 10. |
| Allocation concealment (selection bias) | Low risk | Sequentially numbered envelopes. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | No attempt at blinding. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | No attempt at blinding. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | 2/697 women lost to follow-up. |
| Selective reporting (reporting bias) | Unclear risk | We did not assess the trial protocol. |
| Other bias | Low risk | No other apparent biases. |

**Dao 2007**

| Methods | RCT with randomisation of individual women, in blocks of 10 and stratified by site (2 sites involved). |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with incomplete spontaneous or induced miscarriage, less than 12 weeks' gestation, diagnosed using ultrasound<br>• Uterine size equivalent to a gestation of less than 12 weeks LMP, open cervical os, past or present history of vaginal bleeding during pregnancy and ultrasound evidence of substantial uterine debris with evidence of fetal demise<br>• Women living or working within the hospital's geographical area of coverage, no known contraindications to misoprostol, no signs of severe infection, temperature < 38 ºC and general good health<br>• N = 460 women<br><br>Exclusion criteria<br><br>• Women with very high fever; signs of severe infection |
| Interventions | Intervention: oral misoprostol<br><br>• 600 ug, single-dose<br>• N = 233<br><br>Comparison: surgery<br><br>• MVA<br>• N = 227 |

Pet. Ref. 362

**Dao 2007**  *(Continued)*

| | |
|---|---|
| Outcomes | Complete miscarriage following initial treatment; adverse effects, bleeding; pain (7-point Likert scale), acceptability (5-point Likert scale).<br><br>• Assessed at 1 week using clinical assessments and US. Women could wait a further week before surgery (MVA) if they wished |
| Notes | 1. Setting: 2 large university teaching hospitals in Burkina Faso, sub-Saharan Africa.<br>2. Additional outcomes assessed but not prespecified in the review: pain/cramps; fever; chills; bleeding; overall experience; overall satisfaction; would choose again; would recommend to a friend; hospitalisation; managed pain with paracetamol; would have liked stronger pain killers; sought contact with providers; made phone calls to providers; best and worst features. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "...computer-generated random sequence provided by Genunity Health Projects..." |
| Allocation concealment (selection bias) | Low risk | "The assignment was concealed from providers and participants until after informed consent was given when the next sequential opaque sealed study envelope was opened to reveal allocation..." |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | "Neither women nor providers were blinded to treatment assignment..." |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | "Neither women nor providers were blinded to treatment assignment..." |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | • Lost after randomisation and before prescription: 10 in misoprostol group and 3 in the MVA group<br>• Exclusion after randomisation: 5 in the misoprostol group and 1 in the MVA group<br>• Overall, there were uneven loses to follow-up and some exclusions, but as numbers are small, we think this is unlikely to cause bias |
| Selective reporting (reporting bias) | Unclear risk | Prespecified outcomes reported on, but the trial protocol not assessed. |
| Other bias | Low risk | No apparent biases from other sources. Baseline data showed no statistically significant differences between the groups. |

**Diop 2009**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. Non-equivalence trial. |
| Participants | Inclusion criteria<br><br>• Women with incomplete miscarriage with uterine size < 12 weeks' gestation based on clinical diagnosis (mainly open cervix, vaginal bleeding)<br>• Ultrasound sometimes used to confirm diagnosis<br>• N = 300 but 6 lost to follow-up, leaving 294 |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 363

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Diop 2009** *(Continued)*

| Interventions | Intervention: sublingual misoprostol |
|---|---|

- 400 mcg
- N = 150 but 4 lost to follow-up, leaving 146

Comparison: oral misoprostol

- 600 mcg
- N = 150 but 2 lost to follow-up, leaving 148

| Outcomes | Complete miscarriage, satisfaction, side effects and pain. |
|---|---|
| Notes | Two settings: large tertiary maternity hospitals in Madagascar (n = 200) and Moldova (n = 100). |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Computer-generated random number allocation. |
| Allocation concealment (selection bias) | Low risk | Sealed opaque envelopes. |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | No apparent attempt at blinding. |
| Blinding of outcome as-sessment (detection bias) All outcomes | High risk | No apparent attempt at blinding. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No follow-up on 6/300 participants (not included in analyses). |
| Selective reporting (re-porting bias) | Unclear risk | We did not assess the trial protocol. |
| Other bias | Low risk | None apparent. |

**Ganguly 2010**

| Methods | RCT with randomisation of individual women. Randomisation performed by computer-generated ran-dom number list. Opaque sealed envelopes were sequentially numbered. Outcome assessors of the study were blinded. |
|---|---|
| Participants | Inclusion criteria |

- women with incomplete spontaneous miscarriage diagnosed clinically by passage of some POC and sonographically by endometrial lining exceeding 30 mm and uterine size less than 12 weeks (N = 114)
- women with anembryonic gestation or embryonic or fetal death (N = 11)
- women with inevitable miscarriage (N = 55)

| Interventions | Intervention: vaginal misoprostol |
|---|---|

Pet. Ref. 364

Cochrane Database of Systematic Reviews

**Ganguly 2010**  *(Continued)*

- 800 mcg on day 1, second dose of 800 mcg on day 3, if incomplete expulsion
- N = 77

Control: surgery

- MVA
- N = 37

| | |
|---|---|
| Outcomes | Success (complete uterine evacuation without need for vacuum aspiration for medical management group and without need for repeat aspiration in surgical management group), adverse events, acceptability. |
| Notes | Setting was at RG Kar Medical College and Hospital in Kolkata, India. Study was conducted between 1 May 2007 and 30 April 2008. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated random number list. |
| Allocation concealment (selection bias) | Low risk | Opaque sealed envelopes with sequence generation and envelope preparation was not involved in the clinical assessment of the subjects. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | No attempt at blinding. |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors were blinded. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss to follow-up. |
| Selective reporting (reporting bias) | Unclear risk | We did not assess the trial protocol. |
| Other bias | Low risk | We did not identify any other biases. |

**Montesinos 2011**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. Sequentially numbered sealed envelopes, using a computer-generated number allocation. Stratified by site. |
| Participants | Inclusion criteria<br><br>- Women with incomplete miscarriage (open cervix, vaginal bleeding, uterine size < 12 weeks)<br>- confirmed by ultrasound<br>- N = 242 |
| Interventions | Intervention: oral misoprostol<br><br>- 600 ug |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Montesinos 2011** *(Continued)*

|  |  |
|---|---|
|  | • N = 122 |
|  | <u>Comparison</u>: surgery |
|  | • MVA (under general anaesthesia at public hospital, local anaesthesia at private clinic) |
|  | • N = 120 |
| Outcomes | Primary: completeness of miscarriage at one week (based on questioning about symptoms, pelvic examination +/- ultrasound). Secondary: further treatment, adverse effects, satisfaction. |
| Notes | Two centres in Ecuador: large public tertiary maternity hospital (N = 200), small private clinic (N = 42). |
|  | Set-up as feasibility study aiming to recruit 500 women. Closed after a year with around half recruited. |
|  | Recruitment 2006-2007. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated in blocks of 10. |
| Allocation concealment (selection bias) | Low risk | Sealed numbered envelopes opened after consent. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | No attempt at blinding. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | No attempt at blinding. |
| Incomplete outcome data (attrition bias) All outcomes | High risk | 39/242 (16.1%) women did not return for assessment and were not included in analyses. |
| Selective reporting (reporting bias) | Unclear risk | We did not assess the trial protocol. |
| Other bias | Low risk | We did not identify any other biases. |

**Moodliar 2005**

| Methods | RCT with randomisation of individual women. Sequentially numbered sealed envelopes, using a computer-generated number allocation. |
|---|---|
| Participants | Women with spontaneous incomplete miscarriage after up to 13 weeks' gestation assessed by ultrasound. |
|  | N = 94 women |
| Interventions | <u>Intervention</u>: vaginal misoprostol |
|  | • 600 ug (plus a second dose 24 hours later if miscarriage still not complete) |

Pet. Ref. 366

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Moodliar 2005** *(Continued)*

- N = 47

Comparison: surgery

- surgical ERPC by sharp curettage following 20 U of oxytocin per litre of normal saline under GA with no prophylactic antibiotics but oral analgesics were prescribed
- N = 47

| | |
|---|---|
| Outcomes | Women requiring ERPC after failed medical management; number of doses of misoprostol required; duration of bleeding; adverse effect profile (nausea, vomiting and/or diarrhoea); time spent away from work; use of analgesia. |
| Notes | 1. Setting: Gynaecology Outpatient Dept, Durban, South Africa. |
| | 2. Additional outcomes assessed but not prespecified in the review: Hb at 4 days; pain (VAS); duration of analgesia; days of sick leave; satisfaction (VAS); would use same treatment again; would recommend treatment to friend. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "Computer-generated patient number allocation." |
| Allocation concealment (selection bias) | Low risk | "The number was sealed consecutively numbered envelopes by staff not involved in the study. Sealed envelopes were opened and consecutively enrolled women had their allocated treatment. It is not clear, however, whether the envelopes were opaque or not." |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | It was not possible to blind women nor clinicians, |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | It was unclear whether assessors were blinded for some of the outcomes. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss of participants nor exclusions reported. |
| Selective reporting (reporting bias) | Unclear risk | It would appear so although the prespecified outcomes do not match the reported outcomes fully. Also we did not assess the trial protocol. |
| Other bias | Unclear risk | No figures given on baseline data, only reported as "those who were randomised were well matched for demographic and clinical data". Study not stopped early for benefit and no other apparent biases. |

**Ngoc 2005**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. |
| Participants | Inclusion criteria |
| | - Women with incomplete miscarriage |

Pet. Ref. 367

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Ngoc 2005** *(Continued)*

|  | • Women of 18 years or older, living or working within 1 hr of the study hospital, no known contraindi- cation to misoprostol and general good health<br>• N = 300 women<br><br>Exclusion criteria<br><br>• None specified |
|---|---|
| Interventions | Intervention: oral misoprostol<br><br>• 600 ug<br>• N = 150<br><br>Comparison: oral misoprostol<br><br>• 1200 ug (2 x 600 ug, 4 hours apart)<br>• N = 150 |
| Outcomes | Complete evacuation without recourse to surgery; women's satisfaction and acceptability. |
| Notes | 1. Setting: large tertiary facility in Ho Chi Minh City in Southern Vietnam.<br>2. Mean gestational age was 8.1 weeks, so we consider all to be less than 13 weeks' gestation, this was confirmed by personal communication with co-author, J Blum, but we have emailed the first author to confirm as suggested.<br>3. Additional outcomes assessed but not prespecified in the review: bleeding; pain/cramps; fever/chills; tolerability; would choose again; would recommend to a friend. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera- tion (selection bias) | Low risk | "...computer generated random sequence.." |
| Allocation concealment (selection bias) | Unclear risk | "...opening the next study envelope..." |
| Blinding of participants and personnel (perfor- mance bias)<br>All outcomes | High risk | Although comparing drug doses, because the comparator group were given second dose 4 hours later, this was not blinded from participants nor care- givers. |
| Blinding of outcome as- sessment (detection bias)<br>All outcomes | High risk | Although comparing drug doses, because the comparator group were given second dose 4 hours later, this was not blinded from participants nor care- givers. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | 5 women lost to follow-up: 1/150 for single-dose and 4/150 for repeat dose. Authors made every effort to contact women, both by phone and visits but un- successfully for these 5 women. There were no exclusions reported, although some outcomes were only available on 145 of the women in the double-dose group rather than 146. The analysis was not by ITT because of the lost data, but we considered the loss was small enough for there to be no important bias. |
| Selective reporting (re- porting bias) | Unclear risk | Seem to have reported all prespecified outcomes, but we did not access the trial protocol. |
| Other bias | Low risk | There was nothing to suggest any other risk of bias. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 368

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 377 of 754   PageID.4764

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Niinimaki 2006

| Methods | RCT with randomisation of individual women. |
|---|---|
| Participants | <u>Inclusion criteria</u><br><br>• Women with incomplete spontaneous miscarriage and IUFD, with only women with incomplete miscarriage being included in this review<br>• Women aged > 18 years with positive pregnancy test and with one of the following: in transvaginal ultrasonography an inhomogeneous mass with a diameter of 15-50 mm in the uterine cavity (incomplete spontaneous abortion); empty amnion sac with a diameter of > 15 mm (anembryonic pregnancy); or crown-rump length > 5 mm without signs of fetal heart function (missed abortion). All kinds of miscarriage were included (missed abortion; anembryonic pregnancies; incomplete spontaneous abortion)<br>• N = 19 women (98 were randomised of which 19 had incomplete miscarriage)<br><br><u>Exclusion criteria</u><br><br>• Women with profuse bleeding; signs of endometritis, allergies to either drug; severe asthma, suspected cases of molar or extrauterine pregnancy |
| Interventions | <u>Intervention</u>: oral mifepristone + vaginal misoprostol<br><br>• Oral mifepristone (200 mg) + vaginal misoprostol (800 ug)<br>• N = 11<br><br><u>Comparison</u>: surgery<br><br>• Curettage<br>• N = 8<br>• Some women (mainly nulliparous) were given 400 ug vaginal misoprostol 2 hours before to ripen the cervix |
| Outcomes | Complete abortion rate; bleeding; pain; satisfaction; complications including infection (clinical signs or elevated infection parameters in lab tests) treated with oral or intravenous antibiotics; continuous and heavy bleeding; blood transfusions; curettage for any reason; intense pain requiring admission. |
| Notes | Setting: Oulu University Hospital, Finland.<br><br>The 19 women with incomplete spontaneous miscarriage were part of a larger study of 98 women who had had various forms of miscarriage (incomplete spontaneous miscarriage; anembryonic pregnancy; missed miscarriage). Separate data were available from the authors for the women with incomplete spontaneous miscarriage. Of the 19 women, 16 were < 13 weeks' gestation and 3 were between 13 and 23 weeks' gestation. This information is held at the Cochrane Pregnancy and Childbirth Office. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "...computer randomised program with the block length of 6." |
| Allocation concealment (selection bias) | Low risk | "An independent consult performed the randomisation and assigned the randomisation list to a secretary, who made the numbered opaque envelopes for the study. ...Allocation concealment was used to confirm that neither the clinician nor the patient knew the type of treatment in advance...After informed consent the next numbered envelope was opened to define the type of treatment of each patient." |

Pet. Ref. 369

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 378 of 754   PageID.4765

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Niinimaki 2006** *(Continued)*

| | | |
|---|---|---|
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Cannot blind women nor clinicians to the treatment because this study compared medical versus surgical treatment. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | Cannot blind women nor clinicians to the treatment because this study compared medical versus surgical treatment. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | Authors randomised 98 women (19 with ICM and 79 with IUFD) with 49 in each group. Of these, they reported on 48 in medical and 47 in surgical groups because 1 woman in the medical management group had an ERPC and in the surgical group one woman had an emergency ERPC and one had a spontaneous complete miscarriage. Of these women only 19 had incomplete miscarriage (the remainder had intrauterine deaths) and of these all appear to be accounted for in the analysis. |
| Selective reporting (reporting bias) | Unclear risk | We did not assess the protocol, and additionally the authors did not report on bleeding; blood transfusions. |
| Other bias | Low risk | No apparent additional biases apparent. |

**Pang 2001**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. |
| Participants | <u>Inclusion criteria</u><br><br>• Women with clinical diagnosis of incomplete miscarriage confirmed by transvaginal ultrasound<br>• Specifically - women with clinical diagnosis of incomplete miscarriage, positive urinary pregnancy test, confirmed by transvaginal ultrasonography (TVS) with evidence of retained POC<br>• N = 201 women<br><br><u>Exclusion criteria</u><br><br>• Women with an intrauterine dimension measuring < 11 cm$^2$ (sagittal plus transverse plane) were considered to have an empty uterus and excluded from randomisation. Also excluded were women with: severe blood loss; sepsis; known allergy to prostaglandins or analogue, history of asthma, clinician thought unsuitable for misoprostol. |
| Interventions | <u>Intervention</u>: vaginal misoprostol<br><br>• 800 ug - 2 doses if necessary<br>• N = 96<br><br><u>Comparison</u>: oral misoprostol<br><br>• 800 ug - 2 doses if necessary<br>• N = 105 |
| Outcomes | Efficacy; side effects; short-term complications.<br><br>• outcomes assessed at 1 day following treatment and again at 2 weeks |
| Notes | 1. Setting: The Chinsese University of Hong Kong.<br>2. Additional outcomes assessed but not prespecified in the review: bleeding; pain; fever; drop in Hb. |

**Medical treatments for incomplete miscarriage (Review)**
Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 370

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Pang 2001** *(Continued)*

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence genera-tion (selection bias) | Low risk | Computer-generated set of random numbers in blocks of 5. |
| Allocation concealment (selection bias) | Low risk | Opaque envelopes labelled serially. |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | Unclear risk | No information and differing routes of administration suggest there was high risk of performance bias. |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | No information and differing routes of administration suggest there was high risk of detection bias. |
| Incomplete outcome data (attrition bias) All outcomes | High risk | Of the 201 women randomised, 198 got the treatment allocated, but only 186 were analysed because 12 were lost to follow-up - 7.5%. It is unclear whether ITT analysis was undertaken. |
| Selective reporting (re-porting bias) | Unclear risk | No obvious outcome reporting bias but authors do not list their outcomes and although only report significant differences in abstract, in paper they re-port several adverse outcomes with data.  We did not assess the trial proto-col. |
| Other bias | Low risk | Significantly more women in oral group had a past history of termination, P < 0.001, but this was thought to probably not to create important bias. |

**Paritakul 2010**

| Methods | RCT with randomisation of individual women. |
|---------|---------------------------------------------|
| Participants | Inclusion criteria<br><br>• women with incomplete miscarriage (clinical diagnosis confirmed by ultrasound) attending one hos-pital in Bangkok, Thailand<br>• N = 64<br><br>Exclusion criteria<br><br>• haemodynamic instability, suspected sepsis, allergy to misoprostol, suspected ectopic pregnancy |
| Interventions | Intervention: misoprostol sublingually<br><br>• 600 mcg<br>• N = 32<br><br>Comparison: misoprostol orally<br><br>• 600 mcg<br>• N = 32 |
| Outcomes | Efficacy; side effects; short-term complications. |

Pet. Ref. 371

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 380 of 754   PageID.4767

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Paritakul 2010** *(Continued)*

- outcomes assessed at 48 hours following treatment and again at 1 week. 'Treatment failure' was incomplete miscarriage at 48 hours

| Notes | |
|---|---|

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Sequence generated from random number tables. |
| Allocation concealment (selection bias) | Low risk | Consecutively numbered, sealed envelopes. |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | No attempt at blinding of participants or staff. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | No attempt at blinding of participants or staff. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No loss to follow-up. |
| Selective reporting (reporting bias) | Unclear risk | We did not assess the trial protocol. |
| Other bias | Low risk | We did not identify any other biases. |

**Patua 2013**

| Methods | RCT with randomisation of individual women. |
|---|---|
| Participants | <u>Inclusion criteria</u><br><br>- Age 15-45 year with diagnosis of incomplete abortion<br>- Haemodynamically stable<br>- Amenorrhea of less than or equal to 84 days<br>- No prior history of intervention<br>- Spontaneous onset<br><br><u>Exclusion criteria</u><br><br>- Patients in shock, bleeding profusely, septic abortion<br>- History of previous caesarean section delivery<br>- Contraindication to misoprostol (allergy, asthma)<br>- Women presenting with products hanging from external os which were removed digitally |
| Interventions | <u>Intervention:</u> vaginal misoprostol<br><br>- Misoprostol 400 mcg vaginal every 3 hours x 3 doses regardless of POC expulsion<br>- N = 50 |

Pet. Ref. 372

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| **Patua 2013** *(Continued)* | |
|---|---|
| | Control: surgical |
| | • Traditional suction and curettage under deep sedation with 50 mg pethidine injection |
| | • N = 50 |
| Outcomes | Primary outcome: success of the procedure = no POC in follow-up scan (24 hours after last dose/surgical evacuation) OR no need for curettage/repeat curettage (failure defined as POC on follow-up scan, necessary surgical evacuation due to retained POC or profuse bleeding following miso administration). |
| | Secondary outcome: amount of procedure-related blood loss and side effects. |
| | The amount of blood loss was measured by the change in haemoglobin percentage and by the number of pads changed in first 24 hours following treatment allocation. Women were asked to change the pads only when the outer surface of the pads got stained. |
| | Complications related to the procedures were those which could be measured quantitatively (fever, i.e. temperature 100.4 °F) and subjectively (severe pain judged by VAS over 7 on a scale of 1-10). |
| Notes | Study setting: Department of Gynecology and Obstetrics, Eden Hospital, Medical College, Kolkata, India, in 2009. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number table. |
| Allocation concealment (selection bias) | Unclear risk | Women were allocated to 2 groups using a random number table. No mention of using sealed opaque envelopes. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Double-blinding could not be done as observers were responsible for clinical management of the patients and had to know the treatment that each patient was offered. |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Sonographer blinded to intervention or control group. |
| Incomplete outcome data (attrition bias) All outcomes | Unclear risk | 4 lost from the intervention group - 1 woman was detected having pre-existing jaundice. Another 1 left the hospital without intimation. 2 refused to continue treatment following administration of the first dose of misoprostol and urged for surgical clearance. All 4 of them were excluded from the study. |
| Selective reporting (reporting bias) | Unclear risk | Protocol not published. |
| Other bias | Low risk | We did not identify any other biases. |

**Sahin 2001**

| Methods | RCT with randomisation of individual women. |
|---|---|
| Participants | Inclusion criteria |
| | • Women with uncomplicated incomplete spontaneous miscarriage assessed with ultrasound |

Pet. Ref. 373

Cochrane Database of Systematic Reviews

**Sahin 2001**  *(Continued)*

|  |  |
|---|---|
|  | • Women with a history of vaginal bleeding, cramping abdominal pain and passage of some products of the conceptus; in good health with a normal Hb level (> 9 g/dL) and haemodynamically stable; estimated gestational age was ≤ 10 weeks, if the anterior-posterior diameter of any retained product of the conceptus was < 50 mm, and if they had no contraindication to prostaglandin treatment<br>• N = 80 women<br><br>Exclusion criteria<br><br>• Women with temperature > 37.5 $^0$C, excessive vaginal bleeding requiring immediate surgical evacuation, haemodynamic instability or foul-smelling products of the conceptus |
| Interventions | Intervention: oral + vaginal misoprostol<br><br>• 200 ug 4 times daily after application of 200 ug intravaginal misoprostol for 5 days<br>• N = 40<br><br>Comparison: surgical management<br><br>• Curettage, sometimes with general anaesthesia<br>• N = 40 |
| Outcomes | Number of days of vaginal bleeding; rate of complications (fall in Hb, infection, perforation) and women's satisfaction.<br><br>• Miscarriage assessed at 10 days but no indication on whether this was a clinical assessment or by ultrasound |
| Notes | 1. Setting: University hospital, Turkey.<br>2. Additional outcomes assessed but not prespecified in the review: mean change in Hb; dissatisfaction. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | No information provided, except to say women were randomised. |
| Allocation concealment (selection bias) | Unclear risk | No information provided. |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Neither participants nor clinicians can be blinded. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | There is no mention as to whether the outcome assessor was blinded. For outcomes where participants assessed for themselves, these were not blinded. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No losses and no exclusions were reported, but nothing is described. As there is no deviation from protocol it is assumed that analysis was by ITT. |
| Selective reporting (reporting bias) | Unclear risk | Seem to report on all outcomes specified in 'Materials and methods' but we did not assess the trial protocol. |
| Other bias | Unclear risk | No imbalances in baseline data identified (assessed: age, gravity, parity, gestational age, anterior-posterior diameter). Study not stopped early and no apparent differential diagnosis. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 374

Cochrane Database of Systematic Reviews

## Shelley 2005

| Methods | RCT with randomisation of individual women. Used a centralised computer-based enrolment and randomisation service. The Co-ordinating Centre used the biased coin method of maintaining balance between study arms, and was stratified by hospital and gestation (< 7 weeks; 8-10 weeks; 11-13 weeks). |
|---|---|

| Participants | Inclusion criteria |
|---|---|
| | • Women with incomplete or inevitable miscarriage at < 13 weeks' gestation assessed clinically |
| | • Bleeding not excessive, haemodynamic system stable, temperature < 37.5 ⁰C, no history of current serious systemic medical or surgical condition, use of prostaglandins not contraindicated (allergy, mitral stenosis, diabetes, blood dyscrasia, haemolytic disease, glaucoma, sickle cell anaemia, hypertension, epilepsy or severe asthma), 18 years or older, not taking anticoagulants or oral corticosteroids, singleton pregnancy, no intrauterine device in situ, and sufficient familiarity with English to complete written questionnaires |
| | • N = 40 women |
| | Exclusion criteria |
| | • A non-viable intrauterine pregnancy diagnosed on ultrasound but with no vaginal bleeding |

| Interventions | Intervention 1: vaginal misoprostol |
|---|---|
| | • 400u g with repeat dose 4-6 hours later if needed (= 400 ug or 800 ug) |
| | • N = 13 but 1 woman withdrew immediately after randomisation leaving. N = 12 |
| | Intervention 2: surgical management |
| | • Aspiration curettage or D&C under GA |
| | • N = 12 |
| | Comparison: expectant care |
| | • N = 15 |

| Outcomes | Successful evacuation; infection; haemorrhage; pain; bleeding; physical and emotional recovery; anxiety and depression. |
|---|---|
| | • Assessed clinically at 10-14 days and 8 weeks |

| Notes | 1. Setting: 5 metropolitan hospitals, Melbourne, Australia. |
|---|---|
| | 2. Additional outcomes assessed but not prespecified in the review: pain; return to usual activities after 2 and 6 days; HADS anxiety score at 2 and 6 days; would choose this method again. |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "...a centralised computer-based enrolment and randomisation service...using the biased coin method of maintaining balance between study arms, and was stratified by hospital and gestation (7 weeks or less, 8 - 10 weeks, 11 - 13 weeks)." |
| Allocation concealment (selection bias) | Low risk | "...a centralised computer-based enrolment and randomisation service, available by telephone 24 hours a day." |
| Blinding of participants and personnel (performance bias) | High risk | "Participants and clinicians could not be blinded." |

Pet. Ref. 375

Cochrane Database of Systematic Reviews

**Shelley 2005** *(Continued)*
All outcomes

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Unclear if outcome assessor blind or not, although not for outcomes assessed by women. Reports that "The data analyst had access to unblinded data but no contact with any study participant." |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | One woman randomised to medical prescription (misoprostol) withdrew following randomisation and was not included in the analyses. |
| | | Medical group: 1 woman was lost to follow-up at 10 to 14 days; 1 woman was lost to follow-up at 8 weeks. |
| | | Surgical group: 1 woman was lost to follow-up at 8 weeks. |
| | | Expectant group: 1 woman was lost to follow-up at 8 weeks. |
| Selective reporting (reporting bias) | Unclear risk | Outcome measures are listed in the methods section and are those reported in the results section. We did not assess the trial protocol. |
| Other bias | Low risk | Study was planned to recruit 831 women from power calculation 80% power to detect of 5% (99% to 91%) at 0.05 level, but staff were recruiting < 50% eligible women and of these only 22% agreed. So, in effect stopped early but not because of benefit, so probably no bias, just underpowered. |
| | | No data provided on baseline balance, but reported that: "there were no marked or systematic differences between the groups at trial entry with regards to gestation, women's age, reproductive history, methods of diagnosis, days of bleeding, pain, haemoglobin or white cell count." |
| | | There seemed to be no differential diagnosis. |

**Shochet 2012**

| | |
|---|---|
| Methods | RCT with randomisation of individual women. |
| Participants | Inclusion criteria<br><br>• Eligible incomplete abortion = past or present history of vaginal bleeding during pregnancy and an open cervical os (if ultrasound not used) or evidence of incomplete abortion with substantial debris in uterus, if ultrasound used<br>• Uterine site no larger than 12 weeks<br>• No contraindications to study drug<br>• No severe infection<br>• No haemodynamic disturbances<br>• General good health<br>• Willing to provide contact info for follow-up purposes<br><br>Exclusion criteria<br><br>• Suspicion of ectopic pregnancy |
| Interventions | Intervention: sublingual misoprostol<br><br>• Misoprostol 400 mcg sublingual x 1 dose<br>• N = 480<br><br>Comparison: surgical evacuation |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 376

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shochet 2012** *(Continued)*

|  |  |
|---|---|
|  | • Surgical evacuation per standard practice of each hospital (MVA or D&C)<br>• N = 380 |
| Outcomes | Primary: complete abortion at follow-up (success)<br><br>• Follow-up in 1 week; if incomplete, given a choice of additional week follow-up or surgical evacuation; if still incomplete at 2nd follow-up, underwent surgical evacuation<br>• Diagnosis assessed by clinical exam and in event of continued heavy bleeding, enlarged uterus, or suspicion of ectopic pregnancy, referred for ultrasound<br><br>Additional outcomes: side effects, acceptability. |
| Notes | Study setting: data from 1 multi-site (Mauritania, Niger, and Senegal) and 2 country-level (Burkina Faso and Nigeria) randomised trials comparing sublingual misoprostol to standard surgical care for treatment of incomplete abortion were combined. Study sites were located in Guédiawaye, Senegal; Nouakchott, Mauritania; Niamey, Niger; Ibadan, Nigeria; and Ouagadougou and Bobo Dioulasso, Burkina Faso. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | No details of randomisation. |
| Allocation concealment (selection bias) | Unclear risk | No details given. |
| Blinding of participants and personnel (performance bias)<br>All outcomes | Unclear risk | No details given. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | No details given.<br><br>Use of ultrasound to determine outcome was more likely to occur with women in the misoprostol arm than with those in the surgical arm. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | 15 in intervention and 6 in MVA group - no information on whether this group is different. |
| Selective reporting (reporting bias) | Unclear risk | Protocol not published. |
| Other bias | Low risk | We did not identify any other biases. |

**Shwekerela 2007**

| Methods | RCT with randomisation of individual women in blocks of 10. |
|---|---|
| Participants | <u>Inclusion criteria</u><br><br>• Women with incomplete spontaneous or induced miscarriage, less than 12 weeks' gestation<br>• Women living within 1 hour of hospital; past or present history of bleeding during this pregnancy; cervical os open by visual/digital inspection; uterine size of no greater than 12 weeks since last menstrual period; generally in good health; willing to return for follow-up |

Pet. Ref. 377

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shwekerela 2007** *(Continued)*

|  | • N = 300 women |
|---|---|
|  | Exclusion criteria |
|  | • Women with severe infection; known allergy to misoprostol; signs of severe infection (foul-smelling discharge, fever > 39 ºC, or pulse > 110/minute) or a known allergy to misoprostol |
| Interventions | Intervention: oral misoprostol |
|  | • 600 ug single-dose |
|  | • N = 150 |
|  | Comparison: surgery |
|  | • MVA |
|  | • N = 150 |
| Outcomes | Successful miscarriage; adverse effects; women's satisfaction. |
|  | • Study protocol did not call for routine ultrasonography either for initial diagnosis or for determination of treatment success |
|  | • Assessment at 1 week |
| Notes | 1. Setting: Kagera Regional Hospital, Bukoba, Tanzania. |
|  | 2. All women observed for 3 hours after prescription before being allowed home and antibiotics were given as needed. If miscarriage still incomplete at 7 days, women offered additional week or MVA. Any woman still with incomplete miscarriage at 14 days was offered MVA. |
|  | 3. Additional outcomes assessed but not prespecified in the review: bleeding; pain; fever; tolerability. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "....computer-generated random code, created in bocks of 10 at Genunity Health Projects' Office in New York City." |
| Allocation concealment (selection bias) | Low risk | "The code was used by a Genunity employee who was not part of the research team as a basis for sealing cards in consecutively numbered envelopes... staff would open the next envelope in the numbered series...". Although not opaque enveloped, we think the numbered series should be alright. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not able to blind participants or clinicians. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Not able to blind participants or clinicians. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss to follow-up and no deviations from protocol allocation reported. ITT analysis. |
| Selective reporting (reporting bias) | Unclear risk | Report on prespecified outcomes, although we have not assessed the trial protocol. |
| Other bias | Low risk | On most characteristics, women did not differ significantly. But significantly more women in the misoprostol group had spontaneous miscarriage and were |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 378

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shwekerela 2007**  *(Continued)*

|  | married. However, we considered that this probably will not have any impact on differences in outcome. |
|--|--|

**Taylor 2011**

| Methods | Randomised controlled trial. |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with incomplete miscarriage (clinical diagnosis - vaginal bleeding, open cervix, uterus < 12 week size.<br>• Sometimes confirmed by ultrasound; attending one regional hospital in Ghana<br>• N = 229<br><br>Exclusion criteria<br><br>• Suspected sepsis (temperature > 38), allergy to misoprostol |
| Interventions | Intervention: oral misoprostol<br><br>• 600 mcg<br>• N = 113, but 108 analysed<br><br>Comparison: surgery<br><br>• MVA<br>• N = 116, but 110 analysed |
| Outcomes | Efficacy; side effects; short-term complications.<br><br>• Outcomes assessed at 7 days following treatment. 'Treatment failure' was incomplete miscarriage at 1 week |
| Notes | |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated random sequence in blocks of 10. |
| Allocation concealment (selection bias) | Low risk | Sealed sequential envelopes. |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | No attempt at blinding. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | No attempt at blinding. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | 11/229 women lost to follow-up. |

Pet. Ref. 379

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Taylor 2011**  *(Continued)*

| Selective reporting (reporting bias) | Unclear risk | We did not assess the trial protocol. |
|---|---|---|
| Other bias | Low risk | We did not identify any other biases. |

**Trinder 2006**

| Methods | RCT with randomisation of individual women. Randomisation was by a central telephone system at the Clinical Trials Unit using minimisation to ensure comparability. |
|---|---|
| Participants | <u>Inclusion criteria</u><br><br>• Women of less than 13 weeks' gestation with a diagnosis of either incomplete miscarriage or early fetal/embryonic demise<br>• Defined ICM as areas of mixed echogenicity within the uterine cavity with or without a disordered gestational sac. Early embryonic demise was defined as an intact gestational sac of greater than 20 mm mean diameter with no other internal structures and early fetal demise as a fetus over 6 mm crown rump length with no heart activity on transvaginal ultrasound scan<br>• N = 1200 women. Incomplete miscarriage N = 274; early fetal demise N = 924<br><br><u>Exclusion criteria</u><br><br>• Women with severe haemorrhage or pain; pyrexia > 38ºC; severe asthma; haemolytic disease or blood dyscrasias; current anticoagulation or systemic corticosteroid prescription; twin or higher order pregnancy; smoker aged > 35; inability to understand English |
| Interventions | <u>Intervention 1:</u> vaginal misoprostol<br><br>• 800 ug<br>• N = 398 total; ICM = 90; IUFD = 308<br><br><u>Intervention 2:</u> surgery<br><br>• Suction curettage<br>• N = 403 total; ICM = 92; IUFD = 310<br><br><u>Comparison:</u> expectant care<br><br>• N = 399 total; ICM = 92; IUFD = 306<br><br>All women were given a specific information sheet, 30 co-dydramol tablets, and an emergency telephone number. |
| Outcomes | Primary outcome: gynaecological infection within 14 days of trial entry.<br><br>Secondary outcomes: antibiotics for presumed gynaecological infection within 14 days and within 8 weeks; duration of clinical symptoms (pain, additional analgesia, vaginal bleeding; days off work, days before return to usual daily activities); complications (fall in Hb at 10-14 days, blood transfusion, unplanned consultations or admission within 14 days and within eight weeks); efficacy; psychological outcomes (depression and anxiety); and return to normal activity.<br><br>• Unplanned curettage assessed at 2 weeks and 8 weeks |
| Notes | 1. Setting: early pregnancy assessment unit in 7 hospitals in UK.<br>2. Results are reported by both IUFD and ICM. However, randomisation was not reported as stratified so there will be risk of bias in using data from the subgroups.<br>3. Additional outcomes assessed but not prespecified in the review: none. |

Pet. Ref. 380

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Trinder 2006** *(Continued)*

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "Randomisation was by a central telephone system at the Clinical Trials Unit in Oxford. We used minimisation to ensure comparability between women with respect to participating centres, parity, type of miscarriage and gestation." |
| Allocation concealment (selection bias) | Low risk | Randomisation was by a central telephone system at the Clinical Trials Unit in Oxford, and although no specific information given on randomisation, clinical trials units generally use computer-generated random numbers list. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible to blind women nor clinicians, because women given medical or surgical intervention were treatment in hospital and women in expectant arm were able to go home. Cannot blind surgery versus medical treatment or expectant care. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Not possible to blind women nor clinicians, because women given medical or surgical intervention were treatment in hospital and women in expectant arm were able to go home. Cannot blind surgery versus medical treatment or expectant care. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | Loss of participants to follow-up: <br><br> • loss immediately after randomisation: misoprostol = 0; surgery = 1; expectant care = 1. <br> • loss at 14-day outcomes; misoprostol = 9 ; surgery = 8; expectant care = 5. <br> • loss at 8-week outcomes: misoprostol = 3; surgery = 2; expectant care = 6. <br><br> However, we do not know whether these women had ICM or IUFD, but at a maximum loss would be 10%. <br><br> Exclusions after randomisation: In each of the surgical group and expectant care group, one woman with a viable pregnancy was excluded. Analysis was by ITT. |
| Selective reporting (reporting bias) | Unclear risk | All important prespecified outcomes were reported, but we have not assessed the trial protocol. |
| Other bias | Unclear risk | Study stopped early because struggling to recruit and not because of benefit, so bias unlikely. There were no important baseline differences between the 3 groups. <br><br> However, the randomisation was not reported as stratified by women with ICM and women with IUFD and so these may not have similar groups for comparison. |

### Weeks 2005

| Methods | RCT with randomisation of individual women. Consecutively numbered sealed opaque envelopes, using a computer-generated random number. |
|---|---|
| Participants | Inclusion criteria <br><br> • Women with incomplete miscarriage of less than 13 weeks' gestation <br> • Clinical diagnosis <br> • N = 317 women |

Pet. Ref. 381

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Weeks 2005** *(Continued)*

| | |
|---|---|
| | Exclusion criteria |
| | • Women presenting with haemorrhage causing haemodynamic changes; ay suspicion of an ectopic pregnancy, severe asthma, signs of severe infection, known sensitivity to misoprostol |
| Interventions | Intervention: oral misoprostol |
| | • 600 ug |
| | • N = 160 |
| | Comparison: surgery |
| | • MVA |
| | • Women given 50 mg pethidine and 0.2 mg ergometrine |
| | • N = 152 |
| Outcomes | Completeness of evacuation; adverse effects, maximum pain and blood loss. |
| | • Clinical assessment at 7 days |
| Notes | 1. Setting: Mulago Hospital, Kampala, Uganda. |
| | 2. On discharge all women given doxycycline (100 mg/12 hours for 7 days) and metronidazole (400 mg 3 times a day for 5 days) because of the high incidence of septic abortion in Urganda. |
| | 3. Additional outcomes assessed but not prespecified in the review: severity of bleeding; maximum pain; adverse effects; satisfaction; would choose method again; would recommend to a friend; worst and best aspects of treatment. |
| | 4. Poor response in terms of women not returning for follow-up appointment happened despite transport costs being provided. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "Computer-generated random numbers..." |
| Allocation concealment (selection bias) | Low risk | "The allocation was written on cards and placed in consecutively numbered opaque sealed envelopes." |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | "Neither the patients, assessors, nor the data analysers were blinded to the allocation." It was not possible to blind women or clinicians because a drug was compared with surgery. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | "Neither the patients, assessors, nor the data analysers were blinded to the allocation." It was not possible to blind women or clinicians because a drug was compared with surgery. |
| Incomplete outcome data (attrition bias) All outcomes | High risk | Loss of participants to follow-up from 317 women randomised was considerable and was discussed by authors. Many women in the rural communities of Uganda did not come for follow-up after discharge. |
| | | • At 6 days - no loss to follow-up. |
| | | • At 1-2 weeks: Misop had 53/160 (33%) lost to follow-up - leaving 107 women. |
| | | • MVA had 70/157 (45%) lost to follow-up - leaving 82 women. |
| | | 5 women were excluded in the MVA group (3 for self-discharge and 2 women were incorrectly excluded by the recruiter after randomisation but before |

Pet. Ref. 382

Cochrane Database of Systematic Reviews

**Weeks 2005**  *(Continued)*

|  |  | treatment, 1 because she did not fit the entry criteria and 1 because no manual vacuum aspiration kit was available). |
|  |  | • One woman in misoprostol group and 7 in MVA group were given the wrong prescription, but were included on ITT for analysis.<br>• Included in MVA were 6 women for whom MVA was not possible (5 amount of retained products too great and 1 the os had closed). |
|  |  | The study was analysed by ITT based on available data. |
| Selective reporting (re-porting bias) | Unclear risk | Seem to report findings fully, there is just the problem of large losses to fol-low-up - due to the low-income country setting probably. We have not as-sessed the trial protocol. |
| Other bias | Unclear risk | Study was stopped for pragmatic reasons and not for benefit (principle investi-gator moved) and os; probably no bias.<br><br>Clinical characteristics at presentation were similar between the 2 groups, al-though no P values reported.<br><br>Women in the MVA group were given routine analgesia, where women in the medical management group had analgesia on request. However, women in MVA still had more pain, so pain with MVA likely to be underestimated. |

**Zhang 2005**

| Methods | RCT with randomisation of individual women in ratio of 3:1. |
|---|---|
| Participants | Inclusion criteria<br><br>• Women with incomplete miscarriage and intrauterine fetal death<br>• Women with anembryonic gestation or embryonic or fetal death, also women with incomplete or in-evitable miscarriage, were enrolled in the trial after assessment using ultrasound<br>• N = 652 total; ICM - N = 39; IUFD - N = 613<br><br>Exclusion criteria<br><br>• Women with anaemia (< 9.5 g/dL); haemodynamic instability; history of clotting disorder; using an-ticoagulants (not including aspirin); allergic to prostaglandins or non-steroidal anti-inflammatory drugs; previously undergone surgical or medical abortion either self-induced or induced by other physicians during this pregnancy. |
| Interventions | Intervention: vaginal misoprostol<br><br>• 800 ug (4 x 200 ug)<br>• N = 30<br><br>Comparison: surgery<br><br>• Vacuum aspiration<br>• N = 9 |
| Outcomes | Success, Hb, fever, nausea, vomiting, diarrhoea, and acceptability.<br><br>• Complete miscarriage assessed at 3 days and 8 days using transvaginal ultrasound |
| Notes | 1. Setting: 4 university settings in US: Columbia University; University of Miami; University of Pennsylva-nia; University of Pittsburgh. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 383

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Zhang 2005** *(Continued)*

2. Authors sent us data which separated the outcomes for women with incomplete miscarriage and those with intrauterine fetal deaths.

3. Additional outcomes assessed but not prespecified in the review: pain; hospital admission; fever. One additional paper (Harwood 2008) compared women's assessment of quality of life between vaginal misoprostol and surgery.

4. It was reported in the Harwood 2008 publication on this study that despite reporting greater pain and lower acceptability of treatment-related symptoms, quality of life and treatment acceptability were similar for medical and surgical treatments. Here women with incomplete miscarriage and intrauterine deaths were assessed together.

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | "...centralised, computer-automated telephone response system..." used to randomly assign women to groups in a 3:1 ratio. |
| Allocation concealment (selection bias) | Low risk | A centralised, computer-automated telephone response system. It was considered that because it was an automated computer response, then allocation concealment would be good. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible to blind either women or clinicians. |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Not possible to blind either women or clinicians. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | One woman lost to follow-up in the surgical group. |
| Selective reporting (reporting bias) | Unclear risk | Assessed all the prespecified outcomes from the paper, but the trial protocol was not assessed. |
| Other bias | Unclear risk | No significant difference in baseline data reported on the criteria assessed, but difficult to say anything about all other types of bias. |

D&C: dilation and curettage
ERPC: evacuation of retained products of conception
GA: general anaesthetic
Hb: haemoglobin
ICM: incomplete miscarriage
ITT: intention-to-treat
IUFD: intrauterine fetal death
LMP: last menstrual period
MVA: manual vacuum aspiration
POC: product of conception
RCT: randomised controlled trial
SD: standard deviation
US: ultrasound
VAS: visual analogue scale

**Characteristics of excluded studies** *[ordered by study ID]*

Pet. Ref. 384

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| Abd-El-Maeboud 2012 | Participants were women with missed miscarriage. |
| Abdel 1997 | Participants were women with an intrauterine fetal death. |
| Al Inizi 2003 | Participants were women with an intrauterine fetal death. |
| Al-Bdour 2007 | Participants were women with an intrauterine fetal death. |
| Almog 2005 | Participants were women having a termination of pregnancy. |
| Altaf 2006 | Mixed group of missed miscarriage, incomplete miscarriage, and termination of pregnancy for other reasons. |
| Amjad 1999 | Participants were women with an intrauterine fetal death. |
| Anderman 2000 | Participants were women with an intrauterine fetal death. |
| Anderson 2009 | Medical treatment for non-viable pregnancies. |
| Ara 2009 | Medical treatment for non-viable pregnancies. |
| Autry 1999 | Participants were women with an intrauterine fetal death. |
| Avila-Vergara 1997 | Participants were women with an intrauterine fetal death. |
| Ayudhaya 2006 | Participants were women with an intrauterine fetal death. |
| Azra 2007 | Termination of pregnancy for various reasons. |
| Bagratee 2004 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Bani-Irshaid 2006 | Participants were women having a termination of pregnancy. |
| Bebbington 2002 | Participants were women having a termination of pregnancy. |
| Behrashi 2008 | Participants were women having a termination of pregnancy. |
| Ben-Meir 2009 | Participants mainly undergoing termination of pregnancy. Some with "late missed abortions". |
| Biswas 2007 | Participants were women having a termination of pregnancy. |
| Cabrol 1990 | Participants were women with an intrauterine fetal death. |
| Caliskan 2005 | Participants were women having a termination of pregnancy. |
| Caliskan 2009 | Participants were women having a second trimester termination of pregnancy, some of whom had an intrauterine fetal death. |
| Chittacharoen 2003 | Participants were women having a termination of pregnancy. |
| Chung 1999 | Study included women with ICM and women with IUFD. We contacted the authors who were extremely helpful and did provide additional data which are held at the Pregnancy and Childbirth ed- |

Pet. Ref. 385

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| | itorial office. However, unfortunately they could not provide their data split by women with ICM and women with IUFD so we were unable to include their data in this review. |
| Cleeve 2015 | A RCT comparing groups by provider type. |
| Creinin 1997 | Participants were women with an intrauterine fetal death. |
| David 2003 | Participants were women with an intrauterine fetal death. |
| David 2005 | Participants were women with an intrauterine fetal death. |
| de Jonge 1995 | Quasi-RCT. |
| Demetroulis 2001 | Study included women with ICM and women with IUFD. We have contacted the authors who have tried to help us but are unable to separate their data by women with ICM and women with IUFD. |
| Dickinson 1998 | Participants were women having a termination of pregnancy, including some with intrauterine fetal death. |
| Dickinson 2002 | Participants were women having a termination of pregnancy, including some with intrauterine fetal death. |
| Dickinson 2003 | Participants were women having a termination of pregnancy for fetal abnormality. |
| Egarter 1995 | Participants were women with an intrauterine fetal death. |
| Elhassan 2008 | Participants were women having a termination of pregnancy, including some with intrauterine fetal death. |
| Eng 1997 | Participants were women with an intrauterine fetal death in the 2nd trimester. |
| Eppel 2005 | Participants were women having a termination of pregnancy in the 2nd trimester, including some with intrauterine fetal death. |
| Fadalla 2004 | Participants were women having a termination of pregnancy in the 2nd trimester, including some with intrauterine fetal death. |
| Fang 2009 | Participants were women with an intrauterine fetal death. |
| Feldman 2003 | Participants were women having a termination of pregnancy in the 2nd trimester, including some with intrauterine fetal death. |
| Fiala 2005 | Participants were women having a termination of pregnancy for fetal malformations and socioeconomic reasons. |
| Gazvani 2000 | Study was of women with incomplete miscarriage, but it assessed surgery versus expectant care, rather than medical management. |
| Ghorab 1998 | Participants were women having a termination of pregnancy for fetal malformations or intrauterine fetal death. |
| Gilles 2004 | Participants were women with an intrauterine fetal death. |
| Gonzalez 2001 | Participants were women having a termination of pregnancy for intrauterine fetal death or medical or genetic reasons. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 386

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Graziosi 2004 | Participants were women with an intrauterine fetal death. |
| Grimes 2005 | Participants were women having a termination of pregnancy, including some with intrauterine fetal death. |
| Gronlund 2002 | Not a RCT, but a prospective cross-over study by alternate regimes every 4 months. |
| Guix 2005 | Participants were women having a termination of pregnancy. Also allocated to different treatments at the discretion of the clinician, so not a RCT. |
| Hassan 2007 | Quasi-RCT, women allocated to groups based on alternate sequence. |
| Hausler 1997 | Participants were women with complete spontaneous miscarriage and endometrial width up to 8 mm. |
| Heard 2002 | Participants were women with an intrauterine fetal death. |
| Herabutya 1997a | Participants were women with an intrauterine fetal death. |
| Herabutya 1997b | Participants were women with an intrauterine fetal death. |
| Herabutya 2005 | Participants were women having a termination of pregnancy. |
| Hernandez-Valencia 2003 | Participants were women with an intrauterine fetal death. |
| Hidar 2001 | Participants were women having a termination of pregnancy. |
| Hidar 2005 | Participants were women having a termination of pregnancy for intrauterine fetal death. |
| Hill 1991 | Participants were women with an intrauterine fetal death. |
| Hinshaw 1997 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Hogg 2000 | Participants were women having a termination of pregnancy, with some for intrauterine fetal death but mostly for fetal anomalies. |
| Hombalegowda 2015 | Reference refers to a conference abstract. |
| Igogo 2015 | Reference refers to a conference abstract. |
| IRCT138902053797N1 | Trial of techniques for termination of pregnancy for various reasons. |
| Islam 2006 | Participants were women with an intrauterine fetal death. |
| Jabir 2009 | Randomised trial of medical treatments to ripen the cervix before surgical evacuation of the uterus. |
| Jain 1994 | Participants were women having a termination of pregnancy for intrauterine fetal death. |
| Jain 1996 | Participants were women having a termination of pregnancy for intrauterine fetal death or fetal anomalies. |
| Jain 1999 | Participants were women having a termination of pregnancy. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 387

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| Johnson 1997 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Kaluaarachchi 2015 | Reference refers to a conference abstract. |
| Kanhai 1989 | Participants were women with an intrauterine fetal death. |
| Kapp 2007 | Participants were women having a termination of pregnancy, including women with an intrauterine fetal death. |
| Kara 1999 | Participants were women with an intrauterine fetal death. |
| Klingberg 2015 | A RCT comparing groups by provider type. |
| Klingberg-Allvin 2015 | A RCT comparing groups by provider type. |
| Kong 2013 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Kovavisarach 2002 | Participants were women with an intrauterine fetal death. |
| Kovavisarach 2005 | Participants were women with an intrauterine fetal death. |
| Kushwah 2009 | Participants were women with an intrauterine fetal death. |
| Kushwah 2011 | Participants were women with an intrauterine fetal death. |
| Lelaidier 1993 | Participants were women with an intrauterine fetal death. |
| Lippert 1978 | Not a RCT. Women were divided into 2 groups. |
| Lister 2005 | Participants were women with an intrauterine fetal death. |
| Louey 2000 [pers comm] | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Lu 2014 | Participants were women with missed miscarriage. |
| Lughmani 2008 | Participants were women with an intrauterine fetal death. |
| Machtinger 2004 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Makhlouf 2003 | Participants were women having a termination of pregnancy. |
| Martin 1955 | Not a RCT; alternate allocation. |
| Moran 2005 | Medical treatment of 'pregnancies of undetermined location'. |
| Mostafa-Gharebaghi 2010 | Termination of pregnancy. |

Pet. Ref. 388

| Study | Reason for exclusion |
|-------|---------------------|
| Muffley 2002 | Participants were women with an intrauterine fetal death. |
| Mulayim 2009 | Participants were women with an intrauterine fetal death and some having a termination of pregnancy. |
| Nakintu 2001 | Participants were women with an intrauterine fetal death. |
| Nasreen 2009 | Participants were women with non-viable pregnancies. |
| NCT00141895 | Participants were women with an intrauterine fetal death. |
| NCT00190294 | Participants were women with an intrauterine fetal death. |
| NCT00468299 | Participants were women with an intrauterine fetal death. |
| Ng 2015 | A RCT comparing inpatient versus outpatient treatment. |
| Ngai 2001 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have not had a response. |
| Ngoc 2004 | Participants were women with an intrauterine fetal death, classified as 'missed abortion'. |
| Nielsen 1999 | Study included women with ICM and women with IUFD. We have tried to contact the authors to ask if they could provide their data spilt by women with ICM and women with IUFD. To date we have had no response but we are still trying to contact the authors using a different email address. |
| Niromanesh 2005 | Participants were women with an intrauterine fetal death. |
| Nor Azlin 2006 | Participants were women having a termination of pregnancy, including women with an intrauterine fetal death. |
| Nuthalapaty 2005 | Participants were women having a termination of pregnancy, including women with an intrauterine fetal death. |
| Nuutila 1997 | Participants were women having a termination of pregnancy, including women with an intrauterine fetal death. |
| Owen 1999 | Participants were women with indication for termination of pregnancy. |
| Pansky 2011 | Pilot RCT of Intercoat gel versus control for preventing adhesion. |
| Paraskevaides 1992 | Included both women with incomplete miscarriage and women with intrauterine fetal death. We were unable to contact the authors to request split data. |
| Perry 1999 | Participants were women with indication for termination of pregnancy. |
| Petersen 2013 | Study included women with ICM and women with IUFD. We contacted the authors who were extremely helpful and did provide additional data. However, unfortunately they could not provide their data split by women with ICM and women with IUFD so we were unable to include their data in this review. |
| Piotrowski 1979 | Participants were women with an intrauterine fetal death. |
| Pongsatha 2004 | Participants were women with indication for termination of pregnancy. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 389

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| Ramsey 2004 | Participants were women with indication for termination of pregnancy. |
| Rausch 2012 | Secondary analysis of study that included women with both incomplete miscarriages and non-viable pregnancies. |
| Rita 2006 | Participants were women with an intrauterine fetal death. |
| Rivero-Lopez 1998 | Participants were women with an intrauterine fetal death. |
| Roy 2003 | Participants were women with indication for termination of pregnancy. |
| Ruangchainikhom 2006 | Participants were women with indication for termination of pregnancy. |
| Saichua 2009 | Participants were women with an intrauterine fetal death. |
| Salamalekis 1990 | Not a RCT; no mention of randomisation. |
| Sathapanachai 2000 | Participants were women with an intrauterine fetal death. |
| Shah 2010 | Participants were women with an intrauterine fetal death. |
| Shaikh 2008 | Participants were combined group women with an intrauterine fetal death and those with miscarriage. Abstract only. |
| Shobeira 2007 | Participants were women with an intrauterine fetal death. |
| Shokry 2009 | Trial of misoprostol after evacuation of uterus to try to decrease blood loss. |
| Shuaib 2013 | Participants were women with missed miscarriage. |
| Sonsanoh 2014 | Participants were women with missed miscarriage. |
| Sripramote 2000 | Trial of misoprostol to prime cervix before routine surgical uterine evacuation. |
| Stockheim 2006 | Participants were women with an intrauterine fetal death. |
| Su 2005 | Participants were women with indication for termination of pregnancy. |
| Suchonwanit 1999 | Participants were women with an intrauterine fetal death. |
| Surita 1997 | Participants were women with an intrauterine fetal death. |
| Tang 2003 | Participants were women with 'silent miscarriage' and women with complete and incomplete miscarriages were excluded. |
| Tang 2006a | Participants were women with 'silent miscarriage' and women with incomplete miscarriages were excluded. |
| Tanha 2010 | Trial of treatment for non-viable pregnancies. |
| Thavarasah 1986 | Participants were women with an intrauterine fetal death. |
| Thida 2015 | Reference refers to a conference abstract. |
| Toppozada 1994 | Participants were women with indication for termination of pregnancy for intrauterine fetal death. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 390

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|----------------------|
| Torre 2012 | Trial of treatment for combined incomplete miscarriages and non-viable pregnancies. |
| Wood 2002 | Participants were women with an intrauterine fetal death. |
| Yapar 1996 | Participants were women with indication for termination of pregnancy including women with intrauterine fetal death. |
| Yilmaz 2005 | Participants were women with indication for termination of pregnancy including women with intrauterine fetal death. |
| Yilmaz 2007 | Participants were women having termination of pregnancy, some of whom had an intrauterine fetal death. |
| Yu 2000 | Participants were women with missed miscarriage. |
| Zhang 2000 | Study of techniques of induction of labour. |

ICM: incomplete miscarriage
IUFD: intrauterine fetal death
RCT: randomised controlled trial

## Characteristics of ongoing studies *[ordered by study ID]*

### ISRCTN65305620

| | |
|--|--|
| Trial name or title | Is misoprostol a safe alternative to manual vacuum aspiration in women with incomplete abortions in developing countries? |
| Methods | Evaluator-blinded, single-centre, randomised controlled non-inferiority trial |
| Participants | Women with first trimester pregnancy loss |
| Interventions | Intervention: sublingual misoprostol - 600 mcg (3 doses of 200 ug each every 4 hours)<br><br>Comparison: surgery (MVA) |
| Outcomes | Ultrasonographic thickness; change in Hb; pain; adverse effects; women's satisfaction and acceptability |
| Starting date | 11 February 2008 |
| Contact information | Dr Regina Unkels, PO Box 97, Lindi, Tanzania |
| Notes | Study No: ISRCTN65305620<br><br>Website: www.tgpsh.or.tz |

### NCT01033903

| | |
|--|--|
| Trial name or title | Which is the optimal treatment for miscarriage with a gestational sac in the uterus and which factors can predict if the treatment will be successful? |
| Methods | Open-label, randomised controlled trial |

Pet. Ref. 391

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**NCT01033903** *(Continued)*

| | |
|---|---|
| Participants | Women with incomplete miscarriage before 14 weeks and a gestational sac retained in the uterus |
| Interventions | Intervention: misoprostol 800 mcg intravaginally once |
| | Comparison: expectant management |
| Outcomes | Primary outcome: complete miscarriage at 10 day follow-up |
| | Secondary outcome: complete miscarriage at 17 days, 24 days, 31 days follow-up |
| Starting date | October 2008 |
| Contact information | Contact information no longer displayed due to end of recruitment |
| Notes | Location: Sweden |
| | Study identifier: NCT01033903 |

Hb: haemoglobin
MVA: manual vacuum aspiration

## D A T A   A N D   A N A L Y S E S

### Comparison 1.   Misoprostol versus expectant care

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Vaginal misoprostol | 2 | 150 | Risk Ratio (M-H, Random, 95% CI) | 1.23 [0.72, 2.10] |
| 1.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 2.1 Vaginal misoprostol | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 0.62 [0.17, 2.26] |
| 2.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

Pet. Ref. 392

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| **3 Death or serious complication** | 1 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 3.1 Vaginal misoprostol | 1 | 126 | Risk Ratio (M-H, Random, 95% CI) | 2.91 [0.12, 70.05] |
| 3.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| **4 Unplanned surgical intervention** | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 4.1 Vaginal misoprostol | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 0.62 [0.17, 2.26] |
| 4.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| **5 Blood transfusion** | 3 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 5.1 Vaginal misoprostol | 3 | 332 | Risk Ratio (M-H, Random, 95% CI) | 3.07 [0.13, 74.28] |
| 5.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| **6 Pain relief** | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 6.1 Vaginal misoprostol | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 1.12 [0.67, 1.88] |
| 6.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

Pet. Ref. 393

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 7 Pelvic infection < 14 days | 3 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 7.1 Vaginal misoprostol | 3 | 333 | Risk Ratio (M-H, Random, 95% CI) | 2.42 [0.59, 9.98] |
| 7.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 1.1.   Comparison 1 Misoprostol versus expectant care, Outcome 1 Complete miscarriage.**

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.1.1 Vaginal misoprostol** | | | | | |
| Blohm 2005 | 52/64 | 32/62 | | 53.04% | 1.57[1.2,2.06] |
| Shelley 2005 | 8/10 | 12/14 | | 46.96% | 0.93[0.64,1.36] |
| **Subtotal (95% CI)** | **74** | **76** | | **100%** | **1.23[0.72,2.1]** |
| Total events: 60 (Misoprostol), 44 (Expectant care) | | | | | |
| Heterogeneity: Tau$^2$=0.12; Chi$^2$=5.37, df=1(P=0.02); I$^2$=81.37% | | | | | |
| Test for overall effect: Z=0.76(P=0.45) | | | | | |
| | | | | | |
| **1.1.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.1.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.1.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.1.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours expectant care   0.01   0.1   1   10   100   Favours misoprostol

Pet. Ref. 394



Cochrane Database of Systematic Reviews

### Analysis 1.2. Comparison 1 Misoprostol versus expectant care, Outcome 2 Surgical evacuation.



### Analysis 1.3. Comparison 1 Misoprostol versus expectant care, Outcome 3 Death or serious complication.

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.3.1 Vaginal misoprostol** | | | | | |
| Blohm 2005 | 1/64 | 0/62 | | 100% | 2.91[0.12,70.05] |
| **Subtotal (95% CI)** | **64** | **62** | | **100%** | **2.91[0.12,70.05]** |
| Total events: 1 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.66(P=0.51) | | | | | |
| | | | | | |
| **1.3.2 Oral misoprostol** | | | | | |

Favours misoprostol  0.005    0.1    1    10    200  Favours expectant care

**Medical treatments for incomplete miscarriage (Review)**

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 395

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.3.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.3.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.3.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

### Analysis 1.4. Comparison 1 Misoprostol versus expectant care, Outcome 4 Unplanned surgical intervention.

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.4.1 Vaginal misoprostol** | | | | | |
| Blohm 2005 | 8/64 | 25/62 | | 47.92% | 0.31[0.15,0.63] |
| Trinder 2006 | 26/90 | 23/92 | | 52.08% | 1.16[0.72,1.87] |
| **Subtotal (95% CI)** | **154** | **154** | | **100%** | **0.62[0.17,2.26]** |
| Total events: 34 (Misoprostol), 48 (Expectant care) | | | | | |
| Heterogeneity: Tau²=0.78; Chi²=9.11, df=1(P=0); I²=89.03% | | | | | |
| Test for overall effect: Z=0.73(P=0.46) | | | | | |
| **1.4.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.4.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



**Analysis 1.5.   Comparison 1 Misoprostol versus expectant care, Outcome 5 Blood transfusion.**

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.5.1 Vaginal misoprostol** | | | | | |
| Blohm 2005 | 0/64 | 0/62 | | | Not estimable |
| Shelley 2005 | 0/10 | 0/14 | | | Not estimable |
| Trinder 2006 | 1/90 | 0/92 | | 100% | 3.07[0.13,74.28] |
| **Subtotal (95% CI)** | **164** | **168** | | **100%** | **3.07[0.13,74.28]** |
| Total events: 1 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.69(P=0.49) | | | | | |
| | | | | | |
| **1.5.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.5.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.5.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **1.5.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours expectant care

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 397



| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|

Test for overall effect: Not applicable

Test for subgroup differences: Not applicable

Favours misoprostol 0.01 0.1 1 10 100 Favours expectant care

### Analysis 1.6. Comparison 1 Misoprostol versus expectant care, Outcome 6 Pain relief.

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.6.1 Vaginal misoprostol** | | | | | |
| Blohm 2005 | 53/64 | 38/62 | | 62.15% | 1.35[1.08,1.7] |
| Trinder 2006 | 17/90 | 21/92 | | 37.85% | 0.83[0.47,1.46] |
| **Subtotal (95% CI)** | **154** | **154** | | **100%** | **1.12[0.67,1.88]** |

Total events: 70 (Misoprostol), 59 (Expectant care)

Heterogeneity: Tau²=0.1; Chi²=2.99, df=1(P=0.08); I²=66.51%

Test for overall effect: Z=0.44(P=0.66)

| | | | | | |
|---|---|---|---|---|---|
| **1.6.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |

Total events: 0 (Misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

| | | | | | |
|---|---|---|---|---|---|
| **1.6.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |

Total events: 0 (Misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

| | | | | | |
|---|---|---|---|---|---|
| **1.6.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |

Total events: 0 (Misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

| | | | | | |
|---|---|---|---|---|---|
| **1.6.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |

Total events: 0 (Misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

Test for subgroup differences: Not applicable

Favours misoprostol 0.01 0.1 1 10 100 Favours expectant care

### Analysis 1.7. Comparison 1 Misoprostol versus expectant care, Outcome 7 Pelvic infection < 14 days.

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **1.7.1 Vaginal misoprostol** | | | | | |

Favours misoprostol 0.01 0.1 1 10 100 Favours expectant care

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 398

| Study or subgroup | Misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Blohm 2005 | 3/64 | 0/62 | | 23.22% | 6.78[0.36,128.7] |
| Shelley 2005 | 2/11 | 0/14 | | 23.26% | 6.25[0.33,118.22] |
| Trinder 2006 | 2/90 | 2/92 | | 53.52% | 1.02[0.15,7.1] |
| **Subtotal (95% CI)** | **165** | **168** | | **100%** | **2.42[0.59,9.98]** |
| Total events: 7 (Misoprostol), 2 (Expectant care) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.67, df=2(P=0.43); I²=0% | | | | | |
| Test for overall effect: Z=1.22(P=0.22) | | | | | |
| **1.7.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.7.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.7.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **1.7.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

### Comparison 2. Misoprostol versus surgery

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 15 | 3862 | Risk Ratio (M-H, Random, 95% CI) | 0.96 [0.94, 0.98] |
| 1.1 Vaginal misoprostol | 5 | 364 | Risk Ratio (M-H, Random, 95% CI) | 0.90 [0.85, 0.95] |
| 1.2 Oral misoprostol | 7 | 1884 | Risk Ratio (M-H, Random, 95% CI) | 0.98 [0.95, 1.00] |
| 1.3 Vaginal + oral misoprostol | 1 | 80 | Risk Ratio (M-H, Random, 95% CI) | 0.95 [0.87, 1.04] |
| 1.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.5 Sublingual misoprostol | 2 | 1534 | Risk Ratio (M-H, Random, 95% CI) | 0.97 [0.92, 1.01] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 2 Surgical evacuation | 13 | 3070 | Risk Ratio (M-H, Random, 95% CI) | 0.05 [0.02, 0.11] |
| 2.1 Vaginal misoprostol | 4 | 411 | Risk Ratio (M-H, Random, 95% CI) | 0.16 [0.07, 0.35] |
| 2.2 Oral misoprostol | 7 | 1884 | Risk Ratio (M-H, Random, 95% CI) | 0.04 [0.02, 0.07] |
| 2.3 Vaginal + oral misopros-tol | 1 | 80 | Risk Ratio (M-H, Random, 95% CI) | 0.04 [0.01, 0.18] |
| 2.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.5 Sublingual misoprostol | 1 | 695 | Risk Ratio (M-H, Random, 95% CI) | 0.02 [0.01, 0.04] |
| 3 Death or serious compli-cation | 5 | 1248 | Risk Ratio (M-H, Random, 95% CI) | 1.0 [0.04, 22.64] |
| 3.1 Vaginal misoprostol | 2 | 132 | Risk Ratio (M-H, Random, 95% CI) | 1.0 [0.04, 22.64] |
| 3.2 Oral misoprostol | 2 | 421 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Vaginal + oral misopros-tol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3.5 Sublingual misoprostol | 1 | 695 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Unplanned surgical inter-vention | 11 | 2690 | Risk Ratio (M-H, Random, 95% CI) | 5.03 [2.71, 9.35] |
| 4.1 Vaginal misoprostol | 4 | 411 | Risk Ratio (M-H, Random, 95% CI) | 4.29 [1.24, 14.87] |
| 4.2 Oral misoprostol | 6 | 1584 | Risk Ratio (M-H, Random, 95% CI) | 5.25 [2.07, 13.32] |
| 4.3 Vaginal + oral misopros-tol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.5 Sublingual misoprostol | 1 | 695 | Risk Ratio (M-H, Random, 95% CI) | 5.98 [0.72, 49.43] |
| 5 Blood transfusion | 4 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 5.1 Vaginal misoprostol | 3 | 241 | Risk Ratio (M-H, Random, 95% CI) | 1.73 [0.19, 16.08] |
| 5.2 Oral misoprostol | 1 | 189 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Vaginal + oral misopros-tol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

Pet. Ref. 400

**Cochrane** **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 6 Blood loss | 1 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 6.1 Vaginal misoprostol | 1 | 96 | Mean Difference (IV, Random, 95% CI) | 0.03 [-0.02, 0.08] |
| 6.2 Oral misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Vaginal + oral misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.4 Rectal misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.5 Sublingual misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Anaemia | 2 | 731 | Risk Ratio (M-H, Random, 95% CI) | 0.83 [0.17, 4.12] |
| 7.1 Vaginal misoprostol | 1 | 36 | Risk Ratio (M-H, Random, 95% CI) | 1.71 [0.24, 12.24] |
| 7.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7.5 Sublingual misoprostol | 1 | 695 | Risk Ratio (M-H, Random, 95% CI) | 0.33 [0.03, 3.18] |
| 8 Days of bleeding | 3 | 211 | Mean Difference (IV, Random, 95% CI) | 2.12 [1.18, 3.07] |
| 8.1 Vaginal misoprostol | 2 | 131 | Mean Difference (IV, Random, 95% CI) | 2.76 [1.55, 3.97] |
| 8.2 Oral misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 8.3 Vaginal + oral misoprostol | 1 | 80 | Mean Difference (IV, Random, 95% CI) | 1.55 [0.58, 2.52] |
| 8.4 Rectal misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 8.5 Sublingual misoprostol | 0 | 0 | Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 9 Pain relief | 4 | 525 | Risk Ratio (M-H, Random, 95% CI) | 1.48 [0.67, 3.25] |
| 9.1 Vaginal misoprostol | 3 | 313 | Risk Ratio (M-H, Random, 95% CI) | 1.64 [1.05, 2.55] |
| 9.2 Oral misoprostol | 1 | 212 | Risk Ratio (M-H, Random, 95% CI) | 0.85 [0.77, 0.92] |
| 9.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 9.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 9.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 10 Pelvic infection < 14 days | 7 | 907 | Risk Ratio (M-H, Random, 95% CI) | 0.70 [0.25, 1.99] |

Pet. Ref. 401

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 10.1 Vaginal misoprostol | 4 | 338 | Risk Ratio (M-H, Random, 95% CI) | 1.14 [0.29, 4.44] |
| 10.2 Oral misoprostol | 2 | 489 | Risk Ratio (M-H, Random, 95% CI) | 0.26 [0.03, 2.41] |
| 10.3 Vaginal + oral misoprostol | 1 | 80 | Risk Ratio (M-H, Random, 95% CI) | 0.5 [0.05, 5.30] |
| 10.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 10.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 11 Cervical damage | 1 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 11.1 Vaginal misoprostol | 1 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 11.2 Oral misoprostol | 1 | 189 | Risk Ratio (M-H, Random, 95% CI) | 0.07 [0.00, 1.25] |
| 11.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 11.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 11.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 12 Digestive disorders | 1 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 12.1 Vaginal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 12.2 Oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 12.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 12.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 12.5 Sublingual misoprostol | 1 | 516 | Risk Ratio (M-H, Random, 95% CI) | 3.90 [1.81, 8.42] |
| 13 Women's views/acceptability of method | 9 | 3349 | Risk Ratio (M-H, Random, 95% CI) | 1.00 [0.99, 1.00] |
| 13.1 Vaginal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 13.2 Oral misoprostol | 7 | 1875 | Risk Ratio (M-H, Random, 95% CI) | 1.00 [0.99, 1.00] |
| 13.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 13.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 13.5 Sublingual misoprostol | 2 | 1474 | Risk Ratio (M-H, Random, 95% CI) | 1.00 [0.98, 1.01] |
| 14 Women's views/satisfaction - continuous data | 2 | | Std. Mean Difference (IV, Random, 95% CI) | Subtotals only |

Pet. Ref. 402

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 14.1 Vaginal misoprostol | 2 | 131 | Std. Mean Difference (IV, Random, 95% CI) | 1.01 [0.01, 2.00] |
| 14.2 Oral misoprostol | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 14.3 Vaginal + oral misoprostol | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 14.4 Rectal misoprostol | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 14.5 Sublingual misoprostol | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 15 Nausea | 11 | 3015 | Risk Ratio (M-H, Random, 95% CI) | 2.50 [1.53, 4.09] |
| 15.1 Vaginal misoprostol | 3 | 156 | Risk Ratio (M-H, Random, 95% CI) | 1.46 [0.61, 3.48] |
| 15.2 Oral misoprostol | 6 | 1700 | Risk Ratio (M-H, Random, 95% CI) | 2.97 [1.54, 5.74] |
| 15.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 15.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 15.5 Sublingual misoprostol | 2 | 1159 | Risk Ratio (M-H, Random, 95% CI) | 2.85 [0.70, 11.53] |
| 16 Vomiting | 10 | 2977 | Risk Ratio (M-H, Random, 95% CI) | 1.97 [1.36, 2.85] |
| 16.1 Vaginal misoprostol | 2 | 131 | Risk Ratio (M-H, Random, 95% CI) | 1.26 [0.12, 13.73] |
| 16.2 Oral misoprostol | 6 | 1687 | Risk Ratio (M-H, Random, 95% CI) | 1.84 [1.07, 3.14] |
| 16.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 16.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 16.5 Sublingual misoprostol | 2 | 1159 | Risk Ratio (M-H, Random, 95% CI) | 2.90 [0.84, 9.96] |
| 17 Diarrhoea | 4 | 757 | Risk Ratio (M-H, Random, 95% CI) | 4.82 [1.09, 21.32] |
| 17.1 Vaginal misoprostol | 2 | 131 | Risk Ratio (M-H, Random, 95% CI) | 4.09 [0.51, 32.97] |
| 17.2 Oral misoprostol | 2 | 626 | Risk Ratio (M-H, Random, 95% CI) | 5.72 [0.69, 47.40] |
| 17.3 Vaginal + oral misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 17.4 Rectal misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 17.5 Sublingual misoprostol | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 403

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 2.1.  Comparison 2 Misoprostol versus surgery, Outcome 1 Complete miscarriage.

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.1.1 Vaginal misoprostol** | | | | | |
| Ganguly 2010 | 63/77 | 37/37 | | 2.71% | 0.82[0.74,0.92] |
| Moodliar 2005 | 43/47 | 47/47 | | 3.47% | 0.92[0.83,1.01] |
| Patua 2013 | 42/46 | 48/50 | | 2.98% | 0.95[0.86,1.06] |
| Shelley 2005 | 8/10 | 11/11 | | 0.36% | 0.81[0.57,1.13] |
| Zhang 2005 | 25/30 | 8/9 | | 0.52% | 0.94[0.71,1.24] |
| **Subtotal (95% CI)** | **210** | **154** | | **10.04%** | **0.9[0.85,0.95]** |
| Total events: 181 (Misoprostol), 151 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=4.02, df=4(P=0.4); I²=0.44% | | | | | |
| Test for overall effect: Z=3.62(P=0) | | | | | |
| | | | | | |
| **2.1.2 Oral misoprostol** | | | | | |
| Bique 2007 | 101/111 | 101/101 | | 6.16% | 0.91[0.86,0.97] |
| Chigbu 2012 | 158/160 | 160/160 | | 11.66% | 0.99[0.97,1.01] |
| Dao 2007 | 206/218 | 222/224 | | 9.73% | 0.95[0.92,0.99] |
| Montesinos 2011 | 100/106 | 97/97 | | 7.46% | 0.94[0.9,0.99] |
| Shwekerela 2007 | 149/150 | 150/150 | | 12.03% | 0.99[0.98,1.01] |
| Taylor 2011 | 106/108 | 109/110 | | 10.17% | 0.99[0.96,1.02] |
| Weeks 2005 | 103/107 | 75/82 | | 4.77% | 1.05[0.98,1.14] |
| **Subtotal (95% CI)** | **960** | **924** | | **61.97%** | **0.98[0.95,1]** |
| Total events: 923 (Misoprostol), 914 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=19.16, df=6(P=0); I²=68.68% | | | | | |
| Test for overall effect: Z=2.07(P=0.04) | | | | | |
| | | | | | |
| **2.1.3 Vaginal + oral misoprostol** | | | | | |
| Sahin 2001 | 38/40 | 40/40 | | 4.09% | 0.95[0.87,1.04] |
| **Subtotal (95% CI)** | **40** | **40** | | **4.09%** | **0.95[0.87,1.04]** |
| Total events: 38 (Misoprostol), 40 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.17(P=0.24) | | | | | |
| | | | | | |
| **2.1.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.1.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 342/348 | 346/347 | | 12.42% | 0.99[0.97,1] |
| Shochet 2012 | 439/465 | 374/374 | | 11.48% | 0.94[0.92,0.97] |
| **Subtotal (95% CI)** | **813** | **721** | | **23.9%** | **0.97[0.92,1.01]** |
| Total events: 781 (Misoprostol), 720 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=11.95, df=1(P=0); I²=91.63% | | | | | |
| Test for overall effect: Z=1.47(P=0.14) | | | | | |
| | | | | | |
| **Total (95% CI)** | **2023** | **1839** | | **100%** | **0.96[0.94,0.98]** |
| Total events: 1923 (Misoprostol), 1825 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=52.74, df=14(P<0.0001); I²=73.45% | | | | | |

Favours surgery  0.5  0.7  1  1.5  2  Favours misoprostol

Pet. Ref. 404



Cochrane **Database of Systematic Reviews**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Test for overall effect: Z=3.48(P=0) | | | | | |
| Test for subgroup differences: Chi²=6.84, df=1 (P=0.08), I²=56.14% | | | | | |

Favours surgery  0.5  0.7  1  1.5  2  Favours misoprostol

**Analysis 2.2.   Comparison 2 Misoprostol versus surgery, Outcome 2 Surgical evacuation.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.2.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 4/47 | 47/47 | | 7.94% | 0.09[0.04,0.23] |
| Patua 2013 | 4/46 | 50/50 | | 7.94% | 0.1[0.04,0.23] |
| Trinder 2006 | 26/90 | 78/92 | | 8.76% | 0.34[0.24,0.48] |
| Zhang 2005 | 4/30 | 9/9 | | 7.97% | 0.15[0.06,0.36] |
| **Subtotal (95% CI)** | **213** | **198** | | **32.6%** | **0.16[0.07,0.35]** |
| Total events: 38 (Misoprostol), 184 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.52; Chi²=15.37, df=3(P=0); I²=80.48% | | | | | |
| Test for overall effect: Z=4.54(P<0.0001) | | | | | |
| | | | | | |
| **2.2.2 Oral misoprostol** | | | | | |
| Bique 2007 | 10/111 | 101/101 | | 8.47% | 0.09[0.05,0.17] |
| Chigbu 2012 | 2/160 | 160/160 | | 7.19% | 0.02[0,0.05] |
| Dao 2007 | 12/218 | 222/224 | | 8.51% | 0.06[0.03,0.1] |
| Montesinos 2011 | 6/106 | 97/97 | | 8.19% | 0.06[0.03,0.13] |
| Shwekerela 2007 | 1/150 | 150/150 | | 6.35% | 0.01[0,0.05] |
| Taylor 2011 | 1/108 | 110/110 | | 6.36% | 0.01[0,0.07] |
| Weeks 2005 | 4/107 | 76/82 | | 7.77% | 0.04[0.02,0.11] |
| **Subtotal (95% CI)** | **960** | **924** | | **52.83%** | **0.04[0.02,0.07]** |
| Total events: 36 (Misoprostol), 916 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.38; Chi²=17.99, df=6(P=0.01); I²=66.64% | | | | | |
| Test for overall effect: Z=10.79(P<0.0001) | | | | | |
| | | | | | |
| **2.2.3 Vaginal + oral misoprostol** | | | | | |
| Sahin 2001 | 1/40 | 40/40 | | 6.4% | 0.04[0.01,0.18] |
| **Subtotal (95% CI)** | **40** | **40** | | **6.4%** | **0.04[0.01,0.18]** |
| Total events: 1 (Misoprostol), 40 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=4.11(P<0.0001) | | | | | |
| | | | | | |
| **2.2.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.2.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 6/348 | 347/347 | | 8.16% | 0.02[0.01,0.04] |
| **Subtotal (95% CI)** | **348** | **347** | | **8.16%** | **0.02[0.01,0.04]** |
| Total events: 6 (Misoprostol), 347 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |

Favours misoprostol  0.005  0.1  1  10  200  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 405



| Study or subgroup | Misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |

Test for overall effect: Z=10.25(P<0.0001)

| **Total (95% CI)** | **1561** | **1509** | | **100%** | **0.05[0.02,0.11]** |

Total events: 81 (Misoprostol), 1487 (Surgery)

Heterogeneity: Tau²=1.64; Chi²=145.09, df=12(P<0.0001); I²=91.73%

Test for overall effect: Z=7.7(P<0.0001)

Test for subgroup differences: Chi²=14.82, df=1 (P=0), I²=79.75%

Favours misoprostol  0.005  0.1  1  10  200  Favours surgery

---

### Analysis 2.3.   Comparison 2 Misoprostol versus surgery, Outcome 3 Death or serious complication.

| Study or subgroup | Misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **2.3.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 0/47 | 0/47 | | | Not estimable |
| Zhang 2005 | 1/29 | 0/9 | | 100% | 1[0.04,22.64] |
| **Subtotal (95% CI)** | **76** | **56** | | **100%** | **1[0.04,22.64]** |
| Total events: 1 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.3.2 Oral misoprostol** | | | | | |
| Montesinos 2011 | 0/106 | 0/97 | | | Not estimable |
| Taylor 2011 | 0/108 | 0/110 | | | Not estimable |
| **Subtotal (95% CI)** | **214** | **207** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.3.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.3.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.3.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 0/348 | 0/347 | | | Not estimable |
| **Subtotal (95% CI)** | **348** | **347** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **Total (95% CI)** | **638** | **610** | | **100%** | **1[0.04,22.64]** |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

Pet. Ref. 406



Cochrane Database of Systematic Reviews

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Total events: 1 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

---

**Analysis 2.4.   Comparison 2 Misoprostol versus surgery, Outcome 4 Unplanned surgical intervention.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.4.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 4/47 | 0/47 | | 4.59% | 9[0.5,162.62] |
| Patua 2013 | 4/46 | 2/50 | | 14.12% | 2.17[0.42,11.31] |
| Trinder 2006 | 26/90 | 2/92 | | 19.36% | 13.29[3.25,54.35] |
| Zhang 2005 | 4/30 | 1/9 | | 9.04% | 1.2[0.15,9.42] |
| **Subtotal (95% CI)** | **213** | **198** | | **47.1%** | **4.29[1.24,14.87]** |
| Total events: 38 (Misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.67; Chi²=5.18, df=3(P=0.16); I²=42.09% | | | | | |
| Test for overall effect: Z=2.3(P=0.02) | | | | | |
| | | | | | |
| **2.4.2 Oral misoprostol** | | | | | |
| Bique 2007 | 10/111 | 0/101 | | 4.82% | 19.13[1.14,322.25] |
| Chigbu 2012 | 2/160 | 0/160 | | 4.19% | 5[0.24,103.33] |
| Dao 2007 | 12/218 | 2/224 | | 17.41% | 6.17[1.4,27.23] |
| Montesinos 2011 | 6/106 | 0/97 | | 4.68% | 11.91[0.68,208.61] |
| Taylor 2011 | 1/108 | 1/110 | | 5.05% | 1.02[0.06,16.08] |
| Weeks 2005 | 4/107 | 1/82 | | 8.14% | 3.07[0.35,26.91] |
| **Subtotal (95% CI)** | **810** | **774** | | **44.28%** | **5.25[2.07,13.32]** |
| Total events: 35 (Misoprostol), 4 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=2.9, df=5(P=0.72); I²=0% | | | | | |
| Test for overall effect: Z=3.49(P=0) | | | | | |
| | | | | | |
| **2.4.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.4.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.4.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 6/348 | 1/347 | | 8.61% | 5.98[0.72,49.43] |
| **Subtotal (95% CI)** | **348** | **347** | | **8.61%** | **5.98[0.72,49.43]** |
| Total events: 6 (Misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

Pet. Ref. 407



| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Test for overall effect: Z=1.66(P=0.1) | | | | | |
| | | | | | |
| **Total (95% CI)** | **1371** | **1319** | | **100%** | **5.03[2.71,9.35]** |
| Total events: 79 (Misoprostol), 10 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=8.07, df=10(P=0.62); I$^2$=0% | | | | | |
| Test for overall effect: Z=5.11(P<0.0001) | | | | | |
| Test for subgroup differences: Chi$^2$=0.1, df=1 (P=0.95), I$^2$=0% | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

**Analysis 2.5.   Comparison 2 Misoprostol versus surgery, Outcome 5 Blood transfusion.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.5.1 Vaginal misoprostol** | | | | | |
| Shelley 2005 | 0/10 | 0/11 | | | Not estimable |
| Trinder 2006 | 1/90 | 0/92 | | 48.92% | 3.07[0.13,74.28] |
| Zhang 2005 | 1/29 | 0/9 | | 51.08% | 1[0.04,22.64] |
| **Subtotal (95% CI)** | **129** | **112** | | **100%** | **1.73[0.19,16.08]** |
| Total events: 2 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=0.24, df=1(P=0.62); I$^2$=0% | | | | | |
| Test for overall effect: Z=0.48(P=0.63) | | | | | |
| | | | | | |
| **2.5.2 Oral misoprostol** | | | | | |
| Weeks 2005 | 0/107 | 0/82 | | | Not estimable |
| **Subtotal (95% CI)** | **107** | **82** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.5.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.5.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.5.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 408

Cochrane Database of Systematic Reviews

**Analysis 2.6.   Comparison 2 Misoprostol versus surgery, Outcome 6 Blood loss.**



| Study or subgroup | Misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Random, 95% CI | | Random, 95% CI |
| **2.6.1 Vaginal misoprostol** | | | | | | | |
| Patua 2013 | 46 | 0.2 (0.1) | 50 | 0.2 (0.1) | | 100% | 0.03[-0.02,0.08] |
| **Subtotal ***** | **46** | | **50** | | | **100%** | **0.03[-0.02,0.08]** |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z=1.17(P=0.24) | | | | | | | |
| **2.6.2 Oral misoprostol** | | | | | | | |
| **Subtotal ***** | **0** | | **0** | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| **2.6.3 Vaginal + oral misoprostol** | | | | | | | |
| **Subtotal ***** | **0** | | **0** | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| **2.6.4 Rectal misoprostol** | | | | | | | |
| **Subtotal ***** | **0** | | **0** | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| **2.6.5 Sublingual misoprostol** | | | | | | | |
| **Subtotal ***** | **0** | | **0** | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours misoprostol    -0.5    -0.25    0    0.25    0.5    Favours surgery

**Analysis 2.7.   Comparison 2 Misoprostol versus surgery, Outcome 7 Anaemia.**

| Study or subgroup | Misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **2.7.1 Vaginal misoprostol** | | | | | |
| Zhang 2005 | 6/28 | 1/8 | | 55.95% | 1.71[0.24,12.24] |
| **Subtotal (95% CI)** | **28** | **8** | | **55.95%** | **1.71[0.24,12.24]** |
| Total events: 6 (Misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.54(P=0.59) | | | | | |
| **2.7.2 Oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.7.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |

Favours misoprostol    0.01    0.1    1    10    100    Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 409



**Analysis 2.8.   Comparison 2 Misoprostol versus surgery, Outcome 8 Days of bleeding.**

| Study or subgroup | Misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Random, 95% CI | | Random, 95% CI |
| **2.8.1 Vaginal misoprostol** | | | | | | | |
| Moodliar 2005 | 47 | 7 (3.4) | 47 | 4.4 (3.2) | | 35.85% | 2.6[1.27,3.93] |
| Zhang 2005 | 28 | 11.3 (2.7) | 9 | 7.8 (4.1) | | 10.09% | 3.5[0.64,6.36] |
| **Subtotal \*\*\*** | **75** | | **56** | | | **45.94%** | **2.76[1.55,3.97]** |
| Heterogeneity: Tau²=0; Chi²=0.31, df=1(P=0.58); I²=0% | | | | | | | |
| Test for overall effect: Z=4.47(P<0.0001) | | | | | | | |
| | | | | | | | |
| **2.8.2 Oral misoprostol** | | | | | | | |
| **Subtotal \*\*\*** | **0** | | **0** | | | | **Not estimable** |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| | | | | | | | |
| **2.8.3 Vaginal + oral misoprostol** | | | | | | | |
| Sahin 2001 | 40 | 6.5 (2.2) | 40 | 4.9 (2.2) | | 54.06% | 1.55[0.58,2.52] |
| **Subtotal \*\*\*** | **40** | | **40** | | | **54.06%** | **1.55[0.58,2.52]** |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z=3.14(P=0) | | | | | | | |
| | | | | | | | |
| **2.8.4 Rectal misoprostol** | | | | | | | |
| **Subtotal \*\*\*** | **0** | | **0** | | | | **Not estimable** |
| Heterogeneity: Not applicable | | | | | | | |

Favours misoprostol    -10    -5    0    5    10    Favours surgery

Pet. Ref. 410



| Study or subgroup | Misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Random, 95% CI | | Random, 95% CI |
| Test for overall effect: Not applicable | | | | | | | |
| | | | | | | | |
| **2.8.5 Sublingual misoprostol** | | | | | | | |
| Subtotal *** | 0 | | 0 | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| | | | | | | | |
| **Total ***** | **115** | | **96** | | | **100%** | **2.12[1.18,3.07]** |
| Heterogeneity: Tau$^2$=0.19; Chi$^2$=2.66, df=2(P=0.26); I$^2$=24.78% | | | | | | | |
| Test for overall effect: Z=4.39(P<0.0001) | | | | | | | |
| Test for subgroup differences: Chi$^2$=2.35, df=1 (P=0.13), I$^2$=57.38% | | | | | | | |

Favours misoprostol  -10  -5  0  5  10  Favours surgery

**Analysis 2.9.   Comparison 2 Misoprostol versus surgery, Outcome 9 Pain relief.**

| Study or subgroup | Misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **2.9.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 28/47 | 18/47 | | 29.7% | 1.56[1.01,2.4] |
| Trinder 2006 | 17/90 | 12/92 | | 26.26% | 1.45[0.73,2.86] |
| Zhang 2005 | 20/28 | 1/9 | | 11.57% | 6.43[1.41,41.41] |
| Subtotal (95% CI) | 165 | 148 | | 67.53% | 1.64[1.05,2.55] |
| Total events: 65 (Misoprostol), 31 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0.03; Chi$^2$=2.46, df=2(P=0.29); I$^2$=18.61% | | | | | |
| Test for overall effect: Z=2.2(P=0.03) | | | | | |
| | | | | | |
| **2.9.2 Oral misoprostol** | | | | | |
| Bique 2007 | 92/111 | 99/101 | | 32.47% | 0.85[0.77,0.92] |
| Subtotal (95% CI) | 111 | 101 | | 32.47% | 0.85[0.77,0.92] |
| Total events: 92 (Misoprostol), 99 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=0, df=0(P<0.0001); I$^2$=100% | | | | | |
| Test for overall effect: Z=3.7(P=0) | | | | | |
| | | | | | |
| **2.9.3 Vaginal + oral misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.9.4 Rectal misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.9.5 Sublingual misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |

Favours misoprostol  0.05  0.2  1  5  20  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 411



| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Test for overall effect: Not applicable | | | | | |
| **Total (95% CI)** | **276** | **249** | | **100%** | **1.48[0.67,3.25]** |

Total events: 157 (Misoprostol), 130 (Surgery)
Heterogeneity: Tau²=0.5; Chi²=31.44, df=3(P<0.0001); I²=90.46%
Test for overall effect: Z=0.97(P=0.33)
Test for subgroup differences: Chi²=8.31, df=1 (P=0), I²=87.97%

Favours misoprostol    0.05    0.2    1    5    20    Favours surgery

---

### Analysis 2.10.   Comparison 2 Misoprostol versus surgery, Outcome 10 Pelvic infection < 14 days.

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.10.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 0/47 | 0/47 | | | Not estimable |
| Shelley 2005 | 2/11 | 0/12 | | 12.66% | 5.42[0.29,101.77] |
| Trinder 2006 | 2/90 | 3/92 | | 34.96% | 0.68[0.12,3.98] |
| Zhang 2005 | 1/30 | 0/9 | | 11.19% | 0.97[0.04,21.92] |
| **Subtotal (95% CI)** | **178** | **160** | | **58.82%** | **1.14[0.29,4.44]** |
| Total events: 5 (Misoprostol), 3 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.45, df=2(P=0.48); I²=0% | | | | | |
| Test for overall effect: Z=0.19(P=0.85) | | | | | |
| **2.10.2 Oral misoprostol** | | | | | |
| Shwekerela 2007 | 0/150 | 0/150 | | | Not estimable |
| Weeks 2005 | 1/107 | 3/82 | | 21.62% | 0.26[0.03,2.41] |
| **Subtotal (95% CI)** | **257** | **232** | | **21.62%** | **0.26[0.03,2.41]** |
| Total events: 1 (Misoprostol), 3 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.19(P=0.23) | | | | | |
| **2.10.3 Vaginal + oral misoprostol** | | | | | |
| Sahin 2001 | 1/40 | 2/40 | | 19.56% | 0.5[0.05,5.3] |
| **Subtotal (95% CI)** | **40** | **40** | | **19.56%** | **0.5[0.05,5.3]** |
| Total events: 1 (Misoprostol), 2 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.58(P=0.56) | | | | | |
| **2.10.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.10.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours misoprostol    0.01    0.1    1    10    100    Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 412



Cochrane Database of Systematic Reviews

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **Total (95% CI)** | **475** | **432** | | **100%** | **0.7[0.25,1.99]** |

Total events: 7 (Misoprostol), 8 (Surgery)

Heterogeneity: Tau²=0; Chi²=2.78, df=4(P=0.6); I²=0%

Test for overall effect: Z=0.67(P=0.51)

Test for subgroup differences: Chi²=1.34, df=1 (P=0.51), I²=0%

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

**Analysis 2.11.   Comparison 2 Misoprostol versus surgery, Outcome 11 Cervical damage.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.11.1 Vaginal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.11.2 Oral misoprostol** | | | | | |
| Weeks 2005 | 0/107 | 5/82 | | 100% | 0.07[0,1.25] |
| **Subtotal (95% CI)** | **107** | **82** | | **100%** | **0.07[0,1.25]** |
| Total events: 0 (Misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.81(P=0.07) | | | | | |
| **2.11.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.11.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.11.5 Sublingual misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 413

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 2.12.   Comparison 2 Misoprostol versus surgery, Outcome 12 Digestive disorders.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|:---:|---|---|
| **2.12.1 Vaginal misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.12.2 Oral misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.12.3 Vaginal + oral misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.12.4 Rectal misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.12.5 Sublingual misoprostol** | | | | | |
| Shochet 2012 | 51/336 | 7/180 | | 100% | 3.9[1.81,8.42] |
| Subtotal (95% CI) | 336 | 180 | | 100% | 3.9[1.81,8.42] |
| Total events: 51 (Misoprostol), 7 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0, df=0(P<0.0001); I²=100% | | | | | |
| Test for overall effect: Z=3.47(P=0) | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours misoprostol  0.01   0.1   1   10   100  Favours surgery

**Analysis 2.13.   Comparison 2 Misoprostol versus surgery, Outcome 13 Women's views/acceptability of method.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|:---:|---|---|
| **2.13.1 Vaginal misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.13.2 Oral misoprostol** | | | | | |
| Bique 2007 | 107/111 | 101/101 | | 3.72% | 0.96[0.93,1] |
| Chigbu 2012 | 160/160 | 160/160 | | 40.56% | 1[0.99,1.01] |
| Dao 2007 | 210/218 | 215/224 | | 4.34% | 1[0.97,1.04] |
| Montesinos 2011 | 102/106 | 94/97 | | 2.25% | 0.99[0.94,1.05] |

Favours misoprostol   1   Favours surgery

Pet. Ref. 414

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Shwekerela 2007 | 149/150 | 150/150 | | 17.75% | 0.99[0.98,1.01] |
| Taylor 2011 | 103/108 | 108/110 | | 2.54% | 0.97[0.93,1.02] |
| Weeks 2005 | 99/105 | 71/75 | | 1.18% | 1[0.93,1.07] |
| **Subtotal (95% CI)** | **958** | **917** | | **72.34%** | **1[0.99,1]** |
| Total events: 930 (Misoprostol), 899 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=4.95, df=6(P=0.55); I²=0% | | | | | |
| Test for overall effect: Z=0.98(P=0.33) | | | | | |
| | | | | | |
| **2.13.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.13.4 Rectal misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **2.13.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 337/348 | 341/347 | | 10.86% | 0.99[0.96,1.01] |
| Shochet 2012 | 452/459 | 314/320 | | 16.8% | 1[0.98,1.02] |
| **Subtotal (95% CI)** | **807** | **667** | | **27.66%** | **1[0.98,1.01]** |
| Total events: 789 (Misoprostol), 655 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.44, df=1(P=0.23); I²=30.56% | | | | | |
| Test for overall effect: Z=0.46(P=0.65) | | | | | |
| | | | | | |
| **Total (95% CI)** | **1765** | **1584** | | **100%** | **1[0.99,1]** |
| Total events: 1719 (Misoprostol), 1554 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=6.06, df=8(P=0.64); I²=0% | | | | | |
| Test for overall effect: Z=1.09(P=0.28) | | | | | |
| Test for subgroup differences: Chi²=0, df=1 (P=0.97), I²=0% | | | | | |
| | Favours misoprostol | | 1 | Favours surgery | |

### Analysis 2.14. Comparison 2 Misoprostol versus surgery, Outcome 14 Women's views/satisfaction - continuous data.

| Study or subgroup | Misoprostol N | Misoprostol Mean(SD) | Surgery N | Surgery Mean(SD) | Std. Mean Difference Random, 95% CI | Weight | Std. Mean Difference Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **2.14.1 Vaginal misoprostol** | | | | | | | |
| Moodliar 2005 | 47 | 8.4 (2.1) | 47 | 7.3 (1.9) | | 56.7% | 0.56[0.15,0.98] |
| Zhang 2005 | 28 | 4.8 (0.5) | 9 | 3.3 (1.7) | | 43.3% | 1.59[0.75,2.43] |
| **Subtotal ***** | **75** | | **56** | | | **100%** | **1.01[0.01,2]** |
| Heterogeneity: Tau²=0.41; Chi²=4.58, df=1(P=0.03); I²=78.17% | | | | | | | |
| Test for overall effect: Z=1.98(P=0.05) | | | | | | | |
| | | | | | | | |
| **2.14.2 Oral misoprostol** | | | | | | | |
| **Subtotal ***** | **0** | | **0** | | | | **Not estimable** |
| Heterogeneity: Not applicable | | | | | | | |
| | | Favours misoprostol | | | -5 -2.5 0 2.5 5 | Favours surgery | |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Cochrane**
**Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



Analysis 2.15.   Comparison 2 Misoprostol versus surgery, Outcome 15 Nausea.

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.15.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 0/47 | 1/47 | | 2.13% | 0.33[0.01,7.98] |
| Shelley 2005 | 2/13 | 1/12 | | 3.78% | 1.85[0.19,17.84] |
| Zhang 2005 | 15/28 | 3/9 | | 11.05% | 1.61[0.6,4.31] |
| **Subtotal (95% CI)** | **88** | **68** | | **16.96%** | **1.46[0.61,3.48]** |
| Total events: 17 (Misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.93, df=2(P=0.63); I²=0% | | | | | |
| Test for overall effect: Z=0.85(P=0.4) | | | | | |
| | | | | | |
| **2.15.2 Oral misoprostol** | | | | | |
| Bique 2007 | 13/111 | 2/101 | | 7.18% | 5.91[1.37,25.57] |
| Chigbu 2012 | 8/160 | 7/160 | | 11.01% | 1.14[0.42,3.08] |
| Dao 2007 | 12/223 | 2/224 | | 7.05% | 6.03[1.36,26.62] |
| Montesinos 2011 | 5/106 | 0/97 | | 2.53% | 10.07[0.56,179.84] |
| Shwekerela 2007 | 38/150 | 9/150 | | 14.31% | 4.22[2.12,8.42] |
| Taylor 2011 | 7/108 | 5/110 | | 9.81% | 1.43[0.47,4.36] |
| **Subtotal (95% CI)** | **858** | **842** | | **51.89%** | **2.97[1.54,5.74]** |
| Total events: 83 (Misoprostol), 25 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.27; Chi²=8.8, df=5(P=0.12); I²=43.21% | | | | | |
| Test for overall effect: Z=3.25(P=0) | | | | | |
| | | | | | |
| **2.15.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours misoprostol  0.01   0.1   1   10   100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 416

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



Analysis 2.16.   Comparison 2 Misoprostol versus surgery, Outcome 16 Vomiting.

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.16.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 0/47 | 1/47 | | 1.36% | 0.33[0.01,7.98] |
| Zhang 2005 | 5/28 | 0/9 | | 1.75% | 3.79[0.23,62.65] |
| **Subtotal (95% CI)** | **75** | **56** | | **3.11%** | **1.26[0.12,13.73]** |
| Total events: 5 (Misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.65; Chi²=1.28, df=1(P=0.26); I²=21.82% | | | | | |
| Test for overall effect: Z=0.19(P=0.85) | | | | | |
| | | | | | |
| **2.16.2 Oral misoprostol** | | | | | |
| Bique 2007 | 5/111 | 0/101 | | 1.65% | 10.02[0.56,178.93] |
| Chigbu 2012 | 6/160 | 6/160 | | 11.14% | 1[0.33,3.03] |
| Dao 2007 | 5/223 | 4/224 | | 8.1% | 1.26[0.34,4.61] |
| Montesinos 2011 | 2/106 | 0/97 | | 1.5% | 4.58[0.22,94.21] |
| Shwekerela 2007 | 17/150 | 6/150 | | 16.85% | 2.83[1.15,6.99] |
| Taylor 2011 | 5/93 | 4/112 | | 8.31% | 1.51[0.42,5.45] |
| **Subtotal (95% CI)** | **843** | **844** | | **47.56%** | **1.84[1.07,3.14]** |
| Total events: 40 (Misoprostol), 20 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=4.22, df=5(P=0.52); I²=0% | | | | | |
| Test for overall effect: Z=2.22(P=0.03) | | | | | |
| | | | | | |
| **2.16.3 Vaginal + oral misoprostol** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |

Favours misoprostol   0.01   0.1   1   10   100   Favours surgery

Pet. Ref. 417

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.16.4 Rectal misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **2.16.5 Sublingual misoprostol** | | | | | |
| Dabash 2010 | 32/327 | 17/316 | | 42.63% | 1.82[1.03,3.21] |
| Shochet 2012 | 24/336 | 2/180 | | 6.7% | 6.43[1.54,26.89] |
| Subtotal (95% CI) | 663 | 496 | | 49.34% | 2.9[0.84,9.96] |
| Total events: 56 (Misoprostol), 19 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.54; Chi²=2.77, df=1(P=0.1); I²=63.84% | | | | | |
| Test for overall effect: Z=1.69(P=0.09) | | | | | |
| **Total (95% CI)** | 1581 | 1396 | | 100% | 1.97[1.36,2.85] |
| Total events: 101 (Misoprostol), 40 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=8.57, df=9(P=0.48); I²=0% | | | | | |
| Test for overall effect: Z=3.58(P=0) | | | | | |
| Test for subgroup differences: Chi²=0.57, df=1 (P=0.75), I²=0% | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

**Analysis 2.17.   Comparison 2 Misoprostol versus surgery, Outcome 17 Diarrhoea.**

| Study or subgroup | Misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **2.17.1 Vaginal misoprostol** | | | | | |
| Moodliar 2005 | 1/47 | 0/47 | | 21.89% | 3[0.13,71.82] |
| Zhang 2005 | 7/28 | 0/9 | | 28.75% | 5.17[0.32,82.63] |
| Subtotal (95% CI) | 75 | 56 | | 50.64% | 4.09[0.51,32.97] |
| Total events: 8 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.07, df=1(P=0.8); I²=0% | | | | | |
| Test for overall effect: Z=1.32(P=0.19) | | | | | |
| **2.17.2 Oral misoprostol** | | | | | |
| Chigbu 2012 | 3/160 | 0/160 | | 25.28% | 7[0.36,134.43] |
| Weeks 2005 | 2/159 | 0/147 | | 24.08% | 4.63[0.22,95.55] |
| Subtotal (95% CI) | 319 | 307 | | 49.36% | 5.72[0.69,47.4] |
| Total events: 5 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.04, df=1(P=0.85); I²=0% | | | | | |
| Test for overall effect: Z=1.62(P=0.11) | | | | | |
| **2.17.3 Vaginal + oral misoprostol** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours misoprostol  0.01  0.1  1  10  100  Favours surgery

Pet. Ref. 418



## Comparison 3.  Vaginal misoprostol versus expectant care

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 2 | 150 | Risk Ratio (M-H, Random, 95% CI) | 1.23 [0.72, 2.10] |
| 1.2 Geststion 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 0.62 [0.17, 2.26] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Death or serious complication | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 1 | 126 | Risk Ratio (M-H, Fixed, 95% CI) | 2.91 [0.12, 70.05] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 419

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 428 of 754  PageID.4815

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 4 Unplanned surgical intervention | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 0.62 [0.17, 2.26] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Blood transfusion | 3 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 3 | 332 | Risk Ratio (M-H, Fixed, 95% CI) | 3.07 [0.13, 74.28] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Pain relief | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 2 | 308 | Risk Ratio (M-H, Random, 95% CI) | 1.12 [0.67, 1.88] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Pelvic infection < 14 days | 3 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 3 | 333 | Risk Ratio (M-H, Fixed, 95% CI) | 2.81 [0.77, 10.33] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 3.1.   Comparison 3 Vaginal misoprostol versus expectant care, Outcome 1 Complete miscarriage.**



| Study or subgroup | Vag misoprostol n/N | Expectant care n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **3.1.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 52/64 | 32/62 | | 53.04% | 1.57[1.2,2.06] |
| Shelley 2005 | 8/10 | 12/14 | | 46.96% | 0.93[0.64,1.36] |
| **Subtotal (95% CI)** | **74** | **76** | | **100%** | **1.23[0.72,2.1]** |
| Total events: 60 (Vag misoprostol), 44 (Expectant care) | | | | | |
| Heterogeneity: Tau²=0.12; Chi²=5.37, df=1(P=0.02); I²=81.37% | | | | | |
| Test for overall effect: Z=0.76(P=0.45) | | | | | |
| | | | | | |
| **3.1.2 Geststion 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |

Favours expectant care   0.01  0.1  1  10  100   Favours vag misoprostol

Pet. Ref. 420





Case 1:17-cv-00493-JAO-RT Document 198-2 Filed 11/30/23 Page 429 of 754 PageID.4816

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **3.1.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |
| | Favours expectant care | | 0.01 0.1 1 10 100 | Favours vag misoprostol | |

### Analysis 3.2. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 2 Surgical evacuation.

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **3.2.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 8/64 | 25/62 | | 47.92% | 0.31[0.15,0.63] |
| Trinder 2006 | 26/90 | 23/92 | | 52.08% | 1.16[0.72,1.87] |
| **Subtotal (95% CI)** | **154** | **154** | | **100%** | **0.62[0.17,2.26]** |
| Total events: 34 (Vag misoprostol), 48 (Expectant care) | | | | | |
| Heterogeneity: $Tau^2$=0.78; $Chi^2$=9.11, df=1(P=0); $I^2$=89.03% | | | | | |
| Test for overall effect: Z=0.73(P=0.46) | | | | | |
| | | | | | |
| **3.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **3.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |
| | Favours vag misoprostol | | 0.01 0.1 1 10 100 | Favours expectant care | |

### Analysis 3.3. Comparison 3 Vaginal misoprostol versus expectant care, Outcome 3 Death or serious complication.

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **3.3.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 1/64 | 0/62 | | 100% | 2.91[0.12,70.05] |
| **Subtotal (95% CI)** | **64** | **62** | | **100%** | **2.91[0.12,70.05]** |
| Total events: 1 (Vag misoprostol), 0 (Expectant care) | | | | | |
| | Favours vag misoprostol | | 0.01 0.1 1 10 100 | Favours expectant care | |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |

Heterogeneity: Not applicable

Test for overall effect: Z=0.66(P=0.51)

**3.3.2 Gestation 13-23 weeks**

| Subtotal (95% CI) | 0 | 0 | | | Not estimable |

Total events: 0 (Vag misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

**3.3.3 Gestation not specified**

| Subtotal (95% CI) | 0 | 0 | | | Not estimable |

Total events: 0 (Vag misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

Test for subgroup differences: Not applicable

Favours vag misoprostol  0.01  0.1  1  10  100  Favours expectant care

**Analysis 3.4.   Comparison 3 Vaginal misoprostol versus expectant care, Outcome 4 Unplanned surgical intervention.**

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **3.4.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 8/64 | 25/62 | | 47.92% | 0.31[0.15,0.63] |
| Trinder 2006 | 26/90 | 23/92 | | 52.08% | 1.16[0.72,1.87] |
| **Subtotal (95% CI)** | **154** | **154** | | **100%** | **0.62[0.17,2.26]** |

Total events: 34 (Vag misoprostol), 48 (Expectant care)

Heterogeneity: Tau²=0.78; Chi²=9.11, df=1(P=0); I²=89.03%

Test for overall effect: Z=0.73(P=0.46)

**3.4.2 Gestation 13-23 weeks**

| Subtotal (95% CI) | 0 | 0 | | | Not estimable |

Total events: 0 (Vag misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

**3.4.3 Gestation not specified**

| Subtotal (95% CI) | 0 | 0 | | | Not estimable |

Total events: 0 (Vag misoprostol), 0 (Expectant care)

Heterogeneity: Not applicable

Test for overall effect: Not applicable

Test for subgroup differences: Not applicable

Favours vag misoprostol  0.01  0.1  1  10  100  Favours expectant care

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 422



### Analysis 3.5.   Comparison 3 Vaginal misoprostol versus expectant care, Outcome 5 Blood transfusion.



| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **3.5.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 0/64 | 0/62 | | | Not estimable |
| Shelley 2005 | 0/10 | 0/14 | | | Not estimable |
| Trinder 2006 | 1/90 | 0/92 | | 100% | 3.07[0.13,74.28] |
| **Subtotal (95% CI)** | **164** | **168** | | **100%** | **3.07[0.13,74.28]** |
| Total events: 1 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.69(P=0.49) | | | | | |
| | | | | | |
| **3.5.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **3.5.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol    0.01    0.1    1    10    100    Favours expectant care

### Analysis 3.6.   Comparison 3 Vaginal misoprostol versus expectant care, Outcome 6 Pain relief.

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **3.6.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 53/64 | 38/62 | | 62.15% | 1.35[1.08,1.7] |
| Trinder 2006 | 17/90 | 21/92 | | 37.85% | 0.83[0.47,1.46] |
| **Subtotal (95% CI)** | **154** | **154** | | **100%** | **1.12[0.67,1.88]** |
| Total events: 70 (Vag misoprostol), 59 (Expectant care) | | | | | |
| Heterogeneity: Tau²=0.1; Chi²=2.99, df=1(P=0.08); I²=66.51% | | | | | |
| Test for overall effect: Z=0.44(P=0.66) | | | | | |
| | | | | | |
| **3.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **3.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours vag misoprostol    0.01    0.1    1    10    100    Favours expectant care

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 423



Cochrane Database of Systematic Reviews

| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol   0.01   0.1   1   10   100   Favours expectant care

### Analysis 3.7.   Comparison 3 Vaginal misoprostol versus expectant care, Outcome 7 Pelvic infection < 14 days.



| Study or subgroup | Vag miso-prostol | Expectant care | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **3.7.1 Gestation < 13 weeks** | | | | | |
| Blohm 2005 | 3/64 | 0/62 | | 17.33% | 6.78[0.36,128.7] |
| Shelley 2005 | 2/11 | 0/14 | | 15.17% | 6.25[0.33,118.22] |
| Trinder 2006 | 2/90 | 2/92 | | 67.5% | 1.02[0.15,7.1] |
| **Subtotal (95% CI)** | **165** | **168** | | **100%** | **2.81[0.77,10.33]** |
| Total events: 7 (Vag misoprostol), 2 (Expectant care) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=1.67, df=2(P=0.43); I$^2$=0% | | | | | |
| Test for overall effect: Z=1.56(P=0.12) | | | | | |
| | | | | | |
| **3.7.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **3.7.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Expectant care) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol   0.01   0.1   1   10   100   Favours expectant care

### Comparison 4.   Vaginal misoprostol versus surgery

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 5 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 5 | 364 | Risk Ratio (M-H, Fixed, 95% CI) | 0.89 [0.84, 0.95] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 4 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 4 | 411 | Risk Ratio (M-H, Random, 95% CI) | 0.16 [0.07, 0.35] |

Pet. Ref. 424

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Death or serious complication | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 2 | 132 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.04, 22.64] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Unplanned surgical intervention | 4 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 4 | 411 | Risk Ratio (M-H, Random, 95% CI) | 4.29 [1.24, 14.87] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Blood transfusion | 3 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 3 | 241 | Risk Ratio (M-H, Fixed, 95% CI) | 1.82 [0.21, 15.70] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Anaemia | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 1 | 36 | Risk Ratio (M-H, Fixed, 95% CI) | 1.71 [0.24, 12.24] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Days of bleeding | 2 | | Mean Difference (IV, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 2 | 131 | Mean Difference (IV, Fixed, 95% CI) | 2.76 [1.55, 3.97] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Mean Difference (IV, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Mean Difference (IV, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8 Pain relief | 3 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 8.1 Gestation < 13 weeks | 3 | 313 | Risk Ratio (M-H, Fixed, 95% CI) | 1.75 [1.21, 2.54] |
| 8.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 425

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 9 Pelvic infection < 14 days | 4 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 9.1 Gestation < 13 weeks | 4 | 338 | Risk Ratio (M-H, Fixed, 95% CI) | 1.27 [0.37, 4.42] |
| 9.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 9.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 10 Women's views/satisfac-tion - continuous data | 2 | | Std. Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 10.1 Gestation < 13 weeks | 2 | 131 | Std. Mean Difference (IV, Random, 95% CI) | 1.01 [0.01, 2.00] |
| 10.2 Gestation 13-23 weeks | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 10.3 Gestation not specified | 0 | 0 | Std. Mean Difference (IV, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 11 Nausea | 3 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 11.1 Gestation < 13 weeks | 3 | 156 | Risk Ratio (M-H, Fixed, 95% CI) | 1.37 [0.58, 3.22] |
| 11.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 11.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 12 Vomiting | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 12.1 Gestation < 13 weeks | 2 | 131 | Risk Ratio (M-H, Fixed, 95% CI) | 1.48 [0.25, 8.93] |
| 12.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 12.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 13 Diarrhoea | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 13.1 Gestation < 13 weeks | 2 | 131 | Risk Ratio (M-H, Fixed, 95% CI) | 4.30 [0.52, 35.36] |
| 13.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 13.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 4.1.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 1 Complete miscarriage.**

| Study or subgroup | Vag miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **4.1.1 Gestation < 13 weeks** | | | | | |
| Ganguly 2010 | 63/77 | 37/37 | | 30.16% | 0.82[0.74,0.92] |

Favours surgery  0.2  0.5  1  2  5  Favours vag misoprostol

Pet. Ref. 426



**Analysis 4.2.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 2 Surgical evacuation.**

| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **4.2.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 4/47 | 47/47 | | 23.12% | 0.09[0.04,0.23] |
| Patua 2013 | 4/46 | 50/50 | | 23.13% | 0.1[0.04,0.23] |
| Trinder 2006 | 26/90 | 78/92 | | 30.42% | 0.34[0.24,0.48] |
| Zhang 2005 | 4/30 | 9/9 | | 23.33% | 0.15[0.06,0.36] |
| **Subtotal (95% CI)** | **213** | **198** | | **100%** | **0.16[0.07,0.35]** |
| Total events: 38 (Vag misoprostol), 184 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.52; Chi²=15.37, df=3(P=0); I²=80.48% | | | | | |
| Test for overall effect: Z=4.54(P<0.0001) | | | | | |
| | | | | | |
| **4.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours vag misoprostol  0.01  0.1  1  10  100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 427



Cochrane Database of Systematic Reviews

| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol — Favours surgery

**Analysis 4.3.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 3 Death or serious complication.**



| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **4.3.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 0/47 | 0/47 | | | Not estimable |
| Zhang 2005 | 1/29 | 0/9 | | 100% | 1[0.04,22.64] |
| **Subtotal (95% CI)** | **76** | **56** | | **100%** | **1[0.04,22.64]** |
| Total events: 1 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.3.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol — Favours surgery

**Analysis 4.4.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 4 Unplanned surgical intervention.**

| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **4.4.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 4/47 | 0/47 | | 14.11% | 9[0.5,162.62] |
| Patua 2013 | 4/46 | 2/50 | | 29.23% | 2.17[0.42,11.31] |
| Trinder 2006 | 26/90 | 2/92 | | 33.98% | 13.29[3.25,54.35] |
| Zhang 2005 | 4/30 | 1/9 | | 22.68% | 1.2[0.15,9.42] |
| **Subtotal (95% CI)** | **213** | **198** | | **100%** | **4.29[1.24,14.87]** |
| Total events: 38 (Vag misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0.67; Chi$^2$=5.18, df=3(P=0.16); I$^2$=42.09% | | | | | |
| Test for overall effect: Z=2.3(P=0.02) | | | | | |
| | | | | | |
| **4.4.2 Gestation 13-23 weeks** | | | | | |

Less with vag misoprostol — More with vag misoprostol

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 428



| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.4.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Less with vag misoprostol  0.01  0.1  1  10  100  More with vag misoprostol

**Analysis 4.5.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 5 Blood transfusion.**

| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **4.5.1 Gestation < 13 weeks** | | | | | |
| Shelley 2005 | 0/10 | 0/11 | | | Not estimable |
| Trinder 2006 | 1/90 | 0/92 | | 39.74% | 3.07[0.13,74.28] |
| Zhang 2005 | 1/29 | 0/9 | | 60.26% | 1[0.04,22.64] |
| Subtotal (95% CI) | 129 | 112 | | 100% | 1.82[0.21,15.7] |
| Total events: 2 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.24, df=1(P=0.62); I²=0% | | | | | |
| Test for overall effect: Z=0.55(P=0.59) | | | | | |
| | | | | | |
| **4.5.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.5.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol  0.01  0.1  1  10  100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 429



**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 4.6.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 6 Anaemia.



| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **4.6.1 Gestation < 13 weeks** | | | | | |
| Zhang 2005 | 6/28 | 1/8 | | 100% | 1.71[0.24,12.24] |
| **Subtotal (95% CI)** | **28** | **8** | | **100%** | **1.71[0.24,12.24]** |
| Total events: 6 (Vag misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.54(P=0.59) | | | | | |
| **4.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **4.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol  0.01  0.1  1  10  100  Favours surgery

### Analysis 4.7.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 7 Days of bleeding.

| Study or subgroup | Vag misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Fixed, 95% CI | | Fixed, 95% CI |
| **4.7.1 Gestation < 13 weeks** | | | | | | | |
| Moodliar 2005 | 47 | 7 (3.4) | 47 | 4.4 (3.2) | | 82.11% | 2.6[1.27,3.93] |
| Zhang 2005 | 28 | 11.3 (2.7) | 9 | 7.8 (4.1) | | 17.89% | 3.5[0.64,6.36] |
| **Subtotal \*\*\*** | **75** | | **56** | | | **100%** | **2.76[1.55,3.97]** |
| Heterogeneity: Tau²=0; Chi²=0.31, df=1(P=0.58); I²=0% | | | | | | | |
| Test for overall effect: Z=4.47(P<0.0001) | | | | | | | |
| **4.7.2 Gestation 13-23 weeks** | | | | | | | |
| **Subtotal \*\*\*** | **0** | | **0** | | | | **Not estimable** |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| **4.7.3 Gestation not specified** | | | | | | | |
| **Subtotal \*\*\*** | **0** | | **0** | | | | **Not estimable** |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours vag misoprostol  -10  -5  0  5  10  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 430



Cochrane Database of Systematic Reviews

### Analysis 4.8.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 8 Pain relief.

| Study or subgroup | Vag miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **4.8.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 28/47 | 18/47 | | 57.36% | 1.56[1.01,2.4] |
| Trinder 2006 | 17/90 | 12/92 | | 37.82% | 1.45[0.73,2.86] |
| Zhang 2005 | 20/28 | 1/9 | | 4.82% | 6.43[1.41,41.41] |
| **Subtotal (95% CI)** | **165** | **148** | | **100%** | **1.75[1.21,2.54]** |
| Total events: 65 (Vag misoprostol), 31 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=2.46, df=2(P=0.29); I²=18.61% | | | | | |
| Test for overall effect: Z=2.94(P=0) | | | | | |
| | | | | | |
| **4.8.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.8.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol  0.01  0.1  1  10  100  Favours surgery

### Analysis 4.9.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 9 Pelvic infection < 14 days.

| Study or subgroup | Vag miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **4.9.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 0/47 | 0/47 | | | Not estimable |
| Shelley 2005 | 2/11 | 0/12 | | 11.42% | 5.42[0.29,101.77] |
| Trinder 2006 | 2/90 | 3/92 | | 70.59% | 0.68[0.12,3.98] |
| Zhang 2005 | 1/30 | 0/9 | | 17.99% | 0.97[0.04,21.92] |
| **Subtotal (95% CI)** | **178** | **160** | | **100%** | **1.27[0.37,4.42]** |
| Total events: 5 (Vag misoprostol), 3 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.45, df=2(P=0.48); I²=0% | | | | | |
| Test for overall effect: Z=0.38(P=0.7) | | | | | |
| | | | | | |
| **4.9.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **4.9.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |

Favours vag misoprostol  0.01  0.1  1  10  100  Favours surgery



Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 431



| Study or subgroup | Vag miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|

Heterogeneity: Not applicable
Test for overall effect: Not applicable
Test for subgroup differences: Not applicable

Favours vag misoprostol    Favours surgery

---

**Analysis 4.10.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 10 Women's views/satisfaction - continuous data.**



| Study or subgroup | Vag misoprostol N | Mean(SD) | Surgery N | Mean(SD) | Std. Mean Difference Random, 95% CI | Weight | Std. Mean Difference Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **4.10.1 Gestation < 13 weeks** | | | | | | | |
| Moodliar 2005 | 47 | 8.4 (2.1) | 47 | 7.3 (1.9) | | 56.7% | 0.56[0.15,0.98] |
| Zhang 2005 | 28 | 4.8 (0.5) | 9 | 3.3 (1.7) | | 43.3% | 1.59[0.75,2.43] |
| **Subtotal *** | 75 | | 56 | | | 100% | 1.01[0.01,2] |
| Heterogeneity: Tau²=0.41; Chi²=4.58, df=1(P=0.03); I²=78.17% | | | | | | | |
| Test for overall effect: Z=1.98(P=0.05) | | | | | | | |
| | | | | | | | |
| **4.10.2 Gestation 13-23 weeks** | | | | | | | |
| **Subtotal *** | 0 | | 0 | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| | | | | | | | |
| **4.10.3 Gestation not specified** | | | | | | | |
| **Subtotal *** | 0 | | 0 | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours vag misoprostol    -5  -2.5  0  2.5  5    Favours surgery

---

**Analysis 4.11.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 11 Nausea.**

| Study or subgroup | Vag miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **4.11.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 0/47 | 1/47 | | 21.18% | 0.33[0.01,7.98] |
| Shelley 2005 | 2/13 | 1/12 | | 14.69% | 1.85[0.19,17.84] |
| Zhang 2005 | 15/28 | 3/9 | | 64.13% | 1.61[0.6,4.31] |
| **Subtotal (95% CI)** | 88 | 68 | | 100% | 1.37[0.58,3.22] |
| Total events: 17 (Vag misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.93, df=2(P=0.63); I²=0% | | | | | |
| Test for overall effect: Z=0.73(P=0.47) | | | | | |
| | | | | | |
| **4.11.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |

Favours vag misoprostol    0.01  0.1  1  10  100    Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 432



| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **4.11.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol    0.01    0.1    1    10    100    Favours surgery

**Analysis 4.12.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 12 Vomiting.**



| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **4.12.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 0/47 | 1/47 | | 66.86% | 0.33[0.01,7.98] |
| Zhang 2005 | 5/28 | 0/9 | | 33.14% | 3.79[0.23,62.65] |
| Subtotal (95% CI) | 75 | 56 | | 100% | 1.48[0.25,8.93] |
| Total events: 5 (Vag misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.28, df=1(P=0.26); I²=21.82% | | | | | |
| Test for overall effect: Z=0.43(P=0.67) | | | | | |
| **4.12.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **4.12.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol    0.01    0.1    1    10    100    Favours surgery

**Analysis 4.13.   Comparison 4 Vaginal misoprostol versus surgery, Outcome 13 Diarrhoea.**

| Study or subgroup | Vag miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **4.13.1 Gestation < 13 weeks** | | | | | |
| Moodliar 2005 | 1/47 | 0/47 | | 40.21% | 3[0.13,71.82] |
| Zhang 2005 | 7/28 | 0/9 | | 59.79% | 5.17[0.32,82.63] |

Favours vag misoprostol    0.01    0.1    1    10    100    Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 433

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



## Comparison 5.  Oral misoprostol versus surgery

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 7 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 7 | 1884 | Risk Ratio (M-H, Random, 95% CI) | 0.98 [0.95, 1.00] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 7 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 7 | 1884 | Risk Ratio (M-H, Random, 95% CI) | 0.04 [0.02, 0.07] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Unplanned surgical intervention | 6 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 6 | 1584 | Risk Ratio (M-H, Fixed, 95% CI) | 6.27 [2.57, 15.31] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Blood transfusion | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 434

| Outcome or subgroup title | No. of studies | No. of partici- pants | Statistical method | Effect size |
|---|---|---|---|---|
| 4.1 Gestation < 13 weeks | 1 | 189 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Pain relief | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 1 | 212 | Risk Ratio (M-H, Fixed, 95% CI) | 0.85 [0.77, 0.92] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Pelvic infection | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 2 | 489 | Risk Ratio (M-H, Fixed, 95% CI) | 0.26 [0.03, 2.41] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Cervical damage | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 1 | 189 | Risk Ratio (M-H, Fixed, 95% CI) | 0.07 [0.00, 1.25] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8 Women's views/accept- ability of method | 7 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 8.1 Gestation < 13 weeks | 7 | 1875 | Risk Ratio (M-H, Fixed, 95% CI) | 0.99 [0.98, 1.01] |
| 8.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 9 Nausea | 6 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 9.1 Gestation < 13 weeks | 6 | 1700 | Risk Ratio (M-H, Fixed, 95% CI) | 3.24 [2.10, 4.98] |
| 9.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 9.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 10 Vomiting | 6 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 10.1 Gestation < 13 weeks | 6 | 1687 | Risk Ratio (M-H, Fixed, 95% CI) | 1.99 [1.18, 3.34] |
| 10.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 10.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 435

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 11 Diarrhoea | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 11.1 Gestation < 13 weeks | 2 | 626 | Risk Ratio (M-H, Fixed, 95% CI) | 5.79 [0.70, 47.64] |
| 11.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 11.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 5.1.   Comparison 5 Oral misoprostol versus surgery, Outcome 1 Complete miscarriage.**

| Study or subgroup | Oral miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **5.1.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 101/111 | 101/101 | | 8.98% | 0.91[0.86,0.97] |
| Chigbu 2012 | 158/160 | 160/160 | | 19.95% | 0.99[0.97,1.01] |
| Dao 2007 | 206/218 | 222/224 | | 15.69% | 0.95[0.92,0.99] |
| Montesinos 2011 | 100/106 | 97/97 | | 11.27% | 0.94[0.9,0.99] |
| Shwekerela 2007 | 149/150 | 150/150 | | 20.8% | 0.99[0.98,1.01] |
| Taylor 2011 | 106/108 | 109/110 | | 16.61% | 0.99[0.96,1.02] |
| Weeks 2005 | 103/107 | 75/82 | | 6.7% | 1.05[0.98,1.14] |
| **Subtotal (95% CI)** | **960** | **924** | | **100%** | **0.98[0.95,1]** |
| Total events: 923 (Oral misoprostol), 914 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=19.16, df=6(P=0); I²=68.68% | | | | | |
| Test for overall effect: Z=2.07(P=0.04) | | | | | |
| | | | | | |
| **5.1.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.1.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery  0.5  0.7  1  1.5  2  Favours oral misoprostol

**Analysis 5.2.   Comparison 5 Oral misoprostol versus surgery, Outcome 2 Surgical evacuation.**

| Study or subgroup | Oral miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| **5.2.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 10/111 | 101/101 | | 19.42% | 0.09[0.05,0.17] |

Favours oral misoprostol  0.01  0.1  1  10  100  Favours surgery

Pet. Ref. 436



Case 1:17-cv-00493-JAO-RT Document 198-2 Filed 11/30/23 Page 445 of 754 PageID.4832

| Study or subgroup | Oral misoprostol n/N | Surgery n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Chigbu 2012 | 2/160 | 160/160 | | 11.67% | 0.02[0,0.05] |
| Dao 2007 | 12/218 | 222/224 | | 19.74% | 0.06[0.03,0.1] |
| Montesinos 2011 | 6/106 | 97/97 | | 17.25% | 0.06[0.03,0.13] |
| Shwekerela 2007 | 1/150 | 150/150 | | 8.67% | 0.01[0,0.05] |
| Taylor 2011 | 1/108 | 110/110 | | 8.69% | 0.01[0,0.07] |
| Weeks 2005 | 4/107 | 76/82 | | 14.54% | 0.04[0.02,0.11] |
| **Subtotal (95% CI)** | **960** | **924** | | **100%** | **0.04[0.02,0.07]** |
| Total events: 36 (Oral misoprostol), 916 (Surgery) | | | | | |
| Heterogeneity: Tau²=0.38; Chi²=17.99, df=6(P=0.01); I²=66.64% | | | | | |
| Test for overall effect: Z=10.79(P<0.0001) | | | | | |
| **5.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **5.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol 0.01 0.1 1 10 100 Favours surgery

### Analysis 5.3. Comparison 5 Oral misoprostol versus surgery, Outcome 3 Unplanned surgical intervention.

| Study or subgroup | Oral misoprostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **5.3.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 10/111 | 0/101 | | 9.28% | 19.13[1.14,322.25] |
| Chigbu 2012 | 2/160 | 0/160 | | 8.86% | 5[0.24,103.33] |
| Dao 2007 | 12/218 | 2/224 | | 34.97% | 6.17[1.4,27.23] |
| Montesinos 2011 | 6/106 | 0/97 | | 9.25% | 11.91[0.68,208.61] |
| Taylor 2011 | 1/108 | 1/110 | | 17.56% | 1.02[0.06,16.08] |
| Weeks 2005 | 4/107 | 1/82 | | 20.07% | 3.07[0.35,26.91] |
| **Subtotal (95% CI)** | **810** | **774** | | **100%** | **6.27[2.57,15.31]** |
| Total events: 35 (Oral misoprostol), 4 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=2.9, df=5(P=0.72); I²=0% | | | | | |
| Test for overall effect: Z=4.03(P<0.0001) | | | | | |
| **5.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **5.3.3 Gestation not specified** | | | | | |

Favours oral misoprostol 0.01 0.1 1 10 100 Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 437



Cochrane Database of Systematic Reviews

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol  0.01  0.1  1  10  100  Favours surgery

### Analysis 5.4.   Comparison 5 Oral misoprostol versus surgery, Outcome 4 Blood transfusion.

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.4.1 Gestation < 13 weeks** | | | | | |
| Weeks 2005 | 0/107 | 0/82 | | | Not estimable |
| **Subtotal (95% CI)** | **107** | **82** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.4.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.4.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol  0.01  0.1  1  10  100  Favours surgery

### Analysis 5.5.   Comparison 5 Oral misoprostol versus surgery, Outcome 5 Pain relief.

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.5.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 92/111 | 99/101 | | 100% | 0.85[0.77,0.92] |
| **Subtotal (95% CI)** | **111** | **101** | | **100%** | **0.85[0.77,0.92]** |
| Total events: 92 (Oral misoprostol), 99 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=0, df=0(P<0.0001); I$^2$=100% | | | | | |
| Test for overall effect: Z=3.7(P=0) | | | | | |
| | | | | | |
| **5.5.2 Gestation 13-23 weeks** | | | | | |

Favours oral misoprostol  0.1  0.2  0.5  1  2  5  10  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 438



| Study or subgroup | Oral miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **5.5.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol 0.1 0.2 0.5 1 2 5 10 Favours surgery

### Analysis 5.6. Comparison 5 Oral misoprostol versus surgery, Outcome 6 Pelvic infection.

| Study or subgroup | Oral miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **5.6.1 Gestation < 13 weeks** | | | | | |
| Shwekerela 2007 | 0/150 | 0/150 | | | Not estimable |
| Weeks 2005 | 1/107 | 3/82 | | 100% | 0.26[0.03,2.41] |
| **Subtotal (95% CI)** | **257** | **232** | | **100%** | **0.26[0.03,2.41]** |
| Total events: 1 (Oral misoprostol), 3 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.19(P=0.23) | | | | | |
| **5.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **5.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: $Chi^2$=0, df=1 (P<0.0001), $I^2$=100% | | | | | |

Favours oral misoprostol 0.01 0.1 1 10 100 Favours surgery

### Analysis 5.7. Comparison 5 Oral misoprostol versus surgery, Outcome 7 Cervical damage.

| Study or subgroup | Oral miso-prostol n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **5.7.1 Gestation < 13 weeks** | | | | | |

Favours oral misoprostol 0.01 0.1 1 10 100 Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Weeks 2005 | 0/107 | 5/82 | | 100% | 0.07[0,1.25] |
| **Subtotal (95% CI)** | **107** | **82** | | **100%** | **0.07[0,1.25]** |
| Total events: 0 (Oral misoprostol), 5 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.81(P=0.07) | | | | | |
| | | | | | |
| **5.7.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.7.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol  0.01  0.1  1  10  100  Favours surgery

**Analysis 5.8.   Comparison 5 Oral misoprostol versus surgery, Outcome 8 Women's views/acceptability of method.**

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.8.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 107/111 | 101/101 | | 11.58% | 0.96[0.93,1] |
| Chigbu 2012 | 160/160 | 160/160 | | 17.5% | 1[0.99,1.01] |
| Dao 2007 | 210/218 | 215/224 | | 23.12% | 1[0.97,1.04] |
| Montesinos 2011 | 102/106 | 94/97 | | 10.7% | 0.99[0.94,1.05] |
| Shwekerela 2007 | 149/150 | 150/150 | | 16.41% | 0.99[0.98,1.01] |
| Taylor 2011 | 103/108 | 108/110 | | 11.67% | 0.97[0.93,1.02] |
| Weeks 2005 | 99/105 | 71/75 | | 9.03% | 1[0.93,1.07] |
| **Subtotal (95% CI)** | **958** | **917** | | **100%** | **0.99[0.98,1.01]** |
| Total events: 930 (Oral misoprostol), 899 (Surgery) | | | | | |
| Heterogeneity: Tau$^2$=0; Chi$^2$=4.95, df=6(P=0.55); I$^2$=0% | | | | | |
| Test for overall effect: Z=1.18(P=0.24) | | | | | |
| | | | | | |
| **5.8.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.8.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours oral misoprostol  1  Favours surgery

Pet. Ref. 440



| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol    1    Favours surgery

### Analysis 5.9.   Comparison 5 Oral misoprostol versus surgery, Outcome 9 Nausea.



| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.9.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 13/111 | 2/101 | | 8.19% | 5.91[1.37,25.57] |
| Chigbu 2012 | 8/160 | 7/160 | | 27.38% | 1.14[0.42,3.08] |
| Dao 2007 | 12/223 | 2/224 | | 7.81% | 6.03[1.36,26.62] |
| Montesinos 2011 | 5/106 | 0/97 | | 2.04% | 10.07[0.56,179.84] |
| Shwekerela 2007 | 38/150 | 9/150 | | 35.2% | 4.22[2.12,8.42] |
| Taylor 2011 | 7/108 | 5/110 | | 19.38% | 1.43[0.47,4.36] |
| **Subtotal (95% CI)** | **858** | **842** | | **100%** | **3.24[2.1,4.98]** |
| Total events: 83 (Oral misoprostol), 25 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=8.8, df=5(P=0.12); I²=43.21% | | | | | |
| Test for overall effect: Z=5.34(P<0.0001) | | | | | |
| | | | | | |
| **5.9.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.9.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol    0.01    0.1    1    10    100    Favours surgery

### Analysis 5.10.   Comparison 5 Oral misoprostol versus surgery, Outcome 10 Vomiting.

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.10.1 Gestation < 13 weeks** | | | | | |
| Bique 2007 | 5/111 | 0/101 | | 2.53% | 10.02[0.56,178.93] |
| Chigbu 2012 | 6/160 | 6/160 | | 29.03% | 1[0.33,3.03] |
| Dao 2007 | 5/223 | 4/224 | | 19.31% | 1.26[0.34,4.61] |
| Montesinos 2011 | 2/106 | 0/97 | | 2.53% | 4.58[0.22,94.21] |
| Shwekerela 2007 | 17/150 | 6/150 | | 29.03% | 2.83[1.15,6.99] |
| Taylor 2011 | 5/93 | 4/112 | | 17.56% | 1.51[0.42,5.45] |

Favours oral misoprostol    0.01    0.1    1    10    100    Favours surgery

Pet. Ref. 441



| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Subtotal (95% CI) | 843 | 844 | | 100% | 1.99[1.18,3.34] |
| Total events: 40 (Oral misoprostol), 20 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=4.22, df=5(P=0.52); I²=0% | | | | | |
| Test for overall effect: Z=2.6(P=0.01) | | | | | |
| | | | | | |
| **5.10.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.10.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol   0.01   0.1   1   10   100   Favours surgery

**Analysis 5.11.  Comparison 5 Oral misoprostol versus surgery, Outcome 11 Diarrhoea.**

| Study or subgroup | Oral miso-prostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **5.11.1 Gestation < 13 weeks** | | | | | |
| Chigbu 2012 | 3/160 | 0/160 | | 49.04% | 7[0.36,134.43] |
| Weeks 2005 | 2/159 | 0/147 | | 50.96% | 4.63[0.22,95.55] |
| Subtotal (95% CI) | 319 | 307 | | 100% | 5.79[0.7,47.64] |
| Total events: 5 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.04, df=1(P=0.85); I²=0% | | | | | |
| Test for overall effect: Z=1.63(P=0.1) | | | | | |
| | | | | | |
| **5.11.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **5.11.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol   0.01   0.1   1   10   100   Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 442

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Comparison 6.   Vaginal + oral misoprostol versus surgery

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.95 [0.87, 1.04] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.04 [0.01, 0.18] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Days of bleeding | 1 | | Mean Difference (IV, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 1 | 80 | Mean Difference (IV, Fixed, 95% CI) | 1.55 [0.58, 2.52] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Mean Difference (IV, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Mean Difference (IV, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Pelvic infection | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 1 | 80 | Risk Ratio (M-H, Fixed, 95% CI) | 0.5 [0.05, 5.30] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 6.1.   Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 1 Complete miscarriage.**



Pet. Ref. 443

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Vag + oral misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **6.1.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag + oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours experimental  0.5 0.7  1  1.5  2  Favours control

**Analysis 6.2.   Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 2 Surgical evacuation.**

| Study or subgroup | Vag + oral misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **6.2.1 Gestation < 13 weeks** | | | | | |
| Sahin 2001 | 1/40 | 40/40 | | 100% | 0.04[0.01,0.18] |
| Subtotal (95% CI) | 40 | 40 | | 100% | 0.04[0.01,0.18] |
| Total events: 1 (Vag + oral misoprostol), 40 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=4.11(P<0.0001) | | | | | |
| | | | | | |
| **6.2.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag + oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **6.2.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag + oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours experimental  0.01  0.1  1  10  100  Favours control

**Analysis 6.3.   Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 3 Days of bleeding.**

| Study or subgroup | Vag + oral misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Fixed, 95% CI | | Fixed, 95% CI |
| **6.3.1 Gestation < 13 weeks** | | | | | | | |
| Sahin 2001 | 40 | 6.5 (2.2) | 40 | 4.9 (2.2) | | 100% | 1.55[0.58,2.52] |
| Subtotal *** | 40 | | 40 | | | 100% | 1.55[0.58,2.52] |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z=3.14(P=0) | | | | | | | |

Favours misoprostol  -10  -5  0  5  10  Favours surgery

Pet. Ref. 444

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Vag + oral misoprostol | | Surgery | | Mean Difference | Weight | Mean Difference |
|---|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | Fixed, 95% CI | | Fixed, 95% CI |
| **6.3.2 Gestation 13-23 weeks** | | | | | | | |
| Subtotal *** | 0 | | 0 | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| **6.3.3 Gestation not specified** | | | | | | | |
| Subtotal *** | 0 | | 0 | | | | Not estimable |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Not applicable | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours misoprostol  -10  -5  0  5  10  Favours surgery

**Analysis 6.4.   Comparison 6 Vaginal + oral misoprostol versus surgery, Outcome 4 Pelvic infection.**



| Study or subgroup | Vag + oral misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **6.4.1 Gestation < 13 weeks** | | | | | |
| Sahin 2001 | 1/40 | 2/40 | | 100% | 0.5[0.05,5.3] |
| Subtotal (95% CI) | 40 | 40 | | 100% | 0.5[0.05,5.3] |
| Total events: 1 (Vag + oral misoprostol), 2 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.58(P=0.56) | | | | | |
| **6.4.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag + oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **6.4.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag + oral misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours experimental  0.01  0.1  1  10  100  Favours control

**Comparison 7.   Sublingual misoprostol versus surgery**

| Outcome or subgroup title | No. of studies | No. of partici- pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 2 | 1534 | Risk Ratio (M-H, Fixed, 95% CI) | 0.96 [0.95, 0.98] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 445

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 2.1 Gestation <13 weeks | 1 | 695 | Risk Ratio (M-H, Fixed, 95% CI) | 0.02 [0.01, 0.04] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Unplanned surgical intervention | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 1 | 695 | Risk Ratio (M-H, Fixed, 95% CI) | 5.98 [0.72, 49.43] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Anaemia | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 1 | 695 | Risk Ratio (M-H, Fixed, 95% CI) | 0.33 [0.03, 3.18] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Digestive disorders | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 1 | 516 | Risk Ratio (M-H, Fixed, 95% CI) | 3.90 [1.81, 8.42] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Women's views/acceptability of method | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 2 | 1474 | Risk Ratio (M-H, Fixed, 95% CI) | 0.99 [0.98, 1.01] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Nausea | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 2 | 1159 | Risk Ratio (M-H, Fixed, 95% CI) | 1.86 [1.48, 2.32] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 446

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 8 Vomiting | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 8.1 Gestation < 13 weeks | 2 | 1159 | Risk Ratio (M-H, Fixed, 95% CI) | 2.42 [1.43, 4.10] |
| 8.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 7.1.   Comparison 7 Sublingual misoprostol versus surgery, Outcome 1 Complete miscarriage.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.1.1 Gestation < 13 weeks** | | | | | |
| Dabash 2010 | 342/348 | 346/347 | | 45.5% | 0.99 [0.97, 1] |
| Shochet 2012 | 439/465 | 374/374 | | 54.5% | 0.94 [0.92, 0.97] |
| **Subtotal (95% CI)** | **813** | **721** | | **100%** | **0.96 [0.95, 0.98]** |
| Total events: 781 (Sublingual misoprostol), 720 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=11.95, df=1(P=0); I²=91.63% | | | | | |
| Test for overall effect: Z=5.25(P<0.0001) | | | | | |
| **7.1.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **7.1.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery    1    Favours SL misoprostol

**Analysis 7.2.   Comparison 7 Sublingual misoprostol versus surgery, Outcome 2 Surgical evacuation.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.2.1 Gestation <13 weeks** | | | | | |
| Dabash 2010 | 6/348 | 347/347 | | 100% | 0.02 [0.01, 0.04] |
| **Subtotal (95% CI)** | **348** | **347** | | **100%** | **0.02 [0.01, 0.04]** |
| Total events: 6 (Sublingual misoprostol), 347 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=10.25(P<0.0001) | | | | | |

Favours surgery   0.01   0.1   1   10   100   Favours SL misoprostol

Pet. Ref. 447



| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **7.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery 0.01 0.1 1 10 100 Favours SL misoprostol

### Analysis 7.3. Comparison 7 Sublingual misoprostol versus surgery, Outcome 3 Unplanned surgical intervention.

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.3.1 Gestation < 13 weeks** | | | | | |
| Dabash 2010 | 6/348 | 1/347 | | 100% | 5.98[0.72,49.43] |
| **Subtotal (95% CI)** | **348** | **347** | | **100%** | **5.98[0.72,49.43]** |
| Total events: 6 (Sublingual misoprostol), 1 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.66(P=0.1) | | | | | |
| **7.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **7.3.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery 0.01 0.1 1 10 100 Favours SL misoprostol

### Analysis 7.4. Comparison 7 Sublingual misoprostol versus surgery, Outcome 4 Anaemia.

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.4.1 Gestation < 13 weeks** | | | | | |

Favours surgery 0.01 0.1 1 10 100 Favours SL misoprostol

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Dabash 2010 | 1/348 | 3/347 | | 100% | 0.33[0.03,3.18] |
| **Subtotal (95% CI)** | **348** | **347** | | **100%** | **0.33[0.03,3.18]** |
| Total events: 1 (Sublingual misoprostol), 3 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.96(P=0.34) | | | | | |
| | | | | | |
| **7.4.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **7.4.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery  0.01  0.1  1  10  100  Favours SL misoprostol

**Analysis 7.5.   Comparison 7 Sublingual misoprostol versus surgery, Outcome 5 Digestive disorders.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.5.1 Gestation < 13 weeks** | | | | | |
| Shochet 2012 | 51/336 | 7/180 | | 100% | 3.9[1.81,8.42] |
| **Subtotal (95% CI)** | **336** | **180** | | **100%** | **3.9[1.81,8.42]** |
| Total events: 51 (Sublingual misoprostol), 7 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0, df=0(P<0.0001); I²=100% | | | | | |
| Test for overall effect: Z=3.47(P=0) | | | | | |
| | | | | | |
| **7.5.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **7.5.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery  0.01  0.1  1  10  100  Favours SL misoprostol

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 449

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



**Analysis 7.6. Comparison 7 Sublingual misoprostol versus surgery, Outcome 6 Women's views/acceptability of method.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.6.1 Gestation < 13 weeks** | | | | | |
| Dabash 2010 | 337/348 | 341/347 | | 47.99% | 0.99[0.96,1.01] |
| Shochet 2012 | 452/459 | 314/320 | | 52.01% | 1[0.98,1.02] |
| **Subtotal (95% CI)** | **807** | **667** | | **100%** | **0.99[0.98,1.01]** |
| Total events: 789 (Sublingual misoprostol), 655 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=1.44, df=1(P=0.23); I²=30.56% | | | | | |
| Test for overall effect: Z=0.67(P=0.5) | | | | | |
| | | | | | |
| **7.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **7.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery          1          Favours SL misoprostol

**Analysis 7.7. Comparison 7 Sublingual misoprostol versus surgery, Outcome 7 Nausea.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.7.1 Gestation < 13 weeks** | | | | | |
| Dabash 2010 | 132/327 | 83/316 | | 92.84% | 1.54[1.22,1.93] |
| Shochet 2012 | 56/336 | 5/180 | | 7.16% | 6[2.45,14.71] |
| **Subtotal (95% CI)** | **663** | **496** | | **100%** | **1.86[1.48,2.32]** |
| Total events: 188 (Sublingual misoprostol), 88 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=9.24, df=1(P=0); I²=89.17% | | | | | |
| Test for overall effect: Z=5.42(P<0.0001) | | | | | |
| | | | | | |
| **7.7.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **7.7.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours surgery   0.01   0.1   1   10   100   Favours SL misoprostol

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 450



**Analysis 7.8.   Comparison 7 Sublingual misoprostol versus surgery, Outcome 8 Vomiting.**

| Study or subgroup | Sublingual misoprostol | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **7.8.1 Gestation < 13 weeks** | | | | | |
| Dabash 2010 | 32/327 | 17/316 | | 86.91% | 1.82[1.03,3.21] |
| Shochet 2012 | 24/336 | 2/180 | | 13.09% | 6.43[1.54,26.89] |
| **Subtotal (95% CI)** | 663 | 496 | | 100% | 2.42[1.43,4.1] |
| Total events: 56 (Sublingual misoprostol), 19 (Surgery) | | | | | |
| Heterogeneity: Tau²=0; Chi²=2.77, df=1(P=0.1); I²=63.84% | | | | | |
| Test for overall effect: Z=3.3(P=0) | | | | | |
| | | | | | |
| **7.8.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **7.8.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours surgery  0.01  0.1  1  10  100  Favours SL misoprostol

## Comparison 8.   Vaginal misoprostol versus oral misoprostol

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.94 [0.76, 1.16] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 1.11 [0.77, 1.60] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 451

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Unplanned surgical inter-vention | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 3.1 Gestation < 13 weeks | 1 | 186 | Risk Ratio (M-H, Fixed, 95% CI) | 0.36 [0.01, 8.80] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Pain relief | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 1 | 186 | Risk Ratio (M-H, Fixed, 95% CI) | 1.43 [0.93, 2.17] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Nausea | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.63 [0.26, 1.54] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Vomiting | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.36 [0.07, 1.75] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Diarrhoea | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 1 | 198 | Risk Ratio (M-H, Fixed, 95% CI) | 0.21 [0.12, 0.36] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

**Analysis 8.1.   Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 1 Complete miscarriage.**

| Study or subgroup | Vag miso-prostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| 8.1.1 Gestation < 13 weeks | | | | | |
| Pang 2001 | 58/95 | 67/103 | | 100% | 0.94[0.76,1.16] |

Favours oral misoprostol   0.02   0.1   1   10   50   Favours vag misoprostol

Pet. Ref. 452



| Study or subgroup | Vag miso-prostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **Subtotal (95% CI)** | **95** | **103** | | **100%** | **0.94[0.76,1.16]** |
| Total events: 58 (Vag misoprostol), 67 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.58(P=0.56) | | | | | |
| | | | | | |
| **8.1.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **8.1.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misoprostol   0.02   0.1   1   10   50   Favours vag misoprostol

**Analysis 8.2.   Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 2 Surgical evacuation.**

| Study or subgroup | Vag miso-prostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **8.2.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 37/95 | 36/103 | | 100% | 1.11[0.77,1.6] |
| **Subtotal (95% CI)** | **95** | **103** | | **100%** | **1.11[0.77,1.6]** |
| Total events: 37 (Vag misoprostol), 36 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.58(P=0.56) | | | | | |
| | | | | | |
| **8.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **8.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol   0.01   0.1   1   10   100   Favours oral misoprostol

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 453



## Analysis 8.3. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 3 Unplanned surgical intervention.

| Study or subgroup | Vag misoprostol n/N | Oral misoprostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **8.3.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 0/89 | 1/97 | | 100% | 0.36[0.01,8.8] |
| **Subtotal (95% CI)** | **89** | **97** | | **100%** | **0.36[0.01,8.8]** |
| Total events: 0 (Vag misoprostol), 1 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.62(P=0.53) | | | | | |
| **8.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **8.3.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

## Analysis 8.4. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 4 Pain relief.

| Study or subgroup | Vag misoprostol n/N | Oral misoprostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **8.4.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 34/89 | 26/97 | | 100% | 1.43[0.93,2.17] |
| **Subtotal (95% CI)** | **89** | **97** | | **100%** | **1.43[0.93,2.17]** |
| Total events: 34 (Vag misoprostol), 26 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.65(P=0.1) | | | | | |
| **8.4.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **8.4.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

### Analysis 8.5. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 5 Nausea.

| Study or subgroup | Vag miso-prostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **8.5.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 7/95 | 12/103 | | 100% | 0.63[0.26,1.54] |
| **Subtotal (95% CI)** | **95** | **103** | | **100%** | **0.63[0.26,1.54]** |
| Total events: 7 (Vag misoprostol), 12 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.01(P=0.31) | | | | | |
| **8.5.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **8.5.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

### Analysis 8.6. Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 6 Vomiting.

| Study or subgroup | Vag miso-prostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **8.6.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 2/95 | 6/103 | | 100% | 0.36[0.07,1.75] |
| **Subtotal (95% CI)** | **95** | **103** | | **100%** | **0.36[0.07,1.75]** |
| Total events: 2 (Vag misoprostol), 6 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=1.27(P=0.21) | | | | | |
| **8.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **8.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 455

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 8.7.   Comparison 8 Vaginal misoprostol versus oral misoprostol, Outcome 7 Diarrhoea.**

| Study or subgroup | Vag miso-prostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **8.7.1 Gestation < 13 weeks** | | | | | |
| Pang 2001 | 12/95 | 62/103 | | 100% | 0.21[0.12,0.36] |
| **Subtotal (95% CI)** | **95** | **103** | | **100%** | **0.21[0.12,0.36]** |
| Total events: 12 (Vag misoprostol), 62 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=5.55(P<0.0001) | | | | | |
| | | | | | |
| **8.7.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **8.7.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Vag misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag misoprostol   0.01   0.1   1   10   100   Favours oral misoprostol

**Comparison 9.   Oral misoprostol: 600 ug versus 1200 ug**

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 2 | 464 | Risk Ratio (M-H, Fixed, 95% CI) | 1.00 [0.93, 1.07] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 1 | 295 | Risk Ratio (M-H, Fixed, 95% CI) | 0.76 [0.29, 1.99] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Death or serious complica-tion | 1 | 295 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.1 Gestation < 13 weeks | 1 | 295 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 456

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici- pants | Statistical method | Effect size |
|---|---|---|---|---|
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Unplanned surgical inter- vention | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 1 | 295 | Risk Ratio (M-H, Fixed, 95% CI) | 0.76 [0.29, 1.99] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Women's views/acceptabil- ity of method | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 5.1 Gestation < 13 weeks | 2 | 460 | Risk Ratio (M-H, Fixed, 95% CI) | 1.02 [0.96, 1.09] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Nausea | 2 | | Risk Ratio (M-H, Random, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 2 | 463 | Risk Ratio (M-H, Random, 95% CI) | 1.19 [0.57, 2.46] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Random, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Vomiting | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 7.1 Gestation < 13 weeks | 2 | 463 | Risk Ratio (M-H, Fixed, 95% CI) | 1.01 [0.60, 1.72] |
| 7.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8 Diarrhoea | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 8.1 Gestation < 13 weeks | 1 | 294 | Risk Ratio (M-H, Fixed, 95% CI) | 0.73 [0.55, 0.97] |
| 8.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 8.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 457



**Cochrane** Database of Systematic Reviews

**Analysis 9.1.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 1 Complete miscarriage.**



| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **9.1.1 Gestation < 13 weeks** | | | | | |
| Blanchard 2004 | 57/86 | 58/83 | | 29.9% | 0.95[0.77,1.17] |
| Ngoc 2005 | 142/149 | 137/146 | | 70.1% | 1.02[0.96,1.07] |
| **Subtotal (95% CI)** | **235** | **229** | | **100%** | **1[0.93,1.07]** |
| Total events: 199 (Oral misop 600ug), 195 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.72, df=1(P=0.4); I²=0% | | | | | |
| Test for overall effect: Z=0.12(P=0.9) | | | | | |
| | | | | | |
| **9.1.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.1.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 1200ug     0.5  0.7   1   1.5   2     Favours oral misop 600ug

**Analysis 9.2.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 2 Surgical evacuation.**

| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **9.2.1 Gestation < 13 weeks** | | | | | |
| Ngoc 2005 | 7/149 | 9/146 | | 100% | 0.76[0.29,1.99] |
| **Subtotal (95% CI)** | **149** | **146** | | **100%** | **0.76[0.29,1.99]** |
| Total events: 7 (Oral misop 600ug), 9 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.55(P=0.58) | | | | | |
| | | | | | |
| **9.2.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.2.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours     0.01  0.1   1   10   100     Favours

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 458

Cochrane Database of Systematic Reviews

**Analysis 9.3.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 3 Death or serious complication.**

| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **9.3.1 Gestation < 13 weeks** | | | | | |
| Ngoc 2005 | 0/149 | 0/146 | | | Not estimable |
| **Subtotal (95% CI)** | **149** | **146** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.3.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **Total (95% CI)** | **149** | **146** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug  0.01  0.1  1  10  100  Favours oral misop 1200ug

**Analysis 9.4.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 4 Unplanned surgical intervention.**

| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **9.4.1 Gestation < 13 weeks** | | | | | |
| Ngoc 2005 | 7/149 | 9/146 | | 100% | 0.76[0.29,1.99] |
| **Subtotal (95% CI)** | **149** | **146** | | **100%** | **0.76[0.29,1.99]** |
| Total events: 7 (Oral misop 600ug), 9 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.55(P=0.58) | | | | | |
| | | | | | |
| **9.4.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.4.3 Gestation not specified** | | | | | |

Favours oral misop 600ug  0.01  0.1  1  10  100  Favours oral misop 1200ug

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 459



| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug — 0.01  0.1  1  10  100 — Favours oral misop 1200ug

**Analysis 9.5.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 5 Women's views/acceptability of method.**



| Study or subgroup | Oral misopros-tol - 600ug | Oral misopros-tol - 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **9.5.1 Gestation < 13 weeks** | | | | | |
| Blanchard 2004 | 68/85 | 63/81 | | 31.88% | 1.03[0.88,1.2] |
| Ngoc 2005 | 143/149 | 136/145 | | 68.12% | 1.02[0.97,1.08] |
| Subtotal (95% CI) | 234 | 226 | | 100% | 1.02[0.96,1.09] |
| Total events: 211 (Oral misoprostol - 600ug), 199 (Oral misoprostol - 1200ug) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.01, df=1(P=0.94); I²=0% | | | | | |
| Test for overall effect: Z=0.78(P=0.44) | | | | | |
| | | | | | |
| **9.5.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol - 600ug), 0 (Oral misoprostol - 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.5.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral misoprostol - 600ug), 0 (Oral misoprostol - 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug — 1 — Favours oral misop 1200ug

**Analysis 9.6.   Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 6 Nausea.**

| Study or subgroup | Oral misop 600ug | Oral misop 1200ug | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Random, 95% CI | | M-H, Random, 95% CI |
| **9.6.1 Gestation < 13 weeks** | | | | | |
| Blanchard 2004 | 15/86 | 18/83 | | 47.35% | 0.8[0.43,1.49] |
| Ngoc 2005 | 33/149 | 19/145 | | 52.65% | 1.69[1.01,2.83] |
| Subtotal (95% CI) | 235 | 228 | | 100% | 1.19[0.57,2.46] |
| Total events: 48 (Oral misop 600ug), 37 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Tau²=0.19; Chi²=3.29, df=1(P=0.07); I²=69.6% | | | | | |

Favours oral misop 600ug — 0.01  0.1  1  10  100 — Favours oral misop 1200ug

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 460



| Study or subgroup | Oral misop 600ug n/N | Oral misop 1200ug n/N | Risk Ratio M-H, Random, 95% CI | Weight | Risk Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|
| Test for overall effect: Z=0.47(P=0.64) | | | | | |
| **9.6.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **9.6.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug 0.01 0.1 1 10 100 Favours oral misop 1200ug

### Analysis 9.7. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 7 Vomiting.

| Study or subgroup | Oral misop 600ug n/N | Oral misop 1200ug n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **9.7.1 Gestation < 13 weeks** | | | | | |
| Blanchard 2004 | 6/86 | 7/83 | | 29.25% | 0.83[0.29,2.36] |
| Ngoc 2005 | 19/149 | 17/145 | | 70.75% | 1.09[0.59,2.01] |
| **Subtotal (95% CI)** | **235** | **228** | | **100%** | **1.01[0.6,1.72]** |
| Total events: 25 (Oral misop 600ug), 24 (Oral misop 1200ug) | | | | | |
| Heterogeneity: $Tau^2=0$; $Chi^2=0.2$, df=1(P=0.66); $I^2=0\%$ | | | | | |
| Test for overall effect: Z=0.04(P=0.97) | | | | | |
| **9.7.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **9.7.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug 0.01 0.1 1 10 100 Favours oral misop 1200ug

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



Cochrane Database of Systematic Reviews

**Analysis 9.8. Comparison 9 Oral misoprostol: 600 ug versus 1200 ug, Outcome 8 Diarrhoea.**



| Study or subgroup | Oral misop 600ug n/N | Oral misop 1200ug n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **9.8.1 Gestation < 13 weeks** | | | | | |
| Ngoc 2005 | 51/149 | 68/145 | | 100% | 0.73[0.55,0.97] |
| **Subtotal (95% CI)** | **149** | **145** | | **100%** | **0.73[0.55,0.97]** |
| Total events: 51 (Oral misop 600ug), 68 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=2.19(P=0.03) | | | | | |
| | | | | | |
| **9.8.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **9.8.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Oral misop 600ug), 0 (Oral misop 1200ug) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours oral misop 600ug  0.01  0.1  1  10  100  Favours oral misop 1200ug

---

**Comparison 10.   Oral mifepristone + vaginal misoprostol versus surgery**

| Outcome or subgroup title | No. of studies | No. of partici- pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 1 | 19 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.77, 1.31] |
| 1.1 Gestation < 13 weeks | 1 | 16 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.78, 1.27] |
| 1.2 Gestation 13-23 weeks | 1 | 3 | Risk Ratio (M-H, Fixed, 95% CI) | 1.0 [0.39, 2.58] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Pelvic infection < 14 days | 1 | 19 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.1 Gestation < 13 weeks | 1 | 16 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.2 Gestation 13-23 weeks | 1 | 3 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 462

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 10.1.   Comparison 10 Oral mifepristone + vaginal misoprostol versus surgery, Outcome 1 Complete miscarriage.**



**Analysis 10.2.   Comparison 10 Oral mifepristone + vaginal misoprostol versus surgery, Outcome 2 Pelvic infection < 14 days.**

| Study or subgroup | Oral mifepri + vag mispro n/N | Surgery n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **10.2.1 Gestation < 13 weeks** | | | | | |
| Niinimaki 2006 | 0/10 | 0/6 | | | Not estimable |
| **Subtotal (95% CI)** | **10** | **6** | | | **Not estimable** |
| Total events: 0 (Oral mifepri + vag mispro), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **10.2.2 Gestation 13-23 weeks** | | | | | |
| Niinimaki 2006 | 0/1 | 0/2 | | | Not estimable |
| **Subtotal (95% CI)** | **1** | **2** | | | **Not estimable** |
| Total events: 0 (Oral mifepri + vag mispro), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours mifepris+misopros   0.01   0.1   1   10   100   Favours surgery

Pet. Ref. 463



| Study or subgroup | Oral mifepri + vag mispro | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **10.2.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Oral mifepri + vag mispro), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| Total (95% CI) | 11 | 8 | | | Not estimable |
| Total events: 0 (Oral mifepri + vag mispro), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours mifepris+misopros  0.01  0.1  1  10  100  Favours surgery

## Comparison 11.  Vaginal prostaglandin E1 (gemeprost) versus surgery

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Unplanned surgical intervention | 1 | 34 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.1 Gestation < 13 weeks | 1 | 34 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |

### Analysis 11.1.  Comparison 11 Vaginal prostaglandin E1 (gemeprost) versus surgery, Outcome 1 Unplanned surgical intervention.

| Study or subgroup | Vag gemeprost | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **11.1.1 Gestation < 13 weeks** | | | | | |
| Clevin 2001 | 0/17 | 0/17 | | | Not estimable |
| Subtotal (95% CI) | 17 | 17 | | | Not estimable |
| Total events: 0 (Vag gemeprost), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **11.1.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag gemeprost), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours vag gemeprost  0.01  0.1  1  10  100  Favours surgery

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 464

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Vag gemeprost | Surgery | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **11.1.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Vag gemeprost), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **Total (95% CI)** | 17 | 17 | | | Not estimable |
| Total events: 0 (Vag gemeprost), 0 (Surgery) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours vag gemeprost  0.01  0.1  1  10  100  Favours surgery

## Comparison 12.   Sublingual misoprostol versus oral misoprostol

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Complete miscarriage | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 1.1 Gestation < 13 weeks | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 0.99 [0.94, 1.05] |
| 1.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 1.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2 Surgical evacuation | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 2.1 Gestation < 13 weeks | 1 | 294 | Risk Ratio (M-H, Fixed, 95% CI) | 1.01 [0.39, 2.63] |
| 2.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 2.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3 Death or serious complication | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.1 Gestation < 13 weeks | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 3.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4 Nausea | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 4.1 Gestation < 13 weeks | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 0.78 [0.49, 1.23] |
| 4.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 4.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5 Vomiting | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 465

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 5.1 Gestation < 13 weeks | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 1.01 [0.14, 7.10] |
| 5.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 5.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6 Diarrhoea | 2 | | Risk Ratio (M-H, Fixed, 95% CI) | Subtotals only |
| 6.1 Gestation < 13 weeks | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 1.58 [0.66, 3.76] |
| 6.2 Gestation 13-23 weeks | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 6.3 Gestation not specified | 0 | 0 | Risk Ratio (M-H, Fixed, 95% CI) | 0.0 [0.0, 0.0] |
| 7 Women's views/acceptability of method | 2 | 358 | Risk Ratio (M-H, Fixed, 95% CI) | 0.99 [0.95, 1.03] |

**Analysis 12.1.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 1 Complete miscarriage.**



Pet. Ref. 466

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 12.2.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 2 Surgical evacuation.



### Analysis 12.3.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 3 Death or serious complication.

| Study or subgroup | Sublingual misoprostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **12.3.1 Gestation < 13 weeks** | | | | | |
| Diop 2009 | 0/146 | 0/148 | | | Not estimable |
| Paritakul 2010 | 0/32 | 0/32 | | | Not estimable |
| **Subtotal (95% CI)** | **178** | **180** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **12.3.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **12.3.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |

Favours sublingual   0.01   0.1   1   10   100   Favours oral

Pet. Ref. 467



| Study or subgroup | Sublingual misoprostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **Total (95% CI)** | **178** | **180** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours sublingual  0.01  0.1  1  10  100  Favours oral

### Analysis 12.4.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 4 Nausea.



| Study or subgroup | Sublingual misoprostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **12.4.1 Gestation < 13 weeks** | | | | | |
| Diop 2009 | 19/146 | 28/148 | | 79.89% | 0.69[0.4,1.18] |
| Paritakul 2010 | 8/32 | 7/32 | | 20.11% | 1.14[0.47,2.78] |
| **Subtotal (95% CI)** | **178** | **180** | | **100%** | **0.78[0.49,1.23]** |
| Total events: 27 (Sublingual misoprostol), 35 (Oral misoprostol) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.92, df=1(P=0.34); I²=0% | | | | | |
| Test for overall effect: Z=1.07(P=0.28) | | | | | |
| | | | | | |
| **12.4.2 Gestation 13-23 weeks** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| | | | | | |
| **12.4.3 Gestation not specified** | | | | | |
| **Subtotal (95% CI)** | **0** | **0** | | | **Not estimable** |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Chi²=0, df=1 (P<0.0001), I²=100% | | | | | |

Favours sublingual  0.01  0.1  1  10  100  Favours oral

### Analysis 12.5.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 5 Vomiting.

| Study or subgroup | Sublingual misoprostol | Oral miso-prostol | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H, Fixed, 95% CI | | M-H, Fixed, 95% CI |
| **12.5.1 Gestation < 13 weeks** | | | | | |
| Diop 2009 | 2/146 | 2/148 | | 100% | 1.01[0.14,7.1] |
| Paritakul 2010 | 0/32 | 0/32 | | | Not estimable |
| **Subtotal (95% CI)** | **178** | **180** | | **100%** | **1.01[0.14,7.1]** |
| Total events: 2 (Sublingual misoprostol), 2 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Z=0.01(P=0.99) | | | | | |

Favours sublingual  0.01  0.1  1  10  100  Favours oral

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 468

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



| Study or subgroup | Sublingual misoprostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **12.5.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **12.5.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours sublingual  0.01  0.1  1  10  100  Favours oral

### Analysis 12.6.   Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 6 Diarrhoea.

| Study or subgroup | Sublingual misoprostol n/N | Oral miso-prostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| **12.6.1 Gestation < 13 weeks** | | | | | |
| Diop 2009 | 2/146 | 2/148 | | 28.43% | 1.01[0.14,7.1] |
| Paritakul 2010 | 9/32 | 5/32 | | 71.57% | 1.8[0.68,4.78] |
| Subtotal (95% CI) | 178 | 180 | | 100% | 1.58[0.66,3.76] |
| Total events: 11 (Sublingual misoprostol), 7 (Oral misoprostol) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.27, df=1(P=0.6); I²=0% | | | | | |
| Test for overall effect: Z=1.03(P=0.3) | | | | | |
| **12.6.2 Gestation 13-23 weeks** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| **12.6.3 Gestation not specified** | | | | | |
| Subtotal (95% CI) | 0 | 0 | | | Not estimable |
| Total events: 0 (Sublingual misoprostol), 0 (Oral misoprostol) | | | | | |
| Heterogeneity: Not applicable | | | | | |
| Test for overall effect: Not applicable | | | | | |
| Test for subgroup differences: Not applicable | | | | | |

Favours sublingual  0.01  0.1  1  10  100  Favours oral

Pet. Ref. 469

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Analysis 12.7.  Comparison 12 Sublingual misoprostol versus oral misoprostol, Outcome 7 Women's views/acceptability of method.



| Study or subgroup | Sublingual misoprostol n/N | Oral misoprostol n/N | Risk Ratio M-H, Fixed, 95% CI | Weight | Risk Ratio M-H, Fixed, 95% CI |
|---|---|---|---|---|---|
| Diop 2009 | 142/146 | 145/148 | | 83.72% | 0.99[0.96,1.03] |
| Paritakul 2010 | 27/32 | 28/32 | | 16.28% | 0.96[0.79,1.18] |
| | | | | | |
| **Total (95% CI)** | **178** | **180** | | **100%** | **0.99[0.95,1.03]** |
| Total events: 169 (Sublingual misoprostol), 173 (Oral misoprostol) | | | | | |
| Heterogeneity: Tau²=0; Chi²=0.12, df=1(P=0.73); I²=0% | | | | | |
| Test for overall effect: Z=0.54(P=0.59) | | | | | |

Favours oral      1      Favours sublingual

## WHAT'S NEW

| Date | Event | Description |
|---|---|---|
| 13 May 2016 | New search has been performed | Search updated and 21 new reports were identified. Of the 21 new reports, four additional trials have been included in the review update. |
| 13 May 2016 | New citation required but conclusions have not changed | The inclusion of the four new studies has not changed the overall conclusions of the review. |

## HISTORY

Protocol first published: Issue 3, 2008
Review first published: Issue 1, 2010

| Date | Event | Description |
|---|---|---|
| 7 January 2013 | New citation required but conclusions have not changed | The inclusion of five new studies has not changed the overall conclusions of the review. |
| 30 November 2012 | New search has been performed | Search updated. |
| | | This review has been updated. Five new trials have been included (Dabash 2010, Diop 2009, Montesinos 2011, Paritakul 2010, Taylor 2011), and 21 new trials have been excluded. |
| | | This updated review is now comprised of 20 included studies (involving 4208 women), 135 excluded studies, one ongoing study (Yu 2000a) and one other study that is awaiting classification (ISRCTN65305620). |
| | | The methods text has been updated and we have added a 'Summary of findings' table. |
| 23 July 2012 | Amended | Search updated. Thirty reports added to Studies awaiting classification. |

Copyright © 2017 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 470

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## CONTRIBUTIONS OF AUTHORS

JP Neilson, J Vazquez, and M Hickey prepared the first draft of the Background section of the original publication. L Dou did the data extraction. L Dou checked the data and all authors checked the text and contributed to the discussions and conclusions. For the update, trials were assessed for inclusion and data were extracted independently by C Kim and S Barnard. All review authors reviewed the final text.

## DECLARATIONS OF INTEREST

Caron Kim: This author reports no conflicts of interest.
Sharmani Barnard: This author reports no conflicts of interest.
James P Neilson: This author reports no conflicts of interest.
Martha Hickey: This author reports no conflicts of interest.
Juan C Vazquez: This author reports no conflicts of interest.
Lixia Dou: This author reports no conflicts of interest.

## SOURCES OF SUPPORT

### Internal sources

* The University of Liverpool, UK.

### External sources

* No sources of support supplied

## DIFFERENCES BETWEEN PROTOCOL AND REVIEW

We have modified the wording in the Methods sections for Assessment of heterogeneity, Assessment of reporting biases, and Data synthesis to update them with the new methods being used by Cochrane Pregnancy and Childbirth, developed in conjunction with Cochrane Pregnancy and Childbirth's statisticians, Simon Gates and Richard Riley. We have used these new methods in the review.

We have added GRADE methods for assessing the quality of the evidence for this update (2016) and the secondary outcomes death and serious morbidity have been removed as both of these appear in the composite primary outcome "Death or serious complications".

## INDEX TERMS

### Medical Subject Headings (MeSH)

*Watchful Waiting; Abortifacient Agents, Nonsteroidal [*administration & dosage] [adverse effects]; Abortion, Incomplete [*therapy]; Administration, Intravaginal; Administration, Oral; Diarrhea [chemically induced]; Extraction, Obstetrical [*methods]; Gestational Age; Misoprostol [*administration & dosage] [adverse effects]; Nausea [chemically induced]; Pregnancy Trimester, First; Randomized Controlled Trials as Topic; Vomiting [chemically induced]

### MeSH check words

Female; Humans; Pregnancy

Pet. Ref. 471

## REVIEWS

# Medication to Manage Abortion and Miscarriage


Check for updates

*Jessica Beaman, MD MPH[1], Christine Prifti, MD[2], Eleanor Bimla Schwarz, MD MS[3], and Mindy Sobota, MD MS MPhil[4]*

[1]Department of Medicine, University of California San Francisco, CA, USA; [2]Department of Medicine, Boston Medical CenterBoston, MA, USA; [3]Department of Medicine, University of California, DavisDavis, CA, USA; [4]Department of Medicine, Brown UniversityProvidence, RI, USA.

Abortion and miscarriage are common, affecting millions of US women each year. By age 45, one in four women in the USA will have had an abortion, and at least as many will have had a miscarriage. Most individuals seeking abortion services do so before 10 weeks' gestation when medication abortions are a safe and effective option, using a regimen of oral mifepristone followed by misoprostol tablets. When a pregnancy is non-viable before 13 weeks' gestation, it is referred to as an early pregnancy loss or miscarriage and can be managed using the same mifepristone and misoprostol regimen. Given their safety and efficacy, mifepristone and misoprostol can be offered in ambulatory settings without special equipment or on-site emergency services. As more patients find it difficult to access clinical care when faced with an undesired pregnancy or a miscarriage, it is important for general internists and primary care providers to become familiar with how to use medications to manage these common conditions. We summarize the most recent evidence regarding the use of mifepristone with misoprostol for early abortion and miscarriage. We discuss clinical considerations and resources for integrating mifepristone and misoprostol into clinical practice. By learning to prescribe mifepristone and misoprostol, clinicians can expand access to time-sensitive health services for vulnerable populations.

*KEY WORDS:* family planning; medication abortion; miscarriage; women's health; primary care.

J Gen Intern Med 35(8):2398–405

DOI: 10.1007/s11606-020-05836-9

© Society of General Internal Medicine 2020

## INTRODUCTION

Internists provide primary care for many reproductive-age women, and the American College of Physicians has called for enhanced reproductive health education and training.[1] Abortion and miscarriage affect one-third of women in the USA who become pregnant annually.[2] By age 45, one in four US women will have had an abortion, and at least as many will have had a miscarriage.[3, 4] Abortions are most commonly

***Electronic supplementary material*** *The online version of this article (https://doi.org/10.1007/s11606-020-05836-9) contains supplementary material, which is available to authorized users.*

*Received October 8, 2019*
*Accepted April 2, 2020*
*Published online May 14, 2020*

performed in the first trimester, with 91% of US abortions occurring before 13 weeks.[5] Until 10 weeks' gestation, abortion can be induced safely and effectively with medications (mifepristone followed by misoprostol).[6] Currently, 80% of abortions occur before 10 weeks' gestation.[5, 7] Thus, the majority of US women seeking abortion care are eligible for a medication abortion.

As pill-based protocols for medication abortion and miscarriage are safe and effective, internists should become familiar with these options for managing such time-sensitive clinical conditions. Historically, obstetrician–gynecologists and family medicine physicians have provided nearly all of the abortion care in the USA. However, a recent survey found that only 7% of obstetrician–gynecologists provided any abortions in the preceding year, and 35% said they would not refer patients for abortion services.[8] In fact, there are only slightly more than 1500 abortion providers nationwide.[9, 10] Many women seeking clinical services related to abortion and miscarriage must travel considerable distances to obtain care—a particular burden for rural and low-income women.[11, 12] Moreover, many patients prefer to receive family planning services from a familiar primary care provider rather than a clinician whom they have never met.[13–16] With nearly 100,000 currently practicing in the USA, general internists are in a unique position to close the gap in access to medication management of abortion and miscarriage.[10]

Since the US Food and Drug Administration (FDA) first approved its use in 2000 for medication abortion, more than 3.7 million US women have used mifepristone in combination with misoprostol for medication abortion.[17] Although misoprostol alone can be used to expel pregnancy tissue, combining it with mifepristone increases its efficacy for both abortion and miscarriage.[18, 19] Thus, for both medication abortion and medical management of early miscarriage, the standard of care is to provide oral mifepristone followed by misoprostol tablets.[4, 18] The use of medication for abortion and miscarriage has evolved since the last review of abortion for generalists in 2004.[20]

We summarize the most recent evidence supporting mifepristone's use with misoprostol for abortion and miscarriage. We discuss the drug's safety profile and common side effects, resources for integration into clinical practice, and legal considerations. By learning how to prescribe mifepristone and misoprostol for abortion and miscarriage, internists can meet

Pet. Ref. 472

the needs of reproductive-age patients and improve access to timely care.

## TERMINOLOGY

This review uses the term *abortion* to indicate an induced abortion, meaning a medication or procedure to end a pregnancy. We use the term *miscarriage* to refer to early pregnancy loss, defined as a non-viable, intrauterine pregnancy diagnosed by ultrasound before 13 weeks' gestation.[4]

## SEARCH STRATEGY

We reviewed the medical literature published in the English language using PubMed and detailed search terms for medication abortion and miscarriage. The full list of terms used in the search is included in the supplementary appendix. A landmark National Academies of Science, Engineering, and Medicine (NASEM) report on abortion published in 2018 reviewed more than 9000 peer-reviewed articles published over 30 years.[6] Our manuscript includes key articles from that comprehensive report as well as studies published more recently (January 2017–December 2019), which had not been included. Our search yielded 373 studies published during that time period; of these, 59 studies were relevant to US practice of general internal medicine.

## MEDICAL MANAGEMENT OF ABORTION

First developed in France in 1982 and known as RU-486, mifepristone has been extensively studied in the USA and worldwide.[21] An anti-progestin that competitively binds to progesterone receptors, mifepristone can be used to detach pregnancy tissue from the endometrium. Mifepristone alone has limited effectiveness for medication abortion, but it is highly effective when combined with misoprostol, a prostaglandin analogue, that induces uterine contractions and cervical dilation to aid in the expulsion of pregnancy tissue.

**Table 1** Comparison of the US Food and Drug Administration (FDA) Labeling for Mifepristone Followed by Misoprostol 2000 vs. 2016

|  | Original FDA-approved regimen (2000) | Updated FDA-approved regimen (2016) |
|---|---|---|
| Gestational age limits | 49 days' gestation | 70 days' gestation |
| Mifepristone dose and administration | 600 mg on day 1 in clinic | 200 mg on day 1 in clinic |
| Misoprostol dose and administration | 400 mcg orally in clinic on day 3 post-mifepristone | 800 mcg buccally at home 24–48 h post-mifepristone |
| Timing of follow-up assessment | 7–14 days post-mifepristone | 7–14 days post-mifepristone |
| Location of follow-up assessment | In clinic required | In clinic not required |

The US FDA first approved a regimen of mifepristone followed by misoprostol in 2000 for medication abortion prior to 49 days' gestation. The original protocol required three in-clinic visits and used a high dose of mifepristone (600 mg).[22, 23] The details of this regimen are outlined in Table 1. Subsequent clinical trials indicated that a lower dose of mifepristone (200 mg) followed by a high dose of misoprostol (800 mcg) was as effective as the original regimen.[21, 24, 25] Although mifepristone followed by misoprostol is more effective the earlier it is given in pregnancy and highest at <42 days (6 weeks), it remains 93% effective for abortions ≤70 days (10 weeks) with 2.9% risk of continuing pregnancy.[26–28]

Consequently, in 2016, the FDA updated the mifepristone label for termination of pregnancies up to 70 days (10 weeks) gestation and reduced the number of mandatory in-person visits to one (Table 1). Direct clinical observation of ingestion of mifepristone and misoprostol is no longer necessary, allowing for successful telemedicine programs.[24, 26, 29] Although many patients are eager to complete the medication regimen as soon as possible, taking misoprostol the same day as the mifepristone is less effective than waiting 24–48 h.[30, 31]

Despite the new clinical protocol in 2016, the FDA made no changes to the Risk Evaluation and Mitigation Strategy (REMS) that has been in place for mifepristone since it was originally approved in 2000.[32] The REMS requires that (1) clinicians register in the drug manufacturer's central database and (2) registered clinicians must order, store, and dispense mifepristone instead of writing a prescription to be filled at a retail pharmacy. These FDA requirements were placed to ensure patient safety and that registered clinicians could only dispense the medication if they could accurately determine gestational age, diagnose ectopic pregnancy, and provide or refer to emergency care if necessary.[32] Clinical experts have called for the FDA to remove the REMS from mifepristone to allow pharmacy dispensing, as mifepristone's safety profile is superior to that of many over-the-counter medications.[33, 34]

Internationally, studies have shown that multiple doses of misoprostol alone can be used off-label (800 mcg vaginally or sublingually every 3 h for a total of 3 doses) to induce abortions in the first trimester.[35] However, with this misoprostol-only regimen, 7% of women had ongoing pregnancies, and 22% required a uterine aspiration procedure to complete the abortion.[35, 36] Given the lower efficacy rates and greater need for follow-up procedures, a regimen of mifepristone followed by misoprostol remains the standard of care for providing medication abortion. However, in settings where access to mifepristone has been restricted, a misoprostol-only regimen may be needed or preferred given its relative ease of access (e.g., misoprostol does not require REMS protocol) and lower cost (misoprostol costs $10–$15 whereas mifepristone costs $50–100).[37, 38]

Overall, the use of mifepristone and misoprostol for medication abortion has been slowly rising in the USA. In 2017, 39% of all abortions before 10 weeks' gestation were medication abortions.[9] However, the vast majority of these occurred

in free-standing abortion clinics (95%) rather than in primary care settings.[9] General internists who provide mifepristone and misoprostol for their patients reduce practical barriers and burdens for patients seeking time-sensitive care.

## MEDICAL MANAGEMENT OF MISCARRIAGE

Up to one-third of all pregnancies end in miscarriage.[39–41] When a pregnant patient presents with an early pregnancy loss (often with bleeding and/or cramping), an ultrasound should be used to confirm miscarriage and rule out other pregnancy complications. Once the diagnosis of a miscarriage is confirmed and found to be < 13 weeks' gestation, patients can be offered expectant management, medical management, or a uterine aspiration procedure.[25] All are effective and result in similar long-term outcomes.[4] For patients who prefer to expedite the passage of their miscarriage but wish to avoid a uterine aspiration, medical management is a reasonable approach.

Historically, clinicians have treated women experiencing miscarriage with misoprostol 800 mcg (vaginally, orally, or buccally) alone to stimulate uterine contractions and facilitate passage of pregnancy tissue. However, up to 30% of women treated with this misoprostol-only regimen required additional doses of misoprostol or a uterine aspiration procedure, prolonging physical and emotional recovery.[42, 43] A 2019 Cochrane Systematic Review found vaginal misoprostol accelerated time to completion of miscarriage compared with placebo or expectant management.[43] Notably, it did not lead to increased satisfaction or decreased physical symptoms (e.g., nausea, bleeding).[43]

Subsequent studies attempted to increase the effectiveness of medical management of miscarriage by adding mifepristone as a "pre-treatment" before misoprostol, in a regimen identical to the combined regimen used for medication abortion.[44, 45] A 2018 randomized, controlled trial compared pre-treatment with mifepristone 200 mg followed by misoprostol 800 mcg (intervention group) to misoprostol 800 mcg alone (control group) and found that women pre-treated with mifepristone were less likely to require subsequent uterine aspiration (8.8% vs. 23.5%, RR 0.37, 95% CI 0.21–0.68).[18] The intervention group was more likely to complete passage of the gestational sac within 4 days (83.8% vs. 67.1%, RR 1.25, 95% CI 1.09–1.43). The number needed to treat with mifepristone to avoid an intrauterine procedure was 6. Rates of adverse events were low and similar in both groups.

A subsequent systematic review on miscarriage comparing expectant management, medical management with misoprostol alone, medical management with mifepristone and misoprostol, and aspiration procedures found that medical treatments had similar effectiveness to surgical interventions and that mifepristone with misoprostol is more effective than misoprostol alone (RR 1.49, 95% CI 1.09–2.03).[46] This finding has also been validated in international trials, and mifepristone pre-treatment has consistently led to improved efficacy

compared with misoprostol alone.[47, 48] As a result, mifepristone pre-treatment is becoming the new standard of care for medical management of miscarriage.

Recently, ACOG updated their practice bulletin on early pregnancy loss to recommend a 200-mg oral dose of mifepristone be given 24 h before misoprostol administration "when mifepristone is available"—recognizing ongoing obstacles to accessing mifepristone in some communities.[4] Clinically, use of mifepristone followed by misoprostol for management of abortion and miscarriage is nearly identical (Table 2). However, the use of mifepristone for miscarriage remains off-label.

## INTEGRATION OF MIFEPRISTONE INTO PRIMARY CARE PRACTICE

### Ordering and Dispensing Medications

Although mifepristone is available in pharmacies in Canada and many countries worldwide, this is not yet the case in the USA. The US FDA currently requires that mifepristone be ordered, stored, and dispensed by a registered clinician.[23] Online resources outlining the steps needed to order mifepristone are readily available.[51] Under federal guidelines, no formal medical board certification or privileging is required. Clinics that dispense mifepristone do not need to have an ultrasound on site or the ability to perform a uterine aspiration procedure.

### Clinical Protocol and Resources for Implementation

Any licensed physician (and in many states advanced practice clinicians) can provide mifepristone and misoprostol.[52] The key steps in providing mifepristone followed by misoprostol for either early abortion or miscarriage are nearly identical (Fig. 1). The first step is to assess gestational age via history of last menstrual period. Ultrasound is used to formally diagnose miscarriage but is not required for abortion unless (1) the gestational age is uncertain or (2) there is concern for ectopic pregnancy.[53, 54] Pelvic examination is indicated only for those with an uncertain gestational age (especially if there is concern it is greater than 10 weeks) or concern for ectopic pregnancy.[54] There are few contraindications to use of mifepristone and misoprostol (Box 1, 2).[22] A history of cesarean section does not preclude use of mifepristone followed by misoprostol for either medication abortion or management of miscarriage.[55]

Box 1 Contraindications to Mifepristone[56]

- Adrenal insufficiency or chronic adrenal failure
- Concurrent use of long-term corticosteroid therapy
- Ectopic pregnancy
- Bleeding disorder or use of anticoagulant therapy
- Inherited porphyria
- Allergy to mifepristone or misoprostol
- Intrauterine device in place

**Table 2  Comparison of Mifepristone Followed by Misoprostol for Management of Medication Abortion Versus Early Miscarriage**

|  |  | Medication abortion | Miscarriage |
|---|---|---|---|
| Day 1 (in office) | History | • Confirm last menstrual period correlates to GA less than 70 days (ultrasound only needed if concern for ectopic pregnancy or uncertain GA)<br>• Counseling about pregnancy options<br>• Exclude contraindications (Box 1) | • Ultrasound to confirm diagnosis<br>• Counseling about miscarriage management options |
|  | Exam | • Pelvic examination only considered if concern for ectopic pregnancy or uncertain GA |  |
|  | Lab | • ± Baseline quantitative serum hCG for comparison at follow-up visit<br>• ± Hemoglobin if concern for anemia<br>• ± STI testing if risk factors identified |  |
|  | Informed consent | • Ensure patient understands the process, alternatives, risks, and benefits<br>• Required: sign manufacturer's Patient Agreement Form (available at earlyoptionpill.com)<br>• Dispense mifepristone 200 mg PO × 1 |  |
| Day 2+ (at home) | Patient initiates | Take 800 mcg misoprostol buccally or vaginally 24–72 h after taking mifepristone<br>• Ibuprofen 600 mg every 6 h as needed for cramping and pain<br>• Counsel patient on concerning symptoms and return precautions that would require urgent evaluation (Box 2) | Take 800 mcg misoprostol vaginally 24–72 h after taking mifepristone |
| Days 5–14 | History | • Assess bleeding and symptoms consistent with passed pregnancy and resolution of pregnancy symptoms<br>• Identify if any concerning symptoms are present (Box 2) |  |
|  | Lab | • Quantitative serum hCG should decline 50% by 3 days after medication abortion and 80% by 7 days[49, 50]<br>• Ultrasound rarely indicated (e.g., concern for ectopic, ongoing pregnancy) |  |

*GA gestational age, hCG human chorionic gonadotropin, STI sexually transmitted infection*

**Box 2 Concerning Symptoms and Return Precautions**[22, 50, 54, 57, 58]

• Excessive bleeding: soaking through 2 sanitary napkins per hour for 2 consecutive hours
• Lack of bleeding: no bleeding 24 h after taking misoprostol
• Infectious symptoms: flu-like symptoms that start 24 h after taking misoprostol or fevers, chills, severe abdominal pain, and/or malodorous discharge
• Pain: severe abdominal pain, cramping, and/or bloating
• Ongoing pregnancy symptoms: feeling pregnant (e.g., breast tenderness, nausea) at the follow-up visit

Although, historically, Rh-negative women who sought abortion in the USA were given Rhogam, current guidelines state that Rh testing and Rhogam are not required if the gestational age is less than 8 weeks.[59] Moreover, a recent study suggests Rhogam is likely unnecessary for medication abortion and early miscarriage less than 10 weeks.[60] Testing for sexually transmitted infections is not required for low-risk women seeking abortion or miscarriage management but should be offered to those with risk factors. When treatment is needed for a sexually transmitted infection, antibiotics can be provided at the same time as mifepristone.

Patients should be educated about how to use misoprostol at home. A free 1-h video-based online training (https://abortionpillcme.teachtraining.org/) provides examples of primary care counseling about medication abortion and highlights key steps in providing mifepristone and misoprostol.



**Figure 1 Combining mifepristone and misoprostol to treat undesired pregnancy or miscarriage. hCG, human chorionic gonadotropin**

Pet. Ref. 475

To reduce nausea, the patient medication guide from the manufacturer has a useful illustration to show patients how to use misoprostol buccally by placing two 200-mcg tablets in each cheek pouch (the area between the cheek and gums) for 30 min, after which any pill remnants can be swallowed with water.[56] If the tablets are in place for less time (e.g., vomited), patients may need to re-dose the misoprostol.[54, 61] Other common off-label but evidence-based regimens for patients prone to nausea include placing misoprostol vaginally; tablets placed in the vagina do not have to be removed after 30 min.[62]

For managing cramps with medication abortion, ibuprofen is superior to acetaminophen.[63] Ibuprofen taken as needed, rather than scheduled, results in equal pain control with less medication use.[64] Although non-steroidal anti-inflammatory drugs are first-line therapy and typically sufficient, oral narcotics are occasionally used as adjuvant therapy for pain management.[65] However, oral narcotics have not been shown to reduce maximum pain scores or duration of maximum pain, and they have not led to improved satisfaction among women undergoing medical abortion; thus, narcotics should be used with caution.[66]

After medication abortion or medical management of miscarriage, follow-up should be scheduled for 5–14 days after taking mifepristone and can occur either in person, by telephone, or via electronic messaging (i.e., use of a patient portal).[54, 67–70] Follow-up involves assessing symptoms to rule out ongoing pregnancy, such as breast tenderness and nausea, as well as symptoms that could warrant further evaluation to rule out a complication (Box 2). If pregnancy continues after an attempted medication abortion, one must counsel patients about the teratogenicity of misoprostol.[71]

A number of approaches can be used to confirm a successful medication abortion, including patient self-assessment of symptoms, repeated pregnancy testing, and ultrasound. Measuring serum human chorionic gonadotropin (hCG), a hormone produced in early pregnancy, before and after use of mifepristone and misoprostol is more reliable than ultrasound.[54, 72] Compared with baseline, serum hCG should decline 50% by 3 days after medication abortion and 80% by 7 days.[49, 72] Although some clinicians opt to use ultrasound to confirm complete passage of tissue, residual echogenic material in the uterus and endometrial thickening may be normal and requires no intervention unless accompanied by cramping, excessive bleeding, or concern for infection.[54] Clinicians should be aware that most over-the-counter urine pregnancy tests utilize a cutoff level of hCG for pregnancy detection instead of a range. Thus, standard pregnancy tests may remain positive more than a month after a pregnancy ends and are not helpful in detecting downward trends in hCG levels that would indicate a successful abortion.[54]

Resources for integrating mifepristone and misoprostol into clinical practice—including electronic health record templates, patient aftercare instructions, and an electronic listserv that offers prompt responses to real-world questions—are available from the Reproductive Health Access Project (RHAP) with additional resources from the Training in Early Abortion for Comprehensive Healthcare (TEACH) program, the National Abortion Federation (NAF), and primary care practice summaries.[50, 54, 57] Although primary care is typically team-based, given the rarity of adverse events following use of mifepristone and misoprostol, some general internists (e.g., one author) offer these medications without asking colleagues to take phone calls from their patients who have taken mifepristone. In rare cases when concern for ectopic pregnancy or excessive bleeding arises, referral to a local gynecologist, family physician, or emergency department is warranted.

## Safety, Side Effects, and Adverse Events

The 2018 NASEM review concluded that primary care clinicians can safely provide medication abortion in ambulatory settings without on-site ultrasound or emergency services.[6] Clinical experience has shown mifepristone to be far safer than antibiotics, antihypertensive agents, insulin, and many other common primary care medications.[6, 29, 50, 73] The use of mifepristone followed by misoprostol to end a pregnancy is 14 times safer than continuing a pregnancy to term.[74] Medication abortion has no long-term adverse effects on health or fertility.[75] In a prospective cohort study of nearly 1000 women comparing those who received an abortion and those who were turned away due to gestational age limits, women who were turned away reported worse anxiety and mental health, as well as worse self-reported physical health outcomes, which persisted 5 years later.[75, 76]

Patients do not typically experience side effects after taking mifepristone. In contrast, side effects generally occur after taking misoprostol. Common side effects include 4–6 h of severe cramping and vaginal bleeding that is heavier than a typical menstrual period and often includes passage of clots. After the initial 4–6 h, bleeding should gradually decrease and spotting is common for up to 1–2 weeks[77] Bleeding that requires urgent evaluation or transfusion is very rare (0.05%).[26, 73] Given that bleeding is expected, the risk of anemia should be considered prior to administration of mifepristone and misoprostol, and patients with a hemoglobin < 9.5 g/dl are generally advised to consider a uterine aspiration procedure instead of a medication abortion.[50, 78]

Flu-like symptoms such as nausea, fever and chills, vomiting, diarrhea, and malaise may occur and should last less than 24 h. Patients should be advised to take non-steroidal anti-inflammatory medication for pain management and call if they experience concerning symptoms that could warrant urgent evaluation (Box 2). Patients who experience no or little bleeding within 24 h of taking misoprostol should be advised to call their clinician, as it could indicate a risk for ongoing or ectopic pregnancy (< 0.6%).[79] If a patient requires urgent evaluation (Box 2), the first step is often an ultrasound to identify whether pregnancy tissue remains in the uterus. If a patient has retained pregnancy tissue on ultrasound, they can generally be managed with a repeat dose of misoprostol;

however, some individuals may opt for a uterine aspiration procedure.[54]

Pelvic infections, such as endometritis and sepsis, are exceedingly rare, and prophylactic antibiotics are not routinely recommended.[80] Overall, only 0.5–0.9% of patients will need treatment for infection and 0.04–0.9% require hospitalization.[73] The need for IV antibiotics is extremely rare (0.006% to 0.093%).[73, 81] However, mifepristone has a black box warning reminding providers that if a patient presents with afebrile malaise, *Clostridium sordellii* should be considered. *C. sordellii* can lead to toxic shock syndrome, and patients may present with tachycardia, hypotension, and lab abnormalities (e.g., leukocytosis, hemoconcentration).[82–84] Case reports of fatal *C. sordellii* infections have been noted in patients following medication abortion as well as live birth, stillbirth, miscarriage, and procedures for cervical dysplasia. Therefore, it remains unclear whether mifepristone or misoprostol truly plays a causal role in clostridial infections though must be considered given the associated morbidity and mortality.[84]

## Legal Considerations

Although provision of mifepristone and misoprostol is clinically safe, medication abortion is increasingly regulated by laws and policies at the federal and state level.[52] In some communities, restrictions may include gestational age limits, physician-only prescribing, requiring the prescriber to be physically on-site (e.g., precluding telemedicine), mandatory waiting periods, mandatory counseling that may be inaccurate and dangerous (e.g., reversal of medication abortions with progesterone), and requirements for the physical characteristics of buildings in which abortions are allowed to occur.[85, 86] An up-to-date, state-by-state resource is available online from the Guttmacher Institute.[52]

## Moving Forward

Given that patients in a growing number of communities experience barriers to accessing clinical services, an increasing number of individuals seek to self-manage their abortion.[87, 88] Unfortunately, this has resulted in the incarceration of some women for "practicing medicine without a license" and provides a stark reminder of the need to integrate mifepristone into primary care.[89] The landscape of abortion is ever-changing, and we are likely to see new models for abortion care emerge, along with further integration into primary care.

## SUMMARY

Mifepristone followed by misoprostol can be safely and effectively used to manage early abortion and miscarriage. Recent evidence supports the provision of mifepristone followed by misoprostol in primary care without need for special equipment or emergency services. Primary care providers in many states can easily integrate mifepristone with misoprostol into their practice, thereby dramatically reducing stigma and other barriers their patients may face in accessing time-sensitive reproductive healthcare.

---

Take-Home Points
• Mifepristone and misoprostol are highly effective for medical management of early abortion and miscarriage.
• Mifepristone and misoprostol can be safely integrated into primary care settings and improve access to time-sensitive clinical services.
• Resources are readily available to support the provision of these medications in clinical practice.

---

***Acknowledgments:*** *We gratefully acknowledge the assistance of Amy Studer, RN, MSN, MSLIS, AHIP, Health Science Librarian, UC Davis Blaisdell Medical Library, in structuring a search of the relevant literature and Erin Hartman, MS, UCSF Department of Medicine, for her review and editorial guidance.*

***Corresponding Author:*** *Jessica Beaman, MD MPH; Department of Medicine, University of California San Francisco, CA, USA (e-mail: Jessica.beaman@ucsf.edu).*

**Compliance with Ethical Standards:**

***Conflict of Interest:*** *The authors declare that they do not have a conflict of interest.*

## REFERENCES

1. **Daniel H, Erickson SM, Bornstein SS.** Women's health policy in the United States: an American College of Physicians position paper. Ann Intern Med. 2018;168(12):874-5.
2. **Curtin SC, Abma JC, Kost K.** Pregnancy rates among U.S. women. 2010. Available at: https://www.cdc.gov/nchs/data/hestat/pregnancy/2010_pregnancy_rates.htm#table 1. Accessed July 3, 2019.
3. **Jones RK, Jerman J.** Population group abortion rates and lifetime incidence of abortion: United States, 2008-2014. Am J Public Health. 2017:107(12):1904-9.
4. The American College of Obstetricians and Gynecologists. Early pregnancy loss. Available at: https://www.acog.org/Patients/FAQs/Early-Pregnancy-Loss?IsMobileSet=false. Accessed July 3, 2019.
5. **Jatlaoui TC, Eckhaus L, Mandel MG, et al.** Abortion Surveillance – United States, 2016. MMWR Surveill Summ. 2019;68(11):1-41.
6. National Academies of Sciences, Engineering, and Medicine. The safety and quality of abortion care in the United States. Available at: https://doi.org/10.17226/24950. Accessed July 3, 2019.
7. Guttmacher Institute: https://www.guttmacher.org/state-policy/explore/medication-abortion. Accessed on December 17, 2019.
8. **Desai S, Jones RK, Castle K.** Estimating abortion provision and abortion referrals among United States obstetrician-gynecologists in private practice. Contraception. 2018:97(4):297-302.
9. **Jones R, Witwer E, Jerman J.** Abortion incidence and service availability in the United States. 2017. Available at: https://www.guttmacher.org/report/abortion-incidence-service-availability-us-2017. Accessed December 12, 2019.
10. Agency for Healthcare Research and Quality. The Number of Practicing Primary Care Physicians in the United States: Primary Care Workforce Facts and Stats No. 1. Available at: https://www.ahrq.gov/research/findings/factsheets/primary/pcwork1/index.html. Accessed December 12, 2019.
11. **Bearak JM, Burke KL, Jones RK.** Disparities and change over time in distance women need to travel to have an abortion in the USA: a spatial analysis. Lancet. 2017;2(11):e492-500.
12. **Barr-Walker, J, Jayaweera RT, Ramirez AM, Gerdts C.** Experiences of women who travel for abortion: A mixed methods systematic review. PloS One. 2019;14(4):e0209991.
13. **Godfrey EM, Rubin SE, Khare MM, Gold M.** Women's preference for receiving abortion in primary care settings. J Womens Health. 2010:19(3):547-53.

14. **Page C, Stumbar S, Gold M.** Attitudes and preferences toward the provision of medication abortion in an urban academic internal medicine practice. J Gen Intern Med. 2012;27(6):647-52.

15. **Summit AK, Casey LM, Bennett AH, Karasz A, Gold M.** "I don't want to go anywhere else": patient experiences of abortion in family medicine. Fam Med. 2015;48(1):30-4.

16. **Wu JP, Godfrey EM, Prine L, Andersen KL, MacNaughton H, Gold M.** Women's satisfaction with abortion care in academic family medicine centers. Fam Med. 2015;47(2):98-106.

17. U.S. Food and Drug Administration. Mifepristone U.S. post-marketing adverse events summary through 12/31/2018. Available at: https://www.fda.gov/media/112118/download. Accessed July 3, 2019.

18. **Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT.** Mifepristone pretreatment for the medical management of early pregnancy loss. N Engl J Med. 2018;378:2161-70.

19. **Avrech OM, Golan A, Weinraub Z, Bukovsky I, Caspi E.** Mifepristone (RU486) alone or in combination with a prostaglandin analogue for termination of early pregnancy: a review. Fertil Steril. 1991;56(3):385-93.

20. **Grimes DA, Creinin MD.** Induced Abortion: An Overview for Internists. Ann Intern Med. 2004;140(8):620-6.

21. **Kulier R, Kapp N, Gulmezoglu AM, Hofmeyr GJ, Cheng L, Campana A.** Medical methods for first trimester abortion. Cochrane Database Syst Rev. 2011;(11):CD002855.

22. U.S. Food and Drug Administration. MIFEPREX (mifepristone) tablets. 200mg for oral administration only. Available online at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2000/20687lbl.htm. Accessed July 3, 2019.

23. Government Accountability Office. Approval and oversight of the drug mifeprex. 2008 Available at: https://www.gao.gov/new.items/d08751.pdf. Accessed July 3, 2019.

24. **Schaff EA, Eisinger SH, Stadalius LS, Franks B, Gore BZ, Poppema S.** Low-dose mifepristone 200mg and vaginal misoprostol for abortion. Contraception. 1999;59:1-6.

25. **Neilson JP, Hickey M, Vazquez JC.** Medical treatment for early fetal death (less than 24 months). Cochrane Database Syst Rev. 2006;(3):CD002253.

26. **Cleland K, Creinin MD, Nucatola D, Nshom M, Trussel J.** Significant adverse events and outcomes after medical abortion. Obstet Gynecol. 2013;121(1):166-71.

27. **Chen MJ, Creinin MD.** Mifepristone with buccal misoprostol for medical abortion: a systematic review. Obstet Gynecol. 2015;126(1):12-21.

28. **Kapp N, Baldwin MK, Rodriguez MI.** Efficacy of medical abortion prior to 6 gestational weeks: a systematic review. Contraception. 2018;97(2):90-9.

29. **Abbas D, Chong E, Raymond EG.** Outpatient medical abortion is safe and effective through 70 days gestation. Contraception. 2015;92(3):197-9.

30. **Guest J, Chien PF, Thomson MA, Kosseim ML.** Randomized controlled trial comparing the efficacy of same-day administration of mifepristone and misoprostol for termination of pregnancy with the standard 36 to 48-hour protocol. BJOG. 2007;114(2):207-15.

31. **Lohr PA, Starling JE, Scott JG, Aiken ARA.** Simultaneous Compared With Interval Medical Abortion Regimens Where Home Use Is Restricted. Obstet Gynecol. 2018;131(4):635-41.

32. U.S. Food and Drug Administration. Risk evaluation and mitigation strategies (REMS). Available at: https://www.fda.gov/drugs/drug-safety-and-availability/risk-evaluation-and-mitigation-strategies-rems. Accessed July 3, 2019.

33. Mifeprex REMS Study Group. Sixteen years of overregulation: time to unburden Mifeprex. N Engl J Med. 2017;376:790-4.

34. **Henney JE, Gayle HD.** Time to reevaluate U.S. mifepristone restrictions. N Engl J Med. 2019. https://doi.org/10.1056/NEJMp1908305.

35. **Sheldon, WR, Durocher J, Dzuba IG, et al.** Early abortion with buccal versus sublingual misoprostol alone: a multicenter, randomized trial. Contraception. 2019;99(5):272-7.

36. **Raymond EG, Harrison MS, Weaver MA.** Efficacy of misoprostol alone for first-trimester medical abortion: a systematic review. Obstet Gynecol. 2019;133(1):137-47.

37. NeedyMeds. Mifeprex. [cited 2020 Jan 24];Available from: https://www.needymeds.org/generic-drug/DrugSearch/mifepristone

38. GoodRx. Misoprostol. [cited 2020 Jan 24];Available from: https://www.goodrx.com/misoprostol

39. **Wilcox AJ, Weinberg CR, O'Connor JF, et al.** Incidence of early loss of pregnancy. N Engl J Med. 1988;319(4):189-94.

40. **Zinaman MJ, Clegg ED, Brown CC, O'Connor J, Selevan SG.** Estimates of human fertility and pregnancy loss. Fertil Steril. 1996;65(3):503-9.

41. **Zhang J, Gilles JM, Barnhart K, et al.** A comparison of medical management with misoprostol and surgical management for early pregnancy failure. N Engl J Med. 2005;353(8):761-9.

42. **Chen BA** and **Creinin MD.** Contemporary management of early pregnancy failure. Clin Obstet Gynecol. 2007;50(1):67-88.

43. **Lemmers M, Verschoor MA, Kim BV, et al.** Medical treatment for early fetal death (less than 24 weeks). Cochrane Database Syst Rev. 2019;(6):CD002253.

44. **Ehrnstén L, Altman D, Ljungblad A, Kallner HK.** Efficacy of mifepristone and misoprostol for medical treatment for missed miscarriage in clinical practice- a cohort study. Acta Obstet Gynecol Scand. 2019.

45. **Marret H, Simon E, Beucher G, et al.** Overview and expert assessment of off-label use of misoprostol in obstetrics and gynaecology: review and report by the Collège national des gynécologues obstétriciens français. Eur K Obstet Gynecol Reprod Biol. 2015;187:80-4.

46. **Haw B, Muregesu N, Tobias A, Zamora J, Khan KS.** Management of first-trimester miscarriage: a systematic review and network meta-analysis. Hum Reprod Update. 2019;25(3):362-74.

47. **Dunford A, Fyfe R.** Combination therapy with mifepristone and misoprostol for the management of first trimester miscarriage: Improved success. Aust N Z J Obstet Gynaecol. 2018;58(4):438-42.

48. **Sinha P, Suneja A, Guleria K, Aggarwal R, Vaid NB.** Comparison of Mifepristone Followed by Misoprostol with Misoprostol Alone for Treatment of Early Pregnancy Failure: A Randomized Double-Blind Placebo-Controlled Trial. J Obstet Gynaecol India. 2018;68(1):39-44.

49. **Stenquist A, Fortin J, Goldberg AB.** Serum human chorionic gonadotropin (hCG) trend within the first few days after medical abortion: a prospective study. Contraception. 2017;95(3):263-8.

50. **Amico JR, Cheng TL, Godfrey EM.** Providing Abortion Services in the Primary Care Setting. Prim Care. 2018;45(4):599-613.

51. Reproductive Health Access Project. Mifepristone (Mifeprex) ordering information. Available at: https://www.reproductiveaccess.org/wp-content/uploads/2013/12/mifepristone_ordering.pdf. Accessed July 3, 2019.

52. Guttmacher Institute. An overview of abortion laws. Available at: https://www.guttmacher.org/state-policy/explore/overview-abortion-laws. Accessed July 3, 2019.

53. **Raymond EG, Tan YL, Comendant R, et al.** Simplified medical abortion screening: a demonstration project. Contraception. 2018;97(4):292-6.

54. National Abortion Federation. 2018 clinical policy guidelines. Available at: https://prochoice.org/resources/clinical-policy-guidelines/. Accessed July 3, 2019.

55. **Mazouni C, Provensal M, Porcu G, et al.** Termination of pregnancy in patients with previous cesarean section. Contraception. 2006;73(3):244-8.

56. **Danco Laboratories.** Mifeprex medication guide. Available at: http://www.earlyoptionpill.com/wp-content/uploads/2016/01/DAN_MedGuideEng_FINAL.pdf. Accessed July 3, 2019.

57. Training in Early Abortion for Comprehensive Healthcare (TEACH). Early abortion training workbook. Available at: https://www.teachtraining.org/training-tools/early-abortion-training-workbook/. Accessed July 3, 2019.

58. **World Health Organization.** Medical Management of Abortion. Available at: https://apps.who.int/iris/bitstream/handle/10665/278968/9789241550406-eng.pdf?ua=1. Accessed January 24,2020.

59. **Mark A, Foster AM, Grossman D, et al.** Foregoing Rh testing and anti-D immunoglobulin for women presenting for early abortion: a recommendation from National Abortion Federation's Clinical Policies Committee. Contraception. 2019;99(5):265-6.

60. **Hollenback SJ, Cochran M, Harrington A.** "Provoked" feto-maternal hemorrhage may represent insensible cell exchange in pregnancies from 6 to 22 weeks gestational age. Contraception. 2019;S0010-7824(19):30129-5.

61. **Planned Parenthood.** Client information: how to take the pills for your abortion and what to expect. Available at: https://www.plannedparenthood.org/files/1314/2308/5667/CI_Buccal_NEW.pdf. Accessed July 3, 2019.

62. **Hsia JK, Lohr PA, Taylor J, Creinin MD.** Medical abortion with mifepristone and vaginal misoprostol between 64 and 70 days' gestation. Contraception. 2019;S0010-7824(10):30169-6.

63. **Livshits A, Machtinger R, David LB, Spira M, Moshe-Zahav A, Seidman DS.** Ibuprofen and paracetamol for pain relief during medical abortion: a double-blind randomized controlled study. Fertil Steril. 2009;91(5):1877-80.

64. **Raymond EG, Weaver MA, Louie KS, et al.** Prophylactic compared with therapeutic ibuprofen analgesia in first-trimester medical abortion: A randomized controlled trial. Obstet Gynecol. 2013;122(3):558-64.

65. **Friedlander EB**, **Soon R**, **Salcedo J**, **et al.** Prophylactic pregabalin to decrease pain during medication abortion: A randomized controlled trial. Obstet Gynecol. 2018;132(3):612-8.

66. **Colwill AC**, **Bayer LL**, **Bednarek P**, **Garg B**, **Jensen JT**, **Edelman AB**. Opioid Analgesia for Medical Abortion: A Randomized Controlled Trial. Obstet Gynecol. 2019;134(6):1163-70.

67. **Clark W**, **Bracken H**, **Tanenhaus J**, **Schweikert S**, **Lichtenberg ES**, **Winikoff B**. Alternatives to a routine follow-up visit for early medical abortion. Obstet Gynecol. 2010;115(2 Pt 1):264-72.

68. **Cameron ST**, **Glasier A**, **Dewart H**, **Johnstone A**, **Burnside A**. Telephone follow-up and self-performed urine pregnancy testing after early medical abortion: A service evaluation. Contraception. 2012;86(1):67-73.

69. **Oppegaard KS**, **Qvigstad E**, **Fiala C**, **Heikinheimo O**, **Benson L**, **Gemzell-Danielsson K**. Clinical follow-up compared with self-assessment of outcome after medical abortion: a multicentre, non-inferiority, randomised, controlled trial. Lancet. 2015;385(9969):698-704.

70. **Cameron ST**, **Glasier A**, **Johnstone A**, **Dewart H**, **Campbell A**. Can women determine the success of early medical termination of pregnancy themselves?. Contraception. 2015;91(1):6-11.

71. **Coelho KE**, **Sarmento MF**, **Veiga CM**, **et al.** Misoprostol embryotoxicity: clinical evaluation of fifteen patients with arthrogryposis. Am J Med Genet. 2000;95(4):297-301.

72. **Fiala C**, **Safar P**, **Bygdeman M**, **Gemzell-Danielsson K**. Verifying the effectiveness of medical abortion; ultrasound versus hCG testing. Eur J Obstet Gynecol Reprod Biol. 2003;109(2):190-5.

73. **Upadhyay UD**, **Desai S**, **Zlidar V**, **et al.** Incidence of emergency department visits and complications after abortion. Obstet Gynecol. 2015;125(1):175-83.

74. **Raymond EG**, **Grimes DA**. The comparative safety of legal induced abortion and childbirth in the United States. Obstet Gynecol. 2012;119(2 Pt 1):215-9.

75. **Biggs MA**, **Upadhyay UD**, **McCulloch CE**, **Foster DG**. Women's mental health and well-bring 5 years after receiving or being denied an abortion: a prospective, longitudinal cohort study. JAMA Psychiatry. 2017;74(2):169-78.

76. **Ralph LJ**, **Schwarz EB**, **Grossman D**, **Foster DG**. Self-reported physical health of women who did and did not terminate pregnancy after seeking abortion services: a cohort study. Ann Intern Med. 2019. https://doi.org/10.7326/M18-1666.

77. **Davis A**, **Westhoff C**, **De Nonno L**. Bleeding patterns after early abortion with mifepristone and misoprostol or manual vacuum aspiration. J AM Med Womens Assoc. 2000:55(3 Suppl):141-4.

78. The American College of Obstetricians and Gynecologists. Practice Bulletin No. 143: medical management of first-trimester abortion. Obstet Gynecol. 2014;123(3):676-92.

79. **Raymond EG**, **Shannon C**, **Weaver MA**, **Winikoff B**. First-trimester medical abortion with mifepristone 200mg and misoprostol: a systematic review. Contraception. 2013;87(1):26-37.

80. **Achilles SL**, **Reeves MF**. Prevention of infection after induced abortion: SFP guideline 20102. Contraception. 2011;83(4):295-309.

81. **Fjerstad M**, **Trussel J**, **Sivin I**, **Lichtenberg ES**, **Cullins V**. Rates of serious infection after changes in regimens for medical abortion. N Engl J Med. 2009;361(2):145-51.

82. **Fischer M**, **Bhatnagar J**, **Guarner J**, **et al.** Fatal toxic shock syndrome associated with Clostridium sordellii after medical abortion. N Engl J Med. 2005;353(22):2352-60.

83. **Winikoff, B**. Clostridium sordellii infection in medical abortion. Clin Infect Dis. 2006;43(11):1447-8.

84. **Ho CS**, **Bhatnagar J**, **Cohen AL**, **et al.** Undiagnosed cases of fatal Clostridium-associated toxic shock in Californian women of childbearing age. Am J Obstet Gynecol. 2009;201:459.e1-7.

85. **Grossman D**, **White K**, **Harris L**, **et al.** Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review. Contraception. 2015;92(3):206-11.

86. **Creinin MD**, **Hou MY**, **Dalton L**, **Steward R**, **Chen MJ**. Mifepristone antagonization with progesterone to prevent medical abortion: a randomized controlled trial. Obstet Gynecol 2020;135(1):158-65.

87. **Aiken ARA**, **Broussard K**, **Johnson DM**, **Padron E**. Motivations and Experiences of People Seeking Medication Abortion Online in the United States. Perspect Sex Reprod Health. 2018;50(4):157-63.

88. **Biggs MA**, **Ralph L**, **Raifman S**, **Foster DG**, **Grossman D**. Support for and interest in alternative models of medication abortion provision among a national probability sample of U.S. women. Contraception. 2019;99(2):118-24.

89. **Bazelon E**. A Mother in Jail for Helping Her Daughter Have an Abortion. New York Times. Available at: https://www.nytimes.com/2014/09/22/magazine/a-mother-in-jail-for-helping-her-daughter-have-an-abortion.html. Accessed January 24, 2020.

**Publisher's Note:** *Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.*



**Cochrane** Database of Systematic Reviews

# Methods for managing miscarriage: a network meta-analysis (Review)

Ghosh J, Papadopoulou A, Devall AJ, Jeffery HC, Beeson LE, Do V, Price MJ, Tobias A, Tunçalp Ö, Lavelanet A, Gülmezoglu AM, Coomarasamy A, Gallos ID

Ghosh J, Papadopoulou A, Devall AJ, Jeffery HC, Beeson LE, Do V, Price MJ, Tobias A, Tunçalp Ö, Lavelanet A, Gülmezoglu AM, Coomarasamy A, Gallos ID.
Methods for managing miscarriage: a network meta-analysis.
*Cochrane Database of Systematic Reviews* 2021, Issue 6. Art. No.: CD012602.
DOI: 10.1002/14651858.CD012602.pub2.

**www.cochranelibrary.com**

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

Pet. Ref. 480

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# TABLE OF CONTENTS

| | |
|---|---|
| ABSTRACT | 1 |
| PLAIN LANGUAGE SUMMARY | 2 |
| SUMMARY OF FINDINGS | 4 |
| BACKGROUND | 17 |
| OBJECTIVES | 17 |
| METHODS | 17 |
| Figure 1. | 20 |
| RESULTS | 25 |
| Figure 2. | 26 |
| Figure 3. | 27 |
| Figure 4. | 31 |
| Figure 5. | 32 |
| Figure 6. | 33 |
| Figure 7. | 35 |
| Figure 8. | 36 |
| Figure 9. | 37 |
| Figure 10. | 38 |
| Figure 11. | 39 |
| Figure 12. | 40 |
| Figure 13. | 41 |
| Figure 14. | 42 |
| Figure 15. | 43 |
| Figure 16. | 44 |
| Figure 17. | 45 |
| Figure 18. | 46 |
| Figure 19. | 47 |
| Figure 20. | 48 |
| Figure 21. | 49 |
| Figure 22. | 50 |
| Figure 23. | 51 |
| Figure 24. | 52 |
| Figure 25. | 54 |
| Figure 26. | 55 |
| Figure 27. | 56 |
| Figure 28. | 57 |
| Figure 29. | 58 |
| Figure 30. | 59 |
| Figure 31. | 60 |
| Figure 32. | 61 |
| Figure 33. | 62 |
| Figure 34. | 63 |
| Figure 35. | 64 |
| Figure 36. | 65 |
| Figure 37. | 66 |
| Figure 38. | 67 |
| Figure 39. | 68 |
| Figure 40. | 70 |
| Figure 41. | 71 |
| Figure 42. | 72 |
| Figure 43. | 73 |
| Figure 44. | 74 |

Pet. Ref. 481

**Cochrane** Library

Trusted evidence.
Informed decisions.
Better health.

Figure 45.  ...........................................................................................................................................................   75
Figure 46.  ...........................................................................................................................................................   76
Figure 47.  ...........................................................................................................................................................   77
Figure 48.  ...........................................................................................................................................................   78
Figure 49.  ...........................................................................................................................................................   79
Figure 50.  ...........................................................................................................................................................   81
Figure 51.  ...........................................................................................................................................................   82
DISCUSSION  .......................................................................................................................................................   83
AUTHORS' CONCLUSIONS  ...................................................................................................................................   85
ACKNOWLEDGEMENTS  .......................................................................................................................................   85
REFERENCES  ......................................................................................................................................................   87
CHARACTERISTICS OF STUDIES  ..........................................................................................................................   110
DATA AND ANALYSES  .........................................................................................................................................   192
   Analysis 1.1. Comparison 1: Suction aspiration vs Misoprostol, Outcome 1: Complete Miscarriage  .......................   194
   Analysis 1.2. Comparison 1: Suction aspiration vs Misoprostol, Outcome 2: Composite outcome of death or serious   195
   complication  ..................................................................................................................................................
   Analysis 1.3. Comparison 1: Suction aspiration vs Misoprostol, Outcome 3: Need for unplanned/emergency surgical procedure   195
   Analysis 1.4. Comparison 1: Suction aspiration vs Misoprostol, Outcome 4: Pain score  ..........................................   196
   Analysis 1.5. Comparison 1: Suction aspiration vs Misoprostol, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis   196
   Analysis 1.6. Comparison 1: Suction aspiration vs Misoprostol, Outcome 6: Change in haemoglobin measurements before and   197
   after the miscarriage  ......................................................................................................................................
   Analysis 1.7. Comparison 1: Suction aspiration vs Misoprostol, Outcome 7: Days of bleeding  ................................   197
   Analysis 1.8. Comparison 1: Suction aspiration vs Misoprostol, Outcome 8: Cervical tear  ......................................   197
   Analysis 1.9. Comparison 1: Suction aspiration vs Misoprostol, Outcome 9: Mean duration of hospital stay (days)  ...........   198
   Analysis 1.10. Comparison 1: Suction aspiration vs Misoprostol, Outcome 10: Re-admission to hospital  ..................   198
   Analysis 1.11. Comparison 1: Suction aspiration vs Misoprostol, Outcome 11: Nausea  ...........................................   198
   Analysis 1.12. Comparison 1: Suction aspiration vs Misoprostol, Outcome 12: Vomiting  ........................................   199
   Analysis 1.13. Comparison 1: Suction aspiration vs Misoprostol, Outcome 13: Diarrhoea  ......................................   199
   Analysis 1.14. Comparison 1: Suction aspiration vs Misoprostol, Outcome 14: Pyrexia  ..........................................   200
   Analysis 1.15. Comparison 1: Suction aspiration vs Misoprostol, Outcome 15: Anxiety score  .................................   200
   Analysis 1.16. Comparison 1: Suction aspiration vs Misoprostol, Outcome 16: Depression score  ............................   200
   Analysis 2.1. Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 1: Complete Miscarriage  ..................   201
   Analysis 2.2. Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 2: Composite outcome of death or   202
   serious complication  .......................................................................................................................................
   Analysis 2.3. Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 3: Need for unplanned/emergency   202
   surgical procedure  .........................................................................................................................................
   Analysis 2.4. Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 4: Pelvic inflammatory disease, sepsis   202
   or endometritis  ..............................................................................................................................................
   Analysis 2.5. Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 5: Re-admission to hospital  ..............   202
   Analysis 3.1. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 1: Complete Miscarriage  ..................   204
   Analysis 3.2. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 2: Composite outcome of death or serious   204
   complication  ..................................................................................................................................................
   Analysis 3.3. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 3: Need for unplanned/emergency surgical   204
   procedure  ......................................................................................................................................................
   Analysis 3.4. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 4: Pelvic inflammatory disease, sepsis or   205
   endometritis  ...................................................................................................................................................
   Analysis 3.5. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 5: Mean volumes of blood loss (millilitres)  ..   205
   Analysis 3.6. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 6: Change in haemoglobin measurements   205
   before and after the miscarriage  ......................................................................................................................
   Analysis 3.7. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 7: Days of bleeding  .................   205
   Analysis 3.8. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 8: Cervical tear  ......................   206
   Analysis 3.9. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 9: Mean duration of hospital stay (days)  ....   206
   Analysis 3.10. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 10: Re-admission to hospital  ..................   206

Pet. Ref. 482

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 491 of 754  PageID.4878

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Analysis 3.11. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 11: Vomiting  ................................................ 206

Analysis 3.12. Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 12: Pyrexia  ................................................... 207

Analysis 4.1. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 1: Complete Miscarriage  ................................. 208

Analysis 4.2. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 2: Composite outcome of death or serious complication  ............................................................................................................................................................................................. 209

Analysis 4.3. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 3: Need for unplanned/emergency surgical procedure  ....................................................................................................................................................................................................... 209

Analysis 4.4. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 4: Pelvic inflammatory disease, sepsis or endometritis  ....................................................................................................................................................................................................... 209

Analysis 4.5. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 5: Mean volumes of blood loss (millilitres)  .... 210

Analysis 4.6. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 6: Change in haemoglobin measurements before and after the miscarriage  ............................................................................................................................................................ 210

Analysis 4.7. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 7: Days of bleeding  .......................................... 210

Analysis 4.8. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 8: Cervical tear  .............................................. 210

Analysis 4.9. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 9: Mean duration of hospital stay (days)  ....... 211

Analysis 4.10. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 10: Re-admission to hospital  ....................... 211

Analysis 4.11. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 11: Vomiting  .................................................. 211

Analysis 4.12. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 12: Diarrhoea  .............................................. 211

Analysis 4.13. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 13: Pyrexia  .................................................... 212

Analysis 4.14. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 14: Anxiety score  ......................................... 212

Analysis 4.15. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 15: Depression score  .................................... 212

Analysis 5.1. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 1: Complete Miscarriage  ............................. 213

Analysis 5.2. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 2: Composite outcome of death or serious complication  ............................................................................................................................................................................................. 213

Analysis 5.3. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 3: Need for unplanned/emergency surgical procedure  ....................................................................................................................................................................................................... 214

Analysis 5.4. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 4: Pelvic inflammatory disease, sepsis or endometritis  ....................................................................................................................................................................................................... 214

Analysis 5.5. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 5: Change in haemoglobin measurements before and after the miscarriage  ............................................................................................................................................................ 214

Analysis 5.6. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 6: Days of bleeding  ..................................... 214

Analysis 5.7. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 7: Re-admission to hospital  ....................... 215

Analysis 5.8. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 8: Nausea  .................................................... 215

Analysis 5.9. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 9: Vomiting  .................................................. 215

Analysis 5.10. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 10: Diarrhoea  ........................................... 215

Analysis 5.11. Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 11: Pyrexia  ................................................ 216

Analysis 6.1. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 1: Complete Miscarriage  .................................... 217

Analysis 6.2. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 2: Composite outcome of death or serious complication  ............................................................................................................................................................................................. 217

Analysis 6.3. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 3: Need for unplanned/emergency surgical procedure  ....................................................................................................................................................................................................... 218

Analysis 6.4. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 4: Pain score  ...................................................... 218

Analysis 6.5. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis  ....................................................................................................................................................................................................... 218

Analysis 6.6. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 6: Mean volumes of blood loss (millilitres)  .......... 218

Analysis 6.7. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 7: Days of bleeding  ............................................. 219

Analysis 6.8. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 8: Cervical tear  .................................................. 219

Analysis 6.9. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 9: Re-admission to hospital  ............................... 219

Analysis 6.10. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 10: Vomiting  ..................................................... 219

Analysis 6.11. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 11: Nausea  ........................................................ 220

Analysis 6.12. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 12: Diarrhoea  ................................................... 220

Analysis 6.13. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 13: Depression score  ....................................... 220

Analysis 7.1. Comparison 7: Misoprostol vs Suction aspiration + Cervical preparation, Outcome 1: Complete Miscarriage  ....... 221

Analysis 7.2. Comparison 7: Misoprostol vs Suction aspiration + Cervical preparation, Outcome 2: Pyrexia  ............................... 221

Pet. Ref. 483

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Analysis 8.1. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 1: Complete Miscarriage  ....................................... 222

Analysis 8.2. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 2: Composite outcome of death or serious complication  ...................................................................................................................................................... 223

Analysis 8.3. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 3: Need for unplanned/emergency surgical procedure  ...................................................................................................................................................... 223

Analysis 8.4. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 4: Pain score  ...................................... 223

Analysis 8.5. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis  ...................................................................................................................................................... 224

Analysis 8.6. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 6: Change in haemoglobin measurements before and after the miscarriage  ...................................................................................................................................................... 224

Analysis 8.7. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 7: Days of bleeding  ...................................... 224

Analysis 8.8. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 8: Mean duration of hospital stay (days)  ................. 224

Analysis 8.9. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 9: Re-admission to hospital  ...................................... 225

Analysis 8.10. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 10: Nausea  ...................................... 225

Analysis 8.11. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 11: Vomiting  ...................................... 225

Analysis 8.12. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 12: Diarrhoea  ...................................... 226

Analysis 8.13. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 13: Pyrexia  ...................................... 226

Analysis 8.14. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 14: Anxiety score  ...................................... 226

Analysis 8.15. Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 15: Depression score  ...................................... 226

Analysis 9.1. Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 1: Complete Miscarriage  ...................................... 227

Analysis 9.2. Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 2: Pelvic inflammatory disease, sepsis or endometritis  ...................................................................................................................................................... 227

Analysis 9.3. Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 3: Days of bleeding  ...................................... 227

Analysis 10.1. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 1: Complete Miscarriage  ............... 228

Analysis 10.2. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 2: Composite outcome of death or serious complication  ...................................................................................................................................................... 229

Analysis 10.3. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 3: Need for unplanned/emergency surgical procedure  ...................................................................................................................................................... 229

Analysis 10.4. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 4: Pain score  ...................................... 229

Analysis 10.5. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis  ...................................................................................................................................................... 229

Analysis 10.6. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 6: Days of bleeding  ...................................... 230

Analysis 10.7. Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 7: Pyrexia  ...................................... 230

APPENDICES  ...................................................................................................................................................... 230

HISTORY  ...................................................................................................................................................... 231

CONTRIBUTIONS OF AUTHORS  ...................................................................................................................................................... 231

DECLARATIONS OF INTEREST  ...................................................................................................................................................... 231

SOURCES OF SUPPORT  ...................................................................................................................................................... 232

DIFFERENCES BETWEEN PROTOCOL AND REVIEW  ...................................................................................................................................................... 232

INDEX TERMS  ...................................................................................................................................................... 233

Pet. Ref. 484

Cochrane Database of Systematic Reviews

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

[Intervention Review]

# Methods for managing miscarriage: a network meta-analysis

Jay Ghosh[1], Argyro Papadopoulou[1], Adam J Devall[1], Hannah C Jeffery[1], Leanne E Beeson[2], Vivian Do[3], Malcolm J Price[4], Aurelio Tobias[1], Özge Tunçalp[5], Antonella Lavelanet[5], Ahmet Metin Gülmezoglu[6], Arri Coomarasamy[1], Ioannis D Gallos[1]

[1]Tommy's National Centre for Miscarriage Research, Institute of Metabolism and Systems Research (IMSR), WHO Collaborating Centre for Global Women's Health Research, University of Birmingham, Birmingham, UK. [2]Institute of Applied Health Research, College of Medical and Dental Sciences, University of Birmingham, Birmingham, UK. [3]University of Birmingham, Birmingham, UK. [4]Test Evaluation Research Group, Institute of Applied Health Research, University of Birmingham, Birmingham, UK. [5]UNDP/UNFPA/UNICEF/WHO/World Bank Special Programme of Research, Development and Research Training in Human Reproduction (HRP), Department of Sexual and Reproductive Health and Research, World Health Organization, Geneva, Switzerland. [6]Concept Foundation, Geneva, Switzerland

**Contact:** Adam J Devall, a.j.devall@bham.ac.uk.

**Editorial group:** Cochrane Pregnancy and Childbirth Group.
**Publication status and date:** New, published in Issue 6, 2021.

**Citation:** Ghosh J, Papadopoulou A, Devall AJ, Jeffery HC, Beeson LE, Do V, Price MJ, Tobias A, Tunçalp Ö, Lavelanet A, Gülmezoglu AM, Coomarasamy A, Gallos ID. Methods for managing miscarriage: a network meta-analysis. *Cochrane Database of Systematic Reviews* 2021, Issue 6. Art. No.: CD012602. DOI: 10.1002/14651858.CD012602.pub2.

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

# A B S T R A C T

## Background

Miscarriage, defined as the spontaneous loss of a pregnancy before 24 weeks' gestation, is common with approximately 25% of women experiencing a miscarriage in their lifetime. An estimated 15% of pregnancies end in miscarriage. Miscarriage can lead to serious morbidity, including haemorrhage, infection, and even death, particularly in settings without adequate healthcare provision. Early miscarriages occur during the first 14 weeks of pregnancy, and can be managed expectantly, medically or surgically. However, there is uncertainty about the relative effectiveness and risks of each option.

## Objectives

To estimate the relative effectiveness and safety profiles for the different management methods for early miscarriage, and to provide rankings of the available methods according to their effectiveness, safety, and side-effect profile using a network meta-analysis.

## Search methods

We searched the Cochrane Pregnancy and Childbirth's Trials Register (9 February 2021), ClinicalTrials.gov and the WHO International Clinical Trials Registry Platform (ICTRP) (12 February 2021), and reference lists of retrieved studies.

## Selection criteria

We included all randomised controlled trials assessing the effectiveness or safety of methods for miscarriage management. Early miscarriage was defined as less than or equal to 14 weeks of gestation, and included missed and incomplete miscarriage. Management of late miscarriages after 14 weeks of gestation (often referred to as intrauterine fetal deaths) was not eligible for inclusion in the review. Cluster- and quasi-randomised trials were eligible for inclusion. Randomised trials published only as abstracts were eligible if sufficient information could be retrieved. We excluded non-randomised trials.

## Data collection and analysis

At least three review authors independently assessed the trials for inclusion and risk of bias, extracted data and checked them for accuracy. We estimated the relative effects and rankings for the primary outcomes of complete miscarriage and composite outcome of death or serious complications. The certainty of evidence was assessed using GRADE. Relative effects for the primary outcomes are reported

Pet. Ref. 485

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

subgrouped by the type of miscarriage (incomplete and missed miscarriage). We also performed pairwise meta-analyses and network meta-analysis to determine the relative effects and rankings of all available methods.

**Main results**

Our network meta-analysis included 78 randomised trials involving 17,795 women from 37 countries. Most trials (71/78) were conducted in hospital settings and included women with missed or incomplete miscarriage. Across 158 trial arms, the following methods were used: 51 trial arms (33%) used misoprostol; 50 (32%) used suction aspiration; 26 (16%) used expectant management or placebo; 17 (11%) used dilatation and curettage; 11 (6%) used mifepristone plus misoprostol; and three (2%) used suction aspiration plus cervical preparation. Of these 78 studies, 71 (90%) contributed data in a usable form for meta-analysis.

<u>Complete miscarriage</u>

Based on the relative effects from the network meta-analysis of 59 trials (12,591 women), we found that five methods may be more effective than expectant management or placebo for achieving a complete miscarriage:

· suction aspiration after cervical preparation (risk ratio (RR) 2.12, 95% confidence interval (CI) 1.41 to 3.20, low-certainty evidence),

· dilatation and curettage (RR 1.49, 95% CI 1.26 to 1.75, low-certainty evidence),

· suction aspiration (RR 1.44, 95% CI 1.29 to 1.62, low-certainty evidence),

· mifepristone plus misoprostol (RR 1.42, 95% CI 1.22 to 1.66, moderate-certainty evidence),

· misoprostol (RR 1.30, 95% CI 1.16 to 1.46, low-certainty evidence).

The highest ranked surgical method was suction aspiration after cervical preparation. The highest ranked non-surgical treatment was mifepristone plus misoprostol. All surgical methods were ranked higher than medical methods, which in turn ranked above expectant management or placebo.

<u>Composite outcome of death and serious complications</u>

Based on the relative effects from the network meta-analysis of 35 trials (8161 women), we found that four methods with available data were compatible with a wide range of treatment effects compared with expectant management or placebo:

· dilatation and curettage (RR 0.43, 95% CI 0.17 to 1.06, low-certainty evidence),

· suction aspiration (RR 0.55, 95% CI 0.23 to 1.32, low-certainty evidence),

· misoprostol (RR 0.50, 95% CI 0.22 to 1.15, low-certainty evidence),

· mifepristone plus misoprostol (RR 0.76, 95% CI 0.31 to 1.84, low-certainty evidence).

Importantly, no deaths were reported in these studies, thus this composite outcome was entirely composed of serious complications, including blood transfusions, uterine perforations, hysterectomies, and intensive care unit admissions. Expectant management and placebo ranked the lowest when compared with alternative treatment interventions.

Subgroup analyses by type of miscarriage (missed or incomplete) agreed with the overall analysis in that surgical methods were the most effective treatment, followed by medical methods and then expectant management or placebo, but there are possible subgroup differences in the effectiveness of the available methods.

**Authors' conclusions**

Based on relative effects from the network meta-analysis, all surgical and medical methods for managing a miscarriage may be more effective than expectant management or placebo. Surgical methods were ranked highest for managing a miscarriage, followed by medical methods, which in turn ranked above expectant management or placebo. Expectant management or placebo had the highest chance of serious complications, including the need for unplanned or emergency surgery. A subgroup analysis showed that surgical and medical methods may be more beneficial in women with missed miscarriage compared to women with incomplete miscarriage. Since type of miscarriage (missed and incomplete) appears to be a source of inconsistency and heterogeneity within these data, we acknowledge that the main network meta-analysis may be unreliable. However, we plan to explore this further in future updates and consider the primary analysis as separate networks for missed and incomplete miscarriage.

# PLAIN LANGUAGE SUMMARY

**Which management option is best when women experience an early miscarriage?**

**What is the issue?**

---

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 486

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Miscarriage is the most common cause of pregnancy loss and one of the most common complications in early pregnancy. An estimated 15% of pregnancies will end in miscarriage, with 25% of women experiencing a miscarriage in their lifetime. Miscarriage can lead to serious complications, including haemorrhage and infection, and even death, particularly in low-income countries. Miscarriage is generally defined as the spontaneous loss of a pregnancy before 24 weeks' gestation. Most miscarriages happen in the first 14 weeks, and are known as early miscarriages.

**Why is this important?**

Miscarriage can be managed expectantly (waiting for the pregnancy tissue to pass naturally), medically (tablets given to make the womb expel the pregnancy tissue) or surgically (removal of the pregnancy tissue during surgery). However, there is uncertainty about the effectiveness, safety, and side effects of the available methods for managing a miscarriage. The aim of this Cochrane Review is to find out which method is the most effective and safest with the least side effects. We collected and analysed all the relevant studies to answer this question.

**What evidence did we find?**

We searched for evidence in February 2021 and identified 78 studies involving 17,795 women. Most women were managed in hospitals. Women were diagnosed with missed (also called silent miscarriage where no pregnancy tissue has been expelled and there is no bleeding or pain) or incomplete miscarriage (already started to bleed or have pain and perhaps expelled some pregnancy tissue). We found evidence for six different methods of managing a miscarriage; three surgical methods (suction aspiration plus cervical preparation, dilatation and curettage, or suction aspiration), two medical methods (mifepristone plus misoprostol or misoprostol alone), and expectant management or placebo.

The analysis suggested that all three surgical methods and both medical methods may be more effective than expectant management or placebo for completing the process of miscarriage. Suction aspiration plus cervical preparation was the best method of miscarriage management followed by dilatation and curettage, and suction aspiration alone. The two medical methods of mifepristone combined with misoprostol, and misoprostol alone were ranked fourth and fifth best methods, respectively.

From the available data, we cannot learn much for the outcome of death or serious complications. No deaths were reported in the studies that contributed towards this outcome. Amongst the serious complications, the majority were women who required blood transfusions, some had womb perforations related to surgery or required further life-saving procedures. We could not know which method is best for this outcome due to limited data. However, expectant management or placebo was associated with more serious complications compared with the alternative treatment options.

We also looked separately at women suffering from an incomplete miscarriage compared to those suffering from a missed miscarriage. For both groups of women, all three surgical methods and both medical methods were found to be more effective than expectant management or placebo for providing a definitive treatment for a miscarriage. These analyses for incomplete and missed miscarriages agreed with the overall analysis in that surgical methods were better for providing a definitive treatment for a miscarriage than medical methods, which in turn were better than expectant management or placebo. However, the benefits for women with missed miscarriages undergoing any management method other than expectant management or placebo were far greater compared to women with incomplete miscarriages. This is probably because expectant management or placebo is more effective in women in whom the process of miscarriage has already started compared with women in whom the process is yet to start.

**What does this mean?**

All methods were generally more effective for managing a miscarriage compared with expectant management or placebo, but surgical methods were more effective than medical methods. Expectant management or placebo has the lowest chance of successfully treating a miscarriage and has the highest chance of serious complications and the need for unplanned or emergency surgery. In this review we found that the benefits for women with missed miscarriages undergoing any management method other than expectant management or placebo were far greater compared to women with incomplete miscarriages.

---

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 487

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## SUMMARY OF FINDINGS

**Summary of findings 1.   Complete miscarriage**

**Medical and surgical management compared with expectant management or placebo for treating missed early miscarriage**

**Patient or population:** women with missed miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** complete miscarriage

| Interven-tion | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |
| **Suction aspiration plus cervical preparation** | 2.12 (1.41 to 3.20) | ⊕⊕⊖⊖ LOW[a] | Not reported by included studies | - | 2.12 (1.41 to 3.20) | ⊕⊕⊖⊖ LOW[b] | 640 per 1000 | 1000 per 1000 | 360 more per 1,000 (from 182 more to 577 more) |
| **Suction aspiration** | 1.44 (1.29 to 1.62) | ⊕⊕⊕⊕ LOW[c] | 1.27 (1.08 to 1.48) | ⊕⊕⊕⊕ MODERAT-E[d] | 1.72 (1.44 to 2.06) | ⊕⊕⊕⊖ MODER-ATE[f] | 640 per 1000 | 922 per 1000 | 282 more per 1,000 (from 186 more to 397 more) |
| **Dilation and curettage** | 1.49 (1.26 to 1.75) | ⊕⊕⊕⊕ LOW[c] | 1.25 (1.12 to 1.39) | ⊕⊕⊕⊕ MODERA-TE[e] | 1.55 (1.29 to 1.86) | ⊕⊕⊖⊖ LOW[b] | 640 per 1000 | 954 per 1000 | 314 more per 1,000 (from 166 more to 480 more) |
| **Mifepristone plus misoprostol** | 1.42 (1.22 to 1.66) | ⊕⊕⊕⊖ MODER-ATE[g] | 1.59 (1.01 to 2.51) | ⊕⊕⊕⊖ MODERAT-E[d] | 1.40 (1.16 to 1.70) | ⊕⊕⊕⊖ MODER-ATE[f] | 640 per 1000 | 909 per 1000 | 269 more per 1,000 (from 141 more to 422 more) |
| **Misoprostol** | 1.30 (1.16 to 1.46) | ⊕⊕⊕⊕ | 1.85 (1.35 to 2.55) | ⊕⊕⊕⊕ | 1.14 (0.99 to 1.31) | ⊕⊕⊕⊕ | 640 per 1000 | 832 per 1000 | 192 more per 1,000 (from 102 more to 294 more) |

Pet. Ref. 488

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | LOW[c] | MODERAT-E[d] | MODER-ATE[f] |
|---|---|---|---|

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).

**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect..

[a] Network evidence downgraded -2 due to low certainty indirect evidence (no intransitivity, incoherence, or imprecision)
[b] Indirect evidence downgraded -2 due to limitations in study design
[c] Network evidence downgraded -2 due to moderate certainty direct evidence and incoherence between direct and indirect estimates (no intransitivity, or imprecision)
[d] Direct evidence downgraded -1 due to severe unexplained statistical heterogeneity
[e] Direct evidence downgraded -1 due to serious imprecision
[f] Indirect evidence downgraded -1 due to severe unexplained statistical heterogeneity
[g] Network evidence downgraded -1 due to moderate certainty indirect evidence (no intransitivity, incoherence, or imprecision)

**Summary of findings 2.  Complete miscarriage (missed miscarriage subgroup)**

**Medical and surgical management compared with expectant management or placebo for treating missed early miscarriage**

**Patient or population:** women with missed miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** complete miscarriage

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

5

Pet. Ref. 489

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| Intervention | Network RR | | Direct RR | | Indirect RR | | Assumed risk | Corresponding risk | Difference |
|---|---|---|---|---|---|---|---|---|---|
| Suction aspiration plus cervical preparation | Not estimable | - | Not reported by included studies | - | Not estimable | - | Not estimable | Not estimable | Not estimable |
| Suction aspiration | 2.43 (1.69 to 3.49) | ⊕⊕⊕⊕ MODERATE[b] | 1.88 (1.68 to 2.12) | ⊕⊕⊕⊕ HIGH | 3.35 (1.94 to 5.81) | ⊕⊕⊕⊕ VERY LOW[a] | 455 per 1000 | 942 per 1000 | 487 more per 1000 (from 402 more to 580 more) |
| Dilation and curettage | 2.07 (1.19 to 3.59) | ⊕⊕⊕⊕ HIGH | Not reported by included studies | - | Not estimable | - | 455 per 1000 | 1000 per 1000 | 545 more per 1000 (from 313 more to 847 more) |
| Mifepristone plus misoprostol | 1.82 (1.28 to 2.58) | ⊕⊕⊕⊕ MODERATE[b] | 1.25 (1.09 to 1.45) | ⊕⊕⊕⊕ HIGH | 2.40 (1.58 to 3.65) | ⊕⊕⊕⊕ MODERATE[c] | 455 per 1000 | 828 per 1000 | 373 more per 1000 (from 127 more to 719 more) |
| Misoprostol | 1.67 (1.18 to 2.37) | ⊕⊕⊕⊕ LOW[e] | 3.18 (1.48 to 6.85) | ⊕⊕⊕⊕ MODERATE[d] | 1.16 (0.81 to 1.67) | ⊕⊕⊕⊕ MODERATE[c] | 455 per 1000 | 760 per 1000 | 305 more per 1000 (from 82 more to 623 more) |

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).
**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect.

[a] Indirect evidence downgraded -3 due to multiple crucial limitations in study design, severe unexplained statistical heterogeneity and imprecision
[b] Network evidence downgraded -1 due to high certainty direct evidence and incoherence between direct and indirect estimates (no intransitivity, or imprecision)
[c] Indirect evidence downgraded -1 due to severe unexplained statistical heterogeneity
[d] Direct evidence downgraded -1 due to severe unexplained statistical heterogeneity
[e] Network evidence downgraded -2 due to moderate certainty indirect evidence and incoherence between direct and indirect estimates (no intransitivity, or imprecision)

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

6

Pet. Ref. 490

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Summary of findings 3. Complete miscarriage (incomplete miscarriage subgroup)**

**Medical and surgical management compared with expectant management or placebo for treating incomplete early miscarriage**

**Patient or population:** women with incomplete miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** complete miscarriage

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Quality of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |
| **Suction aspiration plus cervical preparation** | Not estimable | – | Not reported by included studies | – | Not estimable | – | Not estimable | Not estimable | Not estimable |
| **Suction aspiration** | 1.19 (1.09 to 1.31) | ⊕⊕⊕⊕ MODERATE[c] | 1.20 (0.85 to 1.69) | ⊕⊕⊕⊕ VERY LOW[a] | 1.28 (1.11 to 1.48) | ⊕⊕⊕⊕ LOW[b] | 767 per 1000 | 913 per 1000 | 146 more per 1000 (from 69 more to 238 more) |
| **Dilation and curettage** | 1.19 (1.08 to 1.31) | ⊕⊕⊕⊕ MODERATE[f] | 1.25 (1.12 to 1.39) | ⊕⊕⊕⊕ MODERATE[d] | 1.15 (1.02 to 1.30) | ⊕⊕⊕⊕ VERY LOW[e] | 767 per 1000 | 913 per 1000 | 146 more per 1000 (from 61 more to 238 more) |
| **Mifepristone plus misoprostol** | 1.08 (0.87 to 1.34) | ⊕⊕⊕⊕ VERY LOW[h] | 1.08 (0.90 to 1.30) | ⊕⊕⊕⊕ VERY LOW[g] | Not estimable | – | 767 per 1000 | 828 per 1000 | 61 more per 1000 (from 100 fewer to 261 more) |
| **Misoprostol** | 1.14 (1.03 to 1.25) | ⊕⊕⊕⊕ MODERATE[j] | 1.04 (0.70 to 1.54) | ⊕⊕⊕⊕ LOW[i] | 1.12 (1.02 to 1.24) | ⊕⊕⊕⊕ VERY LOW[e] | 767 per 1000 | 874 per 1000 | 107 more per 1000 (from 23 more to 192 more) |

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

7

Pet. Ref. 491

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).

**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of the effect.

[a] Direct evidence downgraded -3 due to multiple crucial limitations in study design, severe unexplained statistical heterogeneity and imprecision
[b] Indirect evidence downgraded -2 due to serious imprecision
[c] Network evidence downgraded -1 due to low certainty indirect evidence upgraded by 1 as it was downgraded for imprecision
[d] Direct evidence downgraded -1 due to serious imprecision
[e] Indirect evidence downgraded -3 due to multiple crucial limitations in study design, severe unexplained statistical heterogeneity and imprecision
[f] Network evidence downgraded -1 due to moderate certainty direct evidence (no intransitivity, incoherence, or imprecision)
[g] Direct evidence downgraded -3 due to multiple crucial limitations in study design and imprecision
[h] Network evidence downgraded -3 due to very low certainty direct evidence (no intransitivity, incoherence, or imprecision)
[i] Direct evidence downgraded -2 due to serious imprecision
[j] Network evidence downgraded -1 due to low certainty direct evidence upgraded by 1 as network evidence is precise

**Summary of findings 4.   Composite outcome of death or serious complication**

**Medical and surgical management compared with expectant management or placebo for treating early miscarriage**

**Patient or population:** women with missed or incomplete miscarriage at ≤14 weeks gestation

**Settings:** Hospital

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation plus curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management

**Outcome:** composite outcome of death or serious complication

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

8

Pet. Ref. 492

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Suction aspiration plus cervical preparation | Not reported by included studies | - | Not reported by included studies | - | Not reported by included studies | - | Not estimable | Not estimable | Not estimable |
| Suction aspiration | 0.55 (0.23 to 1.32) | ⊕⊕⊕⊕ LOW[c] | 0.43 (0.12 to 1.53) | ⊕⊕⊕⊕ LOW[a] | 0.97 (0.21 to 4.40) | ⊕⊕⊕⊕ LOW[b] | 19 per 1000 | 10 per 1000 | 9 fewer per 1000 (from 15 fewer to 6 more) |
| Dilation and curettage | 0.43 (0.17 to 1.06) | ⊕⊕⊕⊕ LOW[d] | Not reported by included studies | | 0.43 (0.17 to 1.06) | ⊕⊕⊕⊕ LOW[b] | 19 per 1000 | 8 per 1000 | 11 fewer per 1000 (from 16 fewer to 1 more) |
| Mifepristone plus misoprostol | 0.76 (0.31 to 1.84) | ⊕⊕⊕⊕ LOW[c] | 0.46 (0.13 to 1.63) | ⊕⊕⊕⊕ LOW[a] | 1.38 (0.37 to 5.17) | ⊕⊕⊕⊕ LOW[b] | 19 per 1000 | 14 per 1000 | 5 fewer per 1000 (from 13 fewer to 16 more) |
| Misoprostol | 0.50 (0.22 to 1.15) | ⊕⊕⊕⊕ LOW[d] | 0.96 (0.06 to 15.08) | ⊕⊕⊕⊕ LOW[a] | 0.35 (0.13 to 0.97) | ⊕⊕⊕⊕ LOW[b] | 19 per 1000 | 10 per 1000 | 9 fewer per 1000 (from 15 fewer to 3 more) |

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).
**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect.

[a] Direct evidence downgraded -2 due to very serious imprecision
[b] Indirect evidence downgraded -2 due to very serious imprecision
[c] Network evidence downgraded -2 to low certainty direct evidence (no intransitivity or incoherence)
[d] Network evidence downgraded -2 to low certainty indirect evidence (no intransitivity or incoherence)

**Summary of findings 5.   Need for unplanned/emergency surgical procedure**

**Medical and surgical management compared with expectant management or placebo for treating early miscarriage**

**Patient or population:** women with a miscarriage at ≤14 weeks gestation

Pet. Ref. 493

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** need for unplanned/emergency surgical procedure

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |
| **Suction aspiration plus cervical preparation** | Not estimable | - | Not reported by included studies | - | Not estimable | - | Not estimable | Not estimable | Not estimable |
| **Suction aspiration** | 0.37 (0.22 to 0.65) | ⊕⊕⊕⊝ MODERATE[b] | 0.51 (0.30 to 0.87) | ⊕⊕⊕⊕ HIGH | 0.13 (0.05 to 0.35) | ⊕⊕⊕⊝ LOW[a] | 120 per 1000 | 44 per 1000 | 76 fewer per 1000 (from 42 fewer to 94 fewer) |
| **Dilation and curettage** | 0.80 (0.09 to 7.02) | ⊕⊝⊝⊝ VERY LOW[c] | Not reported by included studies | - | Not estimable | - | 120 per 1000 | 96 per 1000 | 24 fewer per 1000 (from 109 fewer to 722 more) |
| **Mifepristone plus misoprostol** | 0.64 (0.33 to 1.23) | ⊕⊕⊝⊝ LOW[e] | 0.32 (0.11 to 0.90) | ⊕⊕⊕⊝ MODERATE[d] | 0.91 (0.43 to 1.93) | ⊕⊕⊝⊝ LOW[a] | 120 per 1000 | 77 per 1000 | 43 less per 1000 (from 80 fewer to 28 more) |
| **Misoprostol** | 1.04 (0.56 to 1.95) | ⊕⊕⊝⊝ LOW[g] | 0.67 (0.23 to 1.95) | ⊕⊕⊝⊝ LOW[f] | 1.28 (0.61 to 2.66) | ⊕⊕⊝⊝ LOW[a] | 120 per 1000 | 125 per 1000 | 5 more per 1000 (from 53 fewer to 114 more) |

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).
**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Pet. Ref. 494

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.

**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.

**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of the effect.

a Indirect evidence downgraded -2 due to serious imprecision
b Network evidence downgraded -1 due to high certainty direct evidence downgraded due to incoherence
c Network evidence downgraded -1 due to low certainty indirect loop further downgraded due to imprecision
d Direct evidence downgraded -1 due to imprecision
e Network evidence downgraded -1 due to moderate certainty direct evidence downgraded due to incoherence
f Direct evidence downgraded -2 due to serious imprecision
g Network evidence downgraded due to low certainty indirect evidence with imprecision but not further downgraded as indirect evidence previously downgraded for imprecision

## Summary of findings 6.  Pain scores (visual analogue scale)

**Medical and surgical management compared with expectant management or placebo for treating early miscarriage**

**Patient or population:** women with a miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** pain scores (visual analogue scale)

| Intervention | Anticipated absolute effects* (95% CI) | | № of participants (studies) | Certainty of the evidence (GRADE) | Comments |
|---|---|---|---|---|---|
| | Risk with standard care | Risk with intervention | | | |
| **Suction aspiration plus cervical preparation** | The mean pain score was 0 | Not reported by included studies | - | - | |
| **Suction aspiration** | The mean pain score was 0 | Not reported by included studies | - | - | |
| **Dilation and curettage** | The mean pain score was 0 | Not reported by included studies | - | - | |
| **Mifepristone plus misoprostol** | The pain score in the mifepristone plus misoprostol group was<br><br>on average 0.14 higher (from 0.21 lower to 0.5 higher) than in the | 122 (1 RCT) | ⊕⊕⊖⊖ LOW a,b | small effect |

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

11

Pet. Ref. 495

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | | | | |
|---|---|---|---|---|
| | expectant management or placebo group | | | |
| **Misoprostol** | The pain score in the misoprostol group was on average 0.33 higher (from 0.08 lower to 0.57 higher) than in the expectant management or placebo group | 262 (3 RCTs) | ⊕⊕⊝⊝ LOW [a,b] | small effect |

*The risk in the intervention group (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).

**CI:** Confidence interval; **RR:** Risk ratio; **OR:** Odds ratio;

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect.

[a] -1 as patient reported outcome
[b] -1 due to imprecision

**Summary of findings 7.   Pelvic inflammatory disease, sepsis or endometritis**

**Medical and surgical management compared with expectant management or placebo for treating early miscarriage**

**Patient or population:** women with a miscarriage at ≤14 weeks gestation

**Settings:** Hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** pelvic inflammatory disease, sepsis or endometritis

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Relative effect (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |

Cochrane Database of Systematic Reviews

12

Pet. Ref. 496

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Suction aspiration plus cervical preparation** | Not estimable | - | Not reported by included studies | - | Not estimable | - | Not estimable | Not estimable | Not estimable |
| **Suction aspiration** | 1.42 (0.88 to 2.28) | ⊕⊕⊕⊝ MODERATE^c | 1.35 (0.76 to 2.41) | ⊕⊕⊕⊝ MODERATE^a | 1.55 (0.66 to 3.68) | ⊕⊕⊝⊝ LOW^b | 36 per 1000 | 51 per 1000 | 15 more per 1000 (from 4 fewer to 46 more) |
| **Dilation and curettage** | 1.85 (1.05 to 3.25) | ⊕⊝⊝⊝ VERY LOW^f | 3.30 (0.82 to 13.28) | ⊕⊕⊝⊝ LOW^d | 1.65 (0.89 to 3.06) | ⊕⊝⊝⊝ VERY LOW^e | 36 per 1000 | 67 per 1000 | 31 more 1000 (from 2 more to 81 more) |
| **Mifepristone plus misoprostol** | 0.90 (0.48 to 1.68) | ⊕⊕⊝⊝ LOW^g | 0.73 (0.30 to 1.80) | ⊕⊕⊝⊝ LOW^d | 1.11 (0.47 to 2.64) | ⊕⊕⊝⊝ LOW^b | 36 per 1000 | 32 per 1000 | 4 fewer per 1000 (from 19 fewer to 25 more) |
| **Misoprostol** | 1.08 (0.62 to 1.88) | ⊕⊕⊕⊝ MODERATE | 1.84 (0.35 to 9.68) | ⊕⊕⊝⊝ LOW^d | 1.10 (0.56 to 2.16) | ⊕⊕⊕⊝ MODERATE^h | 36 per 1000 | 39 per 1000 | 3 more per 1000 (from 14 fewer to 32 more) |

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).
**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect.

^a Direct evidence downgraded -1 due to imprecision
^b Indirect evidence downgraded -2 due to serious imprecision
^c Network evidence downgraded -1 due to moderate certainty direct evidence not further downgraded due to imprecision as direct evidence previously downgraded for imprecision
^d Direct evidence downgraded -2 due to serious imprecision
^e Indirect evidence downgraded -3 due to serious design limitations and imprecision in direct evidence
^f Network evidence downgraded -3 due to very low certainty indirect evidence, further downgraded -1 for incoherence but upgraded +1 as network is precise
^g Network evidence downgraded -2 due to low certainty direct evidence, not further downgraded due to imprecision as direct evidence previously downgraded for imprecision

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Pet. Ref. 497

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

[h] Indirect evidence downgraded -1 due to imprecision in direct evidence

**Summary of findings 8.  Days of bleeding**

| Medical and surgical management compared with expectant management or placebo for treating early miscarriage | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Patient or population:** women with a miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** days of bleeding

| Intervention | Network evidence | | Direct evidence | | Indirect evidence | | Illustrative comparative risks* (95% CI) for NMA estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mean difference (95% CI) | Certainty of the evidence (GRADE) | Mean difference (95% CI) | Certainty of the evidence (GRADE) | Mean difference (95% CI) | Certainty of the evidence (GRADE) | Risk with standard care | Risk with intervention | Risk difference with intervention |
| **Suction aspiration plus cervical preparation** | Not estimable | - | Not reported by included studies | - | Not estimable | - | Not estimable | Not estimable | Not estimable |
| **Suction aspiration** | -2.00 (-3.01 to -0.99) | ⊕⊕⊕⊕ VERY LOW[c] | -2.75 (-4.08 to -1.42) | ⊕⊕⊕⊕ LOW[a] | -0.73 (-2.12 to 0.66) | ⊕⊕⊕⊕ VERY LOW[b] | 10 days | 8 days | 2 days less (from 0.99 days less to 3.01 days less) |
| **Dilation and curettage** | -1.96 (-3.48 to -0.45) | ⊕⊕⊕⊕ LOW[f] | -1.26 (-2.27 to -0.25) | ⊕⊕⊕⊕ LOW[d] | -2.47 (-4.47 to -0.46) | ⊕⊕⊕⊕ VERY LOW[e] | 10 days | 8.04 days | 1.96 days less (from 0.45 days less to 3.48 days less) |
| **Mifepristone plus misoprostol** | -0.14 (-1.71 to 1.43) | ⊕⊕⊕⊕ VERY LOW[h] | 0.70 (-0.43 to 1.83) | ⊕⊕⊕⊕ VERY LOW[g] | -0.77 (-2.83 to 1.30) | ⊕⊕⊕⊕ VERY LOW[h] | 10 days | 9.86 days | 0.14 days less (from 1.71 days less to 1.43 days more) |
| **Misoprostol** | -0.47 | ⊕⊕⊕⊕ | 0.32 (-2.19 to 2.84) | ⊕⊕⊕⊕ VERY LOW[i] | -0.96 (-2.27 to 0.35) | ⊕⊕⊕⊕ LOW[j] | 10 days | 9.53 days | 0.47 days less (from 1.53 days less to 0.60 days more) |

Cochrane Database of Systematic Reviews

Pet. Ref. 498

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| (-1.53 to 0.60) | VERY LOW[k] |
|---|---|

*The basis for the **assumed risk** (e.g. the median control group risk across studies) is provided in footnotes. The **corresponding risk** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI).

**CI:** Confidence interval; **RR:** Risk Ratio

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from estimate of effect.

[a] Direct evidence downgraded -2 due to patient reported outcome and significant heterogeneity
[b] Indirect evidence downgraded -4 due to patient reported outcome, significant heterogeneity and serious imprecision
[c] Network evidence downgraded -4 due to low certainty direct evidence, further downgraded due to incoherence and not upgraded as direct grade not downgraded for imprecision
[d] Direct evidence downgraded -2 due to patient reported outcome and imprecision
[e] Indirect evidence downgraded -4 due to very low certainty direct evidence which was due to patient reported outcome, moderate design limitations and serious imprecision
[f] Network evidence downgraded -2 due to low certainty direct evidence, further downgraded -1 for incoherence but upgraded +1 as network is precise and direct evidence was previously downgraded for imprecision
[g] Direct evidence downgraded -3 due to patient reported outcome and serious imprecision
[h] Network evidence downgraded -5 due to very low certainty direct evidence, further downgraded due to incoherence but not even further downgraded due to imprecision as direct evidence previously downgraded for imprecision
[i] Direct evidence downgraded -4 due to patient reported outcome, significant heterogeneity and serious imprecision
[j] Indirect evidence downgraded -2 due to patient reported outcome and significant heterogeneity
[k] Network evidence downgraded -3 due to low certainty indirect evidence downgraded -1 due to imprecision

**Summary of findings 9.  Women's views/satisfaction**

**Medical and surgical management compared with expectant management or placebo for treating early miscarriage**

**Patient or population:** women with a miscarriage at ≤14 weeks gestation

**Settings:** hospital or other healthcare facility

**Intervention:** multiple interventions (suction aspiration, misoprostol, dilation and curettage, mifepristone plus misoprostol, suction aspiration plus cervical preparation)

**Comparison (reference):** expectant management or placebo

**Outcome:** women's views/ satisfaction

| Intervention | Narrative synthesis | Nº of participants (studies) | Certainty of the evidence | Comments |
|---|---|---|---|---|

Cochrane Database of Systematic Reviews

Pet. Ref. 499

Methods for managing miscarriage: a network meta-analysis (Review)
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

| | | | (GRADE) |
|---|---|---|---|
| Suction aspiration plus cervical preparation | Not reported by included studies | (0 RCTs) | - |
| Suction aspiration | 2 trials described 92 out of 96 women (98.5%) as being satisfied with suction aspiration compared to 97 out of 99 women (98.0%) for expectant management or placebo. 1 trial used a 10 point numerical scale and found suction aspiration had a satisfaction score of 7.57 from 175 women and expectant management or placebo also had a 7.57 score from 177 women. | 547 (3 RCTs) | ⊕⊕⊕⊝ MODERATE[a] |
| Dilatation and curettage | Not reported by included studies | (0 RCTs) | - |
| Mifepristone plus misoprostol | 1 trial used a visual analogue scale and found Mifepristone plus misoprostol had a score of 28.6 (SD 24.8) from 60 women compared to 25.2 (SD 25.6) from 62 women for expectant management or placebo | 122 (1 RCT) | ⊕⊝⊝⊝ VERY LOW [a,b,c] |
| Misoprostol | 1 trial used a visual analogue scale and found misoprostol had a score of 8.9 (+/- 1.3) compared to 8.7 (+/- 1.5) for expectant management or placebo with 52 women in each arm. 1 trial described 14 out of 16 (87.5%) women as being satisfied with misoprostol compared to 12 out of 16 (75%) women as being satisfied with expectant management or placebo | 136 (2 RCTs) | ⊕⊕⊝⊝ LOW[a,c] |

**GRADE Working Group grades of evidence**
**High certainty:** we are very confident that the true effect lies close to that of the estimate of the effect.
**Moderate certainty:** we are moderately confident in the effect estimate; the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different.
**Low certainty:** our confidence in the effect estimate is limited; the true effect may be substantially different from the estimate of the effect.
**Very low certainty:** we have very little confidence in the effect estimate; the true effect is likely to be substantially different from the estimate of effect.

[a] -1 no meta-analysis possible, narrative synthesis was conducted, estimates are not precise
[b] -1 due to design limitations
[c] -1 due to imprecision

Cochrane Database of Systematic Reviews

Pet. Ref. 500

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## BACKGROUND

### Description of the condition

Miscarriage is the most common cause of pregnancy loss. An estimated 15% of pregnancies will end in miscarriage, with 25% of women experiencing a miscarriage in their lifetime (Alberman 1992). This can have emotional and physical impact on both women and their partners extending well beyond the pregnancy (Conway 2000; Geller 2001; Neugebauer 1997).

Miscarriage is generally defined as the spontaneous pregnancy loss before 24 weeks' gestation (Shiers 2003). Most miscarriages happen in the first 14 weeks, and are known as early miscarriages (Alberman 1992). The clinical signs of miscarriage are vaginal bleeding, usually with abdominal pain. Miscarriage can lead to serious morbidity, including haemorrhage and infection, and even death, particularly in low- and middle-income countries (MBRRACE-UK 2016, WHO 2018). A missed miscarriage, also known as a delayed or silent miscarriage, is diagnosed when a non-viable pregnancy is identified on ultrasound scan. Often, women who have missed miscarriage are asymptomatic or have small amounts of vaginal bleeding or pain before the diagnosis is made, but all pregnancy tissue is retained in the uterus. In contrast, incomplete miscarriage is diagnosed when pregnancy tissue has been partly expelled from the uterus (NICE 2019).

### Description of the intervention

Miscarriage can be managed expectantly, medically, or surgically. Surgical methods have traditionally been used to manage early miscarriage. Dilatation and curettage uses sharp metal curettage that is often performed in an operating room under regional or general anaesthesia. Sharp curettage is often performed after dilatation of the cervix. Even though, it is a relatively simple procedure, it does carry a small chance of serious complications, such as anaesthetic complications, infection, uterine perforation and Asherman's syndrome. Suction aspiration (electrical or manual vacuum aspiration) has replaced sharp curettage in high-income countries and has a well-documented safety profile and is the recommended surgical method according to the World Health Organization (WHO) safe abortion guidelines (WHO 2009, WHO 2012a). Even so, it is less commonly used in low- and middle-income countries due to lack of equipment and experience. Surgical methods can be combined with an agent to prepare (or ripen) the cervix to avoid the risks of injury from cervical dilation. Commonly used agents include mechanical and pharmacological dilators. The mechanical dilators may use osmotic cervical rods, Foley catheters or laminaria to dilate the cervix. The pharmacological dilators cause cervical ripening by softening and dilation of the cervix. The most common pharmacological dilator is misoprostol, a synthetic prostaglandin E1 analogue that induces cervical ripening and uterine contraction. It is water-soluble and heat-stable (Davies 2001). Oral and sublingual routes have the advantage of rapid onset of action, while the vaginal and rectal routes result in prolonged activity and greater bioavailability (Schaff 2005). Misoprostol is, however, associated with side effects such as diarrhoea, abdominal pain, nausea and vomiting, shivering and pyrexia (Tunçalp 2012).

Medical methods of management of miscarriage include various agents. They usually involve a synthetic prostaglandin and the most commonly used prostaglandin is misoprostol. Other synthetic

prostaglandins are available, such as gemeprost or dinoprost, but these agents are less frequently used in this setting. Mifepristone is a progesterone antagonist that interferes with the production or functioning of progesterone and can initiate shedding of pregnancy tissue. Mifepristone has been used alone for terminating unwanted pregnancies, but more frequently is used in combination with misoprostol to manage early miscarriage. It is considered to be more useful in women with missed miscarriages where a non-viable pregnancy is identified on ultrasound scan, and pregnancy tissue is retained in the uterus. In women with incomplete miscarriage, the anti-progesterone effect of mifepristone is considered less useful and treatment is aimed to stimulate uterine contractility often with misoprostol alone. Expectant management involves no surgical or medical intervention, with the expectation that the miscarriage will happen naturally.

### Why it is important to do this review

Several Cochrane Reviews have compared an individual method for managing miscarriage with another method or with expectant management (Lemmens 2019; Kim 2017; Nanda 2012; Tuncalp 2010). However, a standard pairwise meta-analysis can only compare two methods that have been directly compared in head-to-head trials (direct evidence). In the absence of a single high-quality randomised controlled trial that compares all methods for managing miscarriage, uncertainty remains about which is the most effective. For the management of miscarriage with multiple competing treatment methods, not all of which have been directly compared, a network meta-analysis may be better able to allow for all possible comparisons to be made so we can determine which method is most effective (Caldwell 2005; Caldwell 2010). A network meta-analysis simultaneously pools all the available direct and indirect evidence on relative treatment effects, within a single coherent analysis. Indirect evidence is obtained by inferring the relative effectiveness of two competing methods through a common comparator. Thus, a network meta-analysis produces estimates of the relative effects of each method compared with every other in a network, even though some pairs may not have been directly compared, and has the potential to reduce the uncertainty in treatment effect estimates (Caldwell 2005). It also allows for the calculation of the probability that each method is the best for any given outcome and can be used to identify gaps in the evidence base (Caldwell 2005).

## OBJECTIVES

To estimate the relative effectiveness and safety profiles for the different management methods for early miscarriage, and to provide rankings of the available methods according to their effectiveness, safety, and side-effect profile using a network meta-analysis.

## METHODS

### Criteria for considering studies for this review

#### Types of studies

We included all randomised controlled comparisons that assessed the effectiveness or safety of methods for miscarriage management. Cluster-randomised trials and quasi-randomised trials were eligible for inclusion. Randomised trials published only as abstracts were eligible if sufficient information could be retrieved. We excluded non-randomised trials.

Pet. Ref. 501

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 510 of 754   PageID.4897

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Types of participants

We included all studies that included women who were being treated for early miscarriage (pregnancy loss at less than or equal to 14 weeks of gestation), diagnosed by ultrasound or clinically alone. We included women with both missed and incomplete miscarriage. Late miscarriages after 14 weeks of gestation (often referred to as intrauterine fetal deaths) was not eligible for inclusion in the review. We considered for inclusion studies conducted in all settings regardless of the age of women.

## Types of interventions

All interventions were eligible for inclusion, and the following were included in the review: suction aspiration, suction aspiration plus cervical preparation, dilatation and curettage, mifepristone plus misoprostol, misoprostol, and expectant management or placebo.

We included regimens irrespective of their dose as long as they were in the therapeutic range that are recommended in international guidelines. Multi-arm trials that compared different dosages, regimens or routes of one drug, but also compared those versus another drug or method, were included. For the multi-arm trials, we merged the intervention arms of different dosages, regimens or routes of the same drug together for the global analysis of all outcomes and did not treat them as separate independent comparisons. We did not include trials that compared exclusively different dosages, regimens or routes of administration of the same drug. The review was restricted to studies that evaluated drugs or interventions administered by healthcare professionals.

We classified the comparisons within a study as follows:

- suction aspiration plus cervical preparation = any surgical management that involves suction aspiration with cervical preparation agents;
- suction aspiration = any surgical management that involves suction aspiration without any cervical preparation agents;
- dilatation and curettage = any surgical treatment involving sharp metal curette;
- mifepristone plus misoprostol = any medical management with the combined use of mifepristone plus misoprostol at any dose, route or regimen;
- misoprostol = any medical management with the use of misoprostol alone at any dose, route or regimen;
- expectant management = any management that does not involve any surgical or medical treatment.

## Types of outcome measures

We estimated the relative effects and rankings of the competing methods of miscarriage management for the following outcomes.

### Primary outcomes

- Complete miscarriage: this is defined as evidence of complete evacuation of uterine contents based on clinical findings or ultrasound examination after a specific time period as defined in the primary studies. Outcomes were pooled regardless of the timeframe for assessment.
- Composite outcome of death or serious complications (e.g. uterine perforation, need for further life-saving procedures including hysterectomy, blood transfusion or intensive care unit admission).

### Secondary outcomes

- Need for unplanned/emergency surgical procedure.
- Pain scores (visual analogue scale).
- Pelvic inflammatory disease, sepsis or endometritis.
- Mean volumes of blood loss (mL).
- Change in haemoglobin measurements before and after the miscarriage.
- Days of bleeding.
- Cervical tear.
- Women's views or satisfaction.
- Mean duration of hospital stay (days).
- Re-admission to hospital.
- Nausea.
- Vomiting.
- Diarrhoea.
- Pyrexia.
- Anxiety score.
- Depression score.

## Search methods for identification of studies

The following methods section of this review is based on a standard template used by Cochrane Pregnancy and Childbirth.

### Electronic searches

We searched Cochrane Pregnancy and Childbirth's Trials Register by contacting their Information Specialist (9 February 2021).

The Register is a database containing over 27,000 reports of controlled trials in the field of pregnancy and childbirth. It represents over 30 years of searching. For full current search methods used to populate Pregnancy and Childbirth's Trials Register including the detailed search strategies for CENTRAL, MEDLINE, Embase and CINAHL; the list of handsearched journals and conference proceedings, and the list of journals reviewed via the current awareness service, please follow this link.

Briefly, Cochrane Pregnancy and Childbirth's Trials Register is maintained by their Information Specialist and contains trials identified from:

1. monthly searches of the Cochrane Central Register of Controlled Trials (CENTRAL);
2. weekly searches of MEDLINE (Ovid);
3. weekly searches of Embase (Ovid);
4. monthly searches of CINAHL (EBSCO);
5. hand searches of 30 journals and the proceedings of major conferences;
6. weekly current awareness alerts for a further 44 journals plus monthly BioMed Central email alerts.

Search results are screened by two people and the full text of all relevant trial reports identified through the searching activities described above is reviewed. Based on the intervention described, each trial report is assigned a number that corresponds to a specific Pregnancy and Childbirth review topic (or topics), and is then added to the Register. The Information Specialist searches the Register for each review using this topic number rather than keywords. This results in a more specific search set that

Pet. Ref. 502

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

has been fully accounted for in the relevant review sections (Included studies, Excluded studies, Studies awaiting classification or Ongoing studies).

In addition, we searched ClinicalTrials.gov and the WHO International Clinical Trials Registry Platform (ICTRP) for unpublished, planned and ongoing trial reports (Feb 12 2021) using the terms listed in Appendix 1.

**Searching other resources**

We retrieved additional relevant references cited in papers identified through the above search strategy. We screened citations and abstracts and searched for the full texts of studies identified as abstracts. If required, we sought information from primary authors to investigate whether these studies meet eligibility criteria, and to obtain outcome and study data. If this was not possible, we only included abstracts if we could extract sufficient information

to satisfy our eligibility criteria and the study authors reported the outcomes of interest. Trials that compared at least two of the drugs or interventions were eligible and we searched for all possible comparisons formed by the drugs or interventions of interest. We did not apply any language or date restrictions.

**Data collection and analysis**

**Selection of studies**

At least two review authors (JG, HJ, VD) retrieved and independently assessed for inclusion all the potential studies we identified as a result of the search strategy. Any disagreements were resolved through discussion or, when required, with consultation with a third review author (IDG). We created a PRISMA study flow diagram to map out the number of records identified, included and excluded (Figure 1).

Pet. Ref. 503

Cochrane Database of Systematic Reviews

**Figure 1.   Study flow diagram.**



**Data extraction and management**

We designed an electronic form to extract data. For eligible studies, at least three review authors (JG, AP, HJ, AD, LB, VD) independently extracted the data using the form. We resolved discrepancies through discussion or, when required, with consultation with a seventh review author (IDG). We entered data into Review Manager

Pet. Ref. 504

5 (RevMan 5.4) software and it was checked for accuracy (RevMan 2014). When information regarding any of the above was unclear, we attempted to contact the authors of the original reports to provide further details. We extracted the following data.

*Methods extracted*

1. Study design
2. Sequence generation
3. Allocation sequence concealment
4. Blinding
5. Attrition
6. Study protocol and inconsistencies compared with the published report
7. Financial support and conflicts of interest
8. Other concerns about bias

*Data extracted*

From each included study we extracted the number of participants, along with the inclusion and exclusion criteria. We also extracted the interventions being compared including the healthcare setting, and their respective primary and secondary outcomes relevant to this review. We extracted all relevant arm level data (e.g. number of events and number of participants per binary outcomes and means and standard deviations per study arm for continuous outcomes). Participants in the network could in principle have been randomised to any of the methods being compared. For example, a woman with an early miscarriage could be equally likely to be randomised to dilatation and curettage, misoprostol, suction aspiration, suction aspiration plus cervical preparation, mifepristone plus misoprostol or expectant management or placebo. All of these six interventions were of direct interest.

**Data on potential effect modifiers**

From each included study we extracted the following study, intervention and population characteristics that may act as effect modifiers:

- gestational age (less than or equal to nine weeks versus greater than nine weeks of gestation);
- type of miscarriage (incomplete versus missed miscarriage);
- healthcare setting (inpatient versus outpatient);
- dosage, regimen, and route of drug administration (sublingual, rectal, oral).

**Other data**

From each included study we extracted the following additional information:

- country or countries in which the study was performed;
- date of publication;
- type of publication (full-text publication, abstract publication, unpublished data);
- trial registration reference.

**Assessment of risk of bias in included studies**

At least two review authors (JG, HJ, AD, LB, VD) independently assessed the risk of bias for each included study using the criteria outlined in the *Cochrane Handbook for Systematic Reviews of*

*Interventions* (Higgins 2011). Any disagreement was resolved by discussion or by involving another review author (AP, IDG).

*(1) Random sequence generation (checking for possible selection bias)*

We described for each included study the method used to generate the allocation sequence in sufficient detail to allow an assessment of whether it should produce comparable groups.

We assessed the methods as:

- low risk of bias (any truly random process, e.g. random number table; computer random number generator);
- high risk of bias (any non-random process, e.g. odd or even date of birth; hospital or clinic record number);
- unclear risk of bias.

*(2) Allocation concealment (checking for possible selection bias)*

We described for each included study the method used to conceal allocation to interventions prior to assignment and assessed whether intervention allocation could have been foreseen in advance of, or during recruitment, or changed after assignment.

We assessed the methods as:

- low risk of bias (e.g. telephone or central randomisation; consecutively numbered sealed opaque envelopes);
- high risk of bias (open random allocation; unsealed or non-opaque envelopes, alternation; date of birth);
- unclear risk of bias.

*(3.1) Blinding of participants and personnel (checking for possible performance bias)*

We described for each included study the methods used, if any, to blind study participants and personnel from knowledge of which intervention a participant received. We considered that studies were at low risk of bias if they were blinded, or if we judged that the lack of blinding would have been unlikely to affect results. We assessed blinding separately for different outcomes or classes of outcomes.

We assessed the methods as:

- low, high or unclear risk of bias for participants;
- low, high or unclear risk of bias for personnel.

*(3.2) Blinding of outcome assessment (checking for possible detection bias)*

We described for each included study the methods used, if any, to blind outcome assessors from knowledge of which intervention a participant received. We assessed blinding separately for different outcomes or classes of outcomes.

We assessed methods used to blind outcome assessment as at:

- low, high or unclear risk of bias.

---

Pet. Ref. 505

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 514 of 754    PageID.4901

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*(4) Incomplete outcome data (checking for possible attrition bias due to the amount, nature and handling of incomplete outcome data)*

We described for each included study, and for each outcome or class of outcomes, the completeness of data including attrition and exclusions from the analysis. We state whether attrition and exclusions were reported and the numbers included in the analysis at each stage (compared with the total randomised participants), reasons for attrition or exclusion where reported, and whether missing data were balanced across groups or were related to outcomes. Where sufficient information was reported, or has been supplied by the trial authors, we have re-included missing data in the analyses which we undertook.

We assessed methods as at:

- low risk of bias (e.g. no missing outcome data; missing outcome data balanced across groups or not exceeding 10% for the primary outcomes of the review);
- high risk of bias (e.g. numbers or reasons for missing data imbalanced across groups; 'as treated' analysis done with substantial departure of intervention received from that assigned at randomisation or exceeding 10% for the primary outcomes of the review);
- unclear risk of bias.

*(5) Selective reporting (checking for reporting bias)*

We described for each included study how we investigated the possibility of selective outcome reporting bias.

We assessed the methods as:

- low risk of bias (where it was clear that all of the study's pre-specified outcomes and all expected outcomes of interest to the review have been reported);
- high risk of bias (where not all the study's pre-specified outcomes have been reported; one or more reported primary outcomes were not pre-specified; outcomes of interest were reported incompletely and so cannot be used; the study fails to include results of a key outcome that would have been expected to have been reported);
- unclear risk of bias.

*(6) Other bias (checking for bias due to problems not covered by (1) to (5) above)*

We described for each included study any important concerns we have about other possible sources of bias.

We assessed whether each study was free of other problems that could put it at risk of bias:

- low risk of other bias;
- high risk of other bias;
- unclear whether there is risk of other bias.

*(7) Overall risk of bias*

We made explicit judgements about whether studies are at high risk of bias, according to the criteria given in the *Cochrane Handbook for Systematic Reviews of Interventions* (Higgins 2011). With reference to (1) to (6) above, we assessed the likely magnitude

and direction of the bias and whether we considered it was likely to impact on the findings. We explored the impact of the level of bias through undertaking sensitivity analyses (see the 'Sensitivity analysis' section). For our primary outcomes, we combined quality items and judged trials as "A" if they were at low risk of bias and if they include an adequate random sequence generation, allocation concealment, blinding, no selective reporting and with little loss to follow-up (less than 10%) and free of other bias. Trials were judged at "B" if they were at moderate risk of bias and if they demonstrated serious limitations in key criteria excluding randomisation and allocation concealment, for example unclear concealment of allocation. Alternatively, trials were considered to be "C" or at high risk of bias if they had serious limitations in the randomisation sequence (quasi-randomised) or lack of allocation concealment, or small blocked randomisation (<10) or other very serious, crucial methodological limitations such as lack of blinding for a subjective outcome. We explored the impact of the level of bias through undertaking sensitivity analyses - *see* Sensitivity analysis for information about how the risk of bias was incorporated in the sensitivity analysis.

**Measures of treatment effect**

*Relative treatment effects*

For dichotomous data, we present results as a summary risk ratio (RR) with 95% confidence interval (CIs). For continuous data, we used the mean difference (MD) if outcomes are measured in the same way between trials. We used the standardised mean difference (SMD) to combine trials that measured the same outcome, but used different methods. If the target parameter is the effect of change in a continuous measure, such as the change in haemoglobin between baseline and post-miscarriage, where possible, we accounted for the within-patient correlation between baseline and post-miscarriage estimates (Dias 2013). For the network meta-analysis (NMA,) zero events were handled by deleting the relevant cells. These were summarised in forest plots displaying the results from pairwise, indirect and network (combining direct and indirect) analyses for the comparisons between the different methods of miscarriage management.

*Relative treatment ranking*

We also estimated the ranking probabilities for all methods of miscarriage management of being at each possible rank for each intervention (conditional on the model and specified vague priors). Then we obtained a treatment hierarchy using the surface under the cumulative ranking curve (SUCRA). SUCRA can also be expressed as a percentage of effectiveness or side effects of a treatment that would be ranked first without uncertainty; the larger the SUCRA the higher its rank among all available methods (Salanti 2011). The probabilities to rank the treatments are estimated under a Bayesian model with flat priors, assuming that the posterior distribution of the parameter estimates is approximated by a normal distribution with mean and variance equal to the frequentist estimates and variance–covariance matrix. Rankings are constructed drawing 1000 samples from their approximate posterior density. For each draw, the linear predictor is evaluated for each study, and the largest linear predictor is noted (White 2011).

Pet. Ref. 506

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 515 of 754    PageID.4902

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Unit of analysis issues

### Cluster-randomised trials

We planned to include cluster-randomised trials in the analyses along with individually-randomised trials. We planned to adjust their sample sizes using the methods described in the Handbook (Higgins 2011), using an estimate of the intracluster correlation coefficient (ICC) derived from the trial (if possible), from a similar trial, or from a study of a similar population. If we had used ICCs from other sources, we planned to report this and to conduct sensitivity analyses to investigate the effect of variation in the ICC. Had we identified both cluster-randomised trials and individually-randomised trials, we planned to synthesise the relevant information. In cluster-randomised trials, particular biases to consider include:

• recruitment bias;
• baseline imbalance;
• loss of clusters;
• incorrect analysis; and
• comparability with individually-randomised trials.

We would have considered it reasonable to combine the results from both cluster-randomised trials and individually-randomised trials if there is little heterogeneity between the study designs and the interaction between the effect of intervention and the choice of randomisation unit was considered to be unlikely. We planned to also acknowledge heterogeneity in the randomisation unit and perform a sensitivity analysis to investigate the effects of the randomisation unit. We planned to include cluster-randomised trials in the analyses along with individually-randomised trials, but none were found.

### Cross-over trials

Cross-over trials are not eligible for inclusion in this review.

### Multi-arm trials

We included multi-arm trials and accounted for the correlation between the effect sizes in the network meta-analysis. We treated multi-arm studies as multiple independent comparisons in pairwise meta-analyses.

### Dealing with missing data

For included studies, we noted levels of attrition. We explored the impact of including studies with high levels of missing data in the overall assessment of treatment effect by using sensitivity analysis. We imputed missing standard deviations and errors using standard techniques where possible (Higgins 2011). For all outcomes, we performed analyses, as far as possible, on a modified intention-to-treat basis, i.e. we attempted to include all participants randomised to each group in the analyses, and we analysed all participants in the group to which they were allocated, regardless of whether or not they received the allocated intervention. The denominator for each outcome in each trial was the number randomised minus any participants whose outcomes were known to be missing.

### Assessment of heterogeneity

### Assessment of clinical and methodological heterogeneity

To evaluate the presence of clinical heterogeneity, we examined trial and study population characteristics across all eligible trials

that compared each pair of interventions. We assessed the presence of clinical heterogeneity within each pairwise comparison by comparing these characteristics.

### Assessment of transitivity across treatment comparisons

We assessed the assumption of transitivity by comparing the distribution of potential effect modifiers across the different pairwise comparisons. In this context we expect that the transitivity assumption will hold assuming the following: 1) the common treatment used to compare different miscarriage management drugs indirectly is similar when it appears in different trials (e.g. misoprostol is administered in a similar way in misoprostol versus suction aspiration trials and in misoprostol versus mifepristone plus misoprostol trials); 2) all pairwise comparisons do not differ with respect to the distribution of effect modifiers (e.g. the design and study characteristics of suction aspiration versus misoprostol trials are similar to misoprostol versus mifepristone plus misoprostol trials).

### Assessment of statistical heterogeneity and inconsistency

#### Assumptions when estimating the heterogeneity

In standard pairwise meta-analyses we estimated different heterogeneity variances for each pairwise comparison. In the network meta-analysis, we assumed a common estimate for the heterogeneity variance across the different comparisons.

#### Measures and tests for heterogeneity

We assessed statistically the presence of heterogeneity within each pairwise comparison using the $I^2$ statistic and its 95% CI that measures the percentage of variability that cannot be attributed to random error (Higgins 2002). We based the assessment of statistical heterogeneity in the entire network on the magnitude of the heterogeneity variance parameter ($\tau2$) estimated from the network meta-analysis models. For dichotomous outcomes we compared the magnitude of the heterogeneity variance with the empirical distribution as derived by Turner (Turner 2012). We also estimated a total $I^2$ statistic value for heterogeneity in the network as described elsewhere (Higgins 2002). The certainty of the evidence was downgraded for inconsistency where $I^2 \geq 60\%$ in line with the World Health Organization standard operating procedures for grading evidence for guidelines (Vogel 2019).

#### Assessment of statistical inconsistency

The statistical agreement between the various sources of evidence in a network of interventions (consistency) was evaluated by global and local approaches to complement the evaluation of transitivity.

#### Local approaches for evaluating inconsistency

To evaluate the presence of inconsistency locally we used the loop-specific approach. This method evaluates the consistency assumption in each closed loop of the network separately as the difference between direct and indirect estimates for a specific comparison in the loop (inconsistency factor) (Veroniki 2013). Then, the magnitude of the inconsistency factors and their 95% CIs can be used to infer about the presence of inconsistency in each loop. We assumed a common heterogeneity estimate within each loop.

#### Global approaches for evaluating inconsistency

To check the assumption of consistency in the entire network we used the "design-by-treatment" model as described by Higgins

Pet. Ref. 507

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

and colleagues (Higgins 2012). This method accounts for different sources of inconsistency that can occur when studies with different designs (two-arm trials versus three-arm trials) give different results as well as disagreement between direct and indirect evidence. Using this approach we inferred about the presence of inconsistency from any source in the entire network based on a Chi² test. We performed the design-by-treatment model in STATA using the mvmeta command (StataCorp. 2019).

Inconsistency and heterogeneity are interwoven; to distinguish between these two sources of variability we employed the $I^2$ statistic for inconsistency that measures the percentage of variability that cannot be attributed to random error or heterogeneity (within comparison variability).

### Assessment of reporting biases

We aimed to minimise the potential impact of these biases by ensuring a comprehensive search for eligible studies and by being alert to duplication of data. If there were 10 or more studies in any of the direct comparisons, we investigated reporting biases (such as publication bias) using funnel plots to explore the possibility of small-study effects (a tendency for estimates of the intervention effect to be more beneficial in smaller studies) as part of the assessment of the certainty of the direct evidence.

### Data synthesis

#### Methods for direct treatment comparisons

We performed standard pairwise meta-analyses using a random-effects model in Review manager software (Revman 5.4) for every treatment comparison (DerSimonian 1986). The random-effects method (DerSimonian 1986) was used for this analysis to mitigate for the high level of heterogeneity observed. This method incorporates an assumption that the different studies are estimating different, yet related, intervention effects. The standard errors of the study-specific estimates are therefore adjusted to incorporate a measure of the extent of heterogeneity. This results in wider confidence intervals in the presence of heterogeneity, and corresponding claims of statistical significance are more conservative.

#### Methods for indirect and mixed comparisons

We initially generated and assessed the network diagrams to determine if a network meta-analysis was feasible. Then we performed the network meta-analysis within a frequentist framework using multivariate meta-analysis estimated by restricted maximum likelihood. All analyses were done using Stata statistical software, release 15 (StataCorp, College Station, TX). We used the network suite of Stata commands designed for this purpose (White 2012; White 2015).

### Subgroup analysis and investigation of heterogeneity

For the primary outcomes we had planned to carry out the following pre-specified subgroup analyses by using the following effect modifiers:

- gestational age (greater than nine weeks versus less than or equal to nine weeks of gestation);
- type of miscarriage (incomplete versus missed miscarriage);
- type of vacuum aspiration device used (electrical versus manual vacuum aspiration);

- type of healthcare setting (inpatient versus outpatient);
- dosage, regimen, and route of drug administration (sublingual, rectal, oral).

We assessed subgroup differences by evaluating the relative effects and assessment of model fit for the primary outcome of complete miscarriage.

### Sensitivity analysis

For the primary outcomes we had planned to perform sensitivity analysis for the following:

- overall risk of bias of the studies (restricted to studies at low risk of overall bias);
- randomisation unit (cluster versus individual);
- use of placebo versus expectant management;
- exclusion of quasi-randomised trials.

We assessed differences by evaluating the relative effects and assessment of model fit.

### Summary of findings and assessment of the certainty of the evidence

The summary of findings tables present evidence comparing all methods with a reference comparator, expectant management or placebo. Each table describes key features of the evidence relating to a single outcome. There is a table for each important outcome in accordance with the GRADE approach. These outcomes are 1) complete miscarriage, 2) composite outcome of death or serious complication, 3) need for unplanned/emergency surgical procedure, 4) pain scores (visual analogue scale), 5) pelvic inflammatory disease, sepsis or endometritis, 6) days of bleeding, and 7) women's views or satisfaction. We also present tables for two subgroups analyses of the complete miscarriage outcome: 1) missed miscarriage and 2) incomplete miscarriage. We assessed the certainty of the evidence using the GRADE approach as outlined in the GRADE handbook in order to assess the certainty of the body of evidence relating to each outcome for all comparisons. In order to create summary of findings tables, we used GRADEpro GDT, to import data from RevMan 5.4 (RevMan 2014).

We used the GRADE working group's approach (Brignardello-Petersen 2018; Puhan 2014) for rating certainty of the network meta-analysis effect estimates for all the comparisons and all outcomes. We appraised the certainty of the direct, indirect, and network evidence sequentially (in this order). First, we assessed the certainty of the direct evidence (where available) for a given outcome, and rated the evidence using the standard GRADE approach based on consideration of: study design limitations (risk of bias); inconsistency; imprecision; indirectness and publication bias (Higgins 2011). Study design limitations were assessed using an A, B or C scale with "A" studies being at low risk of bias and "C" studies being at high risk of bias as described before. For objective outcomes, importance was given to method of randomisation, allocation concealment and attrition bias, whereas for subjective outcomes blinding of the assessor was also taken into consideration. On all the network diagrams, of the outcomes where network meta-analysis was possible, we display the certainty of the direct evidence using a colour-coded key as outlined in the figure caption. Then we rated the certainty of the indirect evidence for the same given outcomes, and this was determined based on the lower

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 508

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

of the certainty ratings of the two direct arms forming the dominant 'first-order' loop in the network diagram for this outcome. Our final step was to determine the certainty of network evidence based on: (i) the higher certainty rating of the direct and indirect evidence, (ii) whether the relevant network exhibited 'transitivity', i.e. whether all the comparisons contributing data to the estimate were directly consistent with the PICO question, (iii) consideration of coherence between direct and indirect estimates, and (iv) precision of the network effect estimate. At each of these stages, two review authors (JG, AP) independently appraised the certainty ratings for the direct, indirect and network evidence. Disagreements between authors were resolved through discussion and consultation with a third review author (IDG) where necessary.

The certainty of network evidence for each outcome was rated as 'high', 'moderate', 'low' or 'very low' in accordance with the GRADE approach.

- High certainty: we are very confident that the true effect lies close to that of the estimate of the effect.
- Moderate certainty: we are moderately confident in the effect estimate. The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different;
- Low certainty: our confidence in the effect estimate is limited. The true effect may be substantially different from the estimate of the effect;
- Very low certainty: we have very little confidence in the effect estimate. The true effect is likely to be substantially different from the estimate of effect.

For ease of comparison when interpreting the relative effects of all methods for managing a miscarriage compared to expectant management or placebo, the summary of findings tables include the effect estimate and certainty judgements for each of the direct evidence, indirect evidence and the network meta-analysis, describing all the findings for a single outcome in each table. The anticipated absolute effects are also included, based on the network effect estimate for each treatment intervention in comparison with expectant management or placebo. The assumed risks in the expectant management or placebo group are based on weighted means of baseline risks from the studies with expectant management or placebo arms in the network meta-analysis. The corresponding risks in the suction aspiration plus cervical preparation, suction aspiration, dilatation plus curettage, mifepristone plus misoprostol, misoprostol groups (and their 95% CIs) are based on the assumed risk in the expectant management or placebo group and the relative effect of the individual treatment intervention, when compared with the expectant management or placebo group (and its 95% CI) as derived from the network meta-analysis.

# RESULTS

## Description of studies

### Results of the search

The results of the search are summarised in the PRISMA (Preferred Reporting Items for Systematic Reviews and Meta-Analyses) flow diagram (Figure 1). The search of Cochrane Pregnancy and Childbirth's (CPC) Trials Register on 9 February 2021 retrieved in total 544 available records. One further record from additional author searches and manual searching of reference lists was

obtained. We excluded 127 records as duplicates or based on their title and abstract. We examined the full text of 418 records and included in the network meta-analysis 78 randomised trials (reported in 118 publications). We contacted the authors from 38 references for additional data or clarifications. We were able to obtain additional data or clarifications from trial authors for nine randomised trials (Characteristics of included studies). We excluded 248 studies (reported in 287 publications) (Characteristics of excluded studies), one trial (reported in one publication) could not be classified (Characteristics of studies awaiting classification) and 12 studies were still ongoing (Characteristics of ongoing studies).

### Included studies

This review included 78 randomised trials, published between 1979 and 2021, involving 17,795 women. All studies were individually randomised; there were no cluster-randomised studies. A number of multi-arm trials were identified: three four-arm trials and five three-arm trials. For the three four-arm trials as there was randomisation based on setting of care as well as intervention, the arms which had the same intervention were combined for the purposes of the network meta-analysis. For two of the three-arm trials, one arm was excluded from the analysis due to reasons detailed in the table of Characteristics of included studies. Most studies were reported in English (86%, 67/78); Four translations were obtained (three Portuguese and one Norwegian). One study was funded by Assistance Publique Hôpitaux de Paris, France (Torre 2012); one study was funded by Committee on Research and Conference Grants, University of Hong Kong (Ngai 2001); two studies were funded by the David and Lucille Packard Foundation (Dabash 2010, Taylor 2011); one study was funded by the Health Services Research Fund of Hong Kong (Chung 1999); one study was funded by the Healthcare Insurers Innovation Foundation, Canada (Hamel 2021); one study was funded by National Institute for Health Research HTA programme, UK (Chu 2020); four studies were funded by National Institutes of Health, USA (Zhang 2005; Davis 2007; Harwood 2008; Schreiber 2018); one study was funded by the Riverside Methodist Hospital Medical Research Foundation, USA (Lister 2005); one study was funded by a South and West NHS Executive research and development grant, UK (Trinder 2006); one study was funded by the Swedish Medical Research Council (Nielsen 1995). All the other 64 studies did not state their source of funding. One study declared consultancy fees from Danco laboratories as a conflict of interest (Schreiber 2018); one study declared the donation of £20,000 from Exelgyn, the manufacturers of mifepristone, which was an intervention used in the trial as a conflict of interest (Trinder 2006); one study declared that two authors had served as consultants to Pfizer as a conflict of interest (Zhang 2005). Ten studies stated that there were no conflicts of interest to declare from any of the authors, and 65 studies did not state whether the authors had any conflicts of interest.

The studies were conducted across 37 countries (including high-, middle- and low-income countries); there were no multi-country trials. The median size of the trials was 180 participants (interquartile range (IQR) 206 (94 to 300)). Most studies were single-centre studies (82%, 64/78); 14 studies were multi-centre studies (18%, 14/78). Most trials (91%, 71/78) were performed in a hospital setting, four were performed in a community setting (5%), two (3%) in a mixed setting, and one (1%) of unspecified setting. Six of the studies only recruited women with an early first trimester miscarriage (less than or equal to nine weeks of gestation) with

Pet. Ref. 509

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

the majority (61/78) only specifying a gestational age of less than or equal to 14 weeks of gestation; a specific cut-off in terms of gestational age was not specified in 11 out of 78 studies. Thirty-six out of 78 studies were based purely on women with an incomplete miscarriage, 17 studies on women with a missed miscarriage, 19 had a mixed population of women with either a missed or incomplete miscarriage and in six studies the type of miscarriage was not specified.

Of the 78 included studies, 71 (90%) contributed data to the analysis, seven studies did not present the data in a usable form for meta-analysis or narrative synthesis. Across the 71 trials (158 trial arms) that contributed data for analysis, the following agents were used either as intervention or comparison:

- 51 trial arms (33%) used misoprostol;
- 50 trial arms (32%) used suction aspiration;
- 26 trial arms (16%) used expectant management or placebo;
- 17 trial arms (11%) used dilatation and curettage;
- 11 trial arms (6%) used mifepristone plus misoprostol;
- 3 trial arms (2%) used suction aspiration plus cervical preparation.

Of the 51 trial arms that used misoprostol, the concentrations of the first dose administered were as follows: 19 of 51 (37%) used 800 micrograms, 17 of 51 (33%) used 400 micrograms, 13 of 51 (23%) used 600 micrograms, 1 of 51 (2%) used 200 micrograms, and 1 of 51 (2%) did not specify the dose of misoprostol. The routes of administration used for misoprostol was as follows: 26 of 51 (51%) gave misoprostol vaginally, 19 of 51 (37%) orally, 2 of 51 (4%) vaginally or orally, 2 of 51 (4%) sublingually, and 2 of 51 (4%) did not specify the route of administration.

Of the 11 trial arms that assessed the effectiveness of mifepristone, six of 11 (55%) used a 200 milligram dose of mifepristone, four of 11 (36%) used a 600 milligram dose and one of 11 (9%) used a dose of 400 milligrams. Mifepristone was always taken orally and given in combination with misoprostol, which was taken 24 to 72 hours later. The concentrations of misoprostol administered following mifepristone were as follows: 7 of 11 (64%) used 800 micrograms and 4 of 11 (36%) used 400 micrograms of misoprostol. The routes of administration for misoprostol following mifepristone were as follows: 5 of 11 (46%) gave misoprostol vaginally, 3 of 11 (27%) orally, and 3 of 11 (27%) vaginally or orally.

Of the 59 trials that contributed to the primary outcome, 14 (24%) made the assessment for complete miscarriage on days 1 to 5, 14 (24%) on day 7, 18 (31%) on days 10 to 14 and 9 (15%) over 15 days later. 4 studies (6%) did not specify the timeframe used to assess complete miscarriage.

**Excluded studies**

We excluded 248 trials (for details see Characteristics of excluded studies). The most common reasons for exclusion were because trials included participants who were over 14 weeks of gestation at the time of recruitment or were based on participants undergoing a termination of pregnancy. Some trials were not randomised, or exclusively investigated doses or routes of administration of the same method of management of miscarriage.

**Risk of bias in included studies**

We present summaries of the risk of bias of the included studies for each of the domains we assessed across all studies (Figure 2) and for each included study (Figure 3).

**Figure 2.   Risk of bias graph: review authors' judgements about each risk of bias item presented as percentages across all included studies.**



Pet. Ref. 510

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 3.   Risk of bias summary: review authors' judgements about each risk of bias item for each included study.**

Pet. Ref. 511

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 3.** (Continued)



---

Pet. Ref. 512

**Figure 3.   (Continued)**



## Allocation

Adequate sequence generation was found to have been used in 49 of 78 trials (63%) and these trials were judged to be at low risk of bias. In 29 of 78 trials (37%) the description of sequence generation was not clearly stated and hence they were at unclear risk of bias. In 47 of 78 trials (60%) there was a clear description of adequate allocation concealment. However, in 31 of 78 trials (40%) the description of allocation concealment was inadequate and so these trials were at unclear risk of bias. Many of the trials with inadequate information about sequence generation or allocation concealment were abstracts or other forms of short communications, which had limited word counts. Most of the trials which had inadequate description of random sequence generation also gave inadequate information regarding allocation concealment.

## Blinding

Only 9 of 78 trials (12%) had blinding of participants and personnel and hence were judged to be at low risk of bias. Four of 78 trials (5%) had unclear information regarding blinding of patients and personnel and were therefore judged to be at unclear risk of bias with the remaining 65 of 78 trials (83%) unblinded to either patients or personnel or both and therefore at high risk of bias. In the majority of these unblinded trials, the nature of the intervention and comparator, for example with misoprostol versus suction curettage, meant blinding was not practically possible rather than being a result of poor trial design. Blinding of the outcome assessor of the primary outcome of complete miscarriage was inadequately described in 56 of 78 trials (72%) meaning these were judged to be at unclear risk of bias. In 9 of 78 trials (12%) the outcome assessor was unblinded meaning these were at high risk of bias. Only in 12 of 78 trials (15%) was it clearly stated that the outcome assessor was blinded meaning these trials were at low risk of bias.

## Incomplete outcome data

There were 66 of 78 trials (85%) that had minimal missing outcome data (less than 10%) and balanced in numbers across intervention groups with similar reasons for missing data across groups, and were therefore at low risk of attrition bias. Nine of 78 trials (12%) were judged to be at high risk of attrition bias due to losing over 10% of their participant population to follow up. Three of 78 trials (3%) were judged to be at unclear risk of attrition bias as not enough

information was provided to assess whether or not the handling of incomplete data was appropriate.

## Selective reporting

Only eight of 78 trials (10%) pre-specified all outcomes in publicly available study protocols and were judged to be at low risk of reporting bias. Three of 78 trials (4%) did not report all pre-specified outcomes as reported in their published protocols or methodology within the main report and were judged to be at high risk of bias for selective reporting. For most trials (67 of 78 trials; 86%), we were unable to identify a published protocol and the risk of reporting bias was judged to be unclear.

## Other potential sources of bias

In 73 of 78 trials (94%) there were no other potential sources of bias detected and so these were judged to be at low risk of bias. Five of 78 trials (6%) were judged to be at unclear risk of bias; one because it was not explained why one arm of the trial was greater than 50% larger than the other arm despite random allocation and no indication of randomisation other than in a 1:1 ratio, one because a vaginal lubricant was co-administered with the vaginal misoprostol for some participants which the authors acknowledge may have affected the rate of absorption of the medication, one because the method of outcome assessment varied between sites where the trial was conducted, and one because the research group accepted a donation of £20,000 from Exelgyn, the manufacturers of mifepristone. The majority of comparisons contained less than 10 studies, therefore investigation of publication bias was not valid. The comparison of suction aspiration vs misoprostol for the outcomes of nausea, vomiting and diarrhoea were downgraded for publication bias.

## Overall risk of bias

For the comparison of suction aspiration versus misoprostol, 7 of 23 (30%) trials were judged to be at high overall risk of bias, and 16 of 23 (70%) trials at low overall risk of bias. For the comparison of suction aspiration versus dilatation & curettage, 2 of 5 (40%) trials were judged to be at high overall risk of bias, and 3 of 5 (60%) at low overall risk of bias. For the comparison of misoprostol versus mifepristone plus misoprostol, 2 of 7 (29%) trials were judged to be at high overall risk of bias, and 5 of 7 (71%) at low overall risk of bias. For the comparison of misoprostol versus dilatation & curettage,

Pet. Ref. 513

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

2 of 4 (50%) trials were judged to be at high overall risk of bias, and 2 of 4 (50%) at low overall risk of bias. For the comparison of misoprostol versus suction aspiration plus cervical preparation, the single trial was judged to be at high overall risk of bias. For the comparison of misoprostol versus expectant or placebo, 1 of 10 (10%) trials were judged to be at high overall risk of bias, and 9 of 10 (90%) at low overall risk of bias. For the comparison of mifepristone plus misoprostol versus expectant or placebo, 1 of 3 (33%) trials were judged to be at high overall risk of bias, and 2 of 3 (67%) at low overall risk of bias. For the comparison of suction aspiration versus mifepristone plus misoprostol, suction aspiration versus expectant or placebo, and dilatation & curettage versus expectant or placebo, all trials were judged to be at low overall risk of bias.

### Effects of interventions

See: **Summary of findings 1** Complete miscarriage; **Summary of findings 2** Complete miscarriage (missed miscarriage subgroup); **Summary of findings 3** Complete miscarriage (incomplete miscarriage subgroup); **Summary of findings 4** Composite outcome of death or serious complication; **Summary of findings 5** Need for unplanned/emergency surgical procedure; **Summary of findings 6** Pain scores (visual analogue scale); **Summary of findings 7** Pelvic inflammatory disease, sepsis or endometritis; **Summary of findings 8** Days of bleeding; **Summary of findings 9** Women's views/satisfaction

See: Summary of findings 1 for the main comparison "complete miscarriage" and Summary of findings 4 for the second

primary outcome "composite outcome of death or serious complication". Summary of findings 5, Summary of findings 6, Summary of findings 7, Summary of findings 8 and Summary of findings 9, present the effects of interventions from other important secondary outcomes such as "need for unplanned/ emergency surgical procedure", "pain scores (visual analogue scale)", "pelvic inflammatory disease, sepsis or endometritis", "days of bleeding", "women's views or satisfaction" respectively. Summary of findings 2 and Summary of findings 3 present the effects of the subgroup analyses of women with a missed miscarriage and women with an incomplete miscarriage respectively for the primary outcome of "complete miscarriage".

Please note that all of the analyses presented in the Data and analyses section relate to the 'direct evidence' and were used as per our methods to grade the evidence. The results from Data and analyses were also used to check the direction of effect in the subgroups, and subgroup analyses are presented for the outcome of complete miscarriage where a high level of global statistical inconsistency and heterogeneity was observed.

The following section presents the results as reported in all of the figures (Figure 4 to Figure 5). The figures present the results from the network diagrams, the forest plots with the pairwise, indirect and network (combining direct and indirect) effect estimates and the cumulative rankograms for all the outcomes with available data. The figures present the results for different methods for managing miscarriage in comparison to expectant management or placebo and different methods for managing miscarriage.

Pet. Ref. 514

Cochrane Database of Systematic Reviews

**Figure 4.   Network diagram for outcome of complete miscarriage. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Pet. Ref. 515

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 5.** Cumulative rankogram comparing each of the methods of management of a miscarriage for incomplete miscarriage subgroup analysis for the outcome of complete miscarriage. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SURface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.



### Primary outcomes

#### Complete miscarriage

The network diagram for the outcome of complete miscarriage is presented in Figure 4. Misoprostol was the most frequently investigated method of miscarriage management (45 of 63 trial arms [71%]) for this outcome (Figure 4).

Relative effects from the network meta-analysis of 59 trials, suggested that suction aspiration plus cervical preparation (risk

ratio (RR) 2.12, 95% confidence interval (CI) 1.41 to 3.20, *low-certainty evidence*), dilatation and curettage (RR 1.49, 95% CI 1.26 to 1.75, *low-certainty evidence*), suction aspiration (RR 1.44, 95% CI 1.29 to 1.62, *low-certainty evidence*), mifepristone plus misoprostol (RR 1.42, 95% CI 1.22 to 1.66, *moderate-certainty evidence*) and misoprostol (RR 1.30, 95% (CI) 1.16 to 1.46, *low-certainty evidence*) may be more effective in achieving complete miscarriage compared with expectant management or placebo (Figure 6; Summary of findings 1).

Pet. Ref. 516

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 6.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of complete miscarriage.**



Pet. Ref. 517

**Figure 6.   (Continued)**



Based on these results, about 640 per 1000 women having expectant management or placebo would have a complete miscarriage compared with 1000 having suction aspiration plus cervical preparation, 954 for dilatation and curettage, 922 for suction aspiration, 909 for mifepristone plus misoprostol and 832 per 1000 women for misoprostol (Summary of findings 1).

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for completing a miscarriage are shown in Figure 7. Treatment hierarchies are presented with the surface under the cumulative ranking curve (SUCRA); the larger the SUCRA the higher its rank among all available methods of managing a miscarriage. Ranking indicates the cumulative probability of being the best method of managing a miscarriage, the second best, the third best, etc. A SUCRA of 100% means the method of miscarriage management is the best and a SUCRA of 0% means the method of miscarriage management is the worst. The highest ranked method for managing a miscarriage was suction aspiration plus cervical preparation (SUCRA 98.2%), followed by dilatation and curettage (SUCRA 68.2%), and suction aspiration (SUCRA 58.4%). Mifepristone plus misoprostol ranked fourth (53.2%), followed by misoprostol (SUCRA 22.1%), and expectant management or placebo (SUCRA 0%) coming last.

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 518

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 7.  Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of complete miscarriage. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



*Composite outcome of death or serious complication*

The network diagram for the composite outcome of death or serious complications is presented in Figure 8. Misoprostol was the most frequently investigated method of miscarriage management (24 of 37 trial arms [65%]) for this outcome (Figure 8). This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 519

Cochrane Database of Systematic Reviews

**Figure 8. Network diagram for outcome of composite outcome of death or serious complication. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 35 trials suggest that dilatation and curettage (RR 0.43, 95% CI 0.17 to 1.06, *low-certainty evidence*), suction aspiration (RR 0.55, 95% CI 0.23 to 1.32, *low-certainty evidence*), misoprostol (RR 0.50, 95% CI 0.22 to 1.15, *low-certainty evidence*) and mifepristone plus misoprostol (RR 0.76, 95% CI 0.31 to 1.84, *low-certainty evidence*) were compatible with a wide range of treatment effects for death and serious complications compared with expectant management or placebo (Figure 9 Summary of findings 4).

Pet. Ref. 520

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 9.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of composite outcome of death or serious complication.**

Pet. Ref. 521

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 9.   (Continued)**



It should be noted that death was rare (no deaths across all trials were reported). The reported complications comprised mainly of blood transfusions, but also uterine perforation, need for further life-saving procedures such as hysterectomy (not including surgical completion of miscarriage as a second line intervention as this is reported in the secondary outcome of need for unplanned/ emergency surgical procedure), or intensive care unit admission.

Based on these results, about 19 per 1000 women given expectant management or placebo for their miscarriage would experience death or a serious complication compared with 8 per 1000 having dilation and curettage, 10 for suction aspiration, 10 for misoprostol

and 14 per 1000 for mifepristone plus misoprostol (Summary of findings 4).

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the composite outcome of death or serious complication are shown in Figure 10. The highest ranked method for managing a miscarriage for the composite outcome of death or serious complication was dilatation and curettage (SUCRA 84.4%), followed by misoprostol (SUCRA 70.1%), suction aspiration (SUCRA 52.9%), with mifepristone plus misoprostol (SUCRA 31.2%) ranked fourth and expectant management or placebo (SUCRA 10.9%) last.

**Figure 10.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of composite outcome of death or serious complication. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



Pet. Ref. 522

Cochrane Database of Systematic Reviews

### Secondary Outcomes

#### Need for unplanned/emergency surgical procedure

The network diagram for the outcome of need for unplanned/ emergency surgical procedure is presented in Figure 11. 30 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

**Figure 11.   Network diagram for outcome of need for unplanned/ emergency surgical procedure. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 28 trials, suggest that suction aspiration (RR 0.37, 95% CI 0.22 to 0.65, *moderate-certainty evidence*) probably reduces the need for unplanned/ emergency surgical procedures when compared with expectant management or placebo. For mifepristone plus misoprostol (RR 0.64, 95% CI 0.33 to 1.23, *low-certainty evidence*) we cannot rule out an important benefit for this outcome. For dilatation and curettage (RR 0.80, 95% CI 0.09 to 7.02, *very low-certainty evidence*) and misoprostol (RR 1.04, 95% CI 0.56 to 1.95, *low-certainty evidence*), results are compatible with a wide range of treatment effects (Figure 12, Summary of findings 5).

Pet. Ref. 523

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 12.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of need for unplanned/ emergency surgical procedure.**



| Comparison | RR (95% CI) |
|---|---|
| **Suction aspiration vs Expectant or placebo** | |
| Direct | 0.51 (0.30, 0.87) |
| Indirect | 0.13 (0.05, 0.35) |
| Network | 0.37 (0.22, 0.65) |
| **Misoprostol vs Expectant or placebo** | |
| Direct | 0.67 (0.23, 1.95) |
| Indirect | 1.28 (0.61, 2.66) |
| Network | 1.04 (0.56, 1.95) |
| **Mifepristone plus misoprostol vs Expectant or placebo** | |
| Direct | 0.32 (0.11, 0.90) |
| Indirect | 0.91 (0.43, 1.93) |
| Network | 0.64 (0.33, 1.23) |
| **Dilatation & curettage vs Expectant or placebo** | |
| Network | 0.80 (0.09, 7.02) |
| **Suction aspiration vs Misoprostol** | |
| Direct | 0.20 (0.10, 0.38) |
| Indirect | 0.85 (0.35, 2.07) |
| Network | 0.36 (0.20, 0.64) |
| **Suction aspiration vs Mifepristone plus misoprostol** | |
| Direct | 1.00 (0.06, 15.54) |
| Indirect | 0.57 (0.29, 1.10) |
| Network | 0.59 (0.31, 1.11) |
| **Suction aspiration vs Dilatation & curettage** | |
| Direct | 0.33 (0.01, 8.07) |
| Indirect | 0.36 (0.01, 18.96) |
| Network | 0.46 (0.06, 3.85) |
| **Misoprostol vs Mifepristone plus misoprostol** | |
| Direct | 1.55 (1.22, 1.96) |
| Indirect | 4.28 (1.28, 14.30) |
| Network | 1.64 (1.12, 2.39) |
| **Misoprostol vs Dilatation & curettage** | |
| Indirect | 1.45 (0.11, 18.81) |
| Network | 1.30 (0.15, 11.11) |
| **Dilatation & curettage vs Mifepristone plus misoprostol** | |

Pet. Ref. 524

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 12.   (Continued)**



Based on these results, about 120 per 1000 women given expectant management or placebo for their miscarriage would experience unplanned or emergency surgical procedures compared with 44 per 1000 women for suction aspiration, 77 for mifepristone plus misoprostol, 96 for dilatation and curettage and 125 per 1000 women having for misoprostol (Summary of findings 5).

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the need for unplanned/ emergency surgical procedure are shown in Figure 13. The highest ranked method for managing a miscarriage was suction aspiration (SUCRA 92.6%), followed by mifepristone plus misoprostol (SUCRA 64.8%), with dilatation and curettage (SUCRA 43.1%) ranked third, expectant management or placebo (SUCRA 26.6%) fourth and misoprostol (SUCRA 3.0%) last.

**Figure 13.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of need for unplanned/ emergency surgical procedure. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



***Pain scores (visual analogue scale)***

The network diagram for the outcome of pain scores (visual analogue scale) is presented in Figure 14. 13 trials contributed towards this outcome. This outcome was not reported for any trial involving suction curettage plus cervical preparation.

Pet. Ref. 525

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 14.   Network diagram for outcome of pain score (visual analogue scale). The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Due to the small number of trials reporting this outcome, network meta-analysis was not possible, and so we were unable to produce network relative effects and a rankogram. Direct evidence is presented only from pairwise meta-analysis (Data and analyses).

Pairwise meta-analysis of three trials found misoprostol may cause a slightly higher pain score compared to expectant management or placebo (standardised mean difference (SMD) 0.33, 95% CI 0.08 to 0.57, *low-certainty evidence*) (Analysis 8.4). One further trial compared mifepristone plus misoprostol to expectant

management or placebo but we cannot rule out a small difference in pain scores for this comparison (SMD 0.14, 95% CI -0.21 to 0.50, *low-certainty evidence*) (Analysis 10.4).

**Pelvic Inflammatory disease, sepsis or endometritis**

The network diagram for the outcome of pelvic inflammatory disease, sepsis or endometritis is presented in Figure 15. 41 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 526

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 15.  Network diagram for outcome of pelvic inflammatory disease, sepsis or endometritis. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 39 trials, suggest that mifepristone plus misoprostol (RR 0.90, 95% CI 0.48 to 1.68, *low-certainty evidence*), misoprostol (RR 1.08, 95% CI 0.62 to 1.88, *moderate-certainty evidence*) and suction aspiration (RR 1.42, 95% CI 0.88 to 2.28, *moderate-certainty evidence*) were compatible with a wide range of treatment effects for pelvic inflammatory disease, sepsis or endometritis when compared with expectant management or placebo. However, dilatation and curettage (RR 1.85, 95% CI 1.05 to 3.25, *very low-certainty evidence*) may increase the risk of pelvic inflammatory disease, sepsis or endometritis when compared with expectant management or placebo, but the evidence is very uncertain (Figure 16, Summary of findings 7).

Pet. Ref. 527

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 16.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of pelvic inflammatory disease, sepsis or endometritis.**



Pet. Ref. 528



Cochrane Database of Systematic Reviews

**Figure 16.   (Continued)**



Based on these results, about 36 per 1000 women given expectant management or placebo for their miscarriage would experience pelvic inflammatory disease, sepsis or endometritis compared with 32 per 1000 women for mifepristone plus misoprostol, 39 for misoprostol, 51 for suction aspiration, and 67 per 1000 women having dilatation and curettage (Summary of findings 7).

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for pelvic inflammatory

disease, sepsis or endometritis are shown in Figure 17. The highest ranked method for managing a miscarriage for the outcome of pelvic inflammatory disease, sepsis or endometritis was mifepristone plus misoprostol (SUCRA 83.4%), followed by expectant management or placebo (SUCRA 71.4%), misoprostol (SUCRA 62.7%), with suction aspiration (SUCRA 29.3%) ranked fourth and dilatation and curettage (SUCRA 3.2%) last.

**Figure 17.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of pelvic inflammatory disease, sepsis or endometritis. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



Pet. Ref. 529

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*Mean volumes of blood loss (millilitres (mL)*

The network diagram for the outcome of mean volumes of blood loss (mL) is presented in Figure 18. Four trials contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation. Due to the small number of trials reporting this outcome, we were unable to produce network relative effects and a rankogram. Direct evidence is presented only from pairwise meta-analysis. One trial found suction aspiration may cause smaller volumes of blood loss compared to expectant management or placebo (mean difference (MD) -23.00, 95% CI -40.41 to -5.59).

**Figure 18.  Network diagram for outcome of mean volumes of blood loss (millilitres). The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. Multi-arm trials contribute to more than one comparison.**



*Change in haemoglobin measurements before and after the miscarriage*

The network diagram for the outcome of change in haemoglobin measurements before and after the miscarriage is presented in Figure 19. 15 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 530

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 19.   Network diagram for outcome of change in haemoglobin measurements before and after the miscarriage. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 13 trials, suggest that dilatation and curettage (MD 0.50, 95% CI 0.06 to 0.93, *low-certainty evidence*) may cause a change in haemoglobin measurement before and after the miscarriage when compared with expectant management or placebo. Misoprostol (MD 0.25, 95% CI -0.01 to 0.52, *low-certainty evidence*) and mifepristone plus misoprostol (MD 0.23, 95% CI -0.23 to 0.70, *moderate-certainty evidence*) may make little or no difference to this outcome when compared to expectant management or placebo. Suction aspiration (MD 0.09, 95% CI -0.15 to 0.32, *very low-certainty evidence*) makes little or no difference to this outcome when compared with expectant management or placebo, but the evidence is very uncertain (Figure 20).

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 531

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 20.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of change in haemoglobin measurements before and after the miscarriage.**



Pet. Ref. 532

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 20.   (Continued)**

Favours intervention                                                                    Favours comparator

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of change in haemoglobin measurements before and after the miscarriage are shown in Figure 21. The highest ranked method for managing a miscarriage for the outcome of change in haemoglobin measurements before and after the miscarriage was expectant management or placebo (SUCRA 88.2%), followed by suction aspiration (SUCRA 74.1%), mifepristone plus misoprostol (SUCRA 46.2%), with misoprostol (SUCRA 34.6%) ranked fourth and dilatation and curettage (SUCRA 6.9%) last.

**Figure 21.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of change in haemoglobin measurements before and after the miscarriage. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



***Days of bleeding***

The network diagram for the outcome of days of bleeding is presented in Figure 22. 20 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 533

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 22.   Network diagram for outcome of days of bleeding. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 18 trials suggest that dilatation and curettage (MD -1.96, 95% CI -3.48 to -0.45, *low-certainty evidence*) may cause less days of bleeding when compared with expectant management or placebo. Suction aspiration (MD -2.00, 95% CI -3.01 to -0.99, *very low-certainty evidence*) may cause less days of bleeding when compared to expectant management or placebo, but the evidence is very uncertain. Misoprostol (MD -0.47, 95% CI -1.53 to 0.60, *very low-certainty evidence*) and mifepristone plus misoprostol (MD -0.14, 95% CI -1.71 to 1.43, *very low-certainty evidence*), were compatible with a wide range of treatment effects for days of bleeding when compared to expectant management or placebo (Figure 23, Summary of findings 8).

Pet. Ref. 534

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 23.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of days of bleeding.**



Pet. Ref. 535

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 23.   (Continued)**



Based on these results, women given expectant management or placebo for their miscarriage, would experience 10 days of bleeding compared with 8 days of bleeding for women having suction aspiration, 8.04 days for women having dilatation and curettage, 9.53 days for women having misoprostol and 9.86 days of bleeding for women having mifepristone plus misoprostol (Summary of findings 8).

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of days of bleeding are shown in Figure 24. The highest ranked method for managing a miscarriage for the outcome of days of bleeding was suction aspiration (SUCRA 87.9%), followed by dilatation and curettage (SUCRA 85.1%), misoprostol (SUCRA 37.2%) with mifepristone plus misoprostol (SUCRA 24.7%) ranked fourth and expectant management or placebo (SUCRA 15.1%) last.

**Figure 24.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of days of bleeding. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



*Cervical Tear*

Due to the infrequency at which cervical tears occurred across all studies where it was reported, we were unable to produce a network diagram, network relative effects and a rankogram.

Direct evidence is presented only from pairwise meta-analysis. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 536

Only eight trials reported this outcome with five reporting no cervical tears for either intervention it was comparing. The most frequently investigated intervention for this outcome was suction aspiration with seven trials out of eight. Pairwise meta-analysis suggests that we cannot rule out a substantial harm of suction aspiration compared with misoprostol (3 trials, RR 7.18, 95% CI 0.84 to 61) and substantial benefit for suction aspiration compared with dilatation and curettage (2 trials, RR 0.49, 95% CI 0.20 to 1.18) (Analysis 3.8).

### Women's views or satisfaction

There was significant heterogeneity in the methods of reporting women's views or satisfaction across all the studies where it was reported and so we were unable to produce a network diagram, network relative effects and a rankogram. Direct meta-analysis was also not possible and so results are presented narratively. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Twenty-three trials reported women's views or satisfaction using varying different methods. Four trials (Bagratee 2004; Moodliar 2005; Nielsen 1999; Phusaanantakul 2010) used a visual analogue scale. Eight trials used a five-point descriptive scale (very satisfied, satisfied, neutral, dissatisfied and very dissatisfied) (Bique 2007; Chigbu 2012; Dabash 2010; Dao 2007; Montesinos 2011; Shwekerela 2007; Taylor 2011; Weeks 2005), and seven trials used a three-point descriptive scale (satisfied, neutral and dissatisfied) (Chipchase 1997; Dangalla 2012; Demetroulis 2001; Ibiyemi 2018; Lister 2005; Niinimaki 2006; Shuaib 2013.

Overall, all methods of managing a miscarriage were found to be acceptable. The most commonly investigated method of miscarriage management was misoprostol with 18 trials, followed by suction aspiration with 17 trials. The most common comparison was misoprostol versus suction aspiration with 12 trials. Of these 12 trials, Arellano 2009 examined only the side effects of the treatment options with 95% describing the side effects of misoprostol as tolerable, whereas 91% described the side effects of suction aspiration as tolerable. Sahin 2001 described women's dissatisfaction with only one woman out of 40 being dissatisfied with misoprostol, whereas 14 women out of 40 were dissatisfied with suction aspiration. The remaining 10 trials used either a five- or three-point scale of satisfaction. In total, 1389 women out of 1443 (96.3%) were either satisfied or very satisfied with misoprostol and 1350 women out of 1400 (96.4%) were either satisfied or very satisfied with suction aspiration.

Suction aspiration versus expectant management or placebo was the next most common comparison with three trials. Chipchase 1997; and Dangalla 2012 found 92 out of 96 women (98.5%) were satisfied with suction aspiration compared to 97 out of 99 women (98.0%) were satisfied with expectant management or placebo (moderate-certainty evidence). Nadarajah 2014 used a 10-point numerical scale and similarly found suction aspiration had a satisfaction score of 7.57 from 175 women and expectant management or placebo also had a 7.57 score from 177 women (moderate-certainty evidence). Two trials compared misoprostol versus expectant/placebo and misoprostol versus dilatation and curettage respectively (Summary of findings 9).

### Mean duration of hospital stay (days)

The network diagram for the outcome of mean duration of hospital stay (days) is presented in Figure 25. Six trials contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 537

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 25.   Network diagram for outcome of mean duration of hospital stay (days). The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. Multi-arm trials contribute to more than one comparison.**



Due to the small number of trials reporting this outcome, network meta-analysis was not possible for this outcome, and so we were unable to produce a network diagram, network relative effects and a rankogram. Direct evidence is presented only from pairwise meta-analysis.

Pairwise meta-analysis of three trials suggests women having suction aspiration probably have a shorter mean duration of hospital stay when compared to dilatation and curettage (MD -0.56, 95% CI -0.89 to -0.23) (Analysis 3.9). One trial shows women having suction aspiration probably have a shorter mean duration of hospital stay when compared to misoprostol (MD -0.40, 95% CI -0.68 to -0.12) (Analysis 1.9). Misoprostol may have a shorter mean

duration of hospital stay compared to expectant management or placebo (MD -0.10, 95% CI -0.19 to -0.01) (Analysis 8.8). However, we cannot rule out an important benefit or harm for this outcome for the comparison between suction aspiration versus expectant management or placebo (MD 0.99, 95% CI 0.74 to 1.24) (Analysis 4.9).

### Readmission to hospital

The network diagram for the outcome of readmission to hospital is presented in Figure 26. Twelve trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 538

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 26. Network diagram for outcome of readmission to hospital. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 10 trials suggest that for suction aspiration (RR 0.50, 95% CI 0.21 to 1.15, *low-certainty evidence*), mifepristone plus misoprostol (RR 0.56, 95% CI 0.13 to 2.48, *low-certainty evidence*), dilatation and curettage (RR 0.32, 95% CI 0.08 to 1.24, *very low-certainty evidence*), and misoprostol (RR 1.08, 95% CI 0.40 to 2.96, *very low-certainty evidence*) were compatible with a wide range of treatment effects for readmission to hospital when compared to expectant management or placebo (Figure 27).

Pet. Ref. 539

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 27.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of readmission to hospital.**



Pet. Ref. 540



**Figure 27.   (Continued)**

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of readmission to hospital are shown in Figure 28. The highest ranked method for managing a miscarriage for the outcome of readmission to hospital was dilatation and curettage (SUCRA 85.1%), followed by suction aspiration (SUCRA 66.5%), mifepristone plus misoprostol (SUCRA 60.7%) ranked third, expectant management or placebo (SUCRA 21.2%) ranked fourth and misoprostol (SUCRA 16.5%) last.

**Figure 28.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of readmission to hospital. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



***Nausea***

The network diagram for the outcome of nausea is presented in Figure 29. Twenty-one trials contributed towards this outcome.

This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

---

Pet. Ref. 541

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 29.   Network diagram for outcome of nausea. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 21 trials suggests that for misoprostol (RR 1.37, 95% CI 0.70 to 2.69, *moderate-certainty evidence*), mifepristone plus misoprostol (RR 1.89, 95% CI 0.62 to 5.72, *moderate-certainty evidence*) and dilatation and curettage (RR 4.12, 95% CI 0.13 to 129.62, *low-certainty evidence*), suction aspiration (RR 0.68, 95% CI 0.31 to 1.52, *very low-certainty evidence*) were compatible with a wide range of treatment effects for nausea when compared to expectant management or placebo (Figure 30).

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 542



Cochrane Database of Systematic Reviews

**Figure 30.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of nausea.**



The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of nausea are shown in Figure 31. The highest ranked method for managing a miscarriage for the outcome of nausea was suction aspiration (SUCRA 91.6%), followed by expectant management or placebo (SUCRA 65.9%), misoprostol (SUCRA 42.0%) with mifepristone plus misoprostol (SUCRA 27.4%) ranked fourth and dilatation and curettage (SUCRA 23.1%) last.

Pet. Ref. 543

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 31.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of nausea. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



Following assessment using funnel plots, we identified publication bias for the comparison of suction aspiration versus misoprostol for this outcome of nausea. Funnel plots are not included but can be obtained from the author on request.

*Vomiting*

The network diagram for the outcome of vomiting is presented in Figure 32. 23 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 544

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 32.   Network diagram for outcome of vomiting. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 21 trials suggest that for suction aspiration (RR 0.71, 95% CI 0.37 to 1.39, *low-certainty evidence*), misoprostol (RR 1.32, 95% CI 0.76 to 2.30, *low-certainty evidence*), dilatation and curettage (RR 0.48, 95% CI 0.11 to 2.13, *low-certainty evidence*) and mifepristone plus misoprostol (RR 2.32, 95% CI 0.91 to 5.91, *low-certainty evidence*) were compatible with a wide range of treatment effects for this outcome when compared with expectant management or placebo (Figure 33).

Pet. Ref. 545

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 33.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of vomiting.**



Pet. Ref. 546



Cochrane Database of Systematic Reviews

**Figure 33. (Continued)**

**Favours intervention** / **Favours comparator**

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of vomiting are shown in Figure 34. The highest ranked method for managing a miscarriage for the outcome of vomiting was dilatation and curettage (SUCRA 85.6%), followed by suction aspiration (SUCRA 78.3%), expectant management or placebo (SUCRA 53.1%) with misoprostol (SUCRA 29.3%) ranked fourth and mifepristone plus misoprostol (SUCRA 3.7%) last.

**Figure 34. Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of vomiting. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



Following assessment using funnel plots, we identified publication bias for the comparison of suction aspiration versus misoprostol for this outcome of vomiting. Funnel plots are not included but can be obtained from the author on request.

*Diarrhoea*

The network diagram for the outcome of diarrhoea is presented in Figure 35. 20 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 547

**Figure 35.   Network diagram for outcome of diarrhoea. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 18 trials, suggest that for suction aspiration (RR 0.69, 95% CI 0.42 to 1.12, *low-certainty evidence*), misoprostol (RR 1.61, 95% CI 1.11 to 2.32, *low-certainty evidence*), mifepristone plus misoprostol (RR 1.47, 95% CI 0.93 to 2.33, *low-certainty evidence*), and dilatation and curettage (RR 0.54, 95% CI 0.02 to 13.10, *very low-certainty evidence*) are compatible with a wide range of treatment effects for diarrhoea when compared with expectant management or placebo (Figure 36).

Pet. Ref. 548

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 36.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of diarrhoea.**



Pet. Ref. 549



**Figure 36.   (Continued)**

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of diarrhoea are shown in Figure 37. The highest ranked method for managing a miscarriage for the outcome of diarrhoea was suction aspiration (SUCRA 85.3%), followed by dilatation and curettage (SUCRA 65.0%), expectant management or placebo (SUCRA 59.6%) with mifepristone plus misoprostol (SUCRA 26.8%) ranked fourth and misoprostol (SUCRA 13.3%) last.

**Figure 37.   Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of diarrhoea. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



Following assessment using funnel plots, we identified publication bias for the comparison of suction aspiration versus misoprostol for this outcome of diarrhoea. Funnel plots are not included but can be obtained from the author on request.

*Pyrexia*

The network diagram for the outcome of pyrexia is presented in Figure 38. 28 trial arms contributed towards this outcome. This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 550

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 38.** Network diagram for outcome of pyrexia. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.



Relative effects from the network meta-analysis of 26 trials suggest that for misoprostol (RR 3.51, 95% CI 0.98 to 12.53, *moderate-certainty evidence*) and dilatation and curettage (RR 1.10, 95% CI 0.23 to 5.19, *low-certainty evidence*), suction aspiration (RR 1.36, 95% CI 0.37 to 5.06, *very low-certainty evidence*), suction aspiration plus cervical preparation (RR 1.40, 95% CI 0.19 to 10.18, *very low-certainty evidence*), and mifepristone plus misoprostol (RR 4.15, 95% CI 0.88 to 19.59, *very low-certainty evidence*) were compatible with a wide range of treatment effects for pyrexia when compared with expectant management or placebo (Figure 39).

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 551

Cochrane Database of Systematic Reviews

**Figure 39.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for outcome of pyrexia.**



Pet. Ref. 552

**Figure 39.   (Continued)**



The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of pyrexia are shown in Figure 40. The highest ranked method for managing a miscarriage for the outcome of pyrexia was expectant management or placebo (SUCRA 75.8%), followed by dilatation and curettage (SUCRA 74.0%), with suction aspiration (SUCRA 62.8%) and suction aspiration plus cervical preparation (SUCRA 60.3%) ranked joint third. Misoprostol (SUCRA 14.8%) ranked fifth with mifepristone plus misoprostol (SUCRA 12.3%) last.

Pet. Ref. 553

Cochrane Database of Systematic Reviews

**Figure 40.  Cumulative rankogram comparing each of the methods of management of a miscarriage for the outcome of pyrexia. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



### Anxiety score

There were two trials which reported anxiety score. Network meta-analysis was therefore not possible, and so we were unable to produce a network diagram, network relative effects and a rankogram. Direct evidence is presented only from pairwise meta-analysis. Both trials (Harwood 2008; Kong 2013) looked at the comparison of suction aspiration versus misoprostol (SMD -0.08, 95% CI -0.24 to 0.09) (Analysis 1.15), with no difference shown.

### Depression Score

There were three trials which reported depression score. Network meta-analysis was therefore not possible, so we were unable to produce a network diagram, network relative effects and a rankogram. Direct evidence is presented only from pairwise meta-analysis. Two of the trials were also those that reported anxiety score (Harwood 2008; Kong 2013), and therefore suction aspiration versus misoprostol was the only comparison with more than one trial (SMD -0.17, 95% CI -0.46 to 0.12) (Analysis 1.16), and no difference was shown. The third trial compared misoprostol versus dilatation and curettage.

### Subgroup and sensitivity analysis

#### Statistical inconsistency

We assessed the global statistical inconsistency for the network meta-analyses, which are provided in Appendix 2. A significant inconsistency was observed for the outcomes of complete

miscarriage (P = 0.00) and days of bleeding (P = 0.017), and therefore the interpretation of these findings require a high degree of caution. The pairwise meta-analyses also revealed high levels of heterogeneity for the outcome of complete miscarriage which was derived from the type of miscarriage ($I^2$ range 63% to 94%) (Analysis 1.1; Analysis 1.7; Analysis 2.1; Analysis 3.1; Analysis 3.7; Analysis 4.1; Analysis 4.7; Analysis 5.1; Analysis 5.6; Analysis 6.1; Analysis 6.7; Analysis 8.1; Analysis 8.7; Analysis 9.1; Analysis 9.3; Analysis 10.1). For this reason, a subgroup analysis for missed miscarriage and incomplete miscarriage, which have been identified as the major source of inconsistency and heterogeneity, were conducted for the complete miscarriage outcome.

#### Type of miscarriage

We carried out subgroup analyses for the primary outcome of complete miscarriage and also days of bleeding by type of miscarriage (incomplete miscarriage versus missed miscarriage).

#### Missed miscarriage subgroup

#### Complete miscarriage

The network diagram for the missed miscarriage subgroup analysis for the outcome of complete miscarriage is presented in Figure 41. Misoprostol was the most frequently investigated method of miscarriage management (12 of 16 trials [75%]) for this subgroup analysis for the outcome of complete miscarriage (Figure 41). This

Pet. Ref. 554



Cochrane Database of Systematic Reviews

outcome was not reported for any trial involving suction aspiration plus cervical preparation.

**Figure 41. Network diagram for missed miscarriage subgroup analysis of outcome of complete miscarriage. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 16 trials, suggest that dilatation and curettage (RR 2.07, 95% CI 1.19 to 3.59, *high-certainty evidence*) is more effective in achieving a complete miscarriage compared with expectant management or placebo. Misoprostol (RR 1.67, 95% CI 1.18 to 2.37, *low-certainty evidence*), mifepristone plus misoprostol (RR 1.82, 95% CI 1.28 to 2.58,

*moderate-certainty evidence*) and suction aspiration (RR 2.43, 95% CI 1.69 to 3.49, *moderate-certainty evidence*) were probably also more effective in achieving a complete miscarriage compared with expectant management or placebo (Figure 42, Summary of findings 2).

Pet. Ref. 555

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 42.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for missed miscarriage subgroup of complete miscarriage outcome.**



| Comparison | RR (95% CI) |
|---|---|
| **Suction aspiration vs Expectant or placebo** | |
| Direct | 1.88 (1.68, 2.12) |
| Indirect | 3.35 (1.94, 5.81) |
| Network | 2.43 (1.69, 3.49) |
| **Misoprostol vs Expectant or placebo** | |
| Direct | 3.18 (1.48, 6.85) |
| Indirect | 1.16 (0.81, 1.67) |
| Network | 1.67 (1.18, 2.37) |
| **Mifepristone plus misoprostol vs Expectant or placebo** | |
| Direct | 1.25 (1.09, 1.45) |
| Indirect | 2.40 (1.58, 3.65) |
| Network | 1.82 (1.28, 2.58) |
| **Dilatation & curettage vs Expectant or placebo** | |
| Network | 2.07 (1.19, 3.59) |
| **Suction aspiration vs Misoprostol** | |
| Direct | 1.51 (1.14, 2.01) |
| Indirect | 1.30 (0.80, 2.11) |
| Network | 1.45 (1.16, 1.82) |
| **Suction aspiration vs Mifepristone plus misoprostol** | |
| Direct | 1.50 (1.37, 1.64) |
| Indirect | 1.26 (0.89, 1.77) |
| Network | 1.34 (1.04, 1.72) |
| **Suction aspiration vs Dilatation & curettage** | |
| Network | 1.18 (0.72, 1.91) |
| **Misoprostol vs Mifepristone plus misoprostol** | |
| Direct | 0.87 (0.79, 0.97) |
| Indirect | 1.27 (0.81, 1.98) |
| Network | 0.92 (0.79, 1.08) |
| **Misoprostol vs Dilatation & curettage** | |
| Direct | 0.81 (0.71, 0.93) |
| Network | 0.81 (0.53, 1.24) |
| **Dilatation & curettage vs Mifepristone plus misoprostol** | |
| Network | 1.14 (0.72, 1.80) |

Pet. Ref. 556



**Figure 42.   (Continued)**

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for completing a miscarriage are shown in Figure 43. The highest ranked method for managing a miscarriage for the outcome of complete miscarriage in the missed miscarriage subgroup was suction curettage (SUCRA 92.7%), followed by dilatation and curettage (SUCRA 70.8%), mifepristone plus misoprostol (SUCRA 53.1%) with misoprostol (SUCRA 33.3%) ranked fourth and expectant management or placebo (SUCRA 0.2%) last.

**Figure 43.  Cumulative rankogram comparing each of the methods of management of a miscarriage for missed miscarriage subgroup analysis for the outcome of complete miscarriage. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



**Days of bleeding**

The network diagram for the missed miscarriage subgroup analysis for the outcome of days of bleeding is presented in Figure 44.

Pet. Ref. 557

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 44.   Network diagram for missed miscarriage subgroup analysis of outcome of days of bleeding. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 12 trials, suggest that suction aspiration (RR -4.00, 95% CI -6.84 to -1.16, *very low-certainty evidence*), mifepristone plus misoprostol (RR -2.32, 95% CI -4.60 to -0.04, *very* low-*certainty evidence*) and misoprostol (RR -2.30, 95% CI -4.58 to -0.02, *very low-certainty evidence*) may cause less days of bleeding when compared to expectant management or placebo, but the evidence is very uncertain (Figure 45).

Pet. Ref. 558



**Figure 45.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for missed miscarriage subgroup of the days of bleeding outcome.**



The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of days of bleeding are shown in Figure 46. The highest ranked method for managing a miscarriage for the outcome of days of bleeding was suction aspiration (SUCRA 97.6%), followed by mifepristone plus misoprostol (SUCRA 60.7%), misoprostol (SUCRA 39.9%) with expectant management or placebo (SUCRA 1.7%) last.

Pet. Ref. 559

**Figure 46.  Cumulative rankogram comparing each of the methods of management of a miscarriage for missed miscarriage subgroup analysis for the outcome of days of bleeding. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



### Incomplete miscarriage subgroup

### Compete miscarriage

The network diagram for the incomplete miscarriage subgroup analysis for the outcome of complete miscarriage is presented in Figure 47. Suction curettage was the most frequently investigated method of miscarriage management (18 of 26 trials [69%]) for this subgroup analysis for the outcome of complete miscarriage (Figure 47). This outcome was not reported for any trial involving suction aspiration plus cervical preparation.

Pet. Ref. 560

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 47.   Network diagram for incomplete miscarriage subgroup analysis of outcome of complete miscarriage. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 26 trials suggest that misoprostol (RR 1.14, 95% CI 1.03 to 1.25, *moderate-certainty evidence*), dilatation and curettage (RR 1.19, 95% CI 1.08 to 1.31, *moderate-certainty evidence*) and suction aspiration (RR 1.19, 95% CI 1.09 to 1.31, *moderate-certainty evidence*) were probably more effective in achieving a complete miscarriage compared with expectant management or placebo. Mifepristone plus misoprostol (RR 1.08, 95% CI 0.87 to 1.34, *very low-certainty evidence*) was compatible with a wide range of treatment effects for the outcome of complete miscarriage compared with expectant management or placebo (Figure 48, Summary of findings 3).

Pet. Ref. 561

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 48.   Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for incomplete miscarriage subgroup of complete miscarriage outcome.**



| Comparison | RR (95% CI) |
|---|---|
| Suction aspiration vs Expectant or placebo | |
| Direct | 1.20 (0.85, 1.69) |
| Indirect | 1.28 (1.11, 1.48) |
| Network | 1.19 (1.09, 1.31) |
| Misoprostol vs Expectant or placebo | |
| Direct | 1.91 (0.44, 8.20) |
| Indirect | 1.12 (1.02, 1.24) |
| Network | 1.14 (1.03, 1.25) |
| Mifepristone plus misoprostol vs Expectant or placebo | |
| Direct | 1.08 (0.90, 1.30) |
| Network | 1.08 (0.87, 1.34) |
| Dilatation & curettage vs Expectant or placebo | |
| Direct | 1.25 (1.12, 1.39) |
| Indirect | 1.15 (1.02, 1.30) |
| Network | 1.19 (1.08, 1.31) |
| Suction aspiration vs Misoprostol | |
| Direct | 1.03 (1.01, 1.05) |
| Indirect | 1.10 (0.95, 1.28) |
| Network | 1.05 (1.01, 1.08) |
| Suction aspiration vs Mifepristone plus misoprostol | |
| Network | 1.11 (0.87, 1.40) |
| Suction aspiration vs Dilatation & curettage | |
| Direct | 1.02 (0.98, 1.06) |
| Indirect | 0.92 (0.83, 1.04) |
| Network | 1.00 (0.95, 1.06) |
| Misoprostol vs Mifepristone plus misoprostol | |
| Network | 1.06 (0.83, 1.34) |
| Misoprostol vs Dilatation & curettage | |
| Direct | 0.38 (0.06, 2.46) |
| Indirect | 0.97 (0.91, 1.04) |
| Network | 0.96 (0.90, 1.02) |
| Dilatation & curettage vs Mifepristone plus misoprostol | |
| Network | 1.10 (0.87, 1.40) |

Pet. Ref. 562

**Figure 48.   (Continued)**



The cumulative probabilities for each method of managing a miscarriage being at each possible rank for completing a miscarriage are shown in Figure 5. The highest ranked method for managing a miscarriage for the outcome of complete miscarriage in the incomplete miscarriage subgroup was suction aspiration (SUCRA 83.6%), followed by dilatation and curettage (SUCRA 79.4%), misoprostol (SUCRA 44.2%) with mifepristone plus misoprostol ranked fourth (SUCRA 36.1%) and expectant management or placebo (SUCRA 6.7%) last.

**Days of bleeding**

The network diagram for the missed miscarriage subgroup analysis for the outcome of days of bleeding is presented in Figure 49.

**Figure 49.   Network diagram for incomplete miscarriage subgroup analysis of outcome of days of bleeding. The nodes represent an intervention and their size is proportional to the number of trials comparing this intervention to any other in the network. The lines connecting each pair of interventions represent a direct comparison and are drawn proportional to the number of trials making each direct comparison. Numbers on the lines represent the number of trials and participants for each comparison. The colour of the line is green for high-certainty evidence; light green for moderate-certainty evidence; orange for low-certainty evidence and red for very low-certainty evidence. Multi-arm trials contribute to more than one comparison.**



Relative effects from the network meta-analysis of 11 trials, suggest that suction aspiration (RR -0.86, 95% CI -2.51 to 0.79, very low-*certainty evidence*), mifepristone plus misoprostol (RR 0.70, 95% CI -0.69 to 2.09, *very* low-*certainty evidence*), misoprostol (RR 0.31,

Pet. Ref. 563

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 572 of 754   PageID.4959

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

95% CI -1.38 to 1.99, *very* low-*certainty evidence*) and dilatation and curettage (RR -1.26, 95% CI -2.56 to 0.04, *very* low-*certainty evidence*) were compatible with a wide range of treatment effects for days of bleeding when compared with expectant management or placebo, and the evidence is very uncertain (Figure 50).

Pet. Ref. 564

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 50. Forest plot with relative risk ratios and 95% CIs from pairwise, indirect and network (combining direct and indirect) analyses for incomplete miscarriage subgroup of the days of bleeding outcome.**



Pet. Ref. 565

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 50.   (Continued)**

The cumulative probabilities for each method of managing a miscarriage being at each possible rank for the outcome of days of bleeding are shown in Figure 51. The highest ranked method for managing a miscarriage for the outcome of days of bleeding in the missed miscarriage subgroup was dilatation and curettage (SUCRA 92.9%), followed by suction aspiration (SUCRA 75.2%), followed by expectant or placebo (SUCRA 40.6%), misoprostol (SUCRA 25.4%) ranked fourth and mifepristone plus misoprostol (SUCRA 16.0%) last.

**Figure 51.  Cumulative rankogram comparing each of the methods of management of a miscarriage for incomplete miscarriage subgroup analysis for the outcome of days of bleeding. Ranking indicates the cumulative probability of being the best method, the second best, the third best, etc. The x axis shows the relative ranking and the y-axis the cumulative probability of each ranking. We estimate the SUrface underneath this Cumulative RAnking line (SUCRA); the larger the SUCRA the higher its rank among all available methods.**



***Other subgroup analyses***

We had planned on performing a subgroup analyses based on gestation of miscarriage, however, only five trials (Machtinger 2002; Machtinger 2004; Nasreen 2009; Sahin 2001; Stockheim 2006) specified a gestational age of less than or equal to nine weeks. The remaining trials did not differentiate between miscarriages of less than or equal to nine weeks or greater than nine weeks but less than or equal to 14 weeks of gestation. Therefore, this analysis was not possible. We had also planned to perform a subgroup analysis of electric versus manual vacuum aspiration for the suction aspiration intervention, however, 12 trials did not explicitly state the method of suction aspiration, one trial (Zhang 2005) included both electric and manual aspiration in their suction aspiration group depending upon which site the patient was treated at and did not differentiate between them. Therefore this left only four trials (Chung 1999; Dangalla 2012; Demetroulis 2001; Kittiwatanakul 2012), which explicitly used electric vacuum aspiration and 15 trials which explicitly used manual vacuum aspiration and network meta-analysis was not possible. We had also planned to perform a subgroup analysis based on type of healthcare setting (inpatient versus outpatient). This was not performed as the healthcare setting was not explicitly stated in the vast majority of trials and many of the interventions appeared to have presented the results combining inpatient and

Pet. Ref. 566

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

outpatient patients. When describing the interventions, authors made judgements on the healthcare settings for the table of characteristics based on the available descriptions in the trials, but a meaningful subgroup analysis was not possible. We had also planned a subgroup analysis based on the dosage, regimen and route of drug administration for the medical interventions. Whilst most of the trials used mifepristone at a similar dose and a similar route of administration, there was significant heterogeneity in terms of the way misoprostol was used for route, dosage and regimen. For this reason, a network meta-analysis according to the different routes, dosages and regimens of misoprostol was not considered meaningful and was not performed. Finally, we considered performing subgroup analysis for the composite outcome of death and serious complications for the subgroups of missed miscarriage and incomplete miscarriage but only ten and 14 trials, respectively reported the type of miscarriage for this composite outcome and therefore any meaningful network meta-analysis was judged by the authors not to be possible or relevant.

### Sensitivity analysis

We carried out pre-specified sensitivity analyses by restricting our analyses to studies at low risk of bias and studies that were placebo-controlled. Sensitivity analyses were also performed according to the choice of relative effect measure (risk ratio (RR) versus odds ratio (OR)) and the statistical model (fixed-effect versus random-effects model). The sensitivity analyses show that the overall results are not affected by the above mentioned criteria or decisions.

## DISCUSSION

### Summary of main results

This review includes 78 randomised trials involving 17,795 women. Most trials were conducted in hospital settings and included women with missed or incomplete miscarriage. Of the 78 included studies, 92% contributed data to the analysis, 8% did not present the data in a usable form for meta-analysis. Across the 71 trials (158 trial arms), the following methods were used: 33% used misoprostol; 32% used suction aspiration; 16% used expectant management or placebo; 11% used dilatation and curettage; 6% used mifepristone plus misoprostol; and 2% used suction aspiration plus cervical preparation.

Based on relative effects from network meta-analysis of 59 trials (12,591 women), we found that suction aspiration plus cervical preparation, dilatation and curettage, suction aspiration, mifepristone plus misoprostol and misoprostol may be more effective than expectant management or placebo for achieving a complete miscarriage. The highest ranked surgical method was suction aspiration plus cervical preparation. The highest ranked non-surgical method was mifepristone plus misoprostol. All surgical methods were ranked higher than medical methods, which in turn were ranked higher than expectant management or placebo.

Based on relative effects from network meta-analysis of 35 trials (8161 participants), we found that dilatation and curettage, suction aspiration, misoprostol and mifepristone plus misoprostol are compatible with a wide range of treatment effects for death and serious complications when compared with expectant management or placebo. No deaths were reported in the trials that contributed towards this outcome, therefore it was entirely composed of serious complications. The most common serious

complications included blood transfusions, uterine perforations, hysterectomies, and intensive care unit admissions. The ranking for most methods was not clear for this outcome due to limited data. However, expectant management or placebo ranked bottom amongst all available methods.

Subgroup analyses revealed important differences for the effectiveness of the available methods for managing the miscarriage according to the type of miscarriage. Specifically, for women with missed miscarriage, relative effects from the network meta-analysis of 16 trials, suggest that dilatation and curettage is more effective in achieving a complete miscarriage compared with expectant management or placebo. Misoprostol, mifepristone plus misoprostol and suction aspiration are probably also more effective in achieving a complete miscarriage compared with expectant management or placebo. For women with incomplete miscarriage, relative effects from the network meta-analysis of 26 trials suggest that misoprostol, dilatation and curettage and suction aspiration are probably more effective in achieving a complete miscarriage compared with expectant management or placebo. Mifepristone plus misoprostol is compatible with a wide range of treatment affects for the outcome of complete miscarriage, when compared with expectant management or placebo. The network meta-analyses for incomplete and missed miscarriage agreed with the overall analysis in that surgical methods were better for providing a definitive treatment for a miscarriage than medical methods, which in turn were better than expectant management/ placebo. However, the relative effects were substantially lessened in women with incomplete miscarriage compared to women with missed miscarriage. Since type of miscarriage (missed and incomplete) appears to be a source of inconsistency and heterogeneity within these data, we acknowledge that the main network meta-analysis may be unreliable. However, we plan to explore this further in future updates and consider the primary analysis as separate networks for missed and incomplete miscarriage.

### Overall completeness and applicability of evidence

This network meta-analysis provides the relative effectiveness of all methods used in the management of a miscarriage in a coherent and methodologically robust way across important clinical outcomes by combining both direct and indirect evidence, thus increasing the statistical power and confidence in the results. We found that most of the included trials reported our primary outcome of complete miscarriage and provided enough information to allow us to extract a composite outcome of death and serious complications. Most of our secondary outcomes were also reported in enough trials to perform network meta-analysis. This increased the power across most of our analyses and contributed to the consistency in the rankings across all outcomes related to complete miscarriage such as need for unplanned or emergency surgical procedures, readmissions to hospital and days of bleeding.

We were able to evaluate the impact of the type of miscarriage on the rankings and relative effectiveness of each method of miscarriage management. A high level of statistical inconsistency and heterogeneity was identified within the evidence, therefore subgroup analyses were performed for incomplete and missed miscarriage. Rankings within the subgroups were comparable to the overall rankings. For both incomplete and missed miscarriages, the surgical methods were ranked higher than the medical methods, which in turn were ranked higher than the expectant

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 567

management or placebo. However, we did find important differences in the effectiveness of the surgical and medical options amongst the two subgroups of women. The relative benefits for women with missed miscarriages undergoing any management method other than expectant management or placebo were far greater compared to women with incomplete miscarriages. This is probably because expectant management or placebo is more likely to be a more effective management option when the process of miscarriage has already started.

Unfortunately, not enough of the included trials differentiated between other effect modifiers such as gestational age of the miscarriage, healthcare setting of the intervention was not clearly stated in most trials and there was too much heterogeneity with regard to different dosages, regimens and routes of drug administration for meaningful results from network meta-analysis. This was particularly the case with misoprostol and the misoprostol component of mifepristone and misoprostol. Misoprostol depending on the trial was administered orally, vaginally or sublingually, at a dose of 400 mcg or 600 mcg or 800 mcg as a one-off dose, every four hours or six hours or on a following day (see Characteristics of included studies).

All the trials had wide inclusion criteria, none of the trials had restrictions on age or body mass index or ethnicity. Trials were also conducted across 37 countries, in a mix of high-, middle- and low-income countries from North America, South America, Europe, Africa and all over Asia. Trials were performed in a wide variety of settings from local clinics to district hospitals and in large tertiary and university hospitals. Many of the trials conducted in low- and middle-income countries also included women who may have had incomplete termination care who presented at inclusion as incomplete miscarriage (Characteristics of included studies). All of this ensures applicability of the evidence worldwide, to any women seeking treatment for a miscarriage of less than or equal to 14 weeks gestation in any healthcare setting including women whose miscarriage may have been induced medically. Both mifepristone and misoprostol are listed in the WHO Model list of essential medicines 2019 (WHO 2019). A vaginal speculum and surgical suction pump (manual or electric) with catheter (which is the basis of suction aspiration) are on the WHO generic essential emergency equipment list (WHO 2012) ensuring they are available around the world for most healthcare settings.

## Quality of the evidence

We recognise that there is no single established approach for assessing the certainty of the effect estimates generated by the network meta-analysis. We applied the rigorous method for appraising the certainty of network evidence as proposed by the GRADE Working group. Overall, the evidence presented varied widely in certainty, and our confidence in the effect estimates ranged from very low to moderate certainty. When we compared the five other methods of miscarriage management versus expectant management or placebo, the certainty of network level evidence for the outcome of complete miscarriage, was either moderate or low. For suction aspiration plus cervical preparation being ranked first, the certainty was low due to downgrading of the indirect evidence for limitations in study design. For dilatation and curettage, suction aspiration and misoprostol being ranked second, third and fifth, the certainty of network level evidence was low due to moderate certainty direct evidence and inconsistency between direct and indirect estimates. The certainty of network

level evidence was moderate for mifepristone plus misoprostol (Summary of findings 1). Evidence for suction aspiration versus misoprostol for the outcomes of nausea, vomiting and diarrhoea were downgraded for publication bias. The certainty of evidence is also affected by inconsistencies between how different studies have reported outcomes.

The GRADE certainty of evidence assessment for the network meta-analysis for the composite outcome of death and serious complications when comparing the five other methods to expectant management or placebo was low. There was downgrading either due to low certainty direct evidence (no intransitivity or incoherence) or due to low certainty indirect evidence (no intransitivity or incoherence) (Summary of findings 4).

The risk of bias of the individual studies which contributed to this network meta-analysis varied, but the majority were judged to be at low risk of bias which included large, well-conducted and methodologically robust trials (Figure 3). Overall therefore, we feel the risk of bias was low and the sensitivity analysis removing high risk of bias trials, confirmed our conclusion.

## Potential biases in the review process

Four of the review authors (AC, AJD, IDG and LB) were involved with the MifeMiso trial (Chu 2020). None of these authors participated in any decisions regarding this trial (i.e. assessment for inclusion/ exclusion, trial quality, data extraction) for the purposes of this review or for future updates – these tasks have been carried out by other members of the team who were not directly involved in the trial. The certainty of the evidence was assessed by a team of authors based in different countries. Before we could GRADE the network meta-analysis evidence, we had to determine the methodology for this process because there is no well-established approach or accompanying tools such as software. All GRADE assessments were undertaken independently by two individuals (JG and AP) and then re-assessed independently by a third review author (IDG) who was the arbiter of any disagreements.

The included studies did vary according to when they were conducted. The earliest was in 1979 (Caceres 1979), with a further study conducted in 1981 by the same author (Caceres 1981); nine studies were published in the decade beginning 1990; 32 were published in the decade beginning 2000; and 27 were published in the decade beginning 2010. The actual interventions are unlikely to have changed significantly during this time, however, the general care women receive may well have done, with improvements to efforts used to control side effects such as pain, nausea and vomiting. However, overall 59 out of 70 trials were conducted since 2000 and therefore we believe that there is minimal impact on the network meta-analysis from this.

A source of heterogeneity and inconsistency was the type of miscarriage as discussed before that we plan to explore this further in future updates and consider the primary analysis as separate networks for missed and incomplete miscarriage.

A further source of heterogeneity was differences in how the primary outcome of complete miscarriage was assessed with some trials assessing the complete miscarriage outcome clinically based on history and examination, whilst others used a combination of ultrasonography to check for an empty uterine cavity and clinical assessment. Another source of heterogeneity was the time

Pet. Ref. 568

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 577 of 754    PageID.4964

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

point used to assess complete miscarriage. Removing trials which only used clinical examination or ultrasonography, or limiting the analysis to studies that used a specific time point to assess complete miscarriage would have greatly reduced the number of trials available for the network meta-analysis and hence reduced the strength of our overall findings. Lastly, not all trials reported data on side effects and severity of side effects, hence these analyses were often underpowered or network meta-analysis was not possible.

**Agreements and disagreements with other studies or reviews**

There are four Cochrane Reviews listed in the treatment of miscarriage section for the Pregnancy and Childbirth group which are comparable to this review, (Lemmers 2019; Kim 2017; Nanda 2012; Tuncalp 2010). Lemmers 2019 compared misoprostol (with various routes of administration), mifepristone and vaginal gemeprost with surgical management, expectant management, placebo or other different types of medical intervention for miscarriages up to 24 weeks of gestation. Our results agreed that misoprostol was better than placebo and expectant management in accomplishing a complete miscarriage, but less effective when compared to surgical management. Kim 2017 compared vaginal misoprostol with expectant management and misoprostol via any route of administration with surgical evacuation for incomplete miscarriage. Our results agreed that misoprostol was less effective at completing a miscarriage compared to surgical methods. Kim 2017 found no difference when comparing misoprostol with expectant care (based on two studies, 150 women) whereas we found a difference when comparing misoprostol with expectant management or placebo (based on nine studies, 755 women). Nanda 2012 compared expectant management with surgical management for management of a miscarriage. Our results agreed with this review that expectant management was more likely to result in an incomplete miscarriage and that there was a higher need for unplanned surgical treatment with expectant management when compared to surgical management. Tuncalp 2010 compared suction aspiration with dilatation and curettage. Our results agreed with this review that suction aspiration was associated with decreased blood loss when compared with dilatation and curettage. A similar network meta-analysis on this has previously been conducted (Al Wattar 2019), which concluded that medical treatments for first-trimester miscarriage have similar effectiveness and side effects compared to surgery. The scope of this review was much smaller, with only 46 trials included, which resulted in lower power and may account for the different conclusion reached.

## AUTHORS' CONCLUSIONS

### Implications for practice

This review shows that all medical and surgical methods for managing a miscarriage were more effective than when compared with expectant management, based on moderate- and low-certainty evidence. Expectant management has the lowest chance of successfully managing a miscarriage and has the highest chance of serious complications and the need for unplanned or emergency surgery. This review adds to the evidence base that surgical and medical methods for managing miscarriage appear to be more beneficial in women with missed miscarriage compared to women with incomplete miscarriage. However, the

evidence suggests that surgical treatment of a miscarriage does carry higher risks of pelvic infection compared to medical and expectant options and that medical options are probably the worst for side effects such as nausea, vomiting, diarrhoea and pyrexia. Policy makers should take into account the various options when considering implementation strategies, building or supporting health service delivery and healthcare providers should take into account the type of miscarriage when making decisions about the management of miscarriage. Healthcare providers should inform women about the risks and benefits for each method according to the type of miscarriage, and take into account their preferences for management options with similar risks and benefits.

### Implications for research

The majority of the evidence presented in this review are of low certainty. Further high-quality trials are required to improve the certainty of the evidence. Many of the outcomes of this review are not routinely reported and future trials should report serious complications such as blood transfusions, infection, mean volumes of blood loss, changes in haemoglobin measurement before and after the miscarriage, mean durations of hospital stay, readmission to hospital consistently. This is especially the case for patient-reported outcomes such as pain scores, days of bleeding, women's views or satisfaction, nausea, vomiting, diarrhoea, anxiety and depression scores.

Future trials should examine the effectiveness of the methods of miscarriage separate for the subgroups of women according to their type of miscarriage. Trials could have broad inclusion criteria, including women both with missed or incomplete miscarriage, but effectiveness results should be presented separately for type of miscarriage. There is likely to be wider availability of the medical management of miscarriage options due to the nature of the surgical interventions requiring specialist equipment and training and therefore further work is needed to establish the most effective doses, routes and regimens of misoprostol and the misoprostol component for mifepristone plus misoprostol as this current network meta-analysis does not establish this. There is paucity of data regarding cervical preparation before surgical management, and the combination of mifepristone plus misoprostol so future trials should try to address this.

Future trials should also examine the impact of longer-term sequelae of methods of miscarriage management such as time to return to normal menstruation and future fertility rates to provide additional information to women when counselling about treatment options as this information is often a priority for women. This information was not widely available in the included papers for this current review, but should be considered for inclusion in a future update if and when sufficient evidence becomes available. A uniform core outcome set for miscarriage would also aid any future evidence synthesis.

## ACKNOWLEDGEMENTS

As part of the pre-publication editorial process, this review has been commented on by five peers (an editor, and one referee who is external to the editorial team), our Group's consumer editor, our Group's Statistical Adviser, Cochrane Methods and Cochrane Children and Families' Associate Editor. The review authors are grateful to the following peer reviewers for their

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 569

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

time and comments: Dr Rui Wang, Department of Obstetrics and Gynaecology, Monash University, Australia.

This project was supported by the Tommy's National Centre for Miscarriage Research and the National Institute for Health Research (NIHR), via Cochrane Infrastructure funding to the Cochrane Pregnancy and Childbirth Group. The views and opinions expressed therein are those of the review authors and do not necessarily reflect those of the Systematic Reviews Programme, the NIHR, the NHS or the Department of Health and Social Care.

Malcolm J Price is supported by the NIHR Birmingham Biomedical Research Centre. The views expressed are those of the author(s) and not necessarily those of the NHS, NIHR or the Department of Health and Social Care.

The World Health Organization (WHO) and Jayasish Ghosh, Argyro Papadopoulou, Hannah Jeffery, Adam Devall, Leanne Beeson, Vivian Do, Malcolm J Price, Aurelio Tobias,  A Metin Gülmezoglu, Arri Coomarasamy, Ioannis D Gallos, retain copyright and all other rights in their respective contributions to the manuscript of this Cochrane Review as submitted for publication.

Pet. Ref. 570

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# REFERENCES

## References to studies included in this review

**Abdelaleem 2020** *{published data only}*

Abdelaleem MA, Ali MK, Emam S, Abbas AM. Medical versus expectant management in women with incomplete first-trimester miscarriage initially treated with misoprostol: a randomized controlled study. Fertility and Sterility (first received 2020);**114**(3):e46. [CENTRAL: CN-02193128] [EMBASE: 2008033880]

**Al-Maani 2014** *{published data only}*

Al-Maani W, Solomayer E, Hammadeh M. Expectant versus surgical management of first-trimester miscarriage: a randomised controlled study. *Archives of Gynecology and Obstetrics* 2014;**289**(5):1011-5.

**Ara 2009** *{published data only}*

Ara G, Nargis S, Khatun R, Saha A. Vaginal misoprostol as a medical management in early pregnancy loss. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S533-4.

**Arellano 2009** *{published data only}*

Arellano M, Durocher J, Leon W, Montesinos R, Pena M, Winikoff B. Introduction of misoprostol for incomplete abortion care in Latin America: evidence from Ecuador. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S49.

**Arif 2018** *{published data only}*

Arif Butt T, Iqbal A, Saeed M, Ousuf IY, Murtaza A. Outcomes of manual vacuum aspiration versus dilatation and curettage in first trimester miscarriages. *Pakistan Journal of Medical and Health Sciences* 2018;**12**(2):611-3.

**Bagratee 2004** *{published data only}*

Bagratee JS, Khullar V, Regan L, Moodley J, Kagoro H. A randomized controlled trial comparing medical and expectant management of first trimester miscarriage. *Human Reproduction* 2004;**19**(2):266-71.

**Bique 2007** *{published data only}*

Bique C, Usta M, Debora B, Chong E, Westheimer E, Winikoff B. Comparison of misoprostol and manual vacuum aspiration for the treatment of incomplete abortion. *International Journal of Gynecology & Obstetrics* 2007;**98**(3):222-6.

**Blohm 2005** *{published data only}*

Blohm F, Friden BE, Milsom I, Platz-Christensen JJ, Nielsen S. A randomised double blind trial comparing misoprostol or placebo in the management of early miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2005;**112**(8):1090-5.

**Braham 2016** *{published data only}*

Braham R. The use of misoprostol for first time spontaneous abortion. *West Indian Medical Journal* 2016;**65**(Suppl 5):74.

**Caceres 1979** *{published data only}*

Caceres EM. Management of incomplete abortion: completion by vacuum aspiration and by sharp curettage. Personal communication 1979.

**Caceres 1981** *{published data only}*

Caceres GH, Gamboa GR, Hernandez MA, Escobar GL. Hospital management of incomplete abortion: comparative study of dilation and curettage versus vacuum aspiration [Manejo hospitalario del aborto incompleto: Estudio Comparitivo del curetaje uterino versus la]. Personal communication 1981:1.

**Chigbu 2012** *{published data only}*

Chigbu B, Onwere S, Aluka C, Kamanu C, Ezenobi O. Is misoprostol a suitable alternative to the surgical evacuation of incomplete abortion in rural South-Eastern Nigeria? *East African Medical Journal* 2012;**89**(5):172-7.

**Chipchase 1997** *{published data only}*

Chipchase J, James D. Randomised trial of expectant versus surgical management of spontaneous miscarriage. *British Journal of Obstetrics and Gynaecology* 1997;**104**(7):840-1.

**Chu 2020** *{published data only}*

Chu JJ, Devall AJ, Gallos ID, Coomarasamy A, Beeson LE, Hardy P, et al. Mifepristone and misoprostol versus misoprostol alone for the management of missed miscarriage (MifeMiso): a randomised, double-blind, placebo-controlled trial. *Lancet (london, England)* 2020 Sep 12;**396**(10253):770-8. [CENTRAL: CN-02174259] [EMBASE: 2010584315] [PMID: 32853559]

**Chung 1997** *{published data only}*

Chung TK, Cheung LP, Haines CJ. Spontaneous abortion: a randomized controlled trial of misoprostol versus routine surgical evacuation. *Acta Obstetricia et Gynecologica Scandinavica* 1997;**76**(167):72.

**Chung 1999** *{published data only}*

Chung TK, Cheung LP, Lee D, Haines CJ. Spontaneous abortion: a randomized controlled trial of misoprostol versus routine uterine curettage. *British Journal of Obstetrics and Gynaecology* 1998;**105**(Suppl 17):127.

Chung TK, ISRCTN43067169. A randomised, controlled clinical trial involving women who have aborted spontaneously; the health, social and operational costs, outcomes of conservative and routine management. http://www.isrctn.com/ISRCTN43067169 2002.

* Chung TK, Lee DT, Cheung LP, Haines CJ, Chang AM. Spontaneous abortion: a randomised controlled trial comparing surgical evacuation with conservative management using misoprostol. *Fertility and Sterility* 1999;**71**(6):1054-9.

Chung TK, Lee DT. A randomised controlled clinical trial involving women who have aborted spontaneously: the health, social and operational cost outcomes of conservative and routine management protocols. Personal communication 1998.

Pet. Ref. 571

**Dabash 2010** *{published data only}*

Dabash R, Cherine M, Darwish E, Blum J, Hassanein N, Abdel Daiem T, et al. Bleeding following surgical (MVA) and medical (400 ug sublingual misoprostol) treatment of incomplete abortion. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S150-1.

\* Dabash R, Ramadan MC, Darwish E, Hassanein N, Blum J, Winikoff B. A randomized controlled trial of 400-mug sublingual misoprostol versus manual vacuum aspiration for the treatment of incomplete abortion in two Egyptian hospitals. *International Journal of Gynecology & Obstetrics* 2010;**111**(2):131-5.

Ramadan MC. Misoprostol versus MVA for incomplete abortion: results from a randomized controlled trial in Egypt. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S68-9.

**Dangalla 2012** *{published data only}*

Dangalla DP, Goonewardene IM. Surgical treatment versus expectant care in the management of incomplete miscarriage: a randomised controlled trial. *Ceylon Medical Journal* 2012;**57**(4):140-4.

**Dao 2007** *{published data only}*

Dao B, Blum J, Thieba B, Raghavan S, Ouedraego M, Lankoande J, et al. Is misoprostol a safe, effective and acceptable alternative to manual vacuum aspiration for postabortion care? Results from a randomised trial in Burkina Faso, West Africa. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1368-75.

**Das 2014** *{published data only}*

Das CM, Sharma M, Pardeep K, Khurshid F. To compare the safety and efficacy of manual vacuum aspiration with misoprostol (ST mom) 600mg in incomplete miscarriage. *Journal of the Liaquat University of Medical and Health Sciences* 2014;**13**(3):93-6. [CENTRAL: CN-01086151] [EMBASE: 605161649]

**Davis 2007** *{published data only}*

Davis AR, Hendlish SK, Westhoff C, Frederick MM, Zhang J, Gilles JM, et al. Bleeding patterns after misoprostol vs surgical treatment of early pregnancy failure: results from a randomized trial. *American Journal of Obstetrics and Gynecology* 2007;**196**(1):31.

**de Holanda 2003** *{published data only}*

de Holanda AA, dos Santos HP, Barbosa MF, Barreto CF, Felinto AS, de Araujo IA. Treatment of miscarriage in the first trimester of pregnancy: curettage versus manual vacuum aspiration [Tratamento do abortamento do primeiro trimestre da gestacao: curetagem versus aspiracao manual a vacuo]. *Revista Brasileira de Ginecologia e Obstetricia* 2003;**25**(4):271-6.

**de Jonge 1995** *{published data only}*

de Jonge ET, Makin JD, Manefeldt E, De Wet GH, Pattinson RC. Randomised clinical trial of medical evacuation and surgical curettage for incomplete miscarriage. *BMJ* 1995;**311**(7006):662.

**Demetroulis 2001** *{published data only}*

\* Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure. *Human Reproduction* 2001;**16**(2):365-9.

Demetroulis C, Saridogan E, Kunde D, Naftalin AA. A prospective randomized control trial comparing medical and surgical treatment for early pregnancy failure [abstract]. *XVI FIGO World Congress of Obstetrics & Gynecology; 2000 Sept 3-8; Washington DC, USA* 2000;**Book 3**:69.

**Fernlund 2018** *{published data only}*

Fernlund A, Jokubkiene L, Sladkevicius P, Valentin L. A randomised controlled trial comparing misoprostol to expectant care in early pregnancy failure. *Ultrasound in Obstetrics & Gynecology* 2017;**50**(Suppl 1):15, Abstract no: OC08.03.

\* Fernlund A, Jokubkiene L, Sladkevicius P, Valentin L. Misoprostol treatment vs expectant management in women with early non-viable pregnancy and vaginal bleeding: a pragmatic randomized controlled trial. *Ultrasound in Obstetrics & Gynecology* 2018;**51**(1):24-32.

Fernlund A, Jokubkiene L, Sladkevicius P, Valentin L. Predictors of complete miscarriage after expectant management or misoprostol treatment of non-viable early pregnancy in women with vaginal bleeding. *Archives of Gynecology and Obstetrics* 2020 Jul 7;**302**(5). [CENTRAL: CN-02140210] [EMBASE: 2005498459] [PMID: 32638095]

Valentin L. Which is the optimal treatment for miscarriage with a gestational sac in the uterus and which factors can predict if the treatment will be successful? clinicaltrials.gov/ct2/show/NCT01033903 (first received: 16 December 2009).

**Fonseca 1997** *{published data only}*

Fonseca W, Misago C, Fernandes L, Correia L, Silveira D. Use of manual vacuum aspiration in reducing cost and duration of hospitalization due to incomplete abortion in an urban area of northeastern brazil [Uso da aspiracao manual a vacuo na reducao do custo e duracao de internamentos por aborto incompleto em fortaleza, CE, Brasil]. *Revista de Saude Publica* 1997;**31**(5):472-8.

**Ganguly 2010** *{published data only}*

Ganguly RP, Mukhopadhyay S, Burman SK, Patra KK, Jha T, Mukherji J. A randomized trial of misoprostol compared with manual vacuum aspiration for early pregnancy failure. *Nepal Journal of Obstetrics and Gynaecology* 2010;**5**(2):8-13.

**Gazvani 2000** *{published data only}*

Gazvani R, Templeton A. A pilot study for the use of manual vacuum aspiration in early pregnancy loss. *Journal of Obstetrics and Gynaecology* 2000;**20**(1):105.

**Graziosi 2004** *{published data only}*

Graziosi GC, Bruinse HW, Reuwer PJH, van Kessel PH, Westerweel PE, Mol BW. Misoprostol versus curettage in women with early pregnancy failure: impact on women's health-related

Pet. Ref. 572

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 581 of 754   PageID.4968

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

quality life. A randomized controlled trial. *Human Reproduction* 2005;**20**(8):2340-7.

Graziosi GC, van der Steeg JW, Reuwer PH, Drogtrop AP, Bruinse HW, Mol BW. Economic evaluation of misoprostol in the treatment of early pregnancy failure compared to curettage after an expectant management. *Human Reproduction* 2005;**20**(4):1067-71.

\* Graziosi GCM, Mol BW, Reuwer PJH, Drogtrop A, Bruinse HW. Misoprostol versus curettage in women with early pregnancy failure after initial expectant management: a randomized trial. *Human Reproduction* 2004;**19**(8):1894-9.

**Hamel 2021** *{published data only}*

\* Hamel C, Coppus S, van den Berg J, Hink E, van Seeters J, van Kesteren P, et al. Mifepristone followed by misoprostol compared with placebo followed by misoprostol as medical treatment for early pregnancy loss (the TripleM trial): A double-blind placebo-controlled randomised trial. EClinicalMedicine 2021:https://doi.org/10.1016/j.eclinm.2020.100716.

van den Berg J, Hamel CC, Snijders MP, Coppus SF, Vandenbussche FP. Mifepristone and misoprostol versus misoprostol alone for uterine evacuation after early pregnancy failure: study protocol for a randomized double blinded placebo-controlled comparison (Triple M Trial). *BMC Pregnancy and Childbirth* 2019;**19**(1):443. [CENTRAL: CN-02012095] [EMBASE: 630004464] [PMID: 31775677]

**Harwood 2008** *{published data only}*

Harwood B, Nansel T, for theNIofCHandHDMofEPFT. Quality of life and acceptability of medical versus surgical management of early pregnancy failure. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(4):501-8.

**Ibiyemi 2018** *{published data only}*

Ibiyemi K F, Ijaiya M A, Adesina KT. Randomised trial of oral misoprostol versus manual vacuum aspiration for the treatment of incomplete abortion at a Nigerian Tertiary Unit. *Sultan Qaboos University Medical Journal* 2019;**19**:38-43.

\* Ibiyemi KF, PACTR201803003087264. Randomised trial of oral misoprostol versus manual vacuum aspiration for treatment of incomplete abortion in a Nigerian Tertiary hospital. https://pactr.samrc.ac.za/TrialDisplay.aspx?TrialID=3087 2018.

**Igogo 2015** *{published data only}*

Igogo P, Karanja J, Kamau K, Tamooh H. Use of misoprostol for incomplete abortion in resource-poor settings. *Contraception* 2015;**92**(4):370.

**Kaluaarachchi 2015** *{published data only}*

Kaluaarachchi A, Kopalakrishnan M. Surgical, medical or expectant management of first trimester miscarriage and its implications on clinical and psychological outcomes –a randomized controlled trial. *Sri Lanka Journal of Obstetrics and Gynaecology* 2015;**37**(Suppl 1):17, Abstract no: OP 39.

**Karlsen 2001** *{published data only}*

Karlsen JH, Schiotz HA. Curettage or not after spontaneous abortion? [Norwegian] [Utskrapning eller ikke etter

spontanabort?]. *Tidsskrift for Den Norske Laegeforening* 2001;**121**(24):2812-4.

**Kashif 2020** *{published data only}*

Kashif A, Faisal J, Jawad FC, Inayat FC, Shabana N, Kanwal S. Comparison of vaginal misoprostol with suction evacuation for the management of first trimester spontaneous miscarriage. *Pakistan Journal of Medical and Health Sciences* 2020;**14**(2):517-21. [CENTRAL: CN-02193578] [EMBASE: 2007799407]

**Kittiwatanakul 2012** *{published data only}*

Kittiwatanakul W, Weerakiet S. Comparison of efficacy of modified electric vacuum aspiration with sharp curettage for the treatment of incomplete abortion: randomized controlled trial. *Journal of Obstetrics and Gynaecology Research* 2012;**38**(4):681-5.

**Kong 2013** *{published data only}*

Kong GW, Lok IH, Yiu AK, Hui AS, Lai BP, Chung TK. Clinical and psychological impact after surgical, medical or expectant management of first-trimester miscarriage - a randomised controlled trial. *Australian & New Zealand Journal of Obstetrics & Gynaecology* 2013;**53**(2):170-7.

**Kovavisarach 2002** *{published data only}*

\* Kovavisarach E, Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum: a randomised controlled trial. *Australian & New Zealand Journal of Obstetrics and Gynaecology* 2002;**42**(2):161-3.

Sathapanachai U. Intravaginal 400 micrograms misoprostol for pregnancy termination in cases of blighted ovum. *Thai Journal of Obstetrics and Gynaecology* 2000;**12**(4):363.

**Kyaw 2015** *{published data only}*

Kyaw O, Yi KH, Thida M. A comparison of medical evacuation using single dose vaginal misoprostol (800mug) versus surgical evacuation in management of early pregnancy loss in North Okkalapa General and Teaching Hospital, Yangon. *Journal of Obstetrics and Gynaecology Research* 2015;**41**:3, Abstract no: YGA O 06.

**Lee 2001** *{published data only}*

Lee DT, Cheung LP, Haines CJ, Chan KP, Chung TK. A comparison of the psychologic impact and client satisfaction of surgical treatment with medical treatment of spontaneous abortion: a randomized controlled trial. *American Journal of Obstetrics and Gynecology* 2001;**185**:953-8.

**Lister 2005** *{published data only}*

Lister MS, Shaffer LE, Bell JG, Lutter KQ, Moorma KH. Randomized, double-blind, placebo-controlled trial of vaginal misoprostol for management of early pregnancy failures. *American Journal of Obstetrics and Gynecology* 2005;**193**:1338-43.

**Machtinger 2002** *{published data only}*

Machtinger R, Stockheim D, Goldenberg M, Soriano D, Atlas M, Seidman DS. A randomized prospective study of misoprostol alone or combined with mifepristone for treatment of first

Pet. Ref. 573

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 582 of 754   PageID.4969

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

trimester spontaneous abortion [abstract]. *Fertility and Sterility* 2002;**78**(3 Suppl 1):S64.

**Machtinger 2004** *{published data only}*

Machtinger R, Stockheim D, Shulman A, Dulitzki M, Schiff E, Seidman DS. A randomized prospective study comparing the effectiveness of four protocols for treatment of first trimester spontaneous abortion [abstract]. *Fertility and Sterility* 2004;**82 Suppl 2**:S80.

**Montesinos 2011** *{published data only}*

\* Montesinos R, Durocher J, Leon W, Arellano M, Pena M, Pinto E, et al. Oral misoprostol for the management of incomplete abortion in Ecuador. *International Journal of Gynecology & Obstetrics* 2011;**115**(2):135-9.

NCT00674232. Misoprostol for treatment of incomplete abortion. https://clinicaltrials.gov/ct2/show/NCT00674232 2008.

**Moodliar 2005** *{published data only}*

Moodliar S, Bagratee JS, Moodley J. Medical vs. surgical evacuation of first-trimester spontaneous abortion. *International Journal of Gynecology & Obstetrics* 2005;**91**:21-6.

**Muffley 2002** *{published data only}*

Muffley PE, Stitely ML, Gherman RB. Early intrauterine pregnancy failure: a randomized trial of medical versus surgical treatment. *American Journal of Obstetrics and Gynecology* 2002;**187**:321-6.

**Nadarajah 2014** *{published data only}*

\* Nadarajah R, Quek YS, Kuppannan K, Woon SY, Jeganathan R. A randomised controlled trial of expectant management versus surgical evacuation of early pregnancy loss. *European Journal of Obstetrics, Gynecology and Reproductive Biology* 2014;**178**:35-41.

Quek YS, Woon SY, Ravichandran N, Ravichandran J. A randomised controlled trial of expectant management versus surgical evacuation of early pregnancy loss. *BJOG: an international journal of obstetrics and gynaecology* 2012;**119**(Suppl 1):218.

**Nasreen 2009** *{published data only}*

Nasreen Z. What for early pregnancy failure manual vacuum aspiration (MVA) with small dose misoprostol or misoprostol alone? *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S539-40.

**Ngai 2001** *{published data only}*

Ngai SW, Chan YM, Tang OS, Ho PC. Vaginal misoprostol as medical treatment for first trimester spontaneous miscarriage. *Human Reproduction* 2001;**16**(7):1493-6.

**Nielsen 1995** *{published data only}*

Nielsen S, Hahlin M, Moller A, Granberg S. Bereavement, grieving and psychological morbidity after first trimester spontaneous abortion: comparing expectant management with surgical evacuation. *Human Reproduction* 1996;**11**(8):1767-70.

\* Nielsen S, Hahlin M. Expectant management of first-trimester spontaneous abortion [see comments]. *Lancet* 1995;**345**(8942):84-6.

**Nielsen 1999** *{published data only}*

Nielsen S, Hahlin M, Platz-Christensen J. Expectant management or pharmacological treatment for first trimester spontaneous abortion: a randomised trial. *Acta Obstetricia et Gynecologica Scandinavica* 1997;**76**(167):77.

\* Nielsen S, Hahlin M, Platz-Christensen J. Randomised trial comparing expectant with medical management for first trimester miscarriages. *British Journal of Obstetrics and Gynaecology* 1999;**106**(8):804-7.

Nielsen S, Hahlin M. Expectant management of first-trimester miscarriage. In: Grundzinkas JG, editors(s). Problems in Early Pregnancy - Advances in Diagnosis and Management. London: RCOG, 1997:265-76.

**Niinimaki 2006** *{published data only}*

\* Niinimaki M, Jouppila P, Martikainen H, Talvensaari-Mattila A. A randomized study comparing efficacy and patient satisfaction in medical or surgical treatment of miscarriage. *Fertility and Sterility* 2006;**86**(2):367-72.

Niinimaki M, Karinen P, Hartikainen AL, Pouta A. Treating miscarriages: a randomised study of cost-effectiveness in medical or surgical choice. *BJOG: an international journal of obstetrics and gynaecology* 2009;**116**(7):984-90.

**Nwafor 2020** *{published data only}*

Nwafor JI, Agwu UM, Egbuji CC, Ekwedigwe KC. Misoprostol versus manual vacuum aspiration for treatment of first-trimester incomplete miscarriage in a low-resource setting: a randomized controlled trial. *Nigerian Journal of Clinical Practice* 2020 May;**23**(5):638-46. [CENTRAL: CN-02122567] [EMBASE: 631677586] [PMID: 32367870]

**Patua 2013** *{published data only}*

Patua B, Dasgupta M, Bhattacharyya SK, Bhattacharya S, Hasan SH, Saha S. An approach to evaluate the efficacy of vaginal misoprostol administered for a rapid management of first trimester spontaneous onset incomplete abortion, in comparison to surgical curettage. *Archives of Gynecology and Obstetrics* 2013;**288**(6):1243-8.

**Pereira 2006** *{published data only}*

Pereira PP, Oliveira AL, Cabar FR, Armelin AR, Maganha CA, Zugaib M. Comparative study of manual vacuum aspiration and uterine curettage for treatment of abortion. *Revista Da Associacao Medica Brasileira* 2006;**52**(5):304-7.

**Phusaanantakul 2010** *{published data only}*

Phusaanantakul P, Promsonthi P, Chanrachakul B. Effect of isosorbide mononitrate for cervical ripening before surgical termination of pregnancy in the first trimester. *International Journal of Gynecology & Obstetrics* 2010;**110**(2):145-8.

**Sahin 2001** *{published data only}*

Sahin HG, Sahin HA, Kocer M. Randomized outpatient clinical trial of medical evacuation and surgical curettage in incomplete

Pet. Ref. 574

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 583 of 754    PageID.4970

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

miscarriage. *European Journal of Contraception & Reproductive Health Care* 2001;**6**(3):141-4.

**Salam 2016** *{published data only}*

Salam R, Neelofer R, Naserullah N. Comparative study of manual vacuum aspiration and dilatation & evacuation for the surgical management of early miscarriages: a randomized controlled trial. *Pakistan Journal of Medical and Health Sciences* 2016;**10**(1):183-5.

**Schreiber 2018** *{published data only}*

Flynn AN, Roe AH, Koelper N, McAllister A, Sammel MD, Schreiber CA. Timing and efficacy of mifepristone pretreatment for medical management of early pregnancy loss. *Contraception* 2021;**103**(6):404-7. [CENTRAL: CN-02218404] [EMBASE: 2010804683] [PMID: 33476659]

Nagendra D, Koelper N, Loza-Avalos SE, Sonalkar S, Chen M, Atrio J, et al. Cost-effectiveness of mifepristone pretreatment for the medical management of nonviable early pregnancy: secondary analysis of a randomized clinical trial. *JAMA Network Open* 2020 Mar 02;**3**(3):e201594. [CENTRAL: CN-02100126] [EMBASE: 631375336] [PMID: 32215633]

Nagendra D, Schreiber CA, Koelper N, Sonalkar S, Loza-Avalos S, Harvie H. Cost effectiveness of mifepristone pretreatment for the medical management of nonviable early pregnancy. *Obstetrics and Gynecology* 2019;**133**(Suppl 1):6. [EMBASE: L633843717]

NCT02012491. Comparative effectiveness of pregnancy failure management regimens. Https://clinicaltrials.gov/show/nct02012491 2013.

* Schreiber CA, Sonalkar S, Barnhart KT, Ratcliffe SJ, Creinin MD, Atrio J. Mifepristone pretreatment for the medical management of early pregnancy loss. *New England Journal of Medicine* 2018;**378**(23):2161-70.

Sonalkar S, Koelper N, Creinin MD, Atrio JM, Sammel MD, McAllister A, et al. Management of early pregnancy loss with mifepristone and misoprostol: clinical predictors of success from a randomized trial. *American Journal of Obstetrics and Gynecology* 2020;**223**(4):551.e1-551.e7. [CENTRAL: CN-02123177] [EMBASE: 2005910040] [PMID: 32305259]

**Schwarzler 2003** *{published data only}*

Schwarzler P. The conservative management of first trimester miscarriages and the use of sonography for patients' selection [abstract]. *Ultrasound in Obstetrics & Gynecology* 2003;**22**(Suppl 1):4.

**Shaheen 2017** *{published data only}*

Shaheen H, Khosa MS, Hanif H. Comparison of efficacy of manual vacuum aspiration (MVA) and medical treatment in the management of first trimester missed miscarriage. *Pakistan Journal of Medical and Health Sciences* 2017;**11**(1):270-3.

**Shaikh 2008** *{published data only}*

Shaikh ZA. Comparison between misoprostol alone and misoprostol with manual vacuum aspiration for the treatment

of missed and incomplete miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(s1):83.

**Shelley 2005** *{published data only}*

Shelley JM, Healy D, Grover S. A randomised trial of surgical, medical and expectant management of first trimester spontaneous miscarriage. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 2005;**45**:122-7.

**Shuaib 2013** *{published data only}*

Shuaib AA, Alharazi AH. Medical versus surgical termination of the first trimester missed miscarriage. *Alexandria Journal of Medicine* 2013;**49**:13-6.

**Shwekerela 2007** *{published data only}*

Shwekerela B, Kalumuna R, Kipingili R, Mashaka N, Westheimer E, Clark W, et al. Misoprostol for treatment of incomplete abortion at the regional hospital level: results from Tanzania. *BJOG: an international journal of obstetrics and gynaecology* 2007;**114**(11):1363-7.

**Sinha 2018** *{published data only}*

Sinha P, Suneja A, Guleria K, Aggarwal R, Vaid NB. Comparison of mifepristone followed by misoprostol with misoprostol alone for treatment of early pregnancy failure: a randomized double-blind placebo-controlled trial. *Journal of Obstetrics and Gynecology of India* 2018;**68**(1):39-44.

**Stockheim 2006** *{published data only}*

Stockheim D, Machtinger R, Wiser A, Dulitzky M, Soriano D, Goldenberg M, et al. A randomized prospective study of misoprostol or mifepristone followed by misoprostol when needed for the treatment of women with early pregnancy failure. *Fertility and Sterility* 2006;**86**(4):956-60.

**Tationo 2012** *{published data only}*

Tationo SH, Ravichandran J, Othman MS. Manual vacuum aspirator versus surgical curettage for surgical treatment of first trimester incomplete miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2012;**119**(Suppl 1):198.

**Taylor 2011** *{published data only}*

Taylor J, Diop A, Blum J, Dolo O, Winikoff B. Oral misoprostol as an alternative to surgical management for incomplete abortion in Ghana. *International Journal of Gynecology & Obstetrics* 2011;**112**(1):40-4.

**Torre 2012** *{published data only}*

Rosenberg P//NCT00190294. Comparison expectant with immediate medical management for the evacuation of the no evolutionary pregnancies before 13 GW. clinicaltrials.gov/ct2/show/record/NCT00190294 2006.

* Torre A, Huchon C, Bussieres L, Machevin E, Camus E, Fauconnier A. Immediate versus delayed medical treatment for first-trimester miscarriage: a randomized trial. *American Journal of Obstetrics & Gynecology* 2012;**206**(3):215.e1-6.

**Trinder 2006** *{published data only}*

Petrou S, Trinder J, Brocklehurst P, Smith L. Economic evaluation of alternative management methods of first-

Pet. Ref. 575

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 584 of 754   PageID.4971

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

trimester miscarriage based on results from the MIST trial. *BJOG: an international journal of obstetrics and gynaecology* 2006;**113**(8):879-89.

Smith L, ISRCTN66418282. Randomised controlled trial of expectant, medical and surgical management of early miscarriage. http://www.isrctn.com/ISRCTN66418282 2004.

Smith L. Extension to: randomised controlled trial of expectant, medical and surgical management of early miscarriage. Research Findings Register (www.refer.nhs.uk) (accessed 7 March 2006) 2006.

Smith LF, Ewings PD, Quinlan C. Incidence of pregnancy after expectant, medical, or surgical management of spontaneous first trimester miscarriage: long term follow-up of miscarriage treatment (MIST) randomised controlled trial. *BMJ* 2009;**339**:b3827.

Smith LF, Frost J, Levitas R, Bradley H, Garcia J. Women's experiences of three early miscarriage management options: a qualitative study. *British Journal of General Practice* 2006;**56**(524):198-205.

* Trinder J, Brocklehurst P, Porter R, Read M, Vyas S, Smith L. Management of miscarriage: expectant, medical, or surgical? Results of randomised controlled trial (miscarriage treatment (MIST) trial). *BMJ* 2006;**332**(7552):1235-40.

**Ulstrup 1997** *{published data only}*

Ulstrup KS, Lopez HB, Mogensen H, Blaakaer J. Treatment of early spontaneous abortion. Evacuation or expectation? *Acta Obstetricia et Gynecologica Scandinavica* 1997;**76 Suppl**(167:1):78.

**Verkuyl 1993** *{published data only}*

Verkuyl DA, Crowther CA. Suction v. conventional curettage in incomplete abortion. A randomised controlled trial [see comments]. *South African Medical Journal* 1993;**83**:13-5.

**Weeks 2005** *{published data only}*

Weeks A, Alia G, Blum J, Blanchard K, Winikoff B. A randomised trial of oral misoprostol (600mcg) versus manual vacuum aspiration in the treatment of incomplete miscarriage in Kampala, Uganda. In: 30th British Congress of Obstetrics and Gynaecology; 2004 July 7-9; Glasgow, UK. 2004:27.

* Weeks A, Alia G, Blum J, Winikoff B, Ekwaru P, Durocher J, et al. A randomized trial of misoprostol compared with manual vacuum aspiration for incomplete abortion. *Obstetrics & Gynecology* 2005;**106**(3):540-7.

**Wijesinghe 2011** *{published data only}*

Padumadasa S, SLCTR/2008/012. Efficacy of surgical versus expectant management in incomplete miscarriage. https://slctr.lk/trials/slctr-2008-012 2008.

* Wijesinghe PS, Padumadasa GS, Palihawadana TS, Marleen FS. A trial of expectant management in incomplete miscarriage. *Ceylon Medical Journal* 2011;**56**(1):10-3.

**Wood 2002** *{published data only}*

Wood SL, Brain PH. Medical management of missed abortion: a randomized clinical trial. *Obstetrics & Gynecology* 2002;**99**(4):563-6.

**Zhang 2005** *{published data only}*

Chen BA, Reeves MF, Creinin MD, Gilles JM, Barnhart K, Westhoff C, et al. Misoprostol for treatment of early pregnancy failure in women with previous uterine surgery. *American Journal of Obstetrics & Gynecology* 2008;**198**(6):626.e1-5.

Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J, et al. Factors related to successful misoprostol treatment for early pregnancy failure. *Obstetrics & Gynecology* 2006;**107**(4):901-7.

Edwards S, Tureck R, Fredrick M, Huang X, Zhang J, Barnhart K. Patient acceptability of manual versus electric vacuum aspiration for early pregnancy loss. *Journal of Women's Health* 2007;**16**(10):1429-36.

Rausch M, Lorch S, Chung K, Frederick M, Zhang J, Barnhart K. A cost-effectiveness analysis of surgical versus medical management of early pregnancy loss. *Fertility and Sterility* 2012;**97**(2):355-60.e1.

Reeves MF, Lohr PA, Harwood B, Creinin MD. Sonographic findings after misoprostol or vacuum aspiration for early pregnancy failure. *Contraception* 2006;**74**(2):182.

Reeves MF, Lohr PA, Harwood BJ, Creinin MD. Ultrasonographic endometrial thickness after medical and surgical management of early pregnancy failure. *Obstetrics & Gynecology* 2008;**111**(1):106-12.

Zhang J, Gilles J, Barnhart K, Creinin M, Westhoff C, Frederick MM. Medical management with misoprostol for early pregnancy failure: a multicenter, randomized equivalence trial [abstract]. *Fertility and Sterility* 2004;**82 Suppl 2**:S53-4.

* Zhang J, Gilles JM, Barnhart K, Creinin MD, Westhoff C, Frederick MM, et al. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. [See comment]. *New England Journal of Medicine* 2005;**353**(8):761-9.


### References to studies excluded from this review

**Abbasalizadeh 2018** *{published data only}*

Abbasalizadeh F, IRCT2014030114293N1. Comparison the effect of letrozole plus Misoprostol and misoprostol alone in termination of nonviable first trimester pregnancies; a single blinded randomized trial. http://en.irct.ir/trial/13912 2014.

* Abbasalizadeh F, Sahhaf F, Sadeghi-Shabestari P, Mirza-Aghazadeh-Attari M, Naghavi-Behzad M. Comparison between effect of letrozole plus misoprostol and misoprostol alone in terminating non-viable first trimester pregnancies: a single blind randomized trial. *Journal of Family and Reproductive Health* 2018;**12**(1):27-33.

Pet. Ref. 576

**Abdel Fattah 1997** *{published data only}*

Abdel Fattah IH. PGE1 analogue for the induction of midtrimester abortion in cases of intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167:2):26.

**Abd-El-Maeboud 2012** *{published data only}*

Abd-El-Maeboud KH, Ghazy A, Ibrahim A, Hassan N, El-Bohoty A, Gamal-El-Din I. Vaginal acidity enhancement with a 3% acetic acid gel prior to misoprostol treatment for pregnancy termination in the midtrimester. *International Journal of Gynecology and Obstetrics* 2012;**119**(3):248-52.

**Abdelshafy 2019a** *{published data only}*

\* Abdelshafy A, Awwad H, Abo-Gamra A, Alanwar A, Elkotb AM, Shahin M, et al. Sublingual vs vaginal misoprostol for completion of first trimester missed abortion: a randomised controlled trial. *European Journal of Contraception and Reproductive Health Care* 2019;**24**(2):134-9.

El Shahawy A, NCT02686840. Sublingual versus vaginal misoprostol in medical treatment of first trimestric missed miscarriage: a randomized controlled trial. https://clinicaltrials.gov/ct2/show/NCT02686840 (22 February 2016).

**Abediasl 2016** *{published data only}*

Abediasl Z, Sheikh M, Pooransari P, Farahani Z, Kalani F. Vaginal misoprostol versus intravenous oxytocin for the management of second-trimester pregnancies with intrauterine fetal death: a randomized clinical trial. *Journal of Obstetrics and Gynaecology Research* 2016;**42**(3):246-51.

**Abeysundara 2012** *{published data only}*

Abeysundara ID, Herath RP, Wijesinghe PS. A qualitative study on patients' perceptions of expectant management of incomplete miscarriage. *BJOG: an international journal of obstetrics and gynaecology* 2012;**119**(Suppl 1):150.

**Ajand 2017** *{published data only}*

Ajand M, IRCT201704179014N159. Comparison of the effect of vaginal versus sublingual misoprostol in medical induction of missed abortions: a randomized clinical trial. http://en.irct.ir/trial/9597 2017.

**Al 2003** *{published data only}*

Al Inizi SA, Ezimokhai M. Vaginal misoprostol versus dinoprostone for the management of missed abortion. *International Journal of Gynecology & Obstetrics* 2003;**83**:73-4.

**Al-Bdour 2007** *{published data only}*

Al-Bdour AN, Akasheh H, Al-Jayousi T. Missed abortion: termination using single-dose versus two doses of vaginal misoprostol tablets. *Pakistan Journal of Medical Sciences* 2007;**23**(6):920-3.

**Ali 2015** *{published data only}*

Ali MK, NCT02573051. Misoprostol plus isosorbide mononitrate versus misoprostol for termination of anembryonic pregnancy. https://clinicaltrials.gov/ct2/show/NCT02573051 2015.

**Ali 2017** *{published data only}*

Ali MK, NCT03148314. Home-based extended low dose buccal misoprostol versus hospital-based standard vaginal dose in management of first trimester missed abortion. https://clinicaltrials.gov/ct2/show/NCT03148314 (11 May 2017).

**Allameh 2020** *{published data only}*

Allameh Z, Goharian M, Eslamian M. Effect of misoprostol with and without letrozole on induction of abortion for women with first-trimester missed abortion. *International Journal of Gynaecology and Obstetrics* 2020 Jul 22;**151**(2):214-8. [CENTRAL: CN-02137849] [EMBASE: 2006040208] [PMID: 32700359]

**Almog 2005** *{published data only}*

Almog B, Levin I, Winkler N, Fainaru O, Pauzner D, Lessing JB, et al. The contribution of laminaria placement for cervical ripening in second trimester termination of pregnancy induced by intra-amniotic injection of prostaglandin F(2)alpha followed by concentrated oxytocin infusion. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 2005;**118**:32-5.

**Altaf 2006** *{published data only}*

Altaf F, Sultana N, Iqbal N. Therapeutic abortions; efficacy of intra-vaginal misoprostol in comparison to extra amniotically administered prostaglandin f2a. *Professional Medical Journal* 2006;**13**(3):417-22.

**Ameen 2009** *{published data only}*

Ameen NS, NCT00892229. Buccal versus vaginal misoprostol for cervical ripening prior to surgical termination of the first trimester missed abortion in Erbil. https://clinicaltrials.gov/ct2/show/NCT00892229 2009.

**Amjad 1999** *{published data only}*

Amjad T, Akhtar S. Termination of pregnancy with foetal death in second trimester: Foley's catheter versus extra amniotic prostaglandins. *Journal of the College of Physicians & Surgeons Pakistan* 1999;**9**:403-5.

**Anderman 2000** *{published data only}*

Anderman S, Jaschevatzky OE, Ballas S. Comparison between a double balloon device and the Foley catheter in extraamniotic prostaglandin F2a infusion for termination of midtrimester missed abortion [abstract]. In: XVI FIGO World Congress of Obstetrics & Gynecology (Book 2); 2000 Sept 3-8; Washington DC, USA. 2000:161.

**Anderson 2009** *{published data only}*

\* Anderson J, Gouk E, Young L, Turnbull L, Sayeed G, Elattar A, et al. A randomised controlled trial of oral versus vaginal misoprostol for medical management of early fetal demise. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S533.

Gouk E, ISRCTN85124072. Oral versus vaginal misoprostol for medical management of early foetal demise. http://www.isrctn.com/ISRCTN85124072 2009.

**Aramide 2014** *{published data only}*

Aramide TM, Olusegun AK, Akinfolarin AC, Oriola DF. Oral misoprostol in the prevention of uterine bleeding after surgical

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 577

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 586 of 754   PageID.4973

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

evacuation of first trimester abortion: a comparative study of three uterotonic agents. *Nigerian Journal of Clinical Practice* 2014 Jan-Feb;**17**(1):10-3. [CENTRAL: CN-00982541] [PMID: 24326799]

**Arteaga-Troncoso 2005** *{published data only}*

Arteaga-Troncoso G, Villegas-Alvarado A, Belmont-Gomez A, Martinez-Herrera FJ, Villagrana-Zesati R, Guerra-Infante F. Intracervical application of the nitric oxide donor isosorbide dinitrate for induction of cervical ripening: a randomised controlled trial to determine clinical efficacy and safety prior to first trimester surgical evacuation of retained products of conception. *BJOG: an international journal of obstetrics and gynaecology* 2005;**112**(12):1615-9.

**Autry 1999** *{published data only}*

Autry A, Jacobson G, Sandhu R, Isbill K. Medical management of non-viable early first trimester pregnancy. *International Journal of Gynecology & Obstetrics* 1999;**67**(1):9-13.

**Avila-Vergara 1997** *{published data only}*

Avila-Vergara MA, Morgan-Ortiz F, Fragoza-Sosa O, Haro-Garcia L. [Cervical labor induction with prostaglandin E2 in patients with fetal death] [Maduracion cervical con prostaglandina E2 en pacientes con feto muerto]. *Ginecologia y Obstetricia de Mexico* 1997;**65**:155-8.

**Avila VergaraMa 1997** *{published data only}*

Avila-Vergara Ma, Morgan-Ortiz F Fragoza-Sosa O Haro-Garcia L. [Cervical labor induction with prostaglandin E2 in patients with fetal death]. *Ginecologia y Obstetricia de Mexico* 1997;**65**:155-8.

**Aye 2017** *{published data only}*

Aye TT, Aung KL, Myint SS. A comparative study on effect of sublingual versus vaginal misoprostol in management of first trimester miscarriage in Magway Teaching Hospital. *Journal of Obstetrics and Gynaecology Research* 2017;**43**:185-6, Abstract no: 9020 https://obgyn.onlinelibrary.wiley.com/doi/epdf/10.1111/jog.13396.

**Ayudhaya 2006** *{published data only}*

Ayudhaya OP, Herabutya Y, Chanrachakul B, Ayuthaya NI, O-Prasertsawat P. A comparison of the efficacy of sublingual and oral misoprostol 400 microgram in the management of early pregnancy failure: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2006;**89**(Suppl 4):S5-S10.

**Azra 2007** *{published data only}*

Azra B, Shakeel S, Nilofer M. A comparison of two protocols of intra vaginal misoprostol for second trimester medical termination of pregnancy. *Pakistan Armed Forces Medical Journal* 2007;**57**(1):61-5.

**Bagratee 2009** *{published data only}*

Bagratee J, Regan L, Khullar V, Moodley J, Connolly C. Does the volume of retained products of conception and hormonal parameters influence the success of conservative methods of management of first trimester miscarriage? *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S116.

**Bani-Irshaid 2006** *{published data only}*

Bani-Irshaid I, Athamneh TZ, Bani-Khaled D, Al-Momani M, Dahamsheh H. Termination of second and early third trimester pregnancy: comparison of 3 methods. *Eastern Mediterranean Health Journal* 2006;**12**(5):605-9.

**Barnhart 2004** *{published data only}*

Barnhart KT, Bader T, Huang X, Frederick MM, Timbers KA, Zhang JJ. Hormone pattern after misoprostol administration for a nonviable first-trimester gestation. *Fertility and Sterility* 2004;**81**(4):1099-105.

**Bartz 2013** *{published data only}*

Bartz D, Maurer R, Allen RH, Fortin J, Kuang B, Goldberg AB. Buccal misoprostol compared with synthetic osmotic cervical dilator before surgical abortion: a randomized controlled trial. *Obstetrics and Gynecology* 2013;**122**(1):57-63.

**Bebbington 2002** *{published data only}*

Bebbington MW, Kent N, Lim K, Gagnon A, Delisle MF, Tessier F, et al. A randomized controlled trial comparing two protocols for the use of misoprostol in midtrimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2002;**187**(4):853-7.

**Behrashi 2008** *{published data only}*

* Behrashi M, Mahdian M. Vaginal misoprostol versus oral misoprostol for second-trimester pregnancy termination: a randomized trial. *Pakistan Journal of Biological Sciences* 2008;**11**(21):2505-8.

Behrashi M. Comparison between the oral and vaginal misoprostol effects on pregnancy termination in second trimester. en.search.irct.ir/view/90 (first received 27 September 2008).

**Ben-Meir 2009** *{published data only}*

Ben-Meir A, Erez Y, Feigenberg T, Hamani Y, Laufer N, Rojansky N. Mifepristone followed by high-dose oxytocin drip for second-trimester abortion: a randomized, double-blind, placebo-controlled, pilot study. *Journal of Reproductive Medicine* 2009;**54**(8):511-6.

**Betstadt 2008** *{published data only}*

Betstadt S//NCT00468299. MiMi: a randomized trial of mifepristone and misoprostol for treatment of early pregnancy failure. clinicaltrials.gov/ct2/show/NCT00468299 (first received 1 May 2007).

* Betstadt S. MiMi: a randomized trial of mifepristone and misoprostol for treatment of early pregnancy failure. ClinicalTrials.gov (http://clinicaltrials.gov/) (accessed 20 February 2008) 2008.

**Biswas 2007** *{published data only}*

Biswas SC, Dey R, Jana R, Chattopadhyay N. Comparative study of intravaginal misoprostol and extra amniotic ethacridine lactate instillation for mid trimester pregnancy termination. *Journal of Obstetrics and Gynaecology of India* 2007;**57**(3):211-3.

Pet. Ref. 578

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Blanchard 2004** *{published data only}*

Blanchard K, Taneepanichskul S, Kiriwat O, Sirimai K, Svirirojana N, Mavimbela N, et al. Two regimens of misoprostol for treatment of incomplete abortion. *Obstetrics & Gynecology* 2004;**103**(5 Pt 1):860-5.

**Blohm 1997** *{published data only}*

Blohm F, Hahlin M, Nielsen S, Milsom I. Fertility after a randomised trial of spontaneous abortion managed by surgical evacuation or expectant treatment [letter]. *Lancet* 1997;**349**(9057):995.

**Bracken 2014** *{published data only}*

Bracken H, Ngoc NT, Banks E, Blumenthal P, Derman R, Patel A, et al. Misoprostol for treatment of intrauterine fetal death at 14-28 weeks of pregnancy. *American Journal of Obstetrics and Gynecology* 2013;**208**(1 Suppl):S62-S63.

* Bracken H, Ngoc NT, Banks E, Blumenthal PD, Derman RJ, Patel A, et al. Buccal misoprostol for treatment of fetal death at 14-28 weeks of pregnancy: a double-blind randomized controlled trial. *Contraception* 2014;**89**(3):187-92.

**Bracken 2019** *{published data only}*

Bracken H, Zuberi N, de Guevara Puerto AL, Mayi-Tsonga S, Buendia Gomez M, Irfan Ahmed S, et al. Mifepristone and sublingual misoprostol versus sublingual misoprostol alone for missed abortion: results of a randomized placebo-controlled trial. *Contraception* 2019 May;**99**(5):315-6. [CENTRAL: CN-01937106] [EMBASE: 2001888624]

**Brouns 2010** *{published data only}*

Brouns JF, van Wely M, Burger MP, van Wijngaarden WJ. Comparison of two dose regimens of misoprostol for second-trimester pregnancy termination. *Contraception* 2010;**82**(3):266-75.

**Cabrol 1990** *{published data only}*

Cabrol D, Dubois C, Cronje H, Gonnet JM, Guillot M, Maria B, et al. Induction of labor with mifepristone (RU 486) in intrauterine fetal death. *American Journal of Obstetrics and Gynecology* 1990;**163**:540-2.

**Caliskan 2005** *{published data only}*

Caliskan E, Dilbaz S, Doger E, Ozeren S, Dilbaz B. Randomized comparison of 3 misoprostol protocols for abortion induction at 13-20 weeks of gestation. *Journal of Reproductive Medicine* 2005;**50**(3):173-80.

**Caliskan 2009** *{published data only}*

Caliskan E, Doger E, Cakiroglu Y, Corakci A, Yucesoy I. Sublingual misoprostol 100 microgram versus 200 microgram for second trimester abortion: a randomised trial. *European Journal of Contraception & Reproductive Health Care* 2009;**14**(1):55-60.

**Chen 2008a** *{published data only}*

Chen FC, Bergann A, Krosse J, Merholz A, David M. Isosorbide mononitrate vaginal gel versus misoprostol vaginal gel versus Dilapan-S for cervical ripening before first trimester curettage. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 2008;**138**(2):176-9.

**Chittacharoen 2003** *{published data only}*

Chittacharoen A, Herabutya Y, Punyavachira P. A randomized trial of oral and vaginal misoprostol to manage delivery in cases of fetal death. *Obstetrics & Gynecology* 2003;**101**:70-3.

**Chowdhury 2012** *{published data only}*

Chowdhury S, Uddin AW. Misoprostol in the management of second trimester missed abortion: a randomized controlled trial. *International Journal of Gynaecology and Obstetrics* 2012;**119**(Suppl 3):S310.

**Cleeve 2016** *{published data only}*

Cleeve A, Byamugisha J, Gemzell-Danielsson K, Mbona Tumwesigye N, Atuhairwe S, Faxelid E, et al. Women's acceptability of misoprostol treatment for incomplete abortion by midwives and physicians - a randomized controlled equivalence trial at district level, Uganda. *International Journal of Gynecology and Obstetrics* 2015;**131**(Suppl 5):E295.

* Cleeve A, Byamugisha J, Gemzell-Danielsson K, Tumwesigye NM, Atuhairwe S, Faxelid E, et al. Women's acceptability of misoprostol treatment for incomplete abortion by midwives and physicians - Secondary outcome analysis from a randomised controlled equivalence trial at district level in Uganda. *PloS One* 2016;**11**(2):e0149172.

**Clevin 2001** *{published data only}*

Clevin L, Munk T, Hansen TR. Spontaneous abortion. Drug treatment versus surgery [Spontan abort. Medicinsk versus kirurgisk behandling]. *Ugeskrift for Laeger* 2001;**163**(15):2136-9.

**Creinin 1997** *{published data only}*

Creinin MD, Moyer R, Guido R. Misoprostol for medical evacuation of early pregnancy failure. *Obstetrics & Gynecology* 1997;**89**:768-72.

**Creinin 2004** *{published data only}*

Creinin MD, Harwood B, Guido RS, Fox MC, Zhang J, NICHD Management of Early Pregnancy Failure Trial. Endometrial thickness after misoprostol use for early pregnancy failure. *International Journal of Gynaecology & Obstetrics* 2004;**86**(1):22-6.

**Cruz 2017** *{published data only}*

Cruz RP, Scheffler MH, da Silva DM, Guedes Neto EP, Savaris RF. Moistening the new vaginal misoprostol tablets: does it increase the efficacy of cervical priming before manual vacuum aspiration in first-trimester miscarriage? A randomised clinical trial. *European Journal of Contraception & Reproductive Health Care* 2017;**22**(6):407-11.

**Danielsson 2012** *{published data only}*

Danielsson KG, NCT01615224. Repeated doses of misoprostol for treatment of missed abortion. https://clinicaltrials.gov/ct2/show/NCT01615224 2012.

**David 2003** *{published data only}*

David M, Chen FC, Lichtenegger W. NO-donor nitroglycerin versus the prostaglandin gemeprost for cervical ripening in first trimester missed abortion. *International Journal of Gynecology & Obstetrics* 2003;**83**:71-2.

Pet. Ref. 579

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**David 2005** *{published data only}*

David M, Chen FC. Comparison of isosorbide mononitrate (Mono Mack) and misoprostol (Cytotec) for cervical ripening in the first trimester missed abortion. *Archives of Gynecology and Obstetrics* 2005;**273**(3):144-5.

**Davis 2004** *{published data only}*

Davis AR, Robilotto CM, Westhoff CL, Forman S, Zhang J, NICHD MofEPFT. Bleeding patterns after vaginal misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2004;**19**(7):1655-8.

**Dee 2009** *{published data only}*

Dee MT, Dancel MA. A prospective randomized study comparing the use of intrauterine to vaginal misoprostol for pre-curettage cervical priming of early pregnancy failure. *Philippine Journal of Obstetrics & Gynecology* 2009;**33**(3):83.

**Dehbashi 2016** *{published data only}*

Dehbashi Z, Moosazadeh M, Afshari M. Comparison between sublingual and vaginal route of misoprostol in management of first trimester miscarriage missing. *Materia Socio-Medica* 2016;**28**(4):271-3.

**Devall 2019** *{published data only}*

Devall A, ISRCTN15586426. A pilot trial to evaluate the benefit of using ultrasound during surgical management of miscarriage. http://www.isrctn.com/ISRCTN15586426 2019.

**Dhillon 2015** *{published data only}*

Dhillon AP, Shergill HK, Yadav P. Comparative study between vaginal isosorbide mononitrate and misoprostol for induction of cervical ripening prior to surgical evacuation of first trimester embryonic demise. *International Journal of Reproduction, Contraception, Obstetrics and Gynecology* 2015;**4**(2):398-401.

**Dickinson 1998** *{published data only}*

Dickinson JE, Godfrey M, Evans SF. Efficacy of intravaginal misoprostol in second-trimester pregnancy termination: a randomized controlled trial. *Journal of Maternal-Fetal Medicine* 1998;**7**:115-9.

**Dickinson 2002** *{published data only}*

Dickinson JE, Evans SF. The optimization of intravaginal misoprostol dosing schedules in second-trimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2002;**186**(3):470-4.

**Dickinson 2003** *{published data only}*

Dickinson JE, Evans SF. A comparison of oral misoprostol with vaginal misoprostol administration in second-trimester pregnancy termination for fetal abnormality. *Obstetrics & Gynecology* 2003;**101**:1294-9.

**Diop 2009** *{published data only}*

Diop A, Raghavan S, Rakotovao JP, Comendant R, Blumenthal PD, Winikoff B. Two routes of administration for misoprostol in the treatment of incomplete abortion: a randomized clinical trial. *Contraception* 2009;**79**(6):456-62.

**Dunford 2012** *{published data only}*

Dunford A, ACTRN12612001254886. Among women with first trimester miscarriage, is the combination of mifepristone plus misoprostol superior to misoprostol alone for reducing the need for surgical uterine evacuation and repeat doses of misoprostol? https://www.anzctr.org.au/Trial/Registration/TrialReview.aspx?ACTRN=12612001254886 2012.

**Dunn 2008** *{published data only}*

Dunn TS, Gregory N, Parrish A, Coddington CC III. Oral misoprostol compared with laminaria before dilation and curettage for missed abortion. *Obstetrics & Gynecology* 2008;**111**(4 Suppl):23S.

**Egarter 1995** *{published data only}*

Egarter C, Lederhilger J, Kurz C, Karas H, Reisenberger K. Gemeprost for first trimester missed abortion. *Archives of Gynecology & Obstetrics* 1995;**256**(1):29-32.

**Elami-Suzin 2013** *{published data only}*

Elami-Suzin M, Freeman MD, Porat N, Rojansky N, Laufer N, Ben-Meir A. Mifepristone followed by misoprostol or oxytocin for second-trimester abortion: a randomized controlled trial. *Obstetrics and Gynecology* 2013;**122**(4):815-20.

**Elbareg 2018** *{published data only}*

Elbareg A, Essadi FM. Letrozole combined with misoprostol versus (miso) alone in management of delayed miscarriages. *International Journal of Gynecology and Obstetrics* 2018;**143**(S3):387.

**Elhassan 2008** *{published data only}*

Elhassan EM, Abubaker MS, Adam I. Sublingual compared with oral and vaginal misoprostol for termination of pregnancy with second-trimester fetal demise. *International Journal of Gynecology & Obstetrics* 2008;**100**(1):82-3.

**El Sokkary 2016** *{published data only}*

El Sokkary HHA. Comparison between sublingual and vaginal administration of misoprostol in management of missed abortion. *Journal of Obstetrics and Gynaecology of India* 2016;**66**(S1):S24-9.

**Eng 1997** *{published data only}*

Eng NS, Guan AC. Comparative study of intravaginal misoprostol with gemeprost as an abortifacient in second trimester missed abortion. *Australian and New Zealand Journal of Obstetrics and Gynaecology* 1997;**37**(3):331-4.

**Eppel 2005** *{published data only}*

Eppel W, Facchinetti F, Schleussner E, Piccinini F, Pizzi C, Gruber DM, et al. Second trimester abortion using isosorbide mononitrate in addition to gemeprost compared with gemeprost alone: a double-blind randomized, placebo-controlled multicenter trial. *American Journal of Obstetrics and Gynecology* 2005;**192**:856-61.

**Eslamian 2007** *{published data only}*

Eslamian L, Gosili R, Jamal A, Alyassin A. A prospective randomized controlled trial of two regimens of vaginal

Pet. Ref. 580

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

misoprostol in second trimester termination of pregnancy. *Acta Medica Iranica* 2007;**45**(6):497-500.

**EUCTR2011-001505-26-SE** *{published data only}*

EUCTR2011-001505-26-SE. Repeated doses of misoprostol for medical treatment of intact miscarriage. Http://www.who.int/trialsearch/trial2.aspx? Trialid=euctr2011-001505-26-se 2011.

EUCTR2011-001505-26-SE. Repeated doses of misoprostol for medical treatment of missed abortion. https://www.clinicaltrialsregister.eu/ctr-search/search?query=eudract_number:2011-001505-26 2011.

**Ezzatosadat 2012** *{published data only}*

Ezzatosadat HJ, IRCT201207259491N3. The effect of adding hyoscine to vaginal misoprostol on shortening the induction time of abortion. http://en.irct.ir/trial/10080 2012.

**Facchinetti 2001** *{published data only}*

Facchinetti F, Piccinini F, Fazzio M, Volpe A. Safety and efficacy of nitroprusside gel for cervical ripening [abstract]. *American Journal of Obstetrics and Gynecology* 2001;**185**(6 Suppl):S107.

**Fadalla 2004** *{published data only}*

Fadalla F, Mirghani OA, Adam I. Oral misoprostol vs. vaginal misoprostol for termination of pregnancy with intrauterine fetal demise in the second-trimester. *International Journal of Gynecology & Obstetrics* 2004;**86**:52-3.

**Farooq 2018** *{published data only}*

Farooq F, Javed L, Mumtaz A, Naveed N. Comparison of manual vacuum aspiration, and dilatation and curettage in the treatment of early pregnancy failure. *Journal of Ayub Medical College, Abbottabad : JAMC* 2011;**23**(3):28-31.

* Farooq F. Comparison of manual vacuum aspiration and dilatation and curettage in the treatment of early pregnancy failure. *International Journal of Gynecology and Obstetrics* 2018;**143**(S3):363-4.

**Faxelid 2012** *{published data only}*

Faxelid E, NCT01743508. Misoprostol treatment of incomplete abortion by midwives and physicians. A randomized control trial in Uganda. https://clinicaltrials.gov/ct2/show/NCT01743508 2012.

**Feldman 2003** *{published data only}*

Feldman DM, Borgida AF, Rodis JF, Leo MV, Campbell WA. A randomized comparison of two regimens of misoprostol for second-trimester pregnancy termination. *American Journal of Obstetrics and Gynecology* 2003;**189**:710-3.

**Fiala 2005** *{published data only}*

Fiala C, Swahn ML, Stephansson O, Gemzell-Danielsson K. The effect of non-steroidal anti-inflammatory drugs on medical abortion with mifepristone and misoprostol at 13-22 weeks gestation. *Human Reproduction* 2005;**20**(11):3072-7.

**Firouzabadi 2012** *{published data only}*

Firouzabadi RD, Sekhavat L, Tabatabaii A, Hamadani S. Laminaria tent versus misoprostol for cervical ripening before

surgical process in missed abortion. *Archives of Gynecology and Obstetrics* 2012;**285**(3):699-703.

**Freeman 2016** *{published data only}*

Freeman MD, Porat N, Rojansky N, Elami-Suzin M, Winograd O, Ben-Meir A. Physical symptoms and emotional responses among women undergoing induced abortion protocols during the second trimester. *International Journal of Gynaecology and Obstetrics* 2016;**135**(2):154-7.

**Ghorab 1998** *{published data only}*

Ghorab MN, El Helw BA. Second-trimester termination of pregnancy by extra-amniotic prostaglandin F2alpha or endocervical misoprostol A comparative study. *Acta Obstetricia et Gynecologica Scandinavica* 1998;**77**:429-32.

**Gilles 2004** *{published data only}*

Gilles J, Creinin MM, Barnhart KT, Westhoff C, Frederick MM, Zang J. Wet versus dry intravaginal misoprostol application for treatment of early pregnancy failure [abstract]. *Fertility and Sterility* 2002;**78**(3 Suppl 1):S64-5.

* Gilles JM, Creinin MD, Barnhart K, Westhoff C, Frederick MM, Zhang J. A randomized trial of saline solution-moistened misoprostol versus dry misoprostol for first-trimester pregnancy failure. *American Journal of Obstetrics and Gynecology* 2004;**190**:389-94.

**Gonzalez 2001** *{published data only}*

Gonzalez JA, Carlan SJ, Alverson MW. Outpatient second trimester pregnancy termination. *Contraception* 2001;**63**(2):89-93.

**Graziosi 2005** *{published data only}*

Graziosi G, Bruinse HW, Reuwer PJ, Teteringen O, Mol BJ. Fertility outcome after a randomized trial comparing curettage with misoprostol for treatment of early pregnancy failure. *Human Reproduction* 2005;**20**:1749-50.

**Grimes 2005** *{published data only}*

Grimes DA, Smith MS, Witham AD. Mifepristone and misoprostol versus dilation and evacuation for midtrimester abortion: a pilot randomised controlled trial. *BJOG: an international journal of obstetrics and gynaecology* 2005;**111**:148-53.

**Gronlund 2002** *{published data only}*

Gronlund A, Gronlund L, Clevin L, Andersen B, Palmgren N, Lidegaard O. Management of missed abortion: comparison of medical treatment with either mifepristone + misoprostol or misoprostol alone with surgical evacuation. A multi-center trial in Copenhagen county, Denmark. *Acta Obstetricia et Gynecologica Scandinavica* 2002;**81**:1060-5.

**Guix 2005** *{published data only}*

Guix C, Palacio M, Figueras F, Bennasar M, Zamora L, Coll O, et al. Efficacy of two regimens of misoprostol for early second-trimester pregnancy termination. *Fetal Diagnosis and Therapy* 2005;**20**(6):544-8.

Pet. Ref. 581

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Halimi 2004** *{published data only}*

Halimi M. Therapeutic termination of second trimester pregnancy: a comparison of extra-amniotic Foley's catheter balloon alone with the combined use of Foley`s catheter balloon and extra-amniotic instillation of prostaglandin f2-alpha. *Journal of Postgraduate Medical Institute* 2004;**18**(3):408-18.

**Harrington 2004** *{published data only}*

Harrington K, ISRCTN14476388. Out-patient management of missed miscarriage: a randomised trial of medical vs medical/minimally invasive management using transcervical amnion rupture. http://www.isrctn.com/ISRCTN14476388 2004.

**Hassan 2007** *{published data only}*

Hassan FI, Mostapha MK, Sattar MA, Marouf E, Azim SA. Oral versus rectal route of misoprostol administration: a randomized controlled trial. *Middle East Fertility Society Journal* 2007;**12**(1):53-6.

**Hausler 1997** *{published data only}*

Hausler MC, Koroschetz F, Tamussino K, Walcher W. Is a curettage after spontaneous abortion still relevant? [Ist eine currettage nach abortus completus noch zeitgemals?]. *Geburtshilfe und Frauenheilkunde* 1997;**57**:396-9.

**Heard 2002** *{published data only}*

Heard MJ, Stewart GM, Buster JE, Carson SA, Miller HJ. Outpatient management of missed abortion with vaginal misoprostol [abstract]. *Obstetrics & Gynecology* 2002;**99**(4 Suppl):20S.

**Henshaw 1995** *{published data only}*

Henshaw RC, Hinshaw K, Smith NC, Templeton AA. The medical management of miscarriage. In: Fertility Society of Australia /Australasian Gynaecological Endoscopy Society; 1995 November 19-25; Melbourne, Australia. 1995:FSA75.

**Herabutya 1997** *{published data only}*

Herabutya Y, O-Prasertsawat P. A comparison of intravaginal misoprostol with intracervical prostaglandin E2 gel for the management of dead fetus in utero. *Thai Journal of Obstetrics and Gynaecology* 1997;**9**(2):95-8.

**Herabutya 1997a** *{published data only}*

Herabutya Y, O-Prasertsawat P. Misoprostol in the management of missed abortion. *International Journal of Gynecology & Obstetrics* 1997;**56**(3):263-6.

**Herabutya 2005** *{published data only}*

Herabutya Y, Chanrachakul B, Punyavachira P. A randomised controlled trial of 6 and 12 hourly administration of vaginal misoprostol for second trimester pregnancy termination. *BJOG: an international journal of obstetrics and gynaecology* 2005;**112**(9):1297-301.

**Herman 2017** *{published data only}*

Herman HG, Kerner R, Gluck O, Feit H, Keidar R, Bar J, et al. Different routes of misoprostol for cervical priming in first trimester surgical abortions: a randomized blind trial. *Archives of Gynecology and Obstetrics* 2017;**295**:943-50.

**Hernandez-Valencia 2003** *{published data only}*

Hernandez-Valencia M. Cervical ripening with prostaglandin E1: how an ambulatory method decreases the hospital stay in abortus with intrauterine fetal demise. *Fetal Diagnosis & Therapy* 2003;**18**:54-8.

**Hidalgo 2010** *{published data only}*

Hidalgo M, Guerra M, Reyna E, Santos J, Mejia J, Reyna N, et al. [Isosorbide mononitrate or misoprostol for cervical ripening in missed pregnancies during first trimester] [Mononitrato de isosorbide o misoprostol en maduracion cervical en embarazos interrumpidos durante el primer trimestre]. *Clinica e Investigacion en Ginecologia y Obstetricia* 2010;**37**(6):218-22.

**Hidar 2001** *{published data only}*

Hidar S, Fekih M, Chaieb A, Bibi M, Mellouli R, Khairi H. Oxytocin and misoprostol administered intravaginally for termination of pregnancy at 13 to 29 weeks of amenorrhoea. A prospective randomized trial [Apport de l'association d'oxytocine au misoprostol administre en intravaginal au cours des interruptions de grossesses entre 13 en 29 semaines d'amenorrhee. Essai clinique prospectif randomise.]. *Journal de Gynecologie, Obstetrique et Biologie de la Reproduction* 2001;**30**(5):439-43.

**Hidar 2005** *{published data only}*

Hidar S, Bouddebous M, Chaieb A, Jerbi M, Bibi M, Khairi H. Randomized controlled trial of vaginal misoprostol versus vaginal misoprostol and isosorbide dinitrate for termination of pregnancy at 13-29 weeks. *Archives of Gynecology and Obstetrics* 2005;**273**(3):157-60.

**Hill 1991** *{published data only}*

Hill NC, Selinger M, Ferguson J, MacKenzie IZ. Management of intra-uterine fetal death with vaginal administration of gemeprost or prostaglandin E2: a random allocation controlled trial. *Journal of Obstetrics and Gynaecology* 1991;**11**:422-6.

**Hinshaw 1995** *{published data only}*

Hinshaw HK. Medical management of miscarriage. In: Grundzinkas JG, editors(s). Problems in Early Pregnancy - Advances in Diagnosis and Management. London: RCOG, 1997.

* Hinshaw K, Rispin R, Henshaw R, Smith N, Templeton A. Medical versus surgical uterine evacuation in first trimester miscarriage: a prospective, pragmatic randomised trial. In: 27th British Congress of Obstetrics and Gynaecology; 1995 July 4-7; Dublin, Ireland. 1995:Abstract no: 4.

Hinshaw K, Rispin R, Smith N, Templeton A. Medical vs surgical management in first trimester miscarriage: a prospective, pragmatic random allocation trial. *Journal of Obstetrics and Gynaecology* 1993;**13**(5):404-5.

Rispin R, Hinshaw K, Henshaw R, Smith N, Templeton A. New aspects of care in the management of miscarriage. In: Proceedings of Research in Midwifery Conference; 1993 Sept 14; Birmingham, UK. 1993.

**Hogg 2000** *{published data only}*

Hogg B, Owen J. Laminaria versus extraamniotic saline infusion (EASI) for cervical ripening and mid-trimester labor induction

Pet. Ref. 582

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

[abstract]. *American Journal of Obstetrics and Gynecology* 2000;**182**(1 Pt 2):S135.

**Hombalegowda 2015** *{published data only}*

Hombalegowda RB, Samapthkumar S, Vana H, Jogi P, Ramaiah R. A randomized controlled trial comparing different doses of intravaginal misoprostol for early pregnancy failure. *Contraception* 2015;**92**(4):364-5.

**Hooker 2016** *{published data only}*

* Hooker A, de Leeuw R, Thurkow A, Brolmann H, Huirne J. Prevention of adhesions post (spontaneous) abortion (PAPA study); a randomized controlled trial evaluating application of hyaluronic acid (HA). *Human Reproduction* 2016;**31**:i30-1.

Hooker A, Leeuw de R, Brolmann H, Huirne J. Does application of auto-cross linker hyaluronic acid in women following d&c for miscarriage with at least one d&c in history improve reproductive outcome? *Human Reproduction* 2017;**32**:i135.

Hooker A. Prevention of adhesions post (spontaneous) abortion (PPAPA study); a randomised controlled trial evaluating hyaluronic acid. *Gynecological Surgery* 2015;**12**(Suppl 1):S461, Abstract no: ES24-0434.

Hooker AB, de Leeuw R, van de Ven PM, Bakkum EA, Thurkow AL, Vogel NE, et al. Prevalence of intrauterine adhesions after the application of hyaluronic acid gel after dilatation and curettage in women with at least one previous curettage: Short-term outcomes of a multicenter, prospective randomized controlled trial. *Fertility and Sterility* 2017;**107**(5):1223–31.

**Huchon 2015** *{published data only}*

Huchon C, Koskas M, Agostini A, Akladios C, Alouini S, Bauville E, et al. Operative hysteroscopy versus vacuum aspiration for incomplete spontaneous abortion (HY-PER): study protocol for a randomized controlled trial. *Trials* 2015;**16**(1):363.

**Hughes 1996** *{published data only}*

Hughes J, Ryan M, Hinshaw K, Henshaw R, Rispin R, Templeton A. The costs of treating miscarriage: a comparison of medical and surgical management. *British Journal of Obstetrics and Gynaecology* 1996;**103**(12):1217-21.

**Ibrahim 2019** *{published data only}*

Ibrahim HN, Mustafa ZM, Rajab HK. Comparison between the effectiveness of combination of letrozole with misoprostol and tamoxifen with misoprostol in medical termination of first trimester missed miscarriage. Indian Journal of Public Health Research and Development (first received 2019);**10**(8):2322-7. [CENTRAL: CN-01997127] [EMBASE: 2002799712]

**Imran 2010** *{published data only}*

Imran F, Anser A, Danish N, Fatima N. Misoprostol for the purpose of mid-trimester termination of pregnancy: a comparative study with prostaglandin F2 alpha. *Journal of Ayub Medical College, Abbottabad: JAMC* 2010;**22**(4):87-91.

**IRCT2015112421506N3 2016** *{published data only}*

IRCT2015112421506N3. INH plus misoprostol vs. misoprostol alone for early medical abortion: clinical trial. http://en.irct.ir/trial/18840 2016.

**IRCT2016122729062N1 2016** *{published data only}*

IRCT2016122729062N1. Analyze the effect of the sesamum indicum on the termination of an incomplete abortion. http://en.irct.ir/trial/23446 2016.

**Islam 2006** *{published data only}*

Islam A, Abbasi AN, Sarwar I. Use of Foley's catheter and prostaglandin F-2 alpha in second trimester termination of pregnancy. *Journal of Ayub Medical College, Abbottabad* 2006;**18**(3):35-9.

**Jabir 2009a** *{published data only}*

Jabir M, Smeet R. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of first trimester missed miscarriage. *International Journal of Gynecology & Obstetrics* 2009;**107**(Suppl 2):S209.

* Jabir M, Smeet RI. Comparison of oral and vaginal misoprostol for cervical ripening before evacuation of first trimester missed miscarriage. *Saudi Medical Journal* 2009;**30**(1):82-7.

**Jain 1994** *{published data only}*

Jain JK, Mishell DR. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of second-trimester pregnancy. [comment]. *New England Journal of Medicine* 1994;**331**:290-3.

**Jain 1996** *{published data only}*

Jain JK, Mishell DR. A comparison of misoprostol with and without laminaria tents for induction of second-trimester abortion. *American Journal of Obstetrics and Gynecology* 1996;**175**:173-7.

**Jain 1999** *{published data only}*

Jain JK, Mishell DR. A comparison of two dosing regimens of intravaginal misoprostol for second-trimester pregnancy termination. *Obstetrics & Gynecology* 1999;**93**:571-5.

**Jamilian 2014** *{published data only}*

Jamilian M, IRCT201403244686N11. The comparison of the efficacy of oral castor oil with vaginally misoprostol and vaginally misoprostol alone in the treatment of missed abortion. http://en.irct.ir/trial/5024 2014.

**Javadi 2015** *{published data only}*

Javadi E, IRCT2015050119037N8. Comparison the effect of letrozole plus misoprostol with misoprostol alone on induction of first trimester abortion in pregnant women. http://en.irct.ir/trial/17132 2015.

**Johnson 1997** *{published data only}*

Johnson N, Priestnall M, Marsay T, Ballard P, Watters J. A randomised trial evaluating pain and bleeding after a first trimester miscarriage treated surgically or medically. *European*

Pet. Ref. 583

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 592 of 754   PageID.4979

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

*Journal of Obstetrics & Gynecology and Reproductive Biology* 1997;**72**(2):213-5.

**Kakinuma 2020** *{published data only}*

Kakinuma T, Kakinuma K, Sakamoto Y, Kawarai Y, Saito K, Ihara M, et al. Safety and efficacy of manual vacuum suction compared with conventional dilatation and sharp curettage and electric vacuum aspiration in surgical treatment of miscarriage: a randomized controlled trial. *BMC Pregnancy and Childbirth* 2020;**20**(1):695. [CENTRAL: CN-02200866] [EMBASE: 2007309665] [PMID: 33198679]

**Kamal 2005** *{published data only}*

Kamal R, Parveeen F, Mazhar SB. Role of misoprostol in vaginal versus double oro-vaginal route for termination of pregnancy in mid trimester pregnancy. *Annals of Pakistan Institute of Medical Sciences* 2005;**1**(4):196-200.

**Kanhai 1988** *{published data only}*

Kanhai HH, Keirse MJ. Intravenous administration of sulfprostone for the induction of labour after fetal death: a randomized comparison of two dose schedules. In: 12th FIGO World Congress of Gynecology and Obstetrics; 1988 October 23-28; Brazil. 1988:201-2.

Kanhai HH, Keirse MJ. Intravenous administration of sulprostone for the induction of labour after fetal death: a randomized comparison of two dose schedules. In: Proceedings of 1st European Congress on Prostaglandins in Reproduction; 1988 July 6-9; Vienna, Austria. 1988:45.

**Kanhai 1989** *{published data only}*

Kanhai HH, Keirse MJ. Induction of labour after fetal death: a randomized controlled trial of two prostaglandin regimens. *British Journal of Obstetrics and Gynaecology* 1989;**96**:1400-4.

**Kapp 2007** *{published data only}*

Kapp N, Todd CS, Yadgarova KT, Alibayeva G, Nazarova D, Loza O, et al. A randomized comparison of misoprostol to intrauterine instillation of hypertonic saline plus a prostaglandin F2alpha analogue for second-trimester induction termination in Uzbekistan. *Contraception* 2007;**76**(6):461-6.

**Kara 1999** *{published data only}*

Kara M, Ozden S, Eroglu M, Cetin A, Arioglu P. Comparison of misoprostol and dinoproston administration for the induction of labour in second trimester pregnancies in cases of intrauterine fetal loss. *Italian Journal of Gynaecology & Obstetrics* 1999;**11**:13-6.

**Khanam 2019** *{published data only}*

Khanam S, Meraj B, Dawood NS, Asif U. An experience of vaginal misoprostol versus sublingual use in cervical ripening before surgical evacuation. *Pakistan.Journal of Medical and Health Sciences* 2019;**13**(3):769-71.

**Khoosideh 2017** *{published data only}*

Khoosideh M, Yarmohammadi N, Shahriari A, Sheikh M. Sublingual misoprostol plus laminaria for cervical preparation before surgical management of late first trimester missed abortions, a randomized controlled trial. *Journal of Maternal-Fetal & Neonatal Medicine* 2017;**30**(3):317-22.

**Khosravi 2017** *{published data only}*

Khosravi D, IRCT2017040633255N1. Comparison of the effect between two dose (800 μg/day & 400 μg/6) of vaginal misoprostol in the termination of first-trimester pregnancy: a double-blinded randomized trial. https://en.irct.ir/trial/25706 (25 June 2017).

**Klingberg-Allvin 2015** *{published data only}*

Klingberg-Allvin M, Cleeve A, Atuhairwe S, Tumwesigye NM, Faxelid E, Byamugisha J, et al. Comparison of treatment of incomplete abortion with misoprostol by physicians and midwives at district level in Uganda: a randomised controlled equivalence trial. *Lancet* 2015;**385**(9985):2392-8.

Klingberg-Alvin M, Cleeve A, Atuhairwe S, Mbona Tumwesigye N, Faxelid E, Byamugisha J, et al. Comparison of treatment of incomplete abortion with misoprostol by physicians and midwives at district level in Uganda: a randomised controlled equivalence trial. *International Journal of Gynecology and Obstetrics* 2015;**131**(Suppl 5):E86.

**Kovavisarach 2005** *{published data only}*

Kovavisarach E, Jamnansiri C. Intravaginal misoprostol 600ug and 800ug for the treatment of early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2005;**90**(3):208-12.

**Kurshid 2010** *{published data only}*

Kurshid R, Ahmed A, Mir S, Ul Shamas I. To assess the efficacy of two regimens of misoprostol for second trimester pregnancy termination-a randomized comparison. *Internet Journal of Gynecology and Obstetrics* 2010;**14**(1):No pagination.

**Kushwah 2009** *{published data only}*

* Kushwah B, Singh A. Sublingual versus oral misoprostol for uterine evacuation following early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2009;**106**(1):43-5.

Kushwah DS, Kushwah B, Salman MT, Verma VK. Acceptability and safety profile of oral and sublingual misoprostol for uterine evacuation following early fetal demise. *Indian Journal of Pharmacology* 2011;**43**(3):306-10.

**Lei 2015** *{published data only}*

Lei Y, ChiCTR-IOR-15007664. Comparion of the treatment efficacy for between combination drug mifepristone and misoprostol abortion and B ultrasound-guided curettage. http://www.chictr.org.cn/showproj.aspx?proj=12889 2015.

**Lelaidier 1993** *{published data only}*

Lelaidier C, Baton-Saint-Mleux C, Fernandez H, Bourget P, Frydman R. Mifepristone (RU486) induces embryo expulsion in first trimester non-developing pregnancies: a prospective randomized trial. *Human Reproduction* 1993;**8**(3):492-5.

**Lemmers 2016** *{published data only}*

Lemmers M, Verschoor MA, Bossuyt PM, Huirne JA, Spinder T, Nieboer TE, et al. Cost- effectiveness of curettage versus

Pet. Ref. 584

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 593 of 754   PageID.4980

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

expectant management in women with an incomplete evacuation after misoprostol treatment for first trimester miscarriage: a randomized controlled trial and cohort study. *Acta Obstetricia Et Gynecologica Scandinavica* 2018;**97**(3):294-300.

\* Lemmers M, Verschoor MA, Oude Rengerink K, Naaktgeboren C, Opmeer BC, Bossuyt PM, et al. Misorest: surgical versus expectant management in women with an incomplete evacuation of the uterus after misoprostol treatment for miscarriage: a randomized controlled trial. *Human Reproduction* 2016;**31**(11):2421-7.

Lemmers M, Verschoor MA, Overwater K, Bossuyt PM, Hendriks D, Hemelaar M, et al. Fertility and obstetric outcomes after curettage versus expectant management in randomised and non-randomised women with an incomplete evacuation of the uterus after misoprostol treatment for miscarriage. *European Journal of Obstetrics, Gynecology, and Reproductive Biology* 2017;**211**:78-82.

Verschoor MA, Lemmers M, Bossuyt PM, Graziosi GC, Hajenius PJ, Hendriks DJ, et al. Surgical versus expectant management in women with an incomplete evacuation of the uterus after treatment with misoprostol for miscarriage: the MisoREST trial. *BMC Pregnancy and Childbirth* 2013;**13**:102.

Verschoor MA, NTR3310. MisoREST: A multicenter randomized controlled trial comparing curettage and expectant management in women with an incomplete evacuation of the uterus after misoprostol treatment for miscarriage. https://www.trialregister.nl/trial/3166 2012.

**Leung 2004** *{published data only}*

Leung SW, Pang MW, Chung TK. Retained products of gestation in miscarriage: an evaluation of transvaginal ultrasound criteria for diagnosing an "empty uterus". *American Journal of Obstetrics and Gynecology* 2004;**191**:1133-7.

**Li 2018** *{published data only}*

Li X, Wu L, Zhou Y, Fan X, Huang J, Wu J, et al. New crosslinked hyaluronan gel for the prevention of intrauterine adhesions after dilation and curettage in patients with delayed miscarriage: a prospective, multicenter, randomized, controlled trial. *Journal of Minimally Invasive Gynecology* 2018;**26**(1):94-9.

**Linn 2015** *{published data only}*

Linn TW, Nyunt KK, Ku SK. Effectiveness of low doses vaginal misoprostol in intrauterine fetal death. *Journal of Obstetrics and Gynecology Research* 2015;**41**(Suppl S1):60, Abstract no: FC 10.12.

**Lippert 1978** *{published data only}*

Lippert TH, Luthi A. Induction of labour with prostaglandin E2 gel in cases of intrauterine fetal death. *Prostaglandins* 1978;**15**:533-42.

**Louey 2000** *{published data only}*

Louey K. Misoprostol for the medical management of miscarriage [ongoing trial]. Personal communication 2000.

**Lu 2014** *{published data only}*

Lu PH, Lu J, Zou S. Comparisons of the effects of misoprostol by two different application on the treatment of missed abortion. *Chinese Journal of Pharmaceutical Biotechnology* 2014;**21**(2):159-61.

**Lughmani 2007** *{published data only}*

Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. *BJOG: an international journal of obstetrics and gynaecology* 2008;**115**(s1):179.

\* Lughmani ST. A comparison of intravaginal misoprostol with prostaglandin E2 for termination of 1st trimester pregnancy. Double blind randomized trial [abstract]. In: 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:209.

**Mahjabeen, 2009** *{published data only}*

Mahjabeen, Khawaja NP, Rehman R. Comparison of oral versus vaginal misoprostol for mid-trimester pregnancy termination. *Journal of the College of Physicians & Surgeons Pakistan* 2009;**19**(6):359-62.

**Makenzius 2017** *{published data only}*

\* Makenzius M, Oguttu M, Klingberg-Allvin M, Gemzell-Danielsson K, Odero TM, Faxelid E. Post-abortion care with misoprostol - equally effective, safe and accepted when administered by midwives compared to physicians: a randomised controlled equivalence trial in a low-resource setting in Kenya. *BMJ Open* 2017;**7**(10):e016157.

Makenzius M, Oguttu MA, Odera T, Klingberg-Allvin M, Gemzell-Danielsson K, Faxelid E. Post-abortion care (PAC) and contraceptive counselling by midwives or physicians: a facility based study in Kisumu, Western Kenya. In: 31st International Confederation of Midwives Triennial Congress. Midwives - Making a Difference in the World; 2017 June 18-22; Toronto, Canada. 2017:Abstract no: F14.01.

**Makhlouf 2003** *{published data only}*

Makhlouf AM, Al-Hussaini TK, Habib DM, Makarem MH. Second-trimester pregnancy termination: comparison of three different methods. *Journal of Obstetrics and Gynaecology* 2003;**23**:407-11.

**Marfou 2012** *{published data only}*

Marfou J, Shahbazian N, Abdollahi M. Comparison of effect of oxytocin and prostaglandin E1 on cervix prior to curettage in first trimester. *Iranian Journal of Obstetrics, Gynecology and Infertility* 2012;**15**(28):9-12.

**Martin 1955** *{published data only}*

Martin RH, Menzies DN. Oestrogen therapy in missed abortion and labour. *Journal of Obstetrics and Gynaecology of the British Commonwealth* 1955;**62**:256-8.

**Marwah 2016** *{published data only}*

Marwah S, Gupta S, Batra NP, Bhasin V, Sarna V, Kaur N. A comparative study to evaluate the efficacy of vaginal vs oral prostaglandin E1 analogue (misoprostol) in management of first

Pet. Ref. 585

trimester missed abortion. *Journal of Clinical and Diagnostic Research* 2016;**10**(5):QC14-8.

**Mitwaly 2016** *{published data only}*

Mitwaly AB, Abbas AM, Abdellah MS. Intra uterine extra-amniotic versus vaginal misoprostol for termination of second trimester miscarriage: a randomized controlled trial. *International Journal of Reproductive Biomedicine* 2016;**14**(10):643-8.

**Mizrachi 2017** *{published data only}*

* Mizrachi Y, Dekalo A, Gluck O, Miremberg H, Dafna L, Feldstein O, et al. Single versus repeat doses of misoprostol for treatment of early pregnancy loss-a randomized clinical trial. *Human Reproduction* 2017;**32**(6):1202-7.

Mizrachi Y, NCT02515604. Comparison of single and repeated dose of vaginal misoprostol for the treatment of early pregnancy failure - a randomized clinical trial. https://clinicaltrials.gov/ct2/show/NCT02515604 2015.

**Moran 2005** *{published data only}*

Moran T, Deutsch A. Methotrexate/misoprostol vs. a more standard approach for termination of pregnancies of undetermined location: a randomized, controlled trial. *Journal of Reproductive Medicine* 2005;**50**(10):784-92.

**Mostafa-Gharebaghi 2010** *{published data only}*

Mostafa-Gharebaghi P, Mansourfar M, Sadeghi-Bazargani H. Low dose vaginal misoprostol versus prostaglandin E2 suppository for early uterine evacuation: a randomized clinical trial. *Pakistan Journal of Biological Sciences* 2010;**13**(19):946-50.

**Mulayim 2009** *{published data only}*

Mulayim B, Celik NY, Onalan G, Zeyneloglu HB, Kuscu E. Sublingual misoprostol after surgical management of early termination of pregnancy. *Fertility & Sterility* 2009;**92**(2):678-81.

**Nakintu 2001** *{published data only}*

Nakintu N. A comparative study of vaginal misoprostol and intravenous oxytocin for induction of labour in women with intra uterine fetal death in Mulago Hospital, Uganda.[see comment]. *African Health Sciences* 2001;**1**(2):55-9.

**Nasrollahi 2008** *{published data only}*

Nasrollahi S, Arab M, Zamani M, Ghafeleh-Bashi M. Comparison between intravenous and intramuscular administration of prostaglandin E2 on management of missed abortion. *Journal of Research in Health Sciences* 2008;**8**(2):51-4.

**Nassar 2005** *{published data only}*

Nassar AH//NCT00141895. A randomized trial of two regimens of misoprostol for second trimester termination for intrauterine fetal death. clinicaltrials.gov/ct2/show/NCT00141895 (first received 1 September 2005).

**Nauman 2016** *{published data only}*

Nauman D, Saif N, Siddique U, Faruqi NJ. Comparison of manual vacuum aspiration with electrical vacuum aspiration in management of first trimester miscarriages. *Pakistan Journal of Medical Sciences* 2016;**10**(2):503-6.

**NCT00426491 2007** *{published data only}*

NCT00426491. Misoprostol for non-viable pregnancies. https://clinicaltrials.gov/show/nct00426491 2007.

**NCT00670761 2008** *{published data only}*

NCT00670761. Misoprostol for the treatment of incomplete abortion: comparison of treatment options. https://clinicaltrials.gov/ct2/show/NCT00670761 2008.

**NCT00797693 2008** *{published data only}*

NCT00797693. Misoprostol in termination of first trimester missed abortion. https://clinicaltrials.gov/show/nct00797693 2008.

**NCT02141555 2014** *{published data only}*

NCT02141555. Comparing buccal and vaginal misoprostol in management of early pregnancy loss. https://clinicaltrials.gov/show/nct02141555 2014.

**NCT02342002 2015** *{published data only}*

NCT02342002. Mifepristone and misoprostol versus misoprostol alone for missed abortion: a randomized-controlled trial. https://clinicaltrials.gov/ct2/show/NCT02342002 2015.

**NCT02580175 2015** *{published data only}*

NCT02580175. Surgical evacuation of first trimester missed miscarriage with or without use of transabdominal ultrasound. https://clinicaltrials.gov/ct2/show/NCT02580175 2015.

**NCT02957305 2016** *{published data only}*

NCT02957305. Misoprostol 400 µg versus 200 µg for cervical ripening in 1st trimester miscarriage. https://clinicaltrials.gov/show/nct02957305 2016.

**NCT03148314 2017** *{published data only}*

NCT03148314. Vaginal misoprostol in management of first trimester missed abortion. https://clinicaltrials.gov/show/nct03148314 2017.

**NCT03148561 2017** *{published data only}*

Ali MK, NCT03148561. Misoprostol Versus Expectant Management in Women With Incomplete First-trimester Miscarriage After Misoprostol Treatment: A Randomized Clinical Trial.

https://clinicaltrials.gov/ct2/show/NCT03148561 2017.

NCT03148561. Management of women with an incomplete evacuation. https://clinicaltrials.gov/show/nct03148561 2017.

**NCT03230825 2017** *{published data only}*

NCT03230825. Oral contraceptive pills versus expectant management for retained pregnancy products after a first trimester miscarriage: a randomized clinical trial. https://clinicaltrials.gov/ct2/show/NCT03230825 2017.

**NCT03628625 2018** *{published data only}*

NCT03628625. Letrozole pretreatment with misoprostol for induction of abortion in first-trimester missed miscarriage. https://clinicaltrials.gov/show/nct03628625 2018.

Pet. Ref. 586

Cochrane Database of Systematic Reviews

**Ng 2015** {published data only}

Ng BK, Annamalai R, Lim PS, Aqmar Suraya S, Nur Azurah AG, Muhammad Abdul Jamil MY. Outpatient versus inpatient intravaginal misoprostol for the treatment of first trimester incomplete miscarriage: a randomised controlled trial. *Archives of Gynecology and Obstetrics* 2015;**291**:105-13.

**Ngoc 2004** {published data only}

Ngoc NT, Blum J, Westheimer E, Quan TV, Winikoff B. Medical treatment of missed abortion using misoprostol. *International Journal of Gynecology & Obstetrics* 2004;**87**:138-42.

**Nguyen 2005** {published data only}

Nguyen TN, Blum J, Durocher J, Quan TT, Winikoff B. A randomized controlled study comparing 600 versus 1,200 micrograms oral misoprostol for medical management of incomplete abortion. *Contraception* 2005;**72**(6):438-42.

**Niederauer 2018** {published data only}

Niederauer C, Pezzali L, Selbach T, De Paula Gudes Neto E, Maissiat J, Savaris R. Comparing the 200mug vs 400mug of the new vaginal misoprostol tablets for 1st trimester miscarriage. *International Journal of Gynecology and Obstetrics* 2018;**143**(S3):363.

**Niromanesh 2005** {published data only}

Niromanesh S, Hashemi-Fesharaki M, Mosavi-Jarrahi A. Second trimester abortion using intravaginal misoprostol. *International Journal of Gynecology & Obstetrics* 2005;**89**:276-7.

**Nor 2006** {published data only}

Nor Azlin MI, Abdullah HS, Zainul Rashid MR, Jamil MA. Misoprostol (alone) in second trimester terminations of pregnancy: as effective as Gemeprost? *Journal of Obstetrics and Gynaecology* 2006;**26**(6):546-9.

**Nuthalapaty 2005** {published data only}

Nuthalapaty F, Ramsey P, Biggio J, Owen J. Comparative efficacy of high dose vaginal misoprostol for mid-trimester labor induction [abstract]. *American Journal of Obstetrics and Gynecology* 2004;**191**(6 Suppl 1):S73.

\* Nuthalapaty FS, Ramsey PS, Biggio JR, Owen J. High-dose vaginal misoprostol versus concentrated oxytocin plus low-dose vaginal misoprostol for midtrimester labor induction: a randomized trial. *American Journal of Obstetrics and Gynecology* 2005;**193**(3 Pt 2):1065-70.

**Nuutila 1997** {published data only}

Nuutila M, Toivonen J, Ylikorkala O, Halmesmaki E. A comparison between two doses of intravaginal misoprostol and gemeprost for induction of second-trimester abortion. *Obstetrics & Gynecology* 1997;**90**(6):896-900.

**Ogden 2004** {published data only}**ISRCTN21348449**

Ogden J//ISRCTN21348449. A pragmatic randomised control trial of expectant versus surgical management of first trimester spontaneous miscarriage. isrctn.com/ISRCTN21348449 (first received 23 January 2004).

**Owen 1999** {published data only}

Owen J, Hauth JC. Vaginal misoprostol vs. concentrated oxytocin plus low-dose prostaglandin E2 for second trimester pregnancy termination. *Journal of Maternal-Fetal Medicine* 1999;**8**(2):48-50.

**Pang 2001** {published data only}

\* Pang MW, Chung T. Incomplete miscarriage: a randomized controlled trial comparing oral with vaginal misoprostol for medical evacuation. *Human Reproduction* 2001;**16**(11):2283-7.

Pang SM, Chung TK. A randomized clinical trial comparing oral and vaginal misoprostol for medical evacuation of spontaneous abortion [abstract]. *XVI FIGO World Congress of Obstetrics & Gynecology; 2000 Sept 3-8; Washington DC, USA* 2000;**Book 3**:69.

**Pansky 2011** {published data only}

Pansky M, Fuchs N, Ben AI, Tovbin Y, Halperin R, Vaknin Z, et al. Intercoat (Oxiplex/AP Gel) for preventing intrauterine adhesions following operative hysteroscopy for suspected retained products of conception - A pilot study. *Journal of Minimally Invasive Gynecology* 2011;**18**(6 Suppl 1):S21.

**Paraskevaides 1992** {published data only}

Paraskevaides E, Prendiville W, Stuart B, Scanaill SN, Walsh D, McGuinness N, et al. Medical evacuation of first trimester (twelve weeks gestation) incomplete abortion and missed abortion. *Journal of Gynecologic Surgery* 1992;**8**(3):159-63.

**Paritakul 2010** {published data only}

Paritakul P, Phupong V. Comparative study between oral and sublingual 600 microg misoprostol for the treatment of incomplete abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(5):978-83.

**Perry 1999** {published data only}

Perry KG, Rinehart BK, Terrone DA, Martin RW, May WL, Roberts WE. Second-trimester uterine evacuation: a comparison of intra-amniotic (15S)-15-methyl-prostaglandin F2alpha and intravaginal misoprostol. *American Journal of Obstetrics and Gynecology* 1999;**181**:1057-61.

**Petersen 2013** {published data only}

ACTRN12612000150842. The Medical Management of Miscarriage Study: a randomized controlled clinical trial to determine the optimal dose of misoprostol for medical management of miscarriage before 13 weeks. https://www.anzctr.org.au/Trial/Registration/TrialReview.aspx?ACTRN=12612000150842 2012.

\* Petersen SG, Perkins A, Gibbons K, Bertolone J, Devenish-Meares P, Cave D, et al. Can we use a lower intravaginal dose of misoprostol in the medical management of miscarriage? A randomised controlled study. *Australian & New Zealand Journal of Obstetrics & Gynaecology* 2013;**53**(1):64-73.

**Phupong 2004** {published data only}

Phupong V, Taneepanichskul S, Kriengsinyot R, Sriyirojana N, Blanchard K, Winikoff B. Comparative study between single dose 600 mg and repeated dose oral misoprostol for treatment of incomplete abortion. *Contraception* 2004;**70**:307-11.

Pet. Ref. 587

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Piotrowski 1979** *{published data only}*

Piotrowski J, Basta A, Klimczyk K, Malolepazy A, Dluzniewska M, Splawinski JA. Indomethacin increases abortifacient effect of PGE2 in man. *Prostaglandins* 1979;**17**:451-9.

**Pomeranz 2016** *{published data only}*

Pomeranz M, NCT02917785. Testing the efficiency of Karman Curette in the treatment of misoprostol failure in women with missed abortion. https://clinicaltrials.gov/ct2/show/NCT02917785 2016.

**Pongsatha 2004** *{published data only}*

Pongsatha S, Tongsong T. Intravaginal misoprostol for pregnancy termination. *International Journal of Gynecology & Obstetrics* 2004;**87**:176-7.

**Prasartsakulchai 2004** *{published data only}*

Prasartsakulchai C, Tannirandorn Y. A comparison of vaginal misoprostol 800 microg versus 400 microg in early pregnancy failure: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2004;**87 Suppl 3**:S18-23.

**Promwangkwa 2017** *{published data only}*

Promwangkwa K, Puntitpong B, Chirdchim W, Sananpanichkul P. Efficacy of sublingual misoprostol with or without loading vaginal misoprostol in second trimester termination of pregnancy: a randomized controlled trial. *Journal of the Medical Association of Thailand* 2017;**100**(10):1050-5.

**Ragusa 1994** *{published data only}*

Ragusa A, Vignali MJ, Zanetta G, Norchi S, Zanini A. Pre-operative cervical preparation before first trimester missed abortion: a randomized controlled comparison between single or double intracervical administration of pge2 gel. *Prostaglandins Leukotrienes & Essential Fatty Acids* 1994;**50**(5):267-9.

**Rahimi-Sharbaf 2015** *{published data only}*

Rahimi-Sharbaf F, Adabi K, Valadan M, Shirazi M, Nekuie S, Ghaffari P, et al. The combination route versus sublingual and vaginal misoprostol for the termination of 13 to 24 week pregnancies: a randomized clinical trial. *Taiwanese Journal of Obstetrics & Gynecology* 2015;**54**(6):660-5.

**Ramsey 2004** *{published data only}*

Ramsey PS, Savage K, Lincoln T, Owen J. Vaginal misoprostol versus concentrated oxytocin and vaginal PGE2 for second-trimester labor induction. *Obstetrics & Gynecology* 2004;**104**(1):138-45.

**Rita 2006** *{published data only}*

Rita Gupta S, Kumar S. A randomised comparison of oral and vaginal misoprostol for medical management of first trimester missed abortion. *JK Science* 2006;**8**(1):35-8.

**Rivero-Lopez 1998** *{published data only}*

Rivero-Lopez E, Marquez-Maraver F, Duenas-Diez JL, Cabezas-Sanchez B. Deferred miscarriage: effectiveness of intravaginal misoprostol versus laminaria stems [Aborto diferido: eficacia del misoprostol intravaginal versus la aplicaci=n de

tallos de laminaria]. *Progresos de Obstetricia y Ginecologia* 1998;**41**:579-81.

**Robledo 2007** *{published data only}*

Robledo C, Zhang J, Troendle J, Barnhart K, Creinin MD, Westhoff C, et al. Clinical indicators for success of misoprostol treatment after early pregnancy failure. *International Journal of Gynecology & Obstetrics* 2007;**99**(1):46-51.

**Roy 2003** *{published data only}*

Roy G, Ferreira E, Hudon L, Marquette G. The efficacy of oral versus vaginal misoprostol for second-trimester termination of pregnancy: a double-blind, randomized, placebo controlled trial [abstract]. *American Journal of Obstetrics and Gynecology* 2003;**189**(6 Suppl 1):S70.

**Ruangchainikhom 2006** *{published data only}*

Ruangchainikhom W, Phongphisanna E, Bhekasuta J, Sarapak S. Effectiveness of 400 or 600 micrograms of vaginal misoprostol for terminations of early pregnancies. *Journal of the Medical Association of Thailand* 2006;**89**(7):928-33.

**Saciloto 2011** *{published data only}*

Saciloto MP, Konopka CK, Velho MT, Jobim FC, Resener EV, Muradas RR, et al. [Manual vacuum aspiration uterine treatment of incomplete abortion to 12 gestational weeks: an alternative to curettage]. [Portuguese] [Aspiracao manual intrauterina no tratamento do abortamento incompleto ate 12 semanas gestacionais: uma alternativa a curetagem uterina]. *Revista Brasileira de Ginecologia e Obstetricia* 2011;**33**(10):292-6.

**Saeed 2018** *{published data only}*

Saeed S, Manzoor R, Tazion S, Butt F, Badar N. Misoprostol for 1st trimester miscarriage: efficacy of vaginal versus oral misoprostol. *Pakistan Journal of Medical and Health Sciences* 2018;**12**(2):849-52.

**Saichua 2009** *{published data only}*

Saichua C, Phupong V. A randomized controlled trial comparing powdery sublingual misoprostol and sublingual misoprostol tablet for management of embryonic death or anembryonic pregnancy. *Archives of Gynecology and Obstetrics* 2009;**280**(3):431-5.

**Salamalekis 1990** *{published data only}*

Salamalekis E, Loghis C, Kassanos D, Traka A, Zourlas PA. Comparison of extra-amniotic prostaglandin F2alpha and dinoprostone use for labor induction after second trimester intrauterine fetal death. In: Proceedings of 12th European Congress of Perinatal Medicine; 1990 Sept 11-14; Lyon, France. 1990:228.

**Sewzie 2014** *{published data only}*

Sewzie B, IRCT2014101015905N2. Effect of sublingual, vaginal and oral misoprostol on treatment of missed abortion in the pregnant women in the first trimester; comparative study. http://en.irct.ir/trial/15026 2014.

**Shaamash 2019** *{published data only}*

Shaamash AH, Khlifah EA, Esmail AM, Abdelmonem SG. Home-based extended low-dose oral misoprostol in management

Pet. Ref. 588

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

of first-trimester pregnancy loss in low-resource communities: a randomized trial. *Journal of Obstetrics and Gynaecology of India* 2019 Dec;**69**(6):501-8. [CENTRAL: CN-01959476] [EMBASE: 628356463] [PMID: 31844364]

**Shah 2010** *{published data only}*

Shah N, Azam SI, Khan NH. Sublingual versus vaginal misoprostol in the management of missed miscarriage. *JPMA - Journal of the Pakistan Medical Association* 2010;**60**(2):113-6.

**Sharifzadeh 2015** *{published data only}*

Sharifzadeh FS, Dezfooli GA, Chagharvand MM, Azad Z. Comparison of the efficacy of glyceryl trinitrate and misoprostol on cervical ripening for curettage in pregnant women at first trimester. [Persian]. *Iranian Journal of Obstetrics, Gynecology and Infertility* 2015;**18**(174):6-11.

**Shobeira 2007** *{published data only}*

Shobeira JM, Atashkhoii S. Second trimester pregnancy termination by intravaginal and parenteral form of prostaglandin E2 [abstract]. In: 31st British International Congress of Obstetrics and Gynaecology; 2007 July 4-6; London, UK. 2007:210.

**Shochet 2012** *{published data only}*

Blandine T, Ouattara AZ, Coral A, Hassane C, Clotaire H, Dao B, et al. Oral misoprostol as first-line care for incomplete abortion in Burkina Faso. *International Journal of Gynecology and Obstetrics* 2012;**119**:166-9.

Fawole O, Diop A, Adeyanju AO, Aremu OT, Winikoff B. Misoprostol as first-line treatment for incomplete abortion at a secondary-level health facility in Nigeria. *International Journal of Gynecology and Obstetrics* 2012;**119**:170-3.

NCT01539408. Sublingual misoprostol versus standard surgical care for the treatment of incomplete abortion. https://clinicaltrials.gov/ct2/show/NCT01539408 2012.

* Shochet T, Diop A, Gaye A, Nayama M, Sall AB, Bukola F, et al. Sublingual misoprostol versus standard surgical care for treatment of incomplete abortion in five sub-Saharan African countries. *BMC Pregnancy and Childbirth* 2012;**12**:127.

**Shokry 2009** *{published data only}*

Shokry M, Shahin AY, Fathalla MM, Shaaban OM. Oral misoprostol reduces vaginal bleeding following surgical evacuation for first trimester spontaneous abortion. *International Journal of Gynecology & Obstetrics* 2009;**107**(2):117-20.

**Sonsanoh 2014** *{published data only}*

Sonsanoh A, Chullapram T. Comparison of sublingual and vaginal misoprostol for termination of early pregnancy failure: a randomized controlled trial. *Thai Journal of Obstetrics and Gynaecology* 2014;**22**(3):128-36.

**Souizi 2020** *{published data only}*

Souizi B, Akrami R, Borzoee F, Sahebkar M. Comparison of the efficacy of sublingual, oral, and vaginal administration of misoprostol in the medical treatment of missed abortion during first trimester of pregnancy: a randomized clinical trial study.

*Journal of Research in Medical Sciences* (first received 2020 Jul 27);**25**:72. [CENTRAL: CN-02199219] [PMID: 33088309]

**Srikhao 2005** *{published data only}*

Srikhao N, Tannirandorn Y. A comparison of vaginal misoprostol 800 microg versus 400 microg for anembryonic pregnancy: a randomized comparative trial. *Journal of the Medical Association of Thailand* 2005;**88**(Suppl 2):S41-S47.

**Sripramote 2000** *{published data only}*

Sripramote M, Chatsuphang W. A randomized comparison of oral and vaginal misoprostol for cervical priming before uterine curettage in the first trimester of pregnancy. *Vajira Medical Journal* 2000;**44**(3):207-15.

**Su 2005** *{published data only}*

Su L-L, Biswas A, Choolani M, Kalaichelvan V, Singh K. A prospective, randomized comparison of vaginal misoprostol versus intra-amniotic prostaglandins for midtrimester termination of pregnancy. *American Journal of Obstetrics and Gynecology* 2005;**193**:1410-4.

**Suchonwanit 1999** *{published data only}*

Suchonwanit P. Comparative study between vaginal misoprostol 200 mg and 400 mg in first trimester intrauterine fetal death and anembryonic gestation. *Thai Journal of Obstetrics and Gynaecology* 1999;**11**(4):263.

**Surita 1997** *{published data only}*

Surita FG. Misoprostol versus laminaria for cervical ripening in intrauterine fetal death. *Acta Obstetricia et Gynecologica Scandinavica Supplement* 1997;**76**(167:2):32.

**Sweed 2015** *{published data only}*

Sweed MS, NCT02401425. Use of letrozole pretreatment with misoprostol for first-trimester medical abortion: randomised controlled trial. https://clinicaltrials.gov/ct2/show/NCT02401425 2015.

**Sweed 2018** *{published data only}*

Sweed MS, NCT03487354. Medical abortion with multiple vs single daily dose of misoprostol in first trimester miscarriage: a randomized clinical trial. https://clinicaltrials.gov/ct2/show/NCT03487354 2018.

**Tam 2002** *{published data only}*

Tam WH, Lau WC, Cheung LP, Yuen PM, Chung TK. Intrauterine adhesions after conservative and surgical management of spontaneous abortion. *Journal of the American Association of Gynecologic Laparoscopists* 2002;**9**(2):182-5.

**Tam 2005** *{published data only}*

Tam WH, Tsui MH, Lok IH, Yip SK, Yuen PM, Chung TK. Long-term reproductive outcome subsequent to medical versus surgical treatment for miscarriage. *Human Reproduction* 2005;**20**(12):3355-9.

**Tan 1969** *{published data only}*

Tan PM, Ratnam SS, Quek SP. Vacuum aspiration in the treatment of incomplete abortion. *Journal of Obstetrics & Gynaecology of the British Commonwealth* 1969;**76**(9):834-6.

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 589

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Tang 2003** *{published data only}*

Tang OS, Lau WN, Ng EH, Lee SW, Ho PC. A prospective randomized study to compare the use of repeated doses of vaginal with sublingual misoprostol in the management of first trimester silent miscarriage. *Human Reproduction* 2003;**18**(1):176-81.

**Tang 2006** *{published data only}*

Tang OS, Ong CY, Tse KY, Ng EH, Lee SW, Ho PC. A randomized trial to compare the use of sublingual misoprostol with or without an additional 1 week course for the management of first trimester silent miscarriage. *Human Reproduction* 2006;**21**(1):189-92.

**Tanha 2010** *{published data only}*

Tanha FD. Comparison of the efficacy of two routes of misoprostol administration (sublingual and vaginal) for termination of second trimester pregnancy. en.search.irct.ir/view/1614 (first received 28 November 2010).

**Tanha 2010a** *{published data only}*

Tanha FD, Feizi M, Shariat M. Sublingual versus vaginal misoprostol for the management of missed abortion. *Journal of Obstetrics and Gynaecology Research* 2010;**36**(3):525-32.

**Tanha 2013** *{published data only}*

Tanha FD, Golgachi T, Niroomand N, Ghajarzadeh M, Nasr R. Sublingual versus vaginal misoprostol for second trimester termination: A randomized clinical trial. *Archives of Gynecology and Obstetrics* 2013;**287**(1):65-9.

**Tasnim 2011** *{published data only}*

Tasnim N, Mahmud G, Fatima S, Sultana M. Manual vacuum aspiration: a safe and cost-effective substitute of Electric vacuum aspiration for the surgical management of early pregnancy loss. *Journal of the Pakistan Medical Association* 2011;**61**(2):149-53.

**Tasnim 2014** *{published data only}*

Tasnim N, Fatima S, Mahmud G. Manual vacuum aspirator: a safe and effective tool for decentralization of post miscarriage care. *JCPSP, Journal of the College of Physicians & Surgeons - Pakistan* 2014;**24**(11):815-9.

**Teymouri 2017** *{published data only}*

Teymouri B, IRCT2017070934981N1. Comparison of induction of abortion in the first trimester using misoprostol and misoprostol with estrogen priming. http://en.irct.ir/trial/26580 2017.

**Thavarasah 1986** *{published data only}*

Thavarasah AS, Almohdzar SA. Prostaglandin (F2 alpha) in missed abortion Intravenous, extra-amniotic and intramuscular administration--a randomized study. *Biological Research in Pregnancy and Perinatology* 1986;**7**:106-10.

**Thida 2015** *{published data only}*

Thida M, Shwe MM, Htun KT, Maung NM, Khine EP, Win KS, et al. A randomised clinical trial comparing different routes of administration of repeated doses of 400ug misoprostol for management of missed miscarriages and anembryonic

gestations in North Okkalapa General Hospital, Yangon, Myanmar. *BJOG: an international journal of obstetrics and gynaecology* 2015;**122**(Suppl S1):26-7.

**Thong 2005** *{published data only}*

Mahmood TA, Shehata KI, Thong KJ. A randomized study of conservative management versus surgical uterine evacuation for incomplete miscarriage (Interim analysis) [abstract]. *XVI FIGO World Congress of Obstetrics & Gynecology; 2000 Sept 3-8; Washington DC, USA* 2000;**Book 3**:68-9.

Shehata KI, Thing KJ, Mahmood TA. Interim results of a random allocation study of conservative management versus uterine evacuation for incomplete miscarriage [abstract]. *Journal of Obstetrics and Gynaecology* 2000;**20**(1):105-6.

* Thong KJ, Mahmood TA, Shehata KI. A randomised trial comparing conservative management versus surgical uterine evacuation for first trimester miscarriage with retained products of conception. NHS Scotland (www.show.scot.nhs.uk/cso/Publications/ExecSumms/Oct_Nov02.htm) (accessed 3 March 2005) 2005.

**Toppozada 1994** *{published data only}*

Toppozada MK, Shaala SA, Anwar MY, Haiba NA, Abdrabbo S, El-Absy HM. Termination of pregnancy with fetal death in the second and third trimesters - the double balloon versus extra-amniotic prostaglandin. *International Journal of Gynecology & Obstetrics* 1994;**45**:269-73.

**Toptas 2011** *{published data only}*

Toptas T, Mendilcioglu I, Simsek M, Taskin O. Comparison of intravaginal misoprostol alone to combination of intravaginal misoprostol and extraamniotic Foley catheter for the second trimester of pregnancies. *American Journal of Obstetrics and Gynecology* 2011;**204**(1 Suppl):S126.

**Torky 2018** *{published data only}*

Torky H, PACTR201701001973403. Misoprostol versus letrozole with misoprostol in the management of first trimester missed miscarriage. https://pactr.samrc.ac.za/TrialDisplay.aspx?TrialID=1973 2017.

* Torky HA, Marie H, ElDesouky E, Gebreel S, Raslan O, Moussa AA, et al. Letrozole vs. placebo pretreatment in the medical management of first trimester missed miscarriage: a randomized controlled trial. *Geburtshilfe Und Frauenheilkunde* 2018;**78**(1):63-9.

**Vafaei 2019** *{published data only}*

Vafaei H, IRCT20140317017034N7. Comparison between herbal medicine myrrh and expectant management for treatment of incomplete abortion. http://en.irct.ir/trial/39363 2019.

**Van Mensel 2009** *{published data only}*

Van Mensel K, Claerhout F, Debois P, Keirse MJ, Hanssens M. A randomized controlled trial of misoprostol and sulprostone to end pregnancy after fetal death [Article ID 496320]. *Obstetrics and Gynecology International* 2009.

Pet. Ref. 590



Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Wieringa-de 2002** *{published data only}*

Wieringa-De Waard M, Ankum W. The management of miscarriage: conservative management or curettage? [Het beleid bij een miskraam: afwachten of curettage?]. *Tijdschrift voor Fertiliteitsonderzoek* 2004;**18**(1):8-11.

* Wieringa-de Waard M, Vos J, Bonsel GJ, Bindels PJ, Ankum WM. Management of miscarriage: a randomized controlled trial of expectant management versus surgical evacuation. *Human Reproduction* 2002;**17**(9):2445-50.

**Wijesinghe 2012** *{published data only}*

Wijesinghe PS, Herath RP, Abeysundara ID. A qualitative study on patients' perceptions of expectant management of first trimester incomplete miscarriage. *Ceylon Medical Journal* 2012;**57**(4):145-9.

**Yapar 1996** *{published data only}*

Yapar EG, Senoz S, Urkutur M, Batioglu S, Gokmen O. Second trimester pregnancy termination including fetal death: comparison of five different methods. *European Journal of Obstetrics & Gynecology and Reproductive Biology* 1996;**69**:97-102.

**Yilmaz 2005** *{published data only}*

Yilmaz B, Kelekci S, Ertas IE, Kahyaoglu S, Ozel M, Sut N, et al. Misoprostol moistened with acetic acid or saline for second trimester pregnancy termination: a randomized prospective double-blind trial. *Human Reproduction* 2005;**20**(11):3067-71.

**Yilmaz 2007** *{published data only}*

Yilmaz B, Kelekci S, Ertas IE, Ozel M, Sut N, Mollamahmutoglu L, et al. Randomized comparison of second trimester pregnancy termination utilizing saline moistened or dry misoprostol. *Archives of Gynecology and Obstetrics* 2007;**276**(5):511-6.

**Zanganeh 2010** *{published data only}*

Zanganeh M// IRCT138902053797N1. Comparing the effects of multiple doses of misoprostol with single dose of misoprostol plus oxytocin in induction of second trimester abortion. en.search.irct.ir/view/2936 (first received 12 June 2010).

**Zhang 2000** *{published data only}*

Zhang C, Cheng W. A contrastive analysis of the efficacy of misoprostol and li fan nuo in intermediate term of pregnancy. *Journal of Wuhan University of Science and Technology (Natural Science Edition)* 2000;**23**(4):409-11.

**References to studies awaiting assessment**

**Fang 2009** *{published data only}*

Fang AH, Chen QF, Zheng W, Li Y, Chen RY. Termination of missed abortion in a combined procedure: a randomized controlled trial. *Journal of Reproduction and Contraception* 2009;**20**(1):45-9.

**References to ongoing studies**

**ChiCTR1900023198 2019** *{published data only}*

ChiCTR1900023198. The incidence of intrauterine adhesion after ultrasound-guided manual vacuum aspiration (USG-MVA): a prospective randomized controlled trial. http://www.chictr.org.cn/showproj.aspx?proj=39134 2019.

**ChiCTR-TRC-08000725 2008** *{published data only}*

ChiCTR-TRC-08000725. The physical and psychological outcomes of expectant management, surgical evacuation or medical evacuation with single dose 800 mcg vaginal misoprostol for women with first trimester miscarriage in a randomized controlled trial. http://www.chictr.org.cn/showproj.aspx?proj=8810 2008.

**Economides 2004** *{published data only}*

Economides D, ISRCTN95867389. Non-surgical management of delayed miscarriage: a randomised trial. http://www.isrctn.com/ISRCTN95867389 2004.

**Ethayarooban 2017** *{published data only}*

Ethayarooban E, SLCTR/2017/023. Safety and effectiveness of vacuum aspiration, compared to curettage for management of patients with first trimester miscarriage in a limited resource setting in Sri Lanka. https://slctr.lk/trials/slctr-2017-023 2017.

**EUCTR2007-007661-20-SE** *{published data only}*

EUCTR2007-007661-20-SE. Which is the optimal treatment for miscarriage with a gestational sac in the uterus and which factors can predict if the treatment will be successful? https://www.clinicaltrialsregister.eu/ctr-search/search?query=eudract_number:2007-007661-20 2008.

**ISRCTN11046192 2020** *{published data only}*

ISRCTN11046192. Efficacy of mifepristone followed by misoprostol compared to misoprostol alone in first-trimester miscarriage treatment [The role of Mifepristone on First-trimester miscarriage Treatment (MiFirsT) â€“ a double-blind randomized controlled trial]. Http://www.who.int/trialsearch/Trial2.aspx?TrialID=ISRCTN11046192 (first received 2020). [CENTRAL: CN-02188308]

**Kopalakrishnan 2014** *{published data only}*

Kopalakrishnan M, SLCTR/2014/029. Surgical, medical or expectant management of first trimester miscarriage and its implications on clinical and psychological outcomes - a randomized controlled trial. https://slctr.lk/trials/slctr-2014-029 2014.

**Otieno 2018** *{published data only}*

Otieno V, PACTR201810731753052. Outcomes of medical versus surgical management of first trimester incomplete abortion on among women admitted at Kampala International University Teaching Hospital (KIU -TH). https://pactr.samrc.ac.za/TrialDisplay.aspx?TrialID=4665 2018.

**PACTR202009610896579 2020** *{published data only}*

PACTR202009610896579. Misoprostol versus manual vacuum aspiration for the treatment of first trimester incomplete miscarriage at university of Maiduguri teaching hospital. a

Pet. Ref. 591

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

randomized controlled study. Http://www.who.int/trialsearch/
Trial2.aspx?TrialID=PACTR202009610896579 (first received
2020). [CENTRAL: CN-02189183]

**PACTR202009857889210 2020** {published data only}

PACTR202009857889210. Sublingual misoprostol versus manual
vacuum aspiration for treatment of incomplete abortion in
Nigeria: a randomized control study [Misoprostol for incomplete
miscarriage]. Http://www.who.int/trialsearch/Trial2.aspx?
TrialID=PACTR202009857889210 (first received 2020). [CENTRAL:
CN-02189210] [PMID: -]

**Sutharshan 2017** {published data only}

Sutharshan R, SLCTR/2017/014. Effectiveness of manual
vacuum aspiration when compared to expectant care in
achieving complete miscarriage in women with first trimester
pregnancy loss - a randomized controlled trial. https://slctr.lk/
trials/slctr-2017-014 2017.

**Unkels 2008** {published data only}**ISRCTN65305620**

Unkels R//ISRCTN65305620. Is misoprostol a safe alternative
to manual vacuum aspiration in women with early pregnancy
failure in a low resource setting? A randomized controlled trial.
isrctn.com/ISRCTN65305620 (first received 22 February 2008).

## Additional references

**Alberman 1992**

Alberman E. Spontaneous abortions: epidemiology. In: Stabile
I, Grudzinskas JG, Chard T, editors(s). Spontaneous Abortion:
Diagnosis and Treatment. London: Springer-Verlag, 1992:9-20.

**Al Wattar 2019**

Al Wattar BH, Murugesu N, Tobias A, Zamora J, Khan KS.
Management of first-trimester miscarriage: a systematic review
and network meta-analysis. *Human Reproduction Update*
2019;**25**(3):362-74.

**Brignardello-Petersen 2018**

Brignardello-Petersen R, Bonner A, Alexander PE,
Siemieniuk RA, Furukawa TA, Rochwerg B, et al, GRADE Working
Group. Advances in the GRADE approach to rate the certainty
in estimates from a network meta-analysis. *Journal of Clinical
Epidemiology* 01/01/2018;**93**:36-44. [https://doi.org/10.1016/
j.jclinepi.2017.10.005]

**Caldwell 2005**

Caldwell DM, Ades AE, Higgins JP. Simultaneous comparison of
multiple treatments: combining direct and indirect evidence.
*BMJ* 2005;**331**(7521):897-900.

**Caldwell 2010**

Caldwell DM, Welton NJ, Ades AE. Mixed treatment comparison
analysis provides internally coherent treatment effect estimates
based on overviews of reviews and can reveal inconsistency.
*Journal of Clinical Epidemiology* 2010;**63**(8):875-82.

**Conway 2000**

Conway K, Russell G. Couples' grief and experience of support
in the aftermath of miscarriage. *British Journal of Medical
Psychology* 2000;**73**(Pt 4):531-45.

**Davies 2001**

Davies NM, Longstreth J, Jamali F. Misoprostol therapeutics
revisited. *Pharmacotherapy* 2001;**21**(1):60-73.

**DerSimonian 1986**

DerSimonian R, Laird N. Meta-analysis in clinical trials.
*Controlled Clinical Trials* 1986;**7**(3):177-88.

**Dias 2013**

Dias S, Welton NJ, Sutton AJ, Caldwell DM, Lu G, Ades AE.
Evidence synthesis for decision making 4: inconsistency in
networks of evidence based on randomized controlled trials.
*Medical Decision Making* 2013;**33**(5):641-56.

**Geller 2001**

Geller PA, Klier CM, Neugebauer R. Anxiety disorders following
miscarriage. *Journal of Clinical Psychiatry* 2001;**62**(6):432–8.

**Higgins 2002**

Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-
analysis. *Statistics in Medicine* 2002;**21**(11):1539-58.

**Higgins 2011**

Higgins JP, Green S, editor(s). Cochrane Handbook for
Systematic Reviews of Interventions Version 5.1.0 (updated
March 2011). The Cochrane Collaboration, 2011. Available from
handbook.cochrane.org.

**Higgins 2012**

Higgins JP, Jackson D, Barrett JK, Lu G, Ades AE, White IR.
Consistency and inconsistency in network meta-analysis:
concepts and models for multi-arm studies. *Research Synthesis
Methods* 2012;**3**:98-110.

**Kim 2017**

Kim C, Barnard S, Neilson JP, Hickey M, Vazquez JC, Dou L.
Medical treatments for incomplete miscarriage. *Cochrane
Database of Systematic Reviews* 2017, Issue 1. Art. No:
CD007223. [DOI: 10.1002/14651858.CD007223.pub4]

**Lemmers 2019**

Lemmers M, Verschoor MA, Kim BV, Hickey M, Vazquez JC,
Mol BW, Neilson JP. Medical treatment for early fetal
death (less than 24 weeks). *Cochrane Database of
Systematic Reviews* 2019, Issue 6. Art. No: CD002253. [DOI:
10.1002/14651858.CD002253.pub4]

**MBRRACE-UK 2016**

Knight M, Tuffnell D, Kenyon S, Shakespeare J, Gray R,
Kurinczuk JJ, (Eds) on behalf of MBRRACE-UK. Saving Lives,
Improving Mothers' Care - Surveillance of Maternal deaths in
the UK 2012-14 and Lessons Learned to Inform Maternity Care
from the UK and Ireland Confidential Enquiries into Maternal
Deaths and Morbidity 2009-14. Oxford: National Perinatal
Epidemiology Unit, University of Oxford, 2016.

**Nanda 2012**

Nanda K, Lopez LM, Grimes DA, Peloggia A, Nanda G. Expectant
care versus surgical treatment for miscarriage. *Cochrane
Database of Systematic Reviews* 2012, Issue 3. Art. No:
CD003518. [DOI: 10.1002/14651858.CD003518.pub3]

Pet. Ref. 592

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 601 of 754   PageID.4988

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Neugebauer 1997**

Neugebauer R, Kline J, Shrout P, Skodol A, O'Connor P, Geller PA, et al. Major depressive disorder in the 6 months after miscarriage. *JAMA* 1997;**277**(5):383-8.

**NICE 2019**

National Institute for Health and Clinical Excellence. Ectopic pregnancy and miscarriage: diagnosis and initial management. https://www.nice.org.uk/guidance/ng126 April 17, 2019.

**Puhan 2014**

Puhan MA, Schünemann HJ, Murad MH, Li T, Brignardello-Petersen R, Singh JA, et al. A GRADE Working Group approach for rating the quality of treatment effect estimates from network meta-analysis. *BMJ* 2014;**349**:g5630.

**RevMan 2014 [Computer program]**

Nordic Cochrane Centre, The Cochrane Collaboration Review Manager 5 (RevMan 5). Version 5.3. Copenhagen: Nordic Cochrane Centre, The Cochrane Collaboration, 2014.

**Salanti 2011**

Salanti G, Ades AE, Ioannidis JP. Graphical methods and numerical summaries for presenting results from multiple treatment meta-analysis: An overview and tutorial. *Journal of Clinical Epidemiology* 2011;**64**(2):163-71.

**Schaff 2005**

Schaff EA, DiCenzo R, Fielding SL. Comparison of misoprostol plasma concentrations following buccal and sublingual administration. *Contraception* 2005;**71**(1):22-5.

**Shiers 2003**

Shiers C. Abnormalities of early pregnancy. In: Myles' Textbook for Midwives. 14th edition. Churchill Livingstone, 2003.

**StataCorp. 2019 [Computer program]**

*Stata Statistical Software: Release 16*. College Station, TX: StataCorp LLC.. College Station, TX: StataCorp, 2019.

**Tuncalp 2010**

Tunçalp Ö, Gülmezoglu AM, Souza JP. Surgical procedures for evacuating incomplete miscarriage. *Cochrane Database of Systematic Reviews* 2010, Issue 9. Art. No: CD001993. [DOI: 10.1002/14651858.CD001993.pub2]

**Tunçalp 2012**

Tunçalp Ö, Hofmeyr GJ, Gülmezoglu AM. Prostaglandins for preventing postpartum haemorrhage. *Cochrane Database of Systematic Reviews* 2012, Issue 8. Art. No: CD000494. [DOI: 10.1002/14651858.CD000494.pub4]

**Turner 2012**

Turner RM, Davey J, Clarke MJ, Thompson SG, Higgins JP. Predicting the extent of heterogeneity in meta-analysis, using empirical data from the Cochrane Database of Systematic Reviews. *International Journal of Epidemiology* 2012;**41**(3):818-27.

**Veroniki 2013**

Veroniki AA, Vasiliadis HS, Higgins JP, Georgia S. Evaluation of inconsistency in networks of interventions. *International Journal of Epidemiology* 2013;**42**(1):332–45.

**Vogel 2019**

Vogel JP, Dowswell T, Lewin S, Bonet M, Hampson L, Kellie F, et al. Developing and applying a 'living guidelines' approach to WHO recommendations on maternal and perinatal health. *BMJ Global Health* 2019;**4**:e001683.

**White 2011**

White I. Multivariate random-effects meta-regression: Updates to mvmeta. *Stata Journal* 2011;**11**(2):255-70.

**White 2012**

White IR, Barrett JK, Jackson D, Higgins JP. Consistency and inconsistency in network meta-analysis: Model estimation using multivariate meta-regression. *Research Synthesis Methods* 2012;**3**(2):111-25.

**White 2015**

White IR. Network meta-analysis. *Stata Journal* 2015;**15**:4.

**WHO 2009**

World Health Organization 2009. Integrated management for emergency and essential surgical care (IMEESC) toolkit. www.who.int/surgery/publications/imeesc/en/ (accessed 10 March 2017).

**WHO 2012**

World Health Organization. WHO Generic essential emergency equipment list. https://www.who.int/surgery/publications/s15982e.pdf 2012.

**WHO 2012a**

World Health Organization. Safe abortion: technical and policy guidance for health systems. https://www.who.int/reproductivehealth/publications/unsafe_abortion/9789241548434/en/.

**WHO 2018**

World Health Organization. Medical management of abortion. Geneva: WHO, 2018. [IGO Licence: CC BY-NC-SA 3.0 IGO]

**WHO 2019**

World Health Organization. World Health Organization Model List of Essential Medicines, 21st List, 2019. https://www.who.int/publications/i/item/WHOMVPEMPIAU2019.06 23rd July 2019.

**References to other published versions of this review**

**Gallos 2017**

Gallos ID, Williams HM, Price MJ, Eapen A, Eyo MM, Tobias A, et al. Methods for managing miscarriage: a network meta-analysis. *Cochrane Database of Systematic Reviews* 2017, Issue 3. Art. No: CD012602. [DOI: 10.1002/14651858.CD012602]

\* Indicates the major publication for the study

Pet. Ref. 593

Cochrane Library

Cochrane Database of Systematic Reviews

Trusted evidence.
Informed decisions.
Better health.

# CHARACTERISTICS OF STUDIES

**Characteristics of included studies** *[ordered by study ID]*

**Abdelaleem 2020**

| Study characteristics | |
| --- | --- |
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 84 women attending a university hospital in Egypt between July 2017 and July 2019 with a first trimester miscarriage (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage |
| Notes | Conference abstract only, source of funding not stated, declarations of interest not stated |

| Risk of bias | | |
| --- | --- | --- |
| **Bias** | **Authors' judgement** | **Support for judgement** |
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being expectant management |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | >10% of women lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Al-Maani 2014**

| Study characteristics | |
| --- | --- |
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |

Pet. Ref. 594

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Al-Maani 2014** *(Continued)*

| | |
|---|---|
| Participants | 234 women attending a university hospital in Germany between February 2011 and April 2012 with a miscarriage of ≤13 weeks of gestation (both incomplete and missed miscarriage) |
| Interventions | Suction aspiration as an inpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; days of bleeding |
| Notes | Corresponding author emailed on 01-Apr-2019 to clarify nature of surgical treatment, however, no response was received from the corresponding author after 2 emails. It is the judgement of the authors the surgical intervention was most likely suction aspiration. Source of funding not stated, no declarations of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated list of random numbers |
| Allocation concealment (selection bias) | Low risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | Low risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | < 10% of participants lost to follow-up |
| Selective reporting (reporting bias) | Low risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other significant sources of bias noted |

**Ara 2009**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 600 women attending a university hospital in Bangladesh between January 2007 and December 2008 with a miscarriage of ≤12 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol given vaginally (exact dose and regimen not specified) versus suction aspiration |
| Outcomes | Data presented in an unusable form |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 595

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Ara 2009** *(Continued)*

| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |
|---|---|

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Arellano 2009**

***Study characteristics***

| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 242 women attending a tertiary maternity hospital or a small private family planning clinic in Ecuador between unspecified dates with a miscarriage (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; women's views/satisfaction |
| Notes | Abstract only, no corresponding author details available. Source of funding not stated, declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |

Pet. Ref. 596

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Arellano 2009**  (Continued)

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | High risk | >10% of women lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Arif 2018**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 90 women attending a teaching hospital in Pakistan between August 2017 and February 2018, with a miscarriage of <12 weeks gestation (type of miscarriage unspecified) |
| Interventions | Suction aspiration as an outpatient manual procedure versus dilatation and curettage as an inpatient |
| Outcomes | Complete miscarriage; mean duration of hospital stay |
| Notes | Corresponding author emailed on 04-Jul-2019 to clarify type of miscarriage but no response was received from the corresponding author after 2 emails. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Draw method of randomisation used |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation sequence was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to both arms being surgical and one arm being under local anaesthetic and other arm being under general anaesthetic surgical |
| Blinding of outcome assessment (detection bias) | Unclear risk | Not stated if outcome assessors were blinded |

Pet. Ref. 597

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Arif 2018** *(Continued)*
All outcomes

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other significant sources of bias noted |

**Bagratee 2004**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, randomised, placebo-controlled trial |
| Participants | 104 women presenting to a university hospital in the UK between August 2001 and March 2002 with a miscarriage of <13 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 600 micrograms given vaginally (as a single dose on day 1 and if needed day 2) as an outpatient versus placebo given vaginally (as a single dose on day 1 and if needed day 2) as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; pain scores; pelvic inflammatory disease, endometritis or sepsis; women's views/satisfaction; duration of bleeding; nausea; vomiting; diarrhoea; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer based allocation to either arm |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, sealed envelopes created by a third party |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Both participants and personnel blinded to intervention |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors were blinded to the intervention |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |

Pet. Ref. 598

**Bagratee 2004** *(Continued)*

| | | |
|---|---|---|
| Other bias | Low risk | No other significant sources of bias noted |

## Bique 2007

### *Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 247 women attending a tertiary hospital in Mozambique between December 2004 and January 2006, with a miscarriage of ≤ 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pain scores; pelvic inflammatory disease, endometritis or sepsis; women's views/ satisfaction; nausea; vomiting; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-based randomisation |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, opaque envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | High risk | >10% lost at follow-up with nearly double lost from the suction curettage arm compared to the misoprostol arm |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

## Blohm 2005

### *Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, randomised, placebo-controlled trial |

Pet. Ref. 599

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

**Blohm 2005** *(Continued)*

| | |
|---|---|
| Participants | 126 women attending a university hospital in Sweden between unspecified dates, with a miscarriage in the first trimester (exact gestation unspecified) (type of miscarriage unspecified) |
| Interventions | Misoprostol 400 micrograms given vaginally as an outpatient versus placebo given vaginally as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; pain scores; pelvic inflammatory disease, sepsis or endometritis |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number table used for sequence generation |
| Allocation concealment (selection bias) | Low risk | Sealed numbered enveloped created by a third party used to conceal allocation |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Both participants and personnel blinded to intervention. Placebo and misoprostol identical looking |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Randomisation list not kept by trial team and not broken until after completion of study |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

---

**Braham 2016**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2 arm, unblinded, randomised controlled trial |
| Participants | 60 women attending a tertiary hospital in the Bahamas between April 2007 and October 2007, with a miscarriage in the first trimester (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given orally (every 4 hours for 3 doses in total) as an outpatient versus suction aspiration |
| Outcomes | Days of bleeding |
| Notes | Abstract only available, no corresponding author details or full text available. Source of funding not stated, declarations of interest not stated. |

Pet. Ref. 600

**Braham 2016** *(Continued)*

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | Number of patients in surgical group not clearly stated. |
| Selective reporting (reporting bias) | Unclear risk | No protocol or full text available, complete miscarriage rate only reported for one intervention |
| Other bias | Low risk | No other sources of bias noted |

**Caceres 1979**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 4-arm, unblinded, randomised controlled trial |
| Participants | 600 women attending a tertiary hospital in El Salvador between April 1978 and May 1979 with a miscarriage of ≤ 14 weeks gestation (incomplete miscarriage only) |
| Interventions | Dilatation and curettage versus suction aspiration |
| Outcomes | Complete miscarriage; composite outcome of death of serious complication; pelvic inflammatory disease, endometritis or sepsis; cervical tear; mean duration of hospital stay; readmission to hospital; pyrexia |
| Notes | Study performed with 4 arms with randomisation between inpatient and outpatient settings as well as the two different intervention but these groups were combined for purposes of this review into the interventions above. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 601

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

**Caceres 1979** *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to both arms being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | Outcome assessor was blinded to the intervention |
| Incomplete outcome data (attrition bias)<br>All outcomes | High risk | 24% lost to analysis due to reassignment between study groups |
| Selective reporting (reporting bias) | Unclear risk | No protocol available for inspection but protocol is mentioned in text, no specific evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Caceres 1981**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 4-arm, unblinded, randomised controlled trial |
| Participants | 599 women attending a university maternity hospital in Columbia between April 1978 to September 1978, with a miscarriage of $\leq$ 15 weeks gestation (incomplete miscarriage only) |
| Interventions | Dilatation and curettage versus suction aspiration |
| Outcomes | Composite outcome of death or serious complication; re-admission to hospital; vomiting; pyrexia |
| Notes | It was noted by the authors that 98.7% of participants were $\leq$ 12 weeks of gestation therefore it was felt that as only a very small proportion of participants would be > 14 weeks and that the study should be included. Study performed with 4 arms with randomisation between inpatient and outpatient settings as well as the two different interventions but these groups were combined for purposes of this review into the interventions above. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Shuffled cards in sealed envelopes |
| Allocation concealment (selection bias) | Low risk | Sealed envelopes used |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to surgical nature of both intervention arms |

---

**Methods for managing miscarriage: a network meta-analysis (Review)**
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 602

**Caceres 1981** *(Continued)*

| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors were not blinded |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Chigbu 2012**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 320 women attending a private clinic in Nigeria between January 2010 and December 2011 with a miscarriage of gestation ≤ 12 weeks (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; pain scores; women's views/ satisfaction; nausea; vomiting; diarrhoea; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 603

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chigbu 2012** *(Continued)*

| | | |
|---|---|---|
| Other bias | Low risk | No other sources of bias noted |

**Chipchase 1997**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 35 women attending a university hospital in the UK between unspecified dates, with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Suction aspiration as an inpatient electric procedure versus expectant management as an outpatient |
| Outcomes | Pelvic inflammatory disease, endometritis or sepsis; women's views/ satisfaction |
| Notes | Published short communication only, no up-to-date corresponding author details or full paper found. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Chu 2020**

*Study characteristics*

| | |
|---|---|
| Methods | Multi-centre, 2-arm, blinded, placebo-controlled randomised controlled trial |

Pet. Ref. 604

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chu 2020** *(Continued)*

| | |
|---|---|
| Participants | 711 women attending hospitals in the UK between Oct 2017 and July 2019 with a miscarriage of ≤12 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 200 mg given orally or an oral placebo tablet, both followed by a single dose of vaginal, oral, or sublingual misoprostol 800 micrograms 2 days later. |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; infection; need for emergency surgery; days of bleeding. |
| Notes | Funded by the UK NIHR Health Technology Assessment program (project number HTA 15/160/02). Authors declare no relevant conflicts of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer generated in 1:1 ratio with the use of minimization. |
| Allocation concealment (selection bias) | Low risk | Through a secure, centralised Internet facility. |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Study participants and caregivers were blinded to treatment allocations. |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Assessors were blinded to treatment allocations. |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | Attrition bias was <10% and balanced across study arms. |
| Selective reporting (reporting bias) | Low risk | The study report matches the study protocol (ISRCTN17405024) that was registered prospectively. |
| Other bias | Low risk | Funded by the UK NIHR Health Technology Assessment programme (project number HTA 15/160/02). |

**Chung 1997**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 350 women attending a university hospital in Hong Kong between unspecified dates, with a miscarriage (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Suction aspiration versus expectant management |
| Outcomes | Data presented in an unusable form |

Pet. Ref. 605

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chung 1997** *(Continued)*

| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |
|---|---|

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Chung 1999**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 635 women attending a university hospital in Hong Kong between October 1995 and January 1998, with a miscarriage (exact gestation unspecified but the mean gestation of each arm was < 11 weeks with a standard deviation of 2.6 for the suction aspiration group and 2.5 for the misoprostol group) (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 400 micrograms given orally (every 4 hours for 3 doses in total) as an inpatient versus suction aspiration as an inpatient electric procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; pelvic inflammatory disease, endometritis or sepsis; change in haemoglobin measurements before and after the miscarriage; days of bleeding; cervical tear; mean duration of hospital stay |
| Notes | Author confirmed via email on 02-May-2019 that surgical arm was electric suction curettage +/- possible check curettage. Trial funded by Health Services Research Fund of Hong Kong. Declarations of interest not stated. |

***Risk of bias***

Pet. Ref. 606

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Chung 1999** *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence generation (selection bias) | Low risk | Computer-generated set of random numbers |
| Allocation concealment (selection bias) | Low risk | Serially-numbered, opaque envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up at 2 weeks |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Dabash 2010**

| *Study characteristics* | |
|------------------------|--|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 697 women attending 2 tertiary hospitals in Egypt between 7th February 2007 and 28th October 2008, with a miscarriage of ≤12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given sublingually as an outpatient versus suction aspiration as an outpatient or inpatient manual procedure |
| Outcomes | Complete miscarriage; change in haemoglobin measurements before and after the miscarriage; women's views/ satisfaction; nausea; vomiting; pyrexia |
| Notes | Study was funded by the David and Lucille Packard Foundation. The authors declare no conflicts of interest. |

| *Risk of bias* | | |
|---------------|--|--|
| **Bias** | **Authors' judgement** | **Support for judgement** |
| Random sequence generation (selection bias) | Low risk | Remote, third party, computer-generated randomisation in blocks of 10 |
| Allocation concealment (selection bias) | Low risk | Remotely created by a third party, sequentially-numbered envelopes |

Pet. Ref. 607

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Dabash 2010**  *(Continued)*

| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
|---|---|---|
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Dangalla 2012**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 160 women attending a university hospital in Sri Lanka between 1st January 2009 to 15th July 2009 with a miscarriage of < 14 weeks gestation (incomplete miscarriage only) |
| Interventions | Expectant care as an inpatient versus suction aspiration as an inpatient electric procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; women's<br><br>views/ satisfaction |
| Notes | Clinical Trials Register, Sri Lanka (SLCTR/2008/011). Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Block randomisation used |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed, opaque envelopes |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |

Pet. Ref. 608

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Dangalla 2012** *(Continued)*

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | Some results were only reported as a difference with a P-value not the actual results themselves. |
| Other bias | Low risk | No other sources of bias notes |

**Dao 2007**

***Study characteristics***

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 460 women attending 2 university hospitals in Burkina Faso between April 2004 and October 2004 with a miscarriage of < 12 weeks of gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; pain score; pelvic inflammatory disease, endometritis or sepsis; women's views/ satisfaction; re-admission to hospital; nausea; vomiting; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, computer-generated random sequence |
| Allocation concealment (selection bias) | Low risk | Third-party, sequentially-ordered, opaque, sealed envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if all outcome assessors were blinded, only stated sonographers performing scans were not members of the study team |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | Funded by the Packard Foundation |

Pet. Ref. 609

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Das 2014

### Study characteristics

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 222 women attending a university hospital in Pakistan between May 2011 and April 2012 with a miscarriage of <12 weeks of gestation (incomplete miscarriage only) |
| Interventions | Manual vacuum aspiration versus misoprostol 600 micrograms given orally as an outpatient |
| Outcomes | Complete miscarriage; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated; no evidence of prospective trial registration |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Randomisation using computer-generated random sequence, |
| Allocation concealment (selection bias) | Low risk | Treatment was printed on a card and that card was closed in a envelop. Envelopes were then sealed and were mixed randomly |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being surgical management and other arm being medical management |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% of women lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available. |
| Other bias | Low risk | No other sources of bias noted |

## Davis 2007

### Study characteristics

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 652 women attending 4 university medical centres in the USA between March 2002 and March 2004 with a miscarriage of ≤13 weeks gestation (both incomplete and missed miscarriage) |

Pet. Ref. 610

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Davis 2007** *(Continued)*

| | |
|---|---|
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed day 3) as an out-patient versus suction aspiration either as an outpatient manual or inpatient electric procedure in a 3:1 ratio |
| Outcomes | Changes in haemoglobin measurements before and after the miscarriage |
| Notes | Is a secondary analysis of Zhang 2005. Funded by contracts (N01-HD-1-3321, N01- HD-3322, N01-HD-3323, N01-HD-3324, and N01-HD-3325) with the National Institute of Child Health and Human Development, National Institutes of Health. No declarations of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Centralised, remote, computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | Centralised, remote, computer-generated allocation |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | Not clear if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (re-porting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias notes |

**de Holanda 2003**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 102 women attending a university hospital in Brazil between Jan 1998 and July 2001 with a miscarriage of ≤12 weeks gestation (type of miscarriage not specified) |
| Interventions | Suction curettage versus manual vacuum aspiration |
| Outcomes | Pain control, need of mechanical cervical dilation, time of evacuation of the uterus, rate of complica-tions and hospital stay |
| Notes | Source of funding not stated, declarations of interest not stated. None of the reported outcomes were eligible for inclusion in the review. |

Pet. Ref. 611

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**de Holanda 2003**  *(Continued)*

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to the two groups being surgical management |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (re-porting bias) | Unclear risk | No protocol or full text available |
| Other bias | Unclear risk | No other sources of bias noted |

**de Jonge 1995**

### Study characteristics

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 50 women attending a university hospital in South Africa between unspecified dates with a miscarriage of ≤ 14 weeks of gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given orally as an inpatient versus dilatation and curettage as an inpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication |
| Notes | Short communication only available, no corresponding author contact details or full paper available. Source of funding not stated, declarations of interest not stated. |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Computer-generated, random numbers |
| Allocation concealment (selection bias) | Low risk | Opaque, sealed envelopes used |

Pet. Ref. 612

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**de Jonge 1995** *(Continued)*

| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
|---|---|---|
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | Protocol mentioned but not available for review. No evidence of selective reporting. |
| Other bias | Low risk | No other sources of bias noted |

**Demetroulis 2001**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 80 women attending a secondary hospital in the UK between unspecified dates, with a miscarriage of <13 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 800 micrograms given vaginally as an inpatient versus suction aspiration as an inpatient electric procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; women's views/satisfaction; nausea; vomiting; diarrhoea |
| Notes | Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, random numbers |
| Allocation concealment (selection bias) | Low risk | Opaque, sealed envelopes |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if all outcome assessors were blinded |

Pet. Ref. 613

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 622 of 754   PageID.5009

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Demetroulis 2001** *(Continued)*

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Fernlund 2018**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 189 women attending a university hospital in Sweden between September 2008 and December 2015, with a miscarriage of 6 to 16 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death of serious complication; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; days of bleeding; mean duration of hospital stay; re-admission to hospital; nausea; vomiting; diarrhoea |
| Notes | Clinicaltrials.gov identifier NCT01033903. Study terminated prematurely due to slower than anticipated recruitment despite a prolonged recruitment period. |
| | It was noted the maximum gestation age of the study was 16 weeks, however, the mean gestational age in weeks of the misoprostol arm was 10.9 with a standard deviation of 2.0 and the mean gestational age in weeks of the expectant arm was 10.8 with a standard deviation of 1.8 and so it was felt by the authors that the vast majority of patients would have been ≤ 14 weeks gestation and therefore the paper was included. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, computer-generated, randomisation in blocks of 6 |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed, opaque envelopes prepared by a third party |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Participants and personnel were unblinded |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessor was unblinded |
| Incomplete outcome data (attrition bias) | Low risk | < 10% lost to follow-up |

Pet. Ref. 614

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Fernlund 2018**  (Continued)
All outcomes

| | | |
|---|---|---|
| Selective reporting (reporting bias) | Low risk | Outcomes listed in protocol have been reported |
| Other bias | Low risk | No other sources of bias noted |

**Fonseca 1997**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, randomised controlled trial |
| Participants | 30 women attending an unspecified healthcare facility in Brazil between 11th December 1995 and 4th January 1996 with a miscarriage of <12 weeks gestation (incomplete miscarriage only) |
| Interventions | Dilatation and sharp curettage as an inpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Mean duration of hospital stay |
| Notes | Translation only available at time of data extraction. Cochrane translation by r.reisdasilva@gmail.com. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation sequence was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | Unclear risk | Not stated if participants and personnel were blinded |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if all outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available |
| Other bias | Low risk | No other sources of bias noted |

Pet. Ref. 615

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Ganguly 2010

### Study characteristics

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 180 women attending a university hospital in India between 1st May 2007 and 30th April 2008, with a miscarriage of <12 weeks gestation (both incomplete and missed miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed on day 3) as an outpatient versus suction aspiration as an inpatient manual procedure in a 2:1 ratio |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; cervical tear; nausea; diarrhoea; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, random number list |
| Allocation concealment (selection bias) | Low risk | Opaque, sealed envelopes used |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

## Gazvani 2000

### Study characteristics

| | |
|---|---|
| Methods | Single centre, 3-arm, unblinded, randomised controlled trial |
| Participants | 22 women attending a maternity hospital in the UK between November 1998 and April 1999, with a miscarriage in the 1st trimester (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Suction aspiration as a manual procedure versus expectant management |
| Outcomes | Data presented in an unusable form |

Pet. Ref. 616

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Gazvani 2000** *(Continued)*

| | |
|---|---|
| Notes | Abstract only, no corresponding author details available, medical management arm was also present for patients with missed miscarriage but medical management was not qualified and therefore this side of trial not included, results given for incomplete miscarriage side of trial do not make mathematical sense. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Graziosi 2004**

*Study characteristics*

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 154 women attending three hospitals in the Netherlands between November 2001 and June 2003 with a miscarriage of between 6 and 14 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 200 micrograms given vaginally, followed by misoprostol 800 micrograms given vaginally if needed versus suction aspiration |
| Outcomes | Complete miscarriage; need for emergency surgery; pain score; days of bleeding; nausea; diarrhoea |
| Notes | Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Randomisation was performed using a computer program with a block randomisation sequence |

Pet. Ref. 617

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Graziosi 2004** *(Continued)*

| Allocation concealment (selection bias) | Low risk | A computer-based block randomisation sequence guaranteed the conceal-ment of allocation. |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome as-sessment (detection bias) All outcomes | Low risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Unclear risk | No patients lost to follow-up |
| Selective reporting (re-porting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Unclear risk | No other sources of bias noted |

**Hamel 2021**

*Study characteristics*

| Methods | Multi-centre, 2-arm, blinded, placebo-controlled randomised controlled trial |
| Participants | 351 women attending hospitals in the Netherlands between June 2018 and January 2020 with a mis-carriage of ≤14 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 200 mg given orally or an oral placebo tablet, both followed by misoprostol 800 micro-grams given orally 36 to 48 hours later. |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; infection; need for emer-gency surgery; diarrhoea; nausea |
| Notes | Funded by the (project number: 3080 B15191). In addition, departmental funds from the Department of Obstetrics and Gynaecology from both Radboud university medical centre and Canisius Wilhelmina Hospital, both Nijmegen, the Netherlands, were used. Dr. Hamel reports grants from Healthcare Insur-ers Innovation<br>Foundation, during the conduct of the study; meant to cover costs of performing the trial, no involve-ment in any other aspect of the trial such as study design, data gathering/analysis, manuscript prepara-tion. All other authors have nothing to declare. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Randomisation was conducted by block randomisation, with a block size of eight, stratified by hospital. The randomisation tables were generated by two independent physicians, who had no further role in the execution of the trial. |
| Allocation concealment (selection bias) | Low risk | Through a secure, computerised system. |

Pet. Ref. 618

Cochrane Database of Systematic Reviews

**Hamel 2021**  (Continued)

| | | |
|---|---|---|
| Blinding of participants and personnel (performance bias)<br>All outcomes | Low risk | Study participants and caregivers were blinded to treatment allocations. |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Low risk | Assessors were blinded to treatment allocations. |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | Attrition bias was <10% and balanced across study arms. |
| Selective reporting (reporting bias) | Low risk | The study report matches the study protocol (ISRCTN17405024) that was registered prospectively. |
| Other bias | Low risk | Funded by the Healthcare Insurers Innovation Foundation (project number: 3080 B15191). In addition, departmental funds from the Department of Obstetrics and Gynaecology from both Radboud university medical centre and Canisius Wilhelmina Hospital, both Nijmegen, the Netherlands, were used. |

**Harwood 2008**

**Study characteristics**

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 652 women attending 4 university hospitals in the USA between March 2002 and March 2004 with a miscarriage of <12 weeks of gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed day 3) as an outpatient versus suction aspiration either as an outpatient manual or inpatient electric procedure in a 3:1 ratio |
| Outcomes | Pain scores; depression; anxiety |
| Notes | this is a secondary analysis of Zhang 2005. NICHD, National Institutes of Health (NIH), under contract numbers N01-HD-1-3321 through 3325 and by NIH General Clinic Research Center Grant MOIRR000056. Declarations of interest not stated. |

**Risk of bias**

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Centralised, remote, computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | Centralised, remote, computer-generated allocation |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 619

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Harwood 2008** *(Continued)*

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not clear if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias notes |

**Ibiyemi 2018**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 200 women attending a teaching hospital in Nigeria between April 2014 and November 2015 with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an inpatient versus suction aspiration as an inpatient manual procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; women's views/ satisfaction; nausea; vomiting; diarrhoea; pyrexia |
| Notes | PACTR201803003087264. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated random numbers |
| Allocation concealment (selection bias) | Low risk | Allocation concealed, statistician not involved in care |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Participants and personnel were not blinded |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | Outcome assessors were not blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | High risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | Protocol not able to be found but no obvious selective reporting |

Pet. Ref. 620

**Ibiyemi 2018** *(Continued)*

| Other bias | Low risk | No other sources of bias noted |
|---|---|---|

### Igogo 2015

#### *Study characteristics*

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 260 women attending a district general hospital and a tertiary hospital in Kenya between unspecified dates, with a miscarriage (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Suction aspiration as an outpatient manual procedure versus misoprostol 400 micrograms given sublingually as an outpatient |
| Outcomes | Data presented in an unusable form |
| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

#### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

### Kaluaarachchi 2015

#### *Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 3-arm, unblinded, randomised controlled trial |

Pet. Ref. 621

Cochrane Database of Systematic Reviews

**Kaluaarachchi 2015**  *(Continued)*

| Participants | 180 women attending a university hospital in Sri Lanka between unspecified dates, with a miscarriage in the first trimester (both incomplete and missed miscarriage) |
|---|---|
| Interventions | Suction aspiration versus medical management versus expectant management |
| Outcomes | Data presented in an unusable form |
| Notes | Abstract only, no corresponding author details available, medical management not qualified, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical, one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available |
| Other bias | Low risk | No other sources of bias noted |

**Karlsen 2001**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 97 women attending a women's Clinic in Norway between unspecified dates, with a miscarriage of $\leq 12$ weeks gestation (type of miscarriage unspecified) |
| Interventions | Suction aspiration as an inpatient procedure versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; pelvic inflammatory disease, endometritis or sepsis; days of bleeding |
| Notes | Email of corresponding author not in use anymore, article translated to English for data extraction from Norwegian. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

Pet. Ref. 622

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Karlsen 2001** *(Continued)*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence of envelopes was achieved |
| Allocation concealment (selection bias) | Low risk | Closed envelopes were used to conceal allocation |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being surgical and other arm being expectant |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No loss to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Kashif 2020**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---------|--------------------------------------------------------------|
| Participants | 60 women attending a university hospital in Pakistan between August 2011 and August 2012 with a miscarriage of <12 weeks of gestation (incomplete and missed miscarriage) |
| Interventions | Misoprostol 800 micrograms given vaginally as an outpatient versus suction aspiration as an inpatient |
| Outcomes | Complete miscarriage; need for emergency surgery; infection; pyrexia; vomiting; diarrhoea |
| Notes | Source of funding not stated, declarations of interest not stated; no evidence of prospective trial registration |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence generation (selection bias) | Unclear risk | Randomisation achieved using block method, however block size not stated |
| Allocation concealment (selection bias) | Unclear risk | Details of allocation concealment not stated |
| Blinding of participants and personnel (performance bias) | High risk | Not possible due to one arm being medical management and other arm being expectant management |

Pet. Ref. 623

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Kashif 2020** *(Continued)*
All outcomes

| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% of women lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No registered protocol or prospective trial registration available |
| Other bias | Low risk | No other sources of bias noted |

**Kittiwatanakul 2012**

*Study characteristics*

| Methods | Single-centre, 2 arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 94 women attending a hospital in Thailand between 1st March 2005 and 15th December 2009 with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Suction aspiration as an outpatient electric procedure versus dilatation and curettage as an outpatient procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; mean volume of blood loss |
| Notes | Source of funding not stated, the authors declare no conflicts of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, random number list used |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, opaque, sealed envelopes used |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to both arms being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |

Pet. Ref. 624

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Kittiwatanakul 2012** *(Continued)*

| | | |
|---|---|---|
| Selective reporting (reporting bias) | Unclear risk | No protocol but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Kong 2013**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 3-arm, unblinded, randomised controlled trial |
| Participants | 180 women attending a university-affiliated, tertiary hospital in Hong Kong between September 2008 and July 2010 with a miscarriage in the first trimester (exact gestation not specified) (both incomplete and missed miscarriage) |
| Interventions | Suction aspiration as an inpatient procedure versus misoprostol 800 micrograms given vaginally as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; change in haemoglobin measurements before and after the miscarriage; days of bleeding; readmission to hospital; vomiting; diarrhoea; pyrexia; anxiety score; depression score |
| Notes | Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, random numbers used |
| Allocation concealment (selection bias) | Low risk | Personnel were unaware of randomisation schedule |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical, another being surgical and another being expectant |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | Protocol mentioned in text but not available for inspection. No obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

Pet. Ref. 625

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 634 of 754   PageID.5021

### Kovavisarach 2002

#### *Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, single-blinded, randomised placebo-controlled trial |
| Participants | 54 women attending a tertiary hospital in Thailand between 1st July 1998 and 31st January 1999 with a miscarriage of ≤12 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 400 micrograms given vaginally as an outpatient versus placebo given vaginally as an out-patient |
| Outcomes | Complete miscarriage; diarrhoea; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

#### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how patients were randomly allocated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | Unclear risk | Not stated if study personnel were blinded, it is assumed participants were blinded due to the use of a placebo |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

### Kyaw 2015

#### *Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 108 women attending a teaching hospital in Myanmar between unspecified dates with a miscarriage (exact gestation not specified) (type of miscarriage not specified) |
| Interventions | Misoprostol 800 micrograms given vaginally as an inpatient versus dilatation and curettage as an inpatient |
| Outcomes | Complete miscarriage; mean volume of blood loss |

Pet. Ref. 626

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Kyaw 2015** *(Continued)*

| | |
|---|---|
| Notes | Abstract only, corresponding author details not available. The abstract states 800mg of misoprostol was used. It is assumed that the authors mean Mg to mean micrograms. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Lottery method used for randomisation |
| Allocation concealment (selection bias) | Unclear risk | Allocation sequence unlikely to have been concealed due to lottery method |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% of participants lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol or full paper available but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Lee 2001**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 218 women attending a university teaching hospital in Hong Kong between October 1995 and June 1996 with a miscarriage (exact gestation not specified) (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given orally (every 4 hours for 3 doses in total) as an inpatient versus dilatation and curettage as an inpatient |
| Outcomes | Depression score |
| Notes | It is assumed that when describing the medical arm in the full text the unit of measurement of pg was written in error and it was supposed to be micrograms, not picograms. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|

Pet. Ref. 627

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Lee 2001**  *(Continued)*

| | | |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Computer-generated, set of random numbers used |
| Allocation concealment (selection bias) | Low risk | Opaque, sequentially-numbered envelopes |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | High risk | >10% lost to follow-up in each arm |
| Selective reporting (re-porting bias) | High risk | No protocol available. Complete miscarriage not and other clinical outcomes not reported to give context for depression scores. |
| Other bias | Low risk | No other sources of bias noted |

**Lister 2005**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, randomised placebo-controlled trial |
| Participants | 36 women attending a teaching hospital in the USA| between 15th February 2002 and 19th March 2003 with a miscarriage (exact gestation not stated) (missed miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed day 2) as an outpa-tient versus placebo given vaginally (as a single dose on day 1 and if needed day 2) |
| Outcomes | Complete miscarriage; pain scores; women's views/ satisfaction; re-admission to hospital; nausea; vomiting; diarrhoea |
| Notes | Supported by the Riverside Methodist Hospital Medical Research Foundation, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Random sequence generated by the study epidemiologist in blocks |
| Allocation concealment (selection bias) | Low risk | Opaque randomisation packets used and both interventions similar in appear-ance |
| Blinding of participants and personnel (perfor-mance bias) | Low risk | Study personnel and participants blinded to intervention and placebo similar in appearance to misoprostol |

Pet. Ref. 628

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Lister 2005** *(Continued)*
All outcomes

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol or full text available but no obvious selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Machtinger 2002**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 66 women attending a medical centre in Israel between unspecified dates with a miscarriage of ≤ 9 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 600 milligrams given orally + misoprostol 400 micrograms given orally 48 hours later and if needed repeat of misoprostol dose 3 hours later versus misoprostol 400 micrograms given orally + misoprostol 400 micrograms given orally 48 hours later and if needed repeat of misoprostol dose 3 hours later |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; pyrexia |
| Notes | Abstract only, no corresponding author details, It is assumed that the units of measurement for mifepristone (mcg) and misoprostol (mg) were written incorrectly in the abstract and therefore the units of measurement of milligrams and micrograms respectively were used as written above. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated methods of randomisation |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | The study was unblinded |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |

Pet. Ref. 629

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Machtinger 2002** *(Continued)*

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias)<br>All outcomes | Unclear risk | 1 patient unaccounted, it is unclear from which study group they were lost |
| Selective reporting (reporting bias) | Unclear risk | No protocol or full text available but no obvious selective reporting |
| Other bias | Low risk | Mifepristone provided as a non-limited gift by A. Lapidot |

**Machtinger 2004**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 4-arm, unblinded, randomised controlled trial |
| Participants | 205 women attending a medical centre in Israel between unspecified dates with a miscarriage of < 9 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 600 milligrams given orally + misoprostol 400 micrograms given orally 48 hours later and if needed repeat of misoprostol dose 3 hours later versus mifepristone 600 milligrams given orally + misoprostol 800 micrograms given vaginally 48 hours later versus misoprostol 400 micrograms given orally + misoprostol 400 micrograms given orally 48 hours later and if needed repeat of misoprostol dose 3 hours later versus misoprostol 800 micrograms given vaginally + misoprostol 800 micrograms given vaginally 48 hours later all as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; pyrexia |
| Notes | Abstract only, no corresponding author details, for purposes of this review, the two arms both containing mifepristone and misoprostol and the two arms both containing misoprostol only were combined. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated method of randomisation |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | The study was unblinded |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |

Pet. Ref. 630

**Machtinger 2004** *(Continued)*

| | | |
|---|---|---|
| Selective reporting (reporting bias) | Unclear risk | No protocol or full text available but no obvious selective reporting |
| Other bias | Unclear risk | Group 2 > 50% smaller than Group 1, Mifepristone provided as a non limited gift by A. Lapidot. |

**Montesinos 2011**

***Study characteristics***

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 242 women attending a tertiary maternity hospital or a small private secondary level family planning clinic in Ecuador between 6th November 2006 and 28th November 2007 with a miscarriage of ≤ 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration either as an outpatient or inpatient manual procedure |
| Outcomes | Complete miscarriage; days of bleeding; women's views/satisfaction; nausea; vomiting; pyrexia |
| Notes | Clinicaltrials.gov trial registration number NCT00674232. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Remotely created, stratified, computer-generated random sequence in blocks of 10 |
| Allocation concealment (selection bias) | Low risk | Remotely created, sequentially-numbered, sealed, opaque envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | High risk | 16% lost to follow-up |
| Selective reporting (reporting bias) | High risk | Secondary outcomes reported in paper were not pre-specified in the original protocol that was registered. |
| Other bias | Unclear risk | The method of outcome assessment varied between sites with some being assessed clinically and others using ultrasound, funded by Packard Foundation |

---

Pet. Ref. 631

Cochrane **Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

### Moodliar 2005

#### Study characteristics

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 94 women attending a tertiary university teaching hospital in South Africa between October 2003 and April 2004 with a miscarriage of ≤13 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given vaginally (as a single dose on day 1 and if needed on day 2) as an in-patient versus dilatation and curettage as an inpatient procedure |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pain scores; pelvic inflammatory disease, endometritis or sepsis; days of bleeding; women's views/ satisfaction; nausea; vomiting; diarrhoea |
| Notes | Source of funding not stated, declarations of interest not stated. |

#### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated patient number allocation |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, sealed, envelopes created by a third party |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

---

### Muffley 2002

#### Study characteristics

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 50 women attending a naval military medical centre in the USA between June 1999 and March 2000 with a miscarriage of < 12 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed on day 2) as an outpatient versus suction aspiration either as an inpatient or an outpatient |

---

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 632

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Mufffley 2002** *(Continued)*

| | |
|---|---|
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/ emergency surgical procedure; nausea; vomiting; diarrhoea |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera- tion (selection bias) | Low risk | Block randomisation via computer-generated, random number table |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed, opaque envelopes created by a third party |
| Blinding of participants and personnel (perfor- mance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome as- sessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (re- porting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Unclear risk | The study authors noted that some medical patients had misoprostol co-ad- ministered with a vaginal lubricant which could have introduced non-unifor- mity of dosing or a variable absorption pattern. Authors acknowledge this study maybe subject to a type 2 statistical error due to overestimation of the success of misoprostol. |

**Nadarajah 2014**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 360 women attending a tertiary hospital in Malaysia between 1st January 2009 and 31st December 2009 with a miscarriage of ≤ 14 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Suction aspiration as an inpatient procedure versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; mean volumes of blood loss; change in haemoglobin measurements before and after the miscarriage; days of bleeding; cervical tears; women's views/satisfaction; readmission to hospital |
| Notes | Source of funding not stated, declarations of interest not stated. |

Pet. Ref. 633

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Nadarajah 2014** *(Continued)*

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated random sequence prepared in blocks of 10 |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | The study was unblinded |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors were not blinded to the interventions |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Nasreen 2009**

### *Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 216 women attending a university hospital in Bangladesh between January 2006 and January 2008 with a miscarriage of ≤10 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 400 micrograms given orally (every 4 hours for 3 doses in total) + if needed misoprostol 200 micrograms given orally 48 hours later versus suction aspiration with cervical priming using misoprostol 400 micrograms given orally as an outpatient manual procedure |
| Outcomes | Complete miscarriage; women's views/ satisfaction; pyrexia |
| Notes | Abstract only available, no corresponding author details. It is stated 216 women were randomised but only 100 in each arm. It is not explained what happened to these 16 patients. Source of funding not stated, declarations of interest not stated. |

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |

Pet. Ref. 634

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Nasreen 2009** *(Continued)*

| | | |
|---|---|---|
| Allocation concealment (selection bias) | Unclear risk | Allocation concealment not stated |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | High risk | 16 patients not accounted for in each arm compared to initial randomisation |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Ngai 2001**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 60 women attending a university tertiary hospital in Hong Kong between 1998 and 1999 (exact dates not specified) with a miscarriage of ≤ 12 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 400 micrograms given vaginally (as a single dose on day 1 and if needed on day 3 and day 5) as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; nausea; vomiting; diarrhoea |
| Notes | It is not stated in the paper what the type of infection was but it is the judgment of the authors the cases of infection would be of gynaecological origin or sepsis. Study was supported by the Committee on Research and Conference Grants, the University of Hong Kong; declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Validated randomisation table |
| Allocation concealment (selection bias) | Low risk | Serially-labelled, opaque envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being expectant |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 635

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Ngai 2001** *(Continued)*

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Nielsen 1995**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 155 attending a university hospital in Sweden between December 1992 and March 1994 with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Expectant management as an outpatient versus dilatation and curettage as an inpatient in a 2:1 ratio |
| Outcomes | Complete miscarriage; pelvic inflammatory disease, endometritis or sepsis; days of bleeding |
| Notes | Supported by grants from the Swedish Medical Research Council (B95-17X-11237-01A); declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Randomisation via drawing pre-prepared sealed envelopes |
| Allocation concealment (selection bias) | Low risk | Allocation via drawing sealed envelopes from a box |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being surgical and other being expectant |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 636

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

**Nielsen 1995** *(Continued)*

| | | |
|---|---|---|
| Other bias | Low risk | No other sources of bias noted |

---

**Nielsen 1999**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 122 women attending a university hospital in Sweden between unspecified dates with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Mifepristone 400milligrams given orally + misoprostol 400 micrograms given orally 48 hours later as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pain score; pelvic inflammatory disease, endometritis or sepsis; days of bleeding; women's views/ satisfaction |
| Notes | Source of funding not stated, declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being expectant |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | It is stated the study was not blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

---

**Niinimaki 2006**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|

---

Pet. Ref. 637

Cochrane Database of Systematic Reviews

**Niinimaki 2006**  *(Continued)*

| | |
|---|---|
| Participants | 98 women attending a university hospital in Finland between 4th February 2003 and 8th December 2004 with a miscarriage in the first trimester (exact gestation unspecified) (both incomplete and missed miscarriage) |
| Interventions | Mifepristone 200 milligrams given orally + misoprostol 800 micrograms given vaginally 24 to 72 hours later as an outpatient versus suction aspiration as an inpatient procedure |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; women's views/ satisfaction; re-admission to hospital |
| Notes | Some of the surgical arm may have received cervical priming with 400 micrograms of misoprostol given vaginally, however, it is the judgment of the authors the majority would not have been, as cervical priming was mainly given to nulliparous patients and the mean parity of the surgical arm was 1.7. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third party, computer randomisation was used in blocks of 6 |
| Allocation concealment (selection bias) | Low risk | Numbered, opaque, envelopes created by a third party |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Nwafor 2020**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 100 women attending a university hospital in Nigeria between February 2018 and August 2018 with a miscarriage of <13 weeks of gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus manual vacuum aspiration as an inpatient |

Pet. Ref. 638

**Nwafor 2020** *(Continued)*

| | |
|---|---|
| Outcomes | Complete miscarriage, need for emergency surgery, infection, cervical tear |
| Notes | No external funding obtained to conduct the study, authors declare no conflicts of interest.; no evidence of prospective trial registration |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | A statistician blinded to the study's objectives generated the allocation sequence by simple randomisation using `computer-generated` random numbers. |
| Allocation concealment (selection bias) | Low risk | The allocation concealment was achieved by placing the allocation in sequentially numbered, opaque, sealed identical envelopes. |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical management |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors not blinded to the intervention allocation |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% of women lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No registered protocol or prospective trial registration available |
| Other bias | Low risk | No other sources of bias noted |

**Patua 2013**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 100 women attending a university hospital in India in 2009 (exact dates unspecified), with a miscarriage of ≤ 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given vaginally (every 3 hours for 3 doses in total) as an inpatient versus suction aspiration as an inpatient |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; change in haemoglobin measurements before and after the miscarriage; pyrexia |
| Notes | Source of funding not stated, the authors declare no conflicts of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|

Pet. Ref. 639

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Patua 2013** *(Continued)*

| | | |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Random number table used for randomisation |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Participants and personnel were unblinded |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Pereira 2006**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 100 women attending a University hospital in Brasil between 1st January 2003 and 17th March 2004, with a miscarriage of <13 weeks gestation (incomplete miscarriage only) |
| Interventions | Dilatation and curettage as an inpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Composite outcome of death or serious complications; change in haemoglobin measurement before and after the miscarriage; cervical tear; mean duration of hospital stay; pyrexia |
| Notes | Paper available in Portuguese only. Translation used for data extraction. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm using general anaesthesia and other not using anaesthetic |

Pet. Ref. 640

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Pereira 2006** *(Continued)*

| | | |
|---|---|---|
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors were unblinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available, figures reported in results text not reported |
| Other bias | Low risk | No other sources of bias noted |

**Phusaanantakul 2010**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, placebo-controlled randomised trial |
| Participants | 48 women attending a university hospital in Thailand between October 2008 and June 2009 with a miscarriage of < 12 weeks gestation (missed miscarriage only) |
| Interventions | Isosorbide mononitrate 20 milligrams given vaginally 4 hours before suction aspiration as an inpatient versus placebo given vaginally 4 hours before suction aspiration as an inpatient |
| Outcomes | Women's views/ satisfaction |
| Notes | Source of funding not stated, the authors declare no conflicts of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed, opaque envelopes used |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Study was double blinded, placebo was identical-looking to intervention |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors blinded to intervention versus placebo |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | High risk | No protocol available and no results given for outcomes such as nausea, vomiting, headache, palpitations and vaginal bleeding which were discussed in the materials and methods section |

Pet. Ref. 641

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Phusaanantakul 2010** *(Continued)*

| | | |
|---|---|---|
| Other bias | Low risk | No other sources of bias noted |

---

**Sahin 2001**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 80 women attending a university hospital in Turkey between unspecified dates, with a miscarriage of ≤ 10 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 200 micrograms given vaginally + misoprostol 200 micrograms given via an unspecified route 4-6 hourly for 5 days as an outpatient versus suction aspiration as either an inpatient or outpatient procedure |
| Outcomes | Complete miscarriage; pelvic inflammatory disease, endometritis or sepsis; change in haemoglobin measurement before and after the miscarriage; days of bleeding; women's views/ satisfaction |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Randomisation process not stated |
| Allocation concealment (selection bias) | Unclear risk | Allocation concealment not mentioned |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

---

**Salam 2016**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |

Pet. Ref. 642

Trusted evidence.
Informed decisions.
Better health.

**Salam 2016** *(Continued)*

| | |
|---|---|
| Participants | 610 women attending a university hospital in Pakistan between July 2014 and July 2015 with a miscarriage of < 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Suction aspiration as a outpatient manual procedure versus dilatation and curettage as an outpatient |
| Outcomes | Complete miscarriage |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Randomisation process not stated |
| Allocation concealment (selection bias) | Unclear risk | Allocation concealment not stated |
| Blinding of participants and personnel (performance bias) All outcomes | Unclear risk | Blinding of participants or personnel not stated |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available and no other outcomes available |
| Other bias | Low risk | No other sources of bias noted |

**Schreiber 2018**

*Study characteristics*

| | |
|---|---|
| Methods | Multi-centre, 2-arm, single-blinded, randomised controlled trial |
| Participants | 300 women attending 2 university hospitals in the USA between May 2014 and April 2017, with a miscarriage of <13 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 200 milligrams given orally + misoprostol 800 micrograms given vaginally 24 hours later (and if needed repeated 48 to 72 hours later) as an outpatient versus misoprostol 800 micrograms given vaginally (and if needed repeated 48 to 72 hours later) as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; pelvic inflammatory disease, sepsis or endometritis; nausea, vomiting, diarrhoea, pyrexia |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 643

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Schreiber 2018** *(Continued)*

| | |
|---|---|
| Notes | PreFaiR trial Clinicaltrials.gov NCT02012491. Funded by the National Institute of Child Health and Human Development. Dr. Creinin reports receiving consulting fees from Danco Laboratories. No other potential conflict of interest relevant to this article were reported. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, blocked and stratified randomisation |
| Allocation concealment (selection bias) | Low risk | Computer-generated randomisation |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Participants and personnel were unblinded |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Low risk | Outcomes relevant to this review stated in protocol are reported |
| Other bias | Low risk | No other sources of bias noted |

**Schwarzler 2003**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 104 women attending a university hospital in Austria between unspecified dates, with a miscarriage in the 1st trimester (exact gestation unspecified) (type of miscarriage unspecified) |
| Interventions | Dilatation and curettage as an inpatient procedure versus expectant management as an outpatient |
| Outcomes | Data presented in an unusable form |
| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |

Pet. Ref. 644

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Schwarzler 2003**  *(Continued)*

| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias)<br>All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Shaheen 2017**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 104 women attending a university hospital in Pakistan between January 2016 and June 2016, with a miscarriage of < 12 weeks gestation (missed miscarriage only) |
| Interventions | Suction aspiration as an outpatient manual procedure versus misoprostol 800 micrograms given vaginally (and misoprostol 400 micrograms given vaginally every 6 hours for 2 doses in total) |
| Outcomes | Complete miscarriage |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
| --- | --- | --- |
| Random sequence generation (selection bias) | Unclear risk | Not stated how random sequence was achieved |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias)<br>All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias)<br>All outcomes | High risk | Outcome assessors were not blinded |

Pet. Ref. 645

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shaheen 2017** *(Continued)*

| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available, only complete miscarriage outcome reported |
| Other bias | Low risk | No other sources of bias noted |

**Shaikh 2008**

*Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 200 women attending a university hospital in Bangladesh between unspecified dates, with a miscarriage of <10 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 400 micrograms given orally every 4 hours for 3 doses in total (and if needed entire regimen repeated) as an inpatient versus misoprostol 400 micrograms given orally + suction aspiration as an outpatient manual procedure |
| Outcomes | Data presented in an unusable form |
| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
| --- | --- | --- |
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other arm being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

Pet. Ref. 646

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Shelley 2005

### Study characteristics

| Methods | Multi-centre, 3-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 27 women attending 3 district general hospitals, 1 tertiary hospital and 1 specialist women's hospital in Australia between June 1999 and December 2000 with a miscarriage of $\leq$ 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 400 micrograms given vaginally (and repeated 4-6 hours later if needed) as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, endometritis or sepsis; nausea; vomiting; diarrhoea |
| Notes | An additional surgical arm was reported, however, it was combined suction aspiration and dilatation and curettage and therefore data were not able to extracted separately, author contacted on 31-Mar-2019 but email address no longer in use, therefore surgical arm excluded for purposed of this review. VICMIST trial terminated early due to poor recruitment from eligible population. |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, remote, stratified, computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | Third-party, remote, computer-generated randomisation |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being expectant |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | Funding by Department of Human Services, Victoria, Best Practice Initiatives Grant and an MBF Medical Research Award. |

## Shuaib 2013

### Study characteristics

Pet. Ref. 647

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shuaib 2013** *(Continued)*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 107 women attending a district general hospital in Yemen between 1st December 2010 and 31st November 2011, with a miscarriage of ≤ 12 weeks (missed miscarriage only) |
| Interventions | Dilatation and curettage as an inpatient versus misoprostol 400 micrograms given vaginally (and misoprostol 200 micrograms given vaginally every 4 hours for 11 doses in total if needed) as an inpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; pelvic inflammatory disease, endometritis or sepsis; cervical tear; women's views/ satisfaction; re-admission to hospital |
| Notes | Source of funding not stated, declarations of interest not stated |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Randomisation process not stated |
| Allocation concealment (selection bias) | Unclear risk | Allocation concealment not mentioned |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Shwekerela 2007**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 300 women attending a tertiary hospital in Tanzania between July 2004 and April 2005 with a miscarriage of < 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; pelvic inflammatory disease, endometritis or sepsis; pain scores; women's views/ satisfaction; nausea; vomiting; pyrexia |

Pet. Ref. 648

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Shwekerela 2007** *(Continued)*

| | |
|---|---|
| Notes | Source of funding not stated, declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Low risk | Third-party, remote, computer-generated, randomisation in blocks of 10 |
| Allocation concealment (selection bias) | Low risk | Consecutively numbered, sealed envelopes |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (re-porting bias) | Unclear risk | Protocol mentioned in text but not available for review, no evidence of selec-tive reporting |
| Other bias | Low risk | No other sources of bias noted |

**Sinha 2018**

***Study characteristics***

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, randomised placebo-controlled trial |
| Participants | 92 women attending a university hospital in India between October 2011 and April 2013 with a miscar-riage of $\leq$12 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 200mg given orally + misoprostol 800 micrograms given vaginally 48 hours later (and+ 4 hours later if needed misoprostol 400 micrograms given orally + 3 hours later if needed misoprostol 400 micrograms given orally and repeated every 3 hours for a maximum of 2 doses in women $\leq$9 weeks of gestation or 4 doses in women >9 weeks of gestation versus placebo given orally + misoprostol 800 micrograms given vaginally 48 hours later + 4 hours later if needed misoprostol 400 micrograms given orally + 3 hours later if needed misoprostol 400 micrograms given orally and repeated every 3 hours for a maximum of 2 doses in women $\leq$9 weeks of gestation or 4 doses in women >9 weeks of gestation |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for un-planned/emergency surgical procedure; change in haemoglobin measurements before and after the miscarriage; days of bleeding |
| Notes | Clinical Trial Registry of India (CTRI 2013/03/003492). Source of funding not stated, declarations of in-terest not stated. |

***Risk of bias***

Pet. Ref. 649

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Sinha 2018** (Continued)

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence generation (selection bias) | Low risk | Third-party, computer-generated, random number tables used |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, sealed envelopes created by a third party used |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Similar looking placebo and mifepristone tablets were used for blinding |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Decoding of sealed envelopes only done at time of analysis and so outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% of patients lost to follow-up |
| Selective reporting (reporting bias) | Low risk | Outcomes stated in trial registry were reported |
| Other bias | Low risk | No other sources of bias noted |

**Stockheim 2006**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---------|--------------------------------------------------------------|
| Participants | 115 women a university tertiary hospital in Israel between July 2001 and December 2002 with a miscarriage of < 9 weeks gestation (missed miscarriage only) |
| Interventions | Mifepristone 600 milligrams given orally + misoprostol 400 micrograms given orally 48 hours later (and repeated 3 hours later if needed) as an outpatient versus misoprostol 400 micrograms given orally (and repeated 3 hours later if needed and repeated again for 2 further doses 48 hours later if needed) as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for unplanned/emergency surgical procedure; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence generation (selection bias) | Low risk | Computer-generated randomisation |
| Allocation concealment (selection bias) | Low risk | Sequentially-numbered, sealed, opaque envelopes used |

Pet. Ref. 650

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Stockheim 2006** *(Continued)*

| | | |
|---|---|---|
| Blinding of participants and personnel (performance bias) All outcomes | High risk | The participants and personnel were not blinded |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Tationo 2012**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, randomised controlled trial |
| Participants | 186 women attending a tertiary hospital in Malaysia between unspecified dates, with a miscarriage in the 1st trimester (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Suction aspiration as a manual procedure versus dilatation and curettage |
| Outcomes | Data presented in an unusable form |
| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (performance bias) All outcomes | Unclear risk | Not stated if participants and personnel were blinded |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) | Low risk | No patients lost to follow-up |

Pet. Ref. 651

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Tationo 2012** *(Continued)*

All outcomes

| | | |
|---|---|---|
| Selective reporting (reporting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Taylor 2011**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 230 women attending a tertiary hospital in Ghana between 16th June 2004 and 20th July 2005, with a miscarriage of < 12 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for unplanned/ emergency surgical procedure; pain score; days of bleeding; women's views/ satisfaction; nausea; vomiting; pyrexia |
| Notes | Funding was provided by the Fred H. Bixby Foundation and the David and Lucile Packard Foundation. The authors declare no conflicts of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, computer-generated randomisation in blocks of 10 |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, sealed envelopes |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | <10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol or full text available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 652

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Torre 2012

### Study characteristics

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 182 women attending a teaching hospital in France between April 2003 and April 2006, with a miscarriage of <14 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Mifepristone 200 milligrams given orally + misoprostol 400 micrograms given vaginally 48 hours later as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; need for unplanned/emergency surgical procedure; pyrexia |
| Notes | Clinicaltrials.gov identifier NCT00190294 |
| | Expectant arm in trial was delayed mifepristone 200 milligrams given orally + 48 hours later misoprostol 400 micrograms given vaginally 7 days after randomisation. For purposes of this review data were extracted at day 7 before this arm received intervention but after expectant treatment was given for 7 days. Funding was provided by Assistance Publique Hôpitaux de Paris. The authors report no conflict of interest. |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, computer-generated randomisation in blocks of 4 |
| Allocation concealment (selection bias) | Low risk | Third-party, remote, computer-generated randomisation |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Neither participants or personnel were blinded |
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors were unblinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Low risk | Outcomes listed in protocol have been reported |
| Other bias | Low risk | No other sources of bias noted |

## Trinder 2006

### Study characteristics

| | |
|---|---|
| Methods | Multi-centre, 3-arm, unblinded, randomised controlled trial |

Pet. Ref. 653

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Trinder 2006** *(Continued)*

| | |
|---|---|
| Participants | 926 women attending 7 hospitals in the UK between May 1997 and December 2001, with a miscarriage of < 13 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Suction aspiration as an inpatient procedure versus expectant management as an outpatient versus mifepristone 200 milligrams given orally + misoprostol 800 micrograms given vaginally 24 to 48 hours later as an inpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; pelvic inflammatory disease, endometritis or sepsis |
| Notes | 272 patients with incomplete miscarriage are not reported as part of this review as the medical arm would have included those treated with purely misoprostol and those given mifepristone before misoprostol. Therefore the data for incomplete miscarriage are excluded as it would have been contaminated. Funded by a South and West NHS Executive research and development grant. The MIST trial group accepted a donation of £20,000 from Exelgyn, the manufacturers of mifepristone, which is declared as a conflict of interest. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Third-party, remote randomisation |
| Allocation concealment (selection bias) | Low risk | Centralised, third-party, randomisation |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical, one arm being surgical and other being expectant |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Ulstrup 1997**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | An unspecified number of women attending a district general hospital in Denmark between unspecified dates, with a miscarriage <13 weeks of gestation (incomplete miscarriage only) |
| Interventions | Dilatation and curettage as an inpatient procedure versus expectant management as an outpatient |

Pet. Ref. 654

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 663 of 754  PageID.5050

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Ulstrup 1997** *(Continued)*

| Outcomes | Data presented in an unusable form |
|---|---|
| Notes | Abstract only, no corresponding author details available, data presented in an unusable form. Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence genera-tion (selection bias) | Unclear risk | Method of randomisation not stated |
| Allocation concealment (selection bias) | Unclear risk | Not stated if allocation was concealed |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | High risk | Not possible due to one arm being expectant and other arm being surgical |
| Blinding of outcome as-sessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (re-porting bias) | Unclear risk | No protocol available or full text paper available. No contact details available. |
| Other bias | Low risk | No other sources of bias noted |

**Verkuyl 1993**

*Study characteristics*

| Methods | Single-centre, 2-arm, randomised-controlled trial (blinding not mentioned) |
|---|---|
| Participants | 357 women attending a tertiary hospital in Zimbabwe between unspecified dates, with a miscarriage of $\leq$ 18 weeks gestation (incomplete miscarriage only) |
| Interventions | Suction aspiration as an outpatient procedure versus dilatation and curettage as an outpatient proce-dure |
| Outcomes | Complete miscarriage; composite outcome of death of serious complication; pelvic inflammatory dis-ease, endometritis or sepsis; mean volumes of blood loss; change in haemoglobin measurements be-fore and after the miscarriage; days of bleeding |
| Notes | It was noted the maximum gestation age of the study was 18 weeks, however, the mean gestational age in weeks of the suction aspiration arm was 8.7 with a standard deviation of 3.1 and the mean gestation-al age in weeks of the dilatation and curettage arm was 9.7 with a standard deviation of 3.1 and so it was felt that the vast majority of patients would have been $\leq$ 14 weeks gestation and therefore the pa-per was included. Source of funding not stated, declarations of interest not stated. |

Pet. Ref. 655

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Verkuyl 1993** *(Continued)*

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence genera-tion (selection bias) | Low risk | Random number table was used |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, sealed, opaque envelopes |
| Blinding of participants and personnel (perfor-mance bias) All outcomes | Unclear risk | Blinding of participants not mentioned |
| Blinding of outcome as-sessment (detection bias) All outcomes | Low risk | Outcome assessor was blinded to intervention |
| Incomplete outcome data (attrition bias) All outcomes | High risk | >20% lost to follow-up in both arms |
| Selective reporting (re-porting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Weeks 2005**

### *Study characteristics*

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---------|--------------------------------------------------------------|
| Participants | 317 women attending a university hospital in Uganda between August 2001 and October 2002, with a miscarriage of < 13 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally as an outpatient versus suction aspiration as an outpatient manual procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complications; pelvic inflammatory dis-ease, endometritis or sepsis; cervical tear; women's views/ satisfaction; pyrexia |
| Notes | Source of funding not stated, declarations of interest not stated |

### *Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|------|-------------------|----------------------|
| Random sequence genera-tion (selection bias) | Low risk | Computer-generated random numbers were used |
| Allocation concealment (selection bias) | Low risk | Consecutively-numbered, opaque, sealed envelopes |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 656

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Weeks 2005**  *(Continued)*

| Blinding of participants and personnel (performance bias) All outcomes | High risk | Participants and personnel were unblinded |
|---|---|---|
| Blinding of outcome assessment (detection bias) All outcomes | High risk | Outcome assessors were unblinded |
| Incomplete outcome data (attrition bias) All outcomes | High risk | >30% lost to follow-up in both arms, >10% difference between arms in terms of numbers lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

**Wijesinghe 2011**

***Study characteristics***

| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
|---|---|
| Participants | 140 women attending a university hospital in Sri Lanka between December 2007 and July 2009, with a miscarriage of < 14 weeks gestation (incomplete miscarriage only) |
| Interventions | Expectant management as an inpatient versus suction aspiration as an inpatient |
| Outcomes | Complete miscarriage by day 14 post intervention; composite outcome of death or serious complication; pelvic inflammatory disease, endometritis or sepsis; change in haemoglobin before and after the miscarriage; cervical tear; mean duration of hospital stay |
| Notes | Sri Lankan clinical trials registry identifier SLCTR/2008/012, Protocol was retrospectively registered. Source of funding not stated, declarations of interest not stated. |

***Risk of bias***

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated, random numbers were used |
| Allocation concealment (selection bias) | Unclear risk | Allocation concealment not mentioned |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being expectant and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |

Pet. Ref. 657

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Wijesinghe 2011** *(Continued)*

| | | |
|---|---|---|
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Low risk | Outcomes stated in protocol have been reported |
| Other bias | Low risk | No other sources of bias noted |

**Wood 2002**

*Study characteristics*

| | |
|---|---|
| Methods | Single-centre, 2-arm, double-blinded, placebo-controlled, randomised trial |
| Participants | 50 women attending a university hospital in Canada between February 1999 and April 2000 with a miscarriage of $\leq$ 12 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally (and repeated 24 hours later if needed) as an outpatient versus placebo given vaginally (and repeated 24 hours later if needed) as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/ emergency surgical procedure; change in haemoglobin measurements before and after the miscarriage |
| Notes | Source of funding not stated, declarations of interest not stated. |

*Risk of bias*

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Computer-generated randomisation in blocks of between 4 and 8 |
| Allocation concealment (selection bias) | Low risk | Numbered envelopes created by a third party |
| Blinding of participants and personnel (performance bias) All outcomes | Low risk | Both participants and personnel were blinded to the intervention |
| Blinding of outcome assessment (detection bias) All outcomes | Low risk | Personnel were blinded to the intervention |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | No patients lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

Pet. Ref. 658

## Zhang 2005

### Study characteristics

| | |
|---|---|
| Methods | Multi-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 652 women attending 4 university medical centres in the USA between March 2002 and March 2004, with a miscarriage of <13 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Misoprostol 800 micrograms given vaginally (as a single dose on day 1 and if needed day 3) as an outpatient versus suction aspiration either as an outpatient manual or inpatient electric procedure |
| Outcomes | Complete miscarriage; pain scores; pelvic inflammatory disease, endometritis or sepsis; change in haemoglobin measurements before and after the miscarriage; nausea; vomiting; diarrhoea; pyrexia |
| Notes | Funded by contracts (N01-HD-1-3321, N01-HD-3322, N01-HD3323, N01-HD-3324, and N01-HD-3325) with the National Institute of Child Health and Human Development, National Institutes of Health. Drs. Creinin and Westhoff report having served as consultants to Pfizer, which now owns Searle. Dr. Westhoff reports having received grant support from Pfizer. |

### Risk of bias

| Bias | Authors' judgement | Support for judgement |
|---|---|---|
| Random sequence generation (selection bias) | Low risk | Centralised, computer-generated randomisation in a 3:1 randomisation |
| Allocation concealment (selection bias) | Low risk | Centralised, computer-automated, telephone response system, |
| Blinding of participants and personnel (performance bias) All outcomes | High risk | Not possible due to one arm being medical and other being surgical |
| Blinding of outcome assessment (detection bias) All outcomes | Unclear risk | Not stated if outcome assessors were blinded |
| Incomplete outcome data (attrition bias) All outcomes | Low risk | < 10% lost to follow-up |
| Selective reporting (reporting bias) | Unclear risk | No protocol available but no evidence of selective reporting |
| Other bias | Low risk | No other sources of bias noted |

## Characteristics of excluded studies *[ordered by study ID]*

| Study | Reason for exclusion |
|---|---|
| Abbasalizadeh 2018 | Wrong intervention - letrozole + misoprostol versus misoprostol |
| Abdel Fattah 1997 | Wrong patient population - women with a 2nd trimester miscarriage and intrauterine fetal death |

Pet. Ref. 659

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Abd-El-Maeboud 2012 | Wrong patient population - women with a pregnancy of 14-26 weeks of gestation |
| Abdelshafy 2019a | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus sublingual misoprostol |
| Abediasl 2016 | Wrong patient population - women with a 2nd trimester miscarriage and intrauterine fetal death |
| Abeysundara 2012 | Wrong study design - qualitative work on patient perceptions |
| Ajand 2017 | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus sublingual misoprostol |
| Al 2003 | Wrong intervention - misoprostol versus dinoprostone |
| Al-Bdour 2007 | Wrong patient population - women with a missed miscarriage between 9 and 22 weeks gestation. Unable to extract data for women with a miscarriage < 14 weeks gestation. |
| Ali 2015 | Wrong intervention - misoprostol + isosorbide mononitrate versus misoprostol + placebo |
| Ali 2017 | Wrong intervention - comparator is same as intervention, outpatient extended low dose buccal misoprostol versus inpatient standard dose vaginal misoprostol |
| Allameh 2020 | Ineligible interventions for this review |
| Almog 2005 | Wrong patient population - women undergoing mid-trimester terminations |
| Altaf 2006 | Wrong patient population - women undergoing termination of pregnancy from 10 to 28 weeks of gestation |
| Ameen 2009 | Trial compared different routes of administration of the same treatment, which are excluded from this review |
| Amjad 1999 | Wrong patient population - women with a miscarriage greater than 14 weeks of gestation |
| Anderman 2000 | Wrong patient population - women with a mid-trimester miscarriage |
| Anderson 2009 | Wrong intervention - Comparator is same as intervention, oral mifepristone + oral misoprostol versus oral mifepristone + vaginal misoprostol |
| Aramide 2014 | Ineligible interventions for this review |
| Arteaga-Troncoso 2005 | Wrong interventions - each arm has been combined for different types of surgical management and therefore contains patients who have had either sharp curettage or suction curettage. It is not possible to extract data for each intervention separately within each arm. |
| Autry 1999 | Wrong intervention - misoprostol versus intramuscular methotrexate + misoprostol |
| Avila-Vergara 1997 | Wrong patient population - women with fetal death undergoing induction of labour (exact gestations not stated) |
| Avila VergaraMa 1997 | Wrong patient population - women with intrauterine fetal death of 20 weeks of gestation or more |
| Aye 2017 | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus sublingual misoprostol |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 660

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Ayudhaya 2006 | Wrong intervention - comparator is same as intervention, oral misoprostol versus sublingual misoprostol |
| Azra 2007 | Wrong patient population - women having second trimester terminations |
| Bagratee 2009 | Abstract only, numbers reported in each group not provided and no corresponding author details |
| Bani-Irshaid 2006 | Wrong patient population - women having second trimester and early third trimester terminations |
| Barnhart 2004 | Ineligible intervention for this review |
| Bartz 2013 | Wrong intervention - comparator is same as intervention, buccal misoprostol + suction curettage versus osmotic dilator + suction curettage |
| Bebbington 2002 | Wrong patient population - women having mid-trimester terminations |
| Behrashi 2008 | Wrong patient population - women having second trimester terminations |
| Ben-Meir 2009 | Wrong patient population - women having terminations between 14 and 25 weeks of gestation |
| Betstadt 2008 | Trial registration document only. Author emailed who confirmed study was terminated and no data published. Original data no longer available |
| Biswas 2007 | Wrong patient population - women having terminations between 13 and 20 weeks of gestation |
| Blanchard 2004 | Wrong intervention - comparator is same as intervention, 600 mcg misoprostol versus 2 x doses of 600 mcg misoprostol |
| Blohm 1997 | Wrong study design - questionnaire based qualitative study |
| Bracken 2014 | Wrong patient population - women with intrauterine fetal death between 14 and 28 weeks of gestation |
| Bracken 2019 | Conference abstract only and does not state gestational age of participants. No author contact details available |
| Brouns 2010 | Wrong patient population - women with intrauterine fetal death between 14 and 24 weeks of gestation |
| Cabrol 1990 | Wrong patient population - women with intrauterine fetal death after 16 weeks of gestation |
| Caliskan 2005 | Wrong patient population - women with a miscarriage between 13 and 20 weeks of gestation |
| Caliskan 2009 | Wrong patient population - women with a miscarriage between 15 and 22 weeks of gestation |
| Chen 2008a | Wrong intervention - cervical priming before dilatation plus curettage |
| Chittacharoen 2003 | Wrong patient population - women with intrauterine fetal death between 16 and 41 weeks of gestation |
| Chowdhury 2012 | Wrong patient population - women with a second trimester miscarriage |
| Cleeve 2016 | Wrong intervention - physician administration of misoprostol versus midwife administration of misoprostol |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 661

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Clevin 2001 | Wrong intervention - gemeprost versus dilatation and curettage |
| Creinin 1997 | Wrong intervention - comparator is same as intervention, oral misoprostol versus vaginal misoprostol |
| Creinin 2004 | Wrong study design - not randomised |
| Cruz 2017 | Trial compared different methods of administration of the same treatment, which are excluded from this review. |
| Danielsson 2012 | Wrong intervention - comparator is same as intervention, misoprostol 800 mcg given vaginally versus misoprostol 800 mcg given vaginally with repeated doses of misoprostol 400 mcg given orally 3, 5, 7 and 9 hours later |
| David 2003 | Ineligible intervention for this review |
| David 2005 | Ineligible intervention for this review |
| Davis 2004 | Wrong study design - not randomised |
| Dee 2009 | Wrong intervention - comparator is same as intervention, intrauterine misoprostol versus vaginal misoprostol |
| Dehbashi 2016 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Devall 2019 | Wrong Intervention - feasibility study for the use of ultrasonography during surgical evacuation |
| Dhillon 2015 | Wrong intervention - comparator is same as intervention, isosorbide mononitrate + suction curettage versus misoprostol + suction curettage |
| Dickinson 1998 | Wrong patient population - women with intrauterine fetal death between 14 and 28 weeks of gestation |
| Dickinson 2002 | Wrong patient population - women having a termination between 14 and 30 weeks of gestation |
| Dickinson 2003 | Wrong patient population - women having a termination between 14 and 26 weeks of gestation |
| Diop 2009 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus oral misoprostol |
| Dunford 2012 | Study terminated 23rd August 2019 due to a lack of funding/ staff/facilities |
| Dunn 2008 | Ineligible intervention for this review |
| Egarter 1995 | Wrong intervention - gemeprostol versus dilatation and curettage |
| Elami-Suzin 2013 | Wrong patient population - women either having a termination or with a missed miscarriage between 14 and 24 weeks of gestation |
| Elbarez 2018 | Wrong intervention - letrozole + misoprostol versus misoprostol |
| Elhassan 2008 | Wrong patient population - women with intrauterine fetal death between 13 and 28 weeks of gestation |

**Methods for managing miscarriage: a network meta-analysis (Review)**

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 662

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| El Sokkary 2016 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Eng 1997 | Wrong patient population - women with intrauterine fetal death between 13 and 26 weeks of gestation |
| Eppel 2005 | Wrong patient population - women having a termination between 13 and 23 weeks of gestation |
| Eslamian 2007 | Wrong patient population - women having a termination between 14 and 24 weeks of gestation |
| EUCTR2011-001505-26-SE | Wrong intervention - comparator is same as intervention, repeated doses of vaginal misoprostol versus repeated doses of vaginal misoprostol of a difference dose |
| Ezzatosadat 2012 | Wrong intervention - hyoscine + misoprostol versus placebo + misoprostol |
| Facchinetti 2001 | Ineligible intervention for this review |
| Fadalla 2004 | Wrong patient population - women with intrauterine fetal death between 13 and 28 weeks of gestation |
| Farooq 2018 | Wrong study design - outcomes not reported separately for missed miscarriage which received cervical priming versus incomplete miscarriage which did not before vacuum aspiration, therefore data useful for this review cannot be extracted |
| Faxelid 2012 | Wrong intervention - physician administration of misoprostol versus midwife administration of misoprostol |
| Feldman 2003 | Wrong patient population - women having a termination between 14 and 23 weeks of gestation |
| Fiala 2005 | Wrong patient population - women having a termination between 13 and 22 weeks of gestation |
| Firouzabadi 2012 | Wrong intervention - Laminaria tents + suction dilatation and curettage versus misoprostol + suction dilatation and curettage |
| Freeman 2016 | Wrong patient population - women between 14 and 24 weeks of gestation having either a termination or treatment of miscarriage |
| Ghorab 1998 | Wrong patient population - women between 16 and 24 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Gilles 2004 | Wrong intervention - comparator is same as intervention, vaginal misoprostol mixed with normal saline versus vaginal misoprostol |
| Gonzalez 2001 | Wrong patient population - women between 12 and 28 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Graziosi 2005 | Wrong study design - this is a letter to an editor about a telephone survey about fertility outcomes |
| Grimes 2005 | Wrong patient population - women having a termination between 14 and 19 weeks of gestation |
| Gronlund 2002 | Wrong study design - cross-over study |
| Guix 2005 | Wrong patient population - women having a termination between 13 and 22 weeks of gestation |
| Halimi 2004 | Wrong patient population - women between 14 and 28 weeks of gestation having either a termination or treatment for intrauterine fetal death |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 663

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Harrington 2004 | Wrong intervention - transcervical amniotic puncture + misoprostol versus misoprostol |
| Hassan 2007 | Wrong intervention - comparator is same as intervention, oral misoprostol versus rectal misoprostol |
| Hausler 1997 | Wrong outcomes - HCG clearance tine, endometrial thickness, secondary bleeding. Original paper in German, full literal translation used. |
| Heard 2002 | Wrong intervention - comparator is same as intervention, 400 mcg misoprostol versus 800 mcg misoprostol |
| Henshaw 1995 | Wrong trial design - only party randomised. Abstract only available. No corresponding author details. Randomised data not able to be extracted. |
| Herabutya 1997 | Wrong patient population - women with an intrauterine fetal death between 14 and 39 weeks of gestation |
| Herabutya 1997a | Wrong intervention - both arms are treated with suction curettage and sharp curettage after cervical priming. Not possible to separate out data needed for this review as suction curettage and dilatation and sharp curettage are two separate interventions in this review. |
| Herabutya 2005 | Wrong patient population - women having a termination between 14 and 26 weeks of gestation |
| Herman 2017 | Trial compared different routes of administration of the same treatment, which are excluded from this review. |
| Hernandez-Valencia 2003 | Wrong intervention - comparison is ambulatory versus inpatient care |
| Hidalgo 2010 | Ineligible intervention for this review |
| Hidar 2001 | Wrong patient population - women having a termination between 13 and 29 weeks of gestation |
| Hidar 2005 | Wrong patient population - women having a termination between 13 and 29 weeks of gestation |
| Hill 1991 | Wrong patient population - women with an intrauterine fetal death in the second or third trimester |
| Hinshaw 1995 | Wrong study design - only partly randomised. Abstract only available, no corresponding author details, unclear from abstract what exact nature of intervention is, whole data set not from only randomised patients, not able to extract data that is just from randomised patients |
| Hogg 2000 | Wrong patient population - women having a termination between 16 and 24 weeks of gestation |
| Hombalegowda 2015 | Wrong intervention - comparator is same as intervention, 400 mcg misoprostol versus 800 mcg misoprostol |
| Hooker 2016 | Wrong intervention - application of hyalobarrier gel after dilatation and curettage for miscarriage |
| Huchon 2015 | Wrong intervention - operative hysteroscopy versus suction aspiration |
| Hughes 1996 | Non-randomised trial of treatment cost-effectiveness |
| Ibrahim 2019 | Ineligible intervention for this review |
| Imran 2010 | Wrong patient population - women between 14 and 28 weeks of gestation having either a termination or treatment for intrauterine fetal death |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 664

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| IRCT2015112421506N3 2016 | Wrong intervention - Isonicotinic acid hydrazide + misoprostol versus misoprostol |
| IRCT2016122729062N1 2016 | Wrong intervention - *Sesamum indicum* + misoprostol versus misoprostol |
| Islam 2006 | Wrong patient population - women in the second trimester having either a termination or treatment for intrauterine fetal death |
| Jabir 2009a | Wrong intervention - comparator is same as intervention, oral misoprostol + surgery versus vaginal misoprostol + surgery versus oral placebo + surgery versus vaginal placebo + surgery. Surgery undefined and contact details no longer in use. |
| Jain 1994 | Wrong patient population - women between 12 and 22 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Jain 1996 | Wrong patient population - women between 12 and 22 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Jain 1999 | Wrong patient population - women between 12 and 22 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Jamilian 2014 | Wrong intervention - castor oil + misoprostol versus misoprostol |
| Javadi 2015 | Wrong intervention - misoprostol versus letrozole + misoprostol |
| Johnson 1997 | Wrong intervention - mifepristone + gemeprostol versus dilatation and curettage |
| Kakinuma 2020 | Retrospective cohort study comparing treatment regimens administered between defined date ranges |
| Kamal 2005 | Wrong patient population - women having a termination between 13 and 28 weeks of gestation |
| Kanhai 1988 | Wrong patient population - women with intrauterine fetal death between 14 and 42 weeks of gestation |
| Kanhai 1989 | Wrong patient population - women with intrauterine fetal death between 14 and 42 weeks of gestation |
| Kapp 2007 | Wrong patient population - women in the second trimester having a termination |
| Kara 1999 | Wrong patient population - women in the second trimester having treatment for intrauterine fetal death |
| Khanam 2019 | Trial compares different dosages of the same treatment, which are excluded from this review |
| Khoosideh 2017 | Ineligible intervention for this review |
| Khosravi 2017 | Wrong patient population - women less than 14 weeks gestation having a termination of pregnancy |
| Klingberg-Allvin 2015 | Wrong intervention - clinical assessment by a physician versus a midwife |
| Kovavisarach 2005 | Wrong intervention - comparator is same as intervention, 600 mcg misoprostol versus 800 mcg misoprostol |
| Kurshid 2010 | Wrong patient population - women having a termination between 19 and 23 weeks of gestation |

Pet. Ref. 665

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|----------------------|
| Kushwah 2009 | Wrong intervention - comparator is same as intervention, mifepristone + sublingual misoprostol versus mifepristone + oral misoprostol |
| Lei 2015 | Wrong intervention - mifepristone + misoprostol versus ultrasound guided surgical curettage |
| Lelaidier 1993 | Wrong intervention - mifepristone versus placebo |
| Lemmers 2016 | Wrong patient population - women having treatment for miscarriage after failed medical management of miscarriage with misoprostol |
| Leung 2004 | Wrong patient population - women having treatment for miscarriage after failed medical management of miscarriage with misoprostol |
| Li 2018 | Ineligible intervention for this review |
| Linn 2015 | Wrong patient population - women with intrauterine fetal death greater than or including 20 weeks of gestation |
| Lippert 1978 | Wrong patient population - women with intrauterine fetal death between 18 and 32 weeks of gestation |
| Louey 2000 | This is a trial registration document. Email address listed no longer in use. No resulting published papers or data found. |
| Lu 2014 | Wrong intervention - comparator is same as intervention, mifepristone + vaginal misoprostol versus mifepristone + oral misoprostol |
| Lughmani 2007 | Wrong intervention - misoprostol versus PGE2 |
| Mahjabeen, 2009 | Wrong patient population - women in the second trimester having a termination of pregnancy |
| Makenzius 2017 | Wrong intervention - physician administration of misoprostol versus midwife administration of misoprostol |
| Makhlouf 2003 | Wrong patient population - women having a termination of pregnancy between 13 and 28 weeks of gestation |
| Marfou 2012 | Ineligible intervention for this review |
| Martin 1955 | Wrong patient population - majority of cases were greater than 28 weeks of gestation |
| Marwah 2016 | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus oral misoprostol |
| Mitwaly 2016 | Wrong patient population - women with intrauterine fetal death between 13 and 24 weeks of gestation |
| Mizrachi 2017 | Wrong intervention - comparator is same as intervention, 800 mcg misoprostol versus 2 x doses of 800 mcg misoprostol |
| Moran 2005 | Wrong patient population - women with a pregnancy of unknown location |
| Mostafa-Gharebaghi 2010 | Wrong patient population - includes women having a termination of pregnancy under 20 weeks of gestation. Data for women not having a termination and under 14 weeks of gestation not able to be extracted. |

**Methods for managing miscarriage: a network meta-analysis (Review)**

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 666

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Mulayim 2009 | Wrong patient population - includes women having a termination of pregnancy. Data for women with a miscarriage not presented separately. |
| Nakintu 2001 | Wrong patient population - women with intrauterine fetal death above 18 weeks of gestation |
| Nasrollahi 2008 | Wrong intervention - PGE2 (dinoprostone) administered intravenously versus intramuscularly in the management of missed miscarriage |
| Nassar 2005 | Wrong patient population - women with intrauterine fetal death between 14 and 24 weeks of gestation |
| Nauman 2016 | Wrong intervention - comparator is same as intervention, electric suction curettage versus manual suction curettage |
| NCT00426491 2007 | Wrong intervention - letrozole + misoprostol versus placebo + misoprostol |
| NCT00670761 2008 | Wrong study design - not randomised |
| NCT00797693 2008 | Trial compared different routes of administration of the same treatment, which are excluded from this review. |
| NCT02141555 2014 | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus buccal misoprostol |
| NCT02342002 2015 | Study terminated due to lack of funding. No contact details on trial registry. |
| NCT02580175 2015 | Wrong intervention - blinded suction evacuation versus ultrasound guided suction evacuation |
| NCT02957305 2016 | Trial compares different dosages of the same treatment, which are excluded from this review. |
| NCT03148314 2017 | Wrong interventions - misoprostol in a low dose given sublingually or buccally as outpatient versus misoprostol at a standard dose as an inpatient |
| NCT03148561 2017 | Wrong patient population - women having treatment for miscarriage after failed medical management of miscarriage with misoprostol |
| NCT03230825 2017 | Wrong patient population - includes women having a termination of pregnancy in the first trimester |
| NCT03628625 2018 | Wrong intervention - letrozole + misoprostol versus placebo + misoprostol |
| Ng 2015 | Wrong intervention - inpatient versus outpatient misoprostol treatment |
| Ngoc 2004 | Wrong comparator - both arms are misoprostol |
| Nguyen 2005 | Wrong intervention - comparator is same as intervention, 600 mcg misoprostol versus 2 x doses of 600 mcg misoprostol |
| Niederauer 2018 | Trial compares different dosages of the same treatment, which are excluded from this review. |
| Niromanesh 2005 | Wrong patient population - women with intrauterine fetal death between 14 and 25 weeks of gestation |
| Nor 2006 | Wrong patient population - women having a termination of pregnancy between 14 and 26 weeks of gestation |

Pet. Ref. 667

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| Nuthalapaty 2005 | Wrong patient population - women having a termination of pregnancy between 14 and 24 weeks of gestation |
| Nuutila 1997 | Wrong patient population - women having a termination of pregnancy between 12 and 24 weeks of gestation |
| Ogden 2004 | Wrong study design - qualitative study protocol |
| Owen 1999 | Wrong patient population - women between 16 and 24 weeks of gestation having either a termination of pregnancy or treatment for intrauterine fetal death |
| Pang 2001 | Wrong intervention - comparator is same as intervention, vaginal misoprostol versus oral misoprostol |
| Pansky 2011 | Wrong intervention - women having their uterine cavity filled with Oxiplex/ AP gel versus no intervention after blunt hysteroscopic dissection for suspected retained products of conception |
| Paraskevaides 1992 | Wrong intervention - dilatation and curettage versus prostaglandin F2 alpha versus trilostane |
| Paritakul 2010 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus oral misoprostol |
| Perry 1999 | Wrong patient population - women having a termination of pregnancy between 17 and 24 weeks of gestation |
| Petersen 2013 | Wrong intervention - comparator is same as intervention, 400 mcg misoprostol versus 800 mcg misoprostol |
| Phupong 2004 | Wrong patient population - women with a miscarriage < 20 weeks of gestation. Data for women with < 14 weeks gestation not analysed separately to >14 weeks gestation. |
| Piotrowski 1979 | Wrong intervention - pretreatment with indomethacin versus no pretreatment before intravenous PGE2 (dinoprostone) for treatment of intrauterine fetal death |
| Pomeranz 2016 | Wrong patient population - women having treatment for miscarriage after failed medical management of miscarriage with misoprostol |
| Pongsatha 2004 | Wrong patient population - women having a termination of pregnancy between 14 and 28 weeks of gestation |
| Prasartsakulchai 2004 | Wrong intervention - comparator is same as intervention, 400 mcg misoprostol versus 800 mcg misoprostol |
| Promwangkwa 2017 | Wrong patient population - women having a termination of pregnancy in the 2nd trimester |
| Ragusa 1994 | Ineligible intervention for this review |
| Rahimi-Sharbaf 2015 | Wrong patient population - women having a termination of pregnancy between 13 and 24 weeks of gestation |
| Ramsey 2004 | Wrong patient population - women in the second trimester having a termination of pregnancy |
| Rita 2006 | Wrong intervention - comparator is same as intervention, oral misoprostol versus vaginal misoprostol |

Pet. Ref. 668

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|---|---|
| Rivero-Lopez 1998 | Wrong intervention - comparator is same as intervention, misoprostol + suction curettage versus laminaria stems + suction curettage |
| Robledo 2007 | Wrong study design - not randomised |
| Roy 2003 | Wrong patient population - women in the second trimester having a termination of pregnancy |
| Ruangchainikhom 2006 | Wrong patient population - women having a termination of pregnancy less than 20 weeks of gestation |
| Saciloto 2011 | Wrong study design - not randomised |
| Saeed 2018 | Wrong intervention - comparator is same as intervention, oral misoprostol versus vaginal misoprostol |
| Saichua 2009 | Wrong intervention - comparator is same as intervention, sublingual powered misoprostol versus sublingual tablet misoprostol |
| Salamalekis 1990 | Wrong patient population - women with an intrauterine fetal death in the second trimester |
| | Wrong intervention - Prostaglandin F2 Alpha versus prostaglandin E2 (dinoprostone) |
| Sewzie 2014 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol versus oral misoprostol |
| Shaamash 2019 | Trial compares different dosages of the same treatment, which are excluded from this review. |
| Shah 2010 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Sharifzadeh 2015 | Ineligible intervention for this review |
| Shobeira 2007 | Wrong patient population - women in the second trimester having a termination |
| Shochet 2012 | Wrong intervention - misoprostol versus surgical evacuation (which includes both suction curettage and dilatation and curettage), corresponding author emailed to see if breakdown of data available but no response received |
| Shokry 2009 | Wrong intervention - surgical evacuation followed by either misoprostol versus no misoprostol |
| Sonsanoh 2014 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Souizi 2020 | Trial compares different dosages of the same treatment, which are excluded from this review |
| Srikhao 2005 | Wrong intervention - comparator is same as intervention, 400 mcg misoprostol versus 800 mcg misoprostol |
| Sripramote 2000 | Wrong intervention - cervical priming + dilatation and curettage |
| Su 2005 | Wrong patient population - women having a termination of pregnancy between 12 and 24 weeks of gestation |
| Suchonwanit 1999 | Wrong intervention - comparator is same as intervention, 200 mcg misoprostol versus 400 mcg misoprostol |

Pet. Ref. 669

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| Surita 1997 | Wrong patient population - Women with intrauterine fetal death greater than 15 weeks of gestation |
| Sweed 2015 | Wrong intervention - placebo + misoprostol versus letrozole + misoprostol |
| Sweed 2018 | Wrong intervention - misoprostol single dose versus misoprostol repeated doses |
| Tam 2002 | Wrong study design - non interventional follow-up study to previous randomised trial |
| Tam 2005 | Wrong study design - qualitative telephone interviews after previous randomised trial |
| Tan 1969 | Wrong study design - case series |
| Tang 2003 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Tang 2006 | Wrong intervention -cComparator is same as intervention, misoprostol for 3 doses versus misoprostol for 3 doses + misoprostol once a day for seven further days |
| Tanha 2010 | Wrong patient population - women in the second trimester having a termination |
| Tanha 2010a | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol |
| Tanha 2013 | Wrong patient population - women having a termination between 13 and 24 weeks of gestation |
| Tasnim 2011 | Wrong intervention - comparator is same as intervention, electric suction curettage versus manual suction curettage |
| Tasnim 2014 | Wrong intervention - inpatient versus outpatient suction curettage treatment |
| Teymouri 2017 | Wrong intervention - misoprostol versus misoprostol + oestrogen valerate |
| Thavarasah 1986 | Wrong intervention - Prostaglandin F2 alpha administered either intravenously, extramniotic or intramuscularly |
| Thida 2015 | Wrong intervention - comparator is same as intervention, sublingual misoprostol versus vaginal misoprostol versus oral misoprostol |
| Thong 2005 | Insufficient information to determine whether the trial data should be included in the review, and there are no corresponding author contact details. |
| Toppozada 1994 | Wrong patient population - women with intrauterine fetal death greater than 20 weeks of gestation |
| Toptas 2011 | Wrong patient population - women between 13 and 26 weeks of gestation having either a termination or treatment for intrauterine fetal death |
| Torky 2018 | Wrong intervention - placebo + misoprostol versus letrozole + misoprostol |
| Vafaei 2019 | Wrong intervention - herbal medicine myrrh versus expectant management |
| Van Mensel 2009 | Wrong patient population - women with intrauterine fetal death between 14 and 42 weeks of gestation |
| Wieringa-de 2002 | Wrong patient population - women having treatment for a miscarriage <16 weeks of gestation. Data of patients between 14-16 weeks of gestation unable to be extracted and 23.4% of patients in the expectant group and 31% of patients in the curettage group were between 12 and 16 weeks so |

Pet. Ref. 670

Cochrane Database of Systematic Reviews

| Study | Reason for exclusion |
|-------|---------------------|
| | it was the judgement of the authors that there would be too much contamination by patients >14 weeks of gestation to be included. |
| Wijesinghe 2012 | Wrong study design - qualitative interviews on patient perceptions of expectant management of miscarriage |
| Yapar 1996 | Wrong patient population - women having a termination between 14 and 28 weeks of gestation |
| Yilmaz 2005 | Wrong patient population - women in the second trimester having either a termination of pregnancy or treatment for intrauterine fetal death |
| Yilmaz 2007 | Wrong patient population - women in the second trimester having either a termination or treatment for intrauterine fetal death |
| Zanganeh 2010 | Wrong patient population - women having a termination in the second trimester |
| Zhang 2000 | Wrong patient population - women having a termination between 16 and 24 weeks of gestation |

**Characteristics of studies awaiting classification** *[ordered by study ID]*

**Fang 2009**

| | |
|---|---|
| Methods | Single-centre, 3-arm, unblinded, randomised controlled trial |
| Participants | 90 women attending a university hospital in China between 1st September 2005 and 28th February 2007, with a miscarriage of ≤12 weeks gestation (missed miscarriage only) |
| Interventions | Misoprostol 400 micrograms given vaginally + suction aspiration (not stated if manual or electric) as an inpatient procedure versus misoprostol 400 micrograms given vaginally + repeated every 3 hours for 5 doses if needed as an inpatient versus mifepristone 200 mg given orally + misoprostol 400 micrograms given vaginally every 3 hours for 5 doses if needed 36-48 hours later as an inpatient |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; women's views/ satisfaction |
| Notes | Awaiting clarification from authors re outcome data. Authors last contacted on 17-Feb-2021. |

**HCG:** human chorionic gonadotropin; mcg: microgram; **PGE2:** prostaglandin E2.

**Characteristics of ongoing studies** *[ordered by study ID]*

**ChiCTR1900023198 2019**

| | |
|---|---|
| Study name | The incidence of intrauterine adhesion after ultrasound-guided manual vacuum aspiration (USG-MVA): A prospective randomized controlled trial |
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 1. Women 18 years old or above; 2. Women with miscarriage who are suitable candidates for USG-MVA; 3. first-trimester delayed miscarriage≤ 10 weeks of gestation; 4. incomplete miscarriage With POG ≤ 5cm; 5. haemodynamically stable; 6. tolerates well with speculum examination. |
| Interventions | Ultrasound guided manual vacuum evacuation vs traditional surgical evacuation |

Pet. Ref. 671

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**ChiCTR1900023198 2019** *(Continued)*

| | |
|---|---|
| Outcomes | The incidence of intrauterine adhesion |
| Starting date | 12-Feb-2019 |
| Contact information | margaretlee@cuhk.edu.hk |
| Notes | None |

**ChiCTR-TRC-08000725 2008**

| | |
|---|---|
| Study name | The and psychological outcomes of expectant management, surgical evacuation or medical evacuation with single dose 800 mcg vaginal misoprostol for women with first trimester miscarriage in a randomized controlled trial |
| Methods | A randomised, parallel group, three-arm, single-blinded study |
| Participants | 180 women attending a university hospital in Hong Kong between 1st September 2008 to 5th September 2012 with a miscarriage of < 13 weeks gestation (both incomplete and missed miscarriage) |
| Interventions | Expectant management versus surgical evacuation versus misoprostol 800 micrograms |
| Outcomes | Complete miscarriage; women's views/satisfaction |
| Starting date | 1st September 2008 |
| Contact information | gracekong@cuhk.edu.hk |
| Notes | Last updated 4th June 2015, no link to published record |

**Economides 2004**

| | |
|---|---|
| Study name | Non-surgical management of delayed miscarriage: a randomised trial |
| Methods | Randomised controlled trial |
| Participants | 100 women attending a university hospital in the UK between unspecified dates with a miscarriage (exact gestation not specified)(missed miscarriage only) |
| Interventions | Misoprostol given orally or vaginally as an outpatient versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; need for unplanned/emergency surgical procedure |
| Starting date | 9th July 2003 |
| Contact information | Not provided |
| Notes | Publication status listed as "Results overdue" |

Pet. Ref. 672

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

### Ethayarooban 2017

| | |
|---|---|
| Study name | Safety and effectiveness of vacuum aspiration, compared to curettage for management of patients with first trimester miscarriage in a limited resource setting in Sri Lanka. |
| Methods | A randomised, parallel group, two-arm, single-blinded study |
| Participants | 136 women attending a maternity Hospital in Sri Lanka between unspecified dates with a miscarriage of < 13 weeks of gestation (type of miscarriage not specified) |
| Interventions | Suction aspiration as an inpatient manual procedure versus dilatation and curettage as an inpatient procedure |
| Outcomes | Composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pain scores (visual analogue scale); cervical tear; mean duration of hospital stay (days) |
| Starting date | 24th July 2017 |
| Contact information | roobanethayan@gmail.com |
| Notes | Recruitment status listed as "Recruiting", last updated 3rd March 2019 |

---

### EUCTR2007-007661-20-SE

| | |
|---|---|
| Study name | Which is the optimal treatment for miscarriage with a gestational sac in the uterus and which factors can predict if the treatment will be successful? |
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | 240 women attending a university hospital in Sweden between unspecified dates with a miscarriage of <14 weeks gestation (incomplete miscarriage only) |
| Interventions | Misoprostol 800 micrograms given vaginally versus expectant management |
| Outcomes | Complete miscarriage; need for unplanned/ emergency surgical procedure; pelvic inflammatory disease, sepsis or endometritis; change in haemoglobin measurements before and after the miscarriage; re-admission to hospital; anxiety score; depression score |
| Starting date | 21st April 2008 |
| Contact information | Not stated in trial registry |
| Notes | Trial status listed as "Ongoing" |

---

### ISRCTN11046192 2020

| | |
|---|---|
| Study name | Efficacy of mifepristone followed by misoprostol compared to misoprostol alone in first-trimester miscarriage treatment |
| Methods | Single centre 2-arm, blinded, placebo-controlled randomised controlled trial |
| Participants | Women diagnosed with first-trimester miscarriage (up to 9 weeks of gestation) |

---

Pet. Ref. 673

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**ISRCTN11046192 2020**  *(Continued)*

| | |
|---|---|
| Interventions | Mifepristone 200 mg or placebo given orally, both followed by misoprostol 800 micrograms given vaginally 36 to 48 hours after the oral pill. |
| Outcomes | Complete miscarriage; complications; adverse effects; acceptability of the treatment |
| Starting date | 10-Apr-2019 |
| Contact information | beatrizbettsilva@gmail.com |
| Notes | Retrospectively registered |

**Kopalakrishnan 2014**

| | |
|---|---|
| Study name | Surgical, medical or expectant management of first trimester miscarriage and its implications on clinical and psychological outcomes - a randomized controlled trial |
| Methods | A randomised, parallel group, three-arm, unblinded study |
| Participants | 180 women attending an unspecified healthcare facility with a miscarriage of < 14 weeks gestation |
| Interventions | Suction aspiration as an inpatient versus misoprostol 800 micrograms given vaginally + repeated 4-6 hours later if needed versus expectant management |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pelvic inflammatory disease, sepsis or endometritis; change in haemoglobin measurements before and after the miscarriage; days of bleeding; cervical tear; women's views/satisfaction; mean duration of hospital stay (days); nausea; vomiting; diarrhoea |
| Starting date | Anticipated start date 5th November 2014 |
| Contact information | kopalakrishnan14@yahoo.com |
| Notes | Recruitment status listed as "pending", last updated 3rd March 2019 |

**Otieno 2018**

| | |
|---|---|
| Study name | Outcomes of medical versus surgical management of first trimester incomplete abortion on among women admitted at Kampala International University Teaching Hospital (KIU -TH) |
| Methods | A randomised, parallel group, two-arm, unblinded study |
| Participants | 100 women attending a university hospital in Uganda with a miscarriage of gestation ≤ 12 weeks of gestation (incomplete miscarriage only) |
| Interventions | Misoprostol versus suction aspiration as an inpatient manual procedure |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pain scores (visual analogue scale); pelvic inflammatory disease, sepsis or endometritis; women's views/satisfaction; mean duration of hospital stay (days); re-admission to hospital |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 674

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

---

**Otieno 2018** *(Continued)*

| | |
|---|---|
| Starting date | 1st November 2018 |
| Contact information | pwaveno.bamaiyi@kiu.ac.ug |
| Notes | Recruitment status listed as "pending", last updated 17th August 2020 |

---

**PACTR202009610896579 2020**

| | |
|---|---|
| Study name | Misoprostol versus manual vacuum aspiration for the treatment of first trimester incomplete miscarriage at university of Maiduguri teaching hospital. a randomized controlled study |
| Methods | Single-centre, 2-arm, unblinded, randomised controlled trial |
| Participants | Women with an incomplete miscarriage |
| Interventions | Misoprostol (dose and route not stated) versus manual vacuum aspiration |
| Outcomes | Complete miscarriage |
| Starting date | Not stated |
| Contact information | Not stated |
| Notes | None |

---

**PACTR202009857889210 2020**

| | |
|---|---|
| Study name | Sublingual misoprostol versus manual vacuum aspiration for treatment of incomplete abortion in Nigeria: a randomized control study |
| Methods | 2-arm, unblinded, randomised controlled trial |
| Participants | Women with a first-trimester incomplete abortion, confirmed by a trans-abdominal ultrasound scan of the uterus |
| Interventions | Single-dose sublingual misoprostol 400 micrograms versus manual vacuum aspiration |
| Outcomes | Complete miscarriage; side effects and tolerability |
| Starting date | Not stated |
| Contact information | Not stated |
| Notes | None |

---

**Sutharshan 2017**

| | |
|---|---|
| Study name | Effectiveness of manual vacuum aspiration when compared to expectant care in achieving complete miscarriage in women with first trimester pregnancy loss- a randomized controlled trial |

---

**Methods for managing miscarriage: a network meta-analysis (Review)**
Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 675

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Sutharshan 2017** *(Continued)*

| | |
|---|---|
| Methods | A randomised, parallel group, two-arm, unblinded study |
| Participants | 134 women attending a teaching hospital in Sri Lanka with a miscarriage ≤ 12 weeks of gestation |
| Interventions | Suction aspiration as an inpatient manual procedure versus expectant management as an outpatient |
| Outcomes | Complete miscarriage; composite outcome of death or serious complication; need for unplanned/emergency surgical procedure; pain scores (visual analogue scale); pelvic inflammatory disease, sepsis or endometritis; change in haemoglobin measurements before and after the miscarriage; cervical tear; women's views/satisfaction; mean duration of hospital stay (days) |
| Starting date | 10th June 2017 |
| Contact information | sutharshan11@gmail.com |
| Notes | Recruitment status listed as "recruiting", last updated 3rd March 2019 |

**Unkels 2008**

| | |
|---|---|
| Study name | Is misoprostol a safe alternative to manual vacuum aspiration in women with incomplete abortions in developing countries? |
| Methods | Evaluator-blinded, single-centre, randomised controlled non-inferiority trial |
| Participants | 180 women attending an unspecified healthcare facility in Tanzania with a miscarriage in the first trimester (exact gestation unspecified) (incomplete miscarriage only) |
| Interventions | Misoprostol 600 micrograms given orally every 4 hours for 3 doses versus suction aspiration as a manual procedure |
| Outcomes | Composite outcome of death or serious complication; pain scores (visual analogue scale); change in haemoglobin measurements before and after the miscarriage; women's views/satisfaction; nausea; vomiting; diarrhoea; |
| Starting date | 11th February 2008 |
| Contact information | PO box 228, Lindi, Tanzania |
| Notes | Overall trial status listed as "completed", recruitment status listed as "no longer recruiting", publication status listed as "results overdue", last updated 22nd Feb 2008 |

**USG-MVA:** ultrasound-guided manual vacuum aspiration.

# DATA AND ANALYSES

Pet. Ref. 676

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Comparison 1.   Suction aspiration vs Misoprostol

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 1.1 Complete Miscarriage | 23 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 1.1.1 Missed miscarriage | 3 | 308 | Risk Ratio (IV, Random, 95% CI) | 1.51 [1.14, 2.01] |
| 1.1.2 Incomplete miscarriage | 14 | 3474 | Risk Ratio (IV, Random, 95% CI) | 1.03 [1.01, 1.05] |
| 1.1.3 Mixed population | 6 | 1706 | Risk Ratio (IV, Random, 95% CI) | 1.19 [1.06, 1.32] |
| 1.2 Composite outcome of death or serious complica-tion | 9 | 2146 | Risk Ratio (IV, Random, 95% CI) | 1.53 [0.45, 5.16] |
| 1.3 Need for un-planned/emergency surgical procedure | 9 | 1078 | Risk Ratio (IV, Random, 95% CI) | 0.19 [0.10, 0.37] |
| 1.4 Pain score | 8 | 2857 | Std. Mean Difference (IV, Random, 95% CI) | 0.08 [-0.35, 0.51] |
| 1.5 Pelvic inflammatory dis-ease, sepsis or endometritis | 12 | 2989 | Risk Ratio (IV, Random, 95% CI) | 1.27 [0.67, 2.41] |
| 1.6 Change in haemoglobin measurements before and af-ter the miscarriage | 7 | 2706 | Mean Difference (IV, Random, 95% CI) | -0.17 [-0.29, -0.05] |
| 1.7 Days of bleeding | 7 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 1.8 Cervical tear | 5 | 1252 | Risk Ratio (IV, Random, 95% CI) | 7.18 [0.84, 61.00] |
| 1.9 Mean duration of hospital stay (days) | 1 | 635 | Mean Difference (IV, Random, 95% CI) | -0.40 [-0.68, -0.12] |
| 1.10 Re-admission to hospital | 2 | 554 | Risk Ratio (IV, Random, 95% CI) | 0.77 [0.27, 2.21] |
| 1.11 Nausea | 13 | 3605 | Risk Ratio (IV, Random, 95% CI) | 0.52 [0.35, 0.76] |
| 1.12 Vomiting | 13 | 3447 | Risk Ratio (IV, Random, 95% CI) | 0.50 [0.38, 0.68] |
| 1.13 Diarrhoea | 9 | 1769 | Risk Ratio (IV, Random, 95% CI) | 0.39 [0.26, 0.60] |
| 1.14 Pyrexia | 15 | 4129 | Risk Ratio (IV, Random, 95% CI) | 0.37 [0.22, 0.61] |
| 1.15 Anxiety score | 2 | 719 | Std. Mean Difference (IV, Random, 95% CI) | -0.08 [-0.24, 0.09] |
| 1.16 Depression score | 2 | 719 | Std. Mean Difference (IV, Random, 95% CI) | -0.17 [-0.46, 0.12] |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 677

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 1.1.  Comparison 1: Suction aspiration vs Misoprostol, Outcome 1: Complete Miscarriage



| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| **1.1.1 Missed miscarriage** | | | | | | |
| Graziosi 2004 | 72 | 75 | 42 | 79 | 34.7% | 1.81 [1.46 , 2.23] |
| Muffley 2002 | 25 | 25 | 15 | 25 | 27.8% | 1.65 [1.19 , 2.27] |
| Shaheen 2017 | 48 | 52 | 40 | 52 | 37.4% | 1.20 [1.01 , 1.42] |
| **Subtotal (95% CI)** | | **152** | | **156** | **100.0%** | **1.51 [1.14 , 2.01]** |
| Total events: | 145 | | 97 | | | |
| Heterogeneity: Tau² = 0.05; Chi² = 9.55, df = 2 (P = 0.008); I² = 79% | | | | | | |
| Test for overall effect: Z = 2.83 (P = 0.005) | | | | | | |
| | | | | | | |
| **1.1.2 Incomplete miscarriage** | | | | | | |
| Arellano 2009 | 97 | 97 | 100 | 106 | 6.8% | 1.06 [1.01 , 1.11] |
| Bique 2007 | 101 | 101 | 101 | 111 | 5.4% | 1.10 [1.03 , 1.17] |
| Chigbu 2012 | 160 | 160 | 158 | 160 | 12.4% | 1.01 [0.99 , 1.03] |
| Dabash 2010 | 346 | 347 | 342 | 348 | 13.6% | 1.01 [1.00 , 1.03] |
| Dao 2007 | 222 | 224 | 206 | 218 | 9.6% | 1.05 [1.01 , 1.09] |
| Das 2014 | 109 | 111 | 108 | 111 | 8.5% | 1.01 [0.97 , 1.05] |
| Ibiyemi 2018 | 97 | 98 | 83 | 100 | 3.0% | 1.19 [1.09 , 1.31] |
| Montesinos 2011 | 97 | 97 | 100 | 106 | 6.8% | 1.06 [1.01 , 1.11] |
| Nwafor 2020 | 44 | 46 | 39 | 48 | 1.3% | 1.18 [1.01 , 1.37] |
| Patua 2013 | 48 | 50 | 42 | 48 | 1.9% | 1.10 [0.97 , 1.24] |
| Sahin 2001 | 40 | 40 | 38 | 40 | 3.4% | 1.05 [0.97 , 1.15] |
| Shwekerela 2007 | 150 | 150 | 149 | 150 | 13.0% | 1.01 [0.99 , 1.03] |
| Taylor 2011 | 109 | 110 | 106 | 108 | 10.2% | 1.01 [0.98 , 1.04] |
| Weeks 2005 | 75 | 82 | 103 | 107 | 4.0% | 0.95 [0.88 , 1.03] |
| **Subtotal (95% CI)** | | **1713** | | **1761** | **100.0%** | **1.03 [1.01 , 1.05]** |
| Total events: | 1695 | | 1675 | | | |
| Heterogeneity: Tau² = 0.00; Chi² = 36.15, df = 13 (P = 0.0006); I² = 64% | | | | | | |
| Test for overall effect: Z = 3.59 (P = 0.0003) | | | | | | |
| | | | | | | |
| **1.1.3 Mixed population** | | | | | | |
| Chung 1999 | 308 | 314 | 318 | 321 | 20.9% | 0.99 [0.97 , 1.01] |
| Demetroulis 2001 | 40 | 40 | 33 | 40 | 15.2% | 1.21 [1.04 , 1.40] |
| Ganguly 2010 | 59 | 60 | 98 | 120 | 18.4% | 1.20 [1.10 , 1.32] |
| Kashif 2020 | 30 | 30 | 22 | 30 | 11.4% | 1.36 [1.09 , 1.69] |
| Kong 2013 | 54 | 55 | 42 | 60 | 14.0% | 1.40 [1.18 , 1.66] |
| Zhang 2005 | 143 | 148 | 412 | 488 | 20.2% | 1.14 [1.09 , 1.20] |
| **Subtotal (95% CI)** | | **647** | | **1059** | **100.0%** | **1.19 [1.06 , 1.32]** |
| Total events: | 634 | | 925 | | | |
| Heterogeneity: Tau² = 0.01; Chi² = 68.86, df = 5 (P < 0.00001); I² = 93% | | | | | | |
| Test for overall effect: Z = 3.04 (P = 0.002) | | | | | | |
| | | | | | | |
| Test for subgroup differences: Chi² = 12.54, df = 2 (P = 0.002), I² = 84.0% | | | | | | |

0.5   0.7   1   1.5   2
Favours Misoprostol      Favours Suction aspiration

Pet. Ref. 678



### Analysis 1.2.  Comparison 1: Suction aspiration vs Misoprostol, Outcome 2: Composite outcome of death or serious complication

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Chung 1999 | 6 | 314 | 0 | 321 | 16.8% | 13.29 [0.75 , 234.90] | |
| Dao 2007 | 0 | 224 | 1 | 218 | 13.7% | 0.32 [0.01 , 7.92] | |
| Demetroulis 2001 | 0 | 40 | 0 | 40 | | Not estimable | |
| Ganguly 2010 | 1 | 60 | 3 | 120 | 26.5% | 0.67 [0.07 , 6.27] | |
| Graziosi 2004 | 2 | 75 | 0 | 79 | 15.3% | 5.26 [0.26 , 107.86] | |
| Ibiyemi 2018 | 0 | 98 | 0 | 100 | | Not estimable | |
| Muffley 2002 | 1 | 25 | 0 | 25 | 14.1% | 3.00 [0.13 , 70.30] | |
| Taylor 2011 | 0 | 110 | 1 | 108 | 13.8% | 0.33 [0.01 , 7.95] | |
| Weeks 2005 | 0 | 82 | 0 | 107 | | Not estimable | |
| **Total (95% CI)** | | **1028** | | **1118** | **100.0%** | **1.53 [0.45 , 5.16]** | |
| Total events: | 10 | | 5 | | | | |

Heterogeneity: Tau² = 0.14; Chi² = 5.32, df = 5 (P = 0.38); I² = 6%

Test for overall effect: Z = 0.69 (P = 0.49)

Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Misoprostol

### Analysis 1.3.  Comparison 1: Suction aspiration vs Misoprostol, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bique 2007 | 0 | 101 | 4 | 111 | 5.1% | 0.12 [0.01 , 2.24] | |
| Demetroulis 2001 | 0 | 40 | 0 | 40 | | Not estimable | |
| Graziosi 2004 | 5 | 75 | 37 | 79 | 55.9% | 0.14 [0.06 , 0.34] | |
| Kashif 2020 | 0 | 30 | 2 | 30 | 4.8% | 0.20 [0.01 , 4.00] | |
| Kong 2013 | 0 | 55 | 0 | 59 | | Not estimable | |
| Muffley 2002 | 1 | 25 | 1 | 25 | 5.9% | 1.00 [0.07 , 15.12] | |
| Nwafor 2020 | 2 | 46 | 9 | 48 | 19.8% | 0.23 [0.05 , 1.02] | |
| Patua 2013 | 0 | 50 | 1 | 46 | 4.3% | 0.31 [0.01 , 7.36] | |
| Taylor 2011 | 0 | 110 | 1 | 108 | 4.2% | 0.33 [0.01 , 7.95] | |
| **Total (95% CI)** | | **532** | | **546** | **100.0%** | **0.19 [0.10 , 0.37]** | |
| Total events: | 8 | | 55 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 2.21, df = 6 (P = 0.90); I² = 0%

Test for overall effect: Z = 4.96 (P < 0.00001)

Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Misoprostol

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 679

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 1.4.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 4: Pain score**

| Study or Subgroup | Suction aspiration Mean | SD | Total | Misoprostol Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Bique 2007 | 4.21 | 3.44 | 101 | 2.63 | 3.44 | 111 | 12.4% | 0.46 [0.18 , 0.73] | |
| Chigbu 2012 | 4.5 | 4.04 | 160 | 3 | 4.04 | 160 | 12.6% | 0.37 [0.15 , 0.59] | |
| Dao 2007 | 2.73 | 2.18 | 224 | 2.32 | 2.18 | 218 | 12.7% | 0.19 [0.00 , 0.37] | |
| Graziosi 2004 | 3 | 2.4 | 75 | 5 | 3 | 79 | 12.1% | -0.73 [-1.06 , -0.40] | |
| Harwood 2008 | 45.84 | 10.95 | 150 | 40.04 | 10.31 | 457 | 12.7% | 0.55 [0.37 , 0.74] | |
| Shwekerela 2007 | 3.5 | 1.3 | 150 | 3 | 1.3 | 150 | 12.6% | 0.38 [0.16 , 0.61] | |
| Taylor 2011 | 4.6 | 2.99 | 112 | 3.2 | 2.99 | 93 | 12.3% | 0.47 [0.19 , 0.75] | |
| Zhang 2005 | 3.2 | 2.4 | 141 | 5.7 | 2.4 | 476 | 12.7% | -1.04 [-1.24 , -0.84] | |
| **Total (95% CI)** | | | **1113** | | | **1744** | **100.0%** | **0.08 [-0.35 , 0.51]** | |

Heterogeneity: Tau² = 0.37; Chi² = 202.17, df = 7 (P < 0.00001); I² = 97%
Test for overall effect: Z = 0.38 (P = 0.71)
Test for subgroup differences: Not applicable

-1  -0.5  0  0.5  1
Favours Suction aspiration   Favours Misoprostol

**Analysis 1.5.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis**

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bique 2007 | 0 | 101 | 4 | 111 | 4.8% | 0.12 [0.01 , 2.24] | |
| Chung 1999 | 10 | 314 | 9 | 321 | 51.7% | 1.14 [0.47 , 2.76] | |
| Dao 2007 | 0 | 224 | 1 | 218 | 4.0% | 0.32 [0.01 , 7.92] | |
| Demetroulis 2001 | 4 | 38 | 2 | 37 | 15.2% | 1.95 [0.38 , 10.00] | |
| Graziosi 2004 | 0 | 75 | 0 | 79 | | Not estimable | |
| Kashif 2020 | 0 | 30 | 0 | 30 | | Not estimable | |
| Kong 2013 | 2 | 53 | 0 | 59 | 4.5% | 5.56 [0.27 , 113.16] | |
| Nwafor 2020 | 0 | 46 | 0 | 48 | | Not estimable | |
| Sahin 2001 | 2 | 40 | 1 | 40 | 7.3% | 2.00 [0.19 , 21.18] | |
| Shwekerela 2007 | 0 | 150 | 0 | 150 | | Not estimable | |
| Weeks 2005 | 3 | 82 | 1 | 107 | 8.1% | 3.91 [0.41 , 36.95] | |
| Zhang 2005 | 0 | 148 | 2 | 488 | 4.4% | 0.66 [0.03 , 13.60] | |
| **Total (95% CI)** | | **1301** | | **1688** | **100.0%** | **1.27 [0.67 , 2.41]** | |
| Total events: | **21** | | **20** | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 5.73, df = 7 (P = 0.57); I² = 0%
Test for overall effect: Z = 0.74 (P = 0.46)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours Suction aspiration   Favours Misoprostol

Pet. Ref. 680

Cochrane Database of Systematic Reviews

### Analysis 1.6.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 6: Change in haemoglobin measurements before and after the miscarriage



### Analysis 1.7.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 7: Days of bleeding

| Study or Subgroup | Suction aspiration | | | Misoprostol | | | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
| | Mean | SD | Total | Mean | SD | Total | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Braham 2016 | 2.67 | 1.2 | 30 | 3.68 | 1.8 | 30 | -1.01 [-1.78 , -0.24] | |
| Chung 1999 | 9.3 | 3.57 | 314 | 9.1 | 3.57 | 321 | 0.20 [-0.36 , 0.76] | |
| Graziosi 2004 | 8.7 | 5.1 | 75 | 10.4 | 5.6 | 79 | -1.70 [-3.39 , -0.01] | |
| Kong 2013 | 10.73 | 5.92 | 53 | 15.38 | 6.63 | 59 | -4.65 [-6.97 , -2.33] | |
| Montesinos 2011 | 3.1 | 2.06 | 97 | 3.7 | 2.06 | 106 | -0.60 [-1.17 , -0.03] | |
| Sahin 2001 | 4.9 | 2.19 | 40 | 6.45 | 2.23 | 40 | -1.55 [-2.52 , -0.58] | |
| Taylor 2011 | 1.64 | 2.6 | 112 | 2.86 | 2.6 | 93 | -1.22 [-1.93 , -0.51] | |

Test for subgroup differences: Not applicable

### Analysis 1.8.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 8: Cervical tear



Pet. Ref. 681



Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Analysis 1.9.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 9: Mean duration of hospital stay (days)



| Study or Subgroup | Suction aspiration Mean | SD | Total | Misoprostol Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Chung 1999 | 1.78 | 1.79 | 314 | 2.18 | 1.79 | 321 | 100.0% | -0.40 [-0.68 , -0.12] | |
| **Total (95% CI)** | | | **314** | | | **321** | **100.0%** | **-0.40 [-0.68 , -0.12]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.82 (P = 0.005)
Test for subgroup differences: Not applicable

-0.5 -0.25 0 0.25 0.5
Favours Suction aspiration   Favours Misoprostol

## Analysis 1.10.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 10: Re-admission to hospital

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Dao 2007 | 0 | 224 | 2 | 218 | 12.2% | 0.19 [0.01 , 4.03] | |
| Kong 2013 | 5 | 53 | 6 | 59 | 87.8% | 0.93 [0.30 , 2.86] | |
| **Total (95% CI)** | | **277** | | **277** | **100.0%** | **0.77 [0.27 , 2.21]** | |
| Total events: | 5 | | 8 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.90, df = 1 (P = 0.34); I² = 0%
Test for overall effect: Z = 0.49 (P = 0.62)
Test for subgroup differences: Not applicable

0.01 0.1 1 10 100
Favours Suction aspiration   Favours Misoprostol

## Analysis 1.11.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 11: Nausea

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bique 2007 | 2 | 101 | 13 | 111 | 4.8% | 0.17 [0.04 , 0.73] | |
| Chigbu 2012 | 7 | 160 | 8 | 160 | 7.7% | 0.88 [0.32 , 2.36] | |
| Dabash 2010 | 83 | 316 | 132 | 327 | 15.0% | 0.65 [0.52 , 0.82] | |
| Dao 2007 | 2 | 224 | 12 | 223 | 4.7% | 0.17 [0.04 , 0.73] | |
| Demetroulis 2001 | 22 | 40 | 6 | 40 | 9.5% | 3.67 [1.67 , 8.07] | |
| Ganguly 2010 | 17 | 60 | 63 | 120 | 13.1% | 0.54 [0.35 , 0.84] | |
| Graziosi 2004 | 0 | 75 | 11 | 79 | 1.7% | 0.05 [0.00 , 0.76] | |
| Ibiyemi 2018 | 7 | 98 | 12 | 100 | 8.5% | 0.60 [0.24 , 1.45] | |
| Montesinos 2011 | 0 | 97 | 5 | 106 | 1.6% | 0.10 [0.01 , 1.77] | |
| Muffley 2002 | 0 | 25 | 12 | 25 | 1.7% | 0.04 [0.00 , 0.64] | |
| Shwekerela 2007 | 9 | 150 | 38 | 150 | 10.4% | 0.24 [0.12 , 0.47] | |
| Taylor 2011 | 5 | 112 | 7 | 93 | 6.8% | 0.59 [0.19 , 1.81] | |
| Zhang 2005 | 41 | 141 | 250 | 472 | 14.7% | 0.55 [0.42 , 0.72] | |
| **Total (95% CI)** | | **1599** | | **2006** | **100.0%** | **0.52 [0.35 , 0.76]** | |
| Total events: | 195 | | 569 | | | | |

Heterogeneity: Tau² = 0.24; Chi² = 42.91, df = 12 (P < 0.0001); I² = 72%
Test for overall effect: Z = 3.39 (P = 0.0007)
Test for subgroup differences: Not applicable

0.001 0.1 1 10 1000
Favours Suction aspiration   Favours Misoprostol

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 682

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 1.12.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 12: Vomiting**

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bique 2007 | 0 | 101 | 5 | 111 | 1.1% | 0.10 [0.01 , 1.78] | |
| Chigbu 2012 | 6 | 160 | 6 | 160 | 7.1% | 1.00 [0.33 , 3.03] | |
| Dabash 2010 | 17 | 316 | 32 | 327 | 27.3% | 0.55 [0.31 , 0.97] | |
| Dao 2007 | 4 | 224 | 5 | 223 | 5.2% | 0.80 [0.22 , 2.93] | |
| Demetroulis 2001 | 6 | 40 | 3 | 40 | 5.1% | 2.00 [0.54 , 7.45] | |
| Ibiyemi 2018 | 4 | 98 | 6 | 100 | 5.8% | 0.68 [0.20 , 2.34] | |
| Kashif 2020 | 1 | 30 | 2 | 30 | 1.6% | 0.50 [0.05 , 5.22] | |
| Kong 2013 | 3 | 53 | 14 | 59 | 6.2% | 0.24 [0.07 , 0.78] | |
| Montesinos 2011 | 0 | 97 | 2 | 106 | 1.0% | 0.22 [0.01 , 4.49] | |
| Muffley 2002 | 0 | 25 | 1 | 25 | 0.9% | 0.33 [0.01 , 7.81] | |
| Shwekerela 2007 | 6 | 150 | 17 | 150 | 10.8% | 0.35 [0.14 , 0.87] | |
| Taylor 2011 | 4 | 112 | 5 | 93 | 5.3% | 0.66 [0.18 , 2.40] | |
| Zhang 2005 | 10 | 142 | 96 | 475 | 22.6% | 0.35 [0.19 , 0.65] | |
| **Total (95% CI)** | | **1548** | | **1899** | **100.0%** | **0.50 [0.38 , 0.68]** | |
| Total events: | 61 | | 194 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 11.69, df = 12 (P = 0.47); I² = 0%
Test for overall effect: Z = 4.52 (P < 0.00001)
Test for subgroup differences: Not applicable

0.005  0.1  1  10  200
Favours Suction aspiration     Favours Misoprostol

**Analysis 1.13.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 13: Diarrhoea**

| Study or Subgroup | Suction aspiration Events | Total | Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Chigbu 2012 | 0 | 160 | 3 | 160 | 1.9% | 0.14 [0.01 , 2.74] | |
| Demetroulis 2001 | 0 | 40 | 1 | 40 | 1.7% | 0.33 [0.01 , 7.95] | |
| Ganguly 2010 | 7 | 60 | 28 | 120 | 22.6% | 0.50 [0.23 , 1.08] | |
| Graziosi 2004 | 0 | 75 | 21 | 79 | 2.2% | 0.02 [0.00 , 0.40] | |
| Ibiyemi 2018 | 0 | 98 | 2 | 100 | 1.9% | 0.20 [0.01 , 4.20] | |
| Kashif 2020 | 0 | 30 | 0 | 30 | | Not estimable | |
| Kong 2013 | 10 | 53 | 22 | 59 | 29.0% | 0.51 [0.26 , 0.97] | |
| Muffley 2002 | 0 | 25 | 12 | 25 | 2.2% | 0.04 [0.00 , 0.64] | |
| Zhang 2005 | 14 | 142 | 113 | 473 | 38.5% | 0.41 [0.24 , 0.70] | |
| **Total (95% CI)** | | **683** | | **1086** | **100.0%** | **0.39 [0.26 , 0.60]** | |
| Total events: | 31 | | 202 | | | | |

Heterogeneity: Tau² = 0.05; Chi² = 8.00, df = 7 (P = 0.33); I² = 13%
Test for overall effect: Z = 4.39 (P < 0.0001)
Test for subgroup differences: Not applicable

0.001  0.1  1  10  1000
Favours Suction aspiration     Favours Misoprostol

Pet. Ref. 683

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 1.14.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 14: Pyrexia



### Analysis 1.15.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 15: Anxiety score

| Study or Subgroup | Suction aspiration | | | Misoprostol | | | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Harwood 2008 | 2.33 | 1.04 | 150 | 2.45 | 1.15 | 457 | 80.2% | -0.11 [-0.29 , 0.08] | |
| Kong 2013 | 58.62 | 10.56 | 53 | 58.08 | 13.57 | 59 | 19.8% | 0.04 [-0.33 , 0.41] | |
| **Total (95% CI)** | | | **203** | | | **516** | **100.0%** | **-0.08 [-0.24 , 0.09]** | |

Heterogeneity: Tau² = 0.00; Chi² = 0.51, df = 1 (P = 0.48); I² = 0%
Test for overall effect: Z = 0.91 (P = 0.36)
Test for subgroup differences: Not applicable

-0.2 -0.1 0 0.1 0.2
Favours Suction aspiration    Favours Misoprostol

### Analysis 1.16.   Comparison 1: Suction aspiration vs Misoprostol, Outcome 16: Depression score

| Study or Subgroup | Suction aspiration | | | Misoprostol | | | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Harwood 2008 | 2.8 | 0.88 | 150 | 2.85 | 0.89 | 457 | 64.2% | -0.06 [-0.24 , 0.13] | |
| Kong 2013 | 5.3 | 6.91 | 53 | 8.75 | 11.05 | 59 | 35.8% | -0.37 [-0.74 , 0.01] | |
| **Total (95% CI)** | | | **203** | | | **516** | **100.0%** | **-0.17 [-0.46 , 0.12]** | |

Heterogeneity: Tau² = 0.03; Chi² = 2.14, df = 1 (P = 0.14); I² = 53%
Test for overall effect: Z = 1.12 (P = 0.26)
Test for subgroup differences: Not applicable

-0.5 -0.25 0 0.25 0.5
Favours Suction aspiration    Favours Misoprostol

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 684

...



Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Comparison 2. Suction aspiration vs Mifepristone + Misoprostol

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 2.1 Complete Miscarriage | 2 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 2.1.1 Missed miscarriage | 1 | 618 | Risk Ratio (IV, Random, 95% CI) | 1.50 [1.37, 1.64] |
| 2.1.2 Mixed population | 1 | 98 | Risk Ratio (IV, Random, 95% CI) | 1.11 [1.01, 1.23] |
| 2.2 Composite outcome of death or serious complication | 1 | 618 | Risk Ratio (IV, Random, 95% CI) | 0.14 [0.01, 2.74] |
| 2.3 Need for unplanned/emergency surgical procedure | 1 | 98 | Risk Ratio (IV, Random, 95% CI) | 1.00 [0.06, 15.54] |
| 2.4 Pelvic inflammatory disease, sepsis or endometritis | 2 | 716 | Risk Ratio (IV, Random, 95% CI) | 2.33 [0.47, 11.44] |
| 2.5 Re-admission to hospital | 1 | 98 | Risk Ratio (IV, Random, 95% CI) | 0.14 [0.01, 2.69] |

**Analysis 2.1.   Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 1: Complete Miscarriage**

| Study or Subgroup | Suction aspiration Events | Total | Mifepristone+Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **2.1.1 Missed miscarriage** | | | | | | | |
| Trinder 2006 | 290 | 310 | 192 | 308 | 100.0% | 1.50 [1.37 , 1.64] | |
| **Subtotal (95% CI)** | | **310** | | **308** | **100.0%** | **1.50 [1.37 , 1.64]** | |
| Total events: | 290 | | 192 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 8.69 (P < 0.00001) | | | | | | | |
| **2.1.2 Mixed population** | | | | | | | |
| Niinimaki 2006 | 49 | 49 | 44 | 49 | 100.0% | 1.11 [1.01 , 1.23] | |
| **Subtotal (95% CI)** | | **49** | | **49** | **100.0%** | **1.11 [1.01 , 1.23]** | |
| Total events: | 49 | | 44 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 2.06 (P = 0.04) | | | | | | | |

0.5  0.7  1  1.5  2
Favours Mifepristone+Misoprostol     Favours Suction aspiration

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 685

**Cochrane Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 2.2.   Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 2: Composite outcome of death or serious complication



### Analysis 2.3.   Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Suction aspiration Events | Total | Mifepristone+Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Niinimaki 2006 | 1 | 49 | 1 | 49 | 100.0% | 1.00 [0.06 , 15.54] | |
| **Total (95% CI)** | | **49** | | **49** | **100.0%** | **1.00 [0.06 , 15.54]** | |
| Total events: | 1 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.00 (P = 1.00)
Test for subgroup differences: Not applicable

Favours Suction aspiration      Favours Mifepristone+Misoprostol

### Analysis 2.4.   Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 4: Pelvic inflammatory disease, sepsis or endometritis

| Study or Subgroup | Suction aspiration Events | Total | Mifepristone+Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Niinimaki 2006 | 7 | 49 | 1 | 49 | 35.2% | 7.00 [0.89 , 54.79] | |
| Trinder 2006 | 9 | 310 | 7 | 308 | 64.8% | 1.28 [0.48 , 3.39] | |
| **Total (95% CI)** | | **359** | | **357** | **100.0%** | **2.33 [0.47 , 11.44]** | |
| Total events: | 16 | | 8 | | | | |

Heterogeneity: Tau² = 0.77; Chi² = 2.14, df = 1 (P = 0.14); I² = 53%
Test for overall effect: Z = 1.04 (P = 0.30)
Test for subgroup differences: Not applicable

Favours Suction aspiration      Favours Mifepristone+Misoprostol

### Analysis 2.5.   Comparison 2: Suction aspiration vs Mifepristone + Misoprostol, Outcome 5: Re-admission to hospital



Pet. Ref. 686

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Comparison 3.   Suction aspiration vs Dilatation & Curettage

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 3.1 Complete Miscarriage | 5 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 3.1.1 Incomplete miscarriage | 4 | 1432 | Risk Ratio (IV, Random, 95% CI) | 1.02 [0.98, 1.06] |
| 3.1.2 Mixed population | 1 | 90 | Risk Ratio (IV, Random, 95% CI) | 1.05 [0.94, 1.17] |
| 3.2 Composite outcome of death or serious complication | 5 | 1521 | Risk Ratio (IV, Random, 95% CI) | 1.27 [0.80, 2.02] |
| 3.3 Need for unplanned/emergency surgical procedure | 2 | 693 | Risk Ratio (IV, Random, 95% CI) | 0.33 [0.01, 8.07] |
| 3.4 Pelvic inflammatory disease, sepsis or endometritis | 3 | 822 | Risk Ratio (IV, Random, 95% CI) | 0.77 [0.53, 1.11] |
| 3.5 Mean volumes of blood loss (millilitres) | 2 | 451 | Mean Difference (IV, Random, 95% CI) | -11.44 [-21.49, -1.40] |
| 3.6 Change in haemoglobin measurements before and after the miscarriage | 2 | 370 | Mean Difference (IV, Random, 95% CI) | -0.41 [-0.68, -0.14] |
| 3.7 Days of bleeding | 1 | 270 | Mean Difference (IV, Random, 95% CI) | -0.30 [-1.30, 0.70] |
| 3.8 Cervical tear | 2 | 558 | Risk Ratio (IV, Random, 95% CI) | 0.49 [0.20, 1.18] |
| 3.9 Mean duration of hospital stay (days) | 3 | 220 | Mean Difference (IV, Random, 95% CI) | -0.56 [-0.89, -0.23] |
| 3.10 Re-admission to hospital | 2 | 1042 | Risk Ratio (IV, Random, 95% CI) | 1.61 [0.62, 4.16] |
| 3.11 Vomiting | 1 | 599 | Risk Ratio (IV, Random, 95% CI) | 2.31 [0.60, 8.85] |
| 3.12 Pyrexia | 3 | 1157 | Risk Ratio (IV, Random, 95% CI) | 1.31 [0.85, 2.02] |

Pet. Ref. 687

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 3.1.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 1: Complete Miscarriage



### Analysis 3.2.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 2: Composite outcome of death or serious complication

| Study or Subgroup | Suction aspiration Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Caceres 1979 | 1 | 223 | 1 | 235 | 2.8% | 1.05 [0.07 , 16.75] | |
| Caceres 1981 | 36 | 301 | 27 | 298 | 95.1% | 1.32 [0.82 , 2.12] | |
| Kittiwatanakul 2012 | 0 | 47 | 0 | 47 | | Not estimable | |
| Pereira 2006 | 0 | 50 | 0 | 50 | | Not estimable | |
| Verkuyl 1993 | 0 | 138 | 1 | 132 | 2.1% | 0.32 [0.01 , 7.76] | |
| **Total (95% CI)** | | **759** | | **762** | **100.0%** | **1.27 [0.80 , 2.02]** | |
| Total events: | 37 | | 29 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.76, df = 2 (P = 0.68); I² = 0%
Test for overall effect: Z = 1.03 (P = 0.30)
Test for subgroup differences: Not applicable

Favours Suction aspiration   Favours Dilatation & Curettage
0.02  0.1    1    10   50

### Analysis 3.3.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Suction aspiration Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Caceres 1981 | 0 | 301 | 1 | 298 | 100.0% | 0.33 [0.01 , 8.07] | |
| Kittiwatanakul 2012 | 0 | 47 | 0 | 47 | | Not estimable | |
| **Total (95% CI)** | | **348** | | **345** | **100.0%** | **0.33 [0.01 , 8.07]** | |
| Total events: | 0 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

Favours Suction aspiration   Favours Dilatation & Curettage
0.01  0.1    1    10   100

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 688

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 3.4.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 4: Pelvic inflammatory disease, sepsis or endometritis



| Study or Subgroup | Suction aspiration | | Dilatation & Curettage | | Weight | Risk Ratio | Risk Ratio |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Caceres 1979 | 37 | 223 | 48 | 235 | 90.6% | 0.81 [0.55, 1.20] | |
| Kittiwatanakul 2012 | 2 | 47 | 2 | 47 | 3.7% | 1.00 [0.15, 6.81] | |
| Verkuyl 1993 | 2 | 138 | 7 | 132 | 5.6% | 0.27 [0.06, 1.29] | |
| | | | | | | | |
| Total (95% CI) | | 408 | | 414 | 100.0% | 0.77 [0.53, 1.11] | |
| Total events: | 41 | | 57 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 1.85, df = 2 (P = 0.40); I² = 0%
Test for overall effect: Z = 1.39 (P = 0.16)
Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Dilatation & Curettage

### Analysis 3.5.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 5: Mean volumes of blood loss (millilitres)



| Study or Subgroup | Suction aspiration | | | Dilatation & Curettage | | | Weight | Mean Difference | Mean Difference |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Kittiwatanakul 2012 | 30.4 | 7.3 | 47 | 37.2 | 6.8 | 47 | 54.9% | -6.80 [-9.65, -3.95] | |
| Verkuyl 1993 | 19.2 | 25.6 | 179 | 36.3 | 39.8 | 178 | 45.1% | -17.10 [-24.05, -10.15] | |
| | | | | | | | | | |
| Total (95% CI) | | | 226 | | | 225 | 100.0% | -11.44 [-21.49, -1.40] | |

Heterogeneity: Tau² = 45.71; Chi² = 7.23, df = 1 (P = 0.007); I² = 86%
Test for overall effect: Z = 2.23 (P = 0.03)
Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Dilatation & Curettage

### Analysis 3.6.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 6: Change in haemoglobin measurements before and after the miscarriage



| Study or Subgroup | Suction aspiration | | | Dilatation & Curettage | | | Weight | Mean Difference | Mean Difference |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Pereira 2006 | 0.63 | 0.89 | 50 | 1.05 | 0.89 | 50 | 60.4% | -0.42 [-0.77, -0.07] | |
| Verkuyl 1993 | 0.3 | 1.7 | 138 | 0.7 | 1.9 | 132 | 39.6% | -0.40 [-0.83, 0.03] | |
| | | | | | | | | | |
| Total (95% CI) | | | 188 | | | 182 | 100.0% | -0.41 [-0.68, -0.14] | |

Heterogeneity: Tau² = 0.00; Chi² = 0.01, df = 1 (P = 0.94); I² = 0%
Test for overall effect: Z = 2.98 (P = 0.003)
Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Dilatation & Curettage

### Analysis 3.7.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 7: Days of bleeding

| Study or Subgroup | Suction aspiration | | | Dilatation & Curettage | | | Weight | Mean Difference | Mean Difference |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Verkuyl 1993 | 4.9 | 3.8 | 138 | 5.2 | 4.5 | 132 | 100.0% | -0.30 [-1.30, 0.70] | |
| | | | | | | | | | |
| Total (95% CI) | | | 138 | | | 132 | 100.0% | -0.30 [-1.30, 0.70] | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.59 (P = 0.55)
Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Dilatation & Curettage

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 689

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 3.8.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 8: Cervical tear



| Study or Subgroup | Suction aspiration Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Caceres 1979 | 7 | 223 | 15 | 235 | 100.0% | 0.49 [0.20 , 1.18] |
| Pereira 2006 | 0 | 50 | 0 | 50 | | Not estimable |
| **Total (95% CI)** | | **273** | | **285** | **100.0%** | **0.49 [0.20 , 1.18]** |
| Total events: | 7 | | 15 | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 1.58 (P = 0.11)
Test for subgroup differences: Not applicable

### Analysis 3.9.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 9: Mean duration of hospital stay (days)



| Study or Subgroup | Suction aspiration Mean | SD | Total | Dilatation & Curettage Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Arif 2018 | 0.24 | 0.54 | 45 | 0.7 | 0.54 | 45 | 45.3% | -0.46 [-0.68 , -0.24] |
| Fonseca 1997 | 0.35 | 0.88 | 15 | 1.52 | 0.88 | 15 | 18.4% | -1.17 [-1.80 , -0.54] |
| Pereira 2006 | 0.59 | 0.84 | 50 | 0.96 | 0.84 | 50 | 36.3% | -0.37 [-0.70 , -0.04] |
| **Total (95% CI)** | | | **110** | | | **110** | **100.0%** | **-0.56 [-0.89 , -0.23]** |

Heterogeneity: Tau² = 0.05; Chi² = 5.06, df = 2 (P = 0.08); I² = 60%
Test for overall effect: Z = 3.33 (P = 0.0009)
Test for subgroup differences: Not applicable

### Analysis 3.10.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 10: Re-admission to hospital



| Study or Subgroup | Suction aspiration Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Caceres 1979 | 8 | 216 | 4 | 227 | 64.3% | 2.10 [0.64 , 6.88] |
| Caceres 1981 | 3 | 301 | 3 | 298 | 35.7% | 0.99 [0.20 , 4.87] |
| **Total (95% CI)** | | **517** | | **525** | **100.0%** | **1.61 [0.62 , 4.16]** |
| Total events: | 11 | | 7 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.55, df = 1 (P = 0.46); I² = 0%
Test for overall effect: Z = 0.98 (P = 0.33)
Test for subgroup differences: Not applicable

### Analysis 3.11.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 11: Vomiting

| Study or Subgroup | Suction aspiration Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Caceres 1981 | 7 | 301 | 3 | 298 | 100.0% | 2.31 [0.60 , 8.85] |
| **Total (95% CI)** | | **301** | | **298** | **100.0%** | **2.31 [0.60 , 8.85]** |
| Total events: | 7 | | 3 | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 1.22 (P = 0.22)
Test for subgroup differences: Not applicable

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 690

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 3.12.   Comparison 3: Suction aspiration vs Dilatation & Curettage, Outcome 12: Pyrexia**



| Study or Subgroup | Suction aspiration Events | Suction aspiration Total | Dilatation & Curettage Events | Dilatation & Curettage Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Caceres 1979 | 13 | 223 | 14 | 235 | 35.1% | 0.98 [0.47 , 2.04] |
| Caceres 1981 | 31 | 301 | 20 | 298 | 64.9% | 1.53 [0.90 , 2.63] |
| Pereira 2006 | 0 | 50 | 0 | 50 |  | Not estimable |
| **Total (95% CI)** | | 574 | | 583 | 100.0% | 1.31 [0.85 , 2.02] |
| Total events: | 44 | | 34 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.94, df = 1 (P = 0.33); I² = 0%
Test for overall effect: Z = 1.22 (P = 0.22)
Test for subgroup differences: Not applicable

Favours Suction aspiration    Favours Dilatation & Curettage

## Comparison 4.   Suction aspiration vs Expectant/ Placebo

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 4.1 Complete Miscarriage | 7 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 4.1.1 Missed miscarriage | 1 | 616 | Risk Ratio (IV, Random, 95% CI) | 1.88 [1.68, 2.12] |
| 4.1.2 Incomplete miscarriage | 2 | 300 | Risk Ratio (IV, Random, 95% CI) | 1.20 [0.85, 1.69] |
| 4.1.3 Mixed population | 4 | 776 | Risk Ratio (IV, Random, 95% CI) | 1.18 [1.11, 1.25] |
| 4.2 Composite outcome of death or serious complication | 5 | 1485 | Risk Ratio (IV, Random, 95% CI) | 0.43 [0.12, 1.53] |
| 4.3 Need for unplanned/emergency surgical procedure | 4 | 842 | Risk Ratio (IV, Random, 95% CI) | 0.51 [0.30, 0.87] |
| 4.4 Pelvic inflammatory disease, sepsis or endometritis | 8 | 1725 | Risk Ratio (IV, Random, 95% CI) | 1.35 [0.76, 2.41] |
| 4.5 Mean volumes of blood loss (millilitres) | 1 | 352 | Mean Difference (IV, Random, 95% CI) | -23.00 [-40.41, -5.59] |
| 4.6 Change in haemoglobin measurements before and after the miscarriage | 3 | 603 | Mean Difference (IV, Random, 95% CI) | 0.18 [0.10, 0.25] |
| 4.7 Days of bleeding | 4 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 4.8 Cervical tear | 2 | 492 | Risk Ratio (IV, Random, 95% CI) | Not estimable |
| 4.9 Mean duration of hospital stay (days) | 1 | 140 | Mean Difference (IV, Random, 95% CI) | 0.99 [0.74, 1.24] |
| 4.10 Re-admission to hospital | 2 | 463 | Risk Ratio (IV, Random, 95% CI) | 0.72 [0.15, 3.41] |
| 4.11 Vomiting | 1 | 111 | Risk Ratio (IV, Random, 95% CI) | 0.82 [0.19, 3.50] |
| 4.12 Diarrhoea | 1 | 111 | Risk Ratio (IV, Random, 95% CI) | 1.82 [0.71, 4.67] |

Pet. Ref. 691

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 4.13 Pyrexia | 1 | 111 | Risk Ratio (IV, Random, 95% CI) | 3.28 [0.69, 15.57] |
| 4.14 Anxiety score | 1 | 111 | Std. Mean Difference (IV, Random, 95% CI) | -0.12 [-0.49, 0.26] |
| 4.15 Depression score | 1 | 111 | Std. Mean Difference (IV, Random, 95% CI) | -0.29 [-0.67, 0.08] |

**Analysis 4.1.   Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 1: Complete Miscarriage**

| Study or Subgroup | Suction aspiration Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **4.1.1 Missed miscarriage** | | | | | | | |
| Trinder 2006 | 290 | 310 | 152 | 306 | 100.0% | 1.88 [1.68 , 2.12] | |
| **Subtotal (95% CI)** | | **310** | | **306** | **100.0%** | **1.88 [1.68 , 2.12]** | |
| Total events: | 290 | | 152 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 10.65 (P < 0.00001) | | | | | | | |
| **4.1.2 Incomplete miscarriage** | | | | | | | |
| Dangalla 2012 | 79 | 80 | 55 | 80 | 48.2% | 1.44 [1.24 , 1.67] | |
| Wijesinghe 2011 | 66 | 69 | 67 | 71 | 51.8% | 1.01 [0.94 , 1.09] | |
| **Subtotal (95% CI)** | | **149** | | **151** | **100.0%** | **1.20 [0.85 , 1.69]** | |
| Total events: | 145 | | 122 | | | | |
| Heterogeneity: Tau² = 0.06; Chi² = 16.55, df = 1 (P < 0.0001); I² = 94% | | | | | | | |
| Test for overall effect: Z = 1.04 (P = 0.30) | | | | | | | |
| **4.1.3 Mixed population** | | | | | | | |
| Al-Maani 2014 | 110 | 115 | 83 | 102 | 33.0% | 1.18 [1.06 , 1.30] | |
| Karlsen 2001 | 48 | 48 | 39 | 46 | 20.5% | 1.18 [1.04 , 1.34] | |
| Kong 2013 | 54 | 55 | 46 | 58 | 18.0% | 1.24 [1.08 , 1.42] | |
| Nadarajah 2014 | 147 | 175 | 131 | 177 | 28.4% | 1.13 [1.02 , 1.27] | |
| **Subtotal (95% CI)** | | **393** | | **383** | **100.0%** | **1.18 [1.11 , 1.25]** | |
| Total events: | 359 | | 299 | | | | |
| Heterogeneity: Tau² = 0.00; Chi² = 0.96, df = 3 (P = 0.81); I² = 0% | | | | | | | |
| Test for overall effect: Z = 5.47 (P < 0.00001) | | | | | | | |
| | | | | | | | |
| Test for subgroup differences: Chi² = 50.65, df = 2 (P < 0.00001), I² = 96.1% | | | | | | | |

0.5   0.7   1   1.5   2
Favours Expectant/ Placebo    Favours Suction aspiration

Pet. Ref. 692

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews



**Analysis 4.2.  Comparison 4: Suction aspiration vs Expectant/ Placebo,
Outcome 2: Composite outcome of death or serious complication**

| Study or Subgroup | Suction aspiration Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Al-Maani 2014 | 1 | 115 | 2 | 102 | 26.1% | 0.44 [0.04 , 4.82] | |
| Dangalla 2012 | 2 | 80 | 1 | 80 | 26.2% | 2.00 [0.19 , 21.62] | |
| Nadarajah 2014 | 1 | 175 | 3 | 177 | 28.9% | 0.34 [0.04 , 3.21] | |
| Trinder 2006 | 0 | 310 | 7 | 306 | 18.7% | 0.07 [0.00 , 1.15] | |
| Wijesinghe 2011 | 0 | 69 | 0 | 71 | | Not estimable | |
| **Total (95% CI)** | | **749** | | **736** | **100.0%** | **0.43 [0.12 , 1.53]** | |
| Total events: | 4 | | 13 | | | | |

Heterogeneity: Tau² = 0.16; Chi² = 3.30, df = 3 (P = 0.35); I² = 9%
Test for overall effect: Z = 1.31 (P = 0.19)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours Suction aspiration    Favours Expectant/ Placebo

**Analysis 4.3.  Comparison 4: Suction aspiration vs Expectant/ Placebo,
Outcome 3: Need for unplanned/emergency surgical procedure**

| Study or Subgroup | Suction aspiration Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Al-Maani 2014 | 6 | 115 | 5 | 102 | 21.3% | 1.06 [0.33 , 3.38] | |
| Dangalla 2012 | 0 | 80 | 1 | 80 | 2.8% | 0.33 [0.01 , 8.06] | |
| Kong 2013 | 0 | 55 | 0 | 58 | | Not estimable | |
| Nadarajah 2014 | 13 | 175 | 31 | 177 | 75.9% | 0.42 [0.23 , 0.78] | |
| **Total (95% CI)** | | **425** | | **417** | **100.0%** | **0.51 [0.30 , 0.87]** | |
| Total events: | 19 | | 37 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 1.97, df = 2 (P = 0.37); I² = 0%
Test for overall effect: Z = 2.45 (P = 0.01)
Test for subgroup differences: Not applicable

0.02   0.1   1   10   50
Favours Suction aspiration    Favours Expectant/ Placebo

**Analysis 4.4.  Comparison 4: Suction aspiration vs Expectant/ Placebo,
Outcome 4: Pelvic inflammatory disease, sepsis or endometritis**

| Study or Subgroup | Suction aspiration Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Al-Maani 2014 | 4 | 115 | 2 | 102 | 11.8% | 1.77 [0.33 , 9.48] | |
| Chipchase 1997 | 1 | 16 | 1 | 19 | 4.6% | 1.19 [0.08 , 17.51] | |
| Dangalla 2012 | 3 | 80 | 2 | 80 | 10.7% | 1.50 [0.26 , 8.74] | |
| Karlsen 2001 | 0 | 48 | 0 | 46 | | Not estimable | |
| Kong 2013 | 2 | 53 | 0 | 58 | 3.6% | 5.46 [0.27 , 111.26] | |
| Nadarajah 2014 | 7 | 175 | 5 | 177 | 26.0% | 1.42 [0.46 , 4.38] | |
| Trinder 2006 | 9 | 310 | 9 | 306 | 40.0% | 0.99 [0.40 , 2.45] | |
| Wijesinghe 2011 | 1 | 69 | 0 | 71 | 3.3% | 3.09 [0.13 , 74.47] | |
| **Total (95% CI)** | | **866** | | **859** | **100.0%** | **1.35 [0.76 , 2.41]** | |
| Total events: | 27 | | 19 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 1.67, df = 6 (P = 0.95); I² = 0%
Test for overall effect: Z = 1.03 (P = 0.30)
Test for subgroup differences: Not applicable

0.01   0.1   1   10   100
Favours Suction aspiration    Favours Expectant/ Placebo

Pet. Ref. 693

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 4.5.   Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 5: Mean volumes of blood loss (millilitres)

| Study or Subgroup | Suction aspiration | | | Expectant/ Placebo | | | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Nadarajah 2014 | 148 | 83.31 | 175 | 171 | 83.31 | 177 | 100.0% | -23.00 [-40.41 , -5.59] | |
| **Total (95% CI)** | | | **175** | | | **177** | **100.0%** | **-23.00 [-40.41 , -5.59]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.59 (P = 0.010)
Test for subgroup differences: Not applicable

-20 -10   0   10  20
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.6.   Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 6: Change in haemoglobin measurements before and after the miscarriage

| Study or Subgroup | Suction aspiration | | | Expectant/ Placebo | | | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Kong 2013 | 0.12 | 0.84 | 53 | 0.03 | 0.98 | 58 | 5.0% | 0.09 [-0.25 , 0.43] | |
| Nadarajah 2014 | 0.8 | 2.01 | 175 | 0.9 | 2.01 | 177 | 3.3% | -0.10 [-0.52 , 0.32] | |
| Wijesinghe 2011 | 0.91 | 0.12 | 69 | 0.72 | 0.2 | 71 | 91.7% | 0.19 [0.14 , 0.24] | |
| **Total (95% CI)** | | | **297** | | | **306** | **100.0%** | **0.18 [0.10 , 0.25]** | |

Heterogeneity: Tau² = 0.00; Chi² = 2.10, df = 2 (P = 0.35); I² = 5%
Test for overall effect: Z = 4.47 (P < 0.00001)
Test for subgroup differences: Not applicable

-0.5  -0.25   0   0.25  0.5
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.7.   Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 7: Days of bleeding

| Study or Subgroup | Suction aspiration | | | Expectant/ Placebo | | | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | |
| Al-Maani 2014 | 7 | 2.1 | 115 | 11 | 2.3 | 102 | -4.00 [-4.59 , -3.41] | |
| Karlsen 2001 | 4.8 | 4.42 | 48 | 7.2 | 4.42 | 46 | -2.40 [-4.19 , -0.61] | |
| Kong 2013 | 10.73 | 5.92 | 53 | 12.95 | 5.73 | 58 | -2.22 [-4.39 , -0.05] | |
| Nadarajah 2014 | 3.5 | 6.52 | 175 | 5.3 | 6.52 | 177 | -1.80 [-3.16 , -0.44] | |

Test for subgroup differences: Not applicable

-4   -2   0   2   4
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.8.   Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 8: Cervical tear

| Study or Subgroup | Suction aspiration | | Expectant/ Placebo | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Nadarajah 2014 | 0 | 175 | 0 | 177 | | Not estimable | |
| Wijesinghe 2011 | 0 | 69 | 0 | 71 | | Not estimable | |
| **Total (95% CI)** | | **244** | | **248** | | **Not estimable** | |
| Total events: | 0 | | 0 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Not applicable
Test for subgroup differences: Not applicable

0.005   0.1   1   10   200
Favours Suction aspiration    Favours Expectant/ Placebo

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 694



### Analysis 4.9. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 9: Mean duration of hospital stay (days)

| Study or Subgroup | Suction aspiration | | | Expectant/ Placebo | | | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Wijesinghe 2011 | 2.57 | 0.82 | 69 | 1.58 | 0.66 | 71 | 100.0% | 0.99 [0.74 , 1.24] | |
| **Total (95% CI)** | | | **69** | | | **71** | **100.0%** | **0.99 [0.74 , 1.24]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 7.86 (P < 0.00001)
Test for subgroup differences: Not applicable

-1  -0.5  0  0.5  1
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.10. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 10: Re-admission to hospital

| Study or Subgroup | Suction aspiration | | Expectant/ Placebo | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Kong 2013 | 5 | 53 | 3 | 58 | 42.2% | 1.82 [0.46 , 7.26] | |
| Nadarajah 2014 | 13 | 175 | 36 | 177 | 57.8% | 0.37 [0.20 , 0.66] | |
| **Total (95% CI)** | | **228** | | **235** | **100.0%** | **0.72 [0.15 , 3.41]** | |
| Total events: | 18 | | 39 | | | | |

Heterogeneity: Tau² = 1.00; Chi² = 4.38, df = 1 (P = 0.04); I² = 77%
Test for overall effect: Z = 0.41 (P = 0.68)
Test for subgroup differences: Not applicable

0.2  0.5  1  2  5
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.11. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 11: Vomiting

| Study or Subgroup | Suction aspiration | | Expectant/ Placebo | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Kong 2013 | 3 | 53 | 4 | 58 | 100.0% | 0.82 [0.19 , 3.50] | |
| **Total (95% CI)** | | **53** | | **58** | **100.0%** | **0.82 [0.19 , 3.50]** | |
| Total events: | 3 | | 4 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.27 (P = 0.79)
Test for subgroup differences: Not applicable

0.2  0.5  1  2  5
Favours Suction aspiration    Favours Expectant/ Placebo

### Analysis 4.12. Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 12: Diarrhoea

| Study or Subgroup | Suction aspiration | | Expectant/ Placebo | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Kong 2013 | 10 | 53 | 6 | 58 | 100.0% | 1.82 [0.71 , 4.67] | |
| **Total (95% CI)** | | **53** | | **58** | **100.0%** | **1.82 [0.71 , 4.67]** | |
| Total events: | 10 | | 6 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 1.25 (P = 0.21)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours Suction aspiration    Favours Expectant/ Placebo

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 695



Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 4.13.  Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 13: Pyrexia

| Study or Subgroup | Suction aspiration Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Kong 2013 | 6 | 53 | 2 | 58 | 100.0% | 3.28 [0.69 , 15.57] | |
| **Total (95% CI)** | | **53** | | **58** | **100.0%** | **3.28 [0.69 , 15.57]** | |
| Total events: | 6 | | 2 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 1.50 (P = 0.13)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours Suction aspiration  Favours Expectant/ Placebo

### Analysis 4.14.  Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 14: Anxiety score

| Study or Subgroup | Suction aspiration Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Kong 2013 | 58.62 | 10.56 | 53 | 60.05 | 13.74 | 58 | 100.0% | -0.12 [-0.49 , 0.26] | |
| **Total (95% CI)** | | | **53** | | | **58** | **100.0%** | **-0.12 [-0.49 , 0.26]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.61 (P = 0.54)
Test for subgroup differences: Not applicable

-0.5  -0.25  0  0.25  0.5
Favours Suction aspiration  Favours Expectant/ Placebo

### Analysis 4.15.  Comparison 4: Suction aspiration vs Expectant/ Placebo, Outcome 15: Depression score

| Study or Subgroup | Suction aspiration Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Kong 2013 | 5.3 | 6.91 | 53 | 7.93 | 10.41 | 58 | 100.0% | -0.29 [-0.67 , 0.08] | |
| **Total (95% CI)** | | | **53** | | | **58** | **100.0%** | **-0.29 [-0.67 , 0.08]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 1.53 (P = 0.13)
Test for subgroup differences: Not applicable

-0.5  -0.25  0  0.25  0.5
Favours Suction aspiration  Favours Expectant/ Placebo

### Comparison 5.  Misoprostol vs Mifepristone + Misoprostol

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 5.1 Complete Miscarriage | 7 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 5.1.1 Missed miscarriage | 7 | 1812 | Risk Ratio (IV, Random, 95% CI) | 0.87 [0.79, 0.97] |
| 5.2 Composite outcome of death or serious complication | 7 | 1822 | Risk Ratio (IV, Random, 95% CI) | 0.50 [0.20, 1.25] |
| 5.3 Need for unplanned/emer-gency surgical procedure | 6 | 1527 | Risk Ratio (IV, Random, 95% CI) | 1.55 [1.22, 1.96] |
| 5.4 Pelvic inflammatory disease, sepsis or endometritis | 5 | 1617 | Risk Ratio (IV, Random, 95% CI) | 1.02 [0.54, 1.92] |
| 5.5 Change in haemoglobin mea-surements before and after the miscarriage | 1 | 90 | Mean Difference (IV, Random, 95% CI) | 0.02 [-0.18, 0.22] |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 696

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 5.6 Days of bleeding | 2 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |
| 5.7 Re-admission to hospital | 1 | 344 | Risk Ratio (IV, Random, 95% CI) | 2.30 [1.48, 3.58] |
| 5.8 Nausea | 2 | 570 | Risk Ratio (IV, Random, 95% CI) | 0.74 [0.39, 1.39] |
| 5.9 Vomiting | 1 | 300 | Risk Ratio (IV, Random, 95% CI) | 0.57 [0.36, 0.90] |
| 5.10 Diarrhoea | 2 | 570 | Risk Ratio (IV, Random, 95% CI) | 1.09 [0.83, 1.44] |
| 5.11 Pyrexia | 4 | 685 | Risk Ratio (IV, Random, 95% CI) | 0.74 [0.34, 1.62] |

**Analysis 5.1.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 1: Complete Miscarriage**



**Analysis 5.2.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 2: Composite outcome of death or serious complication**

Pet. Ref. 697



### Analysis 5.3.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Misoprostol Events | Misoprostol Total | Mifepristone + Misoprostol Events | Mifepristone + Misoprostol Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Chu 2020 | 87 | 353 | 62 | 355 | 60.1% | 1.41 [1.06 , 1.89] |
| Hamel 2021 | 60 | 172 | 30 | 172 | 35.8% | 2.00 [1.36 , 2.94] |
| Machtinger 2002 | 1 | 31 | 1 | 34 | 0.7% | 1.10 [0.07 , 16.80] |
| Machtinger 2004 | 0 | 111 | 1 | 94 | 0.5% | 0.28 [0.01 , 6.86] |
| Sinha 2018 | 1 | 45 | 1 | 45 | 0.7% | 1.00 [0.06 , 15.50] |
| Stockheim 2006 | 2 | 57 | 4 | 58 | 2.0% | 0.51 [0.10 , 2.67] |
| **Total (95% CI)** | | **769** | | **758** | **100.0%** | **1.55 [1.22 , 1.96]** |
| Total events: | 151 | | 99 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 5.08, df = 5 (P = 0.41); I² = 2%
Test for overall effect: Z = 3.61 (P = 0.0003)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Mifepristone + Misoprostol

### Analysis 5.4.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 4: Pelvic inflammatory disease, sepsis or endometritis

| Study or Subgroup | Misoprostol Events | Misoprostol Total | Mifepristone + Misoprostol Events | Mifepristone + Misoprostol Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Chu 2020 | 15 | 351 | 13 | 352 | 76.1% | 1.16 [0.56 , 2.40] |
| Hamel 2021 | 1 | 172 | 1 | 172 | 5.3% | 1.00 [0.06 , 15.86] |
| Machtinger 2002 | 0 | 31 | 1 | 34 | 4.0% | 0.36 [0.02 , 8.63] |
| Machtinger 2004 | 0 | 111 | 1 | 94 | 4.0% | 0.28 [0.01 , 6.86] |
| Schreiber 2018 | 2 | 151 | 2 | 149 | 10.6% | 0.99 [0.14 , 6.91] |
| **Total (95% CI)** | | **816** | | **801** | **100.0%** | **1.02 [0.54 , 1.92]** |
| Total events: | 18 | | 18 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 1.14, df = 4 (P = 0.89); I² = 0%
Test for overall effect: Z = 0.06 (P = 0.95)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Mifepristone + Misoprostol

### Analysis 5.5.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 5: Change in haemoglobin measurements before and after the miscarriage

| Study or Subgroup | Misoprostol Mean | Misoprostol SD | Misoprostol Total | Mifepristone + Misoprostol Mean | Mifepristone + Misoprostol SD | Mifepristone + Misoprostol Total | Weight | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Sinha 2018 | 0.62 | 0.49 | 45 | 0.6 | 0.49 | 45 | 100.0% | 0.02 [-0.18 , 0.22] |
| **Total (95% CI)** | | | **45** | | | **45** | **100.0%** | **0.02 [-0.18 , 0.22]** |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.19 (P = 0.85)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Mifepristone + Misoprostol

### Analysis 5.6.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 6: Days of bleeding

| Study or Subgroup | Misoprostol Mean | Misoprostol SD | Misoprostol Total | Mifepristone + Misoprostol Mean | Mifepristone + Misoprostol SD | Mifepristone + Misoprostol Total | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Chu 2020 | 16 | 12.6 | 326 | 16.3 | 15.2 | 330 | -0.30 [-2.44 , 1.84] |
| Sinha 2018 | 6.22 | 0.11 | 45 | 6.2 | 0.11 | 45 | 0.02 [-0.03 , 0.07] |

Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Mifepristone + Misoprostol

Pet. Ref. 698

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 5.7.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 7: Re-admission to hospital



### Analysis 5.8.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 8: Nausea

| Study or Subgroup | Misoprostol Events | Total | Mifepristone + Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Hamel 2021 | 18 | 137 | 34 | 133 | 44.4% | 0.51 [0.31 , 0.86] | |
| Schreiber 2018 | 56 | 151 | 56 | 149 | 55.6% | 0.99 [0.74 , 1.32] | |
| | | | | | | | |
| Total (95% CI) | | 288 | | 282 | 100.0% | 0.74 [0.39 , 1.39] | |
| Total events: | 74 | | 90 | | | | |

Heterogeneity: Tau² = 0.17; Chi² = 4.60, df = 1 (P = 0.03); I² = 78%
Test for overall effect: Z = 0.93 (P = 0.35)
Test for subgroup differences: Not applicable

### Analysis 5.9.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 9: Vomiting

| Study or Subgroup | Misoprostol Events | Total | Mifepristone + Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Schreiber 2018 | 23 | 151 | 40 | 149 | 100.0% | 0.57 [0.36 , 0.90] | |
| | | | | | | | |
| Total (95% CI) | | 151 | | 149 | 100.0% | 0.57 [0.36 , 0.90] | |
| Total events: | 23 | | 40 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.41 (P = 0.02)
Test for subgroup differences: Not applicable

### Analysis 5.10.   Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 10: Diarrhoea

| Study or Subgroup | Misoprostol Events | Total | Mifepristone + Misoprostol Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Hamel 2021 | 34 | 137 | 29 | 133 | 40.8% | 1.14 [0.74 , 1.76] | |
| Schreiber 2018 | 44 | 151 | 41 | 149 | 59.2% | 1.06 [0.74 , 1.52] | |
| | | | | | | | |
| Total (95% CI) | | 288 | | 282 | 100.0% | 1.09 [0.83 , 1.44] | |
| Total events: | 78 | | 70 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.06, df = 1 (P = 0.80); I² = 0%
Test for overall effect: Z = 0.61 (P = 0.54)
Test for subgroup differences: Not applicable



Pet. Ref. 699

**Cochrane**
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 5.11.  Comparison 5: Misoprostol vs Mifepristone + Misoprostol, Outcome 11: Pyrexia



## Comparison 6.  Misoprostol vs Dilatation & Curettage

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 6.1 Complete Miscarriage | 4 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 6.1.1 Missed miscarriage | 1 | 107 | Risk Ratio (IV, Random, 95% CI) | 0.81 [0.71, 0.93] |
| 6.1.2 Incomplete miscarriage | 1 | 94 | Risk Ratio (IV, Random, 95% CI) | 0.92 [0.83, 1.01] |
| 6.1.3 Mixed population | 2 | 154 | Risk Ratio (IV, Random, 95% CI) | 0.32 [0.07, 1.47] |
| 6.2 Composite outcome of death or serious complication | 2 | 157 | Risk Ratio (IV, Random, 95% CI) | 1.26 [0.54, 2.97] |
| 6.3 Need for unplanned/emergency surgical procedure | 1 | 94 | Risk Ratio (IV, Random, 95% CI) | Not estimable |
| 6.4 Pain score | 1 | 94 | Std. Mean Difference (IV, Random, 95% CI) | 0.51 [0.10, 0.92] |
| 6.5 Pelvic inflammatory disease, sepsis or endometritis | 2 | 201 | Risk Ratio (IV, Random, 95% CI) | 2.12 [0.20, 22.64] |
| 6.6 Mean volumes of blood loss (millilitres) | 1 | 104 | Mean Difference (IV, Random, 95% CI) | 22.30 [4.45, 40.15] |
| 6.7 Days of bleeding | 1 | 94 | Mean Difference (IV, Random, 95% CI) | 2.60 [1.27, 3.93] |
| 6.8 Cervical tear | 1 | 107 | Risk Ratio (IV, Random, 95% CI) | Not estimable |
| 6.9 Re-admission to hospital | 1 | 107 | Risk Ratio (IV, Random, 95% CI) | 3.17 [0.13, 76.11] |
| 6.10 Vomiting | 1 | 94 | Risk Ratio (IV, Random, 95% CI) | 0.33 [0.01, 7.98] |
| 6.11 Nausea | 1 | 94 | Risk Ratio (IV, Random, 95% CI) | 0.33 [0.01, 7.98] |
| 6.12 Diarrhoea | 1 | 94 | Risk Ratio (IV, Random, 95% CI) | 3.00 [0.13, 71.82] |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 700

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 6.13 Depression score | 1 | 215 | Std. Mean Difference (IV, Random, 95% CI) | -0.09 [-0.36, 0.18] |

### Analysis 6.1. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 1: Complete Miscarriage

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **6.1.1 Missed miscarriage** | | | | | | | |
| Shuaib 2013 | 42 | 52 | 55 | 55 | 100.0% | 0.81 [0.71 , 0.93] | |
| **Subtotal (95% CI)** | | **52** | | **55** | **100.0%** | **0.81 [0.71 , 0.93]** | |
| Total events: | 42 | | 55 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 3.05 (P = 0.002) | | | | | | | |
| **6.1.2 Incomplete miscarriage** | | | | | | | |
| Moodliar 2005 | 43 | 47 | 47 | 47 | 100.0% | 0.92 [0.83 , 1.01] | |
| **Subtotal (95% CI)** | | **47** | | **47** | **100.0%** | **0.92 [0.83 , 1.01]** | |
| Total events: | 43 | | 47 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 1.81 (P = 0.07) | | | | | | | |
| **6.1.3 Mixed population** | | | | | | | |
| de Jonge 1995 | 3 | 23 | 26 | 27 | 44.2% | 0.14 [0.05 , 0.39] | |
| Kyaw 2015 | 32 | 50 | 54 | 54 | 55.8% | 0.64 [0.52 , 0.79] | |
| **Subtotal (95% CI)** | | **73** | | **81** | **100.0%** | **0.32 [0.07 , 1.47]** | |
| Total events: | 35 | | 80 | | | | |
| Heterogeneity: Tau² = 1.06; Chi² = 8.02, df = 1 (P = 0.005); I² = 88% | | | | | | | |
| Test for overall effect: Z = 1.46 (P = 0.14) | | | | | | | |

Test for subgroup differences: Chi² = 3.80, df = 2 (P = 0.15), I² = 47.4%

0.05  0.2  1  5  20
Favours Dilatation & Curettage    Favours Misoprostol

### Analysis 6.2. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 2: Composite outcome of death or serious complication

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| de Jonge 1995 | 7 | 23 | 7 | 27 | 92.8% | 1.17 [0.48 , 2.85] | |
| Shuaib 2013 | 1 | 52 | 0 | 55 | 7.2% | 3.17 [0.13 , 76.11] | |
| **Total (95% CI)** | | **75** | | **82** | **100.0%** | **1.26 [0.54 , 2.97]** | |
| Total events: | 8 | | 7 | | | | |
| Heterogeneity: Tau² = 0.00; Chi² = 0.35, df = 1 (P = 0.56); I² = 0% | | | | | | | |
| Test for overall effect: Z = 0.53 (P = 0.59) | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

0.001  0.1  1  10  1000
Favours Misoprostol    Favours Dilatation & Curettage

Pet. Ref. 701



## Analysis 6.3.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Misoprostol Events | Misoprostol Total | Dilatation & Curettage Events | Dilatation & Curettage Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 0 | 47 | 0 | 47 | | Not estimable | |
| | | | | | | | |
| **Total (95% CI)** | | **47** | | **47** | | **Not estimable** | |
| Total events: | 0 | | 0 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Not applicable
Test for subgroup differences: Not applicable

0.001   0.1   1   10   1000
Favours Misoprostol   Favours Dilatation & Curettage

## Analysis 6.4.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 4: Pain score

| Study or Subgroup | Misoprostol Mean | Misoprostol SD | Misoprostol Total | Dilatation & Curettage Mean | Dilatation & Curettage SD | Dilatation & Curettage Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 5.6 | 2.7 | 47 | 4.1 | 3.1 | 47 | 100.0% | 0.51 [0.10 , 0.92] | |
| | | | | | | | | | |
| **Total (95% CI)** | | | **47** | | | **47** | **100.0%** | **0.51 [0.10 , 0.92]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.44 (P = 0.01)
Test for subgroup differences: Not applicable

-1   -0.5   0   0.5   1
Favours Misoprostol   Favours Dilatation & Curettage

## Analysis 6.5.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis

| Study or Subgroup | Misoprostol Events | Misoprostol Total | Dilatation & Curettage Events | Dilatation & Curettage Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 0 | 47 | 0 | 47 | | Not estimable | |
| Shuaib 2013 | 2 | 52 | 1 | 55 | 100.0% | 2.12 [0.20 , 22.64] | |
| | | | | | | | |
| **Total (95% CI)** | | **99** | | **102** | **100.0%** | **2.12 [0.20 , 22.64]** | |
| Total events: | 2 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.62 (P = 0.54)
Test for subgroup differences: Not applicable

0.05   0.2   1   5   20
Favours Misoprostol   Favours Dilatation & Curettage

## Analysis 6.6.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 6: Mean volumes of blood loss (millilitres)

| Study or Subgroup | Misoprostol Mean | Misoprostol SD | Misoprostol Total | Dilatation & Curettage Mean | Dilatation & Curettage SD | Dilatation & Curettage Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Kyaw 2015 | 77.5 | 46.4 | 50 | 55.2 | 46.4 | 54 | 100.0% | 22.30 [4.45 , 40.15] | |
| | | | | | | | | | |
| **Total (95% CI)** | | | **50** | | | **54** | **100.0%** | **22.30 [4.45 , 40.15]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.45 (P = 0.01)
Test for subgroup differences: Not applicable

-100   -50   0   50   100
Favours Misoprostol   Favours Dilatation & Curettage

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 702

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 6.7.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 7: Days of bleeding

| Study or Subgroup | Misoprostol Mean | SD | Total | Dilatation & Curettage Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 7 | 3.4 | 47 | 4.4 | 3.2 | 47 | 100.0% | 2.60 [1.27 , 3.93] | |
| **Total (95% CI)** | | | **47** | | | **47** | **100.0%** | **2.60 [1.27 , 3.93]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 3.82 (P = 0.0001)
Test for subgroup differences: Not applicable

Favours Misoprostol    Favours Dilatation & Curettage

### Analysis 6.8.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 8: Cervical tear

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Shuaib 2013 | 0 | 52 | 0 | 55 | | Not estimable | |
| **Total (95% CI)** | | **52** | | **55** | | **Not estimable** | |
| Total events: | 0 | | 0 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Not applicable
Test for subgroup differences: Not applicable

Favours Misoprostol    Favours Dilatation & Curettage

### Analysis 6.9.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 9: Re-admission to hospital

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Shuaib 2013 | 1 | 52 | 0 | 55 | 100.0% | 3.17 [0.13 , 76.11] | |
| **Total (95% CI)** | | **52** | | **55** | **100.0%** | **3.17 [0.13 , 76.11]** | |
| Total events: | 1 | | 0 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.71 (P = 0.48)
Test for subgroup differences: Not applicable

Favours Misoprostol    Favours Dilatation & Curettage

### Analysis 6.10.   Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 10: Vomiting

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 0 | 47 | 1 | 47 | 100.0% | 0.33 [0.01 , 7.98] | |
| **Total (95% CI)** | | **47** | | **47** | **100.0%** | **0.33 [0.01 , 7.98]** | |
| Total events: | 0 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

Favours Misoprostol    Favours Dilatation & Curettage

Pet. Ref. 703



Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Analysis 6.11. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 11: Nausea**

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 0 | 47 | 1 | 47 | 100.0% | 0.33 [0.01 , 7.98] | |
| **Total (95% CI)** | | **47** | | **47** | **100.0%** | **0.33 [0.01 , 7.98]** | |
| Total events: | 0 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours Misoprostol    Favours Dilatation & Curettage

**Analysis 6.12. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 12: Diarrhoea**

| Study or Subgroup | Misoprostol Events | Total | Dilatation & Curettage Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Moodliar 2005 | 1 | 47 | 0 | 47 | 100.0% | 3.00 [0.13 , 71.82] | |
| **Total (95% CI)** | | **47** | | **47** | **100.0%** | **3.00 [0.13 , 71.82]** | |
| Total events: | 1 | | 0 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.68 (P = 0.50)
Test for subgroup differences: Not applicable

0.005  0.1  1  10  200
Favours Misoprostol    Favours Dilatation & Curettage

**Analysis 6.13. Comparison 6: Misoprostol vs Dilatation & Curettage, Outcome 13: Depression score**

| Study or Subgroup | Misoprostol Mean | SD | Total | Dilatation & Curettage Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Lee 2001 | 5.5 | 7.2 | 104 | 6.1 | 6.4 | 111 | 100.0% | -0.09 [-0.36 , 0.18] | |
| **Total (95% CI)** | | | **104** | | | **111** | **100.0%** | **-0.09 [-0.36 , 0.18]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.64 (P = 0.52)
Test for subgroup differences: Not applicable

-0.2 -0.1  0  0.1  0.2
Favours Misoprostol    Favours Dilatation & Curettage

**Comparison 7. Misoprostol vs Suction aspiration + Cervical preparation**

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 7.1 Complete Miscarriage | 1 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 7.2 Pyrexia | 1 | 200 | Risk Ratio (IV, Random, 95% CI) | 2.50 [0.81, 7.71] |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 704



### Analysis 7.1.  Comparison 7: Misoprostol vs Suction aspiration + Cervical preparation, Outcome 1: Complete Miscarriage

| Study or Subgroup | Misoprostol | | Suction aspiration + Cx prep | | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | |
| Nasreen 2009 | 61 | 100 | 100 | 100 | 0.61 [0.52 , 0.72] | |

Test for subgroup differences: Not applicable

0.7  0.85  1  1.2  1.5
Favours Suction aspiration + Cx prep    Favours Misoprostol

### Analysis 7.2.  Comparison 7: Misoprostol vs Suction aspiration + Cervical preparation, Outcome 2: Pyrexia

| Study or Subgroup | Misoprostol | | Suction aspiration + Cx prep | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Nasreen 2009 | 10 | 100 | 4 | 100 | 100.0% | 2.50 [0.81 , 7.71] | |
| **Total (95% CI)** | | **100** | | **100** | **100.0%** | **2.50 [0.81 , 7.71]** | |

Total events: 10 / 4
Heterogeneity: Not applicable
Test for overall effect: Z = 1.60 (P = 0.11)
Test for subgroup differences: Not applicable

0.01  0.1  1  10  100
Favours Misoprostol    Favours Suction aspiration + Cx prep

### Comparison 8.  Misoprostol vs Expectant/ Placebo

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 8.1 Complete Miscarriage | 10 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 8.1.1 Missed miscarriage | 4 | 322 | Risk Ratio (IV, Random, 95% CI) | 3.18 [1.48, 6.85] |
| 8.1.2 Incomplete miscarriage | 2 | 108 | Risk Ratio (IV, Random, 95% CI) | 1.91 [0.44, 8.20] |
| 8.1.3 Mixed population | 4 | 408 | Risk Ratio (IV, Random, 95% CI) | 1.45 [0.97, 2.16] |
| 8.2 Composite outcome of death or serious complication | 6 | 548 | Risk Ratio (IV, Random, 95% CI) | 0.96 [0.06, 15.08] |
| 8.3 Need for un-planned/emergency surgical procedure | 5 | 437 | Risk Ratio (IV, Random, 95% CI) | 0.67 [0.23, 1.95] |
| 8.4 Pain score | 3 | 262 | Std. Mean Difference (IV, Random, 95% CI) | 0.33 [0.08, 0.57] |
| 8.5 Pelvic inflammatory dis-ease, sepsis or endometritis | 6 | 615 | Risk Ratio (IV, Random, 95% CI) | 1.84 [0.35, 9.68] |
| 8.6 Change in haemoglobin measurements before and af-ter the miscarriage | 2 | 167 | Mean Difference (IV, Random, 95% CI) | 0.15 [-0.21, 0.52] |
| 8.7 Days of bleeding | 3 | | Mean Difference (IV, Random, 95% CI) | Subtotals only |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 705

| Outcome or subgroup title | No. of studies | No. of partici-pants | Statistical method | Effect size |
|---|---|---|---|---|
| 8.8 Mean duration of hospital stay (days) | 1 | 184 | Mean Difference (IV, Random, 95% CI) | -0.10 [-0.19, -0.01] |
| 8.9 Re-admission to hospital | 3 | 335 | Risk Ratio (IV, Random, 95% CI) | 1.25 [0.46, 3.35] |
| 8.10 Nausea | 5 | 389 | Risk Ratio (IV, Random, 95% CI) | 1.15 [0.93, 1.42] |
| 8.11 Vomiting | 6 | 506 | Risk Ratio (IV, Random, 95% CI) | 1.37 [0.75, 2.52] |
| 8.12 Diarrhoea | 7 | 560 | Risk Ratio (IV, Random, 95% CI) | 1.69 [1.05, 2.73] |
| 8.13 Pyrexia | 3 | 275 | Risk Ratio (IV, Random, 95% CI) | 4.03 [1.16, 13.97] |
| 8.14 Anxiety score | 1 | 117 | Std. Mean Difference (IV, Random, 95% CI) | -0.14 [-0.51, 0.22] |
| 8.15 Depression score | 1 | 117 | Std. Mean Difference (IV, Random, 95% CI) | 0.08 [-0.29, 0.44] |

**Analysis 8.1.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 1: Complete Miscarriage**



| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| **8.1.1 Missed miscarriage** | | | | | | |
| Fernlund 2018 | 62 | 94 | 39 | 90 | 34.1% | 1.52 [1.15 , 2.01] |
| Kovarisarach 2002 | 17 | 27 | 5 | 27 | 24.9% | 3.40 [1.46 , 7.89] |
| Lister 2005 | 15 | 18 | 2 | 16 | 17.4% | 6.67 [1.79 , 24.78] |
| Wood 2002 | 20 | 25 | 4 | 25 | 23.6% | 5.00 [1.99 , 12.54] |
| **Subtotal (95% CI)** | | **164** | | **158** | **100.0%** | **3.18 [1.48 , 6.85]** |
| Total events: | 114 | | 50 | | | |
| Heterogeneity: Tau² = 0.43; Chi² = 12.05, df = 3 (P = 0.007); I² = 75% | | | | | | |
| Test for overall effect: Z = 2.96 (P = 0.003) | | | | | | |
| | | | | | | |
| **8.1.2 Incomplete miscarriage** | | | | | | |
| Abdelaleem 2020 | 29 | 42 | 7 | 42 | 47.9% | 4.14 [2.05 , 8.39] |
| Shelley 2005 | 8 | 10 | 12 | 14 | 52.1% | 0.93 [0.64 , 1.36] |
| **Subtotal (95% CI)** | | **52** | | **56** | **100.0%** | **1.91 [0.44 , 8.20]** |
| Total events: | 37 | | 19 | | | |
| Heterogeneity: Tau² = 1.03; Chi² = 13.33, df = 1 (P = 0.0003); I² = 92% | | | | | | |
| Test for overall effect: Z = 0.87 (P = 0.39) | | | | | | |
| | | | | | | |
| **8.1.3 Mixed population** | | | | | | |
| Bagratee 2004 | 46 | 52 | 23 | 52 | 24.5% | 2.00 [1.45 , 2.76] |
| Blohm 2005 | 52 | 64 | 32 | 62 | 25.8% | 1.57 [1.20 , 2.06] |
| Kong 2013 | 42 | 60 | 46 | 58 | 26.9% | 0.88 [0.71 , 1.09] |
| Ngai 2001 | 25 | 30 | 15 | 30 | 22.8% | 1.67 [1.13 , 2.47] |
| **Subtotal (95% CI)** | | **206** | | **202** | **100.0%** | **1.45 [0.97 , 2.16]** |
| Total events: | 165 | | 116 | | | |
| Heterogeneity: Tau² = 0.14; Chi² = 23.31, df = 3 (P < 0.0001); I² = 87% | | | | | | |
| Test for overall effect: Z = 1.81 (P = 0.07) | | | | | | |

Test for subgroup differences: Chi² = 3.21, df = 2 (P = 0.20), I² = 37.7%

Favours Expectant/ Placebo          Favours Misoprostol

Pet. Ref. 706

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 715 of 754   PageID.5102

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 8.2.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 2: Composite outcome of death or serious complication

| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bagratee 2004 | 0 | 52 | 0 | 52 | | Not estimable | |
| Blohm 2005 | 0 | 64 | 0 | 62 | | Not estimable | |
| Fernlund 2018 | 1 | 94 | 1 | 90 | 100.0% | 0.96 [0.06 , 15.08] | |
| Ngai 2001 | 0 | 30 | 0 | 30 | | Not estimable | |
| Shelley 2005 | 0 | 10 | 0 | 14 | | Not estimable | |
| Wood 2002 | 0 | 25 | 0 | 25 | | Not estimable | |
| | | | | | | | |
| Total (95% CI) | | 275 | | 273 | 100.0% | 0.96 [0.06 , 15.08] | |
| Total events: | 1 | | 1 | | | | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.03 (P = 0.98)
Test for subgroup differences: Not applicable

0.02  0.1  1  10  50
Favours Misoprostol    Favours Expectant/ Placebo

### Analysis 8.3.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Fernlund 2018 | 3 | 94 | 4 | 90 | 53.1% | 0.72 [0.17 , 3.12] | |
| Kong 2013 | 0 | 59 | 0 | 58 | | Not estimable | |
| Ngai 2001 | 1 | 30 | 3 | 30 | 23.5% | 0.33 [0.04 , 3.03] | |
| Shelley 2005 | 0 | 11 | 1 | 15 | 11.8% | 0.44 [0.02 , 9.98] | |
| Wood 2002 | 1 | 25 | 0 | 25 | 11.5% | 3.00 [0.13 , 70.30] | |
| | | | | | | | |
| Total (95% CI) | | 219 | | 218 | 100.0% | 0.67 [0.23 , 1.95] | |
| Total events: | 5 | | 8 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 1.33, df = 3 (P = 0.72); I² = 0%
Test for overall effect: Z = 0.74 (P = 0.46)
Test for subgroup differences: Not applicable

0.001  0.1  1  10  1000
Favours Misoprostol    Favours Expectant/ Placebo

### Analysis 8.4.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 4: Pain score

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Bagratee 2004 | 6 | 2.7 | 52 | 5.4 | 2.7 | 52 | 40.1% | 0.22 [-0.17 , 0.61] | |
| Blohm 2005 | 60.4 | 31 | 64 | 43.8 | 37.1 | 62 | 47.5% | 0.48 [0.13 , 0.84] | |
| Lister 2005 | 5.6 | 4.57 | 16 | 5.2 | 4.57 | 16 | 12.4% | 0.09 [-0.61 , 0.78] | |
| | | | | | | | | | |
| Total (95% CI) | | | 132 | | | 130 | 100.0% | 0.33 [0.08 , 0.57] | |

Heterogeneity: Tau² = 0.00; Chi² = 1.51, df = 2 (P = 0.47); I² = 0%
Test for overall effect: Z = 2.64 (P = 0.008)
Test for subgroup differences: Not applicable

-0.5 -0.25  0  0.25  0.5
Favours Misoprostol    Favours Expectant/ Placebo

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 707

Cochrane Library
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 8.5.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis

| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Bagratee 2004 | 1 | 52 | 0 | 52 | 18.3% | 3.00 [0.13 , 71.99] | |
| Blohm 2005 | 3 | 64 | 0 | 62 | 20.2% | 6.78 [0.36 , 128.70] | |
| Fernlund 2018 | 3 | 94 | 7 | 90 | 41.2% | 0.41 [0.11 , 1.54] | |
| Kong 2013 | 0 | 59 | 0 | 58 | | Not estimable | |
| Ngai 2001 | 0 | 30 | 0 | 30 | | Not estimable | |
| Shelley 2005 | 2 | 10 | 0 | 14 | 20.3% | 6.82 [0.36 , 128.33] | |
| **Total (95% CI)** | | **309** | | **306** | **100.0%** | **1.84 [0.35 , 9.68]** | |
| Total events: | 9 | | 7 | | | | |

Heterogeneity: Tau² = 1.29; Chi² = 5.47, df = 3 (P = 0.14); I² = 45%
Test for overall effect: Z = 0.72 (P = 0.47)
Test for subgroup differences: Not applicable

0.005   0.1   1   10   200
Favours Misoprostol    Favours Expectant/ Placebo

### Analysis 8.6.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 6: Change in haemoglobin measurements before and after the miscarriage

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Kong 2013 | 0.19 | 1.03 | 59 | 0.03 | 0.98 | 58 | 99.5% | 0.16 [-0.20 , 0.52] | |
| Wood 2002 | 3.2 | 7.9 | 25 | 4.3 | 10.1 | 25 | 0.5% | -1.10 [-6.13 , 3.93] | |
| **Total (95% CI)** | | | **84** | | | **83** | **100.0%** | **0.15 [-0.21 , 0.52]** | |

Heterogeneity: Tau² = 0.00; Chi² = 0.24, df = 1 (P = 0.62); I² = 0%
Test for overall effect: Z = 0.83 (P = 0.41)
Test for subgroup differences: Not applicable

-4   -2   0   2   4
Favours Misoprostol    Favours Expectant/ Placebo

### Analysis 8.7.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 7: Days of bleeding

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Bagratee 2004 | 11.65 | 4.4 | 52 | 10.88 | 4.78 | 52 | 0.77 [-1.00 , 2.54] | |
| Fernlund 2018 | 12.7 | 6.6 | 91 | 15 | 8.2 | 77 | -2.30 [-4.58 , -0.02] | |
| Kong 2013 | 15.38 | 6.63 | 59 | 12.95 | 5.73 | 58 | 2.43 [0.19 , 4.67] | |

Test for subgroup differences: Not applicable

-4   -2   0   2   4
Favours Misoprostol    Favours Expectant/ Placebo

### Analysis 8.8.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 8: Mean duration of hospital stay (days)

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Fernlund 2018 | 0 | 0.2 | 94 | 0.1 | 0.4 | 90 | 100.0% | -0.10 [-0.19 , -0.01] | |
| **Total (95% CI)** | | | **94** | | | **90** | **100.0%** | **-0.10 [-0.19 , -0.01]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 2.13 (P = 0.03)
Test for subgroup differences: Not applicable

-0.5   -0.25   0   0.25   0.5
Favours Misoprostol    Favours Expectant/ Placebo



Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 708



Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 8.9.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 9: Re-admission to hospital

| Study or Subgroup | Misoprostol | | Expectant/ Placebo | | Weight | Risk Ratio | Risk Ratio |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Fernlund 2018 | 3 | 94 | 4 | 90 | 45.3% | 0.72 [0.17 , 3.12] | |
| Kong 2013 | 6 | 59 | 3 | 58 | 54.7% | 1.97 [0.52 , 7.49] | |
| Lister 2005 | 0 | 18 | 0 | 16 | | Not estimable | |
| | | | | | | | |
| Total (95% CI) | | 171 | | 164 | 100.0% | 1.25 [0.46 , 3.35] | |
| Total events: | 9 | | 7 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.99, df = 1 (P = 0.32); I² = 0%
Test for overall effect: Z = 0.43 (P = 0.66)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Expectant/ Placebo

### Analysis 8.10.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 10: Nausea

| Study or Subgroup | Misoprostol | | Expectant/ Placebo | | Weight | Risk Ratio | Risk Ratio |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Bagratee 2004 | 18 | 52 | 16 | 52 | 14.7% | 1.13 [0.65 , 1.96] | |
| Fernlund 2018 | 57 | 91 | 45 | 77 | 74.2% | 1.07 [0.84 , 1.37] | |
| Lister 2005 | 4 | 18 | 3 | 16 | 2.5% | 1.19 [0.31 , 4.51] | |
| Ngai 2001 | 14 | 30 | 7 | 29 | 8.0% | 1.93 [0.91 , 4.09] | |
| Shelley 2005 | 2 | 10 | 0 | 14 | 0.5% | 6.82 [0.36 , 128.33] | |
| | | | | | | | |
| Total (95% CI) | | 201 | | 188 | 100.0% | 1.15 [0.93 , 1.42] | |
| Total events: | 95 | | 71 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 3.58, df = 4 (P = 0.47); I² = 0%
Test for overall effect: Z = 1.26 (P = 0.21)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Expectant/ Placebo

### Analysis 8.11.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 11: Vomiting

| Study or Subgroup | Misoprostol | | Expectant/ Placebo | | Weight | Risk Ratio | Risk Ratio |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | IV, Random, 95% CI | IV, Random, 95% CI |
| Bagratee 2004 | 8 | 52 | 7 | 52 | 24.8% | 1.14 [0.45 , 2.92] | |
| Fernlund 2018 | 7 | 91 | 10 | 77 | 25.5% | 0.59 [0.24 , 1.48] | |
| Kong 2013 | 14 | 59 | 4 | 58 | 21.6% | 3.44 [1.20 , 9.84] | |
| Lister 2005 | 1 | 18 | 1 | 16 | 4.7% | 0.89 [0.06 , 13.08] | |
| Ngai 2001 | 7 | 30 | 4 | 29 | 19.9% | 1.69 [0.55 , 5.17] | |
| Shelley 2005 | 1 | 10 | 0 | 14 | 3.6% | 4.09 [0.18 , 91.23] | |
| | | | | | | | |
| Total (95% CI) | | 260 | | 246 | 100.0% | 1.37 [0.75 , 2.52] | |
| Total events: | 38 | | 26 | | | | |

Heterogeneity: Tau² = 0.16; Chi² = 7.00, df = 5 (P = 0.22); I² = 29%
Test for overall effect: Z = 1.02 (P = 0.31)
Test for subgroup differences: Not applicable

Favours Misoprostol   Favours Expectant/ Placebo

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 709

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 8.12.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 12: Diarrhoea



| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Bagratee 2004 | 11 | 52 | 11 | 52 | 26.4% | 1.00 [0.48 , 2.10] |
| Fernlund 2018 | 26 | 91 | 17 | 77 | 38.1% | 1.29 [0.76 , 2.20] |
| Kong 2013 | 22 | 59 | 6 | 58 | 22.9% | 3.60 [1.58 , 8.24] |
| Kovavisarach 2002 | 2 | 27 | 0 | 27 | 2.5% | 5.00 [0.25 , 99.51] |
| Lister 2005 | 1 | 18 | 1 | 16 | 3.1% | 0.89 [0.06 , 13.08] |
| Ngai 2001 | 4 | 30 | 1 | 29 | 4.7% | 3.87 [0.46 , 32.57] |
| Shelley 2005 | 1 | 10 | 0 | 14 | 2.3% | 4.09 [0.18 , 91.23] |
| **Total (95% CI)** | | **287** | | **273** | **100.0%** | **1.69 [1.05 , 2.73]** |
| Total events: | 67 | | 36 | | | |

Heterogeneity: Tau² = 0.08; Chi² = 7.61, df = 6 (P = 0.27); I² = 21%
Test for overall effect: Z = 2.14 (P = 0.03)
Test for subgroup differences: Not applicable

### Analysis 8.13.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 13: Pyrexia

| Study or Subgroup | Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|
| Bagratee 2004 | 1 | 52 | 0 | 52 | 15.3% | 3.00 [0.13 , 71.99] |
| Kong 2013 | 7 | 59 | 2 | 58 | 66.0% | 3.44 [0.75 , 15.88] |
| Kovavisarach 2002 | 4 | 27 | 0 | 27 | 18.7% | 9.00 [0.51 , 159.43] |
| **Total (95% CI)** | | **138** | | **137** | **100.0%** | **4.03 [1.16 , 13.97]** |
| Total events: | 12 | | 2 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.37, df = 2 (P = 0.83); I² = 0%
Test for overall effect: Z = 2.20 (P = 0.03)
Test for subgroup differences: Not applicable

### Analysis 8.14.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 14: Anxiety score

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Kong 2013 | 58.08 | 13.57 | 59 | 60.05 | 13.74 | 58 | 100.0% | -0.14 [-0.51 , 0.22] |
| **Total (95% CI)** | | | **59** | | | **58** | **100.0%** | **-0.14 [-0.51 , 0.22]** |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.77 (P = 0.44)
Test for subgroup differences: Not applicable

### Analysis 8.15.   Comparison 8: Misoprostol vs Expectant/ Placebo, Outcome 15: Depression score

| Study or Subgroup | Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|
| Kong 2013 | 8.75 | 11.05 | 59 | 7.93 | 10.41 | 58 | 100.0% | 0.08 [-0.29 , 0.44] |
| **Total (95% CI)** | | | **59** | | | **58** | **100.0%** | **0.08 [-0.29 , 0.44]** |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.41 (P = 0.68)
Test for subgroup differences: Not applicable

Pet. Ref. 710

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

## Comparison 9.  Dilatation & Curettage vs Expectant/ Placebo

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 9.1 Complete Miscarriage | 1 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 9.1.1 Incomplete miscarriage | 1 | 155 | Risk Ratio (IV, Random, 95% CI) | 1.25 [1.12, 1.39] |
| 9.2 Pelvic inflammatory disease, sepsis or endometritis | 1 | 155 | Risk Ratio (IV, Random, 95% CI) | 3.30 [0.82, 13.28] |
| 9.3 Days of bleeding | 1 | 155 | Mean Difference (IV, Random, 95% CI) | -1.26 [-2.27, -0.25] |

### Analysis 9.1.  Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 1: Complete Miscarriage

| Study or Subgroup | Dilatation & Curettage Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **9.1.1 Incomplete miscarriage** | | | | | | | |
| Nielsen 1995 | 51 | 52 | 81 | 103 | 100.0% | 1.25 [1.12 , 1.39] | |
| **Subtotal (95% CI)** | | **52** | | **103** | **100.0%** | **1.25 [1.12 , 1.39]** | |
| Total events: | 51 | | 81 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 4.02 (P < 0.0001) | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours Expectant/ Placebo    0.7  0.85  1  1.2  1.5    Favours Dilatation & Curettage

### Analysis 9.2.   Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 2: Pelvic inflammatory disease, sepsis or endometritis

| Study or Subgroup | Dilatation & Curettage Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Nielsen 1995 | 5 | 52 | 3 | 103 | 100.0% | 3.30 [0.82 , 13.28] | |
| **Total (95% CI)** | | **52** | | **103** | **100.0%** | **3.30 [0.82 , 13.28]** | |
| Total events: | 5 | | 3 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 1.68 (P = 0.09) | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours Dilatation & Curettage    0.01  0.1  1  10  100    Favours Expectant/ Placebo

### Analysis 9.3.   Comparison 9: Dilatation & Curettage vs Expectant/ Placebo, Outcome 3: Days of bleeding

| Study or Subgroup | Dilatation & Curettage Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Nielsen 1995 | 7.53 | 3.06 | 52 | 8.79 | 3.01 | 103 | 100.0% | -1.26 [-2.27 , -0.25] | |
| **Total (95% CI)** | | | **52** | | | **103** | **100.0%** | **-1.26 [-2.27 , -0.25]** | |
| Heterogeneity: Not applicable | | | | | | | | | |
| Test for overall effect: Z = 2.43 (P = 0.01) | | | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | | | |

Favours Dilatation & Curettage    -4  -2  0  2  4    Favours Expectant/ Placebo

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 711



## Comparison 10.   Mifepristone + Misoprostol vs Expectant/ Placebo

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 10.1 Complete Miscarriage | 3 | | Risk Ratio (IV, Random, 95% CI) | Subtotals only |
| 10.1.1 Missed miscarriage | 1 | 614 | Risk Ratio (IV, Random, 95% CI) | 1.25 [1.09, 1.45] |
| 10.1.2 Incomplete miscarriage | 1 | 122 | Risk Ratio (IV, Random, 95% CI) | 1.08 [0.90, 1.30] |
| 10.1.3 Mixed population | 1 | 174 | Risk Ratio (IV, Random, 95% CI) | 3.44 [2.31, 5.11] |
| 10.2 Composite outcome of death or serious complication | 2 | 788 | Risk Ratio (IV, Random, 95% CI) | 0.43 [0.11, 1.63] |
| 10.3 Need for unplanned/emergency surgical procedure | 2 | 296 | Risk Ratio (IV, Random, 95% CI) | 0.32 [0.11, 0.90] |
| 10.4 Pain score | 1 | 122 | Std. Mean Difference (IV, Random, 95% CI) | 0.14 [-0.21, 0.50] |
| 10.5 Pelvic inflammatory disease, sepsis or endometritis | 2 | 736 | Risk Ratio (IV, Random, 95% CI) | 0.73 [0.30, 1.80] |
| 10.6 Days of bleeding | 1 | 122 | Mean Difference (IV, Random, 95% CI) | 0.70 [-0.43, 1.83] |
| 10.7 Pyrexia | 1 | 174 | Risk Ratio (IV, Random, 95% CI) | 0.32 [0.01, 7.71] |

**Analysis 10.1.   Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 1: Complete Miscarriage**

| Study or Subgroup | Mifepristone + Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| **10.1.1 Missed miscarriage** | | | | | | | |
| Trinder 2006 | 192 | 308 | 152 | 306 | 100.0% | 1.25 [1.09 , 1.45] | |
| **Subtotal (95% CI)** | | **308** | | **306** | **100.0%** | **1.25 [1.09, 1.45]** | |
| Total events: | 192 | | 152 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 3.13 (P = 0.002) | | | | | | | |
| **10.1.2 Incomplete miscarriage** | | | | | | | |
| Nielsen 1999 | 49 | 60 | 47 | 62 | 100.0% | 1.08 [0.90, 1.30] | |
| **Subtotal (95% CI)** | | **60** | | **62** | **100.0%** | **1.08 [0.90, 1.30]** | |
| Total events: | 49 | | 47 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 0.79 (P = 0.43) | | | | | | | |
| **10.1.3 Mixed population** | | | | | | | |
| Torre 2012 | 72 | 89 | 20 | 85 | 100.0% | 3.44 [2.31, 5.11] | |
| **Subtotal (95% CI)** | | **89** | | **85** | **100.0%** | **3.44 [2.31, 5.11]** | |
| Total events: | 72 | | 20 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 6.11 (P < 0.00001) | | | | | | | |

Test for subgroup differences: Chi² = 27.29, df = 2 (P < 0.00001), I² = 92.7%

Favours Expectant/ Placebo   0.2   0.5   1   2   5   Favours Mifepristone + Misoprostol

Pet. Ref. 712

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 10.2.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 2: Composite outcome of death or serious complication



### Analysis 10.3.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 3: Need for unplanned/emergency surgical procedure

| Study or Subgroup | Mifepristone + Misoprostol Events | Total | Expectant/ Placebo Events | Total | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| Nielsen 1999 | 0 | 60 | 1 | 62 | 10.5% | 0.34 [0.01 , 8.29] | |
| Torre 2012 | 4 | 89 | 12 | 85 | 89.5% | 0.32 [0.11 , 0.95] | |
| **Total (95% CI)** | | **149** | | **147** | **100.0%** | **0.32 [0.11 , 0.90]** | |
| Total events: | 4 | | 13 | | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.00, df = 1 (P = 0.96); I² = 0%
Test for overall effect: Z = 2.16 (P = 0.03)
Test for subgroup differences: Not applicable

Favours Mifepristone + Misoprostol    Favours Expectant/ Placebo

### Analysis 10.4.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 4: Pain score

| Study or Subgroup | Mifepristone + Misoprostol Mean | SD | Total | Expectant/ Placebo Mean | SD | Total | Weight | Std. Mean Difference IV, Random, 95% CI | Std. Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| Nielsen 1999 | 66.1 | 26.3 | 60 | 62 | 30.1 | 62 | 100.0% | 0.14 [-0.21 , 0.50] | |
| **Total (95% CI)** | | | **60** | | | **62** | **100.0%** | **0.14 [-0.21 , 0.50]** | |

Heterogeneity: Not applicable
Test for overall effect: Z = 0.79 (P = 0.43)
Test for subgroup differences: Not applicable

Favours Mifepristone + Misoprostol    Favours Expectant/ Placebo

### Analysis 10.5.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 5: Pelvic inflammatory disease, sepsis or endometritis



Pet. Ref. 713

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 722 of 754    PageID.5109

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Analysis 10.6.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 6: Days of bleeding

| Study or Subgroup | Mifepristone + Misoprostol | | | Expectant/ Placebo | | | Weight | Mean Difference IV, Random, 95% CI | Mean Difference IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Total | Mean | SD | Total | | | |
| Nielsen 1999 | 11 | 3.26 | 60 | 10.3 | 3.11 | 62 | 100.0% | 0.70 [-0.43 , 1.83] | |
| **Total (95% CI)** | | | **60** | | | **62** | **100.0%** | **0.70 [-0.43 , 1.83]** | |
| Heterogeneity: Not applicable | | | | | | | | | |
| Test for overall effect: Z = 1.21 (P = 0.23) | | | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | | | |

Favours Mifepristone + Misoprostol    Favours Expectant/ Placebo

### Analysis 10.7.  Comparison 10: Mifepristone + Misoprostol vs Expectant/ Placebo, Outcome 7: Pyrexia

| Study or Subgroup | Mifepristone + Misoprostol | | Expectant/ Placebo | | Weight | Risk Ratio IV, Random, 95% CI | Risk Ratio IV, Random, 95% CI |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | | | |
| Torre 2012 | 0 | 89 | 1 | 85 | 100.0% | 0.32 [0.01 , 7.71] | |
| **Total (95% CI)** | | **89** | | **85** | **100.0%** | **0.32 [0.01 , 7.71]** | |
| Total events: | 0 | | 1 | | | | |
| Heterogeneity: Not applicable | | | | | | | |
| Test for overall effect: Z = 0.70 (P = 0.48) | | | | | | | |
| Test for subgroup differences: Not applicable | | | | | | | |

Favours Mifepristone + Misoprostol    Favours Expectant/ Placebo

## APPENDICES

### Appendix 1. Search terms for WHO ICTRP and ClinicalTrials.gov

curettage AND miscarriage

misoprostol AND miscarriage

mifepristone AND miscarriage

vacuum AND miscarriage

expectant AND miscarriage

management AND miscarriage

surgical AND miscarriage

### Appendix 2. Global statistical inconsistencies for network meta-analyses

| Outcome | P value for global inconsistency |
|---|---|
| Complete miscarriage | 0.000 |
| Complete miscarriage (incomplete miscarriage only) | 0.208 |
| Complete miscarriage (missed miscarriage only) | 0.105 |
| Composite outcome of death or serious complication | 0.570 |
| Need for unplanned/emergency surgical procedure | 0.819 |

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 714

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 723 of 754   PageID.5110

*(Continued)*

| | |
|---|---|
| Pain scores (visual analogue scale) | 0.696 |
| Re-admission to hospital | 0.301 |
| Nausea | - |
| Vomiting | 0.073 |
| Diarrhoea | 0.061 |
| Pyrexia | 0.208 |
| Change in haemoglobin measurements before and after the miscarriage | 0.927 |
| Days of bleeding | 0.017 |
| Days of bleeding (incomplete miscarriage only) | 0.038 |
| Days of bleeding (missed miscarriage only) | - |

# HISTORY

Protocol first published: Issue 3, 2017

# CONTRIBUTIONS OF AUTHORS

Ioannis D Gallos (IDG) and Arri Coomarasamy (AC) conceived the idea for this review. IDG, AC, Malcolm J Price (MP), Aurelio Tobias (AT), Özge Tunçalp (OT), Antonella Lavelanet (AL) and A Metin Gülmezoglu (AMG) designed the meta-analysis. Jayasish Ghosh (JG) designed the electronic data collection forms. JG, Hannah Jeffery (HJ) and IDG performed study selection. JG, Argyro Papadopoulou (AP), HJ, Adam Devall (AJD), Leanne Beeson (LB) and Vivian Do (VD) performed data extraction. JG performed the pairwise meta-analysis. AT performed the network analysis. JG, AJD, AP and IDG graded the evidence and AP created the "summary of findings table". IDG created the protocol. JG and AJD drafted this review. IDG, AJD and AC edited and revised the review. All authors reviewed the manuscript prior to submission. AJD and IDG are the guarantors for this review.

# DECLARATIONS OF INTEREST

Jay Ghosh: Grants and contracts - this work is supported by Tommy's Charity who fund the Tommy's National Centre for Miscarriage Research, which is held by Prof Arri Coomarasamy. Work related to the topic of the review as health professional - O&G Medical Doctor.

Argyro Papadopoulou: I am currently a PhD student at the University of Birmingham, UK. My tuition fees are paid by Tommy's charity.

Adam J Devall: co-investigator for the MifeMiso trial now published in the Lancet, which was funded by the NIHR HTA programme. AJD did not participate in any decisions regarding this trial (i.e. assessment for inclusion/exclusion, trial quality, data extraction) for the purposes of this review or future updates, these tasks have been carried out by other members of the team who were not directly involved in the trial.

Hannah C Jeffery: none known.

Leanne E Beeson: co-investigator for the MifeMiso trial now published in the Lancet, which was funded by the NIHR HTA programme. LEB did not participate in any decisions regarding this trial (i.e. assessment for inclusion/exclusion, trial quality, data extraction) for the purposes of this review or future updates, these tasks have been carried out by other members of the team who were not directly involved in the trial.

Vivian Do: none known.

Malcolm J Price: none known.

Aurelio Tobias: none known.

Özge Tunçalp: none known.

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 715

Cochrane
**Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

Antonella Lavelanet: I published work as a freelance writer. I am a board certified OBGYN, but I am currently not practicing and have not practiced for the last 4 years.

Ahmet Metin Gülmezoglu: none known.

Arri Coomarasamy: chief-investigator for the MifeMiso trial now published in the Lancet, which was funded by the NIHR HTA programme. AC did not participate in any decisions regarding this trial (i.e. assessment for inclusion/exclusion, trial quality, data extraction) for the purposes of this review or future updates, these tasks have been carried out by other members of the team who were not directly involved in the trial.

Ioannis D Gallos: co-investigator for the MifeMiso trial now published in the Lancet, which was funded by the NIHR HTA programme. IDG did not participate in any decisions regarding this trial (i.e. assessment for inclusion/exclusion, trial quality, data extraction) for the purposes of this review or future updates, these tasks have been carried out by other members of the team who were not directly involved in the trial.

## SOURCES OF SUPPORT

### Internal sources

- Tommy's National Centre for Miscarriage Research, UK

### External sources

- National Institute for Health Research (NIHR), UK

  This project was supported by the National Institute for Health Research (NIHR), via Cochrane Infrastructure funding to the Cochrane Pregnancy and Childbirth Group

## DIFFERENCES BETWEEN PROTOCOL AND REVIEW

There are some differences between the published protocol for this review (Gallos 2017) and the full review, these are listed below.

### Methods/ criteria for considering studies for this review/ types of interventions

The protocol stated the following methods.

We will include the following interventions: dilatation plus sharp curettage, suction curettage, suction curettage with cervical preparation, misoprostol alone, and mifepristone plus misoprostol versus expectant management or placebo.

Instead of dilatation plus sharp curettage we have named this intervention dilatation and curettage. Instead of suction curettage we have named this intervention suction aspiration. Instead of suction curettage with cervical preparation we have named this intervention suction aspiration plus cervical preparation.

We had also planned to include comparisons between different routes of administration of medical treatment (e.g. oral versus vaginal), or between different drugs or doses of drug, or duration or timing of treatment which would have been part of a subgroup analysis. This was not performed as there was significant heterogeneity between the different misoprostol arms present in the trials however this may be examined in a future separate review. We had planned to include a sensitivity analysis to assess different effect measures (risk ratio versus odds ratio), however this was not done because different effect measures cannot be combined in one analysis. We had planned to include a sensitivity analysis to assess use of fixed-effect versus random-effects model, however since fixed effects should only be used in the absence of heterogeneity, this was not done. We have added 'exclusion of quasi-randomised trials' to the planned sensitivity analysis in the methods section. We had also aimed to compare cervical preparation drugs with each other and compare different doses, routes and regimens of the same drug with each other in a subgroup analysis however sufficient data did not exist.

### Methods/ data synthesis/ methods for direct treatment comparisons

The protocol stated the following.

We will perform standard pairwise meta-analyses using a random-effects model in the presence of substantial heterogeneity or fixed-effect model in STATA for every treatment comparison.

We performed standard pairwise meta-analyses in Review Manager 5.4 and STATA.

### Methods/ subgroup analysis and investigation of heterogeneity

The protocol in this section stated the following.

If we find important heterogeneity or inconsistency, or both, we will explore the possible sources. If sufficient studies are available, we will perform subgroup analyses by using the following effect modifiers:

Pet. Ref. 716

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 725 of 754    PageID.5112

Cochrane
Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

- gestational age ( nine weeks versus > nine weeks of gestation);
- type of miscarriage (incomplete versus missed miscarriage);
- type of vacuum aspiration device used (electrical versus manual vacuum aspiration);
- type of healthcare setting (inpatient versus outpatient);
- dosage, regimen, and route of drug administration (sublingual, rectal, oral).

We will assess subgroup differences by evaluating the relative effects and assessment of model fit for the primary outcomes.

Sufficient studies were not available for subgroup analysis of gestational age, type of vacuum aspiration device used and dosage, regimen, and route of drug administration (sublingual, rectal, oral). The detail in the study characteristics of included studies was not sufficient enough, in order to perform the subgroup analysis of type of healthcare setting.

**Methods/ sensitivity analysis**

The protocol in this section stated the following.

For the primary outcomes we will perform sensitivity analysis for the following:

- overall risk of bias of the studies (low versus high risk of overall bias);
- randomisation unit (cluster versus individual);
- different effect measures (risk ratio versus odds ratio);
- use of fixed-effect versus random-effects model;
- use of placebo versus expectant management

We will assess differences by evaluating the relative effects and assessment of model fit.

There were no cluster-randomised trials included to allow us to perform a sensitivity analysis based on randomisation unit. Other planned sensitivity analyses were performed but no differences were detected in terms of the overall results.

**I N D E X   T E R M S**

**Medical Subject Headings (MeSH)**

Abortion, Incomplete [therapy]; Abortion, Missed [therapy]; Abortion, Spontaneous [*therapy]; Drug Therapy, Combination; Mifepristone [administration & dosage]; Misoprostol [administration & dosage]; Network Meta-Analysis; Oxytocics [administration & dosage]; Placebos [administration & dosage]; *Pregnancy Trimester, First; Randomized Controlled Trials as Topic; Suction [statistics & numerical data]; Vacuum Curettage [statistics & numerical data]; Watchful Waiting [statistics & numerical data]

**MeSH check words**

Female; Humans; Pregnancy

Copyright © 2021 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Pet. Ref. 717

examination when patients had a known history of trauma, only 88 (24.3%) thought it was extremely important to use a trauma-informed approach when no trauma history was known. Ninety-seven clinicians (26.8%) endorsed using trauma-informed practices during pelvic examinations "often" or "always."

**CONCLUSION:** Clinicians reported a lack of training in TIC. They did not see the need for universal application of TIC, and they reported inconsistent usage of trauma-informed practices during pelvic examinations. These data demonstrate a pressing need to improve training for clinicians and appropriate care for patients.

*Financial Disclosure: The authors did not report any potential conflicts of interest.*

---

## Implementation and Evaluation of A Gynecology eConsult Service Within A Large Health System [A287]

*Katherine Buddemeyer, MD*
  Atrium Wake Forest Baptist, Winston Salem, NC
*Sean Hernandez, MD, Ajay Dharod, MD, and David Shalowitz, MD*

**INTRODUCTION:** Electronic consultations (eConsults) between primary care providers (PCPs) and specialty clinicians offer specialists' input into patient care without in-person consultation. However, limited data exist on process outcomes associated with implementing systemwide eConsult services for gynecologic care.

**METHODS:** We reviewed all gynecology eConsults at our institution from program start in February 2020 to September 2021. Analyzed variables included content, completion time, and provider satisfaction. The eConsult data were contextualized within systemwide data regarding in-person consultation processes.

**RESULTS:** Implementation required identification of gynecologists willing to answer eConsults through the electronic medical record and development of consult template text to ensure adequate information was presented. Educational outreach was provided to PCP practices on workflow. A total of 71 gynecology eConsults were analyzed. Mean time from submission to completion was 0.73 days; 85% required less than 15 minutes of specialists' time. Most common eConsults involved cervical cancer screening (32%), abnormal uterine bleeding (14%), contraception (14%), imaging (13%), and menopause (10%). Systemwide, 85% of eConsults were perceived as appropriate by specialists; 93% of PCPs reported being satisfied or extremely satisfied. Of the PCPs, 30% reported they would have initiated in-person consultations if eConsults were unavailable; systemwide, time from referral to in-person consultation was 32.8 days.

**CONCLUSION:** Implementation of a gynecology eConsult program is feasible, minimally burdensome to specialists, and associated with high satisfaction among PCPs. In our system, successful eConsults improved timeliness of access to gynecologists' recommendations by several weeks. Future work is in progress to determine whether and how expansion of eConsult utilization can further improve access to gynecologic care.

*Financial Disclosure: The authors did not report any potential conflicts of interest.*

---

## Pelvic Pain Disorders and Associated Acceptability of Office Hysteroscopy [A288]

*Amanda C. Brant, MD*
  Mayo Clinic, Rochester, MN
*Nneanata Echetebu, MHS, Kristin Mara, MS, Shannon Laughlin-Tommaso, MD, M. Hopkins, MD, and Isabel Green, MD*

**INTRODUCTION:** Despite the benefits, convenience, and acceptability of office hysteroscopy (OH), 20% of patients find OH unacceptable. In this study we defined acceptability as willingness to undergo office hysteroscopy in the future and investigated whether patients with co-existing pelvic pain disorders were more likely to find OH unacceptable.

**METHODS:** Patients who underwent OH from 12/2016 to 6/2018 were included. Patients were asked to rate acceptability at the time of their procedure. Retrospective chart review was used to identify patients with pelvic pain disorders defined as chronic pelvic pain (CPP), dysmenorrhea, vulvodynia, dyspareunia, or high tone pelvic floor dysfunction (PFD). Patients rating OH as acceptable (Likert scale 4–5) were compared to those rating it as unacceptable (Likert scale 1–2). Comparisons between groups were made using a t-test or Wilcoxon rank sum test for continuous data, and a Chi-square test for categorical data. This study was determined to be exempt from the requirement for IRB approval (IRB #20–009387).

**RESULTS:** Compared to patients in the "acceptable" group (n=929), patients who rated OH as "unacceptable" (n=55) reported higher during and post-procedure pain scores and lower satisfaction rates ($P$<.001). Prior diagnosis of PFD ($P$<.001) and dyspareunia ($P$=.003) were both associated with finding OH unacceptable. Dysmenorrhea, CPP, and vulvodynia were associated with unacceptability but did not achieve significance.

**CONCLUSION:** A preexisting diagnosis of a pelvic pain disorder, specifically PFD and dyspareunia, was associated with unacceptability of OH. Implementing triage criteria for patients to pursue hysteroscopy with sedation or anesthesia could help improve patient satisfaction and warrants additional study.

*Financial Disclosure: M. Hopkins: Rejoni (Consultant). The other authors did not report any potential conflicts of interest.*

---

## Medication Management of Early Pregnancy Loss: The Impact of the U.S. Food and Drug Administration Risk Evaluation and Mitigation Strategy [A289]

*Sara Neill, MD*
  Beth Israel Deaconess Medical Center, Boston, MA
*Alisa Goldberg, MD, and Elizabeth Janiak, ScD*

**INTRODUCTION:** Early pregnancy loss (EPL) occurs in 1 million U.S. patients annually. Mifepristone pretreatment for medication management increases efficacy but requires compliance with the U.S. Food and Drug Administration Risk Evaluation and Mitigation Strategy (REMS) program. This study examined how REMS influences mifepristone use for EPL among obstetrician–gynecologists (ob-gyns) in Massachusetts.

**METHODS:** This mixed methods study included in-depth qualitative interviews focused on EPL management analyzed under a thematic analysis framework using multiple coders and a consensus method. Qualitative data informed development of a survey fielded among all ob-gyns in Massachusetts identified through the American Medical Association Physician Masterfile. The Partners IRB deemed this study exempt.

**RESULTS:** Nearly all interviewees (17 of 19, 89%) listed the REMS as a barrier to mifepristone use. Barriers included belief that the REMS indicated mifepristone was not available to general ob-gyns, lack of pharmacy dispensing, and concerns about signing the required prescriber agreement. The REMS sometimes gave hospital or pharmacy leadership the impression that mifepristone is dangerous, prolonging protocol development and implementation. A total of 197 physicians responded to a subsequent survey. Of those, 37% did not offer mifepristone for EPL, and 40% were not or only somewhat familiar with mifepristone's REMS program. Among those who reported on barriers to mifepristone use (n=57), the most common was uncertainty with how to comply with the REMS (53%); 73% reported that removing these regulations would help them use mifepristone for EPL.

**CONCLUSION:** The FDA REMS program for mifepristone impedes evidence-based medication management of EPL. Removing the REMS would improve access to this best practice.

*Financial Disclosure: The authors did not report any potential conflicts of interest.*

---

© 2022 by the American College of Obstetricians and Gynecologists. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

Pet. Ref. 718

```
1     HB261

2     208887-1

3     By Representatives Sorrell, Dismukes, Holmes, Wadsworth,

4     Lipscomb, Estes, Brown (C), Bedsole, Hanes, Kiel, Fincher,

5     Meadows and Mooney

6     RFD: Judiciary

7     First Read: 03-FEB-22
```

Pet. Ref. 719

1    208887-1:n:02/04/2021:MAP*/cr  LSA2020-2498

2

3

4

5

6

7

8    SYNOPSIS:          This bill would ban non-surgical, chemical

9                       abortions in this state.

10                           This bill would make it unlawful to

11                       manufacture, distribute, prescribe, dispense, sell,

12                       or transfer the "abortion pill," otherwise known as

13                       RU-486, Mifepristone, Mifegyne, or Mifeprex, or any

14                       substantially similar generic or non-generic

15                       abortifacient drug in this state.

16                           This bill would also provide for criminal

17                       penalties for violations of this act.

18                           Amendment 621 of the Constitution of Alabama

19                       of 1901, as amended by Amendment 890, now appearing

20                       as Section 111.05 of the Official Recompilation of

21                       the Constitution of Alabama of 1901, as amended,

22                       prohibits a general law whose purpose or effect

23                       would be to require a new or increased expenditure

24                       of local funds from becoming effective with regard

25                       to a local governmental entity without enactment by

26                       a 2/3 vote unless: it comes within one of a number

27                       of specified exceptions; it is approved by the

Pet. Ref. 720

1          affected entity; or the Legislature appropriates

2          funds, or provides a local source of revenue, to

3          the entity for the purpose.

4               The purpose or effect of this bill would be

5          to require a new or increased expenditure of local

6          funds within the meaning of the amendment. If this

7          bill is not enacted by a 2/3 vote, it will not

8          become effective with regard to a local entity

9          unless approved by the local entity or until, and

10         only as long as, the Legislature appropriates funds

11         or provides for a local source of revenue.

12

13                          A BILL

14                       TO BE ENTITLED

15                         AN ACT

16

17     Relating to abortion; to ban non-surgical, chemical

18     abortions in this state; to provide criminal penalties for

19     violations; and in connection therewith to have as its purpose

20     or effect the requirement of a new or increased expenditure of

21     local funds within the meaning of Amendment 621 of the

22     Constitution of Alabama of 1901, as amended by Amendment 890,

23     now appearing as Section 111.05 of the Official Recompilation

24     of the Constitution of Alabama of 1901, as amended.

25     BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

26               Section 1. This act shall be known and may be cited

27     as the The Alabama Chemical Abortion Prohibition Act.

Pet. Ref. 721

1              Section 2. Legislative Findings.

2              The Legislature finds and declares the following:

3              (1) Alabama is committed to the sanctity of human

4       life, from conception to natural death.

5              (2) On November 6, 2018, electors in this state

6       approved by a majority vote an amendment to the Constitution

7       of Alabama of 1901, declaring and affirming the public policy

8       of the state to recognize and support the sanctity of unborn

9       life and the rights of unborn children, including the right to

10      life.

11             (3) The Constitution of Alabama of 1901, does not

12      recognize the right to an abortion or require the funding of

13      abortions through public funds.

14             (4) Although unenforceable as a consequence of Roe

15      v. Wade, abortion remains a crime in Alabama, as set forth in

16      Section 13A-13-7, Code of Alabama 1975. Further, as set forth

17      in Section 13A-6-1, Code of Alabama 1975, when referring to

18      the victim of a criminal homicide or assault, the term

19      "person" means "a human being, including an unborn child in

20      utero at any stage of development, regardless of viability."

21      The Human Life Protection Act is an Alabama law enacted on May

22      15, 2019, to impose a near-total ban on abortion in this state

23      beginning in November 2019, but a legal challenge to the bill

24      has delayed implementation.

25             (5) It is a matter of public policy in this state

26      that abortion is not health care.

Pet. Ref. 722

1        (6) Since Roe, the main method of abortion has been

2    surgical, where a physician extracts the unborn child from a

3    woman's body under anesthesia using surgical tools. Currently,

4    however, nearly 40 percent of all abortions are performed

5    through chemical abortion, which is the administration of

6    drugs into a woman's body to produce miscarriage-like symptoms

7    to abort the child. The process involves two different drugs,

8    taken 24 to 48 hours apart. The first drug is Mifepristone,

9    which is a progesterone blocker, blocking the hormone

10    essential to maintaining a pregnancy. The second drug is

11    Misoprostol, which induces the contractions that expel the

12    fetal remains. This process can take up to 14 days to

13    complete. Mifepristone is indicated almost exclusively for

14    chemical abortions. Chemical abortions result in complications

15    at a rate four times greater than the rate of complications

16    with surgical abortions.

17        (7) Most recently, chemical abortion is being made

18    available through the emerging tele-medicine industry, where a

19    woman meets online with a physician, who may be in a different

20    state; after an online assessment by the physician, she then

21    is provided a prescription with which she may self-induce an

22    abortion. Under these circumstances, the doctor-patient

23    relationship is tenuous at best, physician assessment of the

24    patient may be inadequate, and the physician is not available

25    to assist in the event of complications such as pain,

26    excessive and potentially life-threatening bleeding, allergic

27    reactions, and infection.

Pet. Ref. 723

1       (8) A chemical abortion is more cost effective for

2  an abortion provider, as it allows significantly reduced

3  overhead costs for facilities, professional staff,

4  pharmaceuticals, and equipment.

5       Section 3. (a) It is unlawful for any person or

6  entity to manufacture, distribute, prescribe, dispense, sell,

7  or transfer the "abortion pill," otherwise known as RU-486,

8  Mifepristone, Mifegyne, or Mifeprex, or any substantially

9  similar generic or non-generic abortifacient drug in Alabama.

10       (b) A violation of this section is a Class C felony.

11       (c) No woman shall be charged or held criminally

12  liable under this act for the death of her own unborn child by

13  virtue of the use of an abortifacient drug.

14       (d) This act does not prohibit the sale, use,

15  prescription, or administration of any contraceptive agent

16  administered prior to conception or before a pregnancy can be

17  confirmed through conventional medical testing.

18       (e) Any law that regulates or recognizes chemical

19  abortion in this state that conflicts with this act is

20  repealed. If this act is challenged and enjoined pending a

21  final judicial decision, the existing laws and rules that

22  regulate or recognize chemical abortion shall remain in effect

23  during that time.

24       Section 4. Although this bill would have as its

25  purpose or effect the requirement of a new or increased

26  expenditure of local funds, the bill is excluded from further

27  requirements and application under Amendment 621, as amended

Pet. Ref. 724

1    by Amendment 890, now appearing as Section 111.05 of the

2    Official Recompilation of the Constitution of Alabama of 1901,

3    as amended, because the bill prescribes the minimum

4    compensation for public officials.

5              Section 5. This act shall become effective

6    immediately following its passage and approval by the

7    Governor, or its otherwise becoming law.

Pet. Ref. 725

Bill History for HB2811

Short Title:      unlawful abortion medication; offense

Primary Sponsor:     Jacqueline Parker

House First Read:     02/09/2022

### House Standing Details

| | |
|---|---|
| Assigned Date | 02/09/2022 |
| Committee | JUD |
| Report Date | 02/16/2022 |
| Action | DP |
| Vote | 6-4-0-0-0-0 |

| | |
|---|---|
| Assigned Date | 02/09/2022 |
| Committee | RULES |
| Report Date | 02/22/2022 |
| Action | C&P |
| Vote | 5-2-0-1-0-0 |

House Second Read:    02/10/2022

Consent Calendar:    02/22/2022, 9:00 am    Object:  Yes

House Majority Caucus:
02/22/2022  Yes

House Minority Caucus:
02/22/2022  Yes

| | Date | Ayes | Nays | NV | Exc | Vac | Action |
|---|---|---|---|---|---|---|---|
| Show House COW | 02/24/2022 | 0 | 0 | 0 | 0 | 0 | DP |

| | Date | Ayes | Nays | NV | Exc | Vac | Emer | Amend | RFE | RFEIR | 2/3 Vote | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Show House THIRD | 02/24/2022 | 28 | 31 | 1 | 0 | 0 | | | | | | FAILED |

Final Disposition:    Failed in House on Third Reading

Pet. Ref. 726

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 735 of 754    PageID.5122

*The New York Times* | https://www.nytimes.com/2022/07/17/health/abortion-miscarriage-treatment.html

# They Had Miscarriages, and New Abortion Laws Obstructed Treatment

Surgical procedures and medication for miscarriages are identical to those for abortion, and some patients report delayed or denied miscarriage care because doctors and pharmacists fear running afoul of abortion bans.

 **By Pam Belluck**

July 17, 2022

Last year, a 35-year-old woman named Amanda, who lives in the Dallas-Fort Worth area, had a miscarriage in the first trimester of her pregnancy. At a large hospital, a doctor performed a surgical procedure often used as a safe and quick method to remove tissue from a failed pregnancy.

She awoke from anesthesia to find a card signed by the nurses and a little pink and blue bracelet with a butterfly charm, a gift from the hospital to express compassion for her loss. "It was so sweet because it's such a hard thing to go through," Amanda said.

Eight months later, in January, Amanda, who asked to be identified by her first name to protect her privacy, experienced another first-trimester miscarriage. She said she went to the same hospital, Baylor Scott & White Medical Center, doubled over in pain and screaming as she passed a large blood clot.

But when she requested the same surgical evacuation procedure, called dilation and curettage, or D&C, she said the hospital told her no.

A D&C is the same procedure used for some abortions. In September 2021, in between Amanda's two miscarriages, Texas implemented a law banning almost all abortions after six weeks into pregnancy.

Following the reversal of Roe v. Wade, numerous states are enacting bans or sharp restrictions on abortion. While the laws are technically intended to apply only to abortions, some patients have reported hurdles receiving standard surgical procedures or medication for the loss of desired pregnancies.

Amanda said the hospital didn't mention the abortion law, but sent her home with instructions to return only if she was bleeding so excessively that her blood filled a diaper more than once an hour. Hospital records that Amanda shared with The New York Times noted that her embryo had no cardiac activity during that visit and on an ultrasound a week earlier. "She reports having a lot of pain" and "she appears distressed," the records said.

"This appears to be miscarriage in process," the records noted, but suggested waiting to confirm and advised a follow-up in seven days.

Once home, Amanda said, she sat on the toilet digging "fingernail marks in my wall" from the pain. She then moved to the bathtub, where her husband held her hand as they both cried. "The bathtub water is just dark red," Amanda recalled. "For 48 hours, it was like a constant heavy bleed and big clots."

She added, "It was so different from my first experience where they were so nice and so comforting, to now just feeling alone and terrified."

The hospital declined to discuss whether Texas's abortion laws have had any impact on its medical care. In a statement, the hospital said, "While we are not able to speak about an individual's case due to privacy laws, our multidisciplinary team of clinicians works together to determine the appropriate treatment plan on an individual case-by-case basis. The health and safety of our patients is our top priority."

Pet. Ref. 727

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 736 of 754   PageID.5123

John Seago, the president of Texas Right to Life, said he considers any obstacles miscarriage patients encounter to be "very serious situations." He blamed such problems on "a breakdown in communication of the law, not the law itself," adding "I have seen reports of doctors being confused, but that is a failure of our medical associations" to provide clear guidance.

The uncertain climate has led some doctors and hospitals to worry about being accused of facilitating an abortion, a fear that has also caused some pharmacists to deny or delay filling prescriptions for medication to complete miscarriages, providers and patients say. Last week, the Biden administration warned that if a pharmacy refuses to fill prescriptions for pills "including medications needed to manage a miscarriage or complications from pregnancy loss, because these medications can also be used to terminate a pregnancy — the pharmacy may be discriminating on the basis of sex."

Delays in expelling tissue from a pregnancy that is no longer viable can lead to hemorrhaging, infections, and sometimes life-threatening sepsis, obstetricians say.

"In this post-Roe world, women with miscarriages may die," said Dr. Monica Saxena, an emergency medicine physician at Stanford Hospital.



Misoprostol, center, and mifepristone, right, the usual medications for miscarriage, are the same pills used for medication abortions.  Gabriela Bhaskar for The New York Times

Medical experts define miscarriage as a pregnancy that ends naturally before 20 weeks' gestation. Most miscarriages occur in the first 13 weeks; pregnancy losses after 20 weeks are considered stillbirths. Miscarriage befalls about one in 10 known pregnancies, and may occur in as many as one in four when including miscarriages that occur before patients realize they are pregnant.

Medical terminology often calls miscarriage "spontaneous abortion," a designation that can increase patients' or providers' concerns about being targeted under abortion bans. In medical records, Amanda's second miscarriage was also labeled "threatened abortion: established and worsening."

Pet. Ref. 728

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 737 of 754   PageID.5124

In typical early miscarriages, when cardiac activity has stopped, patients should be offered three options to expel tissue, said Dr. Sarah Prager, an obstetrics and gynecology professor at the University of Washington's School of Medicine.

D&C is recommended when patients are bleeding heavily, are anemic, have blood-clotting issues or certain conditions that make them medically fragile, Dr. Prager said. Some other patients also choose D&C's, considering them emotionally easier than a lingering process at home.

Another option is medication — usually mifepristone, which weakens the membrane lining the uterus and softens the cervix, followed by misoprostol, which causes contractions. These same pills are used for medication abortion.

The third option is "expectant management": waiting for tissue to pass on its own, which can take weeks. It is unsuccessful for 20 percent of patients, who then need surgery or medication, said Dr. Prager, who co-authored miscarriage management guidelines for the American College of Obstetricians and Gynecologists.

When possible, patients should be allowed to choose the method because lack of choice compounds the trauma of losing a wanted pregnancy, doctors and patients said.



A dilation and curettage, or D&C, is recommended when patients are bleeding heavily, are anemic, have blood-clotting issues or certain conditions that make them medically fragile. Simon Fraser/Queen Elizabeth Hospital, via Science Source

In Wisconsin, where a 173-year-old abortion ban may soon become enforceable again, Dr. Carley Zeal, an obstetrician-gynecologist, treated a woman who said that just after abortion rights were nullified, she showed up bleeding at a hospital, which determined she had miscarried but told her "they couldn't do a D&C because of the laws." The hospital didn't offer her miscarriage medication either, advising her to find an obstetrician-gynecologist to help. By the time she found Dr. Zeal, who gave her mifepristone and misoprostol, the woman had been bleeding intermittently for days, putting her at "increased risk of hemorrhage or infection."

"Even in these straightforward cases of basic OB/GYN practice, the laws leave providers questioning and afraid," Dr. Zeal said. "These laws are already hurting my patients."

Doctors say even greater risks may occur with cases of "inevitable miscarriage," where there is still fetal cardiac activity, but the patient's water has broken much too early for the pregnancy to be viable, said Greer Donley, an assistant professor at the University of Pittsburgh Law School.

A study from two Dallas hospitals reported on 28 patients whose water broke or who had other serious complications before 22 weeks' gestation, and who, because of Texas laws, didn't receive medical intervention until there was an "immediate threat" to their lives or fetal cardiac activity stopped. On average, the patients waited nine days, and 57 percent ended up

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 738 of 754  PageID.5125

with serious infections, bleeding or other medical problems, the report said. Another article, in the New England Journal of Medicine, said similar patients returned with signs of sepsis after doctors or hospitals decided Texas's abortion law prevented them from intervening earlier.

In such cases, Dr. Seago of Texas Right to Life said abortion bans might require delaying intervention. What he characterized as a doctor saying "'I want to cause the death of the child today because I believe that they're going to pass away eventually,'" is prohibited, he said. He acknowledged that such delays could cause medical complications for women but said "severe" complications could legally be treated immediately.

One of the miscarriage medications, mifepristone, must be prescribed by certified providers and cannot be dispensed by typical pharmacies. Although the certification process is simple, Dr. Lauren Thaxton, an assistant professor in the department of women's health at the University of Texas at Austin's Dell Medical School, said some hospitals have expressed "concern about this medication also being used for abortion and whether or not that could create some sort of bad look."

So, in some states, doctors only prescribe misoprostol for miscarriages, which can work on its own, but less well. It is also used for other medical conditions and should be easily obtainable at pharmacies, but some have declined to fill miscarriage patients' misoprostol prescriptions or required additional documentation from doctors, Dr. Thaxton and others said.

Cassie, a Houston woman who asked to be identified by her first name, said she learned she had miscarried the day Roe v. Wade was overturned, when her doctor detected blood in her uterus and no cardiac activity.

She was prescribed misoprostol, but said a Walgreens made her wait a day for "extra approval" from its corporate office.

"When I went to pick it up, I then had to chat with the pharmacist and had to state again, even though they were aware my doctor prescribed it, that it wasn't for an abortion," Cassie said.

A Walgreens spokesman said some abortion laws "require additional steps for dispensing certain prescriptions and apply to all pharmacies, including Walgreens. In these states, our pharmacists work closely with prescribers as needed, to fill lawful, clinically appropriate prescriptions."

Dr. Thaxton said that when pharmacies delay dispensing misoprostol, some patients are financially or logistically unable to return for the medication another day. Instead, some visit doctors days later, still retaining pregnancy tissue or "having significant bleeding that needs to be managed urgently," she said.

In March in Missouri, which now has a post-Roe abortion ban, Gabriela, who asked to be identified by her first name, said she had a blighted ovum, in which a fertilized egg implants in the uterus but doesn't develop. "My body wouldn't release it," she said.

Her doctor prescribed misoprostol, but it didn't work well enough. When she asked for mifepristone, the doctor said it was difficult to obtain there, according to a doctor's note Gabriela shared with The Times.

The doctor ordered a second round of misoprostol, but Gabriela said, "The pharmacist at Walgreens told me she couldn't give it to me if I was pregnant. I was able to stutter out that I was having a miscarriage, and she gave it to me. I couldn't help but cry in front of all the people at Walgreens because I felt like I was being treated like a bad person for picking up a medication to prevent an infection."

Dr. Prager said she's been told that some Texas miscarriage patients had been turned away by doctors who worried the patients might have actually taken abortion pills that hadn't expelled the pregnancy, two situations that appear medically identical.

"There's a system being created where there is no trust between physicians and patients, and patients are potentially going to choose not to go to a hospital even with something like a miscarriage, because they're fearful," Dr. Prager said.

Some women who have miscarried and are at risk of future losses say they are considering moving from states that ban abortion or are rethinking life plans.

Pet. Ref. 730

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 739 of 754   PageID.5126

"We are not going to try and conceive anymore," Amanda said. "We don't feel like it's safe in Texas to continue to try after what we went through."

**Pam Belluck** is a health and science writer whose honors include sharing a Pulitzer Prize and winning the Nellie Bly Award for Best Front Page Story. She is the author of Island Practice, a book about an unusual doctor. More about Pam Belluck

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: When Miscarriages Collide With Abortion Law

Pet. Ref. 731

Israel-Hamas war    Rosalynn Carter memorial service    Pope Francis    WWE star Tammy 'Sunny' Sytch sentenced    India tu

# CVS seeks verification on drugs with possible abortion use



FILE - A CVS Health product is displayed at a store in North Andover, Mass., Monday, May 3, 2021. CVS Health is asking pharmacists in some states to verify that a few of the prescriptions they provide will not be used end a pregnancy. A spokesman said Thursday, July 21, 2022, that the drugstore chain recently started doing this for methotrexate and misoprostol, two drugs used in medication abortions but also to treat other conditions. (AP Photo/Elise Amendola, File)

Read More

BY TOM MURPHY
Published 5:20 PM EST, July 21, 2022

CVS Health is asking pharmacists in some states to verify that a few of the prescriptions they provide will not be used end a pregnancy.

A spokesman said Thursday that the drugstore chain recently started doing this for methotrexate and misoprostol, two drugs used in medication abortions but also to treat other conditions.

Pet. Ref. 732

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 741 of 754   PageID.5128

Spokesman Mike DeAngelis said the policy started the first week in July in Alabama, Arkansas, Idaho, Oklahoma, and Texas.

The drugstore chain's request comes after the U.S. Supreme Court last month overturned Roe v. Wade, the 1973 decision that had provided a constitutional right to abortion. The ruling is expected to lead to abortion bans in roughly half the states.

DeAngelis said state laws that restrict the dispensing of medications used for abortions have forced the company to start the validations. He noted that some of the laws come with criminal penalties.

The drugstore chain, which is based in Woonsocket, Rhode Island, is asking care providers to help by including their diagnosis on the prescriptions.

DeAngelis said CVS Health will still fill prescriptions for miscarriages or ectopic pregnancies, which grow outside the womb and are not viable.

"We will continue to focus on delivering care to our patients while complying with state laws and federal guidance that continues to evolve," DeAngelis said in an email.

The Supreme Court decision has put pharmacies in the middle of an intense national debate. Earlier this month, the Biden administration warned pharmacies not to discriminate against women over the prescriptions they seek.

The administration noted that examples of discrimination could include a pharmacy that refuses to fill a prescription of misoprostol prescribed to help deal with a severe stomach ulcer.

Methotrexate also is used to treat several types of cancers as well as rheumatoid arthritis, according to the Mayo Clinic.

———

Follow Tom Murphy on Twitter: https://twitter.com/thpmurphy

Pet. Ref. 733

🕐 This article was published more than **1 year ago**

## The Washington Post

*Democracy Dies in Darkness*

# Confusion post-Roe spurs delays, denials for some lifesaving pregnancy care

## Miscarriages, ectopic pregnancies and other common complications are now scrutinized, jeopardizing maternal health

By Frances Stead Sellers and Fenit Nirappil

July 16, 2022 at 9:09 a.m. EDT

A woman with a life-threatening ectopic pregnancy sought emergency care at the University of Michigan Hospital after a doctor in her home state worried that the presence of a fetal heartbeat meant treating her might run afoul of new restrictions on abortion.

At one Kansas City, Mo., hospital, administrators temporarily required "pharmacist approval" before dispensing medications used to stop postpartum hemorrhages, because they can also be also used for abortions.

And in Wisconsin, a woman bled for more than 10 days from an incomplete miscarriage after emergency room staff would not remove the fetal tissue amid a confusing legal landscape that has roiled obstetric care.

In the three weeks of turmoil since the Supreme Court overturned the constitutional right to abortion, many physicians and patients have been navigating a new reality in which the standard of care for incomplete miscarriages, ectopic pregnancies and other common complications is being scrutinized, delayed — even denied — jeopardizing maternal health, according to the accounts of doctors in multiple states where new laws have gone into effect.

While state abortion bans typically carve out exceptions when a woman's life is endangered, the laws can be murky, prompting some obstetricians to consult lawyers and hospital ethics committees on decisions around routine care.

"People are running scared," said Mae Winchester, a specialist in maternal-fetal medicine in Ohio who, days after the state's new restrictions went into effect, sought legal advice before she performed an abortion on a pregnant woman with a uterine infection. "There's a lot of unknowns still left out there."

The need to intervene in a pregnancy with the same medication or surgical procedure used in elective abortions is not unusual.

Pet. Ref. 734

As many as 17 percent of pregnancies end in miscarriage, the vast majority of it a result of chromosomal abnormalities. The methods of managing a miscarriage are the same as for abortion, using a combination of drugs — mifepristone and misoprostol — or a brief surgery known as dilation and curettage, or D&C, to dilate the cervix and scrape tissue from the uterus. Left untreated, some miscarriages resolve naturally; others lead to complications such as infection or profuse bleeding.

"It's important for people to realize early pregnancy failure is common," said Rashmi Kudesia, a fertility specialist in Houston.

Doctors in Texas — where since last September abortion has been illegal after the detection of fetal cardiac activity, around six weeks of pregnancy — report that pharmacists have begun questioning patients about miscarriage medications, suspecting they may be used instead for abortions.

"It is traumatizing to stand in a pharmacy and have to tell them publicly that you are having a miscarriage, that there is not a heartbeat," Kudesia said.

Carley Zeal, an OB/GYN in southern Wisconsin and a fellow with Physicians for Reproductive Health, said she recently treated a woman at risk of infection after a miscarriage. Zeal said providers at another hospital had wrestled with what services they could perform — with an 1849 law banning almost all abortions back in effect — and ultimately refused to remove the fetal tissue from the patient's uterus.

"It really delayed her care," Zeal said. "I saw her a week and a half later with an ongoing miscarriage and bleeding, increasing the risk of severe bleeding as well as infections."

Zeal gave the patient abortion medication to expel the fetal tissue.

Some doctors are feeling pressure to seek second opinions in their treatment of ectopic pregnancies, which account for between 1 and 2 percent of pregnancies and are never viable.

Zeal said another physician in her practice contacted her the week after the Supreme Court decision as she treated a patient with a ruptured ectopic pregnancy. "She knew exactly what she had to do because [the woman] was bleeding and was clearly going to die if nothing was done," Zeal said. "But she wasn't sure what she needed to document to be sure she wouldn't be charged with a felony."

Some lawyers have advised physicians in her practice to get two additional doctors to sign off that a patient's life is indeed in danger; other lawyers say no additional signature is needed. To protect herself from criminal prosecution, Zeal's colleague Elana Wistrom turned to an emergency room physician who treated the patient and a radiologist who reviewed the ultrasound showing the rupture — a process that took more than an hour.

"It turned my attention away from the bedside of the critical-care patient toward documentation," Wistrom said.

Ectopic pregnancies — in which the fetus implants outside the uterus, usually in one of the fallopian tubes and sometimes on the ovaries or in the cervix — don't always show up on scans. They can be terminated with an injection of the drug methotrexate, which stops the cells from growing, or through surgery. If the procedure is delayed, the tube may rupture, causing sudden and life-threatening blood loss.

Many state laws with new restrictions on abortion make exceptions for ectopics, but uncertainties can arise if a fetus implants on Caesarean scar tissue on the uterus wall or if it cannot be located.

Patricia Nahn, another OB/GYN in Zeal's practice, said she recently had a patient displaying signs of an ectopic pregnancy, including abdominal pain. But because this was not a clear-cut case in which an ultrasound showed the fetus developing outside the uterus, Nahn faced the potential of terminating a fetus that was in the uterus and violating Wisconsin's abortion ban.

Instead of prescribing medication to terminate the pregnancy in the safest manner, as she would have done before last month's ruling, Nahn said, she was forced to perform a riskier, invasive surgical procedure to confirm the location of the ectopic pregnancy before ending it.

"If you had just waited and done nothing because you were afraid, she could have died," Nahn said.

Antiabortion groups such as Live Action and LifeNews.com say that overturning *Roe v. Wade* does not stop doctors from treating ectopic pregnancies or miscarriages.

"Those procedures would remain legal and would not be considered abortion," said Eric Scheidler, executive director of the nonprofit Pro-Life Action League. "No physician can claim not to know that."

In South Carolina, where state lawmakers are considering new restrictions on abortions in a July special session, state Rep. John R. McCravy III supports a ban with no exceptions for rape or incest. But the Republican said that he favors exceptions to save the life of the mother and that concerns about limiting care for ectopic pregnancies and miscarriages are overblown.

"To use a word used often by the left, it's disinformation," McCravy said. "It's never been a pro-life tenet to constrain the doctors when it comes to medical emergencies."

New abortion bans oversimplify the reality of obstetric care, physicians say, placing a binary on what is a continuous spectrum of increasing risk. Pregnancy puts huge stress on a patient's body, sometimes exacerbating existing health problems such as diabetes or hypertension until they become life-threatening.

"With a patient with heart disease, at what point in her pregnancy is she going to die?" said David Hackney, a specialist in high-risk pregnancies in Ohio. "You don't want to reach that point, where things are that clear."

Lisa Harris, associate chair of obstetrics and gynecology at the University of Michigan, said doctors are discussing creating a national registry of cases ranging from ectopic pregnancy to cancer and heart disease in which "people may not get what is currently standard of care in counseling or treatment."

Pet. Ref. 736

Stories of care delayed and care provided. The TikTok and other online forums are offered to verify that many of the two dozen doctors interviewed by The Post about their experiences since the Supreme Court overturned the right to abortion were hesitant to describe details of individual cases for fear of running afoul of lawyers and hospital administrators, violating patient privacy or prompting a criminal investigation.

In the current political climate, some physicians say antiabortion colleagues are on the lookout for any decision that they believe could contravene new laws.

"Right now, there are risks of exaggeration and possibly even misinformation from many different quarters," said Leslie Francis, a professor of law and an expert in medical ethics at the University of Utah, who is concerned about a lack of data on the impact of the new laws.

Delaying treatment for an ectopic pregnancy is so dangerous it would amount to malpractice, said Pamela Parker, an OB/GYN in Texas's Rio Grande Valley, who has decided to practice in Arizona because of Texas's restrictions and the overturning of *Roe*.

Rachel Hicks, 26, knows from personal experience and as a medical student in Indianapolis how important swift action is. During an April emergency room visit, she discovered she had an ectopic pregnancy that had ruptured and was bleeding into her abdominal cavity. Within two hours, she was in surgery to remove the fetal tissue and the fallopian tube where the pregnancy had implanted.

"Had I waited another day or slept through the night, I could have bled out in my body and I wouldn't have known it," said Hicks, a fourth-year medical student who aspires to be a surgeon.

With *Roe* overturned, she wonders how that night would have gone differently under more restrictive laws. Indiana lawmakers are considering new restrictions on abortion in a special session in late July. At least one legislator has floated a total ban with no exceptions to save the patient's life. Hicks worries that doctors may not have been so quick to terminate her doomed pregnancy if they had had to scrutinize whether such care would violate the law.

Then there are the complex but not uncommon cases in which a patient's water breaks early, putting the fetus — no longer sustained by ample amniotic fluid — at risk of severe developmental problems and the mother at heightened risk of sepsis. Some of those pregnancies result in live births; in others, the patient goes into preterm labor. In many cases, doctors terminate the pregnancy, particularly if the patient develops an infection.

A few days after Ohio's abortion ban took effect last month, Winchester, the maternal-fetal medicine specialist, treated a patient whose water had broken at 19 weeks. The woman hoped to continue the pregnancy despite the increased risks to her fetus and herself. But a day later, she spiked a fever, and had an elevated heart rate and high white blood cell count — all signs of infection. Winchester checked with her lawyer, then performed an abortion.

"She was dying. It was very black and white," Winchester said.

Although Ohio's abortion ban makes an exception to save a patient's life, Dr. Winchester considers a pregnant woman she treated last year who had a malignant tumor on her cervix that threatened her life, but not imminently. The woman had two children in high school who begged her to terminate the pregnancy and get treatment for the cancer.

"They wanted her to see them graduate," said Winchester, who performed an abortion on the woman. "That's something I don't know if I would be allowed to do here in Ohio anymore."

Ohio's law makes exceptions for many conditions such as ruptured membranes and preeclampsia. But others such as cancer are less clear, according to Justin Lappen, head of maternal-fetal medicine at the Cleveland Clinic.

"Not all patients with the same conditions have the same risk," Lappen said.

Major health systems like the Cleveland Clinic have been able to harness resources quickly to advise doctors, Lappen said, unlike practitioners in private practices or small, rural hospitals.

Aubrey Shumway, who grew up in deeply conservative Utah, where an 18-week abortion ban is in place while a state law banning most abortions is challenged in court, worries that treatment for miscarriages may change.

The 35-year-old Provo resident and her husband have been trying to start a family since the summer of 2019 and enlisted the help of a reproductive endocrinologist. In February, they were elated to find out she was four weeks pregnant. But two weeks later, she experienced irregular bleeding. By the ninth week, medical professionals confirmed that the fetus had no heartbeat and she would miscarry.

Shumway chose to remove the fetal tissue via surgery.

As she prepares to meet with her fertility specialists again this month, she feels uncertain of her options if another pregnancy fails. She wonders if her doctors would err on the side of caution and avoid procedures and medication also used for abortions.

"It concerns me greatly," Shumway said. "Regardless of how you feel, this also affects people like me who want to have children … but want also to be safe, to be protected, to be cared for medically."

Other women are planning ahead in an effort to avoid situations where they may be denied abortions.

Kelly Walters, 37, who developed preeclampsia in two of her four pregnancies, said she was so rattled by the abortion ban in Missouri, where she lives, that she is now preparing to have a hysterectomy.

"I was told I absolutely can't get pregnant again," said Walters, who has residual damage from strokes caused by the preeclampsia.

"I don't think I could survive it."

Pet. Ref. 738

*The best ways to honor our reproductive clinicians and patients alike is to learn about their experiences in reproductive health have been affected by the Dobbs decision. Here's how you can share your story.*

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 748 of 754    PageID.5135

# Women with chronic conditions struggle to find medications after abortion laws limit access

By Jen Christensen, CNN

🕐 8 minute read · Updated 7:11 AM EDT, Fri July 22, 2022



🖵 Video Ad Feedback

Texas woman speaks out after being forced to carry her dead fetus for 2 weeks

04:19 - Source: CNN

**(CNN) —** Not 24 hours after the US Supreme Court overturned Roe v. Wade last month, ending the right to an abortion in the United States, Myisha Malone-King got a call from her insurance company. It said that the medication she takes for a condition totally unrelated to abortion would no longer be available to her.

Malone-King has Crohn's disease, a chronic inflammatory bowel disease that can come with life-threatening complications. She was taking methotrexate, an inexpensive drug that has been used to help with chronic inflammation and pain since the 1980s.

RELATED ARTICLE

Pet. Ref. 740



Where state abortion bans stand amid legal challenges    RELATED    ✕

Millions of people take the drug for chronic conditions. Doctors prescribe it to help with things like cancer, lupus, rheumatoid arthritis and psoriasis. But it can also be used off-label in very high doses to treat a miscarriage or an ectopic pregnancy.

An ectopic pregnancy is when a fertilized egg grows outside the uterus, creating an unviable pregnancy that can be deadly for the pregnant person.

Methotrexate is not used in what's known as a medication abortion, which involves mifepristone (sold under the brand names Mifeprex or Korlym, and is also known as RU 486) and misoprostol.

**RELATED ARTICLE**
House votes to pass bill guaranteeing access to contraception

But in some states with restrictive abortion policies like Texas, the law classifies methotrexate as a drug that can induce abortion and groups it with the other two, meaning there can be ~~~~~ purposes. And in that case, it is exempt from restrictions.

☰  CNN health                                                      AudioLive TV

Recent changes in abortion laws have sown confusion that has spooked insurance providers, pharmacies and medical offices into restricting the use of methotrexate, even in states where abortion is legal. It's not clear how many people may be affected, but about 500,000 methotrexate prescriptions were written each month for the past year, said IQVIA, a pharmaceutical market research firm.

## 'Like a miracle drug'



Courtesy of Myisha Malone-King

Myisha Malone-King

Malone-King lives in Maryland, which allows abortion up to the point of fetal viability. The decision to remove methotrexate from her care plan made absolutely no sense to her.

"My feeling is, nobody should be making this decision over my body that my doctor and I have determined was right for me," she said.

Malone-King's doctor was able to switch her to another medication. But she knows that not everyone is so lucky.

Malone-King, a patient advocate who runs a chronic illness support group called Game of Crohn's

Pet. Ref. 741

& chronic illness, worries about some of its members.

RELATED

ADVERTISING



"I really feel for the ones who really need this medication and it's their only option and now they don't have access all because of a law that has nothing to do with their situation," she said.

Like Malone-King, Becky Schwartz takes methotrexate for a chronic condition. She has lupus, a disease in which the person's immune system attacks their own tissues and organs.



You give us five minutes, we'll give you five things you must know for the day.

| Email address | Sign Me Up |

By subscribing you agree to our privacy policy.

Not six days after the US Supreme Court decision, Schwartz said, she got a letter from her doctor's office that said it was pausing all prescriptions and refills of methotrexate. The form letter went on to explain that this decision was because of the Supreme Court decision on abortion.



**RELATED ARTICLE**
In some states, doctors weigh 'ruinous' litigation against proper care for women who have miscarriages

Pet. Ref. 742

**RELATED**     ✕

She spoke to her rheumatologist, who told her that they would have to start weaning her off the drug, since her prescription would run out the first week of September.

"Methotrexate has really been effective with helping me get my disease under control," Schwartz said. "For me, it really is like a miracle drug."

Schwartz is dreading the medication change. Before she started methotrexate, flares would give her trouble walking, and it was so difficult to stand that she needed a shower chair to wash.

"What if something causes me to get a flare again?" she asked. "For people who don't have this, it's hard to explain how such a change in my medicine could make such a drastic and terrible difference in my life.

"I'm just going to have to decrease my activity until we can figure out what to do," she added. "And for what?"


Courtesy of Becky Schwarz

Becky Schwarz

Schwartz lives in Virginia, a state where abortion is legal, at least for now.

"This feels like such an extreme reaction," she said. "I feel like I'm being babysat by the government. I'm a grown adult. I am well aware of how to take my medication safely."

When doctors prescribe methotrexate, they typically have careful conversations with the patient about its potential side effects, including severe birth defects. Schwartz's doctor recommended that she use birth control, which she said she does.


**RELATED ARTICLE**
Biden administration looks to protect abortion rights of migrant minors following Dobbs ruling

As soon as the Supreme Court decision came down, medical associations across the country told CNN that they anticipated some legal confusion and reduced access to some drugs. Several groups set up special task forces to guide members on best practices, particularly in states setting limits on abortion.

The Arthritis Foundation has also set up a helpline for people to report problems and a website to answer questions about methotrexate.

## 'My doctor and I should not be treated like criminals'

Abortion is now banned in at least eight states, and many more bans are expected. Legal experts

Case 1:17-cv-00493-JAO-RT   Document 198-2   Filed 11/30/23   Page 752 of 754   PageID.5139

CNN this half the states in the country will either outright ban abortion or restrict it significantly. ✕

For Annie England Noblin, it wasn't her doctor's office that put a stop to her prescription for methotrexate. It was her pharmacy.

England Noblin, a writer, lives in Missouri, where abortion is restricted except in case of emergency. She started taking methotrexate to help with her rheumatoid arthritis early this year.

It wasn't until she went in to pick up a refill last week that the pharmacist told her that they needed a specific direction from the doctor that said the prescription was not for an abortion.

The extra step is not unusual in certain states with restrictive abortion laws. CVS told CNN that that is the chain's policy now. Walgreens also said trigger laws in certain states require this extra step of verification. There are reports from some doctors, though, that some pharmacies are refusing to carry methotrexate at all.



**RELATED ARTICLE**
Federal appeals court allows Georgia's six-week abortion ban to take effect immediately

England Noblin's local Walgreens carried the drug, but it had to take the additional step, she said.

"It's humiliating to be standing at a pharmacy counter and have the pharmacist look you in the eye and say she just needs to make sure you're not using that drug to have an abortion," she said.

"My doctor and I should not be treated like criminals in the pharmacy line, and I shouldn't be discriminated against because I have a body part that can produce a child."

England Noblin was so upset after the incident that she called Walgreens' regional office. She said that when she asked whether the pharmacy would be having that same conversation with men, the answer was no.

"I'm not angry at my pharmacist," she said. "I'm angry at the policy. It just feels like they think I'm going to go home and pop 12 of them and have an abortion. Like that's something women do."

Walgreens told CNN that it can't address specific instances but that trigger laws in various states now require additional steps for dispensing certain prescriptions.



**RELATED ARTICLE**
It's a stressful time to be an abortion doula. But many say they aren't quitting

"Our focus is meeting the needs of our patients and making sure they have access to the medications they need, in compliance with applicable pharmacy laws and regulations," Fraser

Case 1:17-cv-00493-JAO-RT    Document 198-2    Filed 11/30/23    Page 753 of 754    PageID.5140

Engerman, senior director for external relations, wrote in an email.

Engerman said the company provides ongoing training and information to help its pharmacists understand the latest requirements in their area. "With these supports, they are empowered to fill lawful, clinically appropriate prescriptions," he said.



In clarifying guidance last week, the Biden administration said pharmacies couldn't discriminate against customers with regard to supplying medications, making determinations regarding the suitability of a prescribed medication, or advising them about medications and how they are supposed to take them.

The administration encouraged people to file complaints with the US Health and Human Services Department Office for Civil Rights if their prescription was rejected. England Noblin did so immediately.

"It's just so frustrating and just so wrong," she said.

## Searching for clarity

Dr. Mehret Birru Talabi, a rheumatologist who also specializes in reproductive issues and an assistant professor of medicine at the University of Pittsburgh, has been hearing from a number of patients who are not able to get refills of medications that can cause abortion or birth defects, including methotrexate.

"That's really a travesty, because some of these patients have diseases that really are well-managed by these particular medications," she said. "Just the idea that your reproductive health status might undermine your care and your treatment, even if you're not pregnant – it's really disheartening."



**RELATED ARTICLE**
New post-Roe reality hits home in Texas, while Democrats move to protect marriage and contraception from Supreme Court

Pet. Ref. 745

CNN                                                                RELATED                                                        ✕

The American Pharmacists Association said it is monitoring the situation with methotrexate closely, but it isn't the only drug that has seen some restrictions. The group is also looking into issues related to access to misoprostol for things like gastric ulcer prevention, and there may be other medications that are included in the definition of "abortion-inducing drug."

"This comes back to the definitions of abortion-inducing drugs and state laws which sometimes are very detailed and very clear but sometimes are very vague and up to a lot of misunderstandings," said Michael Murphy, adviser for state government affairs with the American Pharmacists Association.

The association has been observing how state pharmacy groups are handling the issue closely, as well. Kentucky's association, for instance, said in guidance for its pharmacists July 1 that any prescription or medical order for a drug that is known to possibly cause abortion should be presumed by a pharmacy "to be for indications other than for the termination of a pregnancy. A pharmacy dispensing such prescription or medical order shall not be required to verify that the prescription or medical order does not violate any provision."

**GET CNN HEALTH'S WEEKLY NEWSLETTER**

Sign up here to get **The Results Are In with Dr. Sanjay Gupta** every Tuesday from the CNN Health team.

That kind of clarification helps pharmacists, Murphy said, but he knows that his members would like additional clarity from state policymakers so health care professionals can know how to navigate the complicated legal landscape after the Supreme Court's decision.

"For us as pharmacists, one of our biggest responsibilities is ensuring the safe and effective use of medications," Murphy said. "And right now, with so much uncertainty around health care professionals' legal liability, it's really unfortunate how many patients are having access issues."

NC

J.P.Morgan
WEALTH MANAGEMENT
Put your financial goals in motion with a free planning session &
from J.P. Morgan.

DISCOVER

Pet. Ref. 746