# Exhibit D

**Schummers et al. 2020**

Contraception 102 (2020) 273–304



Contents lists available at ScienceDirect

# Contraception

journal homepage: www.elsevier.com/locate/con



# Society of Family Planning Annual Meeting 2020: Oral and poster presentations

ORAL ABSTRACTS

## O1 OUT-OF-STATE ABORTIONS INCREASED FOR TEXAS RESIDENTS AFTER HOUSE BILL 2

S. Raifman

*ANSIRH/University of California, San Francisco, Oakland, CA, USA*

G. Sierra, D. Grossman, S. Baum, K. Hopkins, J. Potter, K. White

**Objectives:** Examine changes in the number of out of state abortions for Texas residents following clinic closures and gestational age limits imposed by House Bill 2 (HB2), which passed in July 2013 and was implemented in November 2013.
**Methods:** We collected data on total monthly abortions from 2012 2017 from state departments of health and individual clinics in Arkansas, Louisiana, New Mexico, and Oklahoma; information on gestational age was obtained from New Mexico, the state that allowed abortions at the latest gestational age. We compared the monthly number of out of state abortions among Texas residents and gestational age at abortion before and after HB2. Using an interrupted time series design and negative binomial regression, we assessed changes in out of state abortions post HB2, excluding July October 2013 and controlling for abortion seasonality and time trends.
**Results:** There were 762 out of state abortions in 2012 and 1673 in 2014. The median monthly number increased from 68 (interquartile range [IQR]: 59 78) to 137 (IQR: 122 157) before and after HB2, respectively. The proportion occurring in Louisiana decreased from 80% in 2012 to 53% in 2014, and the proportion occurring in New Mexico increased from 15% to 36%. Procedures in New Mexico at 18 21 weeks and ≥22 weeks since last menstrual period increased by 264% and by 207%, respectively, between 2012 and 2014. Adjusted regression estimates indicate the average monthly number of out of state abortions more than doubled following HB2 (IRR=2.21, 95% CI: 1.94 2.54).
**Conclusions:** Available data demonstrate a significant increase in out of state abortions and abortions at later gestations obtained by Texas residents following HB2.

doi:10.1016/j.contraception.2020.07.009

## O2 DO MEDICATION ABORTION COMPLICATIONS INCREASE WHEN RESTRICTIVE RISK EVALUATION AND MITIGATION STRATEGY REGULATIONS ARE REMOVED? A POPULATION-BASED STUDY USING SINGLE-PAYER LINKED HEALTH ADMINISTRATIVE DATA

L. Schummers

*University Of British Columbia, Vancouver, Canada*

E.K. Darling, M.R. Law, T.L. Laba, K. McGrail, S. Dunn, W.V. Norman

**Objectives:** In January 2017, the medication abortion drug mifepristone became available in Canada. The Risk Evaluation and Mitigation Strategy (REMS) like restrictions that accompany mifepristone use in the USA were removed by November 2017. Canada's policies allow doctors and nurse practitioners to provide a physical or telemedicine mifepristone prescription, community pharmacists to dispense mifepristone directly to patients, and patients to swallow the medication independently at home. In this study, we examined the impact of this policy change on abortion access and complications.
**Methods:** We used linked administrative data (billing, hospital, ambulatory care, and prescription records) from Ontario to examine the 277,936 surgical and medication abortions from 2012 to 2019. We compared medication abortion utilization, abortion provision after 14 weeks' gestation, and abortion complications within six weeks (including genital tract/pelvic infection, hemorrhage, embolism, shock, renal failure, damage to pelvic organs/tissues, venous complications) before and after mifepristone deregulation (2012 2016 vs. 2018 2019).
**Results:** Medication abortion utilization increased substantially from 3.0% of all abortions from 2012 2016 to 10.4% in 2017 to 28.7% in 2018 2019. Abortion after 14 weeks' gestation decreased from 61.4 before to 56.1 per 1000 abortions after mifepristone deregulation. Complications for both medication and surgical abortions combined decreased slightly from 6.2 to 5.3 per 1000 abortions. Medication abortion complications decreased from 20.8 to 7.0 per 1000, while surgical abortion complications decreased from 5.8 to 4.7 per 1000.
**Conclusions:** Canada's removal of REMS like restrictions increased the utilization of medication abortion and may have contributed to earlier abortion access. Mifepristone deregulation was not associated with increased abortion complications.

doi:10.1016/j.contraception.2020.07.010

2021 REMS 001172