**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

**American Civil Liberties Union Foundation**
JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org

RACHEL REEVES*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

**admitted pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAI'I**

GRAHAM T. CHELIUS, M.D., *et al.*,

Plaintiffs,

v.

XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,

Defendants.

CIVIL ACTION

Case No. 1-:17-cv-00493-JAO-RT

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2023, true and correct copies of the foregoing documents were electronically transmitted to the Clerk's Office using the CM/ECF System, which will send notification of such filing to all counsel of record.

DATED: Honolulu, Hawaii, November 30, 2023.

/s/ Jongwook "Wookie" Kim
Jongwook "Wookie" Kim
ACLU of Hawaii Foundation
*Attorney for Plaintiffs*