BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

JAMES W. HARLOW
Acting Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428 (Katzen)/202-305-7134 (Belfer)
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendants Xavier Becerra*, et al.
*(see signature page for complete list)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, | CIV. NO. 1:17-00493-JAO-RT |
| Plaintiffs, | |
| v. | **FIRST JOINT MOTION TO EXTEND BRIEFING DEADLINES AND HEARING DATE FOR PLAINTIFFS' MOTION TO COMPLETE OR, IN THE ALTERNATIVE, SUPPLEMENT THE RECORD, AND FOR VIDEOCONFERENCE HEARING** |
| XAVIER BECERRA, *et al.*, | |
| Defendants. | |

On December 1, 2023, the Court set the following deadlines on Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Record (ECF No. 198) ("Motion to Complete"): Defendants' Opposition is due December 22, 2023. Plaintiffs' Reply is due January 12, 2024. The hearing is scheduled for February 7, 2024, at 9:00 a.m. in Aha Kanawai. ECF No. 199.

In light of Defendants' counsel's litigation commitments in other matters that will place competing demands on Defendants' counsel's time in December and January, Defendants request an extension of these briefing deadlines and the hearing date. In particular, Defendants' counsel has the following litigation commitments in other matters in December and January:

- December 13, 2023: Preliminary injunction hearing in Austin, Texas, in *Pastel Cartel LLC v. FDA, et al.*, No. 1:23-cv-01010-DAE (W.D. Tex.).

- December 19–21, 2023: Defending depositions in *United States v. Xlear, Inc., et al.*, No. 2:21-cv-00640-RJC (D. Utah).

- December 22, 2023: Reply in Support of Cross-Motion for Summary Judgment due in *Jazz Pharmaceuticals, Inc. v. Xavier Becerra, et al.*, No. 1:23-cv-01819-APM (D.D.C.).

- December 22, 2023: Reply in Support of Motion to Strike and Opposition to Protective Motion to Complete and Supplement the Record due in *Jazz*

*Pharmaceuticals, Inc. v. Xavier Becerra, et al.*, No. 1:23-cv-01819-APM

(D.D.C.).

- December 22, 2023: Renewed Motion to Dismiss for Lack of Subject-Matter

  Jurisdiction due in *Apter, et al. v. U.S. Department of Health and Human*

  *Services, et al.*, No. 3:22-cv-184 (S.D. Tex.).

- January 8–10, 2024: Taking one or more out-of-town depositions in *United*

  *States v. Xlear, Inc., et al.*, No. 2:21-cv-00640-RJC (D. Utah).

- January 19, 2024: Reply in Support of Renewed Motion to Dismiss for Lack

  of Subject-Matter Jurisdiction due in *Apter, et al. v. U.S. Department of*

  *Health and Human Services, et al.*, No. 3:22-cv-184 (S.D. Tex.).

- January 19, 2024: Answer due in *Pastel Cartel LLC v. FDA, et al.*, No. 1:23-

  cv-01010-DAE (W.D. Tex.).

In light of these commitments, Defendants believe an extension of the briefing

deadlines would be reasonable and would allow them adequate time to prepare

their Opposition. Specifically, Defendants respectfully request that the Court adopt

the following modified briefing schedule:

- Defendants' Opposition due January 24, 2024

- Plaintiffs' Reply due February 21, 2024

As a matter of professional courtesy, Plaintiffs do not oppose this proposed

extension. However, if the Court grants an extension, Plaintiffs respectfully request

that the updated hearing date be no earlier than March 6, 2024—two weeks after

the deadline for Plaintiffs' reply under Defendants' proposed schedule—because

Plaintiffs' lead counsel will be visiting family internationally during the second

half of February 2024.

Finally, the parties jointly and respectfully request that the hearing be held via

Zoom videoconference, similar to the hearing in June 2023 on Defendants' motion

to stay proceedings, because a number of the attorneys involved in this matter are

located in the eastern United States.

Respectfully submitted,

/s/ Isaac C. Belfer
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
11020
**ACLU of Hawaii Foundation**
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

LORIE CHAITEN*
**American Civil Liberties Union Foundation**
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

4

JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
**American Civil Liberties Union
Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org

JOHN A. FREEDMAN*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW

*admitted pro hac vice*

Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

RACHEL REEVES*
**American Civil Liberties Union
Foundation**
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

*Attorneys for Plaintiffs*

DATED: Washington, DC, December 12, 2023.

**Certificate of Service**

I hereby certify the foregoing document was served via ECF on all counsel of

record on December 12, 2023.

/s/ Isaac C. Belfer
Isaac C. Belfer