IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS, M.D., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | CIV. NO. 1:17-00493-JAO-RT <br><br> **DECLARATION OF ISAAC C. BELFER; EXHIBITS 1–19** |

<u>DECLARATION OF ISAAC C. BELFER</u>

I, ISAAC C. BELFER, declare as follows:

 1. I am a trial attorney in the Consumer Protection Branch, Civil Division, U.S. Department of Justice, and am representing Defendants Xavier Becerra, in his official capacity as Secretary of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, in this case. The purpose of this declaration is to authenticate and enclose the exhibits cited in Defendants' Opposition to Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Record.

 2. Attached hereto as **Exhibit 1** is a true and correct copy of Letter from Janet Woodcock, Acting Commissioner, U.S. Food & Drug Admin. to Maureen G. Phipps, Chief Executive Officer, American College of Obstetricians and Gynecologists and William Grohman, President, Society for Maternal-Fetal

1

Medicine (Apr. 12, 2021), included in the administrative record in this case at Bates Numbers 2021 ED 000510–000511.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Am. Coll. of Obstetricians & Gynecologists, Prac. Bull. No. 200, *Early Pregnancy Loss,* 132 Obstetrics & Gynecology e197–e207 (2018), included in the administrative record in this case at Bates Numbers 2021 REMS 000578–000588.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Courtney A. Schreiber et al., *Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss,* 378 N. Eng. J. Med 2161–70 (2018), included in the administrative record in this case at Bates Numbers 2021 REMS 000568–000577.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Review of proposed REMS modifications to Mifeprex (Mar. 29, 2016), included in the administrative record in this case at Bates Numbers FDA 0673–0709.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Danielle Calloway et al., *Mifepristone restrictions and primary care: Breaking the cycle of stigma through a learning collaborative model in the United States,* 104 Contraception 24–28 (2021), included in the administrative record in this case at Bates Numbers 2021 REMS 000979–000983.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Jonathan M. Bearak et al., *Disparities and Change Over Time in Distance Women Would Need*

*to Travel to Have an Abortion in the USA: A Spatial Analysis,* 2 Lancet Pub. Health e493–e500 (2017), included in the administrative record in this case at Bates Numbers 2021 REMS 001177–001184.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Daniel Grossman et al., *Medication Abortion with Pharmacist Dispensing of Mifepristone,* 137 Obstetrics & Gynecology 613–22 (2021), included in the administrative record in this case at Bates Numbers 2021 REMS 000772–00781.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Summary review memo (Sept. 28, 2000), included in the administrative record in this case at Bates Numbers FDA 0223–0230.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Identification of Drug and Biological Products Deemed to Have Risk Evaluation and Mitigation Strategies for Purposes of the Food and Drug Administration Amendments Act of 2007, 73 Fed. Reg. 16313 (Mar. 27, 2008), included in the administrative record in this case at Bates Numbers 2019 CP 000669–670.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Approval Letter for SE-22 REMS Supplement for mifepristone, NDA 020687 (Apr. 11, 2019), included in the administrative record in this case at Bates Numbers 2023 SUPP 001180–001186.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Approval package index and approval letter for Supp. 20 (Mar. 29, 2016), included in the administrative record in this case at Bates Numbers FDA 0371–0381.

13. Attached hereto as **Exhibit 12** is a true and correct copy of REMS Modification Rationale Review for mifepristone, NDA 020687 (Dec. 16, 2021), within the Danco Laboratories, LLC Approval Package for Application Number 020687Origls025, included in the administrative record in this case at Bates Numbers 2023 SUPP 001361–001410.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Citizen Petition Response Letter from U.S. Food & Drug Admin. to American Association of Pro-Life Obstetricians & Gynecologists and American College of Pediatricians (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2019 CP 000629–000668.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Letter from U.S. Food & Drug Admin. to Danco Laboratories, LLC re: REMS Modification Notification (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2021 REMS 001803–001807.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Letter from U.S. Food & Drug Admin. to GenBioPro, Inc. re: REMS Modification

Notification (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2021 REMS 001808–001811.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Joint Summary Review (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001112–001150.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Letter from U.S. Food & Drug Admin. to Danco Laboratories, LLC re: Supplement Approval NDA 020687/S-025 (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001448–001460.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Citizen Petition Consult re: Actions Requested by Petitioners (Dec. 16, 2021), included in the administrative record in this case at Bates Numbers 2019 CP 000599–000627.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Letter from U.S. Food & Drug Admin. to GenBioPro, Inc. re: Supplemental Approval ANDA 091178-S004 (Jan. 3, 2023), included in the administrative record in this case at Bates Numbers 2023 SUPP 001461–001465.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 24, 2024 at Washington, DC.

                                               */s/ Isaac C. Belfer*
                                               ISAAC C. BELFER