# Exhibit 4

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 020687Orig1s020

# <u>RISK ASSESSMENT and RISK MITIGATION REVIEW(S)</u>

# Exhibit 4

FDA 0673



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
10903 New Hampshire Avenue
Building #51
Silver Spring, MD 20993

DATE:     March 28, 2016

FROM:     Janet Woodcock, MD
          Director, Center for Drug Evaluation and Research

THRU:     (b) (6)

TO:       (b) (6)

RE: NDA 020687, Supp 20

The currently approved REMS for Mifeprex contains a Patient Agreement Form required to be signed by both the patient and the prescriber. During the review of the REMS in connection with supplement 20 to NDA 020687 submitted by the sponsor, (b) (6) found that the information contained in the Patient Agreement Form is generally duplicative of information in the Medication Guide and of information and counseling provided to patients under standard informed consent practices for medical care and under professional practice guidelines. For the reasons further described in their reviews, the reviewers recommended that the Patient Agreement Form be removed from the REMS.

After being briefed on the planned changes to the NDA that the Center was considering, the Commissioner concluded that continuing the REMS requirement for a signed Patient Agreement Form would not interfere with access and would provide additional assurance that the patient is aware of the nature of the procedure, its risks, and the need for appropriate follow-up care. He requested that the Patient Agreement Form be retained as an element of the REMS.

Therefore, I have asked (b) (6) and (b) (6) to continue to include a Patient Agreement Form in the REMS for Mifeprex.

FDA 0674

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

---------------------------------------------------

(b) (6)

03/29/2016

adding to for the record

FDA 0675

**Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**

(b) (6)

(b) (6)

Date:                    March 29, 2016

(b) (6)

(b) (6)          (b) (6)

| Subject: | Assessment Review of the Year 4 risk evaluation and mitigation strategy (REMS) assessment report |
|---|---|
| Drug Name(s): | Mifeprex® (mifepristone) |
| Therapeutic class: | Progesterone-receptor modulator |
| Dosage forms: | 200 mg tablets |
| (b) (6) Review Division: | (b) (6) |
| Application Type/Number: | NDA 020687, Supp 20 |
| Applicant/sponsor: | Danco Laboratories |

1

FDA 0676

This memo is to address specific statements made in the                    (b)(6)
(     (b)(6)  Review of the Year 4 Risk Evaluation and Mitigation Strategy (REMS) assessment
report that relate to an unapproved dosing regimen for Mifeprex.[1]

Mifeprex (NDA 20-687) is currently approved for the medical termination of intrauterine
pregnancy through 49 days (7 weeks) gestation in a regimen with misoprostol. The currently
approved dose of Mifeprex is 600 mg (three 200 mg) oral tablets which are to be taken under
the supervision of a physician, followed two days later by two 200 mcg tablets (400 mcg) of
misoprostol orally.

Danco Laboratories, LLC (Danco) submitted the 4 year REMS assessment report on June 2,
2015. The    (b)(6)  REMS assessment reviewer had noted that there was use of the unapproved
dosing regimen of Mifeprex 200 mg orally on day 1; followed by misoprostol 800 mcg,
administered vaginally or buccally on day 3 or 4 for medical termination of intrauterine
pregnancy up to 63 days gestation. The reviewer's comments included that it was unknown
whether this unapproved regimen may have contributed to certain observed adverse events.

On May 29, 2015, Danco submitted a prior approval efficacy supplement-020 (PAS-020)
seeking approval of certain changes to the approved indication, dosing regimen, and labeling
for Mifeprex. Danco proposed to change the dosing regimen to: 200 mg orally x 1, instead of
600 mg orally x 1; followed 24-48 hours later by misoprostol 800 mcg, administered buccally;
and an extension of gestational age from 49 to                    (b)(4) 70 days). This
supplement was under review at the time the October 2015         (b)(6) REMS Assessment review
was conducted.

The                                         (b)(6) (      (b)(6) is reviewing Danco's
efficacy prior approval supplement-020 (PAS-020) to determine whether the supplement can
be approved. Because         (b)(6) review encompasses all of the data and information
submitted in the supplement,      (b)(6) defers to      (b)(6) with respect to the safety and efficacy
of the dose and dosing regimen proposed by Danco.

---

[1]                    (b)(6) (      (b)(6) Review of Year 4 Risk Evaluation and Mitigation Strategy (REMS)
Assessment Report, dated October 13, 2015

2

FDA 0677

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

----------------------------------------------------

(b) (6)

03/29/2016

memo to the assessment review

### Risk Evaluation and Mitigation Strategy (REMS) Memorandum
### REMS Modification

**U.S. FOOD AND DRUG ADMINISTRATION**
**CENTER FOR DRUG EVALUATION AND RESEARCH**
(b) (6)
(b) (6)

**NDA:**        020687
**PRODUCT:**    Mifeprex (mifepristone) oral tablets
**APPLICANT:**  Danco Laboratories (Danco)
**FROM:**       (b) (6)
**DATE:**       March 29, 2016

This memorandum provides the (b) (6) ( (b) (6) review of the proposed modifications to the Mifeprex Risk Evaluation and Mitigation Strategy (REMS) addressed in the (b) (6) ( (b) (6) REMS Modification Review and Addendum to REMS Modification Review. A REMS for Mifeprex was approved on June 8, 2011, to ensure the benefits of the drug outweighed the risks of serious complications. The Mifeprex REMS consists of a Medication Guide, elements to assure safe use (ETASU), an implementation system, and a timetable for submission of assessments of the REMS.

Mifeprex was approved for the medical termination of an intrauterine pregnancy through 49 days of gestation on September 28, 2000, with a restricted distribution program under 21 CFR 314.520 (Subpart H). It was deemed to have a REMS under section 505-1 of the Federal Food, Drug, and Cosmetic Act with the passage of the 2007 Food and Drug Administration Amendments Act. A formal REMS proposal was submitted by Danco and approved on June 8, 2011. The goals and elements of the approved Mifeprex REMS are briefly summarized in Table 1 below.

**Table 1. Summary of Mifeprex REMS[1]**

| | |
|---|---|
| **REMS Goals** | To provide information to patients about the benefits and risks of Mifeprex before they make a decision whether to take the drug. |
| | To minimize the risk of serious complications by requiring prescribers to certify that they are qualified to prescribe Mifeprex and are able to assure patient access to appropriate medical facilities to manage any complications. |
| **REMS Elements** | Medication Guide |
| | ETASU A – Special certification of healthcare providers (HCPs) who prescribe Mifeprex: Completion of Prescriber's Agreement form and enrollment in the REMS program. |
| | ETASU C – Mifeprex is dispensed only in certain healthcare settings: It is only available to be dispensed in clinics, medical offices or hospitals, under the supervision of a specially certified prescriber. Mifeprex will not be distributed to or dispensed through retail pharmacies. |
| | ETASU D – Safe-use conditions: Patients must complete and sign the Patient Agreement form that is to be placed in the patient's medical record. A copy of the Patient Agreement form and Medication Guide must be provided to the patient. |
| **Implementation System** | Distributors of Mifeprex must be certified and agree to ship Mifeprex only to locations identified by certified prescribers. Distributors must agree to maintain secure and confidential records, as well as, follow all distribution guidelines concerning storage, shipments and controlled returns. |

---

[1] Source: The (b) (6) REMS Modification Review (NDA 20867/S-020, dated March 29, 2016), Table 1.

FDA 0679

On May 29, 2015, Danco submitted an efficacy supplement (S-020) that proposed modifications to the Mifeprex Prescribing Information and REMS.  In the S-020 submission, Danco seeks the following major changes (among others):

- ████ (b) (4) dosing regimen of Mifeprex and misoprostol
- Extension of maximum gestational age from 49 days to 70 days
- Replacement of the term "licensed physician" with "                                              (b) (4) in the REMS Prescriber's Agreement form
- Removal of the phrase "Under Federal Law" from the REMS Prescriber's Agreement form
- Revisions to the Patient Agreement form reflecting changes to the Prescribing Information

The proposed changes in the efficacy supplement prompted revisions to the Mifeprex REMS materials and also updating of the REMS materials to current format.  During review of this efficacy supplement, we also evaluated the current REMS program to determine whether each Mifeprex REMS element remains necessary to ensure the drug benefits outweigh the risks.  The Agency considered the recent ████ (b) (6) REMS Assessment review completed October 13, 2015, safety data gathered since drug approval in 2000, and experience from current clinical practice to support additional modifications to the Mifeprex REMS.

After consultations between the ████████████ (b) (6) and ████████ (b) (6) ████████████ and considering the ████ (b) (6) REMS Modification Review and Addendum to the REMS Modification Review, ████ (b) (6) has determined that the approved REMS for Mifeprex should be modified as follows:

1. Revisions to the Prescriber's Agreement form in addition to those proposed by the Applicant
2. Removal of the Medication Guide as a REMS element
3. Removal of the Patient Agreement form as a Documentation of Safe Use Condition  (ETASU D)
4. Updating of REMS goals to reflect the above changes

We concur with ████ (b) (6) recommendation that the Prescriber's Agreement form should include other modifications to reflect current REMS standards and materials and also to reflect changes to align with approval of the efficacy supplement S-020, such as the dose and dose regimen and upper limit of gestational age.

In addition, we agree with Danco's proposed removal of the phrase "Under Federal Law," because of the lack of precedent for requiring such text and clinical rationale for its inclusion.  As approvals and REMS are governed by Federal law, the phrase "Under Federal law" is unnecessary.  Regarding Danco's proposal to replace "licensed physician," we have determined that the replacement term should be "licensed healthcare providers who prescribe," to include other practitioners who prescribe; in addition, this phrase is consistent with language in the statute.

We concur with ████ (b) (6) recommendation that the Medication Guide is no longer necessary as an element of the REMS to ensure the benefits of Mifeprex outweigh its risks. The Medication Guide will continue to be part of the approved labeling that must be provided to a patient in accordance with 21 CFR part 208.  Like other labeling, Medication Guides are subject to the safety labeling change provisions of section 505(o)(4) of the FDCA.

In addition, we concur with ████ (b) (6) recommendation that the signed Patient Agreement form is no longer necessary and should be removed as a condition of safe use (ETASU D).  Recent professional guidelines for women seeking surgical and medical abortion services emphasize comprehensive counseling, education about the risks of different treatments, and obtaining and documenting informed consent.[2,3]  The National Abortion

---

[2] ACOG. Medical management of first trimester abortion. ACOG Practice Bulletin #143. Obstetrics and Gynecology 2014; 123(3):676-692

Federation (NAF) clinical practice guidelines include a standard stating that documentation must show that the patient affirms that she understands the procedure and its alternatives, the potential risks and benefits, and that her decision is voluntary.[4]   Approximately (b)(4)% of the use of Mifeprex in the U.S. is through Planned Parenthood Federation of America (PPFA)- and NAF-affiliated members, where patient counseling and informed consent is standard of care.  The practice of treating women with Mifeprex is well-established by these organizations and their associated providers who choose to provide this care to women.  In addition, the Medication Guide, which must be provided to the patient under 21 CFR part 208, contains the same risk information contained in the Patient Agreement form.

The safety profile of Mifeprex is well-characterized and its risks well-understood after more than 15 years of marketing.  Serious adverse events are rare and the safety profile of Mifeprex has not substantially changed.[5]  The removal of the Medication Guide as a REMS element and of the Patient Agreement form is not expected to adversely impact the ability of the REMS to ensure that the drug benefits outweigh its risks.  The benefit-risk balance of Mifeprex remains favorable in the presence of the following:

- Retention of ETASUs A and C in the Mifeprex REMS: The Prescriber's Agreement form required for prescriber certification under ETASU A will continue to require that providers "explain the procedure, follow-up, and risks to each patient and give her an opportunity to discuss them."  The REMS will continue to require that Mifeprex be dispensed to patients only in certain healthcare settings, specifically, clinics, medical offices, and hospitals by or under the supervision of a certified prescriber.  This ensures that Mifeprex can only be dispensed by or under the direct supervision of a certified prescriber.

- Communication of risks through patient labeling: The Medication Guide, which will be retained as part of labeling, contains the same risk information covered under the Patient Agreement form.  Under 21CFR 208.24, prescribers who dispense Mifeprex are required to provide the Medication Guide to patients.  The Prescriber's Agreement form also reminds the prescriber to provide the Medication Guide to the patient.

- Information from published articles on established clinical practices: This information, including clinical guidelines and publications, indicates that comprehensive patient counseling and informed consent prior to medical or surgical abortion treatment is standard of care when using Mifeprex.

We have also determined that the information in the efficacy supplement supports changes to the goals of the Mifeprex REMS. We concur with (b)(6) recommendation that the REMS goals should be modified from:

A.  To provide information to patients about the benefits  and risks of Mifeprex before they make a decision whether to take the drug.
B.  To minimize the risk of serious complications by requiring prescribers to certify that they are qualified to prescribe Mifeprex and are able to assure patient access to appropriate medical facilities to manage any complications.

to:

The goal of the Mifeprex REMS is to mitigate the risk of serious complications associated with Mifeprex by:

a)  Requiring healthcare providers who prescribe Mifeprex to be certified in the Mifeprex REMS Program.

---

[3] National Abortion Federation Membership information accessed on the internet at http://prochoice.org/health-care-professionals/naf-membership/ on March 11, 2016

[4] National Abortion Federation Clinical Policy Guidelines (for abortion care). Revised 2015 edition, 56 pages, accessed on the internet at http://prochoice.org/wp-content/uploads/2015_NAF_CPGs.pdf on March 11, 2016.

[5] (b)(6) Mifeprex Post-marketing Safety Review, dated August 20, 2015.

3

FDA 0681

    b)  Ensuring that Mifeprex is only dispensed in certain health care settings under the supervision of a certified prescriber.

The above REMS modifications and changes in goals were discussed with the ████████████████ **(b) (6)** and concurrence with these changes was obtained.

The modified Mifeprex REMS should consist of ETASU A, in which healthcare providers who prescribe Mifeprex will be certified, and ETASU C, in which Mifeprex will be dispensed only in certain health care settings (specially clinics, medical offices, and hospitals) by or under the supervision of a certified prescriber. The Mifeprex REMS will also include an implementation system, and a timetable for continued submission of assessments of the REMS.

<u>Addendum:</u>

On March 28, 2016, Dr. Janet Woodcock, the Director, Center for Drug Evaluation and Research, asked ████ **(b) (6)** and ████████████ **(b) (6)** to continue to include a Patient Agreement form in the REMS for Mifeprex (see March 28, 2016 Memorandum from Janet Woodcock, MD, Director, Center for Drug Evaluation and Research, through ██████████ **(b) (4)**, ████████████ **(b) (6)** the Director, OSE, and ████████████ **(b) (6)**, to the Directors of ████ (b) (6) and ████ (b) (6) Therefore, the Patient Agreement form will be retained and other changes will be made in the REMS to reflect that it is being retained, as described in the ████ **(b) (6)** Addendum to REMS Modification Review.

4

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

(b) (6)

03/29/2016

Signing for                                                        (b) (6) ,                                (b) (6)

FDA 0683

**Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**

(b) (6)

(b) (6)

## ADDENDUM TO REMS MODIFICATION REVIEW

Date:                           March 29, 2016

Reviewer:                       (b) (6)

                                (b) (6)

(b) (6)                         (b) (6)

                                (b) (6)

(b) (6)                         (b) (6)

                                (b) (6)

Subject:                        Proposed REMS Modifications

Drug Name(s):                   Mifeprex® (mifepristone)

Therapeutic class:              Progesterone-receptor modulator

Dosage forms:                   200 mg tablets

(b) (6) Review Division:        (b) (6)

Application Type/Number:        NDA 020687, Supp 20

Applicant/sponsor:              Danco Laboratories

(b) (6)  (b) (6) #:             2015-1719

1.

FDA 0684

**INTRODUCTION**

This review is an addendum to the ████████████ ( ████ March 29, 2016, REMS Modification Review regarding modifications to the risk evaluation and mitigation strategy (REMS) for Mifeprex, as proposed by Danco Laboratories in the amendment to the prior approval efficacy supplement 020 (PAS-20). See the March 29, 2016, REMS Modification Review for a description of the original submission and the existing REMS, and the materials informing our review.

In addition to those materials, we considered additional communications with the sponsor which included proposed changes to the REMS and REMS materials on March 21, 25, 27, 28 and 29th. We also considered a memorandum dated March 28, 2016 from Dr. Janet Woodcock, Director, Center for Drug Evaluation and Research, requesting that ████████ and ██ ████████████████ continue to include a Patient Agreement Form in the REMS for Mifeprex (see March 28, 2016 Memorandum from Janet Woodcock, MD, Director, Center for Drug Evaluation and Research, through ████ ████████████████████████ This review addresses the sponsor's proposed changes as well as the changes that are needed in the REMS to reflect the fact that the Patient Agreement Form will be retained as part of the REMS.

This addendum will only describe changes that were recommended and that were not covered in the original REMS Modification Review. The changes we have agreed to were proposed to the sponsor and were accepted.

As with the original REMS modification review, all of the modifications discussed in this review were discussed with ████ and they are in agreement.

## 2.  ████ AND SPONSOR PROPOSED MODIFICATIONS AND RATIONALE

## 2.1. REMS ELEMENTS

### 2.1.1. DOCUMENTATION OF SAFE USE CONDITIONS - ETASU D

#### 2.1.1.1.  PATIENT AGREEMENT FORM

As discussed above, it has been determined that the Mifeprex REMS should continue to include a Patient Agreement Form as ETASU D in the REMS. Therefore, the *Patient Agreement Form* is being revised as part of this modification.

The content has been modified to reflect the changes to the Prescribing Information that are being approved as part of the approval of PAS 020. These changes include changing the dosing regimen, updating the percentage of patients for which the treatment will not be effective, revising where Mifeprex or misoprostol should be taken and revising the patient follow-up recommendations after taking Mifeprex.

The requirement for a patient to read the MG has been removed since we are recommending that the MG be removed as an element of the REMS.[1] However, the MG will remain part of labeling

---

[1]  ████ REMS Modification Review for Mifeprex, dated March 29, 2016.

and will still be required to be distributed to the patient as per 21 CFR part 208. In addition, certified HCPs will have agreed to provide a MG to the patient before providing Mifeprex.

Additionally, the reference to birth defects should be removed because the effects of Mifeprex on an ongoing pregnancy are unknown. Lastly, the attestation that the patient believes she is no more than a certain number of weeks pregnant should be removed. The Prescriber is responsible for accurately dating the pregnancy. Therefore, the patient should not be relied upon to date her own pregnancy.

## 2.2. REMS DOCUMENT

### 2.2.1. GOALS

As discussed in the REMS Modification Review dated March 29, 2016, the Mifeprex REMS goals should be modified. As discussed above, it has been determined that the Mifeprex REMS should continue to include the Patient Agreement Form, which is an ETASU D (documentation of safe use) requirement (see Section 4.1.1). Therefore, the goal of the REMS also should include objective c) below in underlined text.

> The goal of the Mifeprex REMS is to mitigate the risk of serious complications associated with Mifeprex by:
> a) Requiring healthcare providers who prescribe Mifeprex to be certified in the Mifeprex REMS Program.
> b) Ensuring that Mifeprex is only dispensed in certain health care settings under the supervision of a certified prescriber.
> c) <u>Informing patients about the risk of serious complications associated with Mifeprex</u>

(b) (4)

The REMS goal should include the risks to be mitigated by the REMS. The phrase "risk of serious complications" was taken from the previously approved REMS document and continues to be applicable. (b) (6) recommends keeping the risks in the goal.

### 2.2.2. CERTIFICATION OF PRESCRIBERS - ETASU A

As discussed above, it has been determined that the Mifeprex REMS should continue to include the Patient Agreement Form. Therefore, ETASU A in the REMS document needs to be revised to reinsert information regarding this requirement. First, as was the case in the previously approved REMS document, certified prescribers must agree to review the Patient Agreement Form with the patient and answer any of her questions. Additionally, the prescriber must agree to sign the Patient Agreement Form and obtain the patient's signature on the form. Finally, the prescriber must agree to provide the patient with a copy of the Patient Agreement Form and insert a copy in the patient's chart. See redlined, attached REMS document.

In its March 21, 2016, submission, the Sponsor disagrees with changing the name of the *Prescriber's Agreement* to the *Prescriber Enrollment Form* because "enrollment" may be misconstrued by prescribers to mean they are being placed on a list or database. (b) (6) agrees

with the Sponsor's concern about using the term "Enrollment" in the title and proposes to change the name of the *Prescriber's Agreement* to the *Prescriber Agreement Form*. This has been reflected in the REMS document and the *Prescriber Agreement Form*.

The second proposed revision by the Sponsor applies to the qualifications of a certified prescriber. The REMS document currently states that prescribers must have the "ability to assess the duration of pregnancy accurately." Danco is proposing ⬛(b)(4)⬛ ⬛(b)(4)⬛ have concluded that not all practitioners are able to accurately assess gestational age. This ability is necessary for the safe use of Mifeprex.

In its March 21, 2016, submission, the Sponsor additionally proposed to insert "a non-identifiable reference" into the following statement in the REMS document and the *Prescriber Agreement Form* because it would increase the Sponsor's ability to track these adverse events. In addition, they stated that it is current practice for certified HCPs to provide this information. Danco also proposed removing "solely" from the statement, as shown below:

> Report any deaths to Danco Laboratories, identifying the patient ~~solely~~ by <u>a non-identifiable reference and</u> the serial number from each package of Mifeprex.

⬛(b)(6)⬛ agreed with the above revisions. Lastly, the Sponsor proposed the following revised language in the REMS document and the Prescriber Agreement Form:

> …explain the <u>risks</u> ⬛(b)(4)⬛ of the ~~procedure, its effects, and the risks associated with~~ Mifeprex <u>treatment regimen</u>.

⬛(b)(6)⬛ rejected the addition of ⬛(b)(4)⬛ to the REMS document and Prescriber Agreement Form. A REMS should only focus on the risks of a drug. Therefore, ⬛(b)(6)⬛ proposed that the final language be as follows:

> …explain <u>the risks</u> of the Mifeprex treatment regimen.

Additional minor edits and revisions were suggested for this section of the REMS document and corresponding language within the *Prescriber Agreement Form*. These changes were not intended to be substantive.

### 2.2.3. DOCUMENTATION OF SAFE USE CONDITIONS -ETASU D

As discussed above, it has been determined that the Mifeprex REMS should retain the Patient Agreement Form. Therefore, ⬛(b)(6)⬛ has proposed to insert the following text into the Mifeprex REMS document:

3. Mifeprex must be dispensed to patients with evidence or other documentation of safe use conditions.
   a. The patient must sign a *Patient Agreement Form* indicating that she has:
      i. Received, read and been provided a copy of the *Patient Agreement Form*.
      ii. Received counseling from the prescriber regarding the risk of serious complications associated with Mifeprex.

### 2.2.4.  IMPLEMENTATION SYSTEM

In its March 21, 2016, submission, the Sponsor proposed to 

   a.  Ship Mifeprex only to clinics, medical offices, and hospitals identified by certified prescribers in the signed *Prescriber Agreement Form*.

   b.  Complete the healthcare provider certification process upon receipt of the *Prescriber Enrollment Form*.

   c.  Notify healthcare providers when they have been certified by the Mifeprex REMS Program.

(b) (6)                                   (b) (4). These are separate actions the distributor undertakes. Therefore, they should be described in the REMS document. Furthermore, it is not guaranteed that when a healthcare provider submits the *Prescriber Agreement Form*, they are ordering Mifeprex. In this situation, it is important that HCPs be notified when they are certified and, therefore, able to order Mifeprex in the future.

Lastly, (b) (6) proposed to move the adverse event reporting requirements from the assessment to the implementation system of the REMS and to remove the requirement to report certain specifically enumerated adverse events such as all hospitalizations due to complications and women requiring transfusions, but retain the requirement to report all deaths.  The following language was inserted:

"Danco Laboratories must report to FDA any death associated with Mifeprex whether or not considered drug-related, as soon as possible but no later than 15 calendar days from the initial receipt of the information by the applicant.  This requirement does not affect the applicant's other reporting and follow-up requirements under the FDA regulations."

### 3.  CONCLUSION

The review team and Sponsor have proposed additional modifications that continue to ensure that the benefit outweighs the risk for Mifeprex.  This addendum addresses modifications to the REMS including those proposed by the sponsor in its March 21, 25, 27, 28 and 29, 2016, submissions, and additional changes recommended by (b) (6)  The additional changes include the following: reinsertion of the Prescriber Agreement Form (ETASU D) with certain changes to other documents to reflect this, and modification of the REMS goal, REMS document and appended materials provided to the Sponsor on March 17, 2016.

As discussed above, several changes to the language in the REMS document were proposed by Danco.  The  (b) (4) were rejected by (b) (6)  The Sponsor additionally expressed their desire to not change the name of the *Prescriber's Agreement* to the *Prescriber Enrollment Form,* as suggested by the review team.  In consideration of this, (b) (6) proposes to change the title to the *Prescriber Agreement Form.*

The above changes to the REMS document and materials are appropriate modifications to the Mifeprex REMS.  They are necessary to ensure that that the risks of serious complications will be mitigated and that the benefits of Mifeprex will continue to outweigh the risks.

## 4.  RECOMMENDATIONS

The proposed amended modification submitted by Danco on March 29, 2016 is acceptable and (b) (6) recommends approval of the REMS.

## Appendix

1. Prescriber Enrollment Form, clean
2. Patient Agreement Form, clean
3. REMS Document, clean

FDA 0689

Initial REMS approval:  06/2011
Most recent modification:  03/2016


NDA 020687 MIFEPREX® (mifepristone) Tablets, 200 mg

Antiprogestational Synthetic Steroid

Danco Laboratories, LLC
PO Box 4816
New York, NY 10185

**RISK EVALUATION AND MITIGATION STRATEGY (REMS)**

**I.  GOAL**

The goal of the Mifeprex REMS is to mitigate the risk of serious complications associated with Mifeprex by:

  a)  Requiring healthcare providers who prescribe Mifeprex to be certified in the Mifeprex REMS Program.

  b)  Ensuring that Mifeprex is only dispensed in certain healthcare settings by or under the supervision of a certified prescriber.

  c)  Informing patients about the risk of serious complications associated with Mifeprex


**II.   REMS ELEMENTS**

**A**. **Elements to Assure Safe Use**

1.   Healthcare providers who prescribe Mifeprex must be specially certified.

  a.  To become specially certified to prescribe Mifeprex, healthcare providers must:

    i.   Review the Prescribing Information for Mifeprex.

    ii.   Complete the *Prescriber Agreement Form*. By signing the *Prescriber Agreement Form*, prescribers agree that:

      1)   They have the following qualifications:

        a)  Ability to assess the duration of pregnancy accurately

FDA 0690

      b) Ability to diagnose ectopic pregnancies

      c) Ability to provide surgical intervention in cases of incomplete abortion or severe bleeding, or to have made plans to provide such care through others, and ability to assure patient access to medical facilities equipped to provide blood transfusions and resuscitation, if necessary.

    2) They will follow the guidelines for use of Mifeprex (see b.i-v below).

b. As a condition of certification, healthcare providers must follow the guidelines for use of Mifeprex described below:

    i. Review the *Patient Agreement Form* with the patient and fully explain the risks of the Mifeprex treatment regimen. Answer any questions the patient may have prior to receiving Mifeprex.

    ii. Sign the *Patient Agreement Form* and obtain the Patient's signature on the *Form*

    iii. Provide the patient with a copy of the *Patient Agreement Form* and Medication Guide.

    iv. Place the signed *Patient Agreement Form* in the patient's medical record.

    v. Record the serial number from each package of Mifeprex in each patient's record.

    vi. Report any deaths to Danco Laboratories, identifying the patient by a non-identifiable reference and the serial number from each package of Mifeprex.

c. Danco Laboratories must:

    i. Ensure that healthcare providers who prescribe Mifeprex are specially certified in accordance with the requirements described above and de-certify healthcare providers who do not maintain compliance with certification requirements

    ii. Provide the Prescribing Information and *Prescriber Agreement Form* to healthcare providers who inquire about how to become certified.

The following materials are part of the REMS and are appended:
- *Prescriber Agreement Form*
- *Patient Agreement Form*

2. Mifeprex must be dispensed to patients only in certain healthcare settings, specifically clinics, medical offices, and hospitals, by or under the supervision of a certified prescriber.

    a. Danco Laboratories must:

      i. Ensure that Mifeprex is available to be dispensed to patients only in clinics, medical offices and hospitals by or under the supervision of a certified prescriber.

       ii.  Ensure that Mifeprex is not distributed to or dispensed through retail pharmacies or other settings not described above.

3.  Mifeprex must be dispensed to patients with evidence or other documentation of safe use conditions.
      a.  The patient must sign a *Patient Agreement Form* indicating that she has:
          i.  Received, read and been provided a copy of the *Patient Agreement Form*.
          ii.  Received counseling from the prescriber regarding the risk of serious complications associated with Mifeprex.

## B. Implementation System

1.  Danco Laboratories must ensure that Mifeprex is only distributed to clinics, medical offices and hospitals by or under the supervision of a certified prescriber by:

    a.  Ensuring that distributors who distribute Mifeprex comply with the program requirements for distributors.  The distributors must:

        i.  Put processes and procedures in place to:

            a.  Complete the healthcare provider certification process upon receipt of the *Prescriber Agreement Form*.

            b.  Notify healthcare providers when they have been certified by the Mifeprex REMS Program.

            c.  Ship Mifeprex only to clinics, medical offices, and hospitals identified by certified prescribers in the signed *Prescriber Agreement Form*.

            d.  Not ship Mifeprex to prescribers who become de-certified from the Mifeprex Program.

            e.  Provide the Prescribing Information and *Prescriber Agreement Form* to healthcare providers who (1) attempt to order Mifeprex and are not yet certified, or (2) inquire about how to become certified.

        ii.  Put processes and procedures in place to maintain a distribution system that is secure, confidential and follows all processes and procedures, including those for storage, handling, shipping, tracking package serial numbers, proof of delivery and controlled returns of Mifeprex.

        iii.  Train all relevant staff on the Mifeprex REMS Program requirements.

        iv.  Comply with audits by Danco Laboratories, FDA or a third party acting on behalf of Danco Laboratories or FDA to ensure that all processes and procedures are in place and are being followed for the Mifeprex REMS Program.  In addition, distributors must maintain appropriate documentation and make it available for audits.

    b.  Ensuring that distributors maintain secure and confidential distribution records of all shipments of Mifeprex.

2. Danco Laboratories must monitor distribution data to ensure compliance with the REMS Program.

3. Danco Laboratories must audit new distributors within 90 calendar days after the distributor is authorized to ensure that all processes and procedures are in place and functioning to support the requirements of the Mifeprex REMS Program. Danco Laboratories will take steps to address distributor compliance if noncompliance is identified.

4. Danco Laboratories must take reasonable steps to improve implementation of and compliance with the requirements of the Mifeprex REMS Program based on monitoring and assessment of the Mifeprex REMS Program.

5. Danco Laboratories must report to FDA any death associated with Mifeprex whether or not considered drug-related, as soon as possible but no later than 15 calendar days from the initial receipt of the information by the applicant. This requirement does not affect the applicant's other reporting and follow-up requirements under FDA regulations.

## C. Timetable for Submission of Assessments

Danco Laboratories must submit REMS assessments to FDA one year from the date of the initial approval of the REMS (06/08/2011) and every three years thereafter. To facilitate inclusion of as much information as possible while allowing reasonable time to prepare the submission, the reporting interval covered by each assessment should conclude no earlier than 60 days before the submission date for that assessment. Danco Laboratories must submit each assessment so that it will be received by the FDA on or before the due date.

APPEARS THIS WAY ON ORIGINAL

FDA 0693

PRESCRIBER AGREEMENT FORM                                    *Mifeprex* (Mifepristone)
                                                                            Tablets, 200 mg

Mifeprex* (Mifepristone) Tablets, 200 mg, is indicated, in a regimen with misoprostol, for the medical termination of intrauterine pregnancy through 70 days gestation. Please see Prescribing Information and Medication Guide for complete safety information.

*To set up your account to receive Mifeprex, you must:*
1. complete, 2. sign, and 3. fax page 2 of this form to the distributor.

If you will be ordering for more than one facility, you will need to list each facility on your order form before the first order will be shipped to the facility.

**Prescriber Agreement:** By signing page 2 of this form, you agree that you meet the qualifications below and will follow the guidelines for use. You also understand that if you do not follow the guidelines, the distributor may stop shipping Mifeprex to you.

*Mifeprex must be provided by or under the supervision of a healthcare provider who prescribes and meets the following qualifications:*

- Ability to assess the duration of pregnancy accurately.

- Ability to diagnose ectopic pregnancies.

- Ability to provide surgical intervention in cases of incomplete abortion or severe bleeding, or to have made plans to provide such care through others, and ability to assure patient access to medical facilities equipped to provide blood transfusions and resuscitation, if necessary.

- Has read and understood the Prescribing Information of Mifeprex. The Prescribing Information is available by calling our toll free number, 1-877-4 Early Option (1-877-432-7596), or logging on to our website, www.earlyoptionpill.com.

*In addition to meeting these qualifications, you also agree to follow these guidelines for use:*

- Review the Patient Agreement Form with the patient and fully explain the risks of the Mifeprex treatment regimen. Answer any questions the patient may have prior to receiving Mifeprex.

- Sign and obtain the patient's signature on the Patient Agreement Form.

- Provide the patient with a copy of the Patient Agreement Form and the Medication Guide.

- Place the signed Patient Agreement Form in the patient's medical record.

- Record the serial number from each package of Mifeprex in each patient's record.

- Report deaths to Danco Laboratories, identifying the patient by a non-identifiable patient reference and the serial number from each package of Mifeprex.



Danco Laboratories, LLC • P.O. Box 4816 • New York, NY 10185
1-877-4 Early Option (1-877-432-7596) • www.earlyoptionpill.com
*MIFEPREX is a registered trademark of Danco Laboratories, LLC.

03/2016

FDA 0694

## ACCOUNT SETUP  MIFEPREX® (Mifepristone) Tablets, 200 mg; NDC 64875-001-01

### TO SET UP YOUR ACCOUNT:

❶
Read the
Prescriber Agreement on
page 1 of this form.

❷
Complete and
sign this form.

❸
Fax this page to the
Danco distributor at
1-866-227-3343.
Your account
information will be kept
strictly confidential.

❹
The distributor will call
to finalize your account
setup and take your
initial order.

❺
Subsequent orders may
be phoned or faxed and
are usually shipped
within 24 hours.

**Mifeprex**
(Mifepristone) Tablets, 200 mg
THE ORIGINAL EARLY OPTION PILL

**BILLING INFORMATION**

Bill to Name _____

Address _____

City _____ State _____ ZIP _____

Phone _____ Fax _____

Attention _____

**SHIPPING INFORMATION** ☐ *Check if same as above*

Ship to Name _____

Address _____

City _____ State _____ ZIP _____

Phone _____ Fax _____

Attention _____

**ADDITIONAL SITE LOCATIONS** *I will also be prescribing Mifeprex\* at these additional locations:*

Name _____ Address _____

City _____ State _____ ZIP _____

Phone _____ Fax _____

Name _____ Address _____

City _____ State _____ ZIP _____

Phone _____ Fax _____

*(Any additional sites may be listed on an attached sheet of paper.)*

**REQUEST ADDITIONAL MATERIALS**

☐ Medication Guides   ☐ State Abortion Guides   ☐ Patient Brochures   ☐ Patient Agreement Form

**ESTABLISHING YOUR ACCOUNT** *(required only with first order)*

Each facility purchasing Mifeprex must be included on this form (*see additional site locations box above*) before the distributor can ship the product to the facility.
**By signing below, you agree that you meet the qualifications and that you will follow the guidelines for use on page 1 of the Prescriber Agreement.**

Print Name _____ Signature _____

Medical License # _____ Date _____

**FAX THIS COMPLETED FORM TO THE AUTHORIZED DISTRIBUTOR. FAX: 1-866-227-3343**

Please fax any questions to the above number or call 1-800-848-6142.

FDA 0695

*MIFEPREX is a registered trademark of Danco Laboratories, LLC.

PATIENT AGREEMENT FORM



**Healthcare Providers:** *Counsel the patient on the risks of Mifeprex\*. Both you and the patient must sign this form.*

**Patient Agreement:**

1. I have decided to take Mifeprex and misoprostol to end my pregnancy and will follow my provider's advice about when to take each drug and what to do in an emergency.

2. I understand:
   a. I will take Mifeprex on Day 1.
   b. My provider will either give me or prescribe for me the misoprostol tablets which I will take 24 to 48 hours after I take Mifeprex.

3. My healthcare provider has talked with me about the risks including:
   • heavy bleeding
   • infection
   • ectopic pregnancy (a pregnancy outside the womb)

4. I will contact the clinic/office right away if in the days after treatment I have:
   • a fever of 100.4°F or higher that lasts for more than four hours
   • severe stomach area (abdominal) pain
   • heavy bleeding (soaking through two thick full-size sanitary pads per hour for two hours in a row)
   • stomach pain or discomfort, or I am "feeling sick",  including weakness, nausea, vomiting, or diarrhea, more than 24 hours after taking misoprostol

5. My healthcare provider has told me that these symptoms could require emergency care. If I cannot reach the clinic or office right away my healthcare provider has told me who to call and what to do.

6. I should follow up with my healthcare provider about 7 to 14 days after I take Mifeprex to be sure that my pregnancy has ended and that I am well.

7. I know that, in some cases, the treatment will not work. This happens in about 2 to 7 out of 100 women who use this treatment. If my pregnancy continues after treatment with Mifeprex and misoprostol, I will talk with my provider about a surgical procedure to end my pregnancy.

8. If I need a surgical procedure because the medicines did not end my pregnancy or to stop heavy bleeding, my healthcare provider has told me whether they will do the procedure or refer me to another healthcare provider who will.

9. I have the MEDICATION GUIDE for Mifeprex. I will take it with me if I visit an emergency room or a healthcare provider who did not give me Mifeprex so that they will understand that I am having a medical abortion with Mifeprex.

10. My healthcare provider has answered all my questions.

Patient Signature: _____ Patient Name (print): _____ Date: _____

*The patient signed the PATIENT AGREEMENT in my presence after I counseled her and answered all her questions. I have given her the MEDICATION GUIDE for Mifeprex.*

Provider's Signature: _____ Name of Provider (print): _____ Date: _____

*After the patient and the provider sign this PATIENT AGREEMENT, give 1 copy to the patient before she leaves the office and put 1 copy in her medical record.*

03/2016

FDA 0696

*MIFEPREX is a registered trademark of Danco Laboratories, LLC.   DANCO

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

(b) (6)

03/29/2016

(b) (6)

03/29/2016

Concur

FDA 0697

**Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**

(b) (6)

(b) (6)

## REMS MODIFICATION REVIEW

| | |
|---|---|
| Date: | March 29, 2016 |
| Reviewer: | (b) (4) |
| | (b) (6) |
| (b) (6) | (b) (6) |
| | (b) (6) |
| (b) (6) | (b) (6) |
| | (b) (6) |
| | |
| Subject: | Proposed REMS Modifications |
| Drug Name(s): | Mifeprex® (mifepristone) |
| Therapeutic class: | Progesterone-receptor modulator |
| Dosage forms: | 200 mg tablets |
| (b) (6) Review Division: | (b) (6) |
| Application Type/Number: | NDA 020687, Supp 20 |
| Applicant/sponsor: | Danco Laboratories |
| (b) (6) (b) (6) #: | 2015-1719 |

1

FDA 0698

## Table of Contents

1.      INTRODUCTION ................................................................................. 3

1.1     Background ...................................................................................... 3

1.2     Brief Summary of Key Regulatory History ................................... 4

2.      MATERIALS REVIEWED ................................................................. 4

3.      OVERVIEW OF RATIONALE FOR proposed REMS MODIFICATIONS ................ 5

4.      Sponsor proposed modifications and Rationale ............................... 5

4.1.    REMS ELEMENTS ........................................................................... 5

4.1.1.  Certification of Prescribers - ETASU A ......................................... 5

4.1.1.1. Prescriber's Agreement ................................................................. 5

5.      (b) (6) Proposed Modifications and Rationale .................................. 6

5.1.    REMS ELEMENTS ........................................................................... 6

5.1.1.  Medication Guide ........................................................................... 6

5.1.2.  Certification of Prescribers - ETASU A ......................................... 6

5.1.2.1. Prescriber's Agreement ................................................................. 6

5.1.3.  Drug dispensed only in certain health care settings - ETASU C ................ 7

5.1.4.  Documentation of Safe Use Conditions - ETASU D......................... 7

5.1.4.1. Patient Agreement ......................................................................... 7

5.2.    REMS DOCUMENT ........................................................................ 8

5.2.1.  GOALS ........................................................................................... 8

5.2.2.  Medication Guide ........................................................................... 9

5.2.3.  Certification of Prescribers - ETASU A ......................................... 9

5.2.4.  Drug dispensed only in certain health care settings - ETASU C ................ 9

5.2.5.  Documentation of Safe Use Conditions -ETASU D.......................... 9

5.2.6.  Implementation System .................................................................. 9

5.2.7.  Timetable for Submission of Assessments ..................................... 9

5.3.    Assessment Plan.............................................................................. 9

6.      CONCLUSION ................................................................................. 10

7.      RECOMMENDATIONS ................................................................... 11

8.      Appendix ....................................................................................... 11

Reference ID: 3909587

FDA 0699

## 1. INTRODUCTION

This review provides the ░░░░░░░░░ (b) (6) ░░ (b) (6) evaluation of the modifications to the risk evaluation and mitigation strategy (REMS) for Mifeprex proposed in the efficacy supplement submitted by Danco Laboratories (Danco) on May 29, 2015, and provides ░░░░░░ (b)(6) recommendations to the ░░░░░░░ (b)(6) ( ░░░░░ (b) (6) ░░ The approved REMS consists of a Medication Guide (MG), elements to assure safe use (ETASU), an implementation system, and a timetable for submission of assessments. The evaluation of modifications to the approved REMS utilized input received from the ░░░░░░░░░ (b) (6) ░░ ( ░░ (b) (6) 1 , REMS assessment data, and a postmarketing summary report by the ░░░░░░░░░ (b) (6) ░ ( ░░ (b) (6)

### 1.1 BACKGROUND

Mifeprex is a synthetic steroid with antiprogestational effects. The currently approved dose is three 200 mg oral tablets which are to be taken under the supervision of a physician for the medical termination of intrauterine pregnancy through 49 days gestation. Mifeprex was approved September 28, 2000, with a restricted distribution program under 21 CFR 314.520 (Subpart H).[2] Mifeprex was deemed to have a REMS under section 505-1 of the Federal Food, Drug, and Cosmetic Act with the passage of the Food and Drug Administration Amendments Act (FDAAA) of 2007. A formal REMS proposal was submitted by Danco and approved on June 8, 2011 with a MG, ETASU, an implementation system and a timetable for submission of assessments. The goals and elements of the REMS are briefly summarized in Table 1 below.

Table 1. Summary of Currently Approved Mifeprex REMS

| REMS Goals | To provide information to patients about the benefits and risks of Mifeprex before they make a decision whether to take the drug. |
| --- | --- |

---

[1] ░░░░░░ (b)(6) ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

[2] NDA approval letter Mifeprex (NDA 020687) dated September 28, 2000.

3

FDA 0700

| | |
|---|---|
| | To minimize the risk of serious complications by requiring prescribers to certify that they are qualified to prescribe Mifeprex and are able to assure patient access to appropriate medical facilities to manage any complications. |
| **REMS Elements** | Medication Guide |
| | ETASU A – Special certification of healthcare providers (HCPs) who prescribe Mifeprex: Completion of Prescriber's Agreement form and enrollment in the REMS program. |
| | ETASU C – Mifeprex dispensed only in certain healthcare settings: It is only available to be dispensed in clinics, medical offices or hospitals, by or under the supervision of a specially certified prescriber. Mifeprex will not be distributed to or dispensed through retail pharmacies. |
| | ETASU D – Safe-use conditions: Patients must complete and sign the Patient's Agreement form that is to be placed in the patient's medical record.  A copy of the Patient's Agreement form and MG must be provided to the patient. |
| **Implementation System** | Distributors of Mifeprex must be certified and agree to ship Mifeprex only to locations identified by certified prescribers.  Distributors must agree to maintain secure and confidential records, as well as, follow all distribution guidelines concerning storage, shipments and controlled returns. |

## 1.2 BRIEF SUMMARY OF KEY REGULATORY HISTORY

A brief summary of the key regulatory history relevant to the Mifeprex REMS is listed below:

**September 28, 2000:**  Mifeprex is approved with restricted distribution and postmarketing commitments under 21 CFR 314.520 (Subpart H).

**September 27, 2007:**  FDAAA enacted and Mifeprex is deemed to have a REMS.

**June 8, 2011:**  Mifeprex REMS is approved, NDA 020687/S-014

**June 1, 2012:**  REMS Assessment Report, Year 1

**June 2, 2015:**  REMS Assessment Report, Years 2-4

**May 29, 2015:**  Danco submitted PAS- 020 efficacy supplement

**January 15, 2016:**  A  (b) (6)  meeting was held to discuss proposed revisions to the REMS which included revising the REMS goal and removal of the MG and Patient Agreement form as elements of the REMS.

## 2.  MATERIALS REVIEWED

## 2.1  SUBMISSIONS

- Danco Laboratories, Prior Approval Efficacy Supplement and REMS Modification, PAS-020, received May 29, 2015 (paper submission)

## 2.2  OTHER MATERIALS INFORMING OUR REVIEW

- Mifeprex approval letter, dated September 28, 2000
- (b) (6) Mifeprex PAS-014 approval letter, dated June 8, 2011
- (b) (6) Final deemed REMS Review for Mifeprex:, dated June 3, 2011
- (b) (6) Review of Year 1 REMS Assessment Report: dated August 1, 2012
- (b) (6) Review of Year 4 REMS Assessment Report: dated October 13, 2015

4

FDA 0701

-    (b) (6)  Mifeprex Post-marketing Safety Review: dated August 20, 2015
- Addendum to   (b) (6)  Review of Year 4 REMS Assessment Report: dated March 29, 2016
-   (b) (6)  draft Clinical Review for Mifeprex, NDA 020687, PAS 20: dated March 29, 2016.

## 3. OVERVIEW OF RATIONALE FOR PROPOSED REMS MODIFICATIONS

On May 29, 2015, Danco submitted an efficacy prior approval supplement-020 (PAS-020) and REMS modification. In PAS-020, Danco is seeking approval of certain changes, including:

- Dosing of 200 mg orally x 1, instead of 600 mg orally x 1
- Extension of maximum gestational age
- Inclusion of misoprostol in the indication statement
- Inclusion of information regarding Pediatric Research Equity Act (PREA) data
- Replacement of the term "physician" with "     (b) (4)  in the PI and the REMS Prescriber's Agreement
- Removal of the phrase "Under Federal Law" from the REMS Prescriber's Agreement
- Revisions to the Patient Agreement Form to reflect proposed changes in the PI

The Sponsor's proposed changes in the efficacy supplement prompted revisions to the Mifeprex REMS materials. During review of the efficacy supplement and proposed REMS Modifications,   (b) (6)  evaluated the current REMS program to determine whether other changes were appropriate. As part of this evaluation, the review team took into consideration the recent   (b) (6)  review of the Mifeprex REMS Assessment completed on October 13, 2015, the addendum to the October 13, 2015 review completed on March 29, 2016, safety data gathered over the past 16 years since approval, and information regarding current clinical practice.[5,6,8,9]

Based on the available data and information,   (b) (6)  continues to believe that a REMS is necessary to ensure the benefits outweigh the risks; however, we recommend that some elements be modified or removed. All of the modifications in this review were discussed with   (b) (6)  The recommended modifications and supporting rationale for each are further described in Sections 4 and 5 below.

## 4. SPONSOR PROPOSED MODIFICATIONS AND RATIONALE

### 4.1. REMS ELEMENTS

### 4.1.1. CERTIFICATION OF PRESCRIBERS - ETASU A

### 4.1.1.1. PRESCRIBER'S AGREEMENT

Danco is proposing two modifications to the Prescriber's Agreement form. The first proposal is to remove the phrase "Under Federal law" from the document. This phrase appears twice in the Prescriber's Agreement:

(1) *Under Federal law*, Mifeprex must be provided by or under the supervision of a physician who meets the following qualifications…
(2) *Under Federal law*, each patient must be provided with a Medication Guide.

5

The Sponsor is proposing that the phrase be deleted from the beginning of the above sentences to be consistent with current REMS language.

*Reviewer Comment: The review team agrees with this revision. The review team has determined that there is no precedent in other REMS for using the phrase, nor is there any clinical rationale for including it. As approvals are governed by Federal law, the review team concludes that the phrase "Under Federal law" is unnecessary in the Prescriber's Agreement.*

The second proposed modification from Danco is to replace the word "physician" with "⬛⬛⬛⬛⬛⬛⬛⬛" (b) (4)  The Prescriber's Agreement currently reads: "Under Federal law, Mifeprex must be provided by or under the supervision of a *physician* who meets the following qualifications…"   The Sponsor is proposing that the agreement read:  "Mifeprex must be provided by or under the supervision of a ⬛⬛⬛⬛⬛⬛⬛ (b) (4)  who meets the following qualifications…"

*Reviewer Comment: The review team agrees that the term "physician" should be replaced, but with the phrase "healthcare provider who prescribes." '⬛⬛⬛⬛⬛⬛⬛ (b) (4) ⬛⬛⬛⬛⬛⬛⬛⬛⬛. Mifeprex is a prescription medication and "healthcare providers who prescribe" accurately describes not only physicians but other healthcare providers, for example, nurse practitioners, certified nurse midwives and physician assistants, who may prescribe medications. Additionally, the phrase "healthcare provider who prescribes" is consistent with the language that is included in the statute.[3]*

# 5. ⬛⬛ (b) (6)  PROPOSED MODIFICATIONS AND RATIONALE

## 5.1. REMS ELEMENTS

### 5.1.1. MEDICATION GUIDE

FDA has generally been maintaining MGs as FDA-approved labeling but removing them from REMS when inclusion in REMS is not necessary to ensure that the benefits of a drug outweigh the risks.  The Mifeprex MG, though an important tool for patient education that will continue to be distributed to patients, does not need to be an element of the REMS to ensure the benefits outweigh the risks for Mifeprex. The MG will remain part of labeling and will still be required to be distributed to the patient as per 21 CFR part 208. This approach is consistent with ongoing efforts to streamline REMS by allowing for changes to a MG without the need for a REMS modification.

### 5.1.2. CERTIFICATION OF PRESCRIBERS - ETASU A

### 5.1.2.1. PRESCRIBER'S AGREEMENT

Per the current Mifeprex REMS, a Prescriber's Agreement is required to be completed, signed and faxed to the distributor to complete enrollment.  The review team is recommending

---

[3] FDCA 505-1(f)(3)(A).

6

changing the name of the form from "Prescriber's Agreement" to "Prescriber Agreement Form" to be consistent with the terminology used in other similar REMS Programs.  The term *"physician"* should be replaced, as proposed by the Sponsor.  However the review team recommends the phrase "*healthcare provider who prescribes*" in lieu of the Sponsor proposed " ████████████████ [(b) (4)] to more closely reflect the statutory provision, and to align with this revision in the Mifeprex Prescribing Information (PI), which was based on information in the supplement.[4]  Additional changes are intended to improve the flow of the document. See the appended, redlined document for further details.

Consistent with the labeling revisions in the efficacy supplement, the language in the Prescriber Enrollment Form about the gestational age should be changed to match the labeling being approved.

### 5.1.3.  DRUG DISPENSED ONLY IN CERTAIN HEALTH CARE SETTINGS - ETASU C

No changes to ETASU C are proposed.

### 5.1.4.  DOCUMENTATION OF SAFE USE CONDITIONS - ETASU D

### 5.1.4.1.  PATIENT AGREEMENT

Per the Mifeprex REMS, a Patient Agreement form is required to be signed and placed in the patient's medical record as documentation of safe use conditions for Mifeprex.  The review team recommends removal of the Patient Agreement form from the Mifeprex REMS.  This recommendation is based in part on the fact that the current Patient Agreement is duplicative of the informed consent and counseling processes that take place in the US, consistent with medical standard of care and current clinical practice guidelines for abortion providers.[5,6,7]  For example, the National Abortion Federation (NAF) clinical practice guidelines state that "obtaining informed consent and assessing that the decision to have an abortion is made freely by the patient are essential parts of the abortion process."  The NAF guidelines also include a standard stating that documentation must show that the patient affirms that she understands the procedure and its alternatives, the potential risks and benefits, and that her decision is voluntary.[6] The NAF is a professional association; a condition of membership requires periodic quality assurance site visits, and members must agree to adhere to the Clinical Policy Guidelines published by the NAF.[7] When healthcare providers at NAF affiliated facilities were surveyed, between 96 and 99% of healthcare providers indicated they provided patient counseling and obtained and documented informed consent.[8,9] The review team is aware that

---

[4]  ████ [(b) (6)] draft Clinical Review for Mifeprex (NDA 020687) PAS 20. Dated:  March 29, 2016

[5] ACOG. Medical management of first trimester abortion. ACOG Practice Bulletin #143. Obstetrics and Gynecology 2014; 123(3):676-692

[6] National Abortion Federation Clinical Policy Guidelines (for abortion care). Revised 2015 edition, 56 pages, accessed on the internet at http://prochoice.org/wp-content/uploads/2015_NAF_CPGs.pdf on March 9, 2016.

[7] National Abortion Federation Membership information accessed on the internet at http://prochoice.org/health-care-professionals/naf-membership/ on March 9, 2016

[8] Gould H, Perrucci A, Barar R, Sinkford D, Foster D. Patient Education and Emotional Support Practices in Abortion Care Facilities in the United States. Women's Health Issues 2012; 22-4; 359-364

Reference ID: 3909587

FDA 0704

Planned Parenthood of America has informed consent forms describing the risks associated with medical abortions. The NAF affiliated members and Planned Parenthood of America facilities account for (b)(4)% of Mifeprex use.

The information in the Mifeprex REMS Patient Agreement form is duplicative of the informed consent process that is followed and documented by these providers, who also provide abortion counseling and education about adverse events.  Additionally, the MG, which is required to be provided under 21 CFR 208, contains the same risk information addressed in the Patient Agreement form and will be provided at the time the medication is dispensed to the patient. Based on this information, the Patient Agreement form is not necessary to ensure the benefits outweigh the risks of Mifeprex.

Finally, the U.S. marketing history of Mifeprex spans over fifteen years.  During this period of surveillance, the safety profile of Mifeprex has been well-characterized, and serious adverse events have rarely occurred. [10,11,12]

## 5.2. REMS DOCUMENT

The REMS document is being revised to reflect the changes described above as well as to reflect the Agency's current thinking on the language and flow in REMS documents. The changes to the different sections of the REMS document are described further below.  For additional details, see the redlined and clean REMS document appended to this review.

### 5.2.1.  GOALS

The review team is recommending modification of the Mifeprex REMS goals.  Currently the goals are (A) to provide information to patients about the benefits and risks of Mifeprex before they make a decision whether to take the drug and (B) to minimize the risk of serious complications by requiring prescribers to certify that they are qualified to prescribe Mifeprex and are able to assure patient access to appropriate medical facilities to manage any complications.  Since (b)(6) is recommending removal of the Patient Agreement from the REMS, (b)(6) recommends revising the REMS goals to reflect this change. The revised goal is to ensure that prescribers are aware of the risks of serious complications associated with the use of Mifeprex and that it can only be dispensed in certain health care settings. The goal would be modified to read:

---

[9] O'Connell K, Jones HE, Simon M, Saporta V, Paul M, Lichtenberg ES. First trimester surgical abortion practices: a survey of National Abortion Federation members. Contraception 2009; 79:385-392

[10] (b)(6) ( (b)(6) Mifeprex Post-marketing Safety Review: (b)(6), dated August 20, 2015

[11] ACOG. Medical management of first trimester abortion. ACOG Practice Bulletin #143. Obstetrics and Gynecology 2014; 123(3):676-692

[12] National Abortion Federation Clinical Policy Guidelines (for abortion care). Revised 2015 edition, 56 pages, accessed on the internet at http://prochoice.org/wp-content/uploads/2015_NAF_CPGs.pdf

FDA 0705

"The goal of the Mifeprex REMS is to mitigate the risk of serious complications associated with Mifeprex by:

    a) Requiring healthcare providers who prescribe Mifeprex to be certified in the Mifeprex REMS Program.

    b) Ensuring that Mifeprex is only dispensed in certain health care settings under the supervision of a certified prescriber."

### 5.2.2. MEDICATION GUIDE

(b) (6)  recommends this element be removed from the REMS document. See Section 5.1.1 for rationale.

### 5.2.3. CERTIFICATION OF PRESCRIBERS - ETASU A

The language in the REMS document stating that certified prescribers must obtain a completed Patient Agreement form from the patient is recommended to be removed (see Section 5.1.2.1 for rationale). In addition, edits to align the REMS document with language in the revised PI are being made. Finally, we recommend that this section of the REMS document be revised and edited to reflect the Agency's current thinking on the most appropriate language and flow of REMS documents. However, the requirement for Prescriber Certification remains and the qualifications of a healthcare provider who prescribes Mifeprex have not changed and continue to be necessary to ensure the benefits outweigh the risks.

### 5.2.4. DRUG DISPENSED ONLY IN CERTAIN HEALTH CARE SETTINGS - ETASU C

This section of the REMS was edited to provide clarification on where Mifeprex will not be dispensed.

In addition, the REMS document was revised and edited to reflect   (b) (6)   current thinking on the language and flow of REMS documents.  These changes are not intended to be substantive.

### 5.2.5. DOCUMENTATION OF SAFE USE CONDITIONS -ETASU D

This element is being recommended for removal from the REMS document. See section 5.1.4.1 for rationale.

### 5.2.6. IMPLEMENTATION SYSTEM

This section of the REMS document is proposed to be revised and edited to reflect the Agency's current thinking on the language and flow of REMS documents.

### 5.2.7. TIMETABLE FOR SUBMISSION OF ASSESSMENTS

This section of the REMS document is proposed to be revised and edited to reflect the Agency's current thinking on the language and flow of REMS documents.

### 5.3. ASSESSMENT PLAN

Reference ID: 3909587

FDA 0706

Currently, the REMS Assessment Plan requires Danco to submit the following adverse event information as part of the periodic REMS Assessment Report:

6.  Copies of MedWatch forms for each of the following adverse events during the assessment period; and for each of the following adverse events, the cumulative number from the date of approval of Mifeprex up to the approval date of the REMS, the number for each reporting period, and the cumulative number since the approval date of Mifeprex:
   a.  On-going pregnancies not terminated subsequent to the conclusion of the treatment procedure
   b.  Women hospitalized due to complications
   c.  Women requiring transfusion(s) of two or more units of packed cells or whole blood, or having a hemoglobin of 6 gm/dL or less or a hematocrit of 18% or less
   d.  Serious infection, sepsis
   e.  Death
   f.  Other serious and unexpected adverse events

7.  Per section 505-1(g)(3)(B) and (C), information on the status of any postapproval study or clinical trial required under section 505(o) or otherwise undertaken to investigate a safety issue.

This information is being submitted to the Agency through other pathways including spontaneous adverse event reporting and the annual report. Therefore, (b) (6) is recommending it be removed from the Assessment Plan.

The revised Assessment Plan is as follows:
**REMS Assessment Plan**
1.  Number of prescribers enrolled (cumulative)
2.  Number of new prescribers enrolled during reporting period
3.  Number of prescribers ordering Mifeprex during reporting period
4.  Number of healthcare providers who attempted to order Mifeprex who were not enrolled; describe actions taken (during reporting period and cumulative)
5.  Number of women exposed to Mifeprex (during reporting period and cumulative)
6.  Summary and analysis of any program deviations and corrective action plans
7.  Based on the information reported, an assessment and analysis of whether the REMS is meeting its goals and whether modifications to the REMS are needed

## 6.  CONCLUSION

A REMS for Mifeprex is necessary to ensure that the benefits outweigh the risks.  The review team and Sponsor have proposed modifications that continue to ensure that the benefit outweighs the risk, while updating the REMS in light of current medical practice and to provide clarifying language in the REMS documents.

The modifications to the Mifeprex REMS include the sponsor's proposed modifications and additional changes recommended by the review team and include the following: revision of the REMS goals, removal of the MG (it will remain as part of labeling) and the Patient Agreement; and changes to the Prescriber Enrollment Form.

Reference ID: 3909587

## 7.  RECOMMENDATIONS

(b) (6) recommends the changes in the attached, redlined REMS document and materials, which represent (b) (6) proposed changes to the REMS as a result of this REMS Modification Review.

## 8.  APPENDIX

1.  Prescriber Enrollment Form, redlined
2.  Prescriber Enrollment Form, clean
3.  REMS Document, redlined
4.  REMS Document, clean

20 Page(s) has been Withheld in Full as b4 (CCI/TS) immediately following this page

11

--------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

(b) (6)

03/29/2016

(b) (6)

03/29/2016

Concur

FDA 0709