# Exhibit 5

Contraception 104 (2021) 24–28

Contents lists available at ScienceDirect

# Contraception

journal homepage: www.elsevier.com/locate/contraception

# Mifepristone restrictions and primary care: Breaking the cycle of stigma through a learning collaborative model in the United States



Danielle Calloway[a], Debra B. Stulberg[a], Elizabeth Janiak[b,c,d,*]

[a] Department of Family Medicine, University of Chicago, Chicago, IL, United States
[b] Department of Obstetrics and Gynecology, Brigham and Women's Hospital, Boston, MA, United States
[c] Department of Obstetrics, Gynecology, and Reproductive Biology, Harvard Medical School, Boston, MA, United States
[d] Planned Parenthood League of Massachusetts, Boston, MA, United States

ARTICLE INFO

Article history:
Received 5 February 2021
Received in revised form 31 March 2021
Accepted 4 April 2021

Keywords:
Abortion access
Abortion stigma
Mifepristone
Primary care

ABSTRACT

Despite its safety record, mifepristone is subject to a highly restrictive set of regulatory measures through the Risk Evaluation and Mitigation Strategy (REMS) by the US Food and Drug Administration. We argue that these restrictions both reflect and perpetuate a cycle of abortion stigma, creating particular barriers to mifepristone use in primary care settings where communities that historically experience barriers to care can most easily access reproductive health services. Through qualitative interviews with Illinois primary care clinicians, we discovered how the REMS heightens institutional anxiety over implementation of mifepristone use. To address this, we created *ExPAND Mifepristone*, a learning collaborative targeting institutional anxiety and logistical barriers to mifepristone use. The learning collaborative model holds high potential to mitigate institutional barriers to mifepristone use by increasing providers' self-efficacy to identify, address, and overcome institutional fears. Until the REMS is fully repealed, learning collaboratives constitute a promising tool to combat the practical and psychological barriers to mifepristone use that these restrictions currently pose.

© 2021 Elsevier Inc. All rights reserved.

## Introduction

Abortion with mifepristone is safe and effective [1–4]. This treatment falls well within the scope of primary care in the United States, as it involves patient assessment and health education for which primary care providers are extensively trained [5–8]. Nonetheless, many clinicians trained to provide medication abortion do not currently do so, and only an estimated 1% of medication abortions occur in primary care offices [9,10]. The potential for primary care providers to help improve abortion access is particularly high in the Midwest, which experienced the largest regional decline in abortion clinics over the past decade [11]. Given this context, our team set out to develop an evidence-based intervention to support mifepristone use in primary care in Illinois, resulting in the learning collaborative *Excellence in Providing Access to New Directions in Mifepristone Use (ExPAND Mifepristone)*. This commentary describes how *ExPAND Mifepristone* seeks to disrupt a cycle of abortion stigmatization in primary care that is anchored by the US Food and Drug Administration's inclusion of mifepristone in the Risk Evaluation and Mitigation Strategy (REMS) program. We argue that the REMS serves as the linchpin of a cycle of medication abortion stigmatization in primary care, encouraging institutional anxiety over abortion provision which leads to logistical barriers to mifepristone use. This cycle successfully excludes mifepristone from many primary care settings, reinforcing the perception that abortion is a tainted and undesirable service that should remain marginalized in specialty settings. The learning collaborative model serves as a potentially valuable framework for primary care physicians to address, understand, and overcome the institutional fears that the REMS program encourages.

### 1. The mifepristone REMS and the ripple effect of logistical barriers

*The fascinating thing is, there are a lot of other things I've managed to implement [since joining this primary care practice], and when the perception is that your organization does not care, or prioritize providing abortion care, the barriers can be great, and other [services] the organization does prioritize, the resources, the people, the organization gets behind them. So it's very frustrating to me that abortion care again occupies this separate space.* – Illinois primary care provider

The REMS for mifepristone requires that (1) the drug be dispensed in healthcare settings by or under the supervision of a cer-

* Corresponding author.
   E-mail address: ejaniak@bwh.harvard.edu (E. Janiak).

https://doi.org/10.1016/j.contraception.2021.04.002
0010-7824/© 2021 Elsevier Inc. All rights reserved.



Exhibit 5

2021 REMS 000979

D. Calloway, D.B. Stulberg and E. Janiak                                                                                                 Contraception 104 (2021) 24–28



**Fig. 1.** Taxonomy of barriers to medication abortion care in primary care settings.

tified prescriber; (2) dispensing clinicians register with the drug manufacturer; and (3) patients sign a specific form stating the drug will be used for a medication abortion, despite the evidence base that it is also effective for both early pregnancy loss treatment and cervical ripening for dilation and evacuation procedures [12–14]. While the REMS program aims to reduce risks from drugs with high potential of serious adverse health effects [15], mifepristone has been shown to have an excellent safety profile [16]. As a result, mifepristone access has expanded globally through evidence-based deregulation. Mifepristone is fully incorporated in abortion services in Canada, as the federal regulatory system permits dispensing through a pharmacy with a prescription from a clinician and no longer requires an ultrasound prior to prescribing [17,18]. Mifepristone distribution via postal mail following a telemedicine appointment is also approved in the United Kingdom [19]. In light of these regulatory frameworks, the REMS stands out as exceptionally restrictive.

To gain a more comprehensive understanding of the institutional barriers primary care providers face to evidence-based mifepristone use, we conducted a qualitative study of providers in Illinois and assessed their opinions of the REMS restrictions and other barriers to medication abortion provision. As part of this larger study on barriers to abortion provision in primary care, 19 primary care providers and clinical administrators participated in semi-structured interviews exploring barriers to and facilitators of mifepristone use at the individual, institutional, and policy levels. We sampled clinicians based on their current abortion provision status (providing in primary care or not), type of health care facility (community health center, hospital, group or private practice), and geographic location (within vs. outside of Chicago). For full study methodology, see Rasmussen and colleagues, this issue.

Overall, interviewees expressed widespread support of removal of the mifepristone REMS and reported that removing the REMS would help them or their colleagues integrate medication abortion into primary care. We noted that providers named two types of barriers posed by the REMS: direct infrastructure requirements for dispensing mifepristone; and requirements self-imposed in response to the REMS (Fig. 1). On a practical level, some clinicians expressed that if the REMS was eliminated and they could prescribe mifepristone through a pharmacy, that would remove logistical barriers around medication stocking [20]. Participants also expressed that the REMS impedes mifepristone use in primary care by perpetuating fear and mystery around the drug that is not supported by clinical evidence of its risks, resulting in the desire for excessive clinical training, unnecessary bureaucratic infrastructure-building, and fear of extremely rare complications with mifepristone use. The resulting institutional anxiety around abortion provision drives a process of stigmatization of which the REMS forms an integral part.

## 2. Logistical barriers within a cycle of stigmatization

*Interviewer: Your practice has implemented quite a few new services. How do you feel implementing these services is analogous or different to implementing abortion?*

*Clinician: I want to say it's just the stigma that surrounds it is the only real difference. When there's money…and operations stand behind it, it's much easier, but then we are also now faced with the…stigma of it. – Illinois primary care provider*

The REMS program imposes medically unnecessary restrictions on mifepristone access, and these restrictions create specific logistical hurdles, as well as generating an impression that provision of mifepristone is difficult and requires extensive training, ultimately creating a hesitancy among primary care clinicians to administer it. As illustrated in Figure 2, the REMS are the linchpin of a cycle of stigmatization that continues to keep mifepristone out of primary care practice and other non-specialty settings over time. Similarly to stigma among abortion patients and providers, institutional stigma around abortion care functions as a cycle [21,22]. Because regulations such as the REMS are imposed, institutions perceive abortion care to be excessively complex, and fear abortion provision. Out of fear, leadership blocks qualified clinicians from integrating abortion into their primary care practice. Thus, abortion remains siloed from mainstream medicine, reinforcing the perception that it is a tainted medical practice [23].

We heard this hesitancy in our interviews, as clinicians expressed concern over their own competency to administer mifepristone to their patients. When asked about their personal barriers to administering medication abortion, one clinician responded: "I totally believe that it can be done, but I also feel like I didn't have that preparation… But I've heard that some people do it in primary care settings…I'm like, 'How do I do this? Can I do it?'" Other clinicians expressed feeling a sense of hypervigilance when it came to providing medication abortion services because of the seemingly specialized nature of mifepristone protocols. One clinician noted their heightened sense of alertness stems from their desire to distribute mifepristone perfectly. They commented: "I think there's a piece of perfectionism…it may lead us to stumble across smaller roadblocks, because we're looking for a perfect outcome, rather than a safe and acceptable outcome." As a result of the perceived need for extensive training in medication abortion provision, primary care institutions lean towards not administering mifepristone in fear of incorrectly distributing the medication or not knowing how to proceed with potential adverse side effects. While primary care institutions see training as necessary to overcome institutional anxiety about abortion provision, this anxiety can also prevent individuals from accessing additional training: "Even just talking about wanting abortion training or having that be a conversation that felt normal was a barrier because of the stigma around abortions."

2021 REMS 000980

D. Calloway, D.B. Stulberg and E. Janiak                                                                                                                                      Contraception 104 (2021) 24–28



**Fig. 2.** Cycle of abortion stigmatization in primary care.

This institutional anxiety directly feeds into implementation challenges, as some interview participants expressed a desire to implement medication abortion in their clinics but an unwillingness among institutional leadership to allow this service. One respondent commented, "We've been unable to get... even though there are pathways for doing medication abortion...sadly, our board...doesn't feel comfortable. They're afraid." Many interviewees named budget constraints as a main reason for not providing medication abortion services, as clinicians working in federally qualified health centers (FQHCs) have very limited funding that they cannot afford to waste. Because the REMS requires onsite drug stocking rather than pharmacy prescription, providers expressed that clinical leadership hesitated to invest funds in the medication given their very limited resources. One clinician commented: "So it's kind of, yeah, we want to, but is that a necessary thing to do to take time and money and resources away from the rest of...what the FQHC is doing." These implementation barriers, combined with institutional anxiety, create a cycle of abortion stigmatization that isolates medication abortion from mainstream medicine. Removal of the REMS would disrupt this cycle significantly by alleviating the need for infrastructure-building within clinics and signaling leadership that the drug is safe enough to be prescribed without excessive training. However, in the current context of having the REMS in place, we identified a structured, multi-institutional learning collaborative as a promising strategy to disrupt the stigma cycle and help clinics overcome both the logistical and the psychological barriers at play.

### 3. Opportunity for action within the learning collaborative model

*I wish that [abortion implementation] would have been the same way that I participated in other quality collaboratives, whether it's to improve depression care, hypertension care, implement new screening, protocols...A big part of my career now has become working in quality improvement. There are best practices out there for how to do this, for how to help organizations across the country, who are trying to do the same thing.* -Illinois primary care clinician

In our formative research, clinicians described how mifepristone distribution is seen as a complex process that requires extensive training and experience to dispense. These findings highlight the need for evidence-based interventions in primary care, leading us to create *ExPAND Mifepristone*, a learning collaborative geared towards disrupting the stigma around mifepristone use for both abortion and miscarriage management in primary care settings. *ExPAND Mifepristone* launched in spring 2020 and aims to demystify mifepristone use in clinical care by building self-efficacy and knowledge not only around clinical applications of the drug, but also regarding billing, stocking, scheduling, and other logistical barriers. This program is largely based on the learning collaborative model developed by the Institute for Healthcare Improvement's Breakthrough Series. The learning collaborative model is defined as a 6-to-15-month intervention that provides a structure for organizations to learn from each other in multidisciplinary teams on a certain issue [24]. In addition to creating collaborative teams within organizations, learning collaboratives generally include highly skilled experts to educate and train the teams to incorporate changes within their settings. This training is then followed by an action period where the teams implement the changes and report back to the learning collaborative, allowing experts to weigh in on their progress and for other teams to learn from each other. The learning collaborative approach is proven to be successful in fostering implementation of evidence-based practices across a wide range of clinical settings serving both children and adults [25,26]. In the field of reproductive health care in particular, the learning collaborative model has improved care and ed-

2021 REMS 000981

D. Calloway, D.B. Stulberg and E. Janiak                                                                                                                    Contraception 104 (2021) 24–28



**Fig. 3.** Cycle of stigmatization of abortion in primary care—Hypothesized impact of a learning collaborative intervention.

ucation for individuals with preeclampsia and for individuals with postpartum gestational diabetes [27,28].

Drawing on the literature of best practices for learning collaboratives more broadly, we designed the *ExPAND Mifepristone* collaborative specifically to target the cycle of stigma while helping clinics build infrastructure for full-spectrum evidence-based mifepristone use (Fig. 3). The program is designed to provide clinicians with concrete tools to incorporate mifepristone in primary care settings in Illinois through monthly group meetings, on-site and distance consultation, self-assessment, and tailored evaluation. The *Expand Mifepristone* learning collaborative includes expert coaches who advise physicians and administrators on how to combat institutional hurdles and competing priorities to incorporate mifepristone in their clinics. Trainings in our pilot year shared new evidence-based guidelines for early pregnancy loss and no-test medication abortion [29,30] and provided guidance on how primary care clinicians can bill for mifepristone. Illinois law provides for public and private insurance coverage of abortion [31,32], and the collaborative clarified the funding component of abortion provision through trainings on Medicaid reimbursement policies and procedures. The collaborative also provided expert, step-by-step support in understanding and navigating the process of registering with the manufacturer(s) to dispense mifepristone, as well as understanding how to use required patient consent forms and how to enable in-office dispensing of mifepristone. This implementation-based training was designed to debunk the misconceptions associated with mifepristone.

Based on our conceptual model of how abortion stigma inhibits abortion provision in primary care (Fig. 2), we hypothesize that by the end of the program, clinicians should be equipped with enhanced self-efficacy around mifepristone use, as well as the concrete logistical tools needed to provide mifepristone for abortion and miscarriage management in primary care. We are testing these hypotheses through a mixed-methods evaluation with qualitative interviews and review of electronic medical record data from *Ex-*

*PAND Mifepristone*'s pilot clinics. We will apply an implementation science framework to our analyses, to refine the program's design for future cohorts.

### 4. Moving forward: Deregulate, educate, and empower primary care clinicians

The *ExPAND Mifepristone* learning collaborative constitutes a potential model for mitigating medication abortion stigma specifically and mifepristone stigma more broadly in primary care settings by addressing both logistical and psychological barriers. The existence of the REMS diffuses stigma within primary care settings and encourages hesitation and fear amongst clinicians and administrators to provide abortion. While the learning collaborative model addresses the stigmatization that is driven by the REMS, removal of mifepristone from the REMS program would likely have a far greater impact on abortion stigma. Nonetheless, as stigma operates at multiple levels across medical training, institutions, and the broader social context, even in the absence of the REMS, additional work will be needed to normalize abortion in primary care [21–23,32–35].

*ExPAND Mifepristone* represents just one potential approach to supporting clinical champions of mifepristone use in primary care in taking on institutional barriers to evidence-based use. To complement the existing robust infrastructure to train primary care providers in pregnancy diagnosis and management, including abortion care [8,36–37], additional programs to support implementation of medication abortion in primary care should be created and evaluated over time. As the largest and most geographically well distributed provider group in the United States, primary care providers hold immense untapped potential to expand abortion access. Unless and until the US health care system joins the global trend of mifepristone deregulation, learning collaboratives and other systems of practical support can empower clinicians

2021 REMS 000982

to overcome logistical barriers to providing the holistic, patient-centered pregnancy care their patients deserve.

**Declaration of competing interest**

None.

**Funding**

Our qualitative research was supported by the Irving Harris Foundation. The learning collaborative is supported by grants from the Irving Harris Foundation, the Collaborative for Gender + Reproductive Equity, and the Argosy Foundation. Ms. Calloway's time devoted to this topic was supported by Cambridge Reproductive Health Consultants. The findings and conclusions in this article are those of the authors and do not necessarily reflect the views of Planned Parenthood Federation of America, Inc.

**Acknowledgments**

The authors thank Noel Leon for introducing us to the phrase "institutional anxiety." We also thank Alischer Cottrill, Ashley McHugh, and Ellen McCammon for their roles in the formative research that inspired *ExPAND Mifepristone.* We are grateful to our *ExPAND* expert consultants Kristie Monast, Susan Rubin, and Julie Gonen, and to the clinics participating in the program's pilot year.

**References**

[1] Gatter M, Cleland K, Nucatola DL. Efficacy and safety of medical abortion using mifepristone and buccal misoprostol through 63 days. Contraception 2015;91(4):269–73.
[2] Fjerstad M, Sivin I, Lichtenberg ES, Trussell J, Cleland K, Cullins V. Effectiveness of medical abortion with mifepristone and buccal misoprostol through 59 gestational days. Contraception 2009;80(3):282–6.
[3] Schaff EA, Fielding SL, Eisinger SH, Stadalius LS, Fuller L. Low-dose mifepristone followed by vaginal misoprostol at 48 hours for abortion up to 63 days. Contraception 2000;61(1):41–6.
[4] Dzuba IG, Chong E, Hannum C, Lichtenberg ES, Lugo Hernández EM, Ngoc NTN, et al. A non-inferiority study of outpatient mifepristone-misoprostol medical abortion at 64-70 days and 71-77 days of gestation. Contraception 2020;101(5):302–8.
[5] Reproductive Decisions, Promoting access to medication and first trimester aspiration terminations by supporting skilled providers [Internet]. AAFP Home, 2019. Accessed January 5, 2021. Available at: https://www.aafp.org/about/policies/all/reproductive-decisions-promoting-access.html
[6] Beaman J, Schillinger D. Responding to evolving abortion regulations—the critical role of primary care. N Engl J Med 2019;380(18):e30.
[7] Prine LW, Lesnewski R. Medication abortion and family physicians' scope of practice. J Am Board Fam Pract 2005;18(4):304–6.
[8] Beaman J, Prifti C, Schwarz EB, Sobota M. Medication to manage abortion and miscarriage. J Gen Intern Med 2020;35(8):2398–405.
[9] Stulberg DB, Monast K, Dahlquist IH, Palmer K. Provision of abortion and other reproductive health services among former Midwest Access Project trainees. Contraception 2018;97(4):341–5.
[10] Srinivasulu S, Maldonado L, Prine L, Rubin SE. Intention to provide abortion upon completing family medicine residency and subsequent abortion provision: a 5-year follow-up survey. Contraception 2019;100(3):188–92.
[11] Jones RK, Jerman J. Abortion incidence and service availability in the United States, 2014. Perspect Sex Reprod Health 2017;49(1):17–27.
[12] Schreiber CA, Creinin MD, Atrio J, Sonalkar S, Ratcliffe SJ, Barnhart KT. Mifepristone pretreatment for the medical management of early pregnancy loss. N Engl J Med 2018;378(23):2161–70.
[13] Chu JJ, Devall AJ, Beeson LE, Hardy P, Cheed V, Sun Y, et al. Mifepristone and misoprostol versus misoprostol alone for the management of missed miscarriage (MifeMiso): a randomised, double-blind, placebo-controlled trial. Lancet 2020;396(10253):770–8.
[14] Shaw KA, Lerma K, Shaw JG, Scrivner KJ, Hugin M, Hopkins FW, et al. Preoperative effects of mifepristone for dilation and evacuation after 19 weeks of gestation: a randomised controlled trial. BJOG 2017;124(13):1973–81.
[15] Center for Drug Evaluation and Research. FAQs about REMS [Internet]. U.S. Food and Drug Administration, 2018. Accessed January 5, 2021. Available at: https://www.fda.gov/drugs/risk-evaluation-and-mitigation-strategies-rems/frequently-asked-questions-faqs-about-rems
[16] Henderson JT, Hwang AC, Harper CC, Stewart FH. Safety of mifepristone abortions in clinical use. Contraception 2005;72(3):175–8.
[17] Yalahow A, Doctoroff J, Mark A, Foster AM. Trends in medication abortion provision before and after the introduction of mifepristone: a study of the National Abortion Federation's Canadian member services. Contraception 2020;102(2):119–21.
[18] Government of Canada HC. Health Canada approves updates to Mifegymiso prescribing information: ultrasound no longer mandatory [Internet]. Recalls and Safety Alerts, 2019. Accessed January 5, 2021. Available at: https://healthycanadians.gc.ca/recall-alert-rappel-avis/hc-sc/2019/69620a-eng.php
[19] Aiken ARA, Starling JE, Gomperts R, Scott JG, Aiken CE. Demand for self-managed online telemedicine abortion in eight European countries during the COVID-19 pandemic: a regression discontinuity analysis. BMJ Sex Reprod Health 2021. doi:10.1136/bmjsrh-2020-200880. Online ahead of print.
[20] Rasmussen K, Janiak E, Cottrill A, Stulberg D. Expanding access expanding access to medication abortion through pharmacy dispensing of mifepristone: primary care perspective through Illinois [Internet]. National American Primary Care Research Group; 2020. Accessed February 4, 2021Available at: https://www.napcrg.org/conferences/annual/na20-poster-hall/studentresidentorfellowsposteronresearchinprogress/2335/.
[21] Kumar A, Hessini L, Mitchell EM. Conceptualising abortion stigma. Cult Health Sex 2009;11(6):625–39.
[22] Harris LH, Debbink M, Martin L, Hassinger J. Dynamics of stigma in abortion work: findings from a pilot study of the Providers Share Workshop. Soc Sci Med 2011;73(7):1062–70.
[23] O'Donnell J, Weitz TA, Freedman LR. Resistance and vulnerability to stigmatization in abortion work. Soc Sci Med 2011;73(9):1357–64.
[24] Institute for Healthcare ImprovementThe breakthrough series: IHI's collaborative model for achieving breakthrough improvement. Diabetes Spectr 2004;17(2):97–101.
[25] Lang JM, Franks RP, Epstein C, Stover C, Olver JA. Statewide dissemination of an evidence-based practice using Breakthrough Series Collaboratives. Children Youth Serv Rev 2015;55:201–9.
[26] Ebert L, Malte C, Hamlett-Berry K, Beckham J, McFall M, Saxon A. Use of a learning collaborative to support implementation of integrated care for smoking cessation for veterans with posttraumatic stress disorder. Am J Public Health 2014;104(10):1935–42.
[27] Morton CH, Peterson. Improving outcomes of preeclampsia in California: from review of maternal death to quality care collaboratives. J Obstetr Gynecol Neonatal Nurs 2014;43:S74–5.
[28] Shellhaas C, Conrey E, Crane D, Lorenz A, Wapner A, Oza-Frank R, et al. The Ohio Gestational Diabetes Postpartum Care Learning Collaborative: development of a quality improvement initiative to improve systems of care for women. Matern Child Health J 2016;20(suppl 1):71–80.
[29] Raymond EG, Grossman D, Mark A, Upadhyay UD, Dean G, Creinin MD, et al. Commentary: no-test medication abortion: a sample protocol for increasing access during a pandemic and beyond. Contraception 2020;101(6):361–6.
[30] State funding of abortion under Medicaid Guttmacher Institute [Internet.]. Guttmacher Institute, 2021. Accessed January 19, 2021. Available at: https://www.guttmacher.org/state-policy/explore/state-funding-abortion-under-medicaid
[31] Regulating insurance coverage of abortion Guttmacher Institute [Internet.]. Guttmacher Institute, 2021. Accessed January 19, 2021. Available at: https://www.guttmacher.org/state-policy/explore/regulating-insurance-coverage-abortion
[32] Norris A, Bessett D, Steinberg JR, Kavanaugh ML, De Zordo S, Becker D. Abortion stigma: a reconceptualization of constituents, causes, and consequences. Womens Health Issues 2011;21(3 suppl):S49–54.
[33] Hanschmidt F, Linde K, Hilbert A, Riedel-Heller SG, Kersting A. Abortion stigma: a systematic review. Perspect Sex Reprod Health 2016;48(4):169–77.
[34] Janiak E, Goldberg AB. Eliminating the phrase "elective abortion": why language matters. Contraception 2016;93(2):89–92.
[35] Kumar A. Disgust, stigma, and the politics of abortion. Fem Psychol 2018;28(4):530–8.
[36] Summit AK, Gold M. The effects of abortion training on family medicine residents' clinical experience. Fam Med 2017;49(1):22–7.
[37] Training in early abortion for comprehensive healthcare Guttmacher Institute [Internet.]. TEACH. Accessed February 4, 2021. Available at: https://www.teachtraining.org/