# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00493 JAO-RT |
| CASE NAME: | Graham T. Chelius, M.D., *on behalf of himself and his patients, et al.* v. United States Food and Drug Administration, et al. |
| ATTYS FOR PLA: | *Julia Kaye<br>Jennifer Dalven<br>Rachel Reeves<br>Taylor Brack |
| ATTYS FOR DEFT: | *Isaac C. Belfer |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 03/08/2024 | TIME: | 9:00am -9:50am |

COURT ACTION:   EP: Hearing on [198] Motion to Complete or, in the Alternative, Supplement the Record was conducted by video teleconference.

Oral arguments heard.

[198] Motion to Complete or, in the Alternative, Supplement the Record - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager