**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM 11020
TAYLOR BRACK 11121
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org
tbrack@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

**American Civil Liberties Union Foundation**
JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org

**American Civil Liberties Union Foundation**
RACHEL REEVES*
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

*admitted pro hac vice*

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAIʻI

GRAHAM T. CHELIUS, M.D., *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

CIV. NO. 1:17-00493-JAO-RT

**STIPULATION OF VOLUNTARY DISMISSAL AND LEAVE TO AMEND**

Plaintiff Dr. Graham Chelius will soon be moving out of Hawaiʻi to take a new job in another state. On June 3, 2024, Plaintiffs informed counsel for Defendants of this factual update and that they intended to amend their Amended and Supplemental Complaint, ECF 169, for the limited purposes of (1) replacing Dr. Chelius with his colleague Dr. Heidi Purcell, whose facts are substantially the same, and (2) removing a few allegations relating to the Patient Agreement Form which Plaintiffs no longer believe are supported based on their review of the administrative record. Since then, the Parties have conferred regarding next steps in this matter, including a reasonable deadline for Defendants to respond to the Second Amended and Supplemental Complaint.[1]

Pursuant to Rules 41(a) and 15(a) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that:

1. Dr. Chelius be dismissed as a plaintiff without prejudice.

2. Plaintiffs may file the attached proposed Second Amended and Supplemental

---

[1] On April 18, 2023, the Court granted the Parties' Stipulation Staying Defendants' Deadline to Answer or Otherwise Respond to Amended and Supplemental Complaint. ECF 170. Since then, the Court has resolved Defendants' Motion to Stay Proceedings, ECF 191, and Plaintiffs' Motion to Complete or, in the Alternative, Supplement the Record, ECF 207. There is not currently a scheduling order in place, and Defendants have not yet responded to Plaintiffs' Amended and Supplemental Complaint, ECF 169. Defendants filed an Answer to Plaintiffs' original Complaint on June 29, 2018. ECF 44.

Complaint. *See* **Exhibit 1**.[2]

3. Defendants' deadline to respond to the Second Amended and Supplemental Complaint is July 26, 2024.

---

[2] In compliance with LR10.4, this stipulation is accompanied by the Second Amended and Supplemental Complaint in redline format, which indicates in every respect how the Second Amended and Supplemental Complaint differs from the pleading it amends. *See* **Exhibit 2**.

Respectfully submitted,

/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
11020
TAYLOR BRACK
11121
ACLU of Hawaii Foundation
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org
tbrack@acluhawaii.org

LORIE CHAITEN*
American Civil Liberties Union
Foundation
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org

JOHN A. FREEDMAN*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

RACHEL REEVES*
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

*Attorneys for Plaintiffs*

/s/ Isaac C. Belfer
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

*admitted pro hac vice

DATED: Honolulu, Hawaiʻi, June 21, 2024

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaiʻi, June 21, 2024.

_____
Jill A. Otake
United States District Judge

CIV. NO. 1:17-00493-JAO-RT; Graham T. Chelius, M.D. v. Xavier Becerra;
Stipulation of Voluntary Dismissal and Leave to Amend