BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428 (Katzen)/202-305-7134 (Belfer)
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendants (see signature page for complete list)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>Defendants. | CIV. NO. 1:17-00493-JAO-RT<br><br>**STIPULATION SETTING SCHEDULE FOR CORRECTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT, ANSWER, AND SUMMARY JUDGMENT BRIEFS** |

The Parties have conferred about the Second Amended and Supplemental Complaint, and Plaintiffs intend to file a corrected version of that complaint. The Parties have also conferred and reached agreement on a schedule for Defendants to respond to the corrected Second Amended and Supplemental Complaint and for briefing cross-motions for summary judgment. The Parties hereby stipulate to the following schedule:

1. Plaintiffs will file their corrected Second Amended and Supplemental Complaint no later than August 2, 2024;

2. Defendants will respond to the corrected Second Amended and Supplemental Complaint no later than August 16, 2024;

3. Plaintiffs will file their motion for summary judgment no later than September 30, 2024;

4. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment no later than November 26, 2024;

5. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment no later than January 17, 2025;

6. Defendants will file their reply in support of their cross-motion for summary judgment no later than February 28, 2025;

      7. The Parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the Parties' briefs no later than March 14, 2025.

The Parties note that the summary judgment briefing schedule proposed above begins before, and runs parallel with, the summary judgment briefing schedules in *Washington v. FDA* (which runs from October 10, 2024, to March 21, 2025) and *Whole Woman's Health Alliance v. FDA* (which runs from October 23, 2024, to April 1, 2025). *See Washington v. FDA*, No. 1:23-cv-03026-TOR (E.D. Wash.), ECF No. 153, Order Setting Briefing Schedule (July 16, 2024); *Whole Woman's Health Alliance v. FDA*, No. 3:23-cv-00019-RSB-JCH (W.D. Va.), ECF No. 56, Joint Status Report (July 12, 2024).

The Parties respectfully request that, if the Court enters the stipulated schedule, the Court vacate the Telephonic Rule 16 Scheduling Conference scheduled for August 14, 2024, at 9:00 a.m., and the requirement to file scheduling conference statements by August 7, 2024. (ECF No. 210).

Finally, the Parties seek to clarify the word-count limits for two of these briefs. This Court previously granted the Parties' joint motion to, *inter alia*, extend the word count for opening memoranda in support of summary judgment to 10,000 words; extend the word count for memoranda in opposition to summary judgment to 7,500 words; extend the word count for reply memoranda to 4,500 words; and extend the

word count for LR 56.1 Concise Statements of Facts to 2,500 words. (ECF 82, 79). Later, in March 2021, this Court granted the Parties' request to file four sequential briefs rather than three sets of simultaneous briefs, in order to streamline the briefing and avoid unnecessary confusion and repetition. (ECF 130). However, the Parties never clarified the revised word limits for the two combined filings—Defendants' combined opposition/cross-motion and Plaintiffs' combined reply/opposition—and this litigation was ultimately stayed in May 2021 before the Parties filed either of those briefs. (ECF 149).

The Parties respectfully request that the Court's previous order on word counts for summary judgment briefing be modified to set the limit for Defendants' memorandum of law in support of their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment at 12,500 words, and to set the limit for Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment at 7,000 words. This approach will result in the Parties each having 5,000 *fewer* words in total than they would have under the original word-count extensions for simultaneous (rather than sequential) briefing.

3

Respectfully submitted,

| | |
|---|---|
| JONGWOOK "WOOKIE" KIM 11020<br>TAYLOR BRACK 11121<br>ACLU of Hawaii Foundation<br>P.O. Box 3410<br>Honolulu, HI 96801<br>T: (808) 522-5905<br>F: (808) 522-5909<br>wkim@acluhawaii.org<br>tbrack@acluhawaii.org<br><br>LORIE CHAITEN*<br>American Civil Liberties Union Foundation<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>T: (212) 549-2633<br>F: (212) 549-2650<br>lchaiten@aclu.org | /s/ Julia Kaye<br>JULIA KAYE*<br>JENNIFER DALVEN*<br>WHITNEY WHITE*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2633<br>F: (212) 549-2650<br>jkaye@aclu.org<br>jdalven@aclu.org<br>wwhite@aclu.org<br><br>JOHN A. FREEDMAN*<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>T: (202) 942-5000<br>F: (202) 942-5999<br>john.freedman@arnoldporter.com<br><br>RACHEL REEVES*<br>American Civil Liberties Union Foundation<br>915 15th Street NW<br>Washington, DC 20005<br>T: (212) 549-2633<br>F: (212) 549-2650<br>rreeves@aclu.org<br><br>*Attorneys for Plaintiffs* |

4

/s/ Isaac C. Belfer
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*


*admitted pro hac vice


DATED: Washington, DC, July 26, 2024

APPROVED AND SO ORDERED.

The Court GRANTS the parties' requests regarding briefing deadlines and word limitations.  Based on the foregoing, the Court VACATES the Telephonic Rule 16 Scheduling Conference scheduled for August 14, 2024, at 9:00 a.m., and the requirement to file scheduling conference statements by August 7, 2024.  *See* ECF No. 210.

Dated:  July 29, 2024



Jill A. Otake
United States District Judge

---

**CIV. NO. 1:17-00493-JAO-RT; Heidi Purcell, M.D., FACOG v. Xavier Becerra; Stipulation Setting Schedule for Corrected Second Amended and Supplemental Complaint, Answer, and Summary Judgment Briefs**

4