BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428 (Katzen)/202-305-7134 (Belfer)
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| HEIDI PURCELL, M.D., FACOG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | CIV. NO. 1:17-00493-JAO-RT <br><br> NOTICE OF WITHDRAWAL OF ISAAC C. BELFER AS COUNSEL FOR DEFENDANTS; CERTIFICATE OF SERVICE |
|---|---|

1

NOTICE OF WITHDRAWAL OF ISAAC C. BELFER AS
COUNSEL FOR DEFENDANTS

Isaac C. Belfer hereby withdraws as counsel for Defendants because he is being staffed on other matters. Defendants will continue to be represented by Noah T. Katzen.

Dated: September 16, 2024      Respectfully submitted,

*/s/ Isaac C. Belfer*
ISAAC C. BELFER
Consumer Protection Branch
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Isaac C. Belfer*
ISAAC C. BELFER
