**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
TAYLOR BRACK 11121
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org
tbrack@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

*admitted pro hac vice*

*Attorneys for Plaintiffs*

**American Civil Liberties Union Foundation**
JULIA KAYE*
RACHEL REEVES*
JENNIFER DALVEN*
WHITNEY WHITE*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
rreeves@aclu.org
jdalven@aclu.org
wwhite@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*<br>　　　Plaintiffs,<br>v.<br>XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>Case No. 1:17-cv-00493-JAO-RT<br>**MOTION TO WITHDRAW APPEARANCE OF COUNSEL TAYLOR S. BRACK; DECLARATION OF TAYLOR S. BRACK; CERTIFICATE OF SERVICE** |

## MOTION TO WITHDRAW APPEARANCE
## OF COUNSEL TAYLOR BRACK

Pursuant to Local Rule 83.5(b), Taylor S. Brack respectfully moves this Court for leave to withdraw as counsel for Plaintiffs in the instant case:

    Heidi Purcell, M.D., FACOG
    4643 B Waimea Canyon Drive
    Waimea, HI 96796
    (808) 338-8311

    Society of Family Planning
    P.O. Box 18342
    Denver, CO 80218
    866-584-6758

    The California Academy of Family Physicians
    816 21st Street
    Sacramento, CA 95811
    415-345-8667

This motion is made following the conference of counsel pursuant to Local Rule 7.8, which took place on September 17, 2024. Counsel for Defendants indicated that they do not oppose the motion.

    DATED: Honolulu, Hawaii, September 19, 2024

| | |
|---|---|
| /s/ Taylor Brack<br>TAYLOR BRACK 11121<br>JONGWOOK "WOOKIE" KIM 11020<br>**ACLU of Hawaii Foundation**<br>P.O. Box 3410<br>Honolulu, HI 96801<br>T: (808) 522-5905<br>F: (808) 522-5909<br>tbrack@acluhawaii.org<br>wkim@acluhawaii.org | JULIA KAYE*<br>RACHEL REEVES*<br>JENNIFER DALVEN*<br>WHITNEY WHITE*<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2633, F: (212) 549-2650<br>jkaye@aclu.org<br>rreeves@aclu.org<br>jdalven@aclu.org<br>wwhite@aclu.org |

| | |
|---|---|
| LORIE CHAITEN* | JOHN A. FREEDMAN* |
| **American Civil Liberties Union Foundation** | **Arnold & Porter Kaye Scholer LLP** |
| 1640 North Sedgwick Street | 601 Massachusetts Ave., NW |
| Chicago, IL 60614 | Washington, DC 20001 |
| T: (212) 549-2633 | T: (202) 942-5000 |
| F: (212) 549-2650 | F: (202) 942-5999 |
| lchaiten@aclu.org | john.freedman@arnoldporter.com |

*admitted pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:17-cv-00493-JAO-RT<br><br>**DECLARATION OF TAYLOR S. BRACK** |

## DECLARATION OF TAYLOR S. BRACK

I, Taylor S. Brack, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am currently co-counsel of record for Plaintiff in this case.

2. Effective as of September 20, 2024, I will no longer work for the ACLU of Hawaiʻi Foundation.

3. Remaining co-counsel will continue to represent Plaintiff. Those counsel include Jongwook "Wookie" Kim of the ACLU of Hawaiʻi Foundation; Lorie Chaiten, Rachel Reeves, Julia Kaye, Jennifer Dalven, and Whitney White of the American Civil Liberties Union Foundation; and John A. Freedman of Arnold & Porter Kaye Scholer, LLP.

4. Given the experience, expertise, and familiarity with the case of remaining counsel, my withdrawal will not affect Plaintiff's continued representation.

5. I have ensured delivery of notice to Plaintiff pursuant to Local Rule 83.5(b).

DATED:   Honolulu, Hawaii, September 19, 2024.

Respectfully submitted,

/s/ Taylor S. Brack
TAYLOR S. BRACK
ACLU of Hawaii Foundation
Attorney for Plaintiffs