**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
TAYLOR BRACK 11121
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org
tbrack@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

*admitted pro hac vice*

*Attorneys for Plaintiffs*

**American Civil Liberties Union Foundation**
JULIA KAYE*
RACHEL REEVES*
JENNIFER DALVEN*
WHITNEY WHITE*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
rreeves@aclu.org
jdalven@aclu.org
wwhite@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>Case No. 1:17-cv-00493-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2024, true and correct copies of the foregoing documents were electronically transmitted to the Clerk's Office using the CM/ECF System, which will notify all counsel of record of such filing.

DATED: Honolulu, Hawaii, September 19, 2024

| | |
|---|---|
| /s/ Taylor Brack<br>TAYLOR BRACK 11121<br>JONGWOOK "WOOKIE" KIM 11020<br>**ACLU of Hawaii Foundation**<br>P.O. Box 3410<br>Honolulu, HI 96801<br>T: (808) 522-5905<br>F: (808) 522-5909<br>tbrack@acluhawaii.org<br>wkim@acluhawaii.org | JULIA KAYE*<br>RACHEL REEVES*<br>JENNIFER DALVEN*<br>WHITNEY WHITE*<br>**American Civil Liberties Union Foundation**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2633, F: (212) 549-2650<br>jkaye@aclu.org<br>rreeves@aclu.org<br>jdalven@aclu.org<br>wwhite@aclu.org |
| LORIE CHAITEN*<br>**American Civil Liberties Union Foundation**<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>T: (212) 549-2633<br>F: (212) 549-2650<br>lchaiten@aclu.org | JOHN A. FREEDMAN*<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>T: (202) 942-5000<br>F: (202) 942-5999<br>john.freedman@arnoldporter.com |

*admitted pro hac vice*

*Attorneys for Plaintiffs*