IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, J.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; AND ROBERT M. CALIFF,<br><br>Defendants. | CIV. NO. 17-00493 JAO-RT<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL TAYLOR S. BRACK** |

**ORDER GRANTING MOTION TO WITHDRAW
APPEARANCE OF COUNSEL TAYLOR S. BRACK**

Before the Court is a *Motion to Withdraw Appearance of Counsel Taylor Brack*, filed on September 19, 2024 ("Motion to Withdraw").  ECF No. 215. Attorney Taylor Brack ("Counsel") seeks a withdrawal because Counsel will no longer be working for the American Civil Liberties Union of Hawaiʻi Foundation.

The Court finds the *Motion to Withdraw* suitable for disposition without a hearing pursuant to Rule 7.1(c) of the *Local Rules of Practice for the United States District Court for the District of Hawaii*.

For good cause shown and pursuant to Local Rule 83.5, the Court **GRANTS** the *Motion to Withdraw*.  Attorney Taylor Brack is hereby withdrawn as counsel

for Plaintiffs.  Remaining counsel,  Jongwook "Wookie" Kim of the ACLU of Hawaiʻi Foundation; Lorie Chaiten, Rachel Reeves, Julia Kaye, Jennifer Dalven, and Whitney White of the American Civil Liberties Union Foundation; and John A. Freedman of Arnold & Porter Kaye Scholer, LLP, will continue to appear on behalf Plaintiffs.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, September 20, 2024.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 17-00493 JAO-RT;  *Heidi Purcell, M.D. Facog, et al. vs. Xavier Becerra, J.D., in his official capacity as Secretary, U.S. Department of Health and Human Services, et al.*;  Order Granting Motion to Withdraw Appearance of Counsel Taylor S. Brack