**ACLU of Hawaii Foundation**
JONGWOOK "WOOKIE" KIM
11020
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

*admitted pro hac vice*

*Attorneys for Plaintiffs*

**American Civil Liberties Union Foundation**
JULIA KAYE*
RACHEL REEVES*
WHITNEY WHITE*
JENNIFER DALVEN*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
rreeves@aclu.org
wwhite@aclu.org
jdalven@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, J.D., *in his official capacity as* SECRETARY, U.S. D.H.H.S., *et al.*,<br><br>        Defendants. | CIVIL ACTION<br><br>Case No. 1:17-cv-00493-JAO-RT<br><br>**JOINT MOTION TO EXTEND PLAINTIFFS' DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT AND INCREASE WORD COUNT FOR CONCISE STATEMENTS OF FACTS** |

The Parties previously jointly stipulated to a briefing schedule for cross-motions for summary judgment and word-count limits for briefs and concise statements of fact, which this Court entered. Dkt. 211 (Signed Stip. Setting Schedule (July 29, 2024)). Since then, the Parties have conferred with the intention of filing updated Joint Stipulations of Facts in conjunction with their cross-motions for summary judgment, as the Parties have done in connection with previous summary judgment motions in this case, *see* Dkt. 85, 140. However, as of September 26, 2024, the Parties have not been able to reach agreement, and do not foresee a near-term path to reach a stipulation for the forthcoming cross-motions. In recognition of Plaintiffs' approaching deadline, and with a desire not to unduly delay briefing on the cross-motions for summary judgment, the Parties hereby jointly move for a two-day extension of Plaintiffs' deadline to file their motion for summary judgment from September 30, 2024, to no later than October 2, 2024, and to an increase in the word-count limit for the Parties' concise statements of facts from 2,500 words to 3,750 words, to account for the regulatory history that will now be captured therein.

The Parties note that the proposed two-day extension, if granted by the Court, will not otherwise impact the summary judgment briefing schedule. The Parties further note that the proposed increase of 1,250 words from the previously-stipulated and -ordered limit for the Parties' concise statements of facts, if granted by the Court, is significantly fewer words than the 2021 Joint Stipulations of Facts, which was

approximately 5,000 words. Therefore, the proposed word-count increase to 3,750 words, if ordered by the Court, would still result in significant streamlining of the information that had been presented in the prior Joint Stipulations.

DATED: Honolulu, Hawai'i, September 27, 2024.

/s/ Jongwook "Wookie" Kim
JONGWOOK "WOOKIE" KIM
11020
**ACLU of Hawaii Foundation**
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

LORIE CHAITEN*
**American Civil Liberties Union Foundation**
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org


*admitted pro hac vice*

*Attorneys for Plaintiffs*

JULIA KAYE*
RACHEL REEVES*
WHITNEY WHITE*
JENNIFER DALVEN*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
rreeves@aclu.org
wwhite@aclu.org
jdalven@aclu.org

JOHN A. FREEDMAN*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

/s/ Noah T. Katzen
 NOAH T. KATZEN
 Trial Attorney
 D.C. Bar No. 1006053
 Consumer Protection Branch
 United States Department of Justice
 450 Fifth St., N.W.
 Washington, DC 20530
 Tele: 202-305-2428/Fax: 202-514-8742
 Noah.T.Katzen@usdoj.gov

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

\*admitted pro hac vice

DATED: Washington, DC, September 27, 2024

\*\*\*

APPROVED AND SO ORDERED.

Dated: _____ , 2024    _____
                                       Jill A. Otake
                                       United States District Judge

CIV. NO. 1:17-00493-JAO-RT; Heidi Purcell, M.D., FACOG v. Xavier Becerra; Joint Motion to Extend Plaintiffs' Deadline to File Motion for Summary Judgment and Increase Word Count for Concise Statements of Facts