IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | Case. No.<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>_____ |
| vs. | ) ) ) ) |  |
| Defendant.<br>_____ | ) ) |  |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of _____ to Appear Pro Hac Vice.

| Name of Attorney: |  |
|---|---|
| Firm Name: |  |
| Firm Address: |  |
| Attorney CM/ECF Primary email address: |  |
| Firm Telephone: |  |
| Party Represented |  |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, _____