IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, et al., <br><br> Plaintiff, <br><br> vs. <br><br> XAVIER BECERRA, et al., <br><br> Defendant. | Case. No. 1:17-cv-00493-JAO-RT <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Johanna Zacarias |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Johanna Zacarias to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Johanna Zacarias |
| Firm Name: | American Civil Liberties Union Foundation, Inc. |
| Firm Address: | 125 Broad Street, 18th Floor <br> New York, NY 10004 |
| Attorney CM/ECF Primary email address: | jzacarias@aclu.org |
| Firm Telephone: | (212) 549-2633 |
| Party Represented | Plaintiffs |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 1, 2024.



Rom A. Trader
United States Magistrate Judge