BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HEIDI PURCELL, M.D., FACOG, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | CIV. NO. 1:17-00493-JAO-RT <br><br> **FIRST STIPULATION TO EXTEND TIME** |

On July 29, 2024, this Court granted the Parties' stipulation setting briefing deadlines and word limitations for the Parties' cross-motions for summary judgment. ECF No. 211. Under that stipulated schedule, Plaintiffs' motion for summary judgment was to be due on September 30, 2024; Defendants' combined opposition and cross-motion for summary judgment was to be due on November 26, 2024; Plaintiffs' combined reply and opposition was to be due on January 17, 2025; Defendants' reply was to be due on February 28, 2025; and the joint appendix was to be due on March 14, 2025. *Id.*

On September 30, 2024, this Court granted a joint motion extending Plaintiffs' time to file their motion for summary judgment until October 2, 2024, and increasing the word count limit on the Parties' concise statements of fact. ECF No. 219.

Having conferred, the Parties hereby stipulate to extend the remaining summary judgment deadlines as follows:

1. Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment no later than December 3, 2024;

2. Plaintiffs will file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment no later than January 31, 2025;

3. Defendants will file their reply in support of their cross-motion for

    summary judgment no later than March 14, 2025;

  4. The Parties shall jointly prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the Parties' briefs no later than March 28, 2025.

This is the Parties' first stipulation to modify the summary judgment briefing deadlines other than the deadline for Plaintiffs' motion for summary judgment. All word count limits previously set by the court shall remain in place under this revised schedule.

Respectfully submitted,

JONGWOOK "WOOKIE" KIM
11020
ACLU of Hawaii Foundation
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org
tbrack@acluhawaii.org

/s/ Lorie Chaiten
LORIE CHAITEN*
American Civil Liberties Union Foundation
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

JULIA KAYE*
WHITNEY WHITE*
JENNIFER DALVEN*
JOHANNA ZACARIAS*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org
jdalven@aclu.org
jzacarias@aclu.org

RACHEL REEVES*

3

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

JOHN A. FREEDMAN*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000

F: (202) 942-5999
john.freedman@arnoldporter.com

*Attorneys for Plaintiffs*

/s/ Noah T. Katzen
NOAH T. KATZEN
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*

*admitted pro hac vice*

DATED: Washington, DC, November 25, 2024

APPROVED AND SO ORDERED.

Jill A. Otake
United States District Judge

2