BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director
LISA HSIAO
Senior Deputy Director
HILARY K. PERKINS
Assistant Director

NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth St., N.W.
Washington, DC 20530
Tele: 202-305-2428
Fax: 202-514-8742
Noah.T.Katzen@usdoj.gov

*Attorney for Defendants Xavier Becerra*, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEIDI PURCELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>Defendants. | CIV. NO. 1:17-00493-JAO-RT<br><br>**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW**<br><br>Judge: Hon. Jill A. Otake<br>Hearing Date: To be set after March 14, 2025<br>Trial Date: Vacated |

Pursuant to Federal Rule of Civil Procedure 56, Defendants Xavier Becerra, the U.S Food and Drug Administration, and Robert M. Califf, respectfully move for summary judgment on all claims. The reasons for this Motion are fully set forth in the accompanying Memorandum of Law.

Dated: December 3, 2024					Respectfully submitted,

/s/ Noah T. Katzen
NOAH T. KATZEN
Consumer Protection Branch
U.S. Department of Justice

*Attorney for Defendants Xavier Becerra, in his official capacity as Secretary, U.S. Department of Health and Human Services; U.S. Food and Drug Administration; and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs*