UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Purcell et al v Kennedy et al     Case No.: 1:17-cv-00493-JAO-RT

Presiding District or Magistrate Judge: Judge Jill A. Otake

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher and/or Audrey McAvoy

Email Address To Send Completed Request Form: jkelleher@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 8/22/2025- ongoing | 9 a.m. various | motion hearing and all future on-the-record proceedings in open court. |
| | | |
| | | |
| | | |

DATED: 8/20/2025     SIGNATURE: *Jennifer Kelleher*

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED.

X APPROVED     ☐ APPROVED AS MODIFIED     ☐ DENIED

DATED: August 20, 2025     *[signature: Jill A. Otake]*