# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cv-00493-JAO-RT |
| CASE NAME: | Heidi Purcell et al. v. United States Food and Drug Administration, et al. |
| ATTY'S FOR PLA: | *Julia Kaye<br>Emily M. Hills<br>Jongwook Philip Kim<br>Lorie Chaiten<br>Jennifer Dalven<br>Rachel Reeves<br>Whitney White |
| ATTY'S FOR DEFT: | *Noah T. Katzen<br>Roger J. Gural |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Gloria Bediamol |
| DATE: | 08/22/2025 | TIME: | 9:00am-10:40am |

COURT ACTION:   EP:   Hearing on [221] Plaintiffs' Motion for Summary Judgment and [228] Defendants' Cross Motion for Summary Judgment was held.

Present by Video Teleconference ("VTC"):
<u>Co-counsel for Plaintiffs:</u>
    Lorie Chaiten, Esq.
    Jennifer Dalven, Esq.
    Rachel Reeves, Esq.
    Whitney White, Esq.
<u>Plaintiff Representatives:</u>
    Lisa Folberg - California Academy of Family Physicians
    Vanessa Wellbery - Society of Family Planning
<u>For the Defense:</u>
    Roger J. Gural, Esq.
    FDA

Oral arguments heard.

Court directs Plaintiffs to file the Index of APA Violations which were provided to the Court and counsel during the oral argument as an outline of Plaintiffs' APA arguments.

[221] Plaintiffs' Motion for Summary Judgment and [228] Defendants' Cross Motion for Summary Judgment – TAKEN UNDER ADVISEMENT.

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager