**ACLU of Hawaiʻi Foundation**
JONGWOOK "WOOKIE" KIM 11020
EMILY HILLS 11208
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
tbrack@acluhawaii.org
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
LORIE CHAITEN*
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

**Arnold & Porter Kaye Scholer LLP**
JOHN A. FREEDMAN*
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

**American Civil Liberties Union Foundation**
JULIA KAYE*
JENNIFER DALVEN*
WHITNEY WHITE*
JOHANNA ZACARIAS*
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
jdalven@aclu.org
wwhite@aclu.org
jzacarias@aclu.org

RACHEL REEVES*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

**admitted pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAIʻI**

| | |
|---|---|
| HEIDI PURCELL, M.D., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:17-cv-00493-JAO-RT<br><br>**JOINT STATUS REPORT** |

On October 30, 2025, this Court granted summary judgment to Plaintiffs on their claim that FDA's most recent decision to maintain the Mifepristone Risk Evaluation and Mitigation Strategy was arbitrary and capricious in violation of the Administrative Procedure Act ("APA") and denied Defendants' cross-motion for summary judgment as to Plaintiffs' Equal Protection Claim. Order Granting Pls.' Mot. for Summ. J and Denying Defs.' Cross Motion for Summ. J., at 4, 77-78 (Oct. 30, 2025), ECF No. 253. The Court remanded the matter to the U.S. Food and Drug Administration "to reconsider the mifepristone REMS in accordance with this order and the law." *Id.* at 78; *accord id.* at 4. Because Plaintiffs have already obtained their requested relief under the APA, the Court "question[ed] what becomes of the constitutional claims now," which technically remain pending. *Id.* at 78. The Parties submit this Joint Status Report to set forth their positions on how the case should proceed.

*First*, Plaintiffs request that the Court dismiss without prejudice, under Federal Rule of Civil Procedure 41(a)(2), their equal protection claims (Counts One and Two of the Corrected Second Amended and Supplemental Complaint, ECF No. 212). Defendants do not oppose this request.

*Second*, Plaintiffs request that the Court retain jurisdiction over this matter during the agency remand. Defendants oppose this request. The Parties therefore request the opportunity to submit short briefs (no more than 5 pages) on this matter,

with Defendants' brief submitted at least one week after Plaintiffs' brief and an opportunity for Plaintiffs to submit a very short reply (no more than 2 pages).

Respectfully submitted,

/s/ Emily Hills

EMILY HILLS 11208
JONGWOOK "WOOKIE" KIM 11020
**ACLU of Hawai'i Foundation**
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
ehills@acluhawaii.org
wkim@acluhawaii.org

JULIA KAYE*
WHITNEY WHITE*
JENNIFER DALVEN*
JOHANNA ZACARIAS*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2633
F: (212) 549-2650
jkaye@aclu.org
wwhite@aclu.org
jdalven@aclu.org
jzacarias@aclu.org

RACHEL REEVES*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
T: (212) 549-2633
F: (212) 549-2650
rreeves@aclu.org

JOHN A. FREEDMAN*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com

LORIE CHAITEN*
**American Civil Liberties Union Foundation**
1640 North Sedgwick Street
Chicago, IL 60614
T: (212) 549-2633
F: (212) 549-2650
lchaiten@aclu.org

*admitted pro hac vice**

*Counsel for Plaintiffs*

/s/ Noah T. Katzen
NOAH T. KATZEN
D.C. Bar No. 1006053
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., NW
Washington, DC 20005
(202) 305-2428
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*