AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| GRAHAM T. CHELIUS; SOCIETY OF FAMILY PLANNING;  CALIFORNIA ACADEMY OF FAMILY PHYSICIANS; PHARMACISTS PLANNING SERVICES INC.; HEIDI PURCELL<br><br>　　　Plaintiffs,<br><br>　　　V.<br><br>DON J. WRIGHT; UNITED STATES FOOD AND DRUG ADMINISTRATION; SCOTT GOTTLIEB; ALEX M. AZAR; STEPHEN M. HAHN; NORRIS COCHRAN; JANET WOODCOCK; XAVIER BECERRA; ROBERT M. CALIFF<br><br>　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: 1:17-CV-00493-JAO-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>**Jan 21, 2026, 11:54 am**<br>LUCY H. CARRILLO, CLERK OF COURT |

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting Plaintiffs' Motion For Summary Judgment ECF No. 221 and Denying Defendants' Cross Motion For Summary Judgment", ECF No. 253, filed on 10/30/2025 and "EO:  Based on the Parties' Joint Status Report, the Court DISMISSES Plaintiffs' equal protection claims (Counts One and Two of the Corrected Second Amended and Supplemental Complaint, ECF No. 212) without prejudice. See Fed. R. Civ. P. 41(a)(2). The Court also DIRECTS briefing on whether it should maintain jurisdiction over the case pending agency remand. Plaintiffs' brief is due 12/19/2025. Defendants' response is 1/5/2026 and Plaintiffs' Optional Reply is due 1/12/2026. The brief and response are limited to 5 pages, and the reply is limited to 2 pages", ECF No. 257, filed on 12/6/2025.

| January 21, 2026 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by CB |
|  | (By) Deputy Clerk |